Attachment 1

# Spanish Sto

Soy (Miguel Davis/ Veronica Garcia) y estoy llamando par aver si alguien va estar en casa para recibir documentos legales para ir a courte.

Senor/ Senora los procescoras de servicios va intentar a server estos documentos (2) veces.

El senor/ La senora tiene que responder, o se tiene que presenter en la courte. Si no puede tiene que hablar ih-me-dia-ta-mente.

Lo que voy a ser es darle el numero de la oficiana legally el numero de caso. Tiene papel y pluma?

El numero de telefono es 1 (???) ???-???? y el numero de caso es (10??-?????).

Ahora voy a puntarque hable con _____ si el senor/senora no habla voy a entragar estos documentos legales con el processor.

# JOB REBUTTAL ANSWERS

1. QUESTION: WE DON'T PASS INFORMATION TO THE EMPLOYEES
   A. LOOK I AM TRYING TO HELP YOUR COMPANY. THIS MATTER IS SERIOUS AND WILL
      CAUSE PROBLEMS AT THE JOB. GRAB A PEN AND GET THIS REDIRECTED TO THE
      EMPLOYEES HOME.
   B. STILL NO – (STRONGLY ASK) WHAT IS YOUR NAME AND YOUR POSITION IN THE
      COMPANY? WE WILL DOCUMENT FOR THE RECORD THAT YOU MADE THE DECISION
      FOR THE DB TO BE SERVED AT HIS PLACE OF EMPLOYMENT.

2. QUESTION: THEY NO LONGER WORK HERE
   A. WHAT WAS THE TERMINATION DATE?
   B. DO YOU KNOW WERE HE WAS TRANSFERRED TO. (IF LEFT THE COMPANY) DO YOU
      KNOW THE DB PERSONALLY? ARE U ABLE TO CONTACT THE DB? DO YOU HAVE THE
      CURRENT EMPLOYER?
         (Of course the best probing gets the most call backs. Get creative in your stats)
   C. WE ARE UNABLE TO REDIRECT SERVICE. MAKE SURE TO HAVE PROOF OF
      TERMINATION DATE WHEN THEY SHOW UP.

3. QUESTION: JUST GO AHEAD AND SERVE THE DOCUMENTS. WE WILL BRING UP THE DB
   THEN
   A. LOOK I SEE HERE THAT THERE IS AN OPPORTUNITY FOR SERVICE AT THE HOME
      RESIDENCE. MY SUGGESTION WOULD BE TO GRAB A PEN TAKE DOWN THE CASE
      NUMBER AND THE PH # TO THE ISSUING AGENT HANDLING THE CASE AND HAVE
      THE SERVICE REDIRECTED. THIS WILL HELP REDUCE ANY PROBLEMS AT THE WORK
      PLACE AND SAVE ANY POSSIBLE EMBARRASSMENT.

4. QUESTION: OUR POLICY IS.
   A. REPEAT THE SAME SCENARIO AS 3 ABOVE

5. QUESTION: IF TRANSFER TO VOICE MAIL
   A. CALL RIGHT BACK. TELL THEM YOU CAN NOT LEAVE A MESSAGE ON A VOICE MAIL
      THIS IS URGENT AND NEEDS TO BE HANDLED IMMEDIATELY. GRAB A PEN OR GET
      ME TO SOMEONE THAT CAN TAKE CARE OF THIS NOW.

6. QUESTION: WE DON'T VERIFY EMPLOYMENT OR GIVE OUT PERSONAL INFORMATION.
   A. I AM NOT ASKING TO VERIFY EMPLOYMENT. I AM TELLING YOU I HAVE A COURT
      ORDER HERE AGAINST ONE OF YOUR EMPLOYEES.
   B. I AM NOT ASKING FOR ANY INFORMATION. I AM TELLING YOU WE HAVE A COURT
      ORDER. I AM TRYING TO SET UP SERVICE. GRAB A PEN GET DB TO REROUTE THIS
      CASE TO HIS HOME. HELP YOURSELF AND HELP YOUR EMPLOYEE.

## STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!!
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS
   HE/SHE TO YOU? PAUSE WOW GRAB A PEN SO SERVICE CAN BE REDIRETED TO
   THEIR HOME.

2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT?
   WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT
   PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR.
   GRAB A PIN.

3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ------- COUNTY.

4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO
   THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED

5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO
   REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE
   CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT

6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU
   LOOK AND FIND SOMETHING TO WRITE WITH.

7. QUESTION: I CAN SIGN FOR THE DOCUMENTS.
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN
   FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT
   HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.

8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT
   THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.

9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS
   YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

**Delbridge declaration Attachment 1**

DEPT. WHEN THEY COME TO SERVE BE READY TO ANSWER SO QUESTIONS REGARDING THE SITUATION. HAVE YOUR ID READY.

10. QUESTION: THEY ARE DEAD, IN JAIL, OR HOMELESS
    A. DEAD? WHO ARE YOU TO THE DB? IS THERE A WIDOW?
        a. (IF YES) THEN CONTINUE THAT STAT AGAINS THE SPOUSE AND HAVE SPOUSE CALL IN. GRAB THE PEN
        b. (IF NO) THEN OK THERE WILL BE SOMEONE OUT TO SERVE BECAUSE OF DIRSCRIMNATION IN THE FACTS THAT ARE BEING PRESENTED AT THIS POINT. DO YOU HAVE PROOF, SUCH AS A DEATH CERTIFCATE? GRAB A PEN. FOR MORE INFORMATION REGARDING THIS CASE YOU CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
    B. IN JAIL.
        a. WOW. THEN YOU NEED TO GRAB SOMETHING TO WRITE WITH THIS MIGHT CAUSE FUTHER ISSUES IN THERE SITUATION. IS DB MARRIED? WHO ARE YOU TO THE DB? OMG I SUGGEST IF MARRIED HAVE SPOUSE CALL IF NOT MARRIED HAVE CLOSEST RELATION SUCH AS MOM CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
    C. HOMELESS.
        a. WELL THEN YOU MIGHT WANT TO GRAB A PEN. WRITE DOWN THE INFOMARION CASE # AND THE PHONE NUMBER TO THE ISSUING AGENT HANDLING THE CASE. GET IN YOUR AND DRIVE AROUND THE NEIGHBORHOOD BECAUSE HOMELESS PEOPLE ARE EASY TO FIND. HAVE THEM CALL TO REDIRECT CORNER FOR SERVICE.

11. QUESTION: THEY ARE OUT OF THE COUNTRY OR ON VACATION.
    A. SO YOU ARE TELLING ME THERE IS NO PHONES IN THERE LOCATION? COME ON YOU ARE NOT TAKING THIS SERIOUSLY. I KNOW FOR A FACT IF THERE WAS AN EMERGENCY YOU WOULD FIND AWAY TO CONTACT THEM. SO I AM TELLING NOW THIS IS URGENT GRAB A PEN THIS IS SERIOUS ENOUGH. IF YOU CARE YOU WILL MAKE THE EFFORT.

12. QUESTION: THEY DON'T LIVE IN THIS STATE AND NEVER HAVE.
    A. WOW SO WHY IS DB USING YOU INFORMATION? SOUNDS LIKE SOMETHINGS NOT RIGHT. GRAB A PEN. I SUGGEST YOU GET A HOLD OF THE DB. HAVE THEM CALL THE ISSUING AGENT AND GET THIS SERVICE REROUTED IMMEDIATELY.

13. QUESTION: THAT IS MY EX FROM 10 YEARS AGO. (OR EX INLAW FROM TEN YEARS AGO)
    A. SO DB DEOS NOT LIVE THERE? HMMM WHY IS YOUR ADDRESS ATTACHED TO THE SUMMONS?
    B. DO YOU HAVE CHILDREN OR GRANDCHILDREN?

Delbridge declaration Attachment 1

Isto—If they say no they don't have a policy or procedure or their trying to
redirect you to another department..

Say—I need to send the summons today, if you do not want your business to be
interrupted what I need you to do is give the number I am going to provide to
your employee to call the legal department to have the sheriff deliver the
summons to their home address. I can only put a 3 hour hold on the summons the
employee must call prior to re-direct the summons to their home.

Here is the number and case number

Delbridge declaration Attachment 1

# How to work an account correctly

~FIRST CHANGE ACCOUNT STATUS FROM NEW TO ACTIVE...... (ACT)

~COPY AND PASTE SPOUSE, D.O.B., AND ANY #'S FROM CREDIT REPORT

~GOOGLE P.O.E. AND THEN PUT THE ADDRESS AND PHONE # INTO NOTES

~GET ALL GOOD #'S OUT OF RELATIVES AND ASSOCIATES AND NEIGHBORS

~DO CBC AND PUT ANY GOOD #'S IN NOTES

~THEN CALL: FIRST P.O.E. THEN RELATIVES THEN ANY OTHER #'S

~ONCE A STAT IS DONE- STO or JSTO DO NOT CONTINUE TO CALL THE
ACCOUNT YOU MUST WAIT FOR A CALL BACK. IF THERE ISNT A CALL BACK
WITHIN A DAY OR TWO GO BACK IN ACCOUNT AND CONTINUE WHERE YOU
LEFT OFF AND JUST SKIP THE PHONE NUMBER YOU'VE ALREADY STATED.

~ IF NO STAT T.O. WAS DONE ON ANY OF THESE STEPS SCHEDULE THE
ACCOUNT FOR A CALL BACK AFTER 6:30PM THEIR TIME AND AT THAT POINT
CALL ALL NUMBERS AGAIN IN THE SAME ORDER YOU DID BEFORE, IF STILL NO
CONTACT SEE YOUR MANAGER ABOUT LEAVING AN APPROVE MESSAGE.

43

Delbridge declaration Attachment 1

# Pay Structure

~ Pay Structure: How Commission Works-

- Up to 15k regular money collected..... @ 33%
- Anything over 15k regular money .....@ 20%
- EXAMPLE. FOR 30K regular money collected
- 15k collected ......@ 33% = $5K in your pocket
- Next 15k collected @ 20% = $3K in your pocket
- Totaling ....... ....................$8K in your pocket
- OR
- 15K = $5K in your pocket
- 10 K = $3300 in your pocket
- 7500 = $2500 in your pocket
- 6K = 2K in your pocket

Spiff money is $500 collected over total balance principal and interest——
Collector gets 80% of that = $400 the other 20%=$100 goes to the manager of the office.  You don't get spiff until you are hitting 10K regular money collected for the month.

EXAMPLE:  you collect 9K regular money 3K spiff = 12K total

1K of spiff money goes towards regular money so 10K regular money and 2K spiff = $3300 regular money and $1600 spiff money = $4900 in pocket.

SPIFF MONEY IS HOW YOU CAN MAKE THE MOST MONEY

HHSMB= heavy hitter spiff money business

~NEW HIRE POINTERS~

~when activating an account first change the account status to ACT, copy and paste DOB and spouse information

~when calling on an account, NEVER say you are the sheriff

~use accurint and cbo to track debtors

~ when first coming to an account it is always best to call the POE first

~the best tool for tracking the POE is Google

~contact relatives instead of the debtor on the initial phone call to create urgency

~cbo is used to find the debtors most recent ph. # and address

~when doing a standard talk off and the person on the phone is prying... it is best to say you are a process server and due to the federal privacy act you are not given that information

~when contacting state and government buildings handle all state the same EXCEPT for attorney offices, stay away from those guys unless you're looking for trouble

~If you get a good sto / jsto do not continue to work the rest of the account allow the rest of the day for the debtor to call in

~allow 5 business days on a redistribute list before calling

~try to get a hold of new accounts 3-4 times before moving on

~you should be doing 6-8 pages of redube a day, about 300 calls

~work at least 8-10 hours a day, activate the account correctly, read the scripts as they are written and dial with a hunger for success and you will see big results

Delbridge declaration Attachment 1

~ Distractions- try your hardest to keep distractions away from our office they ruin momentum. Also do not be a distraction yourself please refrain from loud obnoxious behavior.  Remember this is a work station be respectful of your neighbor who will almost always be on a close.

~ 90 Day Probation -dialers will have 90 days to get their collected amount over 7000. If not they will be on grounds for termination.

~ New Biz after your 3rd week-for your first three weeks of work you will be working redubs (redistributed active accounts), which means we have retrieved the ph. #'s but no one has been reached.  It's still good business. After you put in your time then you will be awarded new business to prove yourself and if you are productive then you will start getting new biz regularly.  Experienced dialers get 25 pieces a week

~ Close your own deals after 7000-~ Closing your own deals- you can start closing your own deals once your hitting 7000 or before with managers approval.  But start practicing the closing script early in your career and familiarize yourself with it as much as possible, it's the most important tool you will ever acquire here.

~Be firm to the debtor but don't be disrespectful remember you are trying to get him to give you his debit card so be professional. Get out of the nice customer service roll, that will not get you paid.  Be assertive at all times and demand action. Set a standard and then except nothing less.

~ Problems- If you run into a problem- Identify it- Approach it- and Solve it.  Then move away from the experience better educated. Accept constructive criticism and don't take it personal if someone gives you some advice even if you don't agree all the time. There will be an occasion where some extra information would be helpful. Utilize each other to grow.

Delbridge declaration Attachment 1

# Policy and Procedure

~ Contacting Corporate- dialers should only contact corporate after speaking with their team leader. And corporate should be contacted in a professional manner with a positive attitude remember the corporate office staff is dealing with a couple hundred employees please be patient with them.

~ Office conduct- each employee is expected to :

- Treat all members of the community fairly, and courteously
- Value the different perspectives of team members
- Foster positive relationships among diverse cultures
- Utilize the resources and training provided to maximize productivity
- Promote high standards of performance in themselves and among their peers
- Conduct themselves in a professional and productive manner
- Comply with all approved policies and procedures
- Raise issue of ethics, conflict and concern, with your manager.
- Do not come in to the office if you are hung over.
- Excessive tardiness or absence will not be accepted.
- Lunches are 30-60 minutes.
- Put any Dr. appointment's or court dates on managers calendar a minimum of 3 days in advance and make sure it is acknowledged by a manager.

~ Drug abuse/ Sexual harassment/ Discrimination- will not be tolerated and you will be fired on the spot.

~ Dress code and Hygiene-An employee's personal appearance and demeanor contributes to the image we project. Employees are expected to be neat, clean, orderly, and dress for work according to generally accepted business and professional standards.

~Accurint penalties- Do not play on Accurint everyone is given a specific code and if you look up anyone famous or people you're not supposed to i.e....Tiger Woods or Brittney Spears....criminal charges will be filed against you.

~ Professionalism/ Language/ Behavior- Do not let your emotions get out of control by screaming obscenities to the caller. It is unprofessional and will not be tolerated. You're co-workers will thank you.

~C-corps/ S-corps/ and LLC's- everyone needs an S-corporation to protect your assets from uncle Sam. See the corporations sheet for more info

~Office Hours are from 7a.m. to 7p.m.

Recommended Working Hours – are 8:30 to 5:30 everyday unless otherwise worked out with your manager. All employees are expected to report to work on time every day that they are scheduled to work and to maintain a satisfactory record of attendance. If you are unable to report for work because of illness or other unavoidable causes or must be late to work, you are to notify your supervisor promptly.

- ~Holidays-
- New Year's Eve Day
- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve Day
- Christmas Day

~ Workstation cleanliness- We do not provide a janitorial service, so please keep your work station clean and free of any food which will cause gnats. Your neighbor will appreciate it most because no one likes a messy Marvin.

~ Fridge/ Coffee/ Fax machine and other appliances- this equipment is for our office to share and enjoy please treat them like they were your own, so they last. That go's for the cleaning and maintenance of these items too.

~ Phone and Internet usage- do not abuse your privilege with excessive use of personal calls, rather use your cell phone outside so as not to bother anyone. My Space, Twitter, Face Book, and YouTube are not permitted at work and if you are caught on it you will be asked to leave. The Internet is for work use only.

Delbridge declaration Attachment 1

48

~ 30 day commitment-small changes = big results. It's the little things we do on a daily basis that form our lives. So start with something small, but make a bunch of adjustments to the way you do work until you have created the working machine you always knew you could be. Try something different consistently for 30 days, for example- get up an hour earlier, or go to bed an hour earlier, and watch the difference in your work. Most likely you will see an increase in pay and who doesn't want that?

~ Focus and Dedication- once you get to work, leave your baggage at the door. It won't do you any good here and whoever you're sitting next to will really appreciate it. If your distracted even a little then you might as well have just stayed at home... I'm serious, you really have to be in good spirit to make any money in this field so get in the habit of getting into character on your way to work and really picture yourself in a positive place so you can give your brain the space to do what it does best.

~ Chain of command when at all possible- It's simple; dialers talk to junior closers about issues/ junior closers talk to senior closers about issues/ senior closers talk to floor manager/ floor manager talks to HH manager/ HH manager talks to OWNERS. And please do not contact the owners unless you absolutely have to, It's not that they don't want to hear from you it's just that with hundreds of employees it can be overwhelming, especially if it's a small complaint.

~ Efficiency - find a way to get into a rhythm; Use all time saving techniques you've learned, this is what will separate the strong from the weak. So be resourceful and rise to the top due to your uncanny ability to work like a machine.

~Tracking / New Biz- New biz should be tracked completely the first time: meaning when your first get biz get all good #'s for that account (credit report, Google P.O.E., cbc, accurint, and pull all useful information. The way accurint does the batching now it should only take a couple minutes to complete a debtors file.

~ Progress / Improvement- If you're not improving, then you're stagnant and that is not taking you anywhere. You should constantly be growing and figuring ways you can improve yourself. Me personally I get a lot of help from books and audio cd's that motivate. Whatever your technique is, find one that works because if you stop growing someone will grow right past you.

~Research / Homework- when you first get started, it's good to do a little general research online and in the office; that way you can get familiar with what you're talking about. Get creative, and really do your homework. When you make learning fun you can give yourself the winning edge on your competition.

Delbridge declaration Attachment 1

# Dialers (7k and up)

~ State of mind and VERY HIGH ENERGY!!~ High Energy and State of Mind- this business requires you to be in a VERY POSITIVE state of mind and produces the best results for employees who stay in a high energy state... so the more energy you have combined with a winning "can do" attitude will help you be ready to handle the intensity of an office full of talented ambitious collectors!!!! Besides nobody likes to work next to a Debbie Downer, so create a positive office morale and it will go a long way for you. No Drama in the office please; it's very important to maintain a positive work place.

~ Getting the debtor to call in- (The actual debtor)-this is the tricky part when trying to get a hold of the debtor sometimes the person on the phone is not being so helpful and might be lying.... Yikes! How can we tell the difference you say? Well we can't... people are good liars. So what we do instead is give everyone the phone # and if they know the person they will pass the message. Now after you've been here for a while it will get easier to tell if the sto will go anywhere. Learn the technique from one of our experienced dialers. If you know for sure it will be a waste of time then don't give the #.

~ Speak to your junior closer first- your junior closer is your go to guy or girl, seek their assistance for most of your questions. Don't worry we've all trained each other at one point or another, so don't be bashful and get your training in, so you can start making the money you need to.

~ Teamwork- really work with your teammates and get the most out of your office experience. Why not take advantage of having 30 people in your office? Everyone has something unique to offer, and it's up to you to find out what it is. Maybe they don't even know what they have that would be useful to you, so create an open line of communication as early as possible.

~ Goals- the best way to get the things you want in life is this : first decide what you want! There's nothing like setting some goals and then accomplishing them without second guessing yourself for even a second. Set your goals high and DREAM BIG, why not?

Delbridge declaration Attachment 1

For all of these positions you will be promoted accordingly by upper management. To become successful you must make others successful. If you're being promoted to a stronger position with this company it will be because of your ambition to make something out of your self as well as others.

HHSMB.............being broke is childish



Delbridge declaration Attachment 1

# Working for this company is not a job it is an opportunity

There are five positions with this company

1. Dialler.......7k-10k per month collected

2. Jr closer....10k-15k per month collected

3. Senior closer...15k plus per month collected

4. Floor manager...20k plus collected

5. HH Manager...200k plus collected as an office

Starting as a dialer you do not touch new business until the start of your third week unless you've proven yourself to your senior closer or upper management. You have to be a dialer for at least six weeks before you even attempt to close your own deal unless you have authorization from your HH Manager. At that point you are still a dialer working your way up to becoming a jr closer. Once you start collecting 10k-15k per month consistently you become a jr closer. Now you can close dialer's deals as well as your own only if the senior closer is on a talk off. Once you step your closing skills up and start collecting 15k plus per month on a consistent basis you are now a senior closer and will run your own crew of jr closers and dialers which you are responsible for and that you need to hold accountable. The next step would to be a floor manager collecting 20k plus per month along with other office responsibilities over seeing all senior closers, jr closers and dialers and running your own crew. In order to qualify for a floor manager position you must collecting 20k per month for two months as a senior closer. The floor manager position is a position to prepare you for running your own office. This could take from one month up to six months depending on your performance.

This is how the positions work from top to bottom.

1. HH manager runs the entire office of the floor manager, senior closers, jr closers, and dialers. El capitoné

2. Floor manager handles all the responsibilities of HH manager when HH manager is not there or is there preparing to be promoted to HH manager running his or her own office along with possibly running and closing for his own crew.

3. Senior closer runs a crew of 1 jr closer and 8 dialers holding them all accountable making sure they are all working as hard as possible being productive, closing and generating calls. The senior closer will close all the deals his crew generates.

4. Jr. Closer can close his own deals as well as dialer's deals but only if the senior closer is on a T O.

5. Dialer will work at least 60 accts making at least 240 calls per day. By your third month you are expected to be collecting at least 7k or you will be on grounds for termination.

Delbridge declaration Attachment 1

# Abbreviations

DISCO – DISCONNECTED

WN – WRONG NUMBER

DNLM – DID NOT LEAVE MESSAGE

NA – NO ANSWER

CBC - # FOUND THROUGH CBC.COM

UIF/UIM – UNIDENTIFIED FEMALE/MALE

VMB – VOICE MAIL BOX

NVM – NO VOICE MAILBOX

POE – PLACE OF EMPLOYMENT

POSS POE – POSSIBLE PLACE OF EMPLOYMENT

NLE – NO LONGER EMPLOYED

ACC – ACCURINT .COM (ONLINE PERSON FINDER)

HU – HUNG UP

REL – RELATIVE

JSTO – JOB STANDARD TALK OFF

STO – STANDARD TALK OFF

HR – HUMAN RESOURCES

INC – INCORRECT

DWYHTD – DO WHAT YOU HAVE TO DO

RTP – REFUSE TO PAY

ID – IDENTITY (EXAMPLE: CALLER I.D.)

MJACK – MAGIC JACK PHONE USED

NC – NO CONTACT

Delbridge declaration Attachment 1

# It's very important to change the account status

**DIALERS:**

- NEW – NEW BUSINESS
- ACT – ACTIVE, PHONE #'S BUT NOT YET SPOKEN TO
- STO – STANDARD TALK OFF, SOMEONE WAS SPOKEN TO
- JSTO – JOB STANDARD TALK OFF, P.O.E. WAS SPOKEN TO
- HOT – OPEN CREDIT CARD/ MORTGAGE/ GOOD CREDIT
- DLR – DIALER, SEND TO DIALER
- SKIP – NO GOOD #'S, CANNOT LOCATE

**CLOSERS:**

- OTR – OUT TO RAISE, HEARD CLOSING SCRIPT AND IS OUT RAISING $$
- PPP – PROMISED TO PAY DEBT, CREDIT CARD/ DEBIT/ MONEYORDER
- PPA – POST PAYMENT ARRANGEMENT, CHECK BY PHONE
- PIF – PAID IN FULL
- STD – STANDARD TALK OFF DONE, SPOKE TO DB AND DID NOT RESOLVE
- RTP – REFUSED TO PAY, TOLD US TO "DWYHTD" do what you have to do...
- NSF – INSUFFECIENT FUNDS
- BJP – BROKEN PROMISE TO PAY
- CLOSE – CLOSED ACCOUNT DUE TO CEASE AND DESIST BY DEBTOR OR ATTORNEY

Delbridge declaration Attachment 1

# Attitude

"The longer I live, the more I realize the impact of attitude on life. Attitude, to me, is more important than facts. It is more important than the past, than education, than money, than circumstances, than failures, than successes, than what other people think or say or do. It is more important than appearance, giftedness or skill. It will make or break a company... a church... a home. The remarkable thing is we have a choice every day regarding the attitude we will embrace for that day. We cannot change our past...we cannot change the fact that people will act in a certain way. We cannot change the inevitable. The only thing we can do is play on the one string we have, and that is our attitude... I am convinced that life is 10% what happens to me and 90% how I react to it."

(Charles Swindoll)

©Summit Counseling Int'l Inc.

55

~Acti – familiarize yourself with it, learn the calendar programs and really get to know the tools in there. The better you know your way around act means the better way you know how to keep track of your money. ~ Incorporate the ACTI Reminder program into training- calendar/alarm/reminder; these are very useful and will help remind you of the appointments you need to keep with your paying debtors. Every employee should be up to date with these.

~ Messages- messages can cause problems and scare potential paying debtors, please leave messages with caution. We have received more lawsuits due to what is being said on answering machines, so don't get yourself in trouble and be careful. See your manager to discuss the best plan of attack.

~ Don't cut corners- no matter what you do remember that your decisions shape the future of our company, so please be responsible and make sure you are taking care of all your responsibilities. Be professional and DO NOT CUT CORNERS.

~Notes/ watch for payment plans- when checking to see if an account is callable a good tell/tale sign is if you see dollar amounts. If so be cautious and read the entire note field if you notice it might be a deal one of your co-workers is working on, go and ask, its better to be safe than sorry. Just think if the shoe was on the other foot, and always play it on the safe side. Let me remind you now that you will probably be working side by side with these people for a long while, so form professional bonds that will benefit all parties.

~Monthly / Progress reports- progress reports should be done on a daily / monthly basis, please get these forms filled out each day, they are a great way of tracking your performance. There are different forms for dialers /junior closers/ senior closer/ floor managers and HH Managers, everyone needs to be accurate. They directly benefit everyone involved. These forms help us find out who needs our attention most.

~ Time saving techniques- ~Time saving ideas- be on the lookout for any ways to save time, and they're out there even if its small changes every little adjustment adds up. For example learn from a junior closer how to use the arrows to shuffle through the re-dubs, and don't spend time reading the credit reports if you're not closing the deals, all it does is waste the dialer's time and credit reports DO NOT determine whether or not a debtor will pay. Just those two adjustments save an incredible amount of time in a week, think of the possibilities.

Delbridge declaration Attachment 1

Feldman, Charolott

<div align="center">DECLARATION OF CHAROLOTT FELDMAN</div>

I, Charollott Feldman, make the following statement:

1.     I am more than 18 years of age, and I reside in Mojave, California.

2.     On or about March 3, 2011, my boss told me he had been called by someone who had called my office and asked to speak to my supervisor. My boss told me that the woman who called did not leave her name or a company name, said she was a process server, and warned my boss that if I did not contact her company in two hours I would be served a court summons.

3.     I called the telephone number that the caller had given to my boss. I asked the person who answered the phone for the identity of the company who had called my boss and I also asked what the company was calling about. The company's representative said that until I verified the last part of my social security number and my birth date the company did not have to give me the information I asked about. I told the representative that I was uncomfortable giving out that personal information without knowing the identity of the company.

4.     The representative told me, "In this great country, nothing can be done without the last four digits of your social security number."

5.     After hearing that reply, I believe I complied with his request, and gave him my date of birth and social security number. The representative then told me what the debt was for, but he did not identify the creditor to whom I supposedly owed the debt to. I responded by stating that the debt he identified was not mine. In a rude and sarcastic tone the representative then asked me, "Would you like it to be your debt?" I told the representative that he was rude, and told him I wanted the company's name and address so I could file a complaint. He told me the company was located at 1191 Magnolia Avenue, Suite D-381, Corona, CA 92879. He also told me the company's name was "The Union," or something similar.

6.     The representative then asked for the details that I planned to include in my complaint. I told him that I planned to say that my employer had received

<div align="center">57</div>

1  disturbing calls from his company's representatives.

2       7.    After speaking to him, I conducted an Internet search on the company

3  name and address. I didn't find any complaints for "The Union," but my search

4  indicated that the address I had been given was a UPS maildrop. My Internet

5  research found that the company name associated with that address was City

6  Investment Services.

7       8. On or about March 4, 2011 I filed a report with the Better Business

8  Bureau ("BBB").

9       9.    About two weeks later the BBB forwarded to me a letter it had

10  received from City Investment Services, wherein City Investment Services

11  responded to my BBB complaint. City Investment Services stated it was handling

12  a past due account of mine, but the company denied that made outbound telephone

13  calls. Furthermore, in its written response to my BBB complaint, City Investment

14  Services stated that it was merely a filing service. **Attachment 1** is a true and

15  correct copy of the City Investment Services letter, dated May 11, 2011, forwarded

16  to me by the BBB.

17       10.    I do not recall having received written verification from City

18  Investment Services of the debt or the identity of the creditor. Furthermore, I have

19  not had further communications from City Investment Services since the initial

20  telephone conversations mentioned in paragraphs 3 through 6.

21       I state under penalty of perjury that the foregoing statement is true and

22  correct. Executed on *August 1st* 2011, in Mojave, California.

23

24

25                           Charolott Feldman

26

27

28

2

Attachment 1

# CITY INVESTMENT SERVICES

1191 Magnolia Avenue Suite D-381
Corona, California 92879
Phone (951) 547-2049 Fax (951) 272-1727

*Personal and Confidential*

March 11th, 2011

*Better Business Bureau*
*P.O. Box 970*
*Colton, CA 92324*
*Attn: Complaint Department*

**Re: Charolott Feldman**
**Complaint ID 98593446**

To Whom it May Concern,

We have recently received a letter from your offices in regards to the individual listed above. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
*Director*

*City Investment Services*
*1191 Magnolia Ave Ste D-381 Corona, Ca 92879*



RECEIVED
MAR 1 4 2011

Feldman declaration Attachment 1

Fisher, Tiffany

## DECLARATION OF TIFFANY FISHER

1.       My name is Tiffany Fisher.  I reside in Huntersville, North Carolina.
The following statements are within my personal knowledge.

2.       On or about Friday, June 24, 2011, my elderly mother who resides in
another state received a telephone call from someone claiming to be working for a
process server who wanted to deliver legal papers in connection with a lawsuit
against me.  My mother was very upset, but she took the phone number,
888-906-3101, from this individual and gave it to me with a message from the
process server to call them.

3.       I called the 888-906-3101 number, identified myself, and was
connected with a representative named Mary Rush.  When I brought up what my
mother had told me, Ms. Rush stated she was a process server trying to collect
$2,455 on a loan of $260 I had taken from Quik Payday Inc. sometime between
1999 and 2003.  Ms. Rush said that the additional amount due was a result of
interest and penalties.  I have no recollection of ever borrowing money from Quik
Payday Inc.  Ms. Rush told me that she was about to send someone from the police
department to serve papers on me, which I took to mean that her company was
filing a lawsuit.  I do not recall what Ms. Rush had stated was the name of her
employer, but I had written in my notes that I was taking at the time of this
conversation that the company was called "Global Filing Services."  She also
mentioned that I should have received a letter in the mail outlining the nature of the
debt I owed and how I could resolve it.  I told Ms. Rush that I did not recall the
alleged debt and had received nothing in writing about the debt.  Ms. Rush told me
that I could resolve this matter for a reduced amount if I wrote a certified postdated
check in the amount of $1,455 to settle this manner immediately and avoid a
lawsuit.

4.       Ms. Rush did have the last four numbers of my social security number
and my home address.  I asked Ms. Rush for documentation to prove that I owed
this money and she said that she could not provide me with the documentation, but

**60**

did not explain why. Ms. Rush offered that if I could not pay the entire amount that day, and did not want to be sued, I could agree to a payment plan with an immediate $613.75, and six monthly payments of around $306. Ms Rush said that my final payment would be due sometime in late December 2011. Ms. Rush asked for my email address so that she could send me some documents regarding the debt and my payment. I gave her email address, and Ms. Rush sent me an email attaching a letter titled Offer of Settlement. **Attachment 1** is a true and correct copy of the email and attached Offer of Settlement letter I received from Ms. Rush with personal information redacted. When I looked at this email and letter I saw that it came from a company called "National Filing Services," not Global Filing Services as I had written down in my notes. I am not sure why I was told two different company names.

5.     After receiving the email and looking over the letter, I called Ms. Rush back. I told her that I did not consider this Offer of Settlement letter an adequate verification of my supposed debt. Ms. Rush immediately put me on hold because she said she wanted to confer with one of the attorneys at National Filing Services. When she came back on the line, she told me that I had until Monday to settle my account, or I would be served with legal papers in connection with an immanent lawsuit. At that point I asked Ms. Rush not to contact my mother anymore and ended our call.

6.     Upon further reflection, I thought that something was not right about Ms. Rush and National Filing Services. I have never been sued by anyone in my life, did not owe debts from what I recall, and did not remember ever dealing with Quik Payday Inc. None of the information that Ms. Rush provided added up. Since my call with Ms. Rush, I checked the status of my credit with various credit bureaus and have found no negative information in my file. Two weeks prior to my conversation with Ms. Rush, I purchased a new BMW automobile and no question was raised as to my credit worthiness.

7.     On June 27, 2011, I filed a complaint with the Federal Trade

1   Commission because it seemed to me that National Filing Services, or Global

2   Filing Services was running a scam.

3       8.     On or around August 9, 2011, my mother received another call from

4   someone claiming to be a process server who was looking to serve a judgement on

5   me in Mecklenburg County, North Carolina. This individual gave my mother a

6   phone number 877-287-4435 and a case number of 1072-05-103. My mother was

7   very disturbed about this and gave my phone number to the caller and passed on

8   the process server's phone number and the case number to me.

9       9.     Before I had a chance to call, I received a telephone call from

10  Jonathan Roberts who said that he was a process server for Raincross Filing

11  Services and was trying to collect money that I owed on an unpaid debt. Mr.

12  Roberts told me he was willing to put my case on hold if I agreed to make an

13  immediate payment. I told Mr. Roberts that I thought he was associated with the

14  same scam collection agency as Ms. Rush and asked him to remove my mother's

15  name from his contact list. I refused to comply with his request to make a payment

16  on what I believe is a nonexistent debt.

17      10.    To my knowledge, I have not been sued or served with legal papers,

18  and have received no written contact from National Filing Services, Global Filing

19  Services, or Raincross Filing Services.

20      I declare under penalty of perjury that the foregoing is true and correct.

21  Executed on _11th day of Aug., 2011_, at Huntersville, North Carolina.

22

23

24                            _Tiffany B Fish_

25                            Tiffany Fisher

26

27

28

**From:** Customer.Service@nationalfilingservices.biz [mailto:Customer.Service@nationalfilingservices.biz]
**Sent:** Friday, June 24, 2011 1:21 PM
**To:** ████████████
**Subject:** Offer of Settlement

Attached you will find the Offer of Settlement letter that you requested. For more information, please contact our office at the number listed below.

Sincerely,
Customer Service Department
Tel: 888-906-3101
Fax: 951-272-1727
Email: Customer.Service@nationalfilingservices.biz

1

**Tiffany Fisher Attachment 1**

# National Filing Service

1191 Magnolia Ave Ste D-396
Corona, CA 92879
Tel: 888-906-3101  Fax: 951-272-1727

***Personal and Confidential***

June 24, 2011

URGENT: SIGN AND RETURN TO National Filing Services

TIFFANY FISHER

HUNTERSVILLE, NC ████

| | |
|---|---|
| Original Creditor: | QUIK PAYDAY INC |
| Original Account #: | ████ |
| File Number: | HHI1072-05103 |

## OFFER OF SETTLEMENT

We will accept a settlement amount of $2,455.00 with a down payment of $613.75 due on 6/24/2011.We will establish a payment plan with 5 Monthly payments of $307.00 and a final payment of $306.25 due on 12/24/2011.

or

Our client is willing to accept a onetime payment at a reduced settlement amount of $1,455.00 if the sum is paid in full by 6/24/2011.  Once a payment plan arrangement has been accepted, this reduced settlement amount is no longer valid.

**Upon receipt of certified funds and your authorized signature, the file will be closed.**

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

National Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND NATIONAL FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

AUTHORIZED SIGNATURE: _____

▢ ▢  PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO NATIONAL FILING SERVICES  ▢ ▢

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

Tiffany Fisher Attachment 1

Garza, Wendy

## DECLARATION OF WENDY GARZA

1.      My name is Wendy Garza and I reside in New Boston, Texas. The following statements are within my personal knowledge.

2.      Sometime in February 2011, my mother-in-law was called by an individual who claimed that I was being sued and would be taken to court and arrested if I did not pay back a debt.  My mother-in-law  was very upset and gave me a telephone number and file number so that I could call back this individual.

3.      On or about February 9, 2011, I called 866-988-1001, which was the telephone number my mother-in-law had given me.  After I gave person who answered the file number, I was transferred to someone who identified herself as Valeria Thorpe.  Thorpe told me that her company was about to issue a court summons for an outstanding balance from 2007 on a on a Household Bank credit card of $4,460.  The $4,460 included both the original debt amount and penalties and interest.  Since I did have credit problems in the past, I was very concerned about this.  Ms. Thorpe told me that I could resolve this issue right away by agreeing to either a one time payment of $1,400 or a $490 deposit and a series monthly payments of $183 each.  I apparently was being offered a discount to settle the debt for an immediate payment of $1,400. Thorpe told me that she would send me a settlement offer for this amount and asked for my email address so that she could email it to me.  I was told to sign the document to settle this debt once and for all.  I was very worried about being sued, so I gave them my credit card number to Thorpe in order for her to charge the $1,400 to pay off the Household credit card debt.

4.      After our call, Thorpe did send me an email with an attached offer of settlement.  **Attachment 1** is a true and correct copy of the email from Prime West Management and the offer of settlement.  The email was from "primewestrecovery@gmail.com" and the signature block stated that the company name was "PrimeWestManagement" located at 1191 Magnolia Ave.,

1  Ste. D-381, Corona, CA 92879, phone number 866-866-1313, fax number

2  951-272-1727.  The "OFFER OF SETTLEMENT" letter contained the same

3  name, address and telephone number.  This was the first I learned what

4  company I was dealing with because neither the caller who called my mother-

5  in-law, nor Thorpe provided the company's name.

6      5.      After speaking with Thorpe, I went through my annual credit

7  report and saw that the amount due on the Household credit card had been

8  settled.  I searched for information on the Internet regarding Prime West

9  Management and discovered that other people were complaining that the

10  company, stating that it had tried to collect on old debts that had been written

11  off by creditors.  I then called my credit card company to cancel my account so

12  that Prime West Management could not collect the $1,400 that I, in fact, did

13  not owe.  Fortunately, I did this in time and did not lose anything to Prime

14  West Management.

15      6.      I was very angry about being threatened Prime West

16  Management.  The company caused me quite a bit of stress about an old debt

17  that I had already paid.  I filed a complaint with the Federal Trade

18  Commission so I could put on record the despicable collection practices that

19  Prime West Management had used in trying collect money that I did not owe.

20      I declare under penalty of perjury that the foregoing is true and correct.

21  Executed on *July 18, 2011*          , at New Boston, Texas.

22

23

24

25

26  Wendy Garza

27

28

2

Attachment 1

From: Prime West Management <primewestrecovery@gmail.com>
To: ▮▮▮▮▮▮▮▮▮▮
Sent: Wed, Feb 9, 2011 1:45 pm ..
Subject: STIP LETTER


Yourdocument is attached

AdministrationDepartment

PrimeWestManagement
1191Magnolia Ave Ste D-381
Corona,CA 92879
Ph(866) 866-1313
Fax(951) 272-1727



************************************************
If you require legal advice, legal expertise or need to make court
filings, pleaseseek the advise of a licensed attorney.  The information
in this email isconfidential and maybe legally privileged. Access to
this email by anyone otherthan the intended addressee is unauthorized.
If you are not the intendedrecipient of this message, any review,
disclosure, copying, distribution,retention, or any action taken or
omitted to be taken in reliance  on itis prohibited and may be
unlawful. If you are not the intended recipient,please reply to or
forward a copy of this message to the sender and delete themessage, any
attachments, and any copies thereof from your system.
************************************************

1


Garza declaration Attachment 1

# PRIME WEST MANAGEMENT

1191 Magnolia Ave Ste D-381
Corona, Ca 92879
Ph (866) 866-1313 Fax (951)272-1727

---

*Personal and Confidential*

Date: February 9th, 2011

Name: WENDY A. GARZA
Address: ███████████
City, State, Zip: NEW BOSTON, TX ████████

Original Creditor: HOUSEHOLD
Original Account: ████████████
File No: 1057-01426

OFFER OF SETTLEMENT

This office has been retained to collect an outstanding balance owed on the above referenced contract. Any information obtained will be used for that purpose.

Our client is willing to settle any known or unknown obligations in this matter with respect to the above mentioned for the sum of $1400.00 if paid in accordance with the terms which are stated below. Upon receipt of this settlement we shall notify our client that the obligation has been paid and satisfied.

Our client agrees to accept in full the sum of $1400.00 if received in our office no later than February 10th, 2011. Upon receipt of certified funds, we will file a dismissal of the action. Once your debt has been paid in full, you will receive proper documentation needed to notify the credit bureaus to update the credit file to a PAID IN FULL status.

If you are unsure whether the payment will be received in our offices on or before the due date, you may contact our office to obtain instructions for sending funds via OVERNIGHT DELIVERY SERVICES or CREDIT CARD. Please feel free to contact us at any time if you should have any questions regarding your account.

Sincerely,

Prime West Management
THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Credit Card Number

| X | X | X | X | X | X | X | X | X | X | X | X | ████████████ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Exp Date
███████

Authorized Signature: _____

Prime West Management
1191 Magnolia Ave Ste D-381
Corona, Ca 92879

**68**                    **Garza declaration Attachment 1**

Gattorno, Denise

## DECLARATION OF DENISE GATTORNO

I, Denise Gattorno, make the following statement:

1.     I am more than 18 years of age.  I reside in Miami Beach, Florida.

2.     Rincon Management Services ("Rincon") first contacted me on my mobile phone on Thursday, January 27, 2011.  I know it was on that date because I remember receiving the call in late January on a Thursday, and that it was the week before I filed my complaint with the Federal Trade Commission, which I filed on February 3, 2011.  The call was from an unidentified number.  When I answered, the woman on the other line asked if I was Denise Gattorno and told me she was a process server and that I was being served with papers, which I understood to mean that I was being sued.

3.     I asked what exactly she was calling about, but she said she could not discuss any details and refused to provide any additional information, including her name, the name of her employer, or where and when I could expect to be served. The caller did not tell me what type of case it was, or that it was related to a debt that I owed.  The caller simply provided me with a case number, which I do not remember, and told me to call the following toll-free phone number, 877-717-9946, where I could reach the people who "[had] my case."

4.     When I called that number, a person answered with the greeting, "Corporate."  I asked, "What office is this?" and the operator responded "Rincon Filing."  The operator then transferred me to a man who identified himself as Larry Feltz, who told me he was a lawyer working on a case involving an unpaid Chase credit card that had belonged to me.

5.     I do not remember ever owning a Chase credit card, although there is a possibility that I might have.  If I did have such an account it would have been more than nine and a half years ago.  Rincon did not send me anything in writing about the Chase debt before I received the call from the process server, which made me suspicious about the company's claim that I was now being sued.

**169**

6.    I told Mr. Feltz that I did not remember having a Chase credit card. He told me that I did have a Chase credit card account, that I defaulted on the card in 2004, and that I now owed $2,803. That amount surprised me because I have never had a credit account with a spending limit that high. Mr. Feltz refused to explain why the amount was so high. Later, after hanging up, I wondered how I could have accrued a balance that high, and the only explanation I could come up with is that I incurred fees, penalties or interest charges.

7.    Mr. Feltz told me he would be willing to work with me on paying off the debt. After placing me on hold for several minutes, he told me that his "client" would forgive half of my debt if I either paid $1,400 at once, or made a $700 down payment and agreed to pay the rest in installments. He did not say who his client was, but I assumed at the time that it was Chase. Mr. Feltz told me I could make the payment immediately by giving him my credit card or checking account number.

8.    I told Mr. Feltz that I was not comfortable giving out my account information over the phone, especially because I was not sure who I was speaking with and I was not even sure whether I have ever had a Chase credit card. I asked Mr. Feltz to send me some type of written notice of the debt, but he told me that until I "secured" the transaction with a $700 payment, his client would be unwilling to send me anything in writing.

9.    Mr. Feltz also told me that if I did not pay within the next two or three days, the offer would expire and I would no longer be eligible to settle this account. He said that my case would then become a "legal matter," which I took to mean that I would be sued. The thought that I could be sued for a debt I did not remember left me feeling panicked and overwhelmed. Mr. Feltz also mentioned that if I was taken to court the judge would have my wages garnished. That scared me because I am on a tight budget and if my wages were garnished I could no longer afford my rent. I asked Mr. Feltz for more information about the supposed

270

1  debt and about the legal consequences he was threatening, but he declined to

2  provide those details. Because he refused to provide basic details about the debt or

3  the case, I felt something was not right and hung up the phone.

4        10.    It made me suspicious that the first caller and Mr. Feltz made threats,

5  but avoided answering my questions. This gave me the sense that they were trying

6  to scam me. I looked up the 877-717-9946 online and websites such as

7  www.ripoffreport.com and www.800notes.com came up in response to my search.

8  On those sites I saw numerous complaints from other people who had received

9  calls from companies with the word "Rincon" in their names. The other company

10  names from the complaints were "Rincon Management Services," "Rincon Filing

11  Services," "Rincon Filing" and just "Rincon." The complaints described

12  experiences similar to mine, in which people received threats of lawsuits, wage

13  garnishment and arrest from someone who claimed to be collecting a debt.

14        11.    The following Tuesday, February 1, 2011, I received another call from

15  an unidentified number. The voice on the other line was very similar to that of the

16  woman who had called me the week before, but the caller did not giver her name.

17  This caller again told me that I was being served with papers and gave me a case

18  number and a phone number to call.

19        12.    Instead of calling the number myself, I asked my sister-in-law,

20  Jennifer Paez, to call on my behalf. Jennifer used to work at a law office, so I

21  thought she would be better equipped to handle the conversation. Jennifer told me

22  that when she called, she was transferred to a woman who told her essentially the

23  same things Mr. Feltz had told me the week before: that I owed money to Chase

24  and that unless I agreed to a payment plan and made a $700 down payment, I

25  would be sued and the company would garnish my wages. Jennifer asked the

26  woman whether Rincon was a collection agency, and the woman told Jennifer that

27  Rincon is a filing service, not a collection agency. The woman, however, did not

28  explain to Jennifer what she meant by "filing service."

13.     Not long after I received the calls from Rincon, I reviewed my credit report to see what I could find out about any alleged Chase credit card debt or Rincon.  My credit report did not contain any information about an old Chase credit card account.  It did not note either that Rincon was assigned to collect on any past-due account that I might have owed money on.  It has been my experience that if a collection agency were assigned to collect a debt from me, that the name of the agency might appear on my credit report.

14.     On February 3, 2011, I filed a complaint against the Rincon with the Federal Trade Commission.

15.     On or around June 24, 2011, I received another call from what I think was Rincon.  This call was also from an unidentified number.  The caller said he was calling to ask whether I was available to be served with a summons.  I asked him to identify himself, and he said his name was "Mike Davis."  I asked who he worked for, but he only responded that he was a "process server."  I told him I needed to know the name of his employer, and after hesitating, he told me he worked for a company called "Nationwide Process Service."  When I asked for more information about this "summons," he told me to call the same toll-free number that the Rincon representatives had given me before, 877-717-9946, and the following case reference number: 105803920.

16.     I called that number and a receptionist answered with the greeting, "Corporate."  I asked what office I was speaking with, and she said "Rincon Filing."  The woman asked me whether I had received a summons or case number and I gave her the case reference number Mr. Davis had given me.  The woman then transferred me to a man who identified himself as "James Miller" and told me he works for the "Finalization Department."

17.     Mr. Miller said that I was being sued over a Chase credit card balance that was last active on June 1, 2005.  He said he was not sure why I had been transferred to the "Finalization Department" because he was already in the process

472

of finalizing my summons papers, so if I wanted to dispute the debt, I would have to wait and do that in court. I asked Mr. Miller several times for the address where he planned to serve me with the summons, but he said he could not give me that information.

18. I told Mr. Miller that if I in fact owed the debt, I would be more than willing to pay it off in installments, but that first I wanted the company to send me more information in writing about the debt. Mr. Miller told me that the company had already sent me that information in December and that he was not willing to send it again. I have never received any collection notice regarding a Chase credit card, and Mr. Miller did not explain why he could not send it again. Mr. Miller only said that I could easily verify the debt if I ordered a copy of my credit report. Mr. Miller then said something to the effect that I was just asking for this written confirmation to avoid or delay paying my debt. At one point he asked me, "Are you saying that you never owned this credit card?" to which I responded that I did not remember having such a card, but I might have. Mr. Davis then responded, "Well, you can just take that to court." He added that he did not think a judge would accept my insistence on written confirmation of the debt as a valid excuse for refusing to pay. Mr. Davis then wished me luck in court and hung up.

19. Although Rincon first threatened in January to sue me within days if I did not pay the $1,400 the company demanded, I have still not been served, sued or notified of any other action against me in connection with any alleged Chase credit card. My wages have not been garnished as Mr. Feltz had threatened.

I declare under penalty of perjury that the foregoing statement is true and correct. Executed on June 29, 2011, at Miami Beach, Florida.

[signature]
Denise Gattorno

Gonzalez, Daniel

## DECLARATION OF DANIEL GONZALEZ

I, Daniel Gonzalez, make the following statement:

1.  I am more than 18 years of age, and I reside in Sacramento, California.

2.  In early April 2011, my ex-wife called me and told me someone had called her about me. She said the caller told her I was involved in a legal matter, and was given a case number and telephone number. My ex-wife called me and relayed the message, and asked if I was in trouble. I told her I didn't know what the call was about, but assured her that I was not involved in any legal matters.

3.  I called the number given to me by my ex-wife when I was at work. The representative who answered the phone answered "GFS," which I later found out stood for Global Filing Services. The representative told me his company was in the business of helping people avoid litigation against them. The representative said that I had outstanding debt of $5,000 on a Bank of America credit card. He told me that if I sent Global Filing Services $5,000, they would stop the litigation against me.

4.  I told the representative that I could not possibly owe Bank of America that much money, if anything at all. At that point, I tried to think back and remembered a Bank of America credit card that I had several years ago. The credit limit on the card had only been $1,000, so now owing $5,000 on the card seemed like an impossibility. I told the representative there was no way that even if there had been an unpaid item on that account that the amount owed could have grown to $5,000.

5.  I then told the representative I would not pay for any bill without receiving a written explanation of the debt. I made clear to the representative that I needed to see something in writing. The representative responded that he would mail something to me; however, he continued to press for immediate payment of the $5,000 he said that I owed to Bank of America. The representative told me that

1 │ my other option was to pay $1,500 immediately, and then be put on a payment plan
2 │ for the rest of $100 a month.

3 │      6.    At the time of this call, I was on my computer as I was speaking to the
4 │ representative.  I asked the representative if he could give me an Internet address
5 │ for his company for me to look at.  The representative gave me a URL, which I
6 │ typed into my browser.  The web-browser came up with an error message when I
7 │ tried to go that Internet page.

8 │      7.    The representative told me that I should borrow the money from my
9 │ mother or friends to pay off the debt.  I told the representative I would call him the
10 │ next day.

11 │      8.    Throughout my conversation with the representative, I asked several
12 │ times for the name of the company.  He told me "GFS" each time I asked.  Finally,
13 │ I told him that without a complete company name, I had no confidence that I was
14 │ dealing with a legitimate company.  He finally told me the company name was
15 │ Global Filing Services.

16 │      9.    After I got off the telephone with the representative, I searched the
17 │ company name Global Filing Services on the Internet.  My search pulled up a
18 │ number of complaints on www.ripoffreport.com and other consumer websites.

19 │     10.    The following day I called the representative back, and told him that I
20 │ had found numerous Internet complaints, and his company did not appear to be
21 │ either ethical or legitimate.  The representative responded that the ripoff report
22 │ complaints were inaccurate.  I then told him that it just seemed ridiculous that I
23 │ would owe $5,000 on a credit card account that had a credit limit of only $1,000.
24 │ The representative told me that he had Bank of America on hold on another
25 │ telephone line and said that he would put me on hold, and talk to Bank of America
26 │ to see if they would negotiate a lower payment for me.  I told the representative
27 │ that I found it incredible that he would just happen to have Bank of America
28 │ holding on another line right at the moment I called him., and then ended the call.

11.     On or about April 13, 2011, I filed a complaint with the Federal Trade Commission.  I have not received any paperwork concerning the alleged debt, or any written communications from Global Filing Services.  I also have not received any papers informing me of a lawsuit for the $5,000 that I allegedly owe.  I also have not received any more telephone calls from the company.

I state under penalty of perjury that the foregoing statement is true and correct.  Executed on *Aug., 23* 2011, in Sacramento, California.

Daniel Gonzalez

Guidry, Dana

<u>DECLARATION OF DANA GUIDRY</u>

1.    My name is Dana Guidry. I reside in Wichita, Kansas. The following statements are within my personal knowledge.

2.    Sometime in late 2009 or early 2010, I started to receive telephone calls at my residence in Henrico, Virginia from individuals claiming to be working for the sheriff's department. The callers stated that I owed money on a credit card account and that I had to pay it immediately, or risk being served with a court summons. I asked the callers to provide me with some proof that I owed the money they claimed and that they were authorized to collect the money. Nothing was sent to me to demonstrate that the callers were calling on a legitimate debt, or that they were entitled to collect on that debt. Also, I never received the threatened court summons, or even a visit from any law enforcement about this alleged debt, so I assumed that I was dealing with a scam. On many of these calls, I demanded that they stop calling me, but my request was ignored. After a while, I decided to stop answering my phone if I did not recognize the number and allowed these callers to leave messages on my voice mail.

3.    The voice mail messages that were left for me thereafter all generally relayed the same message that I needed to call them back immediately, or I would be served with a summons. On some occasions, the caller even threatened me with arrest. In one of the voice mails I recall the caller claiming to be from the sheriff's department and stating that I was about to be served with legal papers and needed to call the number "866-866-1313." This was the same number that I had been left in previous voice mail messages by other callers. None of these callers identified themselves, or the company that was supposedly taking legal action against me due to the alleged debt I owed.

4.    The calls persisted for over a year. The callers not only threatened me, but also made threats to my family members. Sometime in June 2010, my daughter, who answered my phone while I was out, spoke to a caller who said that

1   he had a warrant for me, and that I needed to call 866-866-1313, or I would be

2   arrested.  Around the same time, someone called my ex-husband, Alan Waterstreet,

3   who lives in Kansas and said essentially the same thing to him that was said to my

4   daughter.

5        5.     Sometime in late January 2011, I received another call from someone

6   who not only threatened me with arrest, but also implied that he was about to have

7   my boy friend arrested.  At that point, I had decided to put a stop to the harassing

8   calls.  Because I did not know the name of the company that was calling me, I

9   searched the 866-866-1313 telephone number on the internet.  My search revealed

10  that the number belonged to a company called "Prime West Management"

11  operating out of Corona, California.

12       6.     After finding out the name of the company that had contacted me, I

13  filed a complaint with the Federal Trade Commission.  In the past week, I received

14  a telephone call from my daughter who said that my now ex-boy friend had

15  received a call from someone claiming to be working for the sheriff's department

16  and threatened that I would be arrested if I did not call them back right away.  I

17  have contacts with the Henrico County Sheriff's department.  My contacts have

18  told me that there is no warrant out for my arrest relating to any debt.  I have not

19  received any documentation about any delinquent credit card account, and have not

20  been served with a warrant or a court summons.

21       I declare under penalty of perjury that the foregoing is true and correct.

22  Executed on _____, at Wichita, Kansas.

23

24

25

26  Dana Guidry

27

28