Burge, Kim



## DECLARATION OF KIM BURGE

1.      My name is Kim Burge.  I am the Vice President of Trade Practices for the Better Business Bureau of the Southland, Inc. ("BBB").  The following statements are within my personal knowledge.

2.      The BBB is a private, nonprofit organization dedicated to promoting fairness and honesty in the marketplace.  The BBB provides business reviews and helps resolve complaints concerning companies in Los Angeles, Orange, Riverside, and San Bernardino Counties.

3.      I have been employed by the BBB for nearly 18 years.  As a BBB employee, I process complaints against businesses and I accumulate relevant information about companies and industries.  As Vice President of Trade Practices, I direct and oversee the review of company business practices to ensure the quality and production of BBB Business Reviews.  My oversight responsibilities include reviewing companies' advertising and business records for truthfulness and accuracy.

### The BBB's complaint resolution process

4.      The BBB receives complaints and inquiries from consumers throughout the United States regarding companies in our service area.  We receive complaints via telephone, mail, email, fax, in person, and over the Internet. Consumers who submit complaints against companies to the BBB are asked to provide information that includes, but is not limited to:  (a) their name, address, and telephone number; (b) the name of the business or organization; (c) the nature of their grievance; and (d) what they are seeking from the company as a resolution and the amount of money in dispute.  Upon arrival, the complaints are reviewed and uploaded to a database in the BBB office located in Colton, California.

5.      The BBB attempts to resolve each consumer complaint by sending a copy of the complaint to the business and requesting a response.  In these responses, the company may propose a resolution and/or explain their

1

understanding of the dispute.  If the company responds, the BBB forwards that

response to the consumer and gives the consumer the opportunity to state whether

he or she is satisfied with the company's response and/or proposed resolution.  If

the consumer is not satisfied, the consumer may provide the BBB with a rebuttal to

the company's response.  The BBB then forwards the rebuttal to the company for a

final response.  The BBB also assists consumers and business resolve their disputes

by holding arbitrations.

6.     If the BBB decides the process is complete, the BBB closes the

complaint accordingly.  The BBB determines at closing if the complaint has been

resolved or not.  The BBB's policy is to close a complaint file within 30 days of its

opening when the company fails to respond to the complaint.  Thus, the BBB's

closure of a complaint does not necessarily mean that the complaint was resolved

to the complaining consumer's satisfaction.  Rather, it may just mean that the

BBB's complaint resolution process has been exhausted.

7.     The BBB keeps written records of its communications with companies

against whom consumer complaints have been filed.  These communications

include inquiries from the company, inquiries about the company from consumers,

consumer complaints against a company, the company's response to the

complaints, and other correspondence relating to the company.  If the company

applied for BBB accreditation, the BBB also maintains the company's application.

In addition to written correspondence, the BBB's records may include BBB

employees' notes of telephonic or other oral communications with or about the

company.  The BBB also maintains a computerized summary of each complaint,

including the name and address of the consumer, the nature of the complaint, the

action taken by the BBB, and the company's response.  The BBB's records of

complaints and its communications with or about the company are made at or near

the time of the events by a BBB employee, and the information is kept in the

course of the BBB's regularly conducted business activity.  With respect to

1    consumer complaints, the BBB generally retains complaints filed against a

2    company for a period of 36 months.

3                              **The BBB's Business Reviews**

4          8.     The BBB issues "Business Reviews" about companies that do

5    business with the public, which are designed to assist consumers in finding reliable

6    businesses. The Business Reviews contain information about the company, note

7    whether the BBB has received any consumer complaints about the company in the

8    most recent 36 months, and include a letter rating (on an "A+" through "F" scale).

9    The BBB's letter rating for a company is based on an algorithm that weighs

10   complaints, the companies' responses to them, and several other relevant factors.

11   The grade assigned to a company reflects the BBB's degree of confidence that the

12   company is operating in a trustworthy manner and will make a good faith effort to

13   resolve any customer concerns filed with the BBB. The BBB assigns an "F" rating

14   when it strongly questions the company's reliability because of various factors

15   including, but not limited to, the following: they have failed to respond to

16   complaints; the complaints about them contain particularly serious allegations

17   about fraudulent business practices; they are not in compliance with licensing,

18   registration, or other legal requirements; and other indications of business practices

19   that are harmful to consumers.

20          9.     The BBB creates its Business Reviews from business records that it

21   maintains in the regular course of business, such as consumer complaints,

22   communications with or about the company, and the BBB's experience with the

23   company's industry. The Business Reviews are accessible to the public from the

24   BBB's website at www.la.bbb.org, the national Better Business Bureau website at

25   www.bbb.org, or by calling the BBB. In my position as Vice President of Trade

26   Practices, I supervise the production of the Business Reviews for companies in the

27   geographic area covered by the BBB.

28          10.     The Southland BBB monitors and reports on over 300,000 businesses

1 in Southern California.  Among these businesses are Rincon Management Services,

2 Pacific Management Recovery, Pacific Management, Prime West Management,

3 National Filing Services, City Investment Services, Union Management, Union

4 Filing Services, and Global Filing Services.  As of September 26, 2011, the BBB

5 had received a combined total of 62 complaints against these businesses.

### Rincon Management Services

7       11.     Starting in May, 2011, the BBB began receiving consumer complaints

8 regarding a company named Rincon Management Services, with a reported address

9 of 1191 Magnolia Ave., Suite D-381, Corona, California 92879.  Attached hereto

10 as **Attachment 1** is a true and correct copy of the BBB's Business Review for

11 Rincon Management Services as of September 14, 2011, which reflects that the

12 company has received a BBB rating of "D-."

13       12.     As of September 26, 2011, the BBB had received four complaints

14 about Rincon Management Services.  According to the complaints, Rincon

15 Management Services' representatives engaged in the following practices: (1)

16 claimed to be with a county Sheriff's Department that was planning to serve a

17 summons on the alleged debtor; (2) failed to send required notices providing

18 validation of the alleged debts; (3) told family members and friends that the alleged

19 debtors had been sued and would be arrested; and (4) used threats and other "scare

20 tactics" in their efforts to collect debts.  Rincon Management Services provided the

21 BBB with responses to each of the complaints.  True and correct copies of the BBB

22 records containing each complaint against Rincon Management Services, the

23 company's response, and any consumer rebuttals are attached hereto as

24 **Attachment 2** (with personal identifying information redacted).

### Pacific Management Recovery

26       13.     In March, 2011 the BBB received its first complaint regarding a

27 company named Pacific Management Recovery, with a reported address of 355

28 North Sheridan, Unit 115, Corona, California 92880.  Attached hereto as

1    **Attachment 3** is a true and correct copy of the BBB's Business Review for Pacific

2    Management Recovery as of September 14, 2011, which reflects that the company

3    has received the BBB's lowest rating of "F."

4         14.    As of September 26, 2011, the BBB had received three complaints

5    about Pacific Management Recovery.  According to the complaints, Pacific

6    Management Recovery's representatives contacted third parties and tried to collect

7    invalid debts.  Pacific Management Recovery provided the BBB with responses to

8    each of the complaints.  True and correct copies of the BBB records containing

9    each complaint against Pacific Management Recovery, the company's response,

10   and any consumer rebuttals are attached hereto as **Attachment 4** (with personal

11   identifying information redacted).

12                          **Pacific Management**

13        15.    In April, 2009 the BBB received its first complaint regarding a

14   company named Pacific Management, with a reported address of 541 North Main

15   Street, Suite 104, Corona, California 92880.  Attached hereto as **Attachment 5** is a

16   true and correct copy of the BBB's Business Review for Pacific Management as of

17   September 14, 2011, which reflects that the company has received the BBB's

18   lowest rating of "F."

19        16.    As of September 26, 2011, the BBB had received nine complaints

20   about Pacific Management.  According to the complaints, Pacific Management's

21   representatives (1) claimed to be with a county Sheriff's Department and that a

22   bench warrant was to be issued for the alleged debtor; (2) told family members and

23   employers about the alleged debts; (3) failed to send required notices providing

24   validation of the alleged debts; (4) threatened to arrest an alleged debtor at his

25   place of employment or home; and (5) used other harassing tactics in their efforts

26   to collect debts.  Pacific Management did not provide the BBB with responses to

27   any of the complaints.  True and correct copies of the BBB records containing each

28   complaint against Pacific Management are attached hereto as **Attachment 6** (with

personal identifying information redacted).

**Prime West Management**

17.   Starting in September, 2010, the BBB began receiving consumer complaints regarding a company named Prime West Management, with a reported address of 1191 Magnolia Avenue, Suite D-381, Corona, California 92879. Attached hereto as **Attachment 7** is a true and correct copy of the BBB's Business Review for Prime West Management as of September 14, 2011, which reflects that the company has received the BBB's lowest rating of "F."

18.   As of September 26, 2011, the BBB had received 11 complaints about Prime West Management.  According to the complaints, Prime West Management's representatives engaged in the following practices, among others: (1) claimed to represent law enforcement agencies; (2) claimed to be attorneys; (3) claimed to be planning to serve a summons on the alleged debtor; (4) claimed to be planning to file a lawsuit against the alleged debtor; (5) threatened to arrest relatives who refused to provide information; (6) failed to send required notices providing validation of the alleged debts; and (7) told family members, friends, and employers that the alleged debtors had been sued and would be arrested.  Prime West Management provided the BBB with responses to all but one of the complaints.  The unsigned response letters each include a signature blank for "Mr. Richard McKinley, Director" of Prime West Management.  True and correct copies of the BBB records containing each complaint against Prime West Management, the company's response, any consumer rebuttals; and true and correct copies of the response letters are attached hereto as **Attachment 8** (with personal identifying information redacted).

**National Filing Services**

19.   In December, 2010, the BBB began receiving consumer inquiries and complaints regarding a company named National Filing Services, with the same reported address in Corona, California as that of Rincon Management Services and

Prime West Management.  Attached hereto as **Attachment 9** is a true and correct copy of the BBB's Business Review for National Filing Services as of September 14, 2011, which reflects that the company has received the BBB's lowest rating of "F."

20.    As of September 26, 2011, the BBB had received 18 complaints about National Filing Services.  According to the complaints, National Filing Services' representatives engaged in the following practices, among others:  (1) told family members that the alleged debtors would be arrested; (2) told employers that consumers would be sued for delinquent debts; (3) continued to call an alleged debtor's employer after having been told that such calls were not allowed; (4) falsely told consumers that they had been sued; (5) threatened to garnish wages, seize property, and take other actions not permitted by state law; (6) threatened to have law enforcement officers arrest alleged debtors; and (7) failed to send required notices providing validation of the alleged debts.  National Filing Services provided responses to 10 of the 18 complaints.  True and correct copies of the BBB records containing each complaint against National Filing Services, the company's response, and any consumer rebuttals are attached hereto as **Attachment 10** (with personal identifying information redacted).

### City Investment Services

21.    In September, 2010, the BBB began receiving consumer complaints regarding a company named City Investment Services, with the same reported address in Corona, California as that of Rincon Management Services, Prime West Management, and National Filing Services.  Attached hereto as **Attachment 11** is a true and correct copy of the BBB's Business Review for City Investment Services as of September 14, 2011, which reflects that the company has received the BBB's lowest rating of "F."

22.    As of September 26, 2011, the BBB had received 13 complaints about City Investment Services.  According to the complaints, City Investment Services'

representatives engaged in the following practices, among others:  (1) told relatives
that legal action would be taken against alleged debtors; (2) claimed to represent
law enforcement agencies; (3) threatened to have alleged debtors arrested; (4)
failed to send required notices providing validation of the alleged debts; (5) told an
alleged debtor's employer that a summons would be served; and (6) claimed to be
planning to file a lawsuit against the alleged debtor.  City Investment Services
provided the BBB with responses to seven of the thirteen complaints.  The
unsigned response letters each include a signature blank for "Mr. Richard
McKinley, Director" of City Investment Services.  True and correct copies of the
BBB records containing each complaint against City Investment Services, the
company's response, any consumer rebuttals; and true and correct copies of the
response letters are attached hereto as **Attachment 12** (with personal identifying
information redacted).

### Union Management

23.    In July, 2011, the BBB received a consumer complaint regarding a
company named Union Management, with the same reported address in Corona,
California as that of Rincon Management Services, Prime West Management,
National Filing Services, and City Investment Services.  Attached hereto as
**Attachment 13** is a true and correct copy of the BBB's Business Review for Union
Management as of September 14, 2011, which reflects that the company has
received the BBB's lowest rating of "F."

24.    As of September 26, 2011, the BBB had received one complaint about
Union Management.  According to the complaint, Union Management
representatives made repeated, threatening calls to the alleged debtor's daughter.
The company did not provide the BBB with a response to the complaint.  A true
and correct copy of the BBB record containing the consumer's complaint against
Union Management is attached hereto as **Attachment 14** (with personal
identifying information redacted).

8

**Union Filing Services**

25.  In July, 2011, the BBB received a consumer complaint regarding a company named Union Filing Services, with a reported address of 1191 Magnolia Ave., Suite D-396, Corona, California 92789.  Attached hereto as **Attachment 15** is a true and correct copy of the BBB's Business Review for Union Filing Services as of September 14, 2011, which reflects that the company has received a BBB rating of "C."

26.  As of September 26, 2011, the BBB had received one complaint about Union Filing Services.  According to the complaint, Union Filing Services' representative told a relative that the alleged debtor would be served with court papers in an effort to collect a debt.  The company provided the BBB with a response to the complaint.  A true and correct copy of the BBB record containing the consumer's complaint against Union Filing Services, with the company's response, is attached hereto as **Attachment 16** (with personal identifying information redacted).

**Global Filing Services**

27.  In September, 2011, the BBB received two complaints regarding a company named Global Filing Services, with a reported address of 1191 Magnolia Ave., Suite D-396, Corona, California 92879.  Attached hereto as **Attachment 17** is a true and correct copy of the BBB's Business Review for Global Filing Services as of October 3, 2011, which reflects that the company has not yet received a BBB rating.

28.  As of October 3, 2011, the BBB had received two complaints about Global Filing Services.  According to the complaints, Global Filing Services' representative told relatives about the alleged debt and failed to provide validation of the alleged debt.  To date, the company has not provided the BBB with responses to the complaints.  True and correct copies of the BBB records containing each complaint against Global Filing Services are attached hereto as **Attachment 18**

9

1  (with personal identifying information redacted).

2       I declare under penalty of perjury that the foregoing is true and correct.

3  Executed this ___3rd___ day of October, 2011 at Colton, California.

4  Kim Burge

5       Kim Burge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10



Better Business Bureau®

Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

| For Consumers | For Businesses | For Charities & Donors | About Us | News | Contact Us | Business Login |

Search For:  Business Name, Type, URL, Phone  In:  **City, State or Postal Code**   BBB Accredited ☐   Search

Home  >  Business or Charity Reviews  >  Collection Agencies  >  **Rincon Management Services**

- Select Language -

BBB BUSINESS REVIEW

Text Size

**Overview**    Complaints    Directions

THIS BUSINESS IS NOT BBB ACCREDITED

Rincon Management Services

What is a BBB Business Review?

1191 Magnolia Avenue, Suite D-381, Corona, CA 92879

**D-**   **On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

Share    Print

### QUICK LINKS

File a Complaint

### CUSTOMER REVIEWS

Click here to access local public reviews and opinions regarding this business.

### ASSOCIATED SEARCHES

Still searching? Find more businesses offering similar services.

### FEEDBACK

**RECOMMEND**

Would you recommend this review to others?

**Please Select:**   Yes  No

**SHARE WITH US**

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**

Use our Contact Us page to get in touch with us if you have any issues, questions or concerns.

Description

This company's business is Collection Agencies

## BBB Accreditation

This business is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* this business's rating include:

- 1 complaint(s) filed against business that were not resolved
- BBB does not have sufficient background information on this business. BBB made at least two requests for background information from business. BBB has not received a response from business and/or has not been able to verify information received from business.

Factors that *raised* this business's rating include:

- Complaint volume filed with BBB for business of this size
- Response to complaint(s) filed against business

Customer Complaints Summary

**4 complaints closed with BBB in last 3 years | 4 closed in last 12 months**

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising / Sales Issues | 0 |
| Billing / Collection Issues | 4 |
| Problems with Product / Service | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **4** |

**Additional Complaint Information**

Our complaint history for this company shows that the company responded to and gave proper consideration to most complaints. However, one or more complaints are unresolved meaning the company failed to properly address the complaint allegations or their response was inadequate.

Complaint Details | Definitions | BBB Complaint Process | File a Complaint

## Government Actions

BBB has no information regarding government actions at this time.

What government actions does BBB report on?

## Advertising Review

BBB has no information regarding advertising review at this time.

What is BBB Advertising Review?

Additional Information

Top

BBB file opened: 5/3/2011

**Business Category**
Collection Agencies

© Copyright 2010 The Better Bu... ...ll Rights Reserved.
BBB Copyright and Reporting Policy    Policy | BBB Directory
BBB serving Los Angeles, Orange, R...    of Southern California

Map data ©2011 Google

Directions



Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

## Complaint Details

**Rincon Management Services**
1191 Magnolia Avenue, Suite D-381
Corona, CA 92879
Phone:
Contact:
Company ID: 100105142

**Consumer**

**Complaint ID: 98608133**

### Customer Complaint

Posted 5/3/2011

**Summary** - On behalf of our clients we make demand upon you to pay the sum of $2,809.97 to Mr.                     and Mr.

**Complaint Description**
This office represents Mr.                and Mr.                       You collected from them, based on intentional misrepresentations, the sum of $2,809.97 for a debt which had been written off by Washington Mutual and unenforceable. We have been retained to take all action necessary to obtain reimbursement of this amount. On September 20, 2010 your company representative called Mr.          and passed himself off as a Riverside County Sheriffs legal department official calling to serve a summons on Mr.          Mr.          was requested to call a certain number which was your company. He contacted that number and the Sheriff's department. The latter had no record of calling him and it is not their policy to do so. Notwithstanding the fact this debt is unenforceable under California law you browbeat our clients into believing the debt was still due and Mr.          would be immediately sued if payment in full was not received that day, September 215`. Our clients, without the benefit of speaking with an attorney and mistakenly believing a lawsuit was imminent, paid the demanded amount over the phone authorizing debit of Mr.          s credit card. Our clients are senior citizens who were subjected to outrageous collection practices for a nonexistent debt.

**Resolution Sought**
Full refund

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
|  | Collection agency |  | 9/20/2010 |  | $2,809.97 |

### Company's Response

Posted 5/17/2011

**Summary** - City Investment Services is a filing service, we do not make outbound calls.

**Response**
We have received a letter from your offices in regards to the individual listed above. After reviewing the file, it appears that Mr.          did have an outstanding balance with our office in regards to the debt he incurred with Washington Mutual Finance. Mr.          payment was applied to his account and a "paid in full" letter was issued. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls. Our company complies with all of the FDCPA rules and regulations.

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.




Contact Us · Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**Rincon Management Services**
1191 Magnolia Avenue, Suite D-381
Corona, CA 92879
Phone:
Contact:
Company ID: 100105142

**Consumer**

Complaint ID: 98609459

**Customer Complaint**

Posted 5/10/2011

**Summary** - Calls family members regarding debts and threatens lawsuits repeatedly.

**Complaint Description**
A representative of Rincon Filing contacted my mother-in-law in Toledo, OH about a debt of mine. I live in Atlanta, GA and suspect they got her information via Skip-Tracing. My mother-in-law called me to give me the message. I returned the call and I spoke to woman who identified herself as a secretary and asked for a case number. She then placed me on hold for about 45-60 seconds. I was then connected to a representative who identified herself as Debra Jones. She said a lawsuit was filed for a 3.5 year old debt of $1,700 for HSBC credit card. But she said I was on the hook for accrued interest, court costs, attorney's fees for a total of $6,500. I told her I would not pay them $6,500 and to send a validation letter. She refused saying that the process of having me served would start over again. I then told her if the debt was valid I would rather communicate directly with the original creditor. She again advised of the pending lawsuit. I told her I would have to call her back. She told me if I didn't call back the next day (5/6/11), the lawsuit would be filed. She referenced my credit report and named items on it. So apparently they are pulling credit reports.

**Resolution Sought**
Stop all contact with me as I would rather resolve with original creditor.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 5/5/2011 | Collection Tactics | | | | $6,500.00 |

**Company's Response**

Posted 5/20/2011

**Summary** - we do not make outbound calls, nor disclose information to a third party.

**Response**
After reviewing the file, we see that Ms.          does in fact have an outstanding balance with our office in regards to the debt she incurred with HSBC. The balance will remain due if left unpaid. However, there must be a misunderstanding as for any additional complaints and/or misconduct; Rincon Management Services is a filing service, we do not make outbound calls, nor disclose information to a third party. Our company complies with all of the FDCPA rules and regulations.

**Customer's Rebuttal**

Posted 5/22/2011

The representative who called numerous times left their company name and telephone number for me to return the calls. They left messages with family members threatening lawsuits and arrest.

**Company's Final Response**

No Final Response





Better Business Bureau
## Start With Trust
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

## Complaint Details

**Rincon Management Services**
1191 Magnolia Avenue, Suite D-381
Corona, CA 92879
Phone:
Contact:
Company ID: 100105142

**Consumer**

**Complaint ID:** 98613506

### Customer Complaint

Posted 5/25/2011

**Summary** - Called me @ work threatened court for old debt. Agreed amt was 259.00 per mo 7 mos. Debit this mo taken out 5/23/11 for 270.00.

**Complaint Description**
Have seen where this company does these "scare tatics" to MANY people at work. I have since found out that it is illegal for debt collectors to call me at work. I cannot afford the amount of money they are making me pay monthy. They have been sued and are listed as a "scam" company. I want them to stop taking money out of my bank account and return the payment taken out this month. I have been through a very traumatic loss this past year, I am on my own after 35 years of marriage, I work for the Florida Dept of Corrections and only bring home $630.00 bi-weekly. I am now raising my 6 year old grandson and I cannot afford this! I honestly believe that I had paid this debt off in 2009. PLEASE HELP ME!!!!!

**Resolution Sought**
Stop taking money from my acct

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 5/20/2011 | Debt Collectors | | 4/25/2011 | | $0.00 |

### Company's Response

Posted 6/8/2011

**Summary** - The payment she made was in fact due and will remain due if left unpaid.

**Response**
We have received the complaint from your offices in regards to the individual listed above. We have confirmed that Ms.          does have a file in regards to the debt she incurred with HSBC. In her complaint, she made reference to having made a payment for this debt but wanting a refund because she can no longer afford it. Ms. also stated we are listed as a "scam" company. We can assure you that Rincon Management Services is a legitimate company operating by all rules and regulations and in no way takes part in unlawful practices. The payment she made was in fact due and will remain due if left unpaid. However, we cancelled all future payments Ms.          had previously agreed upon due to her hardship as she requested on 5/25/11. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

### Customer's Rebuttal

Posted 6/9/2011

The legal department at Regions Bank investigated this company and the money has been returned to my account. I want no further dealings with this company as there are pages and pages of documented evidence against them regarding illegal business practices. I work for a law enforcement agency and all phone calls in and out of this facility are recorded. Their threatening "scare tatics" are quite easy to prove. Thank you, BBB for your assistance in this most unpleasant matter.

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





Contact Us | Find a BBB

## Complaint Details

**Rincon Management Services**
1191 Magnolia Avenue, Suite D-381
Corona, CA 92879
Phone:
Contact:
Company ID: 100105142

**Consumer**

**Complaint ID:** 98623725

---

### Customer Complaint

Posted 7/13/2011

**Summary** - This company calls my family members with a fake case # 78-02200 and has made many threatening comments.

**Complaint Description**
This company has told my family and my friends that they have filed a lawsuit against me. They told one person in my family that they were going to send the Sheriff to arrest me. I called them back once and they told me they were suing me before they even told me who they represented. I had to research the phone # in order to find the name of the company because they would not give me the name or address. They wanted me to set up payments with them and I told them that I would call them back. Upon researching this company I found many scam reports and other complaints, I searched to see if there was anything legal pending against me and there is not, so I came to the conclusion that I should not pay them any money. I never received mail or correspondence from them at any time and still haven't despite a request for something in writing. I did not call them back to pay whatever bill it was that they were trying to collect. Today I received a message from my father in law whom I have never even met in person that this company is calling him and telling him that there is a lawsuit and if I do not call them today there will be dire consequences. This company cannot do that. If they are legitimate it is against the FDCPA to disclose information like that to a third party, and they gave him a false case #. I would like to know what will be done about this company's collection ethics, they are breaking the law at the very least, but my opinion is they are scamming people.

**Resolution Sought**
I would like this company to go out of business. Stop calling.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 5/1/2011 | | | | | $0.00 |

---

### Company's Response

Posted 7/25/2011

**Summary** - We have placed a "cease and desist" on Ms.        s file as per her request, until this matter is resolved.

**Response**
We have confirmed that Ms.        does have a file in regards to the debt she incurred with HSBC Orchard Bank. In her complaint, Ms.        made strong accusations that we are a "scam" company. This is indeed a false statement, as we can assure you that Rincon Management Services is a legitimate company operating by all FDCPA rules and regulations and in no way takes part in unlawful practices. We have placed a "cease and desist" on Ms.        s file as per her request, until this matter is resolved. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

---

### Customer's Rebuttal

No Rebuttal

---

### Company's Final Response

No Final Response

---

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**244**        **Burge declaration Attachment 2**



Better Business Bureau®

Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

| For Consumers | For Businesses | For Charities & Donors | About Us | News | Contact Us | Business Login |

Search For:  Business Name, Type, URL, Phone   In:  City, State or Postal Code   BBB Accredited ☐   Search

Home > Business or Charity Reviews > Collection Agencies > Pacific Management Recovery

## BBB BUSINESS REVIEW

**Overview**    Complaints    Directions

- Select Language -

Text Size   

THIS BUSINESS IS NOT BBB ACCREDITED

What is a BBB Business Review?

### Pacific Management Recovery

(951) 824-5265
355 North Sheridan Unit 115, Corona, CA 92880

**F** | **On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

 Share    Print

### Description

This company's business is a collection agency.

## BBB Accreditation

This business is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

### Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* this business's rating include:

- Failure to respond to 1 complaint(s) filed against business
- 1 complaint(s) filed against business that were not resolved
- BBB does not have sufficient background information on this business. BBB made at least two requests for background information from business. BBB has not received a response from business and/or has not been able to verify information received from business.

### Customer Complaints Summary

2 complaints closed with BBB in last 3 years | 2 closed in last 12 months

### QUICK LINKS

File a Complaint

## CUSTOMER REVIEWS

Click here to access local public reviews and opinions regarding this business.

## ASSOCIATED SEARCHES

Still searching? Find more businesses offering similar services.

## FEEDBACK

**RECOMMEND**

Would you recommend this review to others?

**Please Select:**  Yes  No

**SHARE WITH US**

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**

Use our Contact Us page to get in touch with us if you have any issues, questions or concerns.

Burge declaration Attachment 3

**Complaint Type**

| Complaint Type | Total Closed Complaints |
| --- | --- |
| Advertising / Sales Issues | 0 |
| Billing / Collection Issues | 1 |
| Problems with Product / Service | 1 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **2** |

**Additional Complaint Information**

Our complaint history for this company shows that the company responded to and gave proper consideration to some complaints. However, most complaints are unresolved meaning the company failed to properly address the complaint allegations or their response was inadequate. However, the company failed to respond to one complaint.

Complaint Details | Definitions | BBB Complaint Process | File a Complaint

## Government Actions

BBB has no information regarding government actions at this time.

What government actions does BBB report on?

## Advertising Review

BBB has no information regarding advertising review at this time.

What is BBB Advertising Review?

## Additional Information

BBB file opened: 3/29/2011

**Business Category**
Collection Agencies

© Copyright 2010 The Better Bu...   ll Rights Reserved.
BBB Copyright and Reporting Policy   Policy | BBB Directory
BBB serving Los Angeles, Orange, R...   of Southern California

Top

Map data ©2011 Google

Directions



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
## Start With Trust®
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California



# Complaint Details

**Pacific Management Recovery**
355 North Sheridan Unit 115
Corona, CA 92880
Phone: (951) 824-5265
Contact:
Company ID: 100104231

**Consumer**

**Complaint ID:** 98599464

## Customer Complaint

Posted 3/29/2011

**Summary** - Illigally got my credit reoprt without my permission, contaced 2nd and 3rd parties to extort 2300.00 check by phone, doing business with expired lic

**Complaint Description**
No business licence at this time, contacted a third party telling them that i owe money to walmart thats not true and its against collection practices to contact third parties, also contaced my daughter and gave her all this information. My address is on my credit reoprt why didn't they contact me directly the try to extore 2300.00 check by phone. I beleive they got my credit report so they could steal my identity for a mortgage fraud. The fbi needs to be in on this they are all up too no good. I want copies of all paper work on my matter

**Resolution Sought**
Explain why they tapped into my credit report for collection when i owe no money to anyone its on my credit report i want contact information fo owner wayne lansfort lic 639850

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/6/2010 | collections | collection pmr | 12/6/2010 | | $0.00 |

## Company's Response

Posted 4/29/2011

**Summary** - we do not make outbound calls nor do we ever disclose any information to a third party.

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms.             does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls nor do we ever disclose any information to a third party. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

## Customer's Rebuttal

Posted 5/1/2011

I have a third party witness who contacted me thats how i became aware of my mothers alledged problem. YES YOU DID CALL A THIRD PARTY! People who work for you lied to me and said I was not in there computor!I went there in persone and they said you were out of business!There is no misunderstanding you broke the LAW!You tapped into my credit report with out permission or legal documents proof of any debt i have no credit THEY HAVE AN EXPIRED LICENSE!!!!!!!!!

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

Burge declaration Attachment 4




> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
## Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**Pacific Management Recovery**
355 North Sheridan Unit 115
Corona, CA 92880
Phone: (951) 824-5265
Contact:
Company ID: 100104231

**Consumer**

**Complaint ID:** 98606081

## Customer Complaint

Posted 4/25/2011

**Summary -** Company is trying to collect on a odd Paid debt. They illegally pulled my credit report and contacted my girlfriends brother saying I missed court.

**Complaint Description**
Company is trying to collect on a odd Paid debt. They illegally pulled my credit report and contacted my girlfriends brother saying I missed court. The item has been paid and removed from my credit report in 2006.

**Resolution Sought**
Close based on business practices. There are pages of data online about this illegally approach to collect debt.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 4/5/2011 | Collection of debt. | | | | $0.00 |

## Company's Response

No Response

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**248**        **Burge declaration Attachment 4**



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

**Better Business Bureau**
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California



## Complaint Details

**Pacific Management Recovery**
355 North Sheridan Unit 115
Corona, CA 92880
Phone: (951) 824-5265
Contact:
Company ID: 100104231

Consumer

Complaint ID: 98632067

### Customer Complaint

Posted 8/19/2011

**Summary** - Just pulled up my credit report the other day and found this agency on it.

**Complaint Description**
Consumer states, I just pulled up my credit report the other day and found this agency on it. They are trying to collect for a credit card over a 7-10 year expiration limit. I would like for this to be cleared up.

**Resolution Sought**
Need them to get off my credit report for a credit card last used in 1997.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 8/16/2011 | collections | | | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**Burge declaration Attachment 4**



## Better Business Bureau®

Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

| For Consumers | For Businesses | For Charities & Donors | About Us | News | Contact Us | Business Login |

Search For:  Business Name, Type, URL, Phone   In:  City, State or Postal Code   BBB Accredited ☐   Search

Home > Business or Charity Reviews > Collection Agencies > Pacific Management

- Select Language - 

## BBB BUSINESS REVIEW

**Overview** | Complaints | Directions

Text Size

**THIS BUSINESS IS NOT BBB ACCREDITED**

What is a BBB Business Review?

### Pacific Management

**(866) 214-2646**

541 North Main Street, Suite 104, Corona, CA 92880

**F**   **On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

Share    Print

### Description

The company's business is providing Collection Agency services

## BBB Accreditation

This business is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

### Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* this business's rating include:

- 9 complaint(s) filed against business
- Failure to respond to 9 complaint(s) filed against business
- BBB does not have sufficient background information on this business. BBB made at least two requests for background information from business. BBB has not received a response from business and/or has not been able to verify information received from business.

### Customer Complaints Summary

**9 complaints closed with BBB in last 3 years | 3 closed in last 12 months**

### QUICK LINKS

File a Complaint

### CUSTOMER REVIEWS

Click here to access local public reviews and opinions regarding this business.

### ASSOCIATED SEARCHES

Still searching? Find more businesses offering similar services.

### FEEDBACK

**RECOMMEND**

Would you recommend this review to others?

**Please Select:**  Yes  No 

**SHARE WITH US**

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**

Use our Contact Us page to get in touch with us if you have any issues, questions or concerns.

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising / Sales Issues | 0 |
| Billing / Collection Issues | 8 |
| Problems with Product / Service | 1 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **9** |

**Additional Complaint Information**

Our complaint history for this company shows that the business has not responded to customer complaints brought to its attention by the Bureau.

Complaint Details | Definitions | BBB Complaint Process | File a Complaint

## Government Actions

BBB has no information regarding government actions at this time.

What government actions does BBB report on?

## Advertising Review

BBB has no information regarding advertising review at this time.

What is BBB Advertising Review?

Additional Information

Top

BBB file opened: 4/17/2009

**Business Category**
Collection Agencies

W Rincon St



© Copyright 2010 The Better Bu...   ...ll Rights Reserved.
BBB Copyright and Reporting Policy   Policy | BBB Directory
BBB serving Los Angeles, Orange, R...   of Southern California

Google   Map data ©2011 Google
Directions




Contact Us   Find a BBB

**Better Business Bureau**
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone:  (866) 214-2646
Contact:
Company ID:  100081571

**Consumer**

**Complaint ID:**  98403754

### Customer Complaint

Posted 4/17/2009

**Summary** - Violated the FDCPA 807 (1) and 808 (6)

**Complaint Description**

A phone call was placed to my grand parent's residence on 04/14/09 from the caller stating that they were from the Sheriffs office stating I had 2 hours to return my phone call to (866) 214-2646 before a bench warrant is issued in my name. Upon calling that number I found out it was not a sheriff's office it was Pacific Management using the sheriffs department as a threat. You have violated the FDCPA. Please refer to FDCPA- 807 (1) The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof. Upon receiving that message I called and spoke to David Freeman @ ext 17. He advised me that my case was referred to his office regarding a credit card with a balance of $4,088.57. He stated that I received a notice at               . I advised him I had not lived at that address in an estimate of 5 years. He stated that all that they are required to do is send out a notice to the last address on file. States that he is willing to settle this account for $2,460.72. I advised him that I could not pay that. He states that in order to stop the processing on this I will need to pay an estimate of $650.00 for the process server. He then proceeded to threaten wage garnishment, take lien on my home, or sweep my bank account which he has pulled my bank records. This is a violation of the FDCPA -808 (6).

**Resolution Sought**

Must correct your records. Remove my name from the account and delete any adverse credit reporting. If you fail to correct your records and provide documentation providing the correction to my credit within 30 days I will seek legal counsel for your Violations of the FDCPA.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 4/14/2009 | | | | | $4,088.57 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.



Contact Us | Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**®
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone: (866) 214-2646
Contact:
Company ID: 100081571

**Consumer**

**Complaint ID:** 98407576

### Customer Complaint

Posted 4/30/2009

**Summary -** Company called and threatened him.

**Complaint Description**
Consumer called stating company called and threatened him. The representative demanded payment and used scare tactics to attempt to get consumer to pay a debt that he has no knowledge of. Consumer states that the company violated the law by using these aggressive tactics.

**Resolution Sought**
Consumer seeks to have company immediately stop contacting him by phone.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 4/29/2009 | Debt collection practices | | 4/29/2009 | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**253       Burge declaration Attachment 6**





Contact Us | Find a BBB

## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone: (866) 214-2646
Contact:
Company ID: 100081571

**Consumer**

**Complaint ID:** 98456056

### Customer Complaint

Posted 10/2/2009

**Summary** - Illegal collections practices

**Complaint Description**
They represented themselves as a police agency to my employer.

**Resolution Sought**
Stop harassing calls and handle their accounts legally

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 9/30/2009 | | | | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**254**        **Burge declaration Attachment 6**



Contact Us · Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone: (866) 214-2646
Contact:
Company ID: 100081571

**Consumer**

**Complaint ID:** 98466047

### Customer Complaint

Posted 11/4/2009

**Summary** - Harassment, and false representation. Calling my place of employment and cell phone from a restricted number. Not following fair collection practice

**Complaint Description**

Called my place of employment and spoke with the Director of Human Resources, told her that I was going to be served by the Sheriff's Department sometime this week and asked her if she thought I would prefer to be served at home or at work. Left her with their phone number and reference number for me to call them back. I called the agency back, was told that I was going to be sued for a total of over $4000 but could settle for $1047 and could make payments totaling aprox. $1900. I asked the person for his name and told him that I would call him back. 11/04 at aprox. 11 am, I was called on my cell phone with a restricted number. I was told that I was supposed to call back to make payment and payment arrangements. I asked the male caller why the amount was what he is stating it is, and asked for some sort of accounting that proves I owe that amount if anything. He became irate and spoke to me in a load and demeaning tone, telling me that I was trying to get out of my obligations he stated that the investors that he was representing didn't care about how many toaster I bought, their only concern was the total amount owed. I restated that I was not interested in knowing what they cared about, I would like validation of the debt. He kept stating that my Experian credit report validated the amount owed. I asked what his manager's name was and he said that he would transfer me and placed me on hold. I held for what felt like a few minutes and then hung up.

**Resolution Sought**

Stop calling my place of employment, stop misrepresenting themselves, stop harassing me, demeaning me, and follow the law.

### Additional Information

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 11/3/2009 | Collecting purchased debts. | | 11/3/2009 | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.




Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust®**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone: (866) 214-2646
Contact:
Company ID: 100081571

**Consumer**

**Complaint ID:** 98498120

## Customer Complaint

Posted 2/23/2010

**Summary -** They are calling my family saying that they are sueing us under false claims. They are trying to use scare tactics to make people pay money. TOTALSCAM

**Complaint Description**
They are calling my family saying that they are sueing us under false claims. They are trying to use scare tactics to make people pay money. TOTALSCAM. They are scammers that are taking advantage of the naive public to say they are being sued.

**Resolution Sought**
Close down and stop calling.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 2/22/2010 | | | | | $0.00 |

## Company's Response

No Response

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone: (866) 214-2646
Contact:
Company ID: 100081571

**Consumer**

**Complaint ID:** 98515645

### Customer Complaint

Posted 4/21/2010

**Summary** - Company is using misleading collection practices.

**Complaint Description**
Consumer alleges company is using deceptive and misleading collection practices. He claims that he recieved a call from Mike Davis claiming that he was a process server with the sherrifs department. He advised consumer to call this company Pacific Management whoich consumer states he called and spoke with Gavin Lepree. Galvin began to tell him that he needed to pay $1000.00 by 6pm or else all his student loans would be stopped and that they would sieze his car to recover payment. After careful review consumer learned that the company was not legit.

**Resolution Sought**
Consumer is seeking for the company to adjust his credit report.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 2/1/2010 | collections | | | | $2,005.98 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.



Contact Us   Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone: (866) 214-2646
Contact:
Company ID: 100081571

Consumer

Complaint ID: 98546732

### Customer Complaint

Posted 8/17/2010

**Summary** - This Company used fraud to receive monies.

**Complaint Description**
Pacific Management, lied and pretended to be from the Sheriff Dept. States you have a warrant out for your arrest,if you don't contact them,stating they spoke with you a few days ago. you will be picked up at your place of employment,or your home. Pacific management took monies from my account for four months.

**Resolution Sought**
Refund all mymonies they took from my account.

### Additional Information

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 2/11/2010 | | | | | $2,000.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy   Trademarks   Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone:  (866) 214-2646
Contact:
Company ID:  100081571

**Consumer**

**Complaint ID:**  98560305

### Customer Complaint

Posted  10/19/2010

**Summary -** Fraudelent credit practices. Ran credit check without authorization.

**Complaint Description**

I received an alert stating that my credit had been pulled. After researching the alert, I found that it was Pacific Management Recovery. They refuse to call me back and I never authorized a credit inquiry. I have no knowledge of any credit requests and I am debt free.

**Resolution Sought**

Stop running fraudulent credit inquirys and to have the inquiry removed

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 10/19/2010 | Credit reporting practices | | | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**259          Burge declaration Attachment 6**





Contact Us   Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

**Better Business Bureau**
# Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**Pacific Management**
541 North Main Street, Suite 104
Corona, CA 92880
Phone: (866) 214-2646
Contact:
Company ID: 100081571

**Consumer**

**Complaint ID:** 98563295

---

### Customer Complaint

Posted 11/2/2010

**Summary** - This company wants me to pay them $100.00 a month for 36 month, however, I do not have that amount to pay right now because I have too many bills.

**Complaint Description**
Some one came to my job over a year ago notifying me that they were there to collect an amount that I owed to a credit card comp. For the amount of $5,737.27. They asked me to pay them $100.00 for 36 month for a total of $3,600.00. I have been trying to get hold of them because I cannot pay this amount at this time because I have too many payments and not enough money left. I am trying to call them to settle this claim for an amount that I can afford. I also want to know exactly who I'm paying this money to and see any legal documents they have pertaining to my account.

**Resolution Sought**
I would like for them to contact me asap to ▓▓▓▓▓▓ to come up with an agreement/amount that I can afford. I have been calling them for weeks and no one answers me. I also want to see any court papers pertaining to my account.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 5/17/2010 | | | | 1008-88501 | $3,600.00 |

---

### Company's Response

No Response

---

### Customer's Rebuttal

No Rebuttal

---

### Company's Final Response

No Final Response

Privacy Policy      Trademarks      Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**Burge declaration Attachment 6**



Better Business Bureau®                    Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

| For Consumers | For Businesses | For Charities & Donors | About Us | News | Contact Us | Business Login |

Search For: **Business Name, Type, URL, Phone**  In: **City, State or Postal Code**  BBB Accredited ☐  [ Search ]

Home > Business or Charity Reviews > Collection Agencies > **Prime West Management**

- Select Language -

**BBB BUSINESS REVIEW**

Text Size  

**Overview**    Complaints    Directions

THE BUSINESS IS NOT BBB ACCREDITED

**Prime West Management**

(866) 866-1313
1191 Magnolia Avenue Suite D-381, Corona , CA 92879

 **On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

 Share    Print

**Description**

This company's business is Collection Agencies

## BBB Accreditation

This business is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

**Reason for Rating**

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* this business's rating include:

- 6 complaint(s) filed against business
- Failure to respond to 1 complaint(s) filed against business
- 3 complaint(s) filed against business that were not resolved
- 1 serious complaint(s) filed against business
- Overall complaint history with BBB
- BBB does not have sufficient background information on this business. BBB made at least two requests for background information from business. BBB has not received a response from business and/or has not been able to verify information received from business.

**QUICK LINKS**

File a Complaint

**CUSTOMER REVIEWS**

Click here to access local public reviews and opinions regarding this business.

**ASSOCIATED SEARCHES**

Still searching? Find more businesses offering similar services.

**FEEDBACK**

**RECOMMEND**

Would you recommend this review to others?

**Please Select:**  ☐ Yes  ☐ No

**SHARE WITH US**

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**

Use our Contact Us page to get in touch with us if you have any issues, questions or concerns.

Customer Complaints Summary

**6 complaints closed with BBB in last 3 years | 6 closed in last 12 months**

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising / Sales Issues | 1 |
| Billing / Collection Issues | 5 |
| Problems with Product / Service | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **6** |

**Additional Complaint Information**

Our complaint history for this company shows that the company responded to and gave proper consideration to some complaints. However, most complaints are unresolved meaning the company failed to properly address the complaint allegations or their response was inadequate. However, the company failed to respond to one complaint.

Complaint Details | Definitions | BBB Complaint Process | File a Complaint

## Government Actions

BBB has no information regarding government actions at this time.

What government actions does BBB report on?

## Advertising Review

BBB has no information regarding advertising review at this time.

What is BBB Advertising Review?

Additional Information

BBB file opened: 12/1/2010

**Business Category**
Collection Agencies

Top ▲

© Copyright 2010 The Better Bu... ...ll Rights Reserved.
BBB Copyright and Reporting Policy    ...Policy | BBB Directory
BBB serving Los Angeles, Orange, R...    ...of Southern California

Map data ©2011 Google

Directions

Contact Us   Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

**BBB**

Better Business Bureau
Start With Trust®
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California



# Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact: Richard McKinley (Director)
Company ID: 100101176

Consumer

Complaint ID: 98554545

## Customer Complaint

Posted 9/22/2010

**Summary** - Fraudulent transactions

**Complaint Description**
I'm writing in regard to a Credit Card that was sent me by Wells Fargo that was never activated. I never had an account with Wells Fargo prior to co-signing for a car for my Grandson financed by Wells Fargo. Wells Fargo sent me a Visa credit card                     that I never asked for. This Credit card was never used or activated. Wells Fargo must have used my personal information to open up these accounts. Charges to yet another Wells Fargo credit card                were being charge to my name, SS number and information. I have never signed for or requested credit from Wells Fargo. Presently I'm being told I'm responsible for about 3,400.00 in charges. Wells Fargo didn't give me any information about what the charges were for; they turned me over to a Credit collector and offered a deal. They are to sue me, listed below are the Credit Collectors to take action against me.

**Resolution Sought**
Send information concerning transaction and tell who has been making these purchases

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 7/14/2005 | | | | | $0.00 |

## Company's Response

No Response

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**263**          **Burge declaration Attachment 8**





Contact Us   Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
## Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact: Richard McKinley (Director)
Company ID: 100101176

Consumer

Complaint ID: 98554945

### Customer Complaint

Posted 9/23/2010

**Summary** - Illegal Contact at place of spouses work.

**Complaint Description**

Wife is called yesterday at her place of work given a three hour time window to get back with so called "Prime West". First off, as for my spouse, who is on lunch when the call comes in, is asked by her first name then by my last name. My spouse has never changed her last name legally to my last name. I called the number, and the phone number 1-866-990-2990 was answered " Corporate Office". I talked to a male, named Don Jacobs at a so called extension 224. I told him I was her spouse and never gave an S.S. Number nor any credit card or checking account number to him. He told me, with out verification of who I was that, my wife has an unpaid HSBC card with a balance of $564. I had to pay them $2,220 since there was a revolving interest at 33%. If I did not pay them said amount, My spouse would be served or arrested at her place of work. If that happened I would have to pay an additional $2,500.00 in Legal Fees. The card was bought by collection agency Collect America one month ago, Then sold to LRG Cascade, then with in two weeks to BAL Financial, in which I have not received a response from. This Company has been documented very well as an extortion link. I have read to contact the BBB and the County of Riverside District Attorney in CA. I was contacted last night and left a voicemail in which I will keep. I did not respond.

**Resolution Sought**
Not an actual Business.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 9/23/2010 | To defraud and extort. | N/A | 9/22/2010 | N/A | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy   Trademarks   Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

## Complaint Details

**Prime West Management**                                    Consumer
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone:  (866) 866-1313
Contact:  Richard McKinley (Director)
Company ID:  100101176                                      Complaint ID:  98568995

### Customer Complaint

Posted  11/29/2010

**Summary -** Took payment out earlier than they stated and contact stated they would; did not send the paid contract to me after the contract was completed

**Complaint Description**
They called me and stated they were going to take my house away from my husband and myself. When payment arrangements were made with them, they stated they would send a contract, but I had to call them 5 times to get that done. Then they would not tell me the company I "owed" money to. When I called them they did not return phone calls, took money out of my checking account early, did not send me a copy of the paid contract after it was paid off, and did not send me the name of the company the money was being paid to.

**Resolution Sought**
Follow the contract they "claimed" I was not following and send my information to me and credit buer.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 4/30/2010 | collections services | | 4/22/2010 | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**265          Burge declaration Attachment 8**

 

Contact Us | Find a BBB

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact:
Company ID:  100101176

**Consumer**

**Complaint ID:** 98569586

### Customer Complaint

Posted  12/1/2010

**Summary** - Company states company used deceptive and high pressure collection tactics.

**Complaint Description**
Company states company used deceptive and high pressure collection tactics. A rep from the company, Dan Jacobson, called her work and left a message with her Supervisor claiming to be with the Sheriff's office and advising her to call 866-988-1001. When she called the company back she was told Mr. Jacobson was an attorney and demanded she make payment, threatening to take her to court on a bill they claim she owes $1,087. Out of concern she made a payment of $400. However, she contacted the company that she owed $722.22, the account was sold to another company and that company sold it to another company. None were Prime Wist Management.

**Resolution Sought**
Consumer would like company to cease all collection efforts immediately and refund monies.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 10/27/2010 | collections | | 10/27/2010 | | $400.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





Contact Us   Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

## Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact: Richard McKinley (Director)
Company ID: 100101176

**Consumer**

**Complaint ID:** 98583839

### Customer Complaint

Posted 1/27/2011

**Summary -** They called me at my job numerous times attempting to collect a debt that is eight years old, told me I'd be taken to court wages garnished.

**Complaint Description**
I received numerous calls at my job, where I am not allowed phone calls and was issued a warning from management on my spotless record at my place of employment. They then told me that they were going to take me to court if I did not start paying them and I could have my wages garnished, property seized, and possibly taken to jail. On a debt that was originally 1,000 dollars that was 8 years old they told me I had to pay 4,000 dollars and the only way that they would work with me is if I gave them my debit card number and promised to pay them two hundred dollars a month for almost three years. Now I am reading online that this company may not even own my debt and I may be paying an illegal collections hub. I have tried to call them repeatedly to try and work out a settlement but they will not return my calls. I am going to change my bank account numbers to get them out of my bank account until they get into contact with me, but they have taken seven hundred dollars from me already and it is really hurting.

**Resolution Sought**
I would like my seven hundred dollars back, and get out of my bank account. I have tried to call them repeatedly with no return call.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/29/2010 | Debt Collection | | 12/29/2010 | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





Contact Us    Find a BBB

## Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone:  (866) 866-1313
Contact:
Company ID:  100101176

**Consumer**

**Complaint ID:**  98590982

### Customer Complaint

Posted 2/24/2011

**Summary** - My complaint is that this company is trying to collect on a debt that is not mine. The company is using deceptive practices to scare my family

**Complaint Description**
This company began calling me a few months ago they called my brother. A guy named Kevin Johnson from an unidentified number he asked my brother if he new were I banked, were I worked, and were I lived. This is an invasion of my property. He then called my daughter yesterday asking the same questions. Not only did he ask these questions but he, threatned to arrest them for withholding information to serve a summons, and informed them I was being sued to seize my car and home for a loan from Beneficial. I called and spoke with Valarie Thorpe who had an address for me where I have never lived. She threatned to have officers there in minutes to serve me. She also called me back and threatned arrest if I did not pay them as soon as I could asking me could i pawn my jewlrey or sell my car. This has got to stop. I then looked on the web and found that there are numerous complaints about this company. I filed a report with the FTC and the OCC and The Texas Attorney General. I really would like them to stop this harrasement. I asked them to provide proof of debt they said they do not have to. This company is using very deceptive practices to collect on false debt.

**Resolution Sought**
I would like this company to cease and desist calling me and all of my family and friends. They have been calling my family and friends attempting to collect on a debt threatning arrest, and legal action. They have told people they are planning to take my home and my car for not paying them. This NEEDS TO STOP. They also threatned to garnish my wages. This is illegal in the state of Texas. They proceed to call my family members and friends. STOP THEM Immediately

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 2/21/2011 | Collection Agency | | | | $5,343.00 |

### Company's Response

Posted 3/16/2011

**Summary** - we do not make outbound calls, nor do we ever disclose any information to a third party.

**Response**
After reviewing the file we see that Ms.        does in fact have an outstanding balance with our office However, there must be a misunderstanding as for any additional complaints and/or misconduct; Prime West Management is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

### Customer's Rebuttal

Posted  3/28/2011

This is in regards to the response received from Prime Wist. First of all they are lying to say they do not make ooubound calls. They say they are a filing company but they adhere to collection laws? This sounds absurd. They are a collection agency and they do make outbound calls. They have called my relatives and they have threatned them. Also when you call directly to them they say they are a debt collectors and the call will be recorded. I want their calling records pulled they have dialed my daughter and harrased her and my brother. These claims are not false and can be validated. In additon they have provided me no proof of this debt. They have sent no paperwork. Furthermore I am in the state of Texas they cannot garnish my wages but they threatned too. They cannot take my home but they threatned too. Please do not take their rebuttal as the truth research the blogs on the internet that I have found complaining of similar and even worse harrasement than I suffered. The workers at this company have called my relatives and have threatned them. If nothing can be done my next step will be to take this to the police .

### Company's Final Response

No Final Response



Contact Us   Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
# Start With Trust
Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

## Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact: Richard McKinley (Director)
Company ID: 100101176

Consumer

Complaint ID: 98596384

### Customer Complaint

Posted 3/17/2011

**Summary** - Have been receiving calls from this company at my elderly mothers number. They can not give me any information about debt and want debit card info.

**Complaint Description**
Have been receiving calls from this company at my elderly mothers number. They can not give me any information about debt and want debit card info. Address is phony it a UPS store.

**Resolution Sought**
Leave me alone or I will file suit with CA Atty General.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 3/15/2011 | Collection | | | | $0.00 |

### Company's Response

Posted 4/29/2011

**Summary** - we do not make outbound calls, nor do we ever disclose any information to a third party.

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Mr.                does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; Prime West is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

### Customer's Rebuttal

Posted 5/3/2011

The response from the company if false. I can go back through my caller Id and show where they called multiple times in one evening. I spoke with a representative at that company who asked first for my debit card information before letting me know who he was and what the call was about. Under FDCPA guidelines that is harassment This company can not show me proof of debt and unless they can do so with and assignment of how they acquired said debt, then it is not valid..

### Company's Final Response

Posted 5/17/2011

We have reviewed the complaint issued by                against Prime West. As a third party in this matter, we are unable to provide full details about this file without consent. However, we have confirmed that Mr.                does have a case on file in our office in regards to debt he incurred with "Household Bank." This balance will remain due unless paid. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. We can ensure you that Prime West is operating by all rules and regulations and in no way takes part in unlawful practices.

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.