

Contact Us   Find a BBB



Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact:
Company ID: 100101176

Consumer

Complaint ID: 98604439

## Customer Complaint

Posted 4/18/2011

**Summary** - They stole $3000.00 (unauthorized debit) from me over two days (4/1 & 4/4) fraudulantly. I was threatened, lied to, and my calls are now ignored.

**Complaint Description**
On 3/30/11 I recieved a phone call from a man, John Anthony who said he worked w/ the courts & said I am about to be served for a debt I owed. He said I will be required to pay over $10,000.00 and if I didn't work out payments I would be served by the courts & my accounts would be frozen. I asked what the debt was for & he said Discover. I said Discover had "charged off" my debt, he said that did not matter. I wanted in writing all the details: who he worked for, how/why they were pursuing me, what else they might pursue me for. He demurred, only offering to e-mail me this info after I emphasised that I WOULD NOT pay until I saw details in writing and was satisfied that what he was telling me was true. He said he would be e-mailing me an agreement to sign as well as all other information I wanted, BUT he needed payment info on record to stop court proceedings. Before I gave him my debit card info I reiterated several times and HE CONFIRMED that unless I signed the agreement & returned it, NO CHARGE WOULD OCCUR! I had to call him back 2x b/c no e-mail had been sent. I only ever recieved the agreement to sign & fax (which I DID NOT). On 4/1 I called John & said I was not paying & was seeking debt counseling, he said they were debiting anyway. I protested & was put on hold for 1/2hr. I called back & "supervisor" Valarie Thorpe said "director" Shannon Miller would call me back. No one has called. I disputed the charges w/ TD Bank & Visa & am awaiting their decision.

**Resolution Sought**
Return the $3000.00 they stole (debited $2000.00 on 4/1/11 & $1000.00 on 4/4/11 despite my protests and w/out my permission/authorization) and NEVER call/contact me again.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 3/28/2011 | There was no exchange of goods or services of any kind at any time! | | 4/1/2011 | | $3,000.00 |

## Company's Response

Posted 4/29/2011

**Summary** - Our company complies with all of the FDCPA rules and regulations

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms.          does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; Prime West Management is a filing service, we do not make outbound calls. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**270       Burge declaration Attachment 8**





Better Business Bureau
## Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact:
Company ID: 100101176

Consumer

Complaint ID: 98606026

## Customer Complaint

Posted 4/25/2011

**Summary -** The company is being investigated by my Bank of America. Prime West threatened me with a law suit and the sheriff's office arresting me.

**Complaint Description**
I started getting calls in Dec. of 2010. They said I owed a bill for approx. 5000.00. But I could settle for 1800. If not they were going to take me to court and sue me. They said that they were going to send the sheriff over to serve me with papers. I could not remember if the bill was paid or not. I did have an account with the company that they said I owed, but it was about 7 years ago. I made a initial payment of 300.00 and made 3 more monthly payments of 100.00 each. I kept calling them and asking them to send me some kind of paper work that said who they were and how much we had agreed on to pay. they said that was against their company policy. I asked them each month for a receipt for what I paid. Again nothing. I checked the company on-line and found that they have done this to many people and it is a scam. I contacted my bank and put a stop to the payments. Now they are calling me again and threatening me again. I called today and told them that my bank was investigating them. I was put on hold and no one ever got back on the phone. After about 30 min. of being on hold I hung up.

**Resolution Sought**
Stop calling me.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/24/2010 | Collection Tactics | | | Doc. # 5002312 | $5,300.00 |

## Company's Response

Posted 5/2/2011

**Summary -** we do not make outbound calls, nor do we ever disclose any information

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms.                does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; Prime West Management is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

## Customer's Rebuttal

Posted 5/4/2011

I agree that "Prime West" personally did not call me, but someone involved with Prime West keeps calling me saying that they are going to serve me with papers for a lawsuit. Then they give me a number to call. This number is to Prime West. A Mr. Vega that I spoke too several times is the one that stated to me that it "was against their policy to send a receipt for money send." He also stated that it's not their policy to send a updated letter with the agreed amount to pay off. What about them being a scam. Even the local police department recognized the phone number when I went there. Also, they never answered my concerns about them being a legitimate company or giving me receipts.

## Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

# Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact:
Company ID: 100101176

Consumer

Complaint ID:  98609703

## Customer Complaint

Posted 5/10/2011

**Summary** - This company called me saying they are filing a law suit against me if I dont pay them. I paid them and they wont give me copies of the paperwork.

**Complaint Description**
Prime West Management & Shannon Miller @ 866-988-676-2139 & 866-988-1001 called my employer to say that they are trying to serve me with lawsuit paperwork and wanted my address. I called them and they threatened a court appearance that week if I did not pay. I paid and they wont send me copies of the law suit paperwork they were going to serve on me.

**Resolution Sought**
Give me copies of the law suit paperwork they said they were trying to deliver to me.

### Additional Information

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/1/2010 | Collection Agencies | | 12/1/2010 | | $870.00 |

## Company's Response

Posted  5/20/2011

**Summary** - Currently there is no litigation between Ms.         and Prime West Management.

**Response**
We have received a letter from your offices in regards to the individual listed above. After reviewing the file, it appears that Ms.         did have an outstanding balance with our office in regards to the debt she incurred with Bank of America. Ms.         s payments were applied to her account and a "paid in full" letter was issued. Currently there is no litigation between Ms         and Prime West Management. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.



Contact Us · Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

**Better Business Bureau**
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**Prime West Management**
1191 Magnolia Avenue Suite D-381
Corona , CA 92879
Phone: (866) 866-1313
Contact:
Company ID:  100101176

Consumer

Complaint ID:  98612354

## Customer Complaint

Posted 5/19/2011

**Summary -** Illegal collection practices-threats of taking us to court unless amt is paid over the phone. Refusal to send letter showing debt unless paid first

**Complaint Description**
A lady called my grandmom sis phone looking for her & said they needed her info to send a summons for court for a bill. My grandmom called the company & was threatened with court the next day or next week if she did not pay the bill which they did not provide her any info on. I called the company & told them she is handicapp-loss her house & I pay her bills. I was told that she owed $6000-$7000, in which $2799 was the original amt of the credit card & the rest was their fees. He gave the impression like he was a lawyer with threats of taking us to court if we did not pay. Of course he offered settlement for $2000-$2300. I was told they did not have payment plans the first day I contacted them. I was denied a letter showing the debt owed; etc unless I paid over the phone first then a letter would be sent out to show the debt was paid. Not to mention he did not have any info about this debt except date opened. He did have any other info about the credit card but we had to pay or go to court & pay 6000-7000 +$2500 for lawyer fees. He told me to try to get the money & call back on Friday. I called today & asked again for a letter which I was denied unless I set up an agreement first. Still no info on when this account was charged off etc. He said they were not a collection agency but a management company for the lawyers filing suit. I pulled all 3 of her credit reports & the amt is not on there nor this company--he gave an excuse for that. He still wants me to get the money

**Resolution Sought**
Stop unfair debt collection practices

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 5/17/2011 | not a trustworthy company, lies, threatens consumers | | 5/17/2011 | | $0.00 |

## Company's Response

Posted 5/26/2011

**Summary - Ms**                does not have a file with our office.

**Response**
It appears that Ms.                does not have a file with our office. She did not provide adequate information to locate her grandmother's account as referred to in this complaint. Also, as a third party in this matter, we are unable to provide full details about this file without additional information and consent by all parties. Furthermore, Prime West Management only receives inbound calls and never releases private information to third parties. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy  ·  Trademarks  ·  Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

# PRIME WEST MANAGEMENT

### 1191 Magnolia Avenue Suite D-381
### Corona, California 92879
### Phone (951) 547-2049 Fax (951) 272-1727

*Personal and Confidential*

March 11, 2011

*Better Business Bureau*
*P.O. Box 970*
*Colton, CA 92324*
*Attn: Complaint Department*

**Re:**
**Complaint ID: 98590982**

To Whom it Concerns,

We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms. _____ does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; Prime West Management is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
*Director*

*Prime West Management*
*1191 Magnolia Ave Ste D-381·Corona, Ca 92879*



*response*

# PRIME WEST MANAGEMENT

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727

\*Personal and Confidential\*

April 25, 2011

**RECEIVED**
APR 27 2011

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department

**Re:**
**Complaint ID: 98604439**
**Ref: 1061-06240**

To Whom It May Concern,

We have recently received a letter from your offices in regards to the individual listed above.  After reviewing the file we see that Ms.                       does in fact have an outstanding balance with our office.  However, there must be a misunderstanding as for any additional complaints and/or misconduct; Prime West Management is a filing service, we do not make outbound calls.  Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

Prime West Management
1191 Magnolia Ave, Ste D-396
Corona, CA 92879

*Response*

# PRIME WEST MANAGEMENT

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727

*Personal and Confidential*

April 26, 2011

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department



**Re:**
**Complaint ID: 98606026**
**Ref: 1054-02312**

To Whom It May Concern,

We have recently received a letter from your offices in regards to the individual listed above.  After reviewing the file we see that Ms.                    does in fact have an outstanding balance with our office.  However, there must be a misunderstanding as for any additional complaints and/or misconduct; Prime West Management is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party.  Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

Prime West Management
1191 Magnolia Ave, Ste D-396
Corona, CA 92879

**Burge declaration Attachment 8**

*Response*

# PRIME WEST Management

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727



May 13, 2011

*Personal and Confidential*

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department

**Re:**
**Complaint ID: 98609703**

To Whom It May Concern,

We have received a letter from your offices in regards to the individual listed above.  After reviewing the file, it appears that Ms.            did have an outstanding balance with our office in regards to the debt she incurred with Bank of America.  Ms.            's payments were applied to her account and a "paid in full" letter was issued.  Currently there is no litigation between Ms.            and Prime West Management.  It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

Prime West Management
1191 Magnolia Ave, Ste D-396
Corona, CA 92879

# PRIME WEST MANAGEMENT

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727



RECEIVED
MAY 2 5 2011

*Personal and Confidential*

May 23, 2011

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department

**Re:** .
**Complaint ID: 98612354**

To Whom It May Concern,

We have received a letter from your offices in regards to the individual listed above. It appears that Ms. _____ does not have a file with our office. She did not provide adequate information to locate her grandmother's account as referred to in this complaint. Also, as a third party in this matter, we are unable to provide full details about this file without additional information and consent by all parties. Furthermore, Prime West Management only receives inbound calls and never releases private information to third parties. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director



## Better Business Bureau®

Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

BBB
Start With Trust

| For Consumers | For Businesses | For Charities & Donors | About Us | News | Contact Us | Business Login |

Search For: Business Name, Type, URL, Phone   In: City, State or Postal Code   BBB Accredited ☐   [ Search ]

Home > Business or Charity Reviews > Collection Agencies > **National Filing Services**

- Select Language -

### BBB BUSINESS REVIEW

Text Size

**Overview**    Complaints    Directions

THIS BUSINESS IS NOT BBB ACCREDITED

National Filing Services

**(888) 745-8841**
1191 Magnolia Suite D-381, Corona, CA 92879

What is a BBB Business Review?

### QUICK LINKS

File a Complaint

### CUSTOMER REVIEWS

Click here to access local public reviews and opinions regarding this business.

**F**   **On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

### ASSOCIATED SEARCHES

Still searching? Find more businesses offering similar services.

Share    Print

### FEEDBACK

**RECOMMEND**

Description

This company's business is a collection agency.

Would you recommend this review to others?

**Please Select:**  Yes  No

### BBB Accreditation

This business is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

**SHARE WITH US**

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**

Use our Contact Us page to get in touch with us if you have any issues, questions or concerns.

Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* this business's rating include:

- 16 complaint(s) filed against business
- Failure to respond to 6 complaint(s) filed against business
- 9 serious complaint(s) filed against business
- Overall complaint history with BBB
- BBB does not have sufficient background information on this business. BBB made at least two requests for background information from business. BBB has not received a response from business and/or has not been able to verify information received from business.

Customer Complaints Summary

16 complaints closed with BBB in last 3 years | 16 closed in last 12 months

| Complaint Type | Total Closed Complaints |
| --- | --- |
| Advertising / Sales Issues | 0 |
| Billing / Collection Issues | 14 |
| Problems with Product / Service | 2 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **16** |

**Additional Complaint Information**

Some complainants allege the company contacts them, family members, and employers, concerning non-existent debts using appalling tactics, such as threats of arrest or incarceration. Consumers also complain that company personnel uses various harassment tactics in order to coerce them into providing payment information, without properly identifying the alleged creditor. The company responds to some complaints by stating they are acting in compliance with FDCPA laws and regulations and that some of the debts are valid.

Complaint Details | Definitions | BBB Complaint Process | File a Complaint

## Government Actions

BBB has no information regarding government actions at this time.

What government actions does BBB report on?

## Advertising Review

BBB has no information regarding advertising review at this time.

What is BBB Advertising Review?

Additional Information

BBB file opened: 12/22/2010

**Business Category**
Collection Agencies

**Industry Tips**
  The BBB urges caution! Never give your bank account, credit card numbers, or other personal information to unidentified callers for any reason. If you are contacted by a debt collector about an unfamiliar debt, don't allow the collector to intimidate you into paying a debt you do not owe. The Fair Debt Collection Practices Act, FDCPA, gives you the right to verify debts from debt collectors. Within 35 days of being contacted by a debt collector, you can send a letter requesting the collector validate your debt. This validation needs to include some documents from the original creditor proving you owe the debt, the amount you owe is valid, and the agency is allowed to collect the debt from you. Your request for validation must be made in writing and should be sent via certified mail with return receipt requested.

Within five days of its first communication to you, the debt collector is responsible for sending you a debt validation notice. This notice should be in writing letter letting you know you have the right to dispute the validity of the debt within 30 days. The FDCPA allows the collector to include the debt validation notice in the initial communication. So, if the debt collector's first communication with you is by phone, you should receive a debt validation letter from them within five days. If the first communication is by letter, that letter might already include the debt validation



Top

Map data ©2011 Google

Directions

notice; otherwise, you should soon get another including the notice. The written notice must also tell you the amount to the debt, the name of the creditor, what you must do to dispute the debt, how to contact the creditor, and a warning that "This is an attempt to collect a debt, and any information obtained will be used for that purpose." If you don't dispute the debt in writing within 30 days, the debt collector has the right to assume the debt is valid. During the 30 day period, the collector can continue attempts to collect the debt from you until it receives your validation request.

Keep in mind that federal and state consumer protection laws do not permit debt collectors to collect, or attempt to collect a consumer debt by use or threat of use, of physical force or violence, by any criminal means to cause harm to the person, or the reputation, or the property of any person; or the threat to any person that nonpayment of the consumer debt will result in the arrest of the debtor or the seizure, garnishment, or attachment of wages, unless such action is in fact contemplated by the debt collector and permitted by the law. The law also prohibits the practice of using obscene or profane language; placing telephone calls without disclosure of the caller's identity, misrepresenting the purpose of the telephone call or communication; or by repeated calls or contacts to annoy or harass.

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

BBB Copyright and Reporting Policy | Trademarks | Terms of Use | Privacy Policy | BBB Directory

BBB serving Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

**281**          **Burge declaration Attachment 9**





Contact Us  Find a BBB

# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID:  100101701

Consumer

Complaint ID:  98574894

## Customer Complaint

Posted  12/22/2010

**Summary** - These people are threatening me with court and arrest.

**Complaint Description**
I have no idea who these people are. They called my mother's house and threatened her if she did not turn me in to them. They threatened her with court and the sherriff. I have no idea who they are. Ipulled my credit report yesterday and this company is not listed on it. It is illegal to call and harrass and threaten people and I need it to stop.

**Resolution Sought**
For them to stop harrassing me and my family.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/20/2010 | collections | | | | $0.00 |

## Company's Response

No Response

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

Contact Us · Find a BBB

 

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

**Consumer**

**Complaint ID:** 98575814

### Customer Complaint

Posted  12/28/2010

**Summary** - These people called my mother looking for me. Told her if I did not respond in 3 hours that she would have papers served to her; for my arrest.

**Complaint Description**
These people called my mother looking for me. Told her if I did not respond in 3 hours that she would have papers served to her for me. She also was told I had to call within 3 hours or else I would be arrested. I telephoned these people and they told me I owed money to them for a debt I had never heard of. When I inquired for more info they could not give it to me but told me they had the lkast 4 numbers of my social security number. I told them I would report them and they hung up on me. My mother is a senior citizen and this was very threatening to her. Someone needs to shut these people down and arrest them. Apparently this is their mode of operation - calling people and threatening with arrest etc if someone does not respond within 3 hours....they are not a legit collection company

**Resolution Sought**
Stop harassing people.

### Additional Information

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/27/2010 | | | 12/27/2010 | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

Contact Us | Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
## Start With Trust

Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

BBB

# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98576024

## Customer Complaint

Posted 12/29/2010

**Summary** - I was threatened by a Mr.Kevin Smith of National File Service.He decieved me into thinking a civil lawsuit was against me so I would pay him money

**Complaint Description**
I spoke with a Mr. Kevin/James Smith.He said there was a civil lawsuit against me.He stated he had been assigned to my case and his client was Household Orchard Bank and I owe a debt of $1957.85.He said a letter had been sent to my address about this debt but I have never received one.He also said that if this was to go to court I would be charged an additional $2500. He also stated that if the debt was not paid they would have 3 ways to get the money.They would first do a bank account levy to determine my assets and liability.He said they would garnish my wages and if I own a home or vehicles they would force me to sell them in order to pay the debt in full.They would also take my tax refund before I ever received the money.After further speaking with Mr. Smith I realize that there is no lawsuit against me because I have never been served with papers publicly but just there companies attempt to collect money.He made it sound as if I was already being sued but this is not the case.He then said we could set up a payment plan but 25% of the debt needed to be paid first.I had been tricked and harassed in to thinking I was in huge legal trouble.Never was I told what company he worked for or anything.He first lead me to believe he was representing my case as if he was a lawyer.never stated he was with a collection agency.He threatened to garnish my wages and force me to sell my vehicles and property to pay the debt.He said if I did not set up payments they would "100% sue me"

**Resolution Sought**
I would like them to drop the case/debt they are out to receive since they clearly harassed,deceived and threatened me.Mr.Smith told me they would garnish my wages, seize my property and vehicles and under current state of texas consumer right laws they can not do that. I would be willing to pay $547.34 which is what I was offered in august of 2010 by a different collection agency named mercantile.

### Additional Information

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/27/2010 | Collection Agency | | 12/27/2010 | | $1,957.85 |

## Company's Response

No Response

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**284**          Burge declaration Attachment 10



Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98578599

### Customer Complaint

Posted  1/7/2011

**Summary** - Company contacted my GRANDMOTHER and told her I would be ARRESTED soon for a delinquent CREDIT CARD account.

**Complaint Description**
Company contacted my GRANDMOTHER and told her I would be ARRESTED soon for a delinquent CREDIT CARD account.

**Resolution Sought**
The right thing. Do not contact family members

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 1/4/2011 | collection agency | | | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy      Trademarks      Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.




Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

**Better Business Bureau**
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98583482

### Customer Complaint

Posted 1/26/2011

**Summary -** I did NOT authorizing use. Kenny Smith ran it anyway.

**Complaint Description**
They are collection agency; trying to collect a deduct that I did not even know I had

**Resolution Sought**
Return funds that they did not have authorization to withdraw

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/7/2010 | collections | | 12/15/2010 | 1050-00026 | $972.67 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**286**        **Burge declaration Attachment 10**





> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

**Consumer**

**Complaint ID: 98588460**

### Customer Complaint

Posted 2/15/2011

**Summary** - I received a threat from this company that I was going to be summoned and sued for a old debt. With research, this company doesn't exist! SCAMMED!

**Complaint Description**
I received a message from a family member to call 1-888-906-3101 with my case number 1060-000562 within 3 hours or I was going to be issued a warrant for my arrest. I called the number and spoke with Mary Rush who claimed to be my case worker. She had a lot of information about me, my previous addresses and credit card history. She said that Providian National Bank was seeking me to pay a 4000 debt, but that they would settle for 2200. After many threats and feeling like I was going to be in trouble if I didn't pay, I gave them my bank card information and settled on the payment for 2200 to be deducted on February 21, 2011. I was rattled and on the road during the call, but when I got home I immediately got on the Internet and looked this so called company up. With my research I found that they were not a legitimate company. This scared me because I had been stupid enough to give them my information, so I went to the bank and had my account closed. They may still try to get this money from me after they find out that they no longer have their hands in my account. I'm reporting this to help someone else who may fall into this scam and do exactly what I did!

**Resolution Sought**
Cease and desist! No more contact to myself or my family members! Stay out of my bank account and out of my life!

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 2/2/2011 | They have ALOT of personal information, making you believe them! | | 2/2/2011 | 1060-00562 | $2,200.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.




Contact Us | Find a BBB

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98604159

### Customer Complaint

Posted 4/15/2011

**Summary** - I may have used 100.00 but I have received no noticed of this, problem until now 14/April/2011. I did not sign for $740.00 was $100.00 not $4,000.00

**Complaint Description**
I may have used 100.00 but I have received no noticed of this, problem until now 14/April/2011. I did not sign for $740.00 was $100.00 not $4,000.00. If I owe anything, show me, the Office a Miss Paula called from National and used the SCARE TACTIC on me.

**Resolution Sought**
Charge me what I owe and its not $740.00.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 4/14/2011 | Pay day loan . | | 4/14/2011 | 3059377 | $740.00 |

### Company's Response

Posted 4/29/2011

**Summary** - Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that _____ does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; National Filing Services is a filing service, we do not make outbound calls. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

### Customer's Rebuttal

Posted 5/2/2011

I never asked for $ 700.50 hundred$ I have the contract with me, I will pay $150.00 and thats it. You show me the domcument that I signed , for 700.00 $ AS the time you Wasted, and you want, what your not F/Y Thats my offer,take it or I will see you in court. End . F/A

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.




Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
## Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

**Consumer**

**Complaint ID:** 98605540

## Customer Complaint

Posted 4/21/2011

**Summary -** National called my job and when I was unavailable told my employer that I owe $ and that I am about to be sued and gave them all sorts of personal

**Complaint Description**
Today, April 20, 2011 my employers received a phone call from National asking if I was employed there. When they said I was but I was unavailable, the rep from National went on to explain to my employer that they were a process serving company who was going to sue me because I owed money on a credit card that I have not paid. In fact, about a month ago they called me at work and I returned the call at which time I tried to make an agreement to pay. They did not want to work out a payment with me. It was originally a credit card with a $300.00 balance. Now somehow it is at $3000.00. Today, when these people were speaking with my employers they also told them that I needed to contact them by 5pm in order to stop the filing. They were also told that I would be fined additional charges if I did not respond in time. This to me is unacceptable. I explained to them the first time that I talked to them, please not to call my job. I gave them my cell number and still they call my job. This is considered harassment and I will not tolerate it. I am doing my best to resolve this matter to the best of my ability. My employers called me in to a meeting to explain that I am not suppose to use my work number as a mean for people to get a hold of me.

**Resolution Sought**
I have called them on a previous occasions trying to work out a payment plan. I would like a supervisor to contact me. I would like them to keep my personal information personal. I do NOT allow them to call my place of employment and offer any type of information to anyone excluding myself. I would like an apology to my employers as well as myself for causing me unnecessary embarrassment. I am hard working and with economy am doing the best that I can do.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 4/20/2011 | I think they are a debt recovery center. | | 4/20/2011 | | $0.00 |

## Company's Response

Posted 4/29/2011

**Summary -** Our company complies with all of the FDCPA rules and regulations

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms.          does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; National Filing Services is a filing service, we do not make outbound calls, nor do we ever disclose information to a third party. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.





Contact Us   Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**®
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

**Consumer**

**Complaint ID:** 98610940

---

### Customer Complaint

Posted 5/13/2011

**Summary** - Illegal collection practices, harassment, threats, verbal abuse and extortion on a debt that does not even belong to me.

**Complaint Description**

A woman who calls herself Mary Rush calls from phone number 1-888-906-3101, ext. 221 regarding case #106909192 of a Mervyn's account that according to my Experian credit report I owe $496.00, which is not true, since I never had a Mervyn's account. Nevertheless, this Mary Rush is trying to extort over $2,000.00 from me! This woman threatens to call the police, have me arrested, confiscate my vehicles, etc... Additionally, she is now calling family members, asking for me and or my whereabouts and leaving messages telling them to inform me that I am going to be arrested. This is absolutely unacceptable, and I will not tolerate this type of behavior any longer! Additionally, this company has failed to validate their allegations against me and have failed to provide me with any evidence of the validity of this debt, such as a copy of a signed application of credit and or contract.

**Resolution Sought**

Immediate cease and desist of any and all future forms of communications from this company, other than validation of this debt as I had previously requested... Specifically a copy of a signed credit application and or contract.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 3/11/2011 | A collection company. | | | 106909192 | $0.00 |

---

### Company's Response

Posted 5/23/2011

**Summary** - We have placed a "cease and desist" on the account between          and National Filing Services, effective immediately,

**Response**

We have received and reviewed the complaint from your offices in regards to the individual listed above. As a third party in this matter, we are unable to provide full details about this file without consent of all. However, we have confirmed that Mr.          does have a case on file in regards to the debt he incurred with Mervyns. The outstanding balance will remain due if left unpaid. However, there must be a misunderstanding as for any additional complaints and/or misconduct; National Filing Services does not make outbound calls, nor do we ever disclose any information to a third party. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. Our company complies with all of the FDCPA rules and regulations. However, we have placed a "cease and desist" on the account between Mr.          and National Filing Services, effective immediately, until this matter is resolved.

---

### Customer's Rebuttal

Posted 5/25/2011

I disagree with their response and position, primarily because it was precisely their aggressive, rude and threatening employee which prompted me to file this complaint in the first place. Nevertheless, since they continue to claim that I owe this debt, I would like to invoke my rights under federal and state laws and request validation of this debt, specifically a copy of a signed contract, credit application and or receipts for goods and or services purchased. If they cannot provide me with this information, then it is probably, because they do not have it and if they do not have it, then they cannot validate the debt and prove that it is in fact mine. All requested information can me sent to:          You may contact me for the sole purpose of providing validation of this debt. If you are unable to provide such documentation, then I expect a letter stating that you have closed this debt and terminate any and all future collection efforts, including its complete removal from any and all credit reporting agencies.

---

### Company's Final Response

No Final Response

---

Contact Us | Find a BBB





> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98611626

## Customer Complaint

Posted 5/17/2011

**Summary -** Was threatened with a lawsuit unless I called in two hours.

**Complaint Description**
I received a call this afternoon at 3pm asking me if I was XXX, and I said I was. Asked if I lived at XXX, and I said I did. This person asked if I was going to be home in the next two hours because he was coming by to serve a civil lawsuit against me. I asked what this was in reference to and he said he couldn't give me that information. He said he could hold off for two hours and if I called this number 1-888-906-3101 he would cease coming by. I said I would call. I called the number and spoke to Kenneth Smith and he said I owed $1281.02 to Chevron and that he sent a notice to an address I hadn't lived at in 8 years and to my home address. I told him that I hadn't received anything and to send again. He said he couldn't do that because he already sent it. I said then send me the information showing that this is my debt because I honestly have no knowledge of this account. He said he couldn't do that. I asked him if he just expected me to pay this without knowing 1) what it was for or 2) if it was my debt. He said he would lower the debt from 1281.02 to 570 if I paid today, and that was a one time offer. I told him no. He said they would continue with his collection practices and file suit and I told him great. I have been advised to by my attorney they are a scam, to send a validation letter, which I will, and if they fail to validate he will step in and put a stop to this.

**Resolution Sought**
Stop unfair collective practices. Validate the debt you say I owe (which I don't) and I will pay it. Don't use scare tactics to threaten people when you know they are against the law. I want you to stop harassing me.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 5/16/2011 | Collection agency | | | | $1,281.02 |

## Company's Response

Posted 5/27/2011

**Summary -** Ms.          does have a case on file in regards to the debt he incurred with Chevron/Texaco.

**Response**
As a third party in this matter, we are unable to provide full details about this file without consent of all. However, we have confirmed that Ms.          does have a case on file in regards to the debt he incurred with Chevron/Texaco. The outstanding balance will remain due if left unpaid. However, there must be a misunderstanding as for any additional complaints and/or misconduct; National Filing Services does not make outbound calls, nor do we ever disclose any information to a third party. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. Our company complies with all of the FDCPA rules and regulations.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**291**        **Burge declaration Attachment 10**



Contact Us | Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
## Start With Trust
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID:  100101701

Consumer

Complaint ID:  98617070

## Customer Complaint

Posted  6/9/2011

**Summary** - This company is illegal and uses illegal collection tactics in an attempt to collect made-up debts.

**Complaint Description**
This company contacted my place of business 6-8-11, asked to speak to my direct supervisor. They proceeded to tell him that I owed a debt & was being sued, and that they would "put a 3-hour hold" on the papers being served if I could call them back and pay something. They left a phone number of 888-906-3101 and a "case number" of 1068-05573. I do not have any debts, and I also know enough about the law to know that legitimate process servers do not call you first to give you a friendly "heads up." I also know it is illegal to threaten legal action for a debt if it is not actually taken, and after contacting my county courthouse I know there is nothing filed against my name or pending. So, there is no lawsuit. They would not provide written proof of any debt. This company is not licensed to collect in the state of Texas. They contacted my supervisor and told him about a debt I don't even owe, and caused problems for me at my place of business. This company and their tactics are illegal.

**Resolution Sought**
I do not want them to contact me ever again unless it is via USPS mail with legitimate written proof of the debt they claim I owe, and their legal right to collect it.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 6/8/2011 | collection | | 6/8/2011 | | $0.00 |

## Company's Response

Posted 6/15/2011

**Summary** - We have confirmed that Mr.                    does have a file in our office in regards to the debt he incurred with HSBC. The outstanding balance will remain due if left unpaid

**Response**
Company states: We have confirmed that Mr.                    does have a file in our office in regards to the debt he incurred with HSBC. The outstanding balance will remain due if left unpaid. However, there must be a misunderstanding as for any additional complaints and/or misconduct; National Filing Services does not make outbound calls, nor do we disclose private information to a third party. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. Our company complies with all of the FDCPA rules and regulations.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.