

Contact Us · Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98616865

## Customer Complaint

Posted 6/9/2011

**Summary** - Consumer states company used high pressure collection tatics.

**Complaint Description**
Consumer states company used high pressure collection tatics. His father received a call from a rep of the company insisting he pay for an outstanding debt. The rep was theatening court and trying to intimidate him into paying fees. When Mr.          called he found that the company was trying to collect for a          that was not him or his father. The rep was rude and unprofessional.

**Resolution Sought**
Consumer would like company to cease calling him and his father.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 6/9/2011 | collection | | 6/9/2011 | | $0.00 |

## Company's Response

Posted 6/15/2011

**Summary** - placed a "cease and desist" on the file for the phone number stated on the complaint

**Response**
We received the complaint from your offices in regards to the individuals listed above. National Filing Services has placed a "cease and desist" on the file for the phone number stated on the complaint. We can assure you that National Filing Services is operating by all rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**293**        **Burge declaration Attachment 10**





Contact Us | Find a BBB

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98619548

### Customer Complaint

Posted 6/22/2011

**Summary** - Company failed to send a letter explaining collection details.Failed to provide a physical address.There is no proof in my records I owe money to them

**Complaint Description**
I've been suspecting of some fraud from this company first of all, because they did not contact me in the first place. They called a relative who did not know where I lived .Second ; they threaten to incarcerate me if I did't make a payment which I did,when they promised they would send me a letter explaining this matter.I have been asking for that letter since November 2010 and up until now they have not send it. I'm almost done making payments.{which I decided to go for while I made some research on them}I believed I owed them something because my credit report is not that good. But as I went through it, theres no amount that matches the initial amount they claimed for collection. If there is an amount pending, I have no problem on solving it. It's kind of awkward that they have failed to do this if they are a real company, then they shouln't have a problem with my request.please I need help with this situation. I don't have any ideas as of what my rights are and if they are doing something legal or not.

**Resolution Sought**
I would like them to provide me with the letter explainig what I owe.Also Iwould like to get their address because the one they provide is for another bussiness not related to them..I am making payments on something I don't even know I owe..the least they could do is send a review for what the collection is about..I've asked them many times for this and up to this date,I have not received anything..I'm almost done making payments and I still don't know if this is a fraud or not.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 11/25/2010 | They threaten to sue me if i failed agreement | | 11/25/2010 | | $1,380.00 |

### Company's Response

Posted 7/5/2011

**Summary** - We can assure you that National Filing Services is operating by all rules and regulations and in no way takes part in unlawful practices.

**Response**
We received the complaint from your offices in regards to the individuals listed above. After reviewing our records, we have confirmed that          has an account in our office in regards to the debt he incurred with Household Bank Nevada. Upon receipt of the last payment, we will provide Mr,          the proper documentation to notify the credit bureaus and update his credit report with a "paid in full" status. We can assure you that National Filing Services is operating by all rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. We've included a copy of the most recent letter mailed on 6/14/11 detailing the terms Mr          agreed upon.

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy      Trademarks      Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.



Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
# Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98620227

---

### Customer Complaint

Posted 6/24/2011

**Summary** - Called me at my job saying I owed a debt back in 2004 from a payday loan, which I never had a payday loan with anyone.

**Complaint Description**
Called me on a payday loan I never had on my job. Never been contacted by the original creditor, which was back in 2004, by mail or lions.

**Resolution Sought**
Don't call my job or contact me.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 6/17/2011 | collection agency | | | | $0.00 |

---

### Company's Response

Posted 7/6/2011

**Summary** - We've placed a "cease and desist" on the file between Mr.            employer and National Filing Services.

**Response**
After reviewing our records, we have confirmed that                 has an account in our office in regards to the debt he incurred with QUIK PAYDAY, INC. This type of loan is applied for over the internet. We can assure you that National Filing Services is operating by all rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. We've placed a "cease and desist" on the file between employer and National Filing Services.

---

### Customer's Rebuttal

No Rebuttal

---

### Company's Final Response

No Final Response

---

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**295**        **Burge declaration Attachment 10**

Contact Us | Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust®**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California



# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

**Consumer**

**Complaint ID:** 98622806

---

## Customer Complaint

Posted 7/8/2011

**Summary** - P. Anderson threatened me, told me Id be sued for 4000 on a 500 dollar credit card bill from 6 years ago. Said Id have a process server approach me

**Complaint Description**
On 7/7/2011 I returned a message that my GRANDMOTHER received on 7/6/2011, I was asked if I had received my subpoena to appear in court because 10 days ago a law suit was filed against me for a 6 year old bad credit card debt. When I asked why I never received notification I owed anything, since nothing shows on my credit report, she said she had it sent to ▮▮▮▮▮▮ I explained to her I no longer live there and did the proper change of address. She said we could settle for $865.09 but if my payment was declined she would send my info to the DA and Id be sued for $4,000, made no sense. Her name was P. Anderson, she threaten me with a law suit that doesn't exist because I called my Sheriffs office and they have no subpoena in my name. This company is a scam and using illegal tactics to scare people...I called her a few times to change my payment amount and after speaking with a lawyer I cancelled all payments and notified my bank to stop payment for the last amount we agreed to. Why am I asked to settle for $865.09 on a $500 credit card bill? Isn't a settlement for the original amount or less??? I did not appreciate being lied to or threaten.

**Resolution Sought**
Send me a itemized document on what Im being charged with, explain why Im being charged $865.09 on a $500 bad debt credit card from 6 years ago. Delete my bank account information and give me time to take care of this debt properly by payment plan or settle for a certain amount, not for $365.09 over. I unauthorized payment at 6:19pm EST, they do NOT have authorization to take money.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 7/7/2011 | Collection agency | | | | $865.09 |

---

## Company's Response

Posted 7/21/2011

**Summary** - we have placed a cease and desist on her file until this matter resolved.

**Response**
After reviewing our records, we have confirmed that Ms. ▮▮▮ has an account in our office for the debt she incurred with HSBC Orchard Bank. In her complaint, Ms. ▮▮▮ stated the settlement amount is greater than the original debt. This is due to the interest which has accrued. She also stated that we are a "scam" and that we use "illegal tactics to scare people". Often times, debtors will make false accusations in order to avoid paying debt they owe. As per Ms. ▮▮▮s request, we have placed a cease and desist on her file until this matter resolved. however, the debt in which Ms. ▮▮▮ owes will still remain until paid. We can assure you that National Filing Services abides by all FDCPA rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

---

## Customer's Rebuttal

Posted 7/22/2011

I have 3 witnesses that would tesify to the fact I was threatned. I dont see the big deal in sending me a itemization in the mail, the fact that this company wont send me so I can pay my debt and KNOW what Im paying is further explaining my complaint. All I want to is know what Im paying, why Im paying that much and why Im not being offered a settlement. Just send me a certified document so I can pay my debt. What about the other 12 BBB complaints by other people? are they lying too? You guys are using illegal tactics to scare people, if you knew how to do your jobs I would have already paid you and not be wasting my time here. JUST SEND ME AN ITEMIZATION IN THE MAIL SO I CAN PAY YOU.

---

## Company's Final Response

Posted 8/1/2011

As we clearly stated in the previous response, the debt Ms. ▮▮▮ owes is to HSBC ORCHARD BANK, ACCOUNT# ▮▮▮▮▮▮ The principal balance is $546.09 and the interest is $409.57. The settlement amount is $865.09, thus making the settlement amount LESS THAN the original debt amount. Once again, National Filing Services

**296**          **Burge declaration Attachment 10**

associates are merely doing their job. This is not a ma_____ "if you knew how to do your jobs", as _____ stated in he_____ al, but more so this is a matter of yet another debtor who has not paid their debt. Just because this ac___was charged off by HSBC does not mean it disappears. It wa__sold to National Filing Services. A part of our job is to work with debtors in trying to collect debt, and that is all we are doing here, Again, this debt will remain due until the balance is paid in full. Let us assure you once more that National Filing Services abides by all FDCPA rules and regulations and in no way takes part in unlawful practices.. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

Privacy Policy    Trademarks    Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**297        Burge declaration Attachment 10**



Contact Us | Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

# Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

**Consumer**

**Complaint ID:** 98626492

## Customer Complaint

Posted 7/26/2011

**Summary** - Got a call saying I needed to call an 800 number about a civil lawsuit that had been filed against me.

**Complaint Description**
I got a call from a process server telling me I had 2 hours to call 888-906-3101 and reference case number 1076-04011 or they would be coming to serve me at home or work because I was being sued. Of course, I called them to find out what was going on and spoke to someone that said they needed a payment right then by credit card or I could be arrested or have my wages garnished. They said if I paid them 100.00 that day and 100.00 a month that they would drop the lawsuit and I wouldn't be arrested. They sent me an email with the payment schedule on it for a debt that was supposed to be 2400.00 but the email states 1800.00. I am to sign and return this to them to authorize all the payments. I don't know of any debt in this amount although I do have past due bills. they said this was from 2004. Please tell me if this is legit. I have cancelled the card I gave them just in case but they have drafted the account for 100.00

**Resolution Sought**
I would like to know if they are legit and if not I want my money back.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 7/22/2011 | Collection | | 7/22/2011 | HHI1076-04011 | $1,800.00 |

## Company's Response

Posted 8/8/2011

**Summary** - the outstanding balance will remain due if left unpaid.

**Response**
After reviewing the file we see that Ms.            does have a case on file in regards to the debt she incurred with JP MORGAN CHASE BANK HERITAGE. Upon confirmation of the file, we also discovered Ms.            acknowledged this debt by settling for $1,800 due to hardship. A letter of stipulations was e mailed to Ms.            to the e mail address she provided: the.edge07@yahoo.com. Ms            approved the first payment for $100 but the next payment of $50, due on August 1, 2011 was declined. Often times a debtor will cancel payment plan arrangements and file such complaints to cease collection activity. However, the outstanding balance will remain due if left unpaid. National Filing Services abides by all FDCPA rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**298**       **Burge declaration Attachment 10**





Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

**Consumer**

**Complaint ID:** 98632402

### Customer Complaint

Posted 8/22/2011

**Summary** - Above company threatened to send me to court for a debt regarding $2,000 that I never received any bill on number given to call 8889063101 doesnt work

**Complaint Description**

A lady called towards the end of June asking if I would be home to receive a summons to civil court to pay a debt. She said that I could call the above company and resolve the situation. The number given was (888) 906-3101, which conveniently no longer works. I called the above number and Brenda Johnson, who I assumed was a lawyer or something, never said it was a collection agency, said that I needed to pay a debt that was occured on a 10-day pay day loan and that I needed to pay $438 and then make payments to be taken out for $219 for 6 months on the 20th. I paid the $438 and then I realized when I couldn't contact them that they are a fraud. I did research on the company and they make several threats to scare people into paying them. I cancelled my debit card on August 17th, 2011, but unfortunately they put the money on hold at 12:34 p.m. and the card was cancelled at 2:17 p.m. When I called "corporate office" at (888) 745-8841 nobody ever answered the phone and only got a message stating that I reached the "corporate office" and to leave a message. Conveniently Brenda Johnson called me back with a restricted number. I told her I was filing fraud complaint through bank and she said very hatefully that she was going to send me to court. I never received any letters before stating that I owed on this account. They never did the spew that everyone else does saying that "this is an attempt to collect a debt......"

**Resolution Sought**

To pay back money that was given towards debt which totals 657.00.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 6/22/2011 | Collections | | | | $657.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**299**        **Burge declaration Attachment 10**

Contact Us | Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**National Filing Services**
1191 Magnolia Suite D-381
Corona, CA 92879
Phone: (888) 745-8841
Contact:
Company ID: 100101701

Consumer

Complaint ID: 98636633

### Customer Complaint

Posted 9/9/2011

**Summary** - The company is using scare tactics to try to collect money.

**Complaint Description**
Consumer alleges: This company started calling me in January by using the company name of World Wide Recovery Services, they told me I owed money and asked for my credit card information and told me if I didn't pay I would get sued and they would have me arrested. The calls stopped after January, but they started harassing me and my Dad again in August under the name of National Filing Services. I don't think it is within the proper practice of collections to use scare tactics.

**Resolution Sought**
Stop calling and harrassing me and my family!!! It is against the law to use scare tactics.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 8/1/2011 | Collection Agencies | | 1/5/2011 | | $0.00 |

### Company's Response

No Response

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**300**        **Burge declaration Attachment 10**



Better Business Bureau®

Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

| For Consumers | For Businesses | For Charities & Donors | About Us | News | Contact Us | Business Login |

Search For: Business Name, Type, URL, Phone   In: City, State or Postal Code   BBB Accredited ☐   Search

Home > Business or Charity Reviews > Collection Agencies > **City Investment Services**

BBB BUSINESS REVIEW

**Overview** | Complaints | Directions

- Select Language -

Text Size

What is a BBB Business Review?

THIS BUSINESS IS NOT BBB ACCREDITED

City Investment Services

**(877) 571-5190**
1191 Magnolia Avenue, Suite D-381, Corona , CA 92879

**F** On a scale of A+ to F
Reason for Rating
BBB Ratings System Overview

Share    Print

**Description**

This company's business is Collection Agencies

## BBB Accreditation

This business is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

## Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* this business's rating include:

- 13 complaint(s) filed against business
- Failure to respond to 5 complaint(s) filed against business
- 1 complaint(s) filed against business that were not resolved
- BBB does not have sufficient background information on this business. BBB made at least two requests for background information from business. BBB has not received a response from business and/or has not been able to verify information received from business.

Customer Complaints Summary

## QUICK LINKS

File a Complaint

## CUSTOMER REVIEWS

Click here to access local public reviews and opinions regarding this business.

## ASSOCIATED SEARCHES

Still searching? Find more businesses offering similar services.

## FEEDBACK

**RECOMMEND**

Would you recommend this review to others?

**Please Select:**  Yes  No

**SHARE WITH US**

To better assist you, please take our brief survey about the format / readability of this review so that we may continually improve your experience.

**CONTACT US**

Use our Contact Us page to get in touch with us if you have any issues, questions or concerns.

13 complaints closed with BBB in 3 years | 13 closed in last 12 months

| Complaint Type | Total Closed Complaints |
| --- | --- |
| Advertising / Sales Issues | 1 |
| Billing / Collection Issues | 10 |
| Problems with Product / Service | 2 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | **13** |

**Additional Complaint Information**

Our complaint history for this company shows that the company responded to and gave proper consideration to most complaints. However, one or more complaints are unresolved meaning the company failed to properly address the complaint allegations or their response was inadequate.

Complaint Details | Definitions | BBB Complaint Process | File a Complaint

## Government Actions

BBB has no information regarding government actions at this time.

What government actions does BBB report on?

## Advertising Review

BBB has no information regarding advertising review at this time.

What is BBB Advertising Review?

Additional Information

BBB file opened: 9/24/2010

**Business Category**
Collection Agencies

© Copyright 2010 The Better Bu... ...ll Rights Reserved.
BBB Copyright and Reporting Policy ...Policy | BBB Directory
BBB serving Los Angeles, Orange, R... ...of Southern California

Map data ©2011 Google

Directions

*Response*

# CITY INVESTMENT SERVICES

1191 Magnolia Avenue Suite D-381
Corona, California 92879
Phone (951) 547-2049 Fax (951) 272-1727

*Personal and Confidential*

March 11th, 2011

*Better Business Bureau*
*P.O. Box 970*
*Colton, CA 92324*
*Attn: Complaint Department*

**Re:**
**Complaint ID 98585928**

To Whom it May Concern,

We have recently received a letter from your offices in regards to the individual listed above. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
*Director*

*City Investment Services*
*1191 Magnolia Ave Ste D-381·Corona, Ca 92879*



RECEIVED
MAR 1 4 2011

*Response*

# CITY INVESTMENT SERVICES

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727

\*Personal and Confidential\*

RECEIVED April 22, 2011

APR 2 6 2011

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department

**Re:**
Complaint ID: 98598877

To Whom It May Concern,

We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms.                  does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

City Investment Services
1191 Magnolia Ave, Ste D-396
Corona, CA 92879

*Response*

# CITY INVESTMENT SERVICES

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727

*Personal and Confidential*

April 22, 2011

**RECEIVED**
APR 2 6 2011

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department

**Re:**
Complaint ID: 98602818

To Whom It May Concern,

We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Mr.                does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

City Investment Services
1191 Magnolia Ave, Ste D-396
Corona, CA 92879

*Response*

# CITY INVESTMENT SERVICES

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727

*Personal and Confidential*



April 22, 2011

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department

**Re:**
**Complaint ID: 98604212**

To Whom It May Concern,

We have recently received a letter from your offices in regards to the individual listed above.  After reviewing the file we see that Mr.                    does in fact have an outstanding balance with our office.  However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls.  We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information.  Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

City Investment Services
1191 Magnolia Ave, Ste D-396
Corona, CA 92879

**306        Burge declaration Attachment 12**

*Response*

# CITY INVESTMENT SERVICES

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 866-1313  Fax (951) 272-1727

\*Personal and Confidential\*

May 10, 2011

The Better Business Bureau
P.O. Box 970
Colton, CA 92324
Attn: Complaint Department

RECEIVED
MAY 1 2 2011

**Re:**
**Complaint ID: 98608257**

To Whom It May Concern,

We received a letter from your offices in regards to the individual listed above on May 4, 2011.  After reviewing our records we see that Mr.                         does NOT have an account with our office. Furthermore, City Investment Services only receives inbound calls.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

# CITY INVESTMENT SERVICES

1191 Magnolia Ave, Ste D-396
Corona, CA 92879
Ph (877) 698-8521 Fax (951) 272-1727

RECEIVED
MAY 2 0 2011

*Personal and Confidential*

May 18, 2011

The Better Business Bureau
Complaint Department
P.O. Box 970
Colton, CA 92324

**Re:**
Complaint ID: 98608730

To Whom It May Concern,

We received a letter from your offices dated May 5, 2011 in regards to the individual listed above. After reviewing the file we see that Ms.          does have a case on file in regards to the debt she incurred with Sears Premier Card. The outstanding balance will remain due if left unpaid. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services does not make outbound calls, nor do we ever disclose any information to a third party. We can ensure you that City Investment Services is operating by all rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. If Ms.          has additional questions about her account, she can call the corporate number above and reference case#1069-00368.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

City Investment Services
1191 Magnolia Ave, Ste D-396
Corona, CA 92879

**308     Burge declaration Attachment 12**

*response*

# CITY INVESTMENT SERVICES

1191 Magnolia Avenue Suite D-381
Corona, California 92879
Phone (951) 547-2049 Fax (951) 272-1727

*Personal and Confidential*

March 11th, 2011

*Better Business Bureau*
*P.O. Box 970*
*Colton, CA 92324*
*Attn: Complaint Department*

**Re:**
**Complaint ID 98593446**

To Whom it May Concern,

We have recently received a letter from your offices in regards to the individual listed above.  However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party.  Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
*Director*

*City Investment Services*
*1191 Magnolia Ave Ste D-381 Corona, Ca 92879*






Contact Us   Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside, and San Bernardino Counties of Southern California

## Complaint Details

**City Investment Services**
1191 Magnolia Avenue, Suite D-381
Corona , CA 92879
Phone: (877) 571-5190
Contact:
Company ID: 100099315

**Consumer**

**Complaint ID:** 98581568

---

### Customer Complaint

Posted 1/19/2011

**Summary** - The consumer alleges the company failed to provide adequate information preventing them from paying a past due balance.

**Complaint Description**
The consumer alleges the company failed to provide adequate information preventing them from paying a past due balance. The company contacted the consumer demanding payment. However, every time the consumer contacts the company each representative states they are located in a different state, causing confusion to the consumer. When the consumer requested a copy of the legal documents that the company said they filed to the court, the company told him to make a payment and they will stop all court action. The consumer believes they are being scammed, so they request valid company information.

**Resolution Sought**
The consumer requests the company send the legal court documents and to prove they are who they are.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 1/18/2011 | Collection Agencies | | | | $754.15 |

---

### Company's Response

No Response

---

### Customer's Rebuttal

No Rebuttal

---

### Company's Final Response

No Final Response

---

Privacy Policy   Trademarks   Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

 

Contact Us   Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**City Investment Services**
1191 Magnolia Avenue, Suite D-381
Corona , CA 92879
Phone: (877) 571-5190
Contact:
Company ID:  100099315

Complaint ID:  98584539

## Customer Complaint

Posted  1/31/2011

**Summary -** I was told I had to pay money to keep from being arrested. CIS would not tell me what I was paying for but continually threatened me.

**Complaint Description**
I was told that I was going to be arrested if I did not pay 1300.00 today. I repeatedly asked what for and the man I spoke to, Cliff Branch, could not tell me. He would not send me proof of any debt. Mr. Branch repeatedly told me that If I didn't pay today I would go to jail. Mr. Branch said tha the company would settle for 887.35 if I would pay that amount. I told him I could pay in installments. He took my credit information and sent me a form to sign. I felt the whole thing was not right so I checked online and found several cases of fraud filed for this company and several sites listing them as a scam. I stopped my credit card and sent CIS an email stating what I'd found out and telling them that I do not authorize any charges. That was a few minutes ago and I am awaiting a reply or email response.

**Resolution Sought**
Stop calling me and they need to be shut down. It is a fraudelent business.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 1/28/2011 | Supposed debt collectors. Their address is a ups store | | 1/28/2011 | | $887.35 |

## Company's Response

No Response

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**311      Burge declaration Attachment 12**



Contact Us   Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside and
San Bernardino Counties of Southern
California

## Complaint Details

**City Investment Services**
1191 Magnolia Avenue, Suite D-381
Corona , CA 92879
Phone: (877) 571-5190
Contact:
Company ID:  100099315

Consumer

Complaint ID:  98585928

Posted 2/4/2011

**Summary** - I want to find out were was the money going because the bill was about 150 dollars now it was over 1100 I ask if I could settle and it was a no

**Complaint Description**
I want to find out were was the money going because the bill was about 150 dollars now it was over 1100 I ask if I could settle and it was a no. They over charged you and want tell you how it became so much.

**Resolution Sought**
Settle my account I have paid three time the bill already.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 12/1/2010 | | | | | $1,400.00 |

**Company's Response**

Posted 3/16/2011

**Summary** - we do not make outbound calls, nor do we ever disclose any information to a third party.

**Response**
We have recently received a letter from your offices in regards to the individual listed above. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

**Customer's Rebuttal**

No Rebuttal

**Company's Final Response**

No Final Response

Privacy Policy    Trademarks    Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**312        Burge declaration Attachment 12**





Contact Us | Find a BBB

> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**City Investment Services**
1191 Magnolia Avenue, Suite D-381
Corona , CA 92879
Phone: (877) 571-5190
Contact:
Company ID:  100099315

Consumer

Complaint ID:  98598877

### Customer Complaint

Posted  3/28/2011

**Summary** - They call harrassing me about an account that has been closed. They threaten to take me to court.

**Complaint Description**
Call me saying that i owed so much money for an credit card that has been closed. Threatening that i am being sued and taken to court. Said they sent out letters, but i have never received anything from them. Said that i needed to pay now or i will be summoned to court.

**Resolution Sought**
I would like them to forget all my information and shred all of my information. Stop calling harrassing me and my family about an account that has been closed. I would like them to stop threatening me that they was gonna take me to court.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 3/24/2011 | | | | | $0.00 |

### Company's Response

Posted  4/29/2011

**Summary** - we do not make outbound calls, nor do we ever disclose any information to a third party. We only receive inbound calls

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms.                    does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy     Trademarks     Terms of Use

© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

 

Contact Us | Find a BBB

Better Business Bureau
**Start With Trust**
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

## Complaint Details

**City Investment Services**
1191 Magnolia Avenue, Suite D-381
Corona , CA 92879
Phone: (877) 571-5190
Contact:
Company ID:  100099315

Consumer

Complaint ID:  98593446

### Customer Complaint

Posted  3/4/2011

**Summary** - Called and threatened employer, would not give me information on who they were or what they wanted when i called, wasn't my debt

**Complaint Description**
City investments called my place of my employment and asked to speak to my supervisor. A "process server" (a person from that agency, although they deny making outbound calls), informed my boss that I had legal issues and that if I did not contact them in two hours, I would be served a court summons. I called city investments, and asked who they were and what this was regarding, and was told until I verified with the last for of my social and date of birth they did not have to give me that information. I told them I was uncomfortable giving out this info not knowing who they are, and was told "in this great country nothing can be done with the last four". I verified and it was found not to be my debt, when I asked again who they were I was asked in a sarcastic tone "would you like it to be your debt?", I told them they were rude considering I was contacting them about debt at all, and I wanted an address to file a complaint. The rep wanted details of my complaint and I mentioned threatening calls to my job and the hostile rude treatment from everyone I spoke to since I called their number. I was given an address to the ups store in corona and a company name of "the union", which I found to be false after some internet research of the address and phone number.

**Resolution Sought**
Follow the legal process for collecting debts.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 3/3/2011 | Collection agency of sorts | | | 106204338 | $0.00 |

### Company's Response

Posted  3/16/2011

**Summary** - we do not make outbound calls, nor do we ever disclose any information to a third party.

**Response**
We have recently received a letter from your offices in regards to the individual listed above. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls, nor do we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

### Customer's Rebuttal

No Rebuttal

### Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.



Contact Us | Find a BBB



> For Consumers
> For Businesses
> For Charities and Donors
> About Us
> News Center

Better Business Bureau
## Start With Trust
Los Angeles, Orange, Riverside, and
San Bernardino Counties of Southern
California

# Complaint Details

**City Investment Services**
1191 Magnolia Avenue, Suite D-381
Corona , CA 92879
Phone: (877) 571-5190
Contact:
Company ID: 100099315

Consumer

Complaint ID: 98602818

## Customer Complaint

Posted 4/11/2011

**Summary** - Consumer alleges company is trying to collect on a debt that consumer does not owe.

**Complaint Description**
Consumer alleges company is trying to collect on a debt that consumer does not owe. Company is threaten consumer with court law suits and other acts that are violations of the Fair Debt Collection Practices Act.

**Resolution Sought**
Consumer seeks for company to stop calling and harassing him.

**Additional Information**

| Date Problem Occurred: | Product or Service: | Model Name/Number: | Date Purchased: | Order Number: | Amount In Dispute: |
|---|---|---|---|---|---|
| 4/11/2011 | collections | | 4/11/2011 | | $0.00 |

## Company's Response

Posted 4/29/2011

**Summary** - we do not make outbound calls. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents

**Response**
We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Mr.           does in fact have an outstanding balance with our office. However, there must be a misunderstanding as for any additional complaints and/or misconduct; City Investment Services is a filing service, we do not make outbound calls. We only receive inbound calls from people that have received a "Notice of Attorney Representation" letter or have been served legal documents and are calling to obtain information. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

## Customer's Rebuttal

No Rebuttal

## Company's Final Response

No Final Response

Privacy Policy    Trademarks    Terms of Use
© Copyright 2010 The Better Business Bureau of the Southland, Inc. All Rights Reserved.

**315        Burge declaration Attachment 12**