

# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)



| Filing Fee $20.00. If amendment, see instructions. |
|---|

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted)

PACIFIC MANAGEMENT RECOVERY, LLC
200912610393

**FILED**
In the office of the Secretary of State
of the State of California

**JUL 27 2009**

A /8rc/8c
This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200912610393 | DELAWARE |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 541 N MAIN ST STE 104 261 | CORONA, CA | 92880 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 541 N MAIN ST STE 104 261 | CORONA | CA | 92880 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages. If necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | ███████ | RIVERSIDE, CA | ███ |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

JASON BEGLEY

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA. IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 541 N MAIN ST STE 104 261 | CORONA | CA | 92880 |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

INVESTMENT BUSINESS

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| ALAN MILLER | *Alan Smith* | AGENT | 7/23/2009 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 03/2007) | APPROVED BY SECRETARY OF STATE |
|---|---|

Gale Attachment 4

Gale Attachment 4



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
{Limited Liability Company}

5

L

**FILED**
In the office of the Secretary of State
of the State of California

DEC 2 2 2009

A/Sec   20 Ref   2/12/10

This Space For Filing Use Only

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1.   LIMITED LIABILITY COMPANY NAME  (Please do not alter if name is preprinted.)

PACIFIC MANAGEMENT RECOVERY, LLC

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2   SECRETARY OF STATE FILE NUMBER | 3   STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200912610393 | DE |

**COMPLETE ADDRESSES FOR THE FOLLOWING**  (Do not abbreviate the name of the city  Items 4 and 5 cannot be P.O. Boxes.)

| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 541 N MIAH 104-261 | CORONA, CA | 92880 |

| 5   CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 541 N MIAH 104-261 | CORONA | CA | 92880 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER**  (Attach additional pages, if necessary )

| 7   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON R. BEGLEY | ███████████ | RIVERSIDE, CA | ████ |
| 8.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS**  (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank )

10.  NAME OF AGENT FOR SERVICE OF PROCESS

JASON R. BEGLEY

| 11.  ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| ████████████ | RIVERSIDE | CA | ████ |

**TYPE OF BUSINESS**

12.  DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

FINANCIAL CONSULTING

13   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| JASON R. BEGLEY | | Manager | 11/24/09 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 03/2007) | APPROVED BY SECRETARY OF STATE |
|---|---|

Gale Attachment 4

Gale Attachment 4

| RA-100 |
| --- |



# State of California
## Secretary of State

### Resignation of Agent
### Upon Whom Process May Be Served

**FILED**
In the Office of the Secretary of State
of the State of California

**JUL 21 2010**

There is no fee for filing this form.

| IMPORTANT – Read instructions before completing this form. | This Space For Filing Use Only |
| --- | --- |

**Entity Type** (Identify the type of business from which you are resigning as agent for service of process. Check only one box.)

1. ☐ CORPORATION (domestic or qualified foreign)   ☐ REGISTERED GENERAL PARTNERSHIP

☑ LIMITED LIABILITY COMPANY (domestic or registered foreign)   ☐ UNINCORPORATED ASSOCIATION

☐ LIMITED PARTNERSHIP (domestic or registered foreign)   ☐ FOREIGN PARTNERSHIP (other than a foreign limited partnership)

☐ LIMITED LIABILITY PARTNERSHIP (domestic or registered foreign)   ☐ FOREIGN ASSOCIATION

**Entity Name** (Enter the name of the entity from whom you are resigning as agent for service of process.)

2. PACIFIC MANAGEMENT RECOVERY, LLC

**Entity File Number** (Enter the file number issued to the above-named entity by the Secretary of State.)

3. 200912610393

**Jurisdiction** (Enter the jurisdiction (state or country) under which the above-named entity was organized.)

4. DELAWARE

**Statement of Resignation** (The following statement declares intent to resign as agent for service of process and should not be altered.)

5. THE UNDERSIGNED HEREBY RESIGNS AS AGENT UPON WHOM PROCESS MAY BE SERVED IN CALIFORNIA FOR THE ABOVE-NAMED ENTITY.

**Execution**

6. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

4-28-10
DATE

JASON R. BEGLEY
TYPE OR PRINT NAME OF DECLARANT (i.e., the individual or corporation resigning as agent for service of process for the above-named entity)

SIGNATURE OF DECLARANT or SIGNATURE OF AUTHORIZED REPRESENTATIVE OF DECLARANT (if declarant is a corporation)

TITLE OF OFFICE OF AUTHORIZED REPRESENTATIVE OF DECLARANT (if declarant is a corporation)

| RA-100 (REV 01/2010) | APPROVED BY SECRETARY OF STATE |
| --- | --- |

I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

JUL 2 8 2011

Date: _____

**383**

**Gale Attachment 4**
DEBRA BOWEN, Secretary of State

LLC-5   File # 2 0 0 9 1 2 6 1 0 3 9 3



# State of California
# Secretary of State

**LIMITED LIABILITY COMPANY
APPLICATION FOR REGISTRATION**

**FILED** 
In the Office of the Secretary of State
of the State of California

APR 30 2009

A $70.00 filing fee AND a certificate of good standing from an authorized
public official of the jurisdiction of formation must accompany this form.

| IMPORTANT -- Read instructions before completing this form. | This Space For Filing Use Only |
|---|---|

**ENTITY NAME** (End the name in item 1 with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA

    Pacific Management Recovery, LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

**DATE AND PLACE OF ORGANIZATION**

3. THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON   3 (MONTH) – 16 (DAY) – 2009 (YEAR)   IN   Delaware (STATE OR COUNTRY)

    AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 4 must be completed (leave item 5 blank).)

4. NAME OF AGENT FOR SERVICE OF PROCESS   *Jason Begley*

5. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA   CITY *Riverside*   STATE CA   ZIP CODE ███

**APPOINTMENT** (The following statement is required by statute and should not be altered.)

6. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

7. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE   CITY AND STATE   ZIP CODE

    541 N. Main st Suite 104-261   Corona CA   92880

8. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY   CITY   STATE CA   ZIP CODE

    SAME

**EXECUTION**

9. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

    3-25-2009
    _____
    DATE

    SIGNATURE OF AUTHORIZED PERSON

    Pacific Management LLC / Jason Begley / President
    _____
    TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

LLC-5 (REV 04/2007)                                        APPROVED BY SECRETARY OF STATE

Gale Attachment 4

# *Delaware*

PAGE   1

## *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY "PACIFIC MANAGEMENT RECOVERY, LLC"

IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN

GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF

THIS OFFICE SHOW, AS OF THE TWENTY-SIXTH DAY OF MARCH, A.D.

2009.

4665763   8300

090303274

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7212270

DATE: 03-26-09

200912610393

Gale Attachment 4

**Gale Attachment 4**



| | LLC-4/7 |
|---|---|

# State of California
## Secretary of State

**LIMITED LIABILITY COMPANY
CERTIFICATE OF CANCELLATION**

**FILED** Aw
In the office of the Secretary of State
of the State of California

**MAY 0 3 2010**

There is no fee for filing a Certificate of Cancellation.

**IMPORTANT -- Read instructions before completing this form.**

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the limited liability company.) |
|---|---|
| 1. Secretary of State File Number<br><br>**200912610393** | 2. Name of Limited Liability Company<br><br>PACIFIC MANAGEMENT RECOVERY, LLC |

**TAX LIABILITY** (The following statement should not be altered.)

3. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, or a final annual tax return, as described by Section 17947 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

**DISSOLUTION** (Domestic limited liability companies ONLY: Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Dissolution (Form LLC-3) pursuant to Corporations Code section 17356(a) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all of the members. ☑ YES ☐ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 5 blank and proceed to Item 6.)

5.

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

| | | | |
|---|---|---|---|
| _(signature)_ | 4-28-10 | JASON BEGLEY | |
| Signature of Authorized Person | Date | Type or Print Name and Title of Authorized Person | |
| | | | |
| Signature of Authorized Person | Date | Type or Print Name and Title of Authorized Person | |

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 7. NAME | INCORPORATING SOLUTIONS GROUP, INC. |
|---|---|
| FIRM | 333 CITY BLVD WEST |
| ADDRESS | 17TH FLOOR |
| CITY/STATE/ZIP | ORANGE, CA 92868 |

| LLC-4/7 (REV 09/2006) | APPROVED BY SECRETARY OF STATE |
|---|---|

Gale Attachment 4

I hereby certify that the foregoing transcript of _____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

JUL 28 2011

Date: _____ EG.

**Gale Attachment 4**
DEBRA BOWEN, Secretary of State



389

# Delaware

PAGE   1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "PRIME WEST MANAGEMENT RECOVERY, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE TWENTIETH DAY OF JANUARY, A.D. 2010, AT 12:17 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "PRIME WEST MANAGEMENT RECOVERY, LLC".

Jeffrey W. Bullock, Secretary of State

4778946   8100H

AUTHENTICATION: 9011730

110975474

DATE: 09-06-11

You may verify this certificate online
at corp.delaware.gov/authver.shtml

390

Gale Attachment 5

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:49 PM 01/20/2010*
*FILED 12:17 PM 01/20/2010*
*SRV 100053210 – 4778946 FILE*

# CERTIFICATE OF FORMATION
## OF
### LIMITED LIABILITY COMPANY

FIRST:   The name of the limited liability company is:

PRIME WEST MANAGEMENT RECOVERY, LLC

SECOND:   The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. The name of its registered agent at such address is The Company Corporation.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation this 20TH day of January, 2010.

The Company Corporation, Organizer

By:   /s/ Paul Pine
      Paul Pine
      Assistant Secretary

Jan. 21. 2010  1:08PM

No. 0029  P. 2

**2 0 1 0 0 3 3 1 0 1 7 2**



## State of California
## Secretary of State

LLC-5   File # _____

### LIMITED LIABILITY COMPANY
### APPLICATION FOR REGISTRATION

**FILED**
In the Office of the Secretary of State
of the State of California

**JAN 27 2010**

A $70.00 filing fee AND a certificate of good standing from an authorized public official of the jurisdiction of formation must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

---

**ENTITY NAME** (End the name in Item 1 with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1.  NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA

PRIME WEST MANAGEMENT RECOVERY, LLC

2.  NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

---

**DATE AND PLACE OF ORGANIZATION**

3.  THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON   _1_ - _20_ - _2010_  IN   DELAWARE
    (MONTH)   (DAY)   (YEAR)   (STATE OR COUNTRY)

AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

---

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 4 must be completed (leave Item 5 blank).

4.  NAME OF AGENT FOR SERVICE OF PROCESS

Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service

5.  IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA       CITY        STATE     ZIP CODE
                                                                                                     CA

---

**APPOINTMENT** (The following statement is required by statute and should not be altered.)

6.  IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

---

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

7.  ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE        CITY AND STATE        ZIP CODE

*109 NORTH MAPLE   SUITE C*        *CORONA   CA   92880*

8.  ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY        CITY        STATE     ZIP CODE

109 NORTH MAPLE, SUITE C        CORONA   CA        92880

---

**EXECUTION**

9.  I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

*1/20/10*
DATE

SIGNATURE OF AUTHORIZED PERSON

*WAYNE W. LUNSFORD*, Manager
TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

---

LLC-5 (REV 04/2007)        APPROVED BY SECRETARY OF STATE

Gale Attachment 6

# *Delaware*

201003310172

PAGE  1

## *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "PRIME WEST MANAGEMENT RECOVERY, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-SEVENTH DAY OF JANUARY, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "PRIME WEST MANAGEMENT RECOVERY, LLC" WAS FORMED ON THE TWENTIETH DAY OF JANUARY, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION:  7780980

DATE: 01-27-10

4778946   8300

100076202

You may verify this certificate online
at corp.delaware.gov/authver.shtml

394                                              Gale Attachment 6



I hereby certify that the foregoing
transcript of _____ 2 _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date: _____

Gale Attachment 6

DEBRA BOWEN, Secretary of State

395



# State of California
## Secretary of State

STATEMENT OF INFORMATION
(Limited Liability Company)

*41*

**L**

**FILED**
in the office of the Secretary of State
of the State of California

MAY 2 6 2010

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

   PRIME WEST MANAGEMENT RECOVERY, LLC

*EC* This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201003310172 | Delaware |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 541N. MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 541N. MAIN STREET SUITE 104-261 | CORONA | CA | 92882 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 541N. MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION  *C2720634*

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

MANAGEMENT & CONSULTING

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| JASON BEGLEY | | MANAGING MEM | 3-17-2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)          APPROVED BY SECRETARY OF STATE

Gale Attachment 6



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L



1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

Prime West Management Recovery, LLC

**FILED**
In the office of the Secretary of State
of the State of California

AUG 2 3 2010

A
EC

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201003310172 | *Delaware* |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 541 N Main St. Suite 104-261 | Corona, CA | 92882 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Jason Begley | 541 N Main St. Suite 104-261 | Corona, CA | 92882 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Jason Begley | 541 N Main St. Suite 104-261 | Corona, CA | 92882 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

Incorporating Solutions Group Inc. A California Corporation      C 2720634

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

*MANAGEMENT*

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Jason Begley | | CEO | 5/20/10 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)                                                      APPROVED BY SECRETARY OF STATE



I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date:_____

**Gale Attachment 6**

DEBRA BOWEN, Secretary of State

**399**

LLC-1  File # 201009210075



## State of California
### Secretary of State

**LIMITED LIABILITY COMPANY
ARTICLES OF ORGANIZATION**

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

**FILED**
In the Office of the Secretary of State
of the State of California

MAR 29 2010

This Space For Filing Use Only

---

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

UNION MANAGEMENT SERVICES, LLC

---

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

---

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).)

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

CA

---

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[ ] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[✓] ALL LIMITED LIABILITY COMPANY MEMBER(S)

---

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

---

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

MARCH 23, 2010
DATE                                    SIGNATURE OF ORGANIZER

L. MITCHELL
TYPE OR PRINT NAME OF ORGANIZER

---

LLC-1 (REV 04/2007)                                    APPROVED BY SECRETARY OF STATE



I hereby certify that the foregoing
transcript of _____ (_____ pages)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date: _____

401

**Gale Attachment 7**

DEBRA BOWEN, Secretary of State



**State of California**
**Secretary of State**

L

43

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FILED**
in the office of the Secretary of State
of the State of California

APR 26 2010

1.   LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

UNION MANAGEMENT SERVICES, LLC

*WC* This Space For Filing Use Only

| DUE DATE: | | | |
|---|---|---|---|
| **FILE NUMBER AND STATE OR PLACE OF ORGANIZATION** | | | |
| 2.   SECRETARY OF STATE FILE NUMBER | | 3.   STATE OR PLACE OF ORGANIZATION | |
| 201009210075 | | CALIFORNIA | |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 541 N MAIN STREET SUITE 104-261 | CORONA, CA | | 92882 |

| 5.   CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 541 N MAIN STREET SUITE 104-261 | CORONA, | CA | 92882 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |
| 8.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| WAYNE LUNSFORD | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |
| 9.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10.   NAME OF AGENT FOR SERVICE OF PROCESS | | | |
|---|---|---|---|
| INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION   c2720634 | | | |

| 11.   ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

| 12.   DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| MANAGEMENT SERVICES |

| 13.   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT. | | | |
|---|---|---|---|
| JASON BEGLEY | | CEO | 4-20-2010 |
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |
| LLC-12 (REV 03/2007) | | APPROVED BY SECRETARY OF STATE | |



I hereby certify that the foregoing
transcript of _____/_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date:_____ AL

403

**Gale Attachment 7**

DEBRA BOWEN, Secretary of State



**State of California**
**Secretary of State**

LLC-1   File # ___2 0 1 0 0 9 2 1 0 0 7 4___

**LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION**

FILED
In the Office of the Secretary of State
of the State of California

MAR 2 9 2010

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

CITY INVESTMENT SERVICES, LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 3 must be completed (leave item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☐ MORE THAN ONE MANAGER

☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

MARCH 23, 2010
DATE

SIGNATURE OF ORGANIZER

L. MITCHELL
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)                                    APPROVED BY SECRETARY OF STATE



I hereby certify that the foregoing
transcript of_____|_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date:_____

**405**

**Gale Attachment 8**

DEBRA BOWEN, Secretary of State



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)



**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
in the office of the Secretary of State
of the State of California

APR 2 6 2010

*ᴇᴄ*   This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

CITY INVESTMENT SERVICES, LLC

---

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201009210074 | CALIFORNIA |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 541 N MAIN STREET SUITE 104-261 | CORONA, | CA | 92882 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| WAYNE LUNSFORD | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION   C2720634 |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

MANAGEMENT SERVICES

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| JASON BEGLEY | | CEO | 4-20-2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 03/2007) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|



I hereby certify that the foregoing
transcript of_____l_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date:_____ Ax

**407**                    Gale Attachment 8

DEBRA BOWEN, Secretary of State

| | LLC-1 | File # | 201009210074 |



## State of California
## Secretary of State

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

**FILED**
In the Office of the Secretary of State
of the State of California

MAR 29 2010

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

CITY INVESTMENT SERVICES, LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

CA

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[ ] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[✓] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

MARCH 23, 2010
DATE

SIGNATURE OF ORGANIZER

L. MITCHELL
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)                                                APPROVED BY SECRETARY OF STATE



I hereby certify that the foregoing
transcript of _____|_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date:_____ _An_

**Gale Attachment 8**

DEBRA BOWEN, Secretary of State



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)



**L**

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

   CITY INVESTMENT SERVICES, LLC

**FILED**
In the office of the Secretary of State
of the State of California

**APR 2 6 2010**

εc   This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201009210074 | CALIFORNIA |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY AND STATE | | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 541 N MAIN STREET SUITE 104-261 | | CORONA, CA | | 92882 |

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | | | |
| 541 N MAIN STREET SUITE 104-261 | CORONA, | CA | 92882 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| WAYNE LUNSFORD | 541 N MAIN STREET SUITE 104-261 | CORONA, CA | 92882 |

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

   INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION   C2720634

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

   MANAGEMENT SERVICES

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| JASON BEGLEY | | CEO | 4-20-2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 03/2007) | APPROVED BY SECRETARY OF STATE |
|---|---|

I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date: _____ AL

Gale Attachment 8

DEBRA BOWEN, Secretary of State

411



| LLC-1 | File # 2 0 1 0 2 2 2 1 0 2 3 3 |
|---|---|

**State of California**
**Secretary of State**

**Limited Liability Company**
**Articles of Organization**

A $70.00 filing fee must accompany this form.

Important – Read instructions before completing this form.



**FILED**
In the Office of the Secretary of State
of the State of California

AUG 0 9 2010

This Space For Filing Use Only

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

GLOBAL FILING SERVICES, LLC

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA   CITY   STATE   ZIP CODE

CA

**Management** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☐ MORE THAN ONE MANAGER

☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

8-2-2010
DATE

SIGNATURE OF ORGANIZER

L. MITCHELL
TYPE OR PRINT NAME OF ORGANIZER

| LLC-1 (REV 04/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|



I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office

MAY 2 3 2011

Date: _____

**413**                    **Gale Attachment 9**

DEBRA BOWEN, Secretary of State



# State of California
## Secretary of State

41

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

L

**FILED**
in the office of the Secretary of State
of the State of California

OCT 0 1 2010

 This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

GLOBAL FILING SERVICES, LLC

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201022210233 | CALIFORNIA |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 980 MONTECITO DRIVE SUITE 205 | CORONA | 92879 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO DRIVE SUITE 205 | CORONA | CA | 92 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 980 MONTECITO DRIVE SUITE 205 | CORONA CA | 92879 |

| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| WAYNE LUNSFORD | 980 MONTECITO DRIVE SUITE 205 | CORONA, CA | 92879 |

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION  C Z 720634

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

CONSULTING

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| JASON BEGLEY | | Managing Mbr | 9/20/2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)  ·  APPROVED BY SECRETARY OF STATE

**Gale Attachment 9**

I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date:_____

**Gale Attachment 9**

DEBRA BOWEN, Secretary of State

415

| LLC-1 | File # 2 0 1 0 2 2 2 1 0 2 3 6 |



## State of California
## Secretary of State

### Limited Liability Company
### Articles of Organization

A $70.00 filing fee must accompany this form.

**Important – Read instructions before completing this form.**

**FILED**
In the Office of the Secretary of State
of the State of California

**AUG 0 9 2010**

This Space For Filing Use Only

---

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

NATIONAL FILING SERVICES, LLC

---

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

---

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA      CITY            STATE      ZIP CODE

CA

---

**Management** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☐ MORE THAN ONE MANAGER

☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

---

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

---

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

8-2-2010
DATE

SIGNATURE OF ORGANIZER

L. MITCHELL
TYPE OR PRINT NAME OF ORGANIZER

---

LLC-1 (REV 04/2010)                                                                APPROVED BY SECRETARY OF STATE

I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date: _____

DEBRA BOWEN, Secretary of State

**417**      **Gale Attachment 10**



# State of California
## Secretary of State

L

**STATEMENT OF INFORMATION**
(Limited Liability Company)

41

**FILED**
In the office of the Secretary of State
of the State of California

OCT 0 1 2010

Filing Fee $20.00.  If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1.  LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

NATIONAL FILING SERVICES, LLC

☞ This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2.  SECRETARY OF STATE FILE NUMBER | 3.  STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201022210236 | CALIFORNIA |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 980 MONTECITO DRIVE SUITE 205 | CORONA | 92879 |

| 5.  CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO DRIVE SUITE 205 | CORONA | CA | 92 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| JASON BEGLEY | 980 MONTECITO DRIVE SUITE 205 | CORONA CA | 92879 |
| 8.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| WAYNE LUNSFORD | 980 MONTECITO DRIVE SUITE 205 | CORONA, CA | 92879 |
| 9.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10.  NAME OF AGENT FOR SERVICE OF PROCESS

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION      CZ-770651

| 11.  ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12  DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

CONSULTING

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| JASON BEGLEY | | Managing Mbr | 9/20/2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)                                          APPROVED BY SECRETARY OF STATE

I hereby certify that the foregoing
transcript of _____ _r_ _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 2 3 2011

Date:_____ An

**Gale Attachment 10**
DEBRA BOWEN, Secretary of State

**419**