LP-1   File # **2 0 1 0 3 1 9 0 0 0 0 9**



## State of California
## Secretary of State

### Certificate of Limited Partnership

A $70.00 filing fee must accompany this form.

Important – Read instructions before completing this form.

**FILED**
in the Office of the Secretary of State
of the State of California

NOV 0 8 2010

This Space For Filing Use Only

**Entity Name** (End the name with the words "Limited Partnership" or the abbreviation "LP" or "L.P.")

1. NAME OF LIMITED PARTNERSHIP

Portfolio Investment Group, LP

**Initial Designated Office Address** (Do not abbreviate the name of the city.)

| 2. ADDRESS OF INITIAL DESIGNATED OFFICE IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 Montecito Drive #205 | Corona | CA | 92881 |

**Initial Agent For Service of Process** (If the initial agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the initial agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Paracorp Incorporated

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**General Partners** (Enter the names and addresses of all the general partners. Attach additional pages, if necessary.)

| 5a. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Heavy Hitters, Inc. | 980 Montecito Drive #205 | Corona | CA | 92881 |

| 5b. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**Additional information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution** (This certificate must be signed by all of the general partners. If additional signature space is necessary, the signatures may be made on an attachment to this certificate.)

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

November 5, 2010
DATE

_____
SIGNATURE OF GENERAL PARTNER

Jason Begley, President of Heavy Hitters, Inc.
TYPE OR PRINT NAME OF GENERAL PARTNER

_____
SIGNATURE OF GENERAL PARTNER

_____
TYPE OR PRINT NAME OF GENERAL PARTNER

LP-1 (REV 01/2010)

APPROVED BY SECRETARY OF STATE

I hereby certify that the foregoing
transcript of_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

AUG 1 5 2011

Date:_____



DEBRA BOWEN, Secretary of State

**Gale Attachment 11**

**421**

3125191

**FILED**

In the office of the Secretary of State
of the State of California

JUL 1 5 2008

# ARTICLES OF INCORPORATION

## OF

## Bagels consulting firm, INC.

FIRST.  The name of the corporation is Bagels consulting firm, INC.

SECOND.  The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THIRD.  The name of the corporation's initial agent for service of process in the State of California is Legalzoom.com, Inc.

FOURTH.  The corporation is authorized to issue one class of shares, designated as "Common Stock", and the total number of shares of Common Stock authorized to be issued is 1,000.

The personal liability of the directors of the corporation for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under California law.  The corporation is authorized to indemnify its directors and officers to the fullest extent permissible under California law.

**IN WITNESS WHEREOF,** the undersigned incorporator has executed these Articles of Incorporation on the date below.

Date:  July 12, 2008

**LegalZoom.com, Inc., Incorporator**

By: _____
Ryan Moran, Assistant Secretary

422                                    Gale Attachment 12



I hereby certify that the foregoing
transcript of_____1_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

SEP 15 2011

Date:_____

423

Gale Attachment 12

DEBRA BOWEN, Secretary of State



# State of California
## Secretary of State



**E-992689**

## FILED

STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)

In the office of the Secretary of State of the State of California

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**Mar - 17 2010**

This Space For Filing Use Only

---

1. CORPORATE NAME (Please do not alter if name is preprinted.)

C3125191

BAGELS CONSULTING FIRM, INC.

| | **S** |
|---|---|

DUE DATE:

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 541 MAIN STREET SUITE #104-261   CORONA  CA 92882 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 541 MAIN STREET SUITE #104-261   CORONA  CA 92882 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| JASON   BEGLEY  541 MAIN STREET SUITE #104-261   CORONA, CA 92882 | | | | |
| 6. SECRETARY/ | | | | |
| SHANTEL   BEGLEY 541 MAIN STREET SUITE #104-261   CORONA, CA 92882 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| JASON   BEGLEY 541 MAIN STREET SUITE #104-261   CORONA  CA 92882 | | | | |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JASON BEGLEY    541 MAIN STREET SUITE #104-261   CORONA, CA 92882 | | | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
|---|---|---|---|
| INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION | | | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| | | | |

TYPE OF BUSINESS

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

CONSULTING FIRM

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/17/2010 | JASON  BEGLEY | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 01/2008) | APPROVED BY SECRETARY OF STATE |
|---|---|

Gale Attachment 12

Gale Attachment 12



**State of California**

**Secretary of State**

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

**E-F07020**

**FILED**

In the office of the Secretary of
State of the State of California

**May - 12 2011**

This Space For Filing Use Only

---

1. CORPORATE NAME

C3125191

BAGELS CONSULTING FIRM, INC.

---

Due Date:

Complete Addresses for the Following (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO DRIVE SUITE 205   CORONA  CA 92879 | | | |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

Names and Complete Addresses of the Following Officers  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JASON    BEGLEY  980 MONTECITO DRIVE SUITE 205    CORONA, CA 92879 | | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JASON    BEGLEY  980 MONTECITO DRIVE SUITE 205    CORONA, CA 92879 | | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JASON    BEGLEY  980 MONTECITO DRIVE SUITE 205    CORONA, CA 92879 | | | | |

Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JASON  BEGLEY   980 MONTECITO DRIVE SUITE 205    CORONA, CA 92879 | | | | |

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

Agent for Service of Process  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

Type of Business

| 14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| CONSULTING |

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/12/2011 | JASON  BEGLEY | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

Gale Attachment 12

I hereby certify that the foregoing
transcript of_____2_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

SEP 1 5 2011

Date:_____

Gale Attachment 12
DEBRA BOWEN, Secretary of State

427

3266864

**FILED** ᵍᶜ
In the office of the Secretary of State
of the State of California

DEC 2 2 2009

# ARTICLES OF INCORPORATION

## OF

## Lunsford investment and management services Inc.

FIRST.  The name of the corporation is Lunsford investment and management services Inc.

SECOND.  The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THIRD.  The name of the corporation's initial agent for service of process in the State of California is Wayne William Lunsford, ▮▮▮▮▮▮▮, Menifee, California ▮▮▮▮▮

FOURTH.  The corporation is authorized to issue one class of shares, designated as "Common Stock", and the total number of shares of Common Stock authorized to be issued is 100.

FIFTH.  The personal liability of the directors of the corporation for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under California law.  The corporation is authorized to indemnify its directors and officers to the fullest extent permissible under California law.

IN WITNESS WHEREOF, the undersigned incorporator has executed these Articles of Incorporation on the date below.

Date:  December 20, 2009

LegalZoom.com, Inc., Incorporator

By: _____
    Karla Figueroa, Assistant Secretary

I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

SEP 15 2011

Date: _____

DEBRA BOWEN, Secretary of State

429

Gale Attachment 13



# State of California
## Secretary of State



**E-992028**

# FILED

### STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)

In the office of the Secretary of State of the State of California

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**Mar - 17 2010**

This Space For Filing Use Only

| | |
|---|---|
| 1. CORPORATE NAME (Please do not alter if name is preprinted.)<br>C3266864<br>LUNSFORD INVESTMENT AND MANAGEMENT SERVICES INC. | **S** |

DUE DATE:

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>541 MAIN STREET SUITE #104-261   CORONA  CA 92882 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>541 MAIN STREET SUITE #104-261   CORONA  CA 92882 | CITY | STATE | ZIP CODE |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/<br>WAYNE  WILLIAM  LUNSFORD | 541 MAIN STREET SUITE #104-261 | CORONA, CA 92882 | | |
| 6. SECRETARY/<br>AMBER   LUNSFORD | 541 MAIN STREET SUITE #104-261 | CORONA, CA 92882 | | |
| 7. CHIEF FINANCIAL OFFICER/<br>WAYNE  WILLIAM  LUNSFORD | 541 MAIN STREET SUITE #104-261 | CORONA  CA 92882 | | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| WAYNE WILLIAM LUNSFORD | 541 MAIN STREET SUITE #104-261 | CORONA, CA 92882 | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

| | | | |
|---|---|---|---|
| 12. NAME OF AGENT FOR SERVICE OF PROCESS<br>INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION | | | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT SERVICES

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 03/17/2010 | WAYNE WILLIAM LUNSFORD | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 01/2008) | APPROVED BY SECRETARY OF STATE |
|---|---|

Gale Attachment 13

Gale Attachment 13



# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

## E-F06937
## FILED
In the office of the Secretary of State of the State of California

### May - 12 2011
This Space For Filing Use Only

| 1. CORPORATE NAME |
|---|
| C3266864 |
| LUNSFORD INVESTMENT AND MANAGEMENT SERVICES INC. |

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 980 MONTECITO DRIVE #205   CORONA   CA 92879 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| WAYNE   LUNSFORD   980 MONTECITO DRIVE #205   CORONA, CA 92879 | | | | |
| 6. SECRETARY | | | | |
| WAYNE   LUNSFORD  980 MONTECITO DRIVE #205   CORONA, CA 92883 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| WAYNE   LUNSFORD  980 MONTECITO DRIVE #205   CORONA  CA 92883 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| WAYNE  LUNSFORD     980 MONTECITO DRIVE #205   CORONA, CA 92883 | | | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

| 14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| INVESTMENTS & MANAGEMENT |

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/12/2011 | WAYNE  LUNSFORD | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE |
|---|---|

Gale Attachment 13

I hereby certify that the foregoing transcript of _____2_____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

SEP 15 2011

Date:_____

Galena Attachment 13

DEBRA BOWEN, Secretary of State

3 2 9 3 0 4 1

# ARTICLES OF INCORPORATION

FILED
In the office of the Secretary of State
of the State of California

APR 2 6 2010

## ARTICLE I

The name of this corporation is
**HEAVY HITTERS INVESTMENTS, INC.**

## ARTICLE II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## ARTICLE III

The name and address in the State of California of this Corporation initial agent for service of process is:

**INCORPORATING SOLUTIONS GROUP, INC.
A CALIFORNIA CORPORATION**

## ARTICLE IV

The corporation is authorized to issue only one class of stock. The total number of shares which this corporation is authorized to issue is 100,000.

(Signature of Incorporator)

L. A. Mitchell
(Typed Name of Incorporator)



I hereby certify that the foregoing
transcript of _____1_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

SEP 1 5 2011

Date:_____

435                    Gale Attachment 14

DEBRA BOWEN, Secretary of State



# State of California
## Secretary of State



**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**E-A79650**

# FILED

In the office of the Secretary of
State of the State of California

**May - 26 2010**

This Space For Filing Use Only

---

**1. CORPORATE NAME** (Please do not alter if name is preprinted.)

C3293041

HEAVY HITTERS INVESTMENTS, INC.

| | | | | **S** |
| --- | --- | --- | --- | --- |

---

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 541 N MAIN STREET SUITE 104-261   CORONA   CA 92882 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 541 N MAIN STREET SUITE 104-261   CORONA   CA 92882 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |

---

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| JASON   BEGLEY  541 N MAIN STREET SUITE 104-261   CORONA, CA 92882 | | | | |
| 6. SECRETARY/ | ADDRESS | CITY | STATE | ZIP CODE |
| WAYNE   LUNSFORD 541 N MAIN STREET SUITE 104-261   CORONA, CA 92882 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| JASON   BEGLEY 541 N MAIN STREET SUITE 104-261   CORONA  CA 92882 | | | | |

---

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 8. NAME | | | | |
| WAYNE  LUNDSFORD    541 N MAIN STREET SUITE 104-261   CORONA, CA 92882 | | | | |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

---

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:**

**AGENT FOR  SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

**12. NAME OF AGENT FOR SERVICE OF PROCESS**

INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |

---

**TYPE OF BUSINESS**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**

INVESTMENTS

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/26/2010 | JASON  BEGLEY | CEO | |
| --- | --- | --- | --- |
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

---

SI-200 C (REV 01/2008)

APPROVED BY SECRETARY OF STATE

Gale Attachment 14

**Gale Attachment 14**



# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

## E-F06850
## FILED
In the office of the Secretary of State of the State of California

### May - 12 2011
This Space For Filing Use Only

---

**1. CORPORATE NAME**
C3293041
HEAVY HITTERS INVESTMENTS, INC.

---

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO DRIVE #205   CORONA   CA 92879 | | | |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JASON   BEGLEY  980 MONTECITO DRIVE #205   CORONA, CA 92879 | | | | |

| 6. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| WAYNE   LUNSFORD  980 MONTECITO DRIVE #205   CORONA, CA 92879 | | | | |

| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| WAYNE   LUNSFORD  980 MONTECITO DRIVE #205   CORONA, CA 92879 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JASON  BEGLEY    980 MONTECITO DRIVE #205   CORONA, CA 92879 | | | | |

| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| INCORPORATING SOLUTIONS GROUP, INC. A CALIFORNIA CORPORATION |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
INVESTMENTS

**15.** BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/12/2011 | JASON  BEGLEY | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| SI-200 C (REV 10/2010) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

I hereby certify that the foregoing transcript of _____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

SEP 15 2011

Date: _____



DEBRA BOWEN, Secretary of State

439

Gale Attachment 14

## DECLARATION

**Title of Action:**   Subpoena in the Matter of City Investment Services LLC, et al.

**Date of Request:**   July 26, 2011

1. I have authority to certify the records of this office of Citibank N.A.

2. The following checked statement applies:

   ☒   The copies transmitted are true copies of all original records described in the Subpoena.

   ☐   No copies of our records are transmitted because Citibank N.A. cannot locate any of the records using the criteria presented in the Subpoena.

   ☐   The copies transmitted are true copies of part of the original records described in the Subpoena. Citibank N.A. is in the process of retrieving the remainder of the records described in the Subpoena.

3. The records referred to above were prepared by the personnel of Citibank N.A. and/or its affiliates and suppliers in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2011, at San Antonio, Texas

Haydee Benavides
Litigation Support

Gale Attachment 15

440                                              CITIBANK-000718

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, _Maydee Benavides_, have personal knowledge of the facts set forth below

    and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by Citibank N.A. and

    attached hereto.

3.  The documents produced and attached hereto by Citibank N.A. are originals or true

    copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or

        from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of Citibank N.A.; and

    c)  Were made by the regularly conducted activity as a regular practice of Citibank

        N.A.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _Aug. 13_, 2011.

_____
Signature

**CitiBusiness**                                                                    **citibank**

| Financial Center # | 853 | Marketplace | CA-013 | | Current Date | 4/21/10 |
|---|---|---|---|---|---|---|
| Tax ID | ██████████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | CITM INVESTMENT SERVICES, LLC | | | | | |
| Account # (S) | | Print Signer's Name | | Signature | | |

Signer 1: 0762 ██████
JASON R BEGLEY          X _____

Signer 2: 0762 ██████
WAYNE W LUNSFORD        X _____

Signer 3:
                       X

**Gale Attachment 16**

442

**CITIBANK-000019**

AUG-01-2011 15:00 FROM:CITI BANK 9512780473 TO:1210B 801 P.1/20

# CitiBusiness

## citibank

| Financial Center # | 283 | Marketplace | CCA Fimp:13 | Current Date | 03.24.09 |
|---|---|---|---|---|---|
| Tax ID | ██████████████ | | Number of Signers required to transact | | 1 |
| Business Entity Name | Pacific Management Recovery, LLC | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| # ████1419 | Signer 1:<br><br>Jason R Begley | X _____ |
| # ████1419 | Signer 2:<br><br>Wayne W. Lunsford | X _____ |
| | Signer 3:<br><br> | X _____ |

Item CSC001 (New 2/07)

**Gale Attachment 16**

**CITIBANK-000020**

AUG-01-2011 14:50 FROM:CITI BANK    9512780473    TO:121086   1    P.1/17

# CitiBusiness°

# citibank°

| Financial Center # | 283 | Marketplace | 013-CA | | Current Date | 01/25/2010 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | PRIME WEST MANAGEMENT RECOVERY, LLC | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮▮▮7686 | **Signer 1:** WAYNE W LUNSFORD | X _(signature)_ |
| ▮▮▮7686 | **Signer 2:** Jason R Begley | X _(signature)_ |
| | **Signer 3:** | X _____ |

**Gale Attachment 16**

**CITIBANK-000021**

AUG-01-2011 14:41 FROM:CITI BANK          9512780473          TO:12108916601          P.1/19

**CitiBusiness**                                                    **citibank**

| Financial Center # | 283 | Marketplace | CA-013 | | Current Date | 4/23/10 |
|---|---|---|---|---|---|---|
| Tax ID | ▐▐▐▐▐▐▐ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | UNION MANAGEMENT SERVICES, LLC. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▐▐▐0671 | **Signer 1:** JASON R BEGLEY | X _Jason R Begley_ |
| ▐▐▐0621 | **Signer 2:** WAYNE W LUNSFORD | X _Wayne W Lunsford_ |
| | **Signer 3:** | X _____ |

Gale Attachment 16

CITIBANK-000026

# CitiBusiness°



| Financial Center # | 283 | Marketplace | CCA , 13 | | Current Date | 12/2/10 |
|---|---|---|---|---|---|---|
| Tax ID | ███████████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Portfolio Investment Group LP | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| █████965 | Signer 1:<br>Jason Begley | X |
| ████4965 | Signer 2:<br>Wayne Lunsford | X |
| | Signer 3: | X |

Gale Attachment 16

CITIBANK-000007

P.1/44     TO:12108816601     9512789473     AUG-02-2011 09:22 FROM:CITI BANK

# CitiBusiness®                                                      citibank

| Financial Center # | 283 | Marketplace | 013-CA | | Current Date | 01 25 2010 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮ | | | Number of Signers required to transact | | |
| Business Entity Name | LUNSFORD INVESTMENT AND MANAGEMENT SERVICES, INC. | | | | | |

| Account #'s (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮▮▮793 | Signer 1: WAYNE W. LUNSFORD | X _(signature)_ |
| | Signer 2: Superseded 8/18/10 | X _____ |
| | Signer 3: | X _____ |

---

# CitiBusiness®    " Supercedes "                          citibank®

| Financial Center # | 0283 | Marketplace | CCA | Current Date | 8/18/10 |
|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮ | | | Number of Signers required to transact | 1 |
| Business Entity Name | Lunsford Investment and Management Services, Inc. | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮▮▮7783 | Signer 1: WAYNE W. LUNSFORD | X _(signature)_ |
| ▮▮▮7793 | Signer 2: Amber Lunsford | X Amber Lunsford |
| | Signer 3 | X _____ |

Gale Attachment 16

CITIBANK-000022

# citibank

**CitiBusiness®**

Citibank, N.A. 283
P. O. Box 26892
San Francisco, CA 94126-6892

273/FM/14F013/0

000
CITIBANK, N.A.
Account
1419

PACIFIC MANAGEMENT RECOVERY
355 N. SHERIDAN Suite 115
CORONA                    CA 92880

**Statement Period**
Mar. 24 - Mar. 31, 2009

Page 1 of 1

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2009

| Relationship Summary: | |
|---|---|
| **Checking** | $5,000.00 |
| **Savings** | ---- |
| **Investments** (not FDIC insured) | ---- |
| **Checking Plus** | ---- |

*WHEN PLANNING THAT NEXT GETAWAY*
Plan on Citibank's World Wallet® Service to make ordering
Foreign Currency easier than ever.
You have a wide variety of Foreign Currencies, delivered right to
your door or place of business.
(Anywhere in the Continental U.S). Visit your nearest Financial
Center or Call 1-800-756-7050
Limits/Fees apply.

## SUGGESTIONS AND RECOMMENDATIONS

## Help protect yourself from fraud

Delete and do not respond to suspicious official-looking emails requesting your personal security information, and never click on embedded links in emails. Ensure your computer has current anti-virus software. Change online passwords often and at irregular intervals. Never provide online token passwords to anyone. Please review your account statements promptly and call us at **1-877-528-0990** if you find a discrepancy.

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**
419

| | |
|---|---|
| Beginning Balance: | $0.00 |
| Ending Balance: | $5,000.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 3/26 | DEPOSIT | | 5,000.00 | 5,000.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990* (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank, N.A. P.O. Box 26892 San Francisco, CA 94126-6892 |

For change in address, call your account officer or visit your branch.

*To ensure quality service, calls are randomly monitored.

**Gale Attachment 17**

CITIBANK-000281

# citibank

**CitiBusiness®**

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

302/R1/14F013/0

042
CITIBANK, N.A.
**Account** 1419
**Statement Period**
Dec. 1 – Dec. 31, 2009
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

**PACIFIC MANAGEMENT RECOVERY, LLC**
**355 N. SHERIDAN SUITE 115**
**CORONA            CA 92880**
Ilhaadilakdadilaadillaadilaadillaadilaadilaal

Page 1 of 5

## CitiBusiness® ACCOUNT AS OF DECEMBER 31, 2009

**Relationship Summary:**

| | |
|---|---|
| Checking | $114,252.29 |
| Savings | —— |
| Investments (not FDIC insured) | ——— |
| Checking Plus | ——— |

## SUGGESTIONS AND RECOMMENDATIONS

***WHEN PLANNING THAT NEXT GETAWAY***
Plan on Citibank's **World Wallet® Service** to make ordering
Foreign Currency easier than ever.
You have access to a wide variety of Foreign Currencies, delivered right to your door
or place of business.
(Anywhere in the Continental U.S.)
Visit your nearest Citibank or call 1-800-756-7050
Limits/Fees apply.

## SERVICE CHARGE SUMMARY FROM NOVEMBER 1, 2009 THRU NOVEMBER 30, 2009

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING #** 1419 | | | |
| Average Daily Collected Balance | | | $63,383.24 |
| **DEPOSIT SERVICES** | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH **FEE WAIVE | 96 | .3000 | 28.80 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

**Gale Attachment 17**

449

CITIBANK-000310

63

# citibank

**CitiBusiness®**

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

334/R1/14F013/0

068
CITIBANK, N.A.
**Account**
**1419**
**Statement Period**
**June 1 - June 30, 2010**
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

**PACIFIC MANAGEMENT RECOVERY, LLC**
**980 MONTECITO DR  Suite 205**
**CORONA             CA 92879**

Page 1  of 6

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $20,235.27 |
| **Savings** | ----- |
| **Investments** (not FDIC insured) | ---- |
| **Checking Plus** | ---- |

## SUGGESTIONS AND RECOMMENDATIONS

***WHEN PLANNING THAT NEXT GETAWAY***
Plan on Citibank's **World Wallet® Service** to make ordering
Foreign Currency easier than ever.
You have access to a wide variety of Foreign Currencies, delivered right to your door
or place of business.
(Anywhere in the Continental U.S.)
Visit your nearest Citibank or call 1-800-756-7050
Limits/Fees apply.

## SERVICE CHARGE SUMMARY FROM MAY 1, 2010 THRU MAY 31, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING #        1419** | | | |
| Average Daily Collected Balance | | | $39,600.77 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 166 | .3000 | 49.80 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

**Gale Attachment 17**

CITIBANK-000343

63

**citibank**                                                                                                **CitiBusiness®**

Citibank, N.A.    283
P. O. Box 26892                                                                     000
San Francisco, CA 94126-6892                                                        CITIBANK, N.A.
                                                                                   **Account** ▓▓7686

                                                                                   362/R1/14F013/0

PRIME WEST MANAGEMENT RECOVERY, LLC              **Statement Period**
109 MAPLE ST  Suite C                            Jan. 25 - Jan. 31, 2010
CORONA                  CA 92880-1701
||..||..||.|.|.||..||...||..||..||.|.|.|||             Page  1  of  1

## CitiBusiness® ACCOUNT AS OF JANUARY 31, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $5,000.00 |
| Savings | —— |
| Investments (not FDIC insured) | —— |
| Checking Plus | —— |

> *Get up to $200 when you sign up for Merchant Services.* Open a new account with Citi Merchant Services Provided by First Data Merchant Services Corp. and take advantage of this limited time credit offer. Call **1-800-592-2398** for more details.

## CHECKING ACTIVITY

CitiBusiness Streamlined Checking
▓▓7686                                     Beginning Balance:              $0.00
                                           Ending Balance:            $5,000.00

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 1/25 | DEPOSIT  00820 | | 5,000.00 | 5,000.00 |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:              YOU CAN WRITE:

Checking                         877-528-0990*              Citibank, N.A.
                                 (For Speech and Hearing    P.O. Box 790184
                                 Impaired Customers Only     St Louis, MO 63179
                                 TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

*To ensure quality service, calls are randomly monitored.

**Gale Attachment 17**

451                              **CITIBANK-000369**

63

# citibank

**CitiBusiness®**

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

374/65/14F013/0

062
CITIBANK, N.A.
**Account**
████ 7686
**Statement Period**
May 1 - May 31, 2010
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
Page 1 of 5

**PRIME WEST MANAGEMENT RECOVERY, LLC**
**980 MONTECITO DR   Suite 205**
**CORONA          CA 92879**

## CitiBusiness® ACCOUNT AS OF MAY 31, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $92,585.50 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

## SERVICE CHARGE SUMMARY FROM APRIL 1, 2010 THRU APRIL 30, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| STREAMLINED CHECKING #████ 7686 | | | |
| Average Daily Collected Balance | | | $100,844.15 |
| DEPOSIT SERVICES | | | |
| OFFICIAL CHECK | 2 | 10.0000 | 20.00 |
| CHECKS, DEP ITEMS/TICKETS, ACH | 30 | .3000 | 9.00 |
| CHECKS, DEP ITEMS/TICKETS, ACH | 100 | .3000 | 30.00 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$29.00** |
| **Net Service Charge** | | | **$29.00** |
| Charges debited from account #████ 7686 | | | |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
████ 7686

| | | |
|---|---|---|
| Beginning Balance: | | $67,812.89 |
| Ending Balance: | | $92,585.50 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 5/03 | ELECTRONIC CREDIT GLOBAL PAY | | 6,483.83 | 74,296.72 |
| 5/03 | ELECTRONIC CREDIT AMERICAN EXPRESS  SETTLEMENT ████ May 03 | | 2,964.16 | 77,260.88 |
| 5/03 | ELECTRONIC CREDIT CREDITS/FIRST PR  PAYMENT   SUNY0429.EFA  May 03 | | 50.00 | 77,310.88 |
| 5/03 | CHECK NO:     1113 | 1,279.00 | | 76,031.88 |
| 5/03 | CHECK NO:     1115 | 1,250.00 | | 74,781.88 |
| 5/03 | POS DEBIT      Card Ending in 9873 | 201.06 | | 74,580.82 |
| | 40820 WINCHESTER ROAD  TEMECULA   CAUS0215 | | | |
| 5/04 | ELECTRONIC CREDIT GLOBAL PAY     GLOBAL DEP ████ RIME May 04 | | 33,755.40 | 108,336.22 |
| 5/04 | ELECTRONIC CREDIT CREDITS/FIRST PR  PAYMENT   SUNY0430.EFA  May 04 | | 3,615.97 | 111,952.19 |
| 5/04 | DEBIT CARD PURCH Card Ending in 9873 | 56.44 | | 111,895.75 |
| | RDWT*000                9873 May 04 TAPS FISH HOUSE & BREW CORNA    CA 10123 | | | |

**Gale Attachment 17**

452                                    **CITIBANK-000381**

# citibank

**CitiBusiness**®

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

425/RR/14F013/0

074
CITIBANK, N.A.
**Account** ███7686
**Statement Period**
Feb. 1 - Feb. 28, 2011
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

**PRIME WEST MANAGEMENT RECOVERY, LLC**
**980 MONTECITO DR  Suite 205**
**CORONA         CA 92879**

Page 1 of 4

## CitiBusiness® ACCOUNT AS OF FEBRUARY 28, 2011

**Relationship Summary:**

| | |
|---|---|
| Checking | $6,526.22 |
| Savings | —— |
| Checking Plus | —— |

## SERVICE CHARGE SUMMARY FROM JANUARY 1, 2011 THRU JANUARY 31, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ███7686 | | | |
| Average Daily Collected Balance | | | $20,389.22 |
| DEPOSIT SERVICES | | | |
| OFFICIAL CHECK | 1 | 10.0000 | 10.00 |
| CHECKS, DEP ITEMS/TICKETS, ACH | 73 | .3000 | 21.90 |
| CHECKS, DEP ITEMS/TICKETS, ACH | 100 | .3000 | 30.00 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$31.90** |
| **Net Service Charge** | | | **$31.90** |
| Charges debited from account # ███7686 | | | |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
███7686

| | | Beginning Balance: | $42,774.67 |
|---|---|---|---|
| | | Ending Balance: | $6,526.22 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 2/01 | ELECTRONIC CREDIT | | 14,974.09 | 57,748.76 |
| | GLOBAL PAY   GLOBAL DEP ████ RIME Feb 01 | | | |
| 2/01 | ELECTRONIC CREDIT | | 3,663.45 | 61,412.21 |
| | GLOBAL PAY   GLOBAL DEP ████ RIME Feb 01 | | | |
| 2/01 | ELECTRONIC CREDIT | | 2,369.43 | 63,781.64 |
| | GLOBAL PAY   GLOBAL DEP ████ RIME Feb 01 | | | |
| 2/01 | INT'L WIRE OUT | 2,900.00 | | 60,881.64 |
| | CBOL WIRE TO PortSIP Solutions Inc ████ | | | |
| 2/01 | CHECK NO:   1775 | 1,375.00 | | 59,506.64 |
| 2/01 | ACH DEBIT | 300.00 | | 59,206.64 |
| | TRUE REVERSALS   PREAUTHPMT SUNY-REV 01/31 Feb 01 | | | |
| 2/01 | SERVICE CHARGE | 30.00 | | 59,176.64 |
| | FEE FOR INTERNATIONAL FUNDS TRANSFER | | | |
| 2/02 | ELECTRONIC CREDIT | | 8,628.43 | 67,805.07 |
| | EFT PRM STTLMNT  PAYMENT  SUNY0128.EFB  Feb 02 | | | |
| 2/02 | ELECTRONIC CREDIT | | 7,821.03 | 75,626.10 |
| | GLOBAL PAY   GLOBAL DEP ████ RIME Feb 02 | | | |
| 2/02 | ELECTRONIC CREDIT | | 5,378.08 | 81,004.18 |
| | EFT PRM STTLMNT  PAYMENT  SUNY0131.EFB  Feb 02 | | | |
| 2/02 | DEPOSIT | | 962.15 | 81,966.33 |

Gale Attachment 17

453

CITIBANK-000432

63

# citibank

**CitiBusiness**®

Citibank, N.A.   283
P. O. Box 25892
San Francisco, CA 94126-6892

526/R1/14F013/0

000
CITIBANK, N.A.
**Account**
████0671

UNION MANAGEMENT SERVICES, LLC
980 MONTECITO DR
CORONA              CA 92879

**Statement Period**
Apr. 21 - Apr. 30, 2010

Page  1  of  1

---

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $500.00 |
| **Savings** | ——— |
| **Investments** (not FDIC insured) | ——— |
| **Checking Plus** | ——— |

---

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**
████0671

**Beginning Balance:** $0.00
**Ending Balance:** $500.00

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 4/21 | DEPOSIT      00480 | | 500.00 | 500.00 |

---

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990* (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank, N.A. P.O. Box 790184 St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

*To ensure quality service, calls are randomly monitored.

**Gale Attachment 17**

454                          CITIBANK-000529

**citibank**                                                                 **citiBusiness®**

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

527/F3/14F013/0

000
CITIBANK, N.A.
**Account**          0671
**Statement Period**
May 1 – May 31, 2010
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

UNION MANAGEMENT SERVICES, LLC
355 N. SHERIDAN SUITE 115
CORONA                    CA 92880

Page  1  of  1

## CitiBusiness® ACCOUNT AS OF MAY 31, 2010

### Relationship Summary:

| | |
|---|---|
| Checking | $500.00 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

### SERVICE CHARGE SUMMARY FROM APRIL 21, 2010 THRU APRIL 30, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| CITIBUSINESS FLEXIBLE CHECKING #    0671 | | | |
| Average Daily Collected Balance | | | $500.00 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

### CHECKING ACTIVITY

| CitiBusiness Flexible Checking | | |
|---|---|---|
|      0671 | Beginning Balance: | $500.00 |
| | Ending Balance: | $500.00 |

### CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990* (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank, N.A. P.O. Box 790184 St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

*To ensure quality service, calls are randomly monitored.

**Gale Attachment 17**

455                                    **CITIBANK-000530**

# citibank

**CitiBusiness®**

Citibank, N.A.    283
P. O. Box 26892
San Francisco, CA 94126-6892

570/隔/14F013/0

060
CITIBANK, N.A.
**Account**
█████ 0671
**Statement Period**
Mar. 1 - Mar. 31, 2011
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
Page 1 of 5

**UNION MANAGEMENT SERVICES, LLC**
**980 MONTECITO DR  Suite 205**
**CORONA            CA 92879**

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2011

### Relationship Summary:

| | |
|---|---|
| Checking | $73,241.47 |
| Savings | ——— |
| Checking Plus | ——— |

## SERVICE CHARGE SUMMARY FROM FEBRUARY 1, 2011 THRU FEBRUARY 28, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING #** ██ 0671 | | | |
| Average Daily Collected Balance | | | $60,383.18 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 141 | .3000 | 42.30 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**
█████ 0671

| | | |
|---|---|---|
| Beginning Balance: | | $44,737.95 |
| Ending Balance: | | $73,241.47 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 3/01 | ELECTRONIC CREDIT<br>GLOBAL PAY    GLOBAL DEP ████████ON Mar 01 | | 21,449.85 | 66,187.80 |
| 3/01 | ELECTRONIC CREDIT<br>EFT PRM STTLMNT  PAYMENT  SUOU0225.EFB   Mar 01 | | 6,078.54 | 72,266.34 |
| 3/01 | ELECTRONIC CREDIT<br>GLOBAL PAY    GLOBAL DEP ██████UNION Mar 01 | | 5,215.46 | 77,481.80 |
| 3/01 | ELECTRONIC CREDIT<br>GLOBAL PAY    GLOBAL DEP ████UNION Mar 01 | | 3,462.51 | 80,944.31 |
| 3/01 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT ██████ Mar 01 | | 1,214.75 | 82,159.06 |
| 3/01 | DEPOSIT | | 295.00 | 82,454.06 |
| 3/01 | DEPOSIT | | 100.00 | 82,554.06 |
| 3/01 | CHECK NO:    1436 | 2,857.15 | | 79,696.91 |
| 3/01 | ACH DEBIT<br>TRUE REVERSALS  PREAUTHPMT SUOU-REV 02/28 Mar 01 | 175.00 | | 79,521.91 |
| 3/01 | CHECK NO:    1432 | 3,571.48 | | 75,950.43 |
| 3/01 | CHECK NO:    1429 | 3,109.01 | | 72,841.42 |
| 3/02 | ELECTRONIC CREDIT<br>GLOBAL PAY    GLOBAL DEP ████████ON Mar 02 | | 14,881.04 | 87,722.46 |
| 3/02 | ELECTRONIC CREDIT<br>EFT PRM STTLMNT  PAYMENT ██████████B  Mar 02 | | 9,463.12 | 97,185.58 |
| 3/02 | ACH DEBIT<br>GLOBAL PAY    GLOBAL STL ████████N Mar 02 | 4,771.56 | | 92,414.02 |
| 3/02 | ACH DEBIT<br>TRUE REVERSALS  PREAUTHPMT SUOU-REV 03/01 Mar 02 | 1,036.26 | | 91,377.76 |

Gale Attachment 17

456                                    CITIBANK-000573

63

# citibank

**CitiBusiness™**

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

594/R1/14F013/0

000
CITIBANK, N.A.
Account
■■■■0762

**CITY INVESTMENT SERVICES, LLC**
**980 MONTECITO DR SUITE 205**
**CORONA                CA 92879**

Statement Period
Apr. 21 - Apr. 30, 2010

Page  1  of  1

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $500.00 |
| **Savings** | ――― |
| **Investments** (not FDIC insured) | ――― |
| **Checking Plus** | ――― |

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**

■■■0762

Beginning Balance:  $0.00
Ending Balance:  $500.00

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/21 | DEPOSIT    00480 | | 500.00 | 500.00 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990* (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | Citibank, N.A. P.O. Box 790184 St Louis, MO 63179 |

For change in address, call your account officer or visit your branch.

*To ensure quality service, calls are randomly monitored.

**Gale Attachment 17**

457                    **CITIBANK-000595**

63

**citibank**                                                                    **CitiBusiness®**

Citibank, N.A.   283
P. O. Box 26892                                                                 618/RG/14F013/0
San Francisco, CA 94126-6892

051
CITIBANK, N.A.
**Account**
█████0762
**Statement Period**
**CITY INVESTMENT SERVICES, LLC**              Nov. 1 - Nov. 30, 2010
**980 MONTECITO DR  Suite 205**               **Relationship Manager**
**CORONA            CA 92879**                US SERVICE CENTER
IIlI...I.I.I..I.II.I...II.II.I..I.II.I.I.I..I  1-877-528-0990

Page  1  of  5

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $72,145.09 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

### Enroll in CitiBusiness Payroll Manager for $25 a month*

Act now and the monthly fee will be waived for the first 3 months.
Visit **citibusinesspayroll.com** or call **877-366-0151** for details.

*$1.50 per month for each employee over 10. Offer subject to change at any time without notice.*

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2010 THRU OCTOBER 31, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING # ███0762** | | | |
| Average Daily Collected Balance | | | $51,856.55 |
| DEPOSIT SERVICES | | | |
|     CHECKS, DEP ITEMS/TICKETS, ACH | 126 | .3000 | 37.80 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**

█████0762                               Beginning Balance:          $41,986.78
                                        Ending Balance:             $72,145.09

**Gale Attachment 17**

458                                     **CITIBANK-000619**

# citibank

**CitiBusiness®**

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

638/R1/14F013/0

090
CITIBANK, N.A.
**Account**
██████0762
**Statement Period**
Mar. 1 - Mar. 31, 2011
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

**CITY INVESTMENT SERVICES, LLC**
**980 MONTECITO DR  Suite 205**
**CORONA              CA 92879**

Page 1 of 6

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2011

**Relationship Summary:**

| | |
|---|---|
| Checking | $95,554.25 |
| Savings | ----- |
| Checking Plus | --- |

## SERVICE CHARGE SUMMARY FROM FEBRUARY 1, 2011 THRU FEBRUARY 28, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING #** ██████0762 | | | |
| Average Daily Collected Balance | | | $68,717.32 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 153 | .3000 | 45.90 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**
██████0762

Beginning Balance: $72,673.72
Ending Balance: $95,554.25

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 3/01 | ELECTRONIC CREDIT<br>GLOBAL PAY   GLOBAL DE███████TY Mar 01 | | 25,830.73 | 98,504.45 |
| 3/01 | ELECTRONIC CREDIT<br>EFT PRM STTLMNT  PAYMEN████FB  Mar 01 | | 12,449.22 | 110,953.67 |
| 3/01 | ELECTRONIC CREDIT<br>GLOBAL PAY   GLOBAL DE███████TY Mar 01 | | 2,275.32 | 113,228.99 |
| 3/01 | ELECTRONIC CREDIT<br>GLOBAL PAY   GLOBAL DE███████TY Mar 01 | | 1,450.64 | 114,679.63 |
| 3/01 | DEPOSIT | | 100.00 | 114,779.63 |
| 3/01 | DEBIT CARD PURCH Card Ending in ████<br>4871 Mar 01 | 114.21 | | 114,665.42 |
| | OFFICE DEPOT ███████A 11059 | | | |
| 3/01 | CHECK NO: | 1,625.00 | | 113,040.42 |
| 3/01 | CHECK NO:   1521 | 1,500.00 | | 111,540.42 |
| 3/01 | ACH DEBIT<br>TRUE REVERSALS   PREAUTHPMT SUOT-REV 02/28  Mar 01 | 788.44 | | 110,751.98 |
| 3/01 | CHECK NO:   1520 | 3,571.42 | | 107,180.56 |
| 3/01 | CHECK NO:   1516 | 3,109.01 | | 104,071.55 |
| 3/01 | CHECK NO:   1476 | 150.00 | | 103,921.55 |
| 3/01 | CHECK NO:   1512 | 100.00 | | 103,821.55 |
| 3/01 | CHECK NO:   1513 | 31.50 | | 103,790.05 |
| 3/02 | ELECTRONIC CREDIT<br>GLOBAL PAY   GLOBAL D███████TY Mar 02 | | 25,488.59 | 129,278.64 |

**Gale Attachment 17**

459                **CITIBANK-000639**

# citibank

**citiBusiness**®

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

664/R1/14F013/0

001
CITIBANK, N.A.
Account
4965

PORTFOLIO INVESTMENTS GROUP, LP
980 MONTECITO DR STE 205
CORONA          CA 92879

**Statement Period**
Dec. 2 - Dec. 31, 2010

Page 1 of 1

---

## CitiBusiness® ACCOUNT AS OF DECEMBER 31, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $245,001.00 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

---

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

4965

| Beginning Balance: | $0.00 |
|---|---|
| Ending Balance: | $245,001.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/08 | DEPOSIT | | 10,001.00 | 10,001.00 |
| 12/27 | DEPOSIT | | 234,000.00 | 244,001.00 |
| 12/27 | DEPOSIT | | 95,000.00 | 339,001.00 |
| 12/27 | DEPOSIT | | 61,000.00 | 400,001.00 |
| 12/27 | WITHDRAWAL | 400,000.00 | | 1.00 |
| 12/29 | DEPOSIT | | 400,000.00 | 400,001.00 |
| 12/29 | WITHDRAWAL | 400,000.00 | | 1.00 |
| 12/30 | DEPOSIT | | 400,000.00 | 400,001.00 |
| 12/30 | WITHDRAWAL | 95,000.00 | | 305,001.00 |
| 12/31 | CHECK NO:   1001 | 60,000.00 | | 245,001.00 |
| | Total Debits/Credits | 955,000.00 | 1,200,001.00 | |

---

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

YOU CAN CALL:

YOU CAN WRITE:

Checking

877-528-0990*
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

Citibank, N.A.
P.O. Box 790184
St Louis, MO 63179

For change in address, call your account officer or visit your branch.

*To ensure quality service, calls are randomly monitored.

**Gale Attachment 17**

460

**CITIBANK-000663**

63

# citibank

**CitiBusiness®**

Citibank, N.A.   283
P. O. Box 26892
San Francisco, CA 94126-6892

671/R1/14F013/0

003
CITIBANK, N.A.
Account ▮▮▮▮4965
**Statement Period**
Apr. 1 - Apr. 30, 2011
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

PORTFOLIO INVESTMENTS GROUP, LP
980 MONTECITO DR STE 205
CORONA          CA 92879
IlIooolIIooIIooIIoooIIIooIIIooIooIoIoIoIoIoooII

Page 1 of 2

---

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2011

### Relationship Summary:

| | |
|---|---:|
| Checking | $5,002.89 |
| Savings | ----- |
| Checking Plus | ---- |

---

## SUGGESTIONS AND RECOMMENDATIONS

*Open a new account with Citi Merchant Services provided by First Data Merchant Services Corporation.*
If we can't meet or beat your current rate, we will give you a $500 gift card. Call **1-800-231-3449** today to take advantage of this offer.

---

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2011 THRU MARCH 31, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---:|
| STREAMLINED CHECKING # ▮▮▮4965 | | | |
| Average Daily Collected Balance | | | $68,747.35 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 10 | .3000 | 3.00 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

---

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
▮▮▮▮4965

| | | |
|---|---|---:|
| **Beginning Balance:** | | $33,828.28 |
| **Ending Balance:** | | $5,002.89 |

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 4/04 | DEPOSIT | | 5,000.00 | 38,828.28 |
| 4/04 | CHECK NO:     1102 | 5,000.00 | | 33,828.28 |
| 4/06 | DEPOSIT | | 314,000.00 | 347,828.28 |
| 4/07 | CHECK NO:     1103 | 5,000.00 | | 342,828.28 |
| 4/08 | CHECK NO:     1104 | 5,240.00 | | 337,588.28 |
| 4/11 | CBUSOL TRANSFER DEBIT WIRE TO BAL Financial | 198,464.49 | | 139,123.79 |
| 4/11 | SERVICE CHARGE FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 139,111.29 |
| 4/15 | CBUSOL TRANSFER DEBIT WIRE TO BAL Financial | 84,114.23 | | 54,997.06 |
| 4/15 | SERVICE CHARGE FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 54,984.56 |

**Gale Attachment 17**

461

CITIBANK-000670

# citibank

**CitiBusiness®**

Citibank CBO Services   283
PO Box 226526
Dallas, TX 75260

675/R1/14F013/0

005
CITIBANK, N.A.
Account ████4965
Statement Period
June 1 - June 30, 2011
Relationship Manager
US SERVICE CENTER
1-877-528-0990
Page 1 of 2

**PORTFOLIO INVESTMENTS GROUP, LP**
**980 MONTECITO DR STE 205**
**CORONA          CA 92879**

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2011

**Relationship Summary:**

| | |
|---|---|
| Checking | $123,615.92 |
| Savings | ---- |
| Checking Plus | ---- |

## SUGGESTIONS AND RECOMMENDATIONS

### *WHEN PLANNING THAT NEXT GETAWAY*

Plan on Citibank's **World Wallet® Service** to make ordering
Foreign Currency easier than ever.
You have access to a wide variety of Foreign Currencies, delivered right to your door or place of business.
(Anywhere in the Continental U.S)
Visit your nearest Citibank or call **1-800-756-7050.**
Limits/Fees apply.

## SERVICE CHARGE SUMMARY FROM MAY 1, 2011 THRU MAY 31, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #**████**4965** | | | |
| Average Daily Collected Balance | | | $104,997.91 |
| DEPOSIT SERVICES | | | |
|    CHECKS, DEP ITEMS/TICKETS, ACH | 26 | .3000 | 7.80 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

**Gale Attachment 17**

462                    CITIBANK-000674

63