# CitiBusiness®



| Financial Center # | 283 | Marketplace | CCA 013 | | Current Date | 4/29/11 |
|---|---|---|---|---|---|---|
| Tax ID | ██████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | UNIVERSAL FILING SERVICES INC. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ██████ 9200 | Signer 1:<br><br>JASON BEGLEY | X |
| ██████ 9200 | Signer 2:<br><br>WAYNE LUNSFORD | X |
| | Signer 3: | X |

AUG-03-2011 13:09 FROM:CITI BANK     95127809473     TO:12108816601     I00918806T2I     P.1/33

**CitiBusiness**®                                                                    **citibank**®

| Financial Center # | 283 | Marketplace | CCA ,13 | | Current Date | 5/2u/11 |
|---|---|---|---|---|---|---|
| Tax ID | ████████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Portfolo Investment Financial, Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 5332 | **Signer 1:** Jason Begley | X _(signature)_ |
| ████ 5332 | **Signer 2:** Wayne Lunsford | X _(signature)_ |
| | **Signer 3:** | X |

**Gale Attachment 18**

**CITIBANK-000006**

**CitiBusiness**  **citibank**

| Financial Center # | 283 | Marketplace | CCA | 013 | | Current Date | 6/1/11 |
|---|---|---|---|---|---|---|---|
| Tax ID | | | | Number of Signers required to transact | | | 1 |
| Business Entity Name | RAINCROSS FILING SERVICES INC | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| 9903 9937 | **Signer 1:** BARBARA T. ONEILL | X *Barbara ...* |
| | **Signer 2:** *Superceeded* 7/2/11 | X |
| | **Signer 3:** | X |

**CitiBusiness**  **citibank**

*Supercedes*

| Financial Center # | 283 | Marketplace | CCA | 013 | | Current Date | 7/2/11 |
|---|---|---|---|---|---|---|---|
| Tax ID | | | | Number of Signers required to transact | | | 1 |
| Business Entity Name | Raincross Filing Services Inc | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| 9903 9937 | **Signer 1:** Barbara Oneill | X |
| 9903 9937 | **Signer 2:** Wayne Lunsford | X |
| | **Signer 3:** | X |

**Gale Attachment 18**

465

CITIBANK-000008

**CitiBusiness**®                                                                                          **citibank**®

| Financial Center # | 283 | Marketplace | CCA | 013 | Current Date | 0 2 11 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Nationwide Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮2402 2380 | Signer 1:<br>Tina M Coca | X _Tina Ceca_ |
| | Signer 2:<br>Superceded | X |
| | Signer 3: | X |

---

**CitiBusiness**®                                                                                          **citibank**®

*Supercedes*

| Financial Center # | 283 | Marketplace | CCA | 013 | Current Date | 7 21 11 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Nationwide Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮2402 2380 | Signer 1:<br>Tina M. Coca | X _Tina M Cea_ |
| ▮2402 2380 | Signer 2:<br>Wayne Lunsford | X _(signature)_ |
| | Signer 3: | X |

**Gale Attachment 18**

CITIBANK-000009

**CitiBusiness®**                                                                            **citibank®**

| Financial Center # | 283 | Marketplace | CCA , 13 | | Current Date | 6/8/11 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮▮▮▮ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Capital Filing Services, Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮▮ 7716 ▮ 7724 | **Signer 1:** Art Castillo | X _____ |
| | **Signer 2:** Superceeded 7/2/11 | X _____ |
| | **Signer 3:** | X _____ |

**CitiBusiness®**                                                                            **citibank®**

| Financial Center # | 283 | Marketplace | CCA | Supercedes 013 | Current Date | 7/2/11 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮▮▮▮ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Capital Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮ 7716 ▮ 7724 | **Signer 1:** Art Castillo | X _____ |
| ▮ 7716 ▮ 7724 | **Signer 2:** Wayne Lunsford | X _____ |
| | **Signer 3:** | X _____ |

**Gale Attachment 18**

CITIBANK-000010

P.1/33   TO:15108816601   95127800473   AUG-02-2011 10:35 FROM:CITI BANK

# CitiBusiness®



| Financial Center # | 283 | Marketplace | CCA 013 | | Current Date | 4/29/11 |
|---|---|---|---|---|---|---|
| Tax ID | ███████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | CAPITAL FILING SERVICES INC. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 8729 | Signer 1:<br><br>JASON BEGLEY | X *signature* |
| ████ 8729 | Signer 2:<br><br>WAYNE LUNSFORD | X *signature* |
| | Signer 3: | X |

**Gale Attachment 18**

**CITIBANK-000011**

**CitiBusiness®**                                                                    **citibank**

Supercedes

| Financial Center # | 109 | Marketplace | CCA | 013 | | Current Date | 7/21/11 |
|---|---|---|---|---|---|---|---|
| | Tax ID | ████████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Worldwide Filing Services Inc | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 4068<br>████ 4076 | Signer 1:<br>Victor Marquez | X _____ |
| ████ 4068<br>████ 4076 | Signer 2:<br>Wayne Lunsford | X _____ |
| | Signer 3: | X _____ |

**CitiBusiness®**                                                                    **citibank**

| Financial Center # | 283 | Marketplace | CCA | 13 | | Current Date | 6/14/11 |
|---|---|---|---|---|---|---|---|
| | Tax ID | ███████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Worldwide Filing Services Inc | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 4068<br>████ 4076 | Signer 1:<br>Victor Marquez | X _____ |
| | Signer 2:<br>Superceded 7/21/11 | X _____ |
| | Signer 3: | X _____ |

**Gale Attachment 18**

CITIBANK-000012

469

**CitiBusiness**®                                    **citibank**® 

| Financial Center # | 283 | Marketplace | CCA, 13 | | Current Date | 6/24/4 |
|---|---|---|---|---|---|---|
| Tax ID | ███████████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Asset filing Services, Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 6732 | **Signer 1:** Edward Polaco | X _[signature]_ |
| | **Signer 2:** Superseded 7/21/11 | X _____ |
| | **Signer 3:** | X _____ |

---

**CitiBusiness**®                                    **citibank**®

*Supersedes*

| Financial Center # | 283 | Marketplace | CCA 013 | | Current Date | 7/21/11 |
|---|---|---|---|---|---|---|
| Tax ID | ███████████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Asset film Services Inc. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 6732 | **Signer 1:** Edward Polaco | X _[signature]_ |
| ████ 6732 | **Signer 2:** Wayne Lunsford | X _[signature]_ |
| | **Signer 3:** | X |

**Gale Attachment 18**

Item C (3000) (New 2/07)

951278047J

P.1/36      TO:12108811601      AUG-20-2011 11:52 FROM:CITI BANK

**CitiBusiness®**



| Financial Center # | 283 | Marketplace | CCA 013 | | | Current Date | 4/29/11 |
|---|---|---|---|---|---|---|---|
| Tax ID | ███████ | | | Number of Signers required to transact | | | 1 |
| Business Entity Name | ASSET FILING SERVICES INC. | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 8869 | Signer 1:<br><br>JASON BEGLEY | X _(signature)_ |
| ████ 8869 | Signer 2:<br><br>WAYNE LUNSFORD | X _(signature)_ |
| | Signer 3: | X _____ |

Gale Attachment 18

471                                          CITIBANK-000015

**CitiBusiness**°                                                           **citibank**°

| Financial Center # | 283 | Marketplace | CCA, 13 | | Current Date | 5/20/11 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮▮ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Portfolio Investment Partners Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮▮▮▮ 5407 | **Signer 1:** Jason Begley | X |
| ▮▮▮▮ 5407 | **Signer 2:** Wayne Lunsford | X |
| | **Signer 3:** | X |

Gale Attachment 18

CITIBANK-000016

AUG-01-2011 16:37 FROM:CITI BANK   9512780473   TO:12108816601   P.39/39

AUG-02-2011 15:30 FROM:CITI BANK 9512780473 TO:1210____6601 P.1/32

## CitiBusiness°

 citibank°

| Financial Center # | 283 | Marketplace | CCA 013 | | Current Date | 4/29/11 |
|---|---|---|---|---|---|---|
| Tax ID | ███████ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | COUNTY FILING SERVICES INC. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 8653 | Signer 1.<br><br>JASON BEGLEY | X _(signature)_ |
| ████ 8653 | Signer 2:<br><br>WAYNE LUNSFORD | X _(signature)_ |
| | Signer 3. | X |

**Gale Attachment 18**

**CITIBANK-000023**

AUG-02-2011 16:04 FROM:CITI BANK          9512780473          TO:1210━━6601          P.1/37

## CitiBusiness®                                        citibank®

| Financial Center # | 283 | Marketplace | CCA | 013 | | Current Date | 6/3/11 |
|---|---|---|---|---|---|---|---|
| Tax ID | | | | Number of Signers required to transact | | | |
| Business Entity Name | Quint Filing Services Inc | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| 2212<br>2204 | Signer 1:<br>Todd L. LOOP | X _Todd L. Loop_ |
| | Signer 2:<br>Superceded 7/22/11 | X |
| | Signer 3: | X |

## CitiBusiness®                                        citibank®

Supercedes

| Financial Center # | 283 | Marketplace | CCA | 13 | | Current Date | 7/22/11 |
|---|---|---|---|---|---|---|---|
| Tax ID | | | | Number of Signers required to transact | | | 1 |
| Business Entity Name | Cointy Filing Services Inc | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| 2212<br>2204 | Signer 1:<br>Todd Loop | X _Todd Loop_ |
| 2212<br>2204 | Signer 2:<br>Wayne Lunsford | X _Wayne Lunsford_ |
| | Signer 3: | X |

**Gale Attachment 18**

474                                        CITIBANK-000024

**CitiBusiness®**                                                    **citibank**

| Financial Center # | 283 | Marketplace | CCA   013 | | Current Date | 6/10/11 |
|---|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓▓ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Superior Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▓▓0033  ▓▓0041 | **Signer 1:**  John Cook | X *John Cook* |
| | **Signer 2:**  *Superceded* 7/22/11 | X _____ |
| | **Signer 3:** | X _____ |

---

**CitiBusiness®**                                                    **citibank**

Supercedes

| Financial Center # | 283 | Marketplace | CcA,13 | | Current Date | 7/22/11 |
|---|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓▓ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Superior Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▓▓0033  ▓▓0041 | **Signer 1:**  John Cook | X *John Cook* |
| ▓▓0033  ▓▓0041 | **Signer 2:**  Wayne, Lunsford | X *Wayne Lunsford* |
| | **Signer 3:** | X  **Gale Attachment 18** |

475

CITIBANK-000027

**CitiBusiness™**  **citibank**

| Financial Center # | 283 | Marketplace | CCA | 013 | | Current Date | 6 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮ | | | | Number of Signers required to transact | | 1 | | |
| Business Entity Name | Eagle Filing Services Inc | | | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮▮0009 ▮▮9977 | Signer 1: John Cook | X _(signature)_ |
| | Signer 2: _Supersedes_ | X _____ |
| | Signer 3: | X _____ |

**CitiBusiness™**  **citibank**

_Supersedes_

| Financial Center # | 283 | Marketplace | CCA .13 | | Current Date | 7/22/11 |
|---|---|---|---|---|---|---|
| Tax ID | ▮▮▮▮ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Eagle Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▮▮0009 ▮▮9977 | Signer 1: John Cook | X _(signature)_ |
| ▮▮0009 ▮▮9977 | Signer 2: Wayne Lunsford | X _(signature)_ |
| | Signer 3: | X |

**Gale Attachment 18**

**CITIBANK-000028**

**CitiBusiness®**                                                                    **citibank®**

| Financial Center # | 283 | Marketplace | CCA | 013 | | Current Date | 10 | 11 |
|---|---|---|---|---|---|---|---|---|
| Tax ID | ▉▉▉▉▉ | | | | | Number of Signers required to transact | | |
| Business Entity Name | SouthCoast Financial Services Inc | | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▉▉ 2147<br>▉▉ 2154 | **Signer 1:**<br>Denise D. Deakins | x _Denise Deakin_ |
| | **Signer 2:**<br>_Superceded 7/22/1_ | x |
| | **Signer 3:** | x _____ |

**CitiBusiness®**                                                                    **citibank®**

_Superseded_

| Financial Center # | 283 | Marketplace | CCA | 13 | | Current Date | 7/22/1 |
|---|---|---|---|---|---|---|---|
| Tax ID | ▉▉▉▉▉ | | | | | Number of Signers required to transact | 1 |
| Business Entity Name | Southcoast Financial Services Inc | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▉▉ 2147<br>▉▉ 2154 | **Signer 1:**<br>Denise D Denkins | x _Denise Deakin_ |
| ▉▉ 2147<br>▉▉ 2154 | **Signer 2:**<br>Wayne Lunsford | x _signature_ |
| | **Signer 3:** | x |

**Gale Attachment 18**

CITIBANK-000029

477

**CitiBusiness®**                                                    **citibank®**

| Financial Center # | 283 | Marketplace | CCA | 013 | | Current Date | 6 2 11 |
|---|---|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓▓▓ | | | Number of Signers required to transact | | | 1 |
| Business Entity Name | West Coast Filing Services Inc | | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▓▓ 1867 ▓▓ 1883 | Signer 1: DENISE D. DEAKINS | X *Denise Deakin* |
| | Signer 2: *Superceded 7/22/11* | X |
| | Signer 3: | X |

---

**CitiBusiness®**                          *Supercedes*              **citibank®**

| Financial Center # | 283 | Marketplace | CCA, 13 | | Current Date | 7/22/11 |
|---|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓▓▓ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | West Coast Filing Services Inc. | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ▓▓ 1867 ▓▓ 1883 | Signer 1: Denise Deakins | X *Denise Deakin* |
| ▓▓ 1867 ▓▓ 1883 | Signer 2: Wayne. Lunsford | X *Wayne Lunsford* |
| | Signer 3: | X     **Gale Attachment 18** |

CITIBANK-000030

**CitiBusiness®**       **citibank**

| Financial Center # | 283 | Marketplace | CCA 013 | | Current Date | 6 / 10 / 11 |
|---|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓▓▓ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Universal Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 9993 <br> ████ 9985 | **Signer 1:** <br> John Cook | X _John Cook_ |
| | **Signer 2:** <br> _Superceded 7/22/11_ | X |
| | **Signer 3:** | X |

---

**CitiBusiness®**       _Supercedes_      **citibank**

| Financial Center # | 283 | Marketplace | CCA, 13 | | Current Date | 7 / 22 / 11 |
|---|---|---|---|---|---|---|
| Tax ID | ▓▓▓▓▓▓▓ | | | Number of Signers required to transact | | 1 |
| Business Entity Name | Universal Filing Services Inc | | | | | |

| Account # (S) | Print Signer's Name | Signature |
|---|---|---|
| ████ 9993 <br> ████ 9985 | **Signer 1:** <br> John Cook | X _John Cook_ |
| ████ 9993 <br> ████ 9985 | **Signer 2:** <br> Wayne Lunsford | X _Wayne Lunsford_ |
| | **Signer 3:** | X |

**Gale Attachment 18**

**CITIBANK-000031**

Bank of America
Legal Order Processing
RE: Reference # U082411000392
Court Case Name: RINCON MANAGEMENT SERVICES

**Bank of America**

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Kimberly Moskal
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Kimberly Moskal, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.
        **Additional Comments:**

<Company Resolution, Credits, Debits and Bank Statements for account number ending in 5888 in the name of Prime Western Investments, LLC for the time period of December 2010 to August 2011.

<Business Signature Card, Credits, Debits and Bank Statements for account number ending in 7915 in the name of Rincon Management Services LLC for the time period of July 2010 to August 2011.

<Company Resolution Card, Debits and Bank Statements for account number ending in 8122 in the name of National Filing Services LLC for the time period of August 2010 to August 2011.

<Signature Card and Bank Statements for account number ending in 5247 in the name of Jason R Begley for the time period of July 2010 to August 2011.

<Company Resolution, Credits and Bank Statements for account number ending in 8108 in the name of Global Filing Services LLC for the time period of August 2010 to August 2011.

3.) **Production.** *(Select One)*
_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 9|7|11       Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or

**Gale Attachment 19**

**BofA-000002**
Recycled Paper

00-14-2427B  02-2005

Page 2      U082411000392                                    **Bank of America** 

satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this ___7___ day of __September 2011__. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of NY
City/County of Utica/Oneida

**SHERRY J COMSTOCK**
**Notary Public – State of New York**
**No. 01CO6234487**
**Qualified in Herkimer County**
**My Commission Expires Jan. 18, 2015**

00-14-2427B  02-2005

**Bank of America**

☑ CA  ☐ ID  ☑ WA

**Business Signature Card
with Substitute Form W-9**

| | |
|---|---|
| Account Number 7915 | Bank Number 318 |

*2500*

Account Type: ☑ DDA  ☐ SAV  ☐ CD

Account Title: Rincon Management Services LLC   ☐ Temporary Signature Card

---

Legal Designation: ☐ Individual/Sole Proprietor  ☐ Corporation  ☐ Partnership  ☐ Association  ☑ Limited Liability Company

Tax Identification Number: 27-2935080

By signing below, I/we acknowledge and agree that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) if this account is a deposit account, the Deposit Agreement and Disclosures, the Business Schedule of Fees, and (2) if this account is a Line of Credit, the applicable Line of Credit Agreement and Disclosures. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and any Line of Credit checks which I/we may sign, and as the certification (set forth below) of the taxpayer identification number to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (defined in the instructions).

Certification Instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9.)

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Exempt (check if applicable)

☐ Nonresident Alien Status (if applicable). If all beneficial owners are considered Nonresident Aliens under the United States tax law, check here and complete and sign the applicable Form(s) W-8.

| | Name (type or print) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | Jason Traylor | Managing Member for Mr R Tom | | 7/15/10 |
| 2 | Wayne Lunsford | Managing Member | | 7/15/10 |
| 3 | | | | |
| 4 | | | | |

**ATM/Deposit Check Card Request**
Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolution and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Signature: Mr R Tom          Title: Managing Member

---

**Bank Information**

**Customer 1**
Name: Jason          Beqbun

| | | | | | |
|---|---|---|---|---|---|
| CIP Information: | ID Type: DL | ID #: | ID Issuer: CA | Issue Date: | Expiration Date: |
| CIP Information: | ID Type: MC | ID #: | ID Issuer: CA | Issue Date: | Expiration Date: |

**Customer 2**
Name: Wayne          Lunsford

| | | | | | |
|---|---|---|---|---|---|
| CIP Information: | ID Type: DL | ID #: | ID Issuer: CA | Issue Date: | Expiration Date: |
| CIP Information: | ID Type: mc | ID #: | ID Issuer: Cda | Issue Date: | Expiration Date: |

**Customer 3**
Name:

| | | | | | |
|---|---|---|---|---|---|
| CIP Information: | ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |
| CIP Information: | ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |

**Customer 4**
Name:

| | | | | | |
|---|---|---|---|---|---|
| CIP Information: | ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |
| CIP Information: | ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |

---

**Review Information**

Business Entity Inquiry: 071710SG1456

If Sole Proprietor, General Partners or Associated/Unincorporated Group Members, complete the following:

| Name: | Year: | State: |
|---|---|---|
| Name: | Year: | State: |
| Name: | Year: | State: |
| Name: | Year: | State: |

| | |
|---|---|
| Date: 7/17/10 | Banking Center Name & Cost Center: Seal Beach 0132 |
| Associate Name: Becky Hoffman | Associate Phone Number: |

90-53-2297NSBW 07-2009

**Bank of America** 

### Required Legal Documentation
### Checklist for Business Accounts

Business Legal Name: __Rincon Management Services LLC__
Account Number: ████7815            Account Number:
Account Number:                     Account Number:

*Ensure you review all required organizing documents and complete all required bank forms listed in both sections of the appropriate ownership column. Do NOT open the account without reviewing/completing all required legal documentation.*

| | Required Organizing Documents Presented By Customer or Approved State Website (CIP and/or Legal/Risk Required) | Bank Forms to be Completed |
|---|---|---|
| Sole Proprietor | ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)¹ Or ☐ Business License, if required *Note: The Master Business Application includes both the Registrations and License and the Business License. (WA only)* | ☐ Business Signature Card ☐ Sole Proprietorship Authorization – Opening and Maintaining Deposit Accounts and Services ☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened (Model Only) ☐ Certificate of Foreign Status Form (W-8), if applicable. |
| Corporation | ☐ Corporate Organizing document² such as, the Articles of Incorporation, Certificate of Formation ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)¹ ☐ If nonprofit IRS ruling letter of tax exemption | ☐ Business Signature Card ☐ Certified Copy of Corporate Resolutions – Opening and Maintaining Deposit Accounts and Services ☐ Business Interest Checking Account Eligibility Certification, if an interest checking account is opened |
| Limited Liability Company | ☒ Articles of Organization or Certificate of Organization (or equivalent document)² ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)¹ | ☒ Business Signature Card ☒ Certified Copy of Limited Liability Company Resolutions – Opening and Maintaining Deposit Accounts and Services |
| Association | ☐ Articles of Association (in states where required) or bylaws or meeting minutes ☐ If nonprofit IRS ruling letter of tax exemption | ☐ Business Signature Card ☐ Certified Copy of Unincorporated Association Resolutions – Opening and Maintaining Deposit Accounts and Services |
| Partnership | ☐ Partnership Agreement ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)¹ | |
| Limited Partnership | ☐ Partnership Agreement or Certificate of Limited Partnership (or equivalent document)² ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)¹ | ☐ Business Signature Card ☐ Partnership Authorization-Opening and Maintaining Deposit Accounts and Services ☐ If the Partnership Authorization is signed by a partner that is Corporation: Certified Copy of a Corporate Resolutions Authorizing Execution of Partnership Authorization. |
| Limited Liability Partnership | ☐ Partnership Agreement or Statement of Qualification of Limited Liability Election form or Certificate of LLP (or equivalent document)² ☐ Fictitious Name Certificate or Certificate of Trade Name (or equivalent document)¹ | |
| Foreign Companies | ☐ A U.S. State-issued Foreign Corporation Application or Foreign Corporation Qualification or equivalent document showing the business has U.S. permission to act within the United States ☐ Business organizing documents from country of legal formation, as applicable, based on ownership type | ☐ Same as above for U.S. based companies, based on ownership type |
| AK, AR, AZ, CT, FL, GA, HW, IL, KY, LA, MA, MS, NE, NM, OR, PA, RI, TX, VT, VA, WV, WY | ☐ Summary Page from state website. (If a customer whose business was formed in one of these states does not have their required legal business documentation, associates may access the state website and review a Summary Page that lists the name of the business, address, when the documentation was filed, the filing number, and the names of the principal owners in place of the required documents obtained form the customer.) | |
| Existing Customer | ☐ Filing information systematically captured from previously opened account used to open new account. | |

1) The Fictitious Name Certificate or Certificate of Trade Name is only required if the account name differs from the real name of the sole proprietor or business entity. This document will vary by State, but at a minimum should be filed with the appropriate government agency and should include the account name and the real name of the sole proprietor or business entity. Not required in KS, NM, SC, and TN. In CA, a phoned copy of the notice published in the newspaper is an acceptable alternative in lieu of the Fictitious Name Certificate.
2) The required document must either be 1) certified by the state to indicate acceptance and filing, 2) exemplified and accompanied by a separate document that shows filing and acceptance by the state, such as a filing receipt or a certificate of filing, OR 3) reviewed from an approved state website.

Date: __07 / 17 / 2010__     Completed by: (Associate signature required) _____
Date: __07 / 17 / 2010__     Reviewed by: (Associate signature required) _____
Banking Center Name: __Seal Beach__
Company/Cost Center: __318 / 0132__
Distribution of Form     All:     *Completed checklist and bank forms must be sent to Account Records within 24 hours.*

00-53-1572NSBW 08-2009                    Internal Use Only

Records Management15629389116   OF A   SEAL BEACH   Gade Attachment 20   BofA-000008   81 /9 / #

Aug. 25. 2010  2:17PM                       No. 3207  P. 4

 **Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

Certified Copy of Limited Liability
Company Resolutions Opening and
Maintaining Deposit Accounts and Services



---

Bank Number __318__

Account Number [redacted] ̄8 122             Account Number

Name of Limited Liability Company    NATIONAL FILING SERVICES, LLC

I, the undersigned, hereby certify to __Bank of America__ , that I am a/the
__MANAGING MEMBER__ and the designated keeper of the records and minutes of
Title
__NATIONAL FILING SERVICES__ , a ☒ limited liability company ☐ professional limited liability company duly organized and existing
under the laws of the State of __CALIFORNIA__ (the "Company"); that I have full authority to manage, represent, sign for and bind
the Company; that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the
__25 21__, day of __AUGUST__ , __2010__ , at which a quorum was present and acted throughout or adopted by the written consent of
a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

1. **Resolved,** that __Bank of America__ (the "Bank") is hereby designated
as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the
following members, managers, or employees of this Company:

| JASON RICHARD BEGLEY | MANAGING MEMBER |
|---|---|
| Name | Title/Status |
| WAYNE WILLIAM LUNSFORD | MANAGING MEMBER |
| Name | Title/Status |
| | |
| Name | Title/Status |
| | |
| Name | Title/Status |

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other instruments payable at Bank; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to the Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required to be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

90-53-2303NSBW 03-2010                                        Page 1 of 2

**Gale Attachment 20**

BofA-000009
2010-Aug-27 12:35 PM Bank o⁻ America 5629369116

ЧІ/11



**Account Number**                                      Account Number

█████████ 8122

3.  **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

4.  **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5.  **Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

6.  **Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

7.  **Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8.  **Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof, and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this ~~25~~ 26
day of  AUGUST          ,  2010

Member/Manager

**Bank Information**

Date:  8/26/10

Banking Center Name:  Seal Beach

Associate's Name:  Becky Hofling

Associate's Phone Number:  562 . 936 . 9100

90-53-Z303NSBW 03-2010                                  Page 2 of 2

**Gale Attachment 20**

Aug. 25. 2010  2:18PM                                          No. 3207   P. 6

**Bank of America**

☒ CA   ☐ ID   ☐ WA

**Business Signature Card
with Substitute Form W-9**

| Account Number | Bank Number |
|---|---|
| ████ 8122 | 318 |

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

☐ Temporary Signature Card

**Account Title**
NATIONAL FILING SERVICES, LLC

**Legal Designation:** ☐ Individual/Sole Proprietor   ☐ Corporation   ☐ Partnership   ☐ Association   ☒ Limited Liability Company

**Tax Identification Number:** ████

By signing below, I/we acknowledge and agree that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) if this account is a deposit account, the Deposit Agreement and Disclosures, the Business Schedule of Fees, and (2) if this account is a Line of Credit, the applicable Line of Credit Agreement and Disclosures. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and any Line of Credit checks which I/we may sign, and as the certification (set forth below) of the taxpayer identification number to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9, Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (defined in the instructions).

**Certification Instructions:** You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9.)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Exempt (check if applicable)
☐ Nonresident Alien Status (if applicable). If all beneficial owners are considered Nonresident Aliens under the United States tax law, check here and complete and sign the applicable Form(s) W-8.

| | Name (typed or printed) | Title (if applicable) | Signature | Date | |
|---|---|---|---|---|---|
| 1 | JASON BEGLEY | MANAGING MEMBER | | 8-26-10 | 8/26/10 |
| 2 | WAYNE LUNSFORD | MANAGING MEMBER | | 8-26-10 | 8/26/10 |
| 3 | | | | | |
| 4 | | | | | |

**ATM/Deposit Check Card Request**
Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolution and/or court documents and/or other agreements which authorize my account) hereby request the issuance of such cards to any of the authorized signers on this account.

**Signature**                                                MANAGING MEMBER
                                                             **Title**

**Bank Information**

**Customer 1**

Name: Jason Begley

| | | | | |
|---|---|---|---|---|
| CIP Information: ID Type: DL | ID #: | ID Issuer: CA | Issue Date: ████ | Expiration Date: ████ |
| CIP Information: ID Type: DAT | ID #: | ID Issuer: F.A. MC | Issue Date: | Expiration Date: |

**Customer 2**

Name: Wayne Lunsford

| | | | | |
|---|---|---|---|---|
| CIP Information: ID Type: DL | ID #: | ID Issuer: CA | Issue Date: ████ | Expiration Date: ████ |
| CIP Information: ID Type: DAT | ID #: | ID Issuer: F.A. MC | Issue Date: | Expiration Date: |

**Customer 3**

Name:

| | | | | |
|---|---|---|---|---|
| CIP Information: ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |
| CIP Information: ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |

**Customer 4**

Name:

| | | | | |
|---|---|---|---|---|
| CIP Information: ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |
| CIP Information: ID Type: | ID #: | ID Issuer: | Issue Date: | Expiration Date: |

**Review Information**

Business Entity Inquiry: 0826103D1424

If Sole Proprietor, General Partners or Associated/Unincorporated Group Members, complete the following:

| Name: | Year: | State: |
|---|---|---|
| Name: | Year: | State: |
| Name: | Year: | State: |
| Name: | Year: | State: |

| DOS: 8/26/10 | Banking Center Name & Cost Center: ████ AcctBatch 97152 |
|---|---|
| Associate Name: Becky Holman | Associate's Phone Number: ████ |

90-53-2297NSBW  07-2009

Aug. 25. 2010  2:16PM                                No. 3207   P. 1



**Bank of America** ⟋⟍                 Certified Copy of Limited Liability
                                        Company Regulations Opening and
BANK OF AMERICA, N.A. (THE "BANK")      Maintaining Deposit Accounts and Services



Bank Number ___318___

Account Number ___☐☐☐ 8108___                    Account Number _____

Name of Limited Liability Company   GLOBAL FILING SERVICES, LLC

I, the undersigned, hereby certify to   Bank of America _____ , that I am the

MANAGING MEMBER _____ and the designated keeper of the records and minutes of

Title

GLOBAL FILING SERVICES , a ☒ limited liability company   ☐ professional limited liability company duly organized and existing

under the laws of the State of   CALIFORNIA _____ (the "Company"); that I have full authority to manage, represent, sign for and bind

the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the

25 2⅟ day of   AUGUST _____ 2010 , at which a quorum was present and acted throughout or adopted by the written consent of

a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

1.  **Resolved,** that   Bank of America _____ (the "Bank") is hereby designated
as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the
following members, managers, or employees of this Company:

JASON RICHARD BEGLEY                          MANAGING MEMBER
Name                                          Title/Status
WAYNE WILLIAM LUNSFORD                         MANAGING MEMBER
Name                                          Title/Status

_____            _____
Name                                          Title/Status

_____            _____
Name                                          Title/Status

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation
required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to
endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by
Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of
this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company;
to obtain an access device (including but not limited to a card, code, or other means of access to this Company's accounts) that may be used for the purpose of
initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12
C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement
and to request, or to appoint and delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the
provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion,
and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's
obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in
accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to
such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental
agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with
Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager
or employee may deem appropriate and to appoint and delegate, from time to time, such persons(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that this member, manager or employee deems necessary; and to waive presentment,
demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2.  **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment
of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be
required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the
application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for
payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager
or employee; and

90-53-2303NSBW 03-2010                                                      Page 1 of 2

Aug. 25. 2010  2:16PM   No. 3207   P. 2

**Bank of America**

☑ CA ☐ ID ☐ WA
**Business Signature Card**
**with Substitute Form W-9**



Account Number: ████ 8108

Bank Number: 318

Account Type: ☑ DDA ☐ SAV ☐ CD

Account Title: ☐ Temporary Signature Card
GLOBAL FILING SERVICES, LLC

---

Legal Designation: ☐ Individual/Sole Proprietor ☐ Corporation ☐ Partnership ☐ Association ☑ Limited Liability Company

Tax Identification Number: ████

By signing below, I/we acknowledge and agree that the account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) if this account is a deposit account, the Deposit Agreement and Disclosures, the Business Schedule of Fees, and (2) if this account is a Line of Credit, the applicable Line of Credit Agreement and Disclosures. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and any Line of Credit checks which I/we may sign, and as the certification (set forth below) of the taxpayer identification number to which I/we want Internal Revenue reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9, Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (defined in the instructions).

Certification Instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9.)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

☐ Exempt (check if applicable)
☐ Nonresident Alien Status (if applicable). If all beneficial owners are considered Nonresident Aliens under the United States tax law, check here and complete and sign the applicable Form(s) W-8.

| | Name (Typed or printed) | Title (If applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | JASON BEGLEY | MANAGING MEMBER | | 8-25-10 8/26/10 |
| 2 | WAYNE LUNSFORD | MANAGING MEMBER | | 8-25-10 8/26/10 |
| 3 | | | | |
| 4 | | | | |

ATM/Deposit Check Card Request
Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolution and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

Signature _____ Title MANAGING MEMBER

**Bank Information**

Customer 1
Name Jason Begley
CIP Information: ID Type: DL   ID #: ████   ID Issuer: CA   Issue Date: 12/23/02   Expiration Date: 1/../11
CIP Information: ID Type: DBT   ID #:         ID Issuer: C.J. MC   Issue Date: N/A   Expiration Date: 10/3/13

Customer 2
Name Wayne Lunsford
CIP Information: ID Type: DL   ID #: ████   ID Issuer: CA   Issue Date: 11-2-07   Expiration Date: 3/24/11
CIP Information: ID Type: DBT   ID #:         ID Issuer: C.J. MC   Issue Date: N/A   Expiration Date: 12/3/13

Customer 3
Name
CIP Information: ID Type:   ID #:   ID Issuer:   Issue Date:   Expiration Date:
CIP Information: ID Type:   ID #:   ID Issuer:   Issue Date:   Expiration Date:

Customer 4
Name
CIP Information: ID Type:   ID #:   ID Issuer:   Issue Date:   Expiration Date:
CIP Information: ID Type:   ID #:   ID Issuer:   Issue Date:   Expiration Date:

Review Information
Business Entity Inquiry: 08261OBD1428
If Sole Proprietor, General Partners or Associated/Unincorporated Group Members, complete the following:

| Name: | Year: | State: |
|---|---|---|
| Name: | Year: | State: |
| Name: | Year: | State: |
| Name: | Year: | State: |

Date: 8/26/10
Associate Name: Vhoty Hehman

1/6

2010-Aug-27  12:35 PM Bank of America 5629369116

Gale Attachment 20

488    BofA-000014

Aug. 25. 2010. 2:16PM                                      No. 3207   P. 3

Account Number                              Account Number

8108

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof, and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this, 25 26
day of AUGUST , 2010 .

_____
Member/Manager

**Bank Information**

Date: 8/26/10

Banking Center Name: Seal Beach

Associate's Name: Becky Hoffman

Associate's Phone Number:

90-53-2303NSBW 03-2010                                      Page 2 of 2

Bank of America 56293691116                    Gere Attachment 20
BofA-000015

0132 P P
E0-2

# Your Bank of America Business Checking Statement

**Statement Period:**
**July 19 through August 10, 2010**

Account Number: ████7915

**At Your Service**
Call: 562.868.1448

**Written Inquiries**
Bank of America
Seal Beach Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2010
Bank of America appreciates your business and we enjoy serving you.

RINCON MANAGEMENT SERVICES LLC
541 N MAIN ST STE 104-261
CORONA  CA  92882

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.**

## ☐ Summary of Your Business Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 07/19/10 | $0.00 | Number of checks paid | 1 |
| Total Deposits and Credits | + 10,597.25 | Number of electronic checks paid | 0 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 100.00 | Number of 24 Hour Customer Service Calls<br>Self-Service<br>Assisted | 0<br>0 |
| Ending Balance | $10,497.25 | | |

## ☐ Important Information About Your Account

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 07/19 | Deposit | | | $ 500.00 | |
| 07/20 | Check | | $ 100.00 | | $500.00 |
| | | | | | $400.00 |
| 08/06 | Global Pay     DES:Global Dep ID:Xxxxx3000rincon INDN:Rincon Management Serv_Co ID:████ CCD Ref:█████████ | | | $ 5,756.55 | |
| | | | | | $6,156.55 |
| 08/09 | Global Pay     DES:Global Dep ID:Xxxxx3000rincon INDN:Rincon Management Serv_Co ID:█████ CCD Ref:█████████ | | | $ 1,002.85 | |
| | | | | | $7,159.40 |
| 08/10 | Deposit | | | $ 2,750.10 | |

Gale Attachment 21

0132 E P
I 68-23

# Your Bank of America Business Advantage Statement

**Statement Period:**
**July 9 through August 10, 2011**

**Account Number:** ▮▮▮▮7915

**At Your Service**
Call: 562.868.1448

**Written Inquiries**
Bank of America
Seal Beach Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2010
Bank of America appreciates your business and we enjoy serving you.

RINCON MANAGEMENT SERVICES LLC
541 N MAIN ST STE 104-261
CORONA   CA   92880

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

## ☐ Summary of Your Business Advantage Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 07/09/11 | $96,367.78 | Number of checks paid | 68 |
| Total Deposits and Credits | + 271,334.85 | Number of electronic checks paid | 0 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 267,501.03 | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| Ending Balance | $100,201.60 | Assisted | 0 |

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 07/11 | Global Pay       DES:Global Dep ID:Xxxxxxxxxrincon INDN:Rincon Management Serv_Co ID:▮▮▮▮▮▮▮▮CCD Ref:▮ | | | $ 2,048.26 | |
| 07/11 | EFT Prm Sttlmnt  DES:Payment ID:Sutw0707 Efa INDN:Rms              Co ID:▮▮▮▮▮CCD Ref:▮▮▮▮ | | | 2,956.89 | |
| 07/11 | Ch▮▮▮▮▮▮▮▮▮▮ | | $ 450.00 | | |
| 07/11 | Check # 1697 | | 1,125.00 | | |
| 07/11 | Check # 1710 | | 500.00 | | |
| 07/11 | Check # 1718 | | 500.00 | | |
| 07/11 | Check # 1722 | | 500.00 | | |
| 07/11 | Check # 1736 | | 79.21 | | |
| 07/11 | Check # 1741 | | 2,032.08 | | |
| 07/11 | True Reversals  DES:Preauthpmt ID:Sutw-Rev 07/08 INDN:  Rms             Co ID:▮▮▮▮▮CCD Ref:0▮▮▮ | | 1,776.11 | | $94,410.53 |
| 07/12 | Deposit | | | $ 612.00 | |
| 07/12 | Deposit | | | 950.10 | |
| 07/12 | Global Pay       DES:Global Dep ID:Xxxxxxxxxrincon INDN:Rincon Management Serv_Co ▮▮▮▮▮▮▮S CCD Ref:0▮▮▮▮▮ | | | 910.07 | |

**Gale Attachment 21**

Continued on next page

0132 P P
E0-1

# Your Bank of America Business Checking Statement

**Statement Period:**
**August 26 through September 9, 2010**

Account Number: ████8108

**At Your Service**
Call: 562.868.1448

GLOBAL FILING SERVICES LLC
980 MONTECITO DR STE 205
CORONA CA 92879-1792

**Written Inquiries**
Bank of America
Seal Beach Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2010
Bank of America appreciates your
business and we enjoy serving you.

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online.** Enroll at www.bankofamerica.com/smallbusiness.

## ☐ Summary of Your Business Checking Account

| | | | | |
|---|---|---|---|---|
| Beginning Balance on 08/26/10 | $0.00 | Number of electronic checks paid | | 0 |
| Total Deposits and Credits | + 250.00 | Number of 24 Hour Customer Service Calls | | |
| | | Self-Service | | 0 |
| Ending Balance | $250.00 | Assisted | | 0 |

## ☐ Important Information About Your Account

Beginning with statement periods that start on or after 11/4/10, the Monthly Service Charge for your Business Checking account will increase to $16. This fee will not apply if you meet one of the balance requirements each statement cycle. The balance requirements are not changing.

For more information about balance requirements, to understand alternatives, or if you have questions, please call the number on your deposit statement or speak with an associate at the nearest Bank of America. U.S. Trust Clients: If you have questions about how these changes may impact your account please call the number on your deposit statement.

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 08/26 | Deposit | | | $ 250.00 | $250.00 |

**Gale Attachment 21**

**492**
California

# Your Bank of America Business Checking Statement

0132 E P
I 88-26

Ilılınılılılılılılılınıldıl
GLOBAL FILING SERVICES LLC
980 MONTECITO DR STE 205
CORONA  CA  92879

**Statement Period:**
July 9 through August 10, 2011

**Account Number:** ████8108

**At Your Service**
Call: 562.868.1448

**Written Inquiries**
Bank of America
Seal Beach Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2010
Bank of America appreciates your
business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

## ☐ Summary of Your Business Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 07/09/11 | $68,164.88 | Number of checks paid | 88 |
| Total Deposits and Credits | + 249,602.14 | Number of electronic checks paid | 0 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 295,384.46 | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| | | Assisted | 0 |
| Ending Balance | $22,382.56 | | |

## ☐ Important Information About Your Account

Based on the minimum balance you've maintained in this account, your monthly service charge has been waived.

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 07/11 | EFT Prm Sttlmnt  DES:Payment ID:████0707 Efa INDN:Global Filing       Co ID:████      CCD Ref:████████ | | | $ 279.86 | |
| 07/11 | Global Pay    DES:Global Dep ID:████████ INDN:Global Filing Services Co ID:████████  CCD Ref:011 | | | 5,768.71 | |
| 07/11 | Check # 1492 | | $ 144.38 | | |
| 07/11 | Check # 1508 | | 400.00 | | |
| 07/11 | Check # 1525 | | 300.00 | | |
| 07/11 | Check # 1526 | | 2,527.91 | | |
| 07/11 | Check Card Purchase on 07/08 (Card #████████  Dropbox 888-446-8396 CA  Ref #████████ | | 9.99 | | |

**Gale Attachment 21**

Continued on next page

0132 P P
E0-1

## Your Bank of America Business Checking Statement

**Statement Period:**
**August 26 through September 9, 2010**

Account Number: ████████3122

**At Your Service**
Call: 562.868.1448

**Written Inquiries**
Bank of America
Seal Beach Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2010
Bank of America appreciates your
business and we enjoy serving you.

NATIONAL FILING SERVICES LLC
980 MONTECITO DR STE 205
CORONA  CA  92879-1792

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. **With Online Banking you can also view up to 18 months of this statement online.** Enroll at www.bankofamerica.com/smallbusiness.

## ☐ Summary of Your Business Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 08/26/10 | $0.00 | Number of electronic checks paid | 0 |
| Total Deposits and Credits | + 250.00 | Number of 24 Hour Customer Service Calls | |
| | | Self-Service | 0 |
| Ending Balance | $250.00 | Assisted | 0 |

## ☐ Important Information About Your Account

Beginning with statement periods that start on or after 11/4/10, the Monthly Service Charge for your Business Checking account will increase to $16. This fee will not apply if you meet one of the balance requirements each statement cycle. The balance requirements are not changing.

For more information about balance requirements, to understand alternatives, or if you have questions, please call the number on your deposit statement or speak with an associate at the nearest Bank of America. U.S. Trust Clients: If you have questions about how these changes may impact your account please call the number on your deposit statement.

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 08/26 | Deposit | | | $ 250.00 | $250.00 |

**Gale Attachment 21**

0132 E P
I 80-24

# Your Bank of America Business Checking Statement

**Statement Period:**
July 9 through August 10, 2011

**Account Number:** ▓▓▓▓8122

**At Your Service**
Call: 562.868.1448

**Written Inquiries**
Bank of America
Seal Beach Branch
PO Box 37176
San Francisco, CA 94137-0176

llilmtlilllltldmtldmttltlmttld
NATIONAL FILING SERVICES LLC
980 MONTECITO DR STE 205
CORONA  CA  92879

**Customer since 2010**
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

## ☐  Summary of Your Business Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 07/09/11 | $86,822.06 | Number of checks paid | 80 |
| Total Deposits and Credits | + 207,870.66 | Number of electronic checks paid | 0 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 258,208.38 | Number of 24 Hour Customer Service Calls<br>  Self-Service<br>  Assisted | <br>0<br>0 |
| Ending Balance | $36,484.34 | | |

## ☐  Important Information About Your Account

Based on the minimum balance you've maintained in this account, your monthly service charge has been waived.

Remember, by using your Bank of America Small Business Check Card, Bank of America provides you with another way to avoid the monthly maintenance fee on your business checking account.

## ☐  Account Activity

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| 07/11 | EFT Prm Sttlmnt  DES:Payment ID:▓ INDN:National Filing  Co ID:▓ CCD Ref:▓▓▓▓ | | | $ 457.00 | |
| 07/11 | Global Pay  DES:Global Dep ID:▓ INDN:National Filing Servic Co▓ CCD Ref:▓ | | | 4,638.54 | |
| 07/11 | True Reversals  DES:Preauthpmt ID:Suuv-Rev 07/08 INDN:  National Filing  Co ID:▓▓▓▓ CCD Ref:▓▓▓ | | $ 1,784.11 | | |
| | | | | | $90,133.49 |
| 07/12 | Deposit | | | $ 499.00 | |
| 07/12 | Deposit | | | ▓▓▓ | |

Gale Attachment 21



THIS CHECK IS VOID WITHOUT A GOLD BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**PRIME WEST MANAGEMENT & RECOVERY**

CITIBANK
408 N. MAIN ST
CORONA, CA 92880
90-7172/3222

1595

DATE     10/22/2010

PAY
TO THE
ORDER OF     City Investment Services                                    $   **15,000.00

Fifteen Thousand and 00/100*************************************************************************** DOLLARS

City Investment Services

MEMO

⑆001595⑆  ⑆███████⑆  7686⑈

1961.BIC

Gale Attachment 22

CITIBANK-000840



Gale Attachment 22

CITIBANK-000870



**OFFICIAL CHECK**

**citibank**
Citibank, N.A.                                                    311637059

FC# 002B3 FA# 019        $0.00 ONL PIC        DATE 1 2 / 1 7 / 1 0
071-03 Ck Ser.#   311637059   * * * * 3 2 , 0 0 0 . 0 0 * * *

PAY   ****THIRTY-TWO THOUSAND DOLLARS****

TO
THE      ****CITY INVESTMENTS****
ORDER
OF

NAME OF REMITTER
ADDRESS      PRIME WEST MANAGEMENT

Citibank, N.A. One Penn's Way
New Castle, DE 19720

Drawer: Citibank, N.A.
BY
AUTHORIZED SIGNATURE

⑈311637059⑈        2924⑈



8291 BIC

WARNING — DO NOT CASH CHECK
WITHOUT NOTING WATERMARK.
HOLD TO LIGHT TO VERIFY WATERMARK.

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITOR BANK ENDORSEMENT

X City Investment

**Gale Attachment 22**

**CITIBANK-000886**





Gale Attachment 22

CITIBANK-004298



**UNION MANAGEMENT**

CITIBANK
408 N. MAIN ST
CORONA, CA 92560
90-7172/3222

**1214**

DATE _____ 10/14/2010 _____

PAY
TO THE
ORDER OF   Prime West Management _____ $  **15,000.00

Fifteen Thousand and 00/100************************************************** DOLLARS

Prime West Management

MEMO ____ transfer ____

⑆001214⑆ ⬛⬛⬛⬛⬛ 0⬛71⑆



**Gale Attachment 22**

   **CITIBANK-004300**



THIS CHECK IS VOID WITHOUT A BLUE BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**PACIFIC MANAGEMENT & RECOVERY**
541 N. MAIN ST 104-281 CORONA, CA 92880
951-824-5255

CITIBANK
408 N. MAIN ST.
CORONA, CA 92880
90-7172/3222

1116

DATE ____10/2/2009____

PAY
TO THE
ORDER OF:                                        $

Wayne Lunsford                                   **10,000.00

Ten Thousand and 00/100***************************************************** DOLLARS

Wayne Lunsford

MEMO

⑆00⑆1⑆6⑈  ██████  1419⑆

>321171184<
Citibank, N.A
██████████

**Gale Attachment 23**

**CITIBANK-002669**



THIS CHECK IS VOID WITHOUT A GOLD BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**PRIME WEST MANAGEMENT & RECOVERY**

CITIBANK
406 N. MAIN ST
CORONA, CA 92880
90-717/3223

1694

DATE   12/31/2010

PAY
TO THE
ORDER OF   Portfolio Investment Group, LP                                    $   **10,000.00

Ten Thousand and 00/100************************************************************************** DOLLARS

MEMO

SIGNATURE AREA HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈0016941⑈ ██████████ 7586⑈

Gale Attachment 24

CITIBANK-000048

THIS CHECK IS VOID WITHOUT A BLUE BORDER AND VOID PANTOGRAPH. SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK.

**RINCON MANAGEMENT SERVICES**

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE # 101
CORONA, CA 92881
19-44/1220

1272

DATE    12/31/2010

PAY
TO THE
ORDER OF    Portfolio Investment Group, LP    $ **50,000.00

Fifty Thousand and 00/100******************************************************* DOLLARS

MEMO

⑆001272⑆  ▉▉▉▉▉▉▉▉  7915⑈

CREDIT TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE

Gale Attachment 24

CITIBANK-000049



THIS CHECK IS VOID WITHOUT A BURGUNDY BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

UNION MANAGEMENT

CITIBANK
408 N. MAIN ST
CORONA, CA 92880
90-7172/3222

1343

DATE 12/31/2010

PAY TO THE ORDER OF Portfolio Investment Group, LP

$ **22,000.00

Twenty-Two Thousand and 00/100************************************************************ DOLLARS

MEMO

⑈001343⑈ 006 71⑈



Gale Attachment 24

CITIBANK-000050



THIS CHECK IS VOID WITHOUT A GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**CITY INVESTMENT SERVICES**

CITIBANK
450 N. MAIN ST
CORONA, CA 92880
90-7172/3222

1381

DATE   12/31/2010

PAY
TO THE
ORDER OF   Portfolio Investment Group, LP   $ **25,000.00

Twenty-Five Thousand and 00/100********************************************************** DOLLARS

MEMO

⑈00138⑈   ⬛⬛⬛⬛   078 2⑈

Gale Attachment 24

CITIBANK-000051

THIS CHECK IS VOID WITHOUT A TAN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**GLOBAL FILING SERVICES**

**BANK OF AMERICA**
1312 EAST ONTARIO AVE SUITE #101
CORONA, CA 92881
14-66/1220

**1131**

DATE _12/31/2010_

PAY
TO THE
ORDER OF _Portfolio Investment Group, LP_

$ __**15,000.00__

Fifteen Thousand and 00/100********************************************** DOLLARS

MEMO

⑈001131⑈      B 108⑈

CREDIT TO THE ACCOUNT
OF THE WITHIN NAMED PAYEE

Gale Attachment 24

CITIBANK-000052