**Bank of America**

**Capture Date: 01/27/2011 Sequence #: 9592912577**

| | |
|---|---|
| GLOBAL FILING SERVICES | 1162 |

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE #101
CORONA, CA 92581
16-66/1220

DATE  1/25/2011

PAY TO THE ORDER OF   WAL Legacy Trust                                  $ **10,000.00

Ten Thousand and 00/100************************************************** DOLLARS

WAL Legacy Trust

Menifee, CA

MEMO

SIGNATURE AREA HAS A COLORED BACKGROUND · BORDER CONTAINS MICROPRINTING

⑈⑈00ıı6 2⑈ꞏ ⑈ 8ı08ıꞏ

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 01/26/2011 | | | Rtn Loc/BOFD | Y | | WELLS FARGO BANK, NA |
| 01/27/2011 | | | Undetermined | N | | WELLS FARGO BANK, NA |
| 01/27/2011 | | | Pay Bank | N | | BANK OF AMERICA, NA |
| No Payee Endorsements Found | | | | | | |

Gale Attachment 29
BofA-000340



Gale Attachment 29

CITIBANK-000241

WARNING — DO NOT CUT CASH CHECK
WITHOUT NOTING WATWATERMARK.
HOLD TO LIGHT TO VERIFY/VERIFY WATERMARK.

DO NOT WRITE / STAMP BELOW THIS LINE
CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 631KN9

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT:
866-674-0048

Security features on this document include a
Micro-Print Endorsement Line, Watermark and Visible Fiber,
Absence of these features may indicate alteration.
Space above is a certbank reflection area of Dock Payment System Attraction

Gale Attachment 29

CITIBANK-000242



Gale Attachment 30

CITIBANK-001920



Capture Date: 05/11/2011 Sequence #: 5760665000

THIS CHECK IS VOID WITHOUT A BLUE BORDER AND VOID PANTOGRAPH. SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK.

**RINCON MANAGEMENT SERVICES**                                    1564

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE # 101
CORONA, CA 92881
16-66/1220

DATE  5/11/2011

PAY
TO THE
ORDER OF  Heavy Hitters Investments                    $ **3,000.00

Three Thousand and 00/100************************************************************** DOLLARS

Heavy Hitters Investments

MEMO

⑆00 1564⑆    7915⑈    ⑆0000300000⑈

BANK OF AMERICA.NA LAC

BANK OF AMERICA
FOR DEPOSIT ONLY

No Electronic Endorsements Found
No Payee Endorsements Found

**Gale Attachment 31**

**BofA-002296**



**Capture Date: 07/25/2011 Sequence #: 5760165568**

---

RINCON MANAGEMENT SERVICES

BANK OF AMERICA
1312 EAST ONTARO AVE SUITE # 101
CORONA, CA 92851
16-66/1220

1781

DATE   7/25/2011

PAY TO THE ORDER OF   Heavy Hitters Investments                    $ **10,000.00

Ten Thousand and 00/100************************************************************************** DOLLARS

Heavy Hitters Investments

MEMO   Adminstrative

THIS CHECK IS VOID WITHOUT A BLUE BORDER AND VOID PANTOGRAPH. SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK.

⑈00178⑈ ███████ 7⑈9⑈5⑈ ⑈0001000000⑈

---

BANK OF AMERICA NA LAC
E3117 01 P03
07/25/11

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENT GUARANTEED
BANK OF AMERICA, N.A.

No Electronic Endorsements Found
No Payee Endorsements Found

**Gale Attachment 31**

BofA-002509

557



**Gale Attachment 31**

**CITIBANK-005531**





**Gale Attachment 31**

**CITIBANK-001426**



**Capture Date: 05/11/2011 Sequence #: 5760664998**

---

THIS CHECK IS VOID WITHOUT A TAN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**GLOBAL FILING SERVICES**

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE #101
CORONA, CA 92881
16-66/1220

1369

DATE __5/11/2011__

PAY TO THE ORDER OF __Heavy Hitters Investments__    $ **3,000.00

__Three Thousand and 00/100***************************__ DOLLARS

Heavy hitters Investments

MEMO

⑈001369⑈          3108⑈   ⑈0000300000⑈

---

BANK OF AMERICA NA LNC

Credit To The A...
The With Named...
Endorsement Guaran...
Bank of Americ..., N.A.

BANK OF AMERICA
FOR DEPOSIT ONLY

No Electronic Endorsements Found
No Payee Endorsements Found

**Gale Attachment 31**

**BofA-000541**

560



**Capture Date: 07/25/2011 Sequence #: 5760165571**

---

GLOBAL FILING SERVICES

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE #101
CORONA, CA 92881
16-66/1229

1572

DATE  7/25/2011

PAY
TO THE
ORDER OF  Heavy Hitters Investments                                    $ **10,000.00

Ten Thousand and 00/100************************************************************************************** DOLLARS

Heavy hitters Investments

MEMO
Administrative

⑊00¼57 2⑊     B¼08⑊     ⑊000¼000000⑊

BANK OF AMERICA.NA LAC
EJ¼¼7 0¼ P03
S—07/25/11

No Electronic Endorsements Found
No Payee Endorsements Found

**Gale Attachment 31**

**BofA-000735**



**Capture Date: 05/11/2011 Sequence #: 5760664999**

THIS CHECK IS VOID WITHOUT A BLUE & BURGUNDY BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**NATIONAL FILING SERVICES**

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE #101
CORONA, CA 92881
16-66/1220

1454

DATE  5/11/2011

PAY
TO THE
ORDER OF  Heavy Hitters Investments                                          $ **3,000.00

Three Thousand and 00/100************************************************************************ **DOLLARS**

Heavy Hitters Investments

MEMO

⑈0⑈1454⑈  ████████  8⑈22⑈    ⑈0000300000⑈

No Electronic Endorsements Found
No Payee Endorsements Found

BANK OF AMERICA,NA LAC

BANK OF AMERICA
FOR DEPOSIT ONLY

Credited To The
The Within Names
Endorsement Guaran
Bank of America

**Gale Attachment 31**

**BofA-003069**



**Capture Date: 07/25/2011 Sequence #: 5760165569**

NATIONAL FILING SERVICES
950 MONTECITO DR
CORONA, CA 92879

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE #101
CORONA, CA 92881
16-66/1220

1743

DATE 7/25/2011

PAY
TO THE
ORDER OF  Heavy Hitters Investments                                    $**5,500.00

Five Thousand Five Hundred and 00/100******************************************************* DOLLARS

Heavy Hitters Investments

MEMO
Administartive

⑆00⑆1743⑆    █████████ 8⑆1⑆2⑆    ⑆0000550000⑆

BANK OF AMERICA, NA LAC
E1137 01 P69
02/05/11

0000

25824

No Electronic Endorsements Found
No Payee Endorsements Found

Certified To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

**Gale Attachment 31**

**BofA-003250**

563





**Gale Attachment 31**

**CITIBANK-000278**



* THIS CHECK IS VOID WITHOUT A BURGUNDY BORDER AND VOID PANTOGRAPH *SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK *

**P.I.G**
980 MONTECITO DR
CORONA, CA 92879

**CITIBANK**
428 N MAIN ST
CORONA, CA 92880
90-7173/3222

1111

DATE  7/19/2011

PAY TO THE ORDER OF  Heavy Hitters Investment                    $ **15,000.00

Fifteen Thousand and 00/100*************************************************************** DOLLARS

Heavy Hitters Investment
980 Montecito Dr Ste 205
Corona, CA 92879

MEMO  Royalty

⑆001111⑆    4965⑈    ⑈0001500000⑆

BANK OF AMERICA
FOR DEPOSIT ONLY

**Gale Attachment 31**

565                    **CITIBANK-000280**



THIS CHECK IS VOID WITHOUT A BLUE BORDER AND VOID PANTOGRAPH. SEE BACK FOR COMPLETE LIST OF SECURITY FEATURES INCLUDED ON THIS CHECK.

**HEAVY HITTERS INVESTMENTS**

BANK OF AMERICA
1312 EAST ONTARIO AVE SUITE # 101
CORONA, CA 92881
16-66/1220

1001

DATE *12-8-2010*

PAY TO THE ORDER OF *Portfolio Investment Group*          $ *1 00/100*

*One dollar and no/100* _____ DOLLARS

MEMO *Investment 1% PIG*

‖°00100‖°  ⬛⬛⬛  8130‖°

BIC

**Gale Attachment 31**

CITIBANK-000175



SARP AGE 1734
FIMP 013        BRANCH 00176
010043534 SENT      ORIGINATOR              WIRE TRANSFER ACTIVITY
01/10/11 12:42PM    PORTFOLIO INVESTMENTS GR     BENEFICIARY
SET UP 01/10/11     980 MONTECITO DR STE 205     BAL FINANCIAL
12:23PM             CORONA CA 92879              610 WEST LOVERS LANE
$122,013.41                                      ARLINGTON TX 76013

$25.00 FEE          PHONE            ACCT#               1/11/11      PAGE
                                                                     BANK OF AMERICA N.A.
GLOBAL ID    FE                                         ABA          NY
             B&P CHECKING

SET UP BY P4206221 HOUGH,MICHELLE M   APPROVED BY P4161061 GREEN,FRANCESCA MARI

SARP AGE 3797
FIMP 006        BRANCH 63593
019007092 SENT      ORIGINATOR              WIRE TRANSFER ACTIVITY
01/19/11 03:13AM    JASON R BEGLEY               BENEFICIARY
SET UP 01/19/11     980 MONTECITO DR STE 205     Telcentris, Inc
03:06AM             San Diego, CA 92121          10180 Telesis Court Suite 150   ABA   1/20/11   PAGE  1
$6,000.00                                        San Francisco    CA             BANK OF AMERICA, N.A., CA

$18.75 FEE          PHONE            ACCT#                      450 B St Suite 100 San Diego, CA
                                                               San Diego    CA
GLOBAL ID    FE
             B&P CHECKING

SET UP BY JASON R BEGLEY             APPROVED BY DA USER JASON R BEGLEY



SENT
06/27/11 09:39PM
.SET UP 06/27/11
03:52PM
$9,307.18
879

ORIGINATOR
PORTFOLIO INVESTMENTS
980 MONTECITO DR STE 205
CORONA CA 92

SET UP BY Jason Begley

B&P CHECKING

PHONE 617-595-5794

BENEFICIARY
BAL Financial
610 West Lovers LN
Arlington, TX 76010

APPROVED BY Jason Begley

ACCT#

BANK OF AMERICA, N.A., NY
ABA
1050 W Arkansas, LN Arlington TX
NY

$12.50 FEE

SENT
07/04/11 12:46PM
SET UP 07/04/11
12:46PM
$65,623.60
879

ORIGINATOR
PORTFOLIO INVESTMENTS
980 MONTECITO DR STE 205
CORONA CA 92

SET UP BY Jason Begley

PHONE

B&P CHECKING

ACCT#

APPROVED BY Jason Begley

BENEFICIARY
BAL Financial
610 West Lovers LN
Arlington, TX 76010

New York

BANK OF AMERICA, N.A., NY
ABA
1050 West Arkansas LN TX
NY

$12.50 FEE

**Gale Attachment 32**

568

**CITIBANK-000042**



**SENT**
07/10/11 10:00AM
SET UP 07/10/11
10:00AM
$149,892.35
879
$12.50 FEE
SET UP BY Jason Begley

ORIGINATOR
PORTFOLIO INVESTMENTS
980 MONTECITO DR STE 205
CORONA CA 92
B&P CHECKING
PHONE 617-595-5794
ACCT#
APPROVED BY Jason Begley

BENEFICIARY
BAL Financial
610 West Lovers LN
Arlington, TX 76010
New York

BANK OF AMERICA, N.A., NY
ABA
1050 W Arkansas LN arlington TX
NY

---

**SENT**
07/18/11 10:32AM
SET UP 07/18/11
10:32AM
$90,689.48
879
$12.50 FEE
SET UP BY Jason Begley

ORIGINATOR
PORTFOLIO INVESTMENTS
980 MONTECITO DR STE 205
CORONA CA 92
B&P CHECKING
PHONE
ACCT#
APPROVED BY Jason Begley

BENEFICIARY
BAL Financial
610 West Lovers LN
New York

BANK OF AMERICA, N.A., NY
ABA
1050 W Arkansas LN arlington TX
NY

BAL Financial LLC - Home



# BAL Financial LLC

## Who We Are

BAL Financial's main focus is the buying, selling and acquisition of consumer debt. With our customized screening methods we can offer the most profitable and affordable rate on every purchase. Your BALF representative will work closely with you to make sure you get what you require. Our goal is to build a long lasting relationship that helps us all grow and prosper.

## What We Do

BAL Financial offers an entrepreneurial spirit with a fresh perspective to their clients while staying current on the changing laws and new technologies being introduced into the collection industry.  BAL Financial LLC strictly adheres to the guidelines of the Fair Debt Collections Practices Act (FDCPA) and the Fair Credit Reporting Act (FCRA).

We work closely with our debt buyers and sellers from the time we start our relationship to ensure all their needs are met. We strive to ensure that we have ongoing and fruitful relationships with our clients in the years to come, by catering to their specific needs. BAL Financial knows that everyone's needs are different and unique.

We know that it is essential to respond to your needs immediately. We work with buyers and sellers at all levels, from established agencies to start ups. It is our goal to help collection and credit institutions throughout the nation to manage debt affordably and increase cash flow by turning debt into profit using our flexible, rewarding, and outstanding quality services.

Home
Available Portfolios
Confidentiality Agreement
Contact Us



Over the last two years, business has become more of a challenge for many. We have continued to expand our business and help others do the same.

Please take a moment to fill out a Confidentiality Agreement so that we can send you files to review.

**570**                    **Gale Attachment 33**

# BAL Financial LLC

## Available Portfolios

The files listed here are available for purchase, many can be segmented by state. New inventory comes in daily. BAL Financial LLC can build a file for you based on your specifications. If you do not see what you are looking for, please email us at mheldner@balfinancialllc.com

Home
Available Portfolios
Confidentiality Agreement
Contact Us

### US BANK
National or state, one agency cc

### MIXED USER
Credit card, Providian, Juniper, First Bank of Delaware, US Bank, Citi, can sort by state or issuer, all instat 1 and 2 agency

### OOS WITH BUREAU LIFE
Mixed issuer, can sort by state or cut part of 58 Mil national file

### ASCENT CC
National file, 2 agency, lightly worked

### BALLYS
Mainly oos, national file

### INSTAT 2 TO 3 AGENCY
Mixed issuer, can sort by state or national mix, selling at 1.5%

### NATIONAL FILE
CC, very heavy in NJ, one and two agency

BAL Financial LLC - Available Portfolios

## TX
All instat, Wells and Chase

## PDL FILES AVAILABLE
Inventory varies, please inquire

Copyright 2010 BAL Financial LLC. All rights reserved.
**Web Hosting by Yahoo!**

ph: 617-595-5794
fax: 817-987-3216
mheldner@balfinancialllc.com

Gale Attachment 33

http://www.balfinancialllc.com/available_portfolios[8/12/2011 1:49:05 PM]

| Merchant Name | Merchant City | Merchant State | Merchant Country | Merchant Region | MCC |
|---|---|---|---|---|---|
| CITY INVESTMENT SERVI | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVI | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| CITY INVESTMENT SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |

Confidential
VISA 00001

Gale Attachment 34

| Network Used | Month | Tran Count | SALES DRAFT [$1] | Tran Count [$2] | CREDIT VOUCHER [$3] | Tran Count | SALES DRAFT [$4] | Tran Count | CREDIT VOUCHER [$5] | Tran Count | SALES DRAFT [$6] | Tran Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201104 | | $998 | | | | | | | $998 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | | | | | | | | | $700 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | | | | | | | | | $2,382 | 10 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201106 | $121,016 | 455 | $41 | 2 | | | | | $995 | 5 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201105 | $141,321 | 500 | $330 | 1 | | | | | $1,862 | 5 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201104 | $132,325 | 454 | $250 | 1 | | | | | $1,159 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201103 | $153,801 | 453 | | | | | | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201102 | $98,253 | 394 | $2,186 | | | | | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201101 | $98,270 | 398 | | | | | | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201012 | | 291 | | | | | | | $1,700 | 4 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | $79,011 | 298 | $534 | 2 | | | | | $2,400 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201010 | $91,003 | 243 | $440 | 1 | | | | | $344 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201009 | $74,074 | | $101 | 1 | | | | | $754 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201008 | $91,882 | 195 | | | | | | | $1,434 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201007 | $82,035 | 211 | | | | | | | $2,373 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201007 | $79,085 | 178 | | | | | | | $597 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201008 | $38,009 | 99 | | | | | | | | 2 |

Confidential
VISA 00002

| Merchant Name | Merchant City | Merchant State | Merchant Country | Merchant Region | | MCC | Acquirer BIN | Acquirer BID |
|---|---|---|---|---|---|---|---|---|
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| GLOBAL FILING SERVICES | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |

Confidential
VISA 00003

575

Gale Attachment 34

| Network Used | Month | Trm Code | SALES DRAFT Trm Amount(B2) | Trm Count(B3) | CREDIT VOUCHER Trm Amount(B4) | Trm Count(B4) | SALES CHECK Trm Amount(B4) | Trm Count(B4) |
|---|---|---|---|---|---|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201105 | $145,829 | 492 | $150 | 1 | $254 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201106 | $143,322 | 500 | $185 | 3 | $1,142 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201105 | $116,480 | 387 | $814 | 2 | $2,194 | 4 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201104 | $133,330 | 394 | $1,390 | 2 | $1,115 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201103 | $94,806 | 309 | $75 | 1 | $389 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201102 | $71,816 | 230 | $100 | 1 | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201101 | $71,715 | 194 | | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201012 | $51,713 | 194 | $243 | 1 | $350 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | $59,262 | 108 | | | $352 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201010 | $52,591 | 22 | | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201009 | | | | | | |

Confidential
VISA 00004

Gale Attachment 34

| Merchant Name | Merchant City | Merchant State | Merchant Country | | Merchant Region | | MCC | |
|---|---|---|---|---|---|---|---|---|
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| NATIONAL FILING SERVIC | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |

Confidential
VISA 00005

Gale Attachment 34

| Merchant Name | Generic Cred... | Months/Years | SALES DRAFT/SALES DRAFT (Tran Amount)(BA) | (Tran Count)(BA) | CRED VOUCHER/CRED VOUCHER (Tran Amount)(BA) | (Tran Count)(BA) | SALES CK/DRAFT (Tran Amount)(BA) | (Tran Count)(BA) |
|---|---|---|---|---|---|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | | | | | | $987 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | | | | | $1,694 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201108 | $102,144 | 355 | $104 | 1 | $3,000 | 10 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201105 | $111,651 | 376 | $218 | 1 | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201104 | $102,095 | 308 | $173 | 1 | $100 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201103 | $99,132 | 283 | | | $1,025 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201102 | $73,216 | 227 | | | $550 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201101 | $69,435 | 209 | | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201012 | $47,177 | 151 | $501 | 1 | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | $50,916 | 143 | $250 | 1 | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201010 | $45,701 | 90 | $100 | 1 | $150 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201009 | $9,708 | 17 | | | | |

Confidential
VISA 00006

Gale Attachment 34

| Merchant Name | Merchant City | Merchant State | Merchant Country | Merchant Region | MCC | Acquirer BIN/Acquirer |
|---|---|---|---|---|---|---|
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| PACIFIC MANAGEMENT | LARKSPUR | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8513 | REAL EST AGNTS & MGRS RENTALS |
| PACIFIC MANAGEMENT | LARKSPUR | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8513 | REAL EST AGNTS & MGRS RENTALS |
| PACIFIC MANAGEMENT | LARKSPUR | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8513 | REAL EST AGNTS & MGRS RENTALS |
| PACIFIC MANAGEMENT | LARKSPUR | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8513 | REAL EST AGNTS & MGRS RENTALS |
| PACIFIC MANAGEMENT | LARKSPUR | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8513 | REAL EST AGNTS & MGRS RENTALS |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECO | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |
| PACIFIC MANAGEMENT RECOV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 8999 | PROFESSIONAL SERVICES - DEF |

Confidential
VISA 00007

Gale Attachment 34

| Member Name | Name | Month | SALES DRAFT [03] | SALES COUNT [03] | CRED VOUCHER [06] | CRED VOUCHER COUNT |
|---|---|---|---|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201008 | $998 | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201007 | | | $598 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201006 | | | $2,040 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | | | $235 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201004 | | | $596 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201010 | $9,903 | 59 | $459 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | $28,600 | 152 | $959 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201009 | $38,742 | 193 | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201007 | $52,766 | 241 | $664 | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201006 | $89,631 | 304 | $219 | $1,535 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201005 | $149,827 | 459 | $204 | $300 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201004 | $143,471 | 385 | $677 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 1 | 201003 | $39,337 | 115 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201103 | $589 | | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201104 | $1,645 | 1 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201102 | $2,275 | 3 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201101 | $2,951 | | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201102 | $1,153 | 2 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | $2,681 | 2 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201010 | $3,242 | 1 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201009 | $8,220 | 18 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201008 | $35 | 3 | | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 1 | 201003 | $25 | | | |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201007 | | | | $700 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201104 | | | | $1,145 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201003 | $589 | | | $300 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201004 | | | | $1,895 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201010 | | | | $1,000 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201011 | | | | $1,000 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201009 | | | | |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201005 | $99,433 | 232 | $901 | $100 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201003 | $100,088 | 286 | | $3,545 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201002 | $107,863 | 298 | $1,168 | |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 201001 | $18,598 | 219 | $191 | $90 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200912 | $40,078 | 142 | $248 | |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200910 | $44,157 | 138 | $100 | $200 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200909 | $31,419 | 88 | $699 | $331 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200909 | $33,000 | 92 | | $100 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200907 | $24,611 | 76 | | $1,700 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200906 | $24,599 | 91 | | $950 |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200905 | $26,065 | 53 | | |
| CITICORP PAYMENT SERVICES, INC. | GENERIC CREDIT/DEBIT 2 | 200904 | $11,579 | 244 | $1,000 | |

Confidential
VISA 00008

| Merchant Name | Merchant City | Merchant State | Merchant Country | Merchant Region | MCC | Acquirer BIN/Acquirer Bank |
|---|---|---|---|---|---|---|
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WEST MANAGEMENT | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WESTERN INVESTME | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WESTERN INVESTME | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WESTERN INVESTME | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WESTERN INVESTME | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |
| PRIME WESTERN INVESTME | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. 7399 BUSINESS SERVICES - DEFAULT | HSBC BANK USA, NATIONAL ASSOCIATION |

Confidential
VISA 00009

Gale Attachment 34

Confidential
VISA 00010

Gale Attachment 34

| Merchant Name | Merchant City | Merchant State | Merchant Country | Merchant Region | Mcc | Mcc Description | Principal/Member BID |
|---|---|---|---|---|---|---|---|
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |
| RINCON MANAGEMENT SERV | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |

Confidential
VISA 00011

| Merchant (Name) | Tran Code | Month | SALES/DRAFT Tran Amount [B2] | Tran Count [B3] | CRED VOUCHERS Tran Amount [B4] | Tran Count [B5] | SALES CHRGBK Tran Amount [B6] | Tran Count [B7] |
|---|---|---|---|---|---|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201108 | $72,883 | 609 | $1,251 | 2 | $1,190 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201107 | $71,771 | 474 | | | $1,251 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201106 | | | | | $2,866 | 7 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201105 | | | | | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201104 | $130,253 | 424 | | | $2,292 | 8 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201103 | $157,813 | 457 | $380 | 1 | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201102 | $148,597 | 397 | | | $246 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201101 | $100,929 | 323 | | | $1,950 | 4 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201012 | $84,694 | 278 | $587 | 1 | $798 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | $106,633 | 312 | $401 | 1 | $318 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201010 | $85,029 | 216 | $291 | 1 | | |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201009 | $70,059 | 182 | | | $1,895 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201008 | $59,540 | 89 | | | | |

Confidential
VISA 00012

Gale Attachment 34

| Merchant Name | Merchant City | Merchant State | Merchant Country | Merchant Region | MCC | Acquirer BIN / Acquirer BID |
|---|---|---|---|---|---|---|
| UNION MANAGEMENT SERVI | CORONA | CA | 840 | UNITED STATES OF AMERICA | 01 | U.S.A. | 7399 | BUSINESS SERVICES - DEFAULT |

Confidential
VISA 00013

Gale Attachment 34

| Network Used | Month | SALES DRAFT Trn Amount | Trn Count | CREDIT VOUCHER Trn Amount | SALES CHGBK Trn Amount | Trn Count |
|---|---|---|---|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201106 | $98,610 | 423 | | $1,498 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201105 | $120,107 | 464 | | $2,533 | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201104 | $104,224 | 370 | $374 | $757 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201103 | $60,894 | 320 | | $415 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201102 | $17,807 | 326 | | $300 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201101 | $85,694 | 298 | $180 | $1,899 | 4 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201012 | $79,137 | 308 | $394 | $1,530 | 2 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201011 | $80,137 | 291 | | $200 | 1 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201010 | $71,258 | 245 | $181 | $2,019 | 4 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201009 | $59,948 | 205 | $50 | $5,431 | 5 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201008 | $55,034 | 169 | $50 | $887 | 4 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201007 | $58,215 | 147 | | | 3 |
| HSBC BANK USA, NATIONAL ASSOCIATION | GENERIC CREDIT/DEBIT 2 | 201006 | $52,516 | 100 | $200 | $2,425 | 3 |

Confidential
VISA 00014

Gale Attachment 34

FTC: CID : Rincon Management Services LLC

| Month | Earliest Date | Latest Date | Sales Txn's | Credit Txn's | Chargeback Counts | Amount of Chargebacks | Total Net Count | Total Net Amount | Total # of Accounts | Acquirer ICA | Merchant ID | Corporate Name | Merchant DBA Name | Merchant Street Address | City | State | Merchant Telephone Number | Merchant Category Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-02 | 2/4/2010 | 2/26/2010 | 5 | 0 | 5 | 1555.37 | 0 | 0 | 4 | ███ | ███ | PACIFIC MANAGEMENT RECOV | PACIFIC MANAGEMENT REC | 355 N SHERIDAN | 115 | 9518245265 | CA | PROFESSIONAL SERVICES-NOT |
| 2010-03 | 3/10/2010 | 3/25/2010 | 2 | 0 | 2 | 1574.5 | 0 | 0 | 2 | | | PACIFIC RECOV | PACIFIC REC | 355 N SHERIDAN | 115 | 9518245265 | CA | PROFESSIONAL SERVICES-NOT |
| 2010-04 | 4/13/2010 | 4/13/2010 | 1 | 0 | 1 | 500 | 0 | 0 | 1 | | | PACIFIC MANAGEMENT RECOV | PACIFIC MANAGEMENT REC | 355 N SHERIDAN | 115 | 9514520813 | CA | PROFESSIONAL SERVICES-NOT |
| 2010-04 | 4/29/2010 | 4/29/2010 | 1 | 0 | 1 | 215.62 | 0 | 0 | 1 | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | BUSINESS SERVICES-NOT |
| 2010-06 | 6/22/2010 | 6/22/2010 | 2 | 0 | 2 | 400 | 0 | 0 | 1 | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | BUSINESS SERVICES-NOT |
| 2010-07 | 7/5/2010 | 7/29/2010 | 6 | 0 | 6 | 2613.6 | 0 | 0 | 2 | | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOLN | CORONA | CA | | BUSINESS SERVICES-NOT 587 |
| 2010-07 | 7/19/2010 | 7/19/2010 | 1 | 0 | 1 | 150 | 0 | 0 | 1 | | | UNION SERVICES LLC | UNION SERVIC | 355 NORTH SHERIDAN | CORONA | CA | | BUSINESS SERVICES-NOT |
| 2010-08 | 8/5/2010 | 8/14/2010 | 2 | 0 | 2 | 740.24 | 0 | 0 | 2 | | | PRIME WEST RECOVERY MANAGEMENT | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | BUSINESS SERVICES-NOT |
| 2010-09 | 9/14/2010 | 9/14/2010 | 1 | 0 | 1 | 400 | 0 | 0 | 1 | | | PRIME WEST RECOVERY MANAGEMENT | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | BUSINESS SERVICES-NOT |
| 2010-09 | 9/15/2010 | 9/15/2010 | 1 | 0 | 1 | 200 | 0 | 0 | 1 | | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERIDAN | CORONA | CA | | BUSINESS SERVICES-NOT |

Gale Attachment 35

| Period | Date | Date | | | | Amount | | | | | Company | Company | Address | City | State | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-09 | 9/25/2010 | 9/25/2010 | 1 | 0 | 1 | 1658.24 | 0 | 0 | 1 | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT | 268 NORTH LINCOLN | CORONA | CA | BUSINESS SERVICES-NOT |
| 2010-10 | 10/21/2010 | 10/21/2010 | 1 | 0 | 1 | 900 | 0 | 0 | 1 | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES-NOT |
| 2010-11 | 11/3/2010 | 11/3/2010 | 1 | 0 | 1 | 1500 | 0 | 0 | 1 | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOLN | CORONA | CA | BUSINESS SERVICES-NOT |
| 2010-11 | 11/16/2010 | 11/16/2010 | 1 | 0 | 1 | 409.32 | 0 | 0 | 1 | | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES-NOT |
| 2010-12 | 12/17/2010 | 12/17/2010 | 1 | 0 | 1 | 50 | 0 | 0 | 1 | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERIDAN | CORONA | CA | BUSINESS SERVICES-NOT |
| 2011-01 | 1/1/2011 | 1/28/2011 | 5 | 0 | 5 | 1597.11 | 0 | 0 | 4 | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOLN | CORONA | CA | BUSINESS SERVICES-NOT |
| 2011-01 | 1/12/2011 | 1/25/2011 | 2 | 0 | 2 | 1198.29 | 0 | 0 | 2 | | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES-NOT |
| 2011-01 | 1/14/2011 | 1/14/2011 | 1 | 1 | 1 | 203.74 | 0 | 0 | 1 | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERIDAN | CORONA | CA | BUSINESS SERVICES-NOT |
| 2011-02 | 2/1/2011 | 2/18/2011 | 2 | 0 | 2 | 700 | 0 | 0 | 2 | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES-NOT |
| 2011-02 | 2/4/2011 | 2/4/2011 | 2 | 0 | 2 | 200 | 0 | 0 | 1 | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOLN | CORONA | CA | BUSINESS SERVICES-NOT |
| 2011-02 | 2/9/2011 | 2/24/2011 | 2 | 0 | 2 | 712.47 | 0 | 0 | 2 | | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES-NOT |
| 2011-02 | 2/18/2011 | 2/18/2011 | 1 | 0 | 1 | 225.62 | 0 | 0 | 1 | | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES-NOT |

Gale Attachment 35

## FTC: CID : Rincon Management Services

| Month | Earliest Date | Latest Date | Sales TRN's t | Credit TRN's ts | Chargeba cks Coun ks | Amount of Chargebac Coun t | Total Net Amount | Total # of Accou nts | Acquir er ID | Acquirer Access Name | Acquirer Merchant ID | Corporate Name | Merchant DBA Name | Mercha nt Street | City | Sta te | Merchant Phone Number | Merchant Category Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009-09 | 9/26/2009 | 9/30/2009 | 11 | 0 | | | 4294.74 | 11 | ████ | ████ | ████ | PACIFIC MANAGEMENT SHERID RECOV | PACIFIC MANAGEMENT SHERID REC | 355 N AN 115 | 9518245265 | CA | 9514520813 | PROFESSI ONAL SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2009-10 | 10/2/2009 | 10/31/2009 | 64 | -1 | | | 15053.4 | 52 | | | | PACIFIC MANAGEMENT SHERID RECOV | PACIFIC MANAGEMENT SHERID REC | 355 N AN 115 | 9518245265 | CA | 9514520813 | PROFESSI ONAL SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2009-11 | 11/2/2009 | 11/30/2009 | 59 | 0 | | | 15337.34 | 53 | | | | PACIFIC MANAGEMENT SHERID RECOV | PACIFIC MANAGEMENT SHERID REC | 355 N AN 115 | 9518245265 | CA | 9514520813 | PROFESSI ONAL SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2009-12 | 12/1/2009 | 12/31/2009 | 82 | 0 | | | 26484.44 | 68 | | | | PACIFIC MANAGEMENT SHERID RECOV | PACIFIC MANAGEMENT SHERID REC | 355 N AN 115 | 9518245265 | CA | 9514520813 | PROFESSI ONAL SERVICES- NOT ELSEWHE RE CLASSIFIE D |

MC-000005

Gale Attachment 35

MC-000006

**Gale Attachment 35**

| Acct | Date From | Date To | | | | | | Amount | | | Name | Name | Address | City / Phone | State | | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010-01 | 1/2/2010 | 1/30/2010 | 98 | 0 | | | 98 | 34581.59 | 79 | | | PACIFIC MANAGEMENT RECOV | PACIFIC MANAGEMENT REC | 355 N SHERID AN 115 | 9518245265 | CA | 9514520813 D | PROFESSI ONAL SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| ...-2 | 2/2/2010 | 2/27/2010 | 102 | -4 | 5 | 1555.37 | 98 | 40993.97 | 85 | | | PACIFIC MANAGEMENT RECOV | PACIFIC MANAGEMENT REC | 355 N SHERID AN 115 | 9518245265 | CA | 9514520813 D | PROFESSI ONAL SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 010-03 | 3/1/2010 | 3/17/2010 | 95 | 0 | 2 | 1574.5 | 95 | 37521.86 | 87 | | | PACIFIC MANAGEMENT RECOV | PACIFIC MANAGEMENT REC | 355 N AN 115 | 9518245265 | CA | D | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 010-03 | 3/24/2010 | 3/31/2010 | 28 | 0 | | | 28 | 14756.79 | 27 | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | PROFESSI ONAL SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 010-04 | 4/1/2010 | 4/30/2010 | 83 | 0 | 1 | 215.62 | 83 | 29710.59 | 62 | | | PRIME WEST MANAGEMENT RECCOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

| | Start | End | | | | | | | | | | | Company | Short Name | Address | City | State | | Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 7/11/2010 | 7/31/2010 | 50 | 0 | 6 | 2613.6 | 50 | 26957.49 | 40 | | | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | N NORTH LINCOL | CORONA | CA | | BUSINESS SERVICES-NOT ELSEWHERE CLASSIFIED |
| 2010-06 | 6/7/2010 | 6/30/2010 | 26 | -1 | | | 25 | 18157.71 | 21 | | | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL | CORONA | CA | | BUSINESS SERVICES-NOT ELSEWHERE CLASSIFIED |
| 2010-06 | 6/4/2010 | 6/30/2010 | 35 | 0 | | | 35 | 22077.05 | 29 | | | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | | BUSINESS SERVICES-NOT ELSEWHERE CLASSIFIED |
| 2010-06 | 6/3/2010 | 6/30/2010 | 88 | 0 | 2 | 400 | 88 | 29264.16 | 70 | | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | BUSINESS SERVICES-NOT ELSEWHERE CLASSIFIED |
| 2010-05 | 5/1/2010 | 5/31/2010 | 126 | -1 | | | 125 | 47025.49 | 89 | | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | | BUSINESS SERVICES-NOT ELSEWHERE CLASSIFIED |

MC-000007

Gale Attachment 35

599

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-07 | 7/1/2010 | 7/31/2010 | 53 | 0 | 1 | 150 | 53 | 24365.11 | 47 | | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-07 | 7/1/2010 | 7/31/2010 | 87 | 0 | | | 87 | 32547.84 | 72 | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-08 | 8/2/2010 | 8/30/2010 | 49 | 0 | | | 49 | 24657.16 | 47 | | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-08 | 8/2/2010 | 8/30/2010 | 57 | 0 | | | 57 | 19168.64 | 42 | | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 109 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 8 | 8/2/2010 | 8/30/2010 | 85 | -1 | 2 | 740.24 | 84 | 24623.83 | 70 | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

MC-000008

**Gale Attachment 35**

592

MC-000009

Gale Attachment 35

| | | | | | | | | | | Company | Name | Address | City | State | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-08 | 8/6/2010 | 8/30/2010 | 26 | 0 | | | 26 | 14672.87 | 24 | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 RINCON EAST | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2010-09 | 9/1/2010 | 9/29/2010 | 95 | 0 | 1 | 400 | 95 | 34534.92 | 77 | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-09 | 9/1/2010 | 9/30/2010 | 46 | 0 | 1 | 500 | 46 | 26918.69 | 43 | RINCON MANAGEMENT EAST SERVICES | RINCON MANAGEMENT EAST SERV | 495 RINCON EAST | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-09 | 9/1/2010 | 9/30/2010 | 51 | 0 | 1 | 200 | 51 | 15253.88 | 46 | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 268 NORTH SHERID AN | CORONA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 9 | 9/1/2010 | 9/30/2010 | 76 | 0 | 1 | 1658.24 | 76 | 28562.98 | 53 | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | N NORTH LINCOL | CORONA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

593

MC-000010

Gale Attachment 35

| Code | Start Date | End Date | | | | | | Amount | | Company Name | Company | Address | City | State | Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 10/1/2010 | 10/30/2010 | 81 | 0 | | | 81 | 36784.29 | 68 | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 010-10 | 10/1/2010 | 10/30/2010 | 58 | 0 | | | 58 | 15009.61 | 55 | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 010-10 | 10/1/2010 | 10/30/2010 | 119 | 0 | 1 | 900 | 119 | 31841.38 | 91 | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 010-09 | 9/25/2010 | 9/30/2010 | 4 | 0 | | | 4 | 1436.98 | 4 | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 010-09 | 9/23/2010 | 9/29/2010 | 5 | 0 | | | 5 | 3771.61 | 5 | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

59

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-10 | 10/1/2010 | 10/30/2010 | 86 | 0 | | | 86 | 23332.83 | 64 | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2010-10 | 10/2/2010 | 10/30/2010 | 23 | 0 | | | 23 | 9455.81 | 18 | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-10 | 10/4/2010 | 10/29/2010 | 37 | 0 | | | 37 | 19701.01 | 30 | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-11 | 11/1/2010 | 11/29/2010 | 118 | -2 | | | 116 | 34448.65 | 96 | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| | 11/1/2010 | 11/29/2010 | 32 | 0 | 1 | 409.32 | 32 | 8440.5 | 25 | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

MC-000011

**Gale Attachment 35**

595