| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-11 | 11/1/2010 | 11/29/2010 | 45 | 0 | | 45 | 14289.16 | 41 | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 10-11 | 11/1/2010 | 11/29/2010 | 80 | 0 | 1 / 1500 | 80 | 18143.87 | 62 | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 10-11 | 11/1/2010 | 11/30/2010 | 79 | -1 | | 78 | 28415.8 | 70 | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 10-11 | 11/1/2010 | 11/30/2010 | 80 | -1 | | 79 | 18293.17 | 69 | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2 | 12/1/2010 | 12/27/2010 | 31 | 0 | | 31 | 9014.76 | 25 | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

MC-000012

Gale Attachment 35

598

| | | | | | | | | | | | Name | Name 2 | Address | City | State | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-12 | 12/1/2010 | 12/29/2010 | 71 | 0 | | 71 | 24378.8 | 65 | ■ | ■ | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 RINCON EAST | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-12 | 12/1/2010 | 12/31/2010 | 68 | 0 | 1 | 50 | 68 | 15605.56 | 58 | ■ | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-12 | 12/1/2010 | 12/31/2010 | 82 | 0 | | 82 | 24456.61 | 69 | ■ | ■ | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2010-12 | 12/1/2010 | 12/31/2010 | 93 | -1 | | 92 | 35081.02 | 87 | ■ | ■ | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D 599 |
| 12 | 12/2/2010 | 12/30/2010 | 41 | 0 | | 41 | 9651.25 | 38 | ■ | ■ | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

MC-000013

**Gale Attachment 35**

| | 2011-01 | 1/1/2011 | 1/31/2011 | 116 | 0 | | | 116 | 30395.59 | 95 | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | | CORONA | CA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| | 2011-01 | 1/1/2011 | 1/31/2011 | 59 | 0 | 2 | 1198.29 | 59 | 18301.07 | 54 | | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | | CORONA | CA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| | 2011-01 | 1/1/2011 | 1/31/2011 | 70 | | | | 70 | 27411.43 | 56 | | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | | CORONA | CA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| | 2011-01 | 1/1/2011 | 1/31/2011 | 87 | 0 | 1 | 203.74 | 87 | 22300.34 | 73 | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | | CORONA | CA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| J1 | 2011-01 | 1/1/2011 | 1/31/2011 | 93 | 0 | 5 | 1597.11 | 93 | 22996.97 | 77 | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | | CORONA | CA | | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

MC-000014

Gale Attachment 35

598

MC-000015

Gale Attachment 35

| Period | Start | End | | | | | | | | | | | Company | Short Name | Address | City | State | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011-01 | 1/1/2011 | 1/31/2011 | 98 | | | | 98 | 29379.98 | 78 | | | | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2011-02 | 2/1/2011 | 2/9/2011 | 31 | 0 | 2 | 700 | 31 | 13456.61 | 30 | | | | PRIME WEST MANAGEMENT RECOVERY | PRIME WEST MANAGEMENT | 109 N MAPLE | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2011-02 | 2/1/2011 | 2/28/2011 | 103 | 0 | 2 | 200 | 103 | 37677.31 | 85 | | | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE 599 D |
| 2011-02 | 2/1/2011 | 2/28/2011 | 126 | 0 | 2 | 712.47 | 126 | 51928.28 | 112 | | | | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 02 | 2/1/2011 | 2/28/2011 | 69 | 0 | | | 69 | 30236.35 | 60 | | | | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

| Period | Start | End | | | | | | | | Name | Name (short) | Address | City | State | Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011-02 | 2/1/2011 | 2/28/2011 | 71 | 0 | 1 | 225.62 | 71 | 24854.61 | 57 | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2011-02 | 2/1/2011 | 2/28/2011 | 84 | 0 | 1 | | 84 | 29600.13 | 73 | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2011-03 | 3/1/2011 | 3/31/2011 | 105 | 0 | 1 | 125 | 105 | 31246.66 | 93 | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2011-03 | 3/1/2011 | 3/31/2011 | 76 | -1 | | | 75 | 24880.24 | 63 | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 03 | 3/1/2011 | 3/31/2011 | 97 | 0 | 2 | 530 | 97 | 26903.15 | 79 | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |

MC-000016

Gale Attachment 35

609

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011-04 | 4/1/2011 | 4/30/2011 | 125 | -1 | 3 | 1758.32 | 124 | 34990.03 | 109 | ████ | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | RINCON | CORONA | CA |
| 2011-04 | 4/1/2011 | 4/30/2011 | 105 | 0 | | | 105 | 27360.14 | 93 | ████ | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA |
| 2011-04 | 4/1/2011 | 4/30/2011 | 105 | 0 | 2 | 950 | 105 | 32541.01 | 93 | ████ | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA |
| 2011-03 | 3/2/2011 | 3/31/2011 | 77 | -1 | | | 76 | 26955.41 | 67 | ████ | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA |
| 2011-03 | 3/2/2011 | 3/31/2011 | 135 | 0 | 2 | 1145.85 | 135 | 46342.04 | 115 | ████ | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 EAST RINCON | CORONA | CA |

| | |
|---|---|
| D | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE |
| D | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE |
| D | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE |
| D | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE |
| D | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE |

601

MC-000017

Gale Attachment 35

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 011-04 | 4/1/2011 | 4/30/2011 | 81 | 0 | | | 81 | 28636.17 | 74 | NATIONAL FILING SERVICES | NATIONAL FILING SERVIC | 495 EAST RINCON | | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D 602 |
| 011-04 | 4/1/2011 | 4/30/2011 | 87 | 0 | 1 | 442.89 | 87 | 26737.77 | 78 | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 011-05 | 5/2/2011 | 5/30/2011 | 114 | -1 | | | 113 | 33895.96 | 96 | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 011-05 | 5/2/2011 | 5/30/2011 | 132 | 0 | 8 | 3659.28 | 132 | 42572.36 | 111 | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 011-05 | 5/2/2011 | 5/31/2011 | 106 | -1 | 4 | 1844.42 | 105 | 35609.8 | 83 | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D 35 |

MC-000018

| Period | Start | End | Count | | | Amount | Count | Amount | | | Company | Company Abbr. | Address | City | State | Business Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011-05 | 5/2/2011 | 5/31/2011 | 128 | | | | 128 | 31025.42 | 106 | [redacted] | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2011-05 | 5/2/2011 | 5/31/2011 | 157 | 0 | 5 | 1832.68 | 157 | 60898.48 | 140 | | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2011-06 | 6/1/2011 | 6/30/2011 | 104 | 0 | | | 104 | 27350.17 | 89 | | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2011-06 | 6/1/2011 | 6/30/2011 | 124 | -1 | 1 | 261.66 | 123 | 31227.17 | 116 | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 06 | 6/1/2011 | 6/30/2011 | 124 | 0 | 3 | 874.89 | 124 | 32137.69 | 111 | | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

603

MC-000019

Gale Attachment 35

| 2011-06 | 6/1/2011 | 6/30/2011 | 124 | 0 | 4 | 400 | 124 | 37922.49 | 102 | ■■■ | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2011-06 | 6/1/2011 | 6/30/2011 | 138 | 0 | 2 | 481.52 | 138 | 37322.12 | 119 | ■■■ | RINCON MANAGEMENT EAST SERVICES | RINCON MANAGEMENT EAST SERV | 495 RINCON | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2011-07 | 7/1/2011 | 7/14/2011 | 58 | | | | 58 | 15332.15 | 54 | ■■■ | RINCON MANAGEMENT SERVICES | RINCON MANAGEMENT SERV | 495 RINCON | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| 2011-07 | 7/1/2011 | 7/15/2011 | 44 | 0 | 1 | 575 | 44 | 9536.29 | 43 | ■■■ | CITY INVESTMENT SERVICES LLC | CITY INVESTMENT SERVIC | 268 NORTH LINCOL N | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |
| | 7/1/2011 | 7/15/2011 | 49 | 0 | 1 | 405.78 | 49 | 13258.62 | 47 | ■■■ | GLOBAL FILING SERVICES LLC | GLOBAL FILING SERVICES | 495 E RINCON | CORONA | CA | BUSINESS SERVICES-NOT ELSEWHE RE CLASSIFIE D |

MC-000020

Gale Attachment 35

602

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 011-07 | 7/1/2011 | 7/15/2011 | 53 | 0 | 1 | 200 | 53 | 16178.48 | 53 | | | NATIONAL FILING SERVICES LLC | NATIONAL FILING SERVIC | 495 EAST RINCON | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |
| 2011-07 | 7/1/2011 | 7/15/2011 | 63 | 0 | 1 | 252.2 | 63 | 12062.03 | 62 | | | UNION MANAGEMENT SERVICES LLC | UNION MANAGEMENT SERVI | 355 NORTH SHERID AN | CORONA | CA | BUSINESS SERVICES- NOT ELSEWHE RE CLASSIFIE D |

MC-000021

**Gale Attachment 35**          605

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
Pursuant to 28 U.S.C. § 1746

1.  I, _Christine Zieminski_, have personal knowledge of the facts set forth below

and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by MasterCard

Worldwide and attached hereto.

3.  The documents produced and attached hereto by MasterCard Worldwide are originals or

true copies of records of regularly conducted activity that:

a)  Were made at or near the time of the occurrence of the matters set forth by, or

from information transmitted by, a person with knowledge of those matters;

b)  Were kept in the course of the regularly conducted activity of MasterCard

Worldwide; and

c)  Were made by the regularly conducted activity as a regular practice of

MasterCard Worldwide.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _August 18_, 2011.

_Christine Zieminski_
Signature

Gale Attachment 35
MC-000002

*#3940*

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date 4-5-11 |
| --- |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* | 3a. Address to be Used for Delivery *(Include PMB or # sign.)* # 1181 MAGNOLIA AVE STE D |
| --- | --- |
| | 3b. City CORONA | 3c. State CA | 3d. ZIP + 4 ® 92879 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): *MapleFiling / City Investment* |
| --- | --- |
| a. Name The UPS Store #1875 | *Prime Western    Global Filing* |
| b. Address *(No., street, apt./ste. no.)* 1181 MAGNOLIA AVE STE D | *Prime West        National Filing* |
| c. City CORONA | d. State CA | e. ZIP + 4 92879 | *Union Mgt          Rock Well* |
| 6. Name of Applicant | *Rincon Mgt* |

| 7a. Applicant Home Address *(No., street, apt./ste. no.)* 980 Montecito Dr # 205 |
| --- |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City Corona | 7c. State CA | 7d. ZIP + 4 92879 |
| a. CADL | 7e. Applicant Telephone Number *(Include area code)* 951-547-2043 |
| | 9. Name of Firm or Corporation Maple Filing |
| b. Ins. Card. Policy # | 10a. Business Address *(No., street, apt./ste. no.)* 980 Montecito # 205 |
| | 10b. City Corona | 10c. State CA | 10d. ZIP + 4 92879 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number *(Include area code)* 951-547-2043 |
| | 11. Type of Business Investments / Filing Serv |

| 12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)* |
| --- |
| |

| 13. If a CORPORATION, Give Names and Addresses of its Officers. | 14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration. |
| --- | --- |
| | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant *(if firm or corporation, application must be signed by officer. Show title.)* |
| --- | --- |
| *[signature]* | *[signature]* |

PS Form 1583, December 2004 (Page 1 of 2) (7530-01-000-9365)                    This form on internet at www.usps.com®

Jul-28-2011 01:22 PM USPS - Coror    A 951-737-9540                                                    4/7

**Privacy Act Statement:** Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

INITIAL

PS Form 1583, December 2004 *(Page 2 of 2)* (7530-01-000-9365)

Acknowledgement by Private Mailbox Services Customers (CA Residents Only)

## Acknowledgement by Private Mailbox Services Customers

This acknowledgement is required by Section 17538.5 of the California Business and Professions Code.
Any person obtaining private mailbox receiving service in the State of California must read and acknowledge receipt of the following statement, which is to be kept on file at this Commercial Mail Receiving Agency (CMRA) and will be made available, upon demand, to the Department of Consumer Affairs or any law enforcement agency conducting an investigation.
By requesting and obtaining use of a CMRA in the State of California, I acknowledge that:

1. I am obligated to disclose my actual home address or place of residence on a United States Postal Service (USPS) Form 1583 or other form as may later be developed and I further agree that I will provide prompt written notice to this CMRA of any subsequent change in my home address or place or residence.
2. By signing below, I irrevocably authorize this CMRA to act as my Agent for service of process to receive any legal documents that may be served upon me. This authorization shall continue from the date of this agreement until two (2) years after my mail receiving service has been terminated. I understand that this CMRA will: (a) place a copy of the documents or a notice that the documents were received into my mailbox or other place where I usually receive my mail, unless my mail receiving service has been terminated; and (b) send all documents by First Class Mail to my home or other address last known to the CMRA.
3. I further acknowledge that I understand that use of a private mailbox receiving service for commercial purposes in the State of California requires the user to comply with all applicable laws, including Section 17538.5 of the Business and Professions Code and laws prohibiting unfair competition and false advertising as set forth in Sections 17200 and 17500 of the Business and Professions Code. Violation of these laws may result in criminal or civil penalties or both. I understand that the United States Postal Service Form 1583 that must be prepared for each private mailbox receiving customer shall be delivered to the local United States Post Office and a copy of the form must be retained by this CMRA and made available upon demand to the Department of Consumer Affairs or any law enforcement agency conducting an investigation. I hereby agree to accept and abide by the foregoing requirements.

DATE 7-5-11   SIGNATURE _____
NAME PRINTED Jason Begley
STREET ADDRESS 980 Montecito #205
CITY Corona   STATE CA   ZIP 92879

Gale Attachment 36

#381

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
| 5-28-10 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* | | | 3a. Address to be Used for Delivery (Include PMB or # sign.) # 1191 MAGNOLIA AVE STE D | | |
| *Prime West Union Management* | | | | | |
| 4. Applicant authorizes delivery to and in care of: | | | 3b. City CORONA | 3c. State CA | 3d. ZIP + 4 ® 92879 |
| a. Name The UPS Store #1878 | | | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): | | |
| b. Address *(No., street, apt./ste. no.)* 1191 MAGNOLIA AVE STE D | | | | | |
| c. City CORONA | d. State CA | e. ZIP + 4 92879 | | | |
| 6. Name of Applicant *Jason Regley* | | | 7a. Applicant Home Address *(No., street, apt./ste, no)* | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | | | 7b. City *Riverside* | 7c. State *CA* | 7d. ZIP + 4 |
| a. *CADL #* ▇▇▇ *Exp* ▇▇ | | | 7e. Applicant Telephone Number *(include area code)* | | |
| b. *KAISER PERMANENTE CARD* | | | 9. Name of Firm or Corporation | | |
| | | | 10a. Business Address *(No., street, apt./ste, no)* *241 N Main* *104-261* | 10c. State *CA* | 10d. ZIP + 4 *92880* |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | | | 10b. City *Corona* | | |
| | | | 10e. Business Telephone Number *(include area code)* *951-547-8093* | | |
| | | | 11. Type of Business *Financial Consulting* | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)* | | | | | |
| 13. If a CORPORATION, Give Names and Addresses of its Officers | | | 14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration. | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant *(if firm or corporation, application must be signed by officer. Show title.)* |
| *[signature]* | *[signature]* |

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)                    This form on Internet at www.usps.com®

**Privacy Act Statement:** Your Information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

INITIAL

PS Form **1583**, December 2004 *(Page 2 of 2)* (7530-01-000-9365)

**Gale Attachment 36**

Acknowledgement by Private Mailbox Services Customers (CA Residents Only)

## Acknowledgement by Private Mailbox Services Customers

This acknowledgement is required by Section 17538.5 of the California Business and Professions Code.
Any person obtaining private mailbox receiving service in the State of California must read and acknowledge receipt of the following statement, which is to be kept on file at this Commercial Mail Receiving Agency (CMRA) and will be made available, upon demand, to the Department of Consumer Affairs or any law enforcement agency conducting an investigation.

By requesting and obtaining use of a CMRA in the State of California, I acknowledge that:

1. I am obligated to disclose my actual home address or place of residence on a United States Postal Service (USPS) Form 1583 or other form as may later be developed and I further agree that I will provide prompt written notice to this CMRA of any subsequent change in my home address or place of residence.

2. By signing below, I irrevocably authorize this CMRA to act as my Agent for service of process to receive any legal documents that may be served upon me. This authorization shall continue from the date of this agreement until two (2) years after my mail receiving service has been terminated. I understand that this CMRA will: (a) place a copy of the documents or a notice that the documents were received into my mailbox or other place where I usually receive my mail, unless my mail receiving service has been terminated; and (b) send all documents by First Class Mail to my home or other address last known to the CMRA.

3. I further acknowledge that I understand that use of a private mailbox receiving service for commercial purposes in the State of California requires the user to comply with all applicable laws, including Section 17538.5 of the Business and Professions Code and laws prohibiting unfair competition and false advertising as set forth in Sections 17200 and 17500 of the Business and Professions Code. Violation of these laws may result in criminal or civil penalties or both. I understand that the United States Postal Service Form 1583 that must be prepared for each private mailbox receiving customer shall be delivered to the local United States Post Office and a copy of the form must be retained by this CMRA and made available upon demand to the Department of Consumer Affairs or any law enforcement agency conducting an investigation. I hereby agree to accept and abide by the foregoing requirements.

DATE ____  . . . .  SIGNATURE _Jn R Beg_____

NAME PRINTED—_Jason R Begley_____

STREET ADDRESS _980 Montecito 205_____

CITY _Corona___ STATE _CA___ ZIP _92879_

Corona Main


July 28, 2011

Bruce P. Gale
U. S. Federal Trade Commission
Western Region
10877 Wilshire Blvd., Ste 700
Los Angeles, CA 90024-4341

*Re: Pacific Management Recovery:  Union Management Services LLC (listed as associated City Investment Services); Prime West Management LLC at 541 North Main Street, Suites 104-261, Corona, CA 92882.*

*Rincon Management Services LLC (CA); National Filing Services LLC (CA); Rockwell Management Services; City Investment Services LLC; Global Filing Services LLC; Union Management Services LLC; Union Filing Services; Portfolio Investments; Prime West Management Recovery LLC (DE) at 1191 Magnolia Ave, D-381, Corona, CA 92879.*

Dear Mr. Gale:

Here's the information that we were able to collect for you.  The information from the 541 North Main Street, Suites 104-261 is limited or no longer available due to the United Parcel Service business at that location.

Information from the 1191 Magnolia Ave address is attached.

If you need anything else please contact me at email address:  Deena.A.Tanksley@usps.gov .

Sincerely,
Deena Tanksley
Supervisor Customer Services
Corona Main

414 W Grand Blvd
Corona, CA 92878

Gale Attachment 36



## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, do hereby declare:

1. My name is  Quinn Clemmons
(Name of Declarant)

2. I am a United States citizen and over eighteen (18) years of age. I am acting in behalf of the custodian of records of the business named in the subpoena, or I am otherwise qualified as a result of my position with the business named in the subpoena to make this declaration.

3. I am in receipt of a Civil Proceeding Subpoena Request served on Cbeyond, signed by Commissioner, and requesting specified records of Cbeyond. Attached to this declaration are records responsive to the subpoena. Pursuant to Federal Rules of Evidence Rules 803(6) (Records of regularly conducted activity) and 902(11) (Certified domestic records or regularly conducted activity), I hereby certify that the records attached to this declaration:

    a)  Were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters;
    b)  Were kept in the course of a regularly conducted business activity; and
    c)  Were made by the regularly conducted activity as a regular practice.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on 08/02/2011

(signature of declarant)
Quinn Clemmons, Authorized Agent for Custodian of Records
(name and title of declarant)
Neustar, Inc.
(name of business)
46000 Center Oak Plaza
(business address)
Sterling, VA 20166

Neustar, Inc. · 46000 Center Oak Plaza, Sterling, VA 20166 / tel: 877 610-4357 fax: 571 434-3401 or 571 434-3402  www.neustar.biz

**Attachment 37**

614                                            CBeyond-000002

# neustar™

**Date: 08/02/2011**
**Cbeyond   Case #**

    We are a designated agent of Cbeyond authorized to respond to subpoenas, search warrants, and court orders for the production of customer and call detail records. We conducted a search of Cbeyond records in response to the lawful process you issued and served on Cbeyond on 07/21/2011. This letter is to advise you that the following records are enclosed in response to the attached request:

### Customer Records

| | |
|---|---|
| X Subscriber Info | __ MMS Messages |
| __ Monthly Statements | __ Cell Sites Info |
| X Incoming Calls | __ Customer Notes/Comments |
| X Outgoing Calls | X Payment Details |
| __ SMS Messages | __ MAC Address |
| __ IP Traffic Related Content | X Others |
| __ Records Provided on Disk | __ No Records Available |

### Description of Records:

| Target Details | Comments | Date From: | Date To: |
|---|---|---|---|
| (877)-401-6202 | | 07/01/2008 | 07/14/2011 |
| (877)-571-5190 | | 07/01/2008 | 07/14/2011 |
| (877)-717-9946 | | 07/01/2008 | 07/14/2011 |
| (877)-696-8121 | | 07/01/2008 | 07/14/2011 |
| (877)-527-9806 | | 07/01/2008 | 07/14/2011 |
| (877)-489-2120 | | 07/01/2008 | 07/14/2011 |

    If you have any questions, please contact  Quinn Clemmons at (571)-434-3506, between the hours of 8:30 A.M. and 5 P.M. EST/EDT.  Please reference the control number QC19751  to enable us to retrieve the subpoena and letter from our files for the contact.

Yours truly,

Authorized Agent for Custodian of Records

**Attachment 37**

**615**

**CBeyond-000010**

8774016202 & 8777179946

Ellison Management Services # 105868 416 E. Rincon St. Suite 201- Corona, CA 92879 Primary contact: Jason Begley Secondary contact is Wayne Lumford, Andrew Crust, & Jason Townsend Install: 7/22/2010

Features.

### Package

- Local calling features for all Analog customers include call forwarding, call waiting, call hunting, remote call forwarding, call transfer, outbound call blocking, Caller ID with name and number, accounting codes and 3-way calling
- Managed Firewall with NAT, Port Forwarding, and Access Control Lists
- Directory Listing
- 1 Hosted Website and Domain
- 1.5 mbps
- 1000 pooled minutes including all local and long distance, toll free, pay-per-use mobile, and conference calling (audio/web) calls.
- Up to 8 landlines
- Up to 8 Trunk Lines
- Up to 200 DIDs
- 1 public IP address
- 5 Standard Voicemail
- 5 Secure Desktop subscriptions
- Up to 3 standard toll free numbers
- One Fax to Email number
- Up to 200 Hosted Microsoft Exchange Basic email mailboxes (POP and webmail).
- 5 GB of Secure Backup storage

| Communications Pack | E-Business Pack |
|---|---|
| No Communications Pack Selected | No E-Business Pack Selected |

Associated #'s:
8777179946 8777270978 8774016202

9512681330
9512681331
9512681332
9512681333
9512681334
9512681335
9512681336
9512681337
9512681338

**Attachment 37**

**CBeyond-000011**

9512681346
9512681347
9512681348
9512681349
9512681350
9512681351
9512681352
9512681353
9512681354
9512681355
9512681356
9512681357
9512681358
9512681359
9512681360
9512681361
9512681362
9512681363
9512681364
9512681365
9512681366
9512681367
9512681368

Instrument #: n/a CDR: awaiting response from appropriate group Payment information: awaiting response from appropriate group

2

**Attachment 37**

**CBeyond-000012**

8775715190 & 8774892120

## Package

- Local calling features for all Analog customers include call forwarding, call waiting, call hunting, remote call forwarding, call transfer, outbound call blocking, Caller ID with name and number, accounting codes and 3-way calling
- Managed Firewall with NAT, Port Forwarding, and Access Control Lists
- Directory Listing
- 1 Hosted Website and Domain
- 1.5 mbps
- 1000 pooled minutes including all local and long distance, toll free, pay-per-use mobile, and conference calling (audio/web) calls.
- Up to 8 landlines
- Up to 8 Trunk Lines
- Up to 200 DIDs
- 1 public IP address
- 5 Standard Voicemail
- 5 Secure Desktop subscriptions
- Up to 3 standard toll free numbers
- One Fax to Email number
- Up to 200 Hosted Microsoft Exchange Basic email mailboxes (POP and webmail).
- 5 GB of Secure Backup storage

| Communications Pack | E-Business Pack |
|---|---|
| No Communications Pack Selected | No E-Business Pack Selected |

9512681280
9512681281
9512681282
9512681283
9512681284
9512681285
9512681286
9512681287
9512681288
9512681289
9512681290
9512681291

**Attachment 37**

CBeyond-000013

```
9512681310
9512681311
9512681312
9512681313
9512681314
9512681315
9512681316
9512681317
9512681318
9512681319
9512681320
```

8776968121 & 8775279806

Rincon Management Services II - 126670 495 E. Rincon St.   Suite 204 – Corona, CA 92879 Primary contact: Jason Begley Secondary contact/s:   Wayne Lunsford; Andrew Quist & Jason Townsend Install:   8/9/2010

Features:

| Package | Communications Pack | E-Business Pack |
|---|---|---|
| - Local calling features for all Analog customers include call forwarding, call waiting, call hunting, remote call forwarding, call transfer, outbound call blocking, Caller ID with name and number, accounting codes and 3-way calling | No Communications Pack Selected | No E-Business Pack Selected |

- Managed Firewall with NAT, Port Forwarding, and Access Control Lists
- Directory Listing
- 1 Hosted Website and Domain
- 1.5 mbps
- 1000 pooled minutes including all local and long distance, toll free, pay-per-use mobile, and conference calling (audio/web) calls.
- Up to 8 landlines
- Up to 8 Trunk Lines
- Up to 200 DIDs
- 1 public IP address
- 5 Standard Voicemail
- 5 Secure Desktop subscriptions
- Up to 3 standard toll free numbers
- One Fax to Email number
- Up to 200 Hosted Microsoft Exchange Basic email mailboxes (POP and webmail).
- 5 GB of Secure Backup storage

Associated #s: 877-878-6085

Attachment 37

CBeyond-000014

9515822112
9512681500
9512681501
9512681502
9512681503
9512681504
9512681505
9512681506
9512681507
9512681508
9512681509
9512681510
9512681511
9512681512
9512681513
9512681514
9512681515
9512681516
9512681517
9512681518
9512681519
9512681520
9512681521
9512681522
9512681523

**Attachment 37**

CBeyond-000015

9512681548
9512681549
9512681550
9512681551
9512681552
9512681553
9512681554
9512681555

Instrument #: n/a CDR: awaiting response from appropriate group Payment information: awaiting response from appropriate group

**Attachment 37**

**CBeyond-000016**

1  | Todd M. Friedman (216752)
2  | Darin Shaw (251037)
3  | Law Offices of Todd M. Friedman, P.C.
   | 369 S. Doheny Dr. #415
4  | Beverly Hills, CA 90211
5  | Phone: 877 206-4741
   | Fax: 866 633-0228
6  | tfriedman@attorneysforconsumers.com
7  | dshaw@attorneysforconsumers.com
   | Attorney for Plaintiff
8
9
10 |           UNITED STATES DISTRICT COURT
11 |       FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | MAJA PEPION,                    )   Case No. CV11-05164CAS(OPX)
13 |                                 )
   | Plaintiff,                      )   COMPLAINT FOR VIOLATION
14 |                                 )    OF FEDERAL FAIR DEBT
15 |     vs.                         )   COLLECTION PRACTICES ACT
   |                                 )   AND ROSENTHAL FAIR DEBT
16 | GLOBAL FILING SERVICES, LLC,)   COLLECTION PRACTICES ACT
17 |                                 )
   | Defendant.                      )
18 |                                 )
19 | _____)

20 |                 I. INTRODUCTION

21 |     1.  This is an action for damages brought by an individual consumer for

22 | Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.

23 |
24 | §1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection

25 | Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), both of

26 |
27 | which prohibit debt collectors from engaging in abusive, deceptive, and unfair

28 | practices.

Gale Attachment 38

## II. JURISDICTION

2.     Jurisdiction of this Court arises under 15 U.S.C. §1692k (d).

## III. PARTIES

3.     Plaintiff, Maja Pepion ("Plaintiff"), is a natural person residing in San Bernardino county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4.     At all relevant times herein, Defendant, Global Filing Services, LLC, ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f).  Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## IV. FACTUAL ALLEGATIONS

5.     At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

6.     In December 2010, Defendant contacted Plaintiff in connection with an attempt to collect an alleged debt that was incurred in 2004.

Gale Attachment 38

7.     On more than one occasion, Defendant contacted Plaintiff's supervisor, a third party to this action, for purposes beyond obtaining location information.

8.     Defendant disclosed to Plaintiff's supervisor, a third party to this action, the existence of an alleged debt owed by Plaintiff and the identity of Defendant without being expressly requested.

9.     Defendant threatened that failure to pay the alleged debt would result in a legal action against Plaintiff.

10.    Defendant falsely threatened that a legal proceeding had been initiated against Plaintiff for failure to pay an alleged debt where no such action had been taken, including but not limited to, threats that a process server would be sent to Plaintiff's place of employment to serve her with documents.

11.    Defendant failed to provide Plaintiff with notices within five days of the initial contact.

12.    Defendant contacted Plaintiff at times and places that were known to be inconvenient and with such a frequency as to constitute harassment under the circumstances.

13.    Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

　　　a) Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment,

**Gale Attachment 38**

attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intend to take such action (§1692e(4));

b) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));

c) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));

d) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10);

e) Failing to provide Plaintiff with the notices required by 15 USC § 1692g, either in the initial communication with Plaintiff, or in writing within 5 days thereof (§1692g(a));

f) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692d));

g) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f));

h) Threatening Plaintiff that nonpayment of Plaintiff's debt may result in the arrest of Plaintiff or the seizure, garnishment, attachment or sale of any property or the garnishment or attachment of wages of Plaintiff, where such action was not in fact contemplated by the debt collector and permitted by the law (Cal Civ Code §1788.10(e));

i) Threatening to take an action against Plaintiff that is prohibited by § 1788 of the California Civil Code (Cal Civ Code §1788.10(f));

Gale Attachment 38

j)  In connection with an attempt to collect an alleged debt from Plaintiff, contacting a third party for purposes other than obtaining location information (§1692b & §1692c(b));

k)  In connection with an attempt to collect an alleged debt from Plaintiff, providing the identity of Defendant to a third party without such information being expressly requested (§1692b(1) & §1692c(b));

l)  Disclosing to a third party the existence of the debt allegedly owed by Plaintiff (§1692b(2) & §1692c(b));

m) Communicating with a single third party more than once in connection with an attempt to collect an alleged debt from Plaintiff (§1692b(3) & §1692c(b));

n)  Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code §1788.11(d));

o)  Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code §1788.11(e));

p)  Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§1692d(5));and

q)  Communicating with Plaintiff at times or places which were known or should have been known to be inconvenient for Plaintiff (§1692c(a)(1)).

14.    As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and

Gale Attachment 38

Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT
## COLLECTION PRACTICES ACT

15.     Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

      A.     Declaratory judgment that Defendant's conduct violated the FDCPA;

      B.     Actual damages;

      C.     Statutory damages;

      D.     Costs and reasonable attorney's fees; and,

      E.     For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF ROSENTHAL
## FAIR DEBT COLLECTION PRACTICES ACT

16.     Plaintiff reincorporates by reference all of the preceding paragraphs.

17.     Further, *§1788.17* of the RFDCPA mandates that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j, inclusive, of, and shall be subject to

Gale Attachment 38

the remedies in Section 1692k of, Title 15 of the United States Code statutory

regulations contained within the FDCPA, *15 U.S.C. §1692d, and §1692d(5)*.

18.   To the extent that Defendant's actions, counted above, violated the

RFDCPA, those actions were done knowingly and willfully.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered

against the Defendant for the following:

A.   Declaratory judgment that Defendant's conduct

violated the RFDCPA;

B.   Actual damages;

C.   Statutory damages for willful and negligent violations;

D.   Costs and reasonable attorney's fees,

E.   For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 15th day of June, 2011.

By: _____

Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

**Gale Attachment 38**

(OPx), DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:11-cv-05164-CAS -OP

Maja Pepion v. Global Filing Services LLC
Assigned to: Judge Christina A. Snyder
Referred to: Magistrate Judge Oswald Parada
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 06/21/2011
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Maja Pepion**

represented by **Darin Shaw**
Law Offices of Todd M Friedman PC
369 South Doheny Drive Suite 415
Beverly Hills, CA 90211
877-206-4741
Fax: 866-633-0228
Email:
dshaw@attorneysforconsumers.com
*ATTORNEY TO BE NOTICED*

**Todd M Friedman**
Law Offices of Todd M Friedman PC
369 South Doheny Drive Suite 415
Beverly Hills, CA 90211
877-206-4741
Fax: 866-623-0228
Email:
tfriedman@AttorneysForConsumers.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Global Filing Services LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2011 | 1 | COMPLAINT against Defendant Global Filing Services LLC.Case assigned to Judge Christina A. Snyder for all further proceedings. Discovery referred to Magistrate Judge Oswald Parada Jury Demanded. filed by Plaintiff Maja Pepion. (Filing fee paid $ 350). (et) (ds). (Entered: 06/22/2011) |
| 06/21/2011 | | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendant Global |

| | | Filing Services LLC. (et) (Entered: 06/22/2011) |
|---|---|---|
| 06/21/2011 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Maja Pepion. (et) (ds). (Entered: 06/22/2011) |
| 06/21/2011 | 3 | NOTICE TO PARTIES OF ADR PROGRAM filed. (et) (Entered: 06/22/2011) |
| 07/05/2011 | 4 | NOTICE TO COUNSEL by Judge Christina A. Snyder: This case has been assigned to the calendar of Judge Christina A. Snyder. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. See document for details. (gk) (Entered: 07/06/2011) |
| 08/01/2011 | 5 | PROOF OF SERVICE Executed by Plaintiff Maja Pepion, upon Defendant Global Filing Services LLC served on 6/29/2011, answer due 7/20/2011. Service of the Summons and Complaint were executed upon Sara Baca c/o Incorporating Solutions Group, Inc., agent for service in compliance with California Code of Civil Procedure by personal service. Original Summons returned. (Friedman, Todd) (Entered: 08/01/2011) |
| 09/01/2011 | 6 | APPLICATION for Clerk to Enter Default against defendant Global Filing Services LLC filed by plaintiff Maja Pepion. (Attachments: # 1 Affidavit of Todd Friedman)(Friedman, Todd) (Entered: 09/01/2011) |
| 09/06/2011 | 7 | DEFAULT BY CLERK as to Defendant Global Filing Services, LLC, re 6 . (gk) (Entered: 09/06/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/14/2011 13:14:54 | | |
| **PACER Login:** | ft0030 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:11-cv-05164-CAS -OP End date: 9/14/2011 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJA PEPION | CASE NUMBER |
| | CV 11-05164 CAS (OPx) |
| PLAINTIFF(S) | |
| v. | |
| GLOBAL FILING SERVICES, LLC | **DEFAULT BY CLERK** |
| | **F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a),  that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Global Filing Services, LLC

Clerk, U. S. District Court

| | |
|---|---|
| 9/6/2011 | By  G. Kami          (213) 894-0747 |
| Date | Deputy Clerk |

CV-37 (10/01)                    DEFAULT BY CLERK F.R.Civ.P. 55(a)                    ~~Gale Attachment 38~~

1  Todd M. Friedman (216752)
2  Darin Shaw (251037)
   Law Offices of Todd M. Friedman, P.C.
3  369 S. Doheny Dr. #415
4  Beverly Hills, CA 90211
   Phone: 877 206-4741
5  Fax: 866 633-0228
6  tfriedman@attorneysforconsumers.com
7  dshaw@attorneysforconsumers.com
   Attorney for Plaintiff
8

9

10            UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  ADRIENNE THERRIEN,          )  Case No. SACV11-00971 VS (MLGx)
                                )
13  Plaintiff,                  )  COMPLAINT FOR VIOLATION
14                              )   OF FEDERAL FAIR DEBT
        vs.                     )  COLLECTION PRACTICES ACT
15                              )  AND ROSENTHAL FAIR DEBT
16  GLOBAL FILING SERVICES, LLC,)  COLLECTION PRACTICES ACT
17                              )
18  Defendant.                  )
                                )
19  ─────────────────────────── )

20                    I. INTRODUCTION

21      1.  This is an action for damages brought by an individual consumer for

22  Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.

23  §1692, et seq. (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection

24

25  Practices Act, Cal Civ Code §1788, et seq. (hereinafter "RFDCPA"), both of

26  which prohibit debt collectors from engaging in abusive, deceptive, and unfair

27

28  practices.

Gale Attachment 39

## II. JURISDICTION

2.     Jurisdiction of this Court arises under 15 U.S.C. §1692k (d).

### III. PARTIES

3.     Plaintiff, ADRIENNE THERRIEN ("Plaintiff"), is a natural person residing in Orange county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4.     At all relevant times herein, Defendant, Global Filing Services, LLC, ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f).   Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

### IV. FACTUAL ALLEGATIONS

5.     At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

6.     Plaintiff received from Defendant more than 4 collections calls per day in connection with an attempt to collect an alleged debt.

**Gale Attachment 39**

7.     Defendant contacted Plaintiff at times and places that were known to be inconvenient, including but not limited to, collections calls made to Plaintiff's work.

8.     Defendant contacted Plaintiff with such a frequency as to constitute harassment under the circumstances, including but not limited to calling Plaintiff more than 4 times in a day.

9.     Defendant falsely represented the legal status of the alleged debt, including but not limited to, calls made to Plaintiff attempting to confirm her address falsely claiming that a process server would be sent to serve her a summons, where no such action has been taken against Plaintiff.

10.     Defendant overshadowed the thirty day dispute period, including attempting to collect immediate and/or payment within the thirty date dispute period.

11.     Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692d));
   b) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));
   c) Using Plaintiff, or distributing to Plaintiff, a written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval (§1692e(9));

Gale Attachment 39

d) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10);

e) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code §1788.11(d));

f) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code §1788.11(e));

g) Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§1692d(5));

h) Communicating with Plaintiff at times or places which were known or should have been known to be inconvenient for Plaintiff (§1692c(a)(1));

i) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f)); and

j) Overshadowing the disclosures required by 15 USC § 1692g(a) during the thirty-day dispute period (§1692g(b)).

12.   As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

13.   Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

**Gale Attachment 39**

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

      A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

      B.    Actual damages;

      C.    Statutory damages;

      D.    Costs and reasonable attorney's fees; and,

      E.    For such other and further relief as may be just and proper.

### COUNT II: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

14.    Plaintiff reincorporates by reference all of the preceding paragraphs.

15.    Further, §1788.17 of the RFDCPA mandates that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of, Title 15 of the United States Code statutory regulations contained within the FDCPA, 15 U.S.C. §1692d, and §1692d(5).

16.    To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

**Gale Attachment 39**

A.  Declaratory judgment that Defendant's conduct violated the RFDCPA;

B.  Actual damages;

C.  Statutory damages for willful and negligent violations;

D.  Costs and reasonable attorney's fees,

E.  For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 25th day of June, 2011.

By: _____

Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

Gale Attachment 39

(MLGx), DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:11-cv-00971-JVS -MLG

Adrienne Therrien v. Global Filing Services LLC
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge Marc L. Goldman
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 06/29/2011
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Adrienne Therrien**

represented by **Darin Shaw**
Law Offices of Todd M Friedman PC
369 South Doheny Drive Suite 415
Beverly Hills, CA 90211
877-206-4741
Fax: 866-633-0228
Email:
dshaw@attorneysforconsumers.com
*ATTORNEY TO BE NOTICED*

**Todd M Friedman**
Law Offices of Todd M Friedman PC
369 South Doheny Drive Suite 415
Beverly Hills, CA 90211
877-206-4741
Fax: 866-623-0228
Email:
tfriedman@AttorneysForConsumers.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Global Filing Services LLC**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/29/2011 | 1 | COMPLAINT against defendant Global Filing Services LLC. Case assigned to Judge James V. Selna for all further proceedings. Discovery referred to Magistrate Judge Marc L Goldman.(Filing fee $ 350 PAID) Jury Demanded, filed by plaintiff Adrienne Therrien.(dg) (dg). (Entered: 07/01/2011) |
|  |  |  |

| 06/29/2011 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Adrienne Therrien, (dg) (dg). (Entered: 07/01/2011) |
|---|---|---|
| 06/29/2011 | 3 | NOTICE TO PARTIES OF ADR PROGRAM filed.(dg) (dg). (Entered: 07/01/2011) |
| 07/19/2011 | 4 | INITIAL ORDER FOLLOWING THE FILING OF COMPLAINT by Judge James V. Selna. (ade) (Entered: 07/19/2011) |
| 07/25/2011 | 5 | ORDER Setting Rule 26(f) Scheduling Conference by Judge James V. Selna. Scheduling Conference set for 10/31/2011 at 11:30 AM before Judge James V. Selna. This case has been assigned to Judge James V. Selna. If plaintiff has not already served the complaint (or any amendment thereto) on all defendants, plaintiff shall promptly do so and shall file proofs of service within three days thereafter. Defendants also shall timely serve and file their responsive pleadings and file proofs of service within three days thereafter.(See order for further details) (nca) (Entered: 07/26/2011) |
| 08/04/2011 | 6 | PROOF OF SERVICE Executed by Plaintiff Adrienne Therrien, upon Defendant Global Filing Services LLC served on 7/7/2011, answer due 7/28/2011. Service of the Summons and Complaint were executed upon Sara Baca c/o Incorporation Solutions, Inc./ Agent for Service in compliance with California Code of Civil Procedure by personal service. Original Summons returned. (Friedman, Todd) (Entered: 08/04/2011) |
| 09/01/2011 | 7 | APPLICATION for Clerk to Enter Default against defendant Global Filing Services LLC filed by plaintiff Adrienne Therrien. (Attachments: # 1 Affidavit of Todd Friedman)(Friedman, Todd) (Entered: 09/01/2011) |
| 09/02/2011 | 8 | NOTICE OF DEFICIENCY Re: APPLICATION for Clerk to Enter Default against defendant Global Filing Services LLC 7 . The Clerk cannot enter the requested relief as Must indicate whether the person served in proof of service of summons and complaint is an authorized agent; The name of the person served does not exactly match the complaint; Manner of service (two selections made). (twdb) (Entered: 09/02/2011) |
| 09/13/2011 | 9 | PROOF OF SERVICE Executed by Plaintiff Global Filing Services LLC, upon Defendant Service of the Summons and Complaint were executed upon Sara Baca c/o Incorporating Solutions, Inc/ Agent for Service, Authorized to Accept in compliance with California Code of Civil Procedure by personal service. Original Summons returned. (Friedman, Todd) (Entered: 09/13/2011) |
| 09/13/2011 | 10 | Second APPLICATION for Clerk to Enter Default against defendant Global Filing Services LLC filed by plaintiff Adrienne Therrien. (Attachments: # 1 Affidavit of Todd Friedman)(Friedman, Todd) (Entered: 09/13/2011) |
| 09/14/2011 | 11 | DEFAULT BY CLERK ENTERED as to *Defendant Global Filing Services LLC* (twdb) (Entered: 09/14/2011) |

| PACER Service Center |
|---|
| Transaction Receipt |

**639**                                    **Gale Attachment 39**

| 09/14/2011 13:20:31 | | | |
|---|---|---|---|
| **PACER Login:** | ft0030 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:11-cv-00971-JVS -MLG End date: 9/14/2011 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrienne Therrien | CASE NUMBER |
| PLAINTIFF(S) | SACV11-971 JVS(MLGx) |
| v. | |
| Global Filing Services LLC | **DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Global Filing Services LLC

_____

Clerk, U. S. District Court

September 14, 2011
_____
Date

By   T. Debose
_____
Deputy Clerk

Gale Attachment 39