1 MARICELA SEGURA, CA Bar No. 225999
RAYMOND E. MCKOWN, CA Bar No. 150975
2 e-mail: msegura@ftc.gov and rmckown@ftc.gov
FEDERAL TRADE COMMISSION
3 10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
4 Telephone: (310) 824-4343
Facsimile:  (310) 824-4380
5
Attorneys for Plaintiff
6 FEDERAL TRADE COMMISSION

7

8                    UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
9

10 FEDERAL TRADE COMMISSION,         Case no. EDCV 11-01623 VAP (SPx)

11                          Plaintiff,

                    v.
12
   RINCON MANAGEMENT            DECLARATION OF FTC
13 SERVICES, LLC, a California limited   INVESTIGATOR ANN STAHL IN
   liability company, also d/b/a "Rincon   SUPPORT OF THE FTC'S
14 Debt Management," "Rincon Filing   APPLICATION FOR PRELIMINARY
   Services," and "Pacific Management   INJUNCTION AND APPOINTMENT
15 Recovery"; PRIME WEST          OF PERMANENT RECEIVER\
   MANAGEMENT RECOVERY, LLC,
16 a Delaware limited liability company;   [PART I: DECLARATION AND
   UNION MANAGEMENT             ATTACHMENTS 1 - 25]
17 SERVICES, LLC, a California limited
   liability company, also d/b/a "Union      OSC Hearing:
18 Filing Services"; NATIONAL FILING   Date: Monday, November 7, 2011
   SERVICES, LLC, a California limited   Time: 2:00 p.m.
19 liability company; CITY           Place: U.S. Courthouse, courtroom 2
   INVESTMENT SERVICES, LLC, a   3470 Twelfth Street, Riverside, CA
20 California limited liability company;   92501
   GLOBAL FILING SERVICES, LLC,
21 a California limited liability company;
   PACIFIC MANAGEMENT
22 RECOVERY, LLC, a Delaware limited
   liability company; JASON R.
23 BEGLEY, an individual; and WAYNE
   W. LUNSFORD, an individual,
24
                          Defendants.
25

26

27

28

## DECLARATION OF ANN STAHL

1.      My name is Ann Stahl.  I am an investigator with the Federal Trade Commission ("FTC").  I work in the Western Region, Los Angeles office.  The following statements are within my personal knowledge and if called upon as a witness I could and would competently testify thereto.

2.      On October 13, 2011, pursuant to the temporary restraining order ("TRO") entered in this action, FTC staff engaged in immediate access of the following business premises belonging to Defendants: 980 Montecito Dr., Suite 205, Corona, CA 92979; 495 E. Rincon St., Suites 201 and 204, Corona, CA 92879; 268 N. Lincoln Ave., Suite #9, Corona, CA 92882; and 109 N. Maple St., Suite C, Corona, CA 92879.

3.      The following is a description of 980 Montecito Dr., Suite 205, Corona, CA 92979 and 268 N. Lincoln Ave., Suite #9, Corona, CA 92882 and a description of some of the evidence we found at those locations.

### 980 MONTECITO DR., SUITE 205, CORONA, CA 92979

4.      I and other FTC staff entered the office suite at this location upon permission by receiver, Richard Weissman ("Receiver").  After the FTC entered, FTC staff created a map of the office suite.  **Attachment 1** is a true and correct copy of the map of Defendants' office suite at 980 Montecito Dr., Suite 205, Corona, CA 92979.

5.      **Jason Begley and Wayne Lunsford's office**.  When we arrived, Jason Begley ("Begley") was at this location with several of his employees.  The FTC had previously received driver's license information pertaining to individual defendants Jason Begley and Wayne Lunsford from the California Department of Motor Vehicles.  I recognized Begley from his driver's license photograph; he identified himself to me as Jason; and he was later identified as Jason Begley by his attorney, Samuel Lockhart, who was also present.  Later that morning, Wayne Lunsford ("Lunsford") arrived at the office.  I also recognized Lunsford from his

1

1   driver's license photograph, and he too was identified by his attorney, Mr.

2   Lockhart.

3        6.      Both Begley and Lunsford shared an office at 980 Montecito Dr.,

4   Suite 205.  Their office is marked as room C in Attachment 1.  We know this both

5   because this is the office where Begley and Lunsford went in and out of, and also

6   because we found name plates and information pertaining to each of them on their

7   respective desks.  The desk marked C1 in Attachment 1 belongs to Begley and the

8   desk marked C2 belongs to Lunsford.  The area marked C3 is a bookshelf between

9   their two desks containing a number of binders.

10       7.      The 980 Montecito office was the corporate office and the name

11  Heavy Hitter Investment was on the door leading to the suite.  The FTC and

12  receiver were informed by one of Defendants' employees that Begley and

13  Lunsford, as well as the accounting office for the business, were located at this

14  business address.  The accountant/bookkeeper's office is marked as office "D" on

15  Attachment 1.  The woman who managed accounting and payroll is named

16  "Shewan."  The employees making the outbound "process server" calls, or

17  handling the consumer call backs, as described in the FTC's complaint, did not

18  appear to be based out of this office.  There were no headsets or copies of scripts

19  on the desks, as there were in the offices located at 495 E. Rincon St., Suites 201

20  and 204; 109 N. Maple St., Suite C; and 268 N. Lincoln Ave., Suite #9, in Corona,

21  which I also visited.

22       8.      **Script and collector instructions**:  On the shelf marked C3 in Begley

23  and Lunsford's office was a maroon binder with the initials "HH" on the front

24  containing an "Employee Reference Guide."  **Attachment 2** is a true and correct

25  copy of the Employee Reference Guide ("Employee Guide") contained in that

26  binder.  The binder was tabbed with different scripts and instructions, for what

27  appear to be different collector categories, which are also referenced on a reporting

28  flow chart contained in the binder.  *See* Attachment ("Att.") 2 at p. 22.  The

2

following are some of the tabbed employee categories in the Employee Guide: dialers, Jr. closers, Sr. Closer, floor manager, and HH manager.

9.      I have reviewed the script and collector instructions submitted in this case as Attachment 1 to the declaration of Russell Delbridge, and found many of the same employee instructions as those contained in this Employee Guide that was located in Begley and Lunsford's office.  *See e.g.,* Att. 2 at pp. 21-25, 39-43.  The Employee Guide also contained additional scripts that the FTC had not previously obtained.  Among those are the following scripts:

a.      Dialer scripts titled: "home standard talk off," (*id.* at p. 45), "job standard talk off," (*id.* at p. 46); "message on machine," (*id.* at p. 52;

b.      jr. closer scripts titled: "answering the phone," (*id.* at p. 59), "BPA (BEST POSSIBLE ARRANGEMENT)," (*id.* at p. 61), "Quality control message," (*id.* at p. 62); and

c.      closing scripts  titled "Jim Lewis Closing Script," in both English and Spanish (*id.* at pp. 83-84, 91-92), "HOW TO DO A TALK OFF," (*id.* at pp. 85-86), "closing scripts," (*id.* at pp. 87-88), "THE OFFICIAL TALK OFF," (*id.* at p. 89-90).

10.      In a side pocket of the maroon "Employee Reference Guide" binder was also black spiral bound employee reference guide.  **Attachment 3** is a true and correct copy of the spiral bound employee reference guide located in Begley and Lunsford's office.  This employee reference guide contains similar talk off scripts as those contained in the binder in Attachment 2, as well as a copy of a Spanish STO (Standard Talk Off).  *See* Att. 3 at pp. 141-143.  It also contains "rebuttals" sheets that are substantially similar to those included in Attachment 1 to the declaration of former collector Russell Delbridge.  *See id*. at pp. 144-146.  The reference guide also contains scripts and rebuttals for closers, which were not previously submitted as an attachment to Delbridge's declaration.  *See id*. at pp. 150-151, 153-155.  In addition, the employee reference guide contains a page

outlining the monthly collection goals expected, which are $10,000 for a Junior

Closer and $15,000 for a Senior Closer.  Att. 3 at p. 137.

11. ***Similar employee reference guide for the Irvine Group & Assoc.***  In

a drawer of Lunsford's desk marked as C2 on Attachment 1, I found a similar

employee reference guide for a company called Irvine Group & Assoc. ("Irvine

Group guide").  **Attachment 4** is a true and correct copy of the Irvine Group guide

found in Lunsford's desk.  Similar to what Delbridge stated in his declaration (*see*

Delbridge ¶ 9), the Irvine Group guide instructs dialers to locate a debtor's contacts

in the following order: "place of employment," "associates," "relatives," and

"debtor (last resort)."  Attachment 4 at p. 167.  The Irvine Guide also contains

scripts for dialers similar to those in Attachment 2.  *See* Attachment 4 at p. 177-

178.  The Irvine Group guide lists the goals for dialers as 300 dials a day, and the

monthly goal for Junior Closers as $10,000 and for Senior Closers as $20,000. Att.

4 at p. 173.

12. ***Similar Employee Guide found in manager John Cook's desk at 495***

***E. Rincon St., Suite 201B.***  I also found a substantially similar Employee Guide at

the business location 495 E. Rincon St., Suite 201B, Corona, CA in the desk of the

manager, John Cook, which is marked as room C in map #2 of Suite 201, which is

attached to the Second Declaration of Bruce Gale.  This business location is

discussed at greater length in Mr. Gale's declaration.  I compared the Employee

Guide that was in John Cook's desk with the Employee Guide that was in Begley

and Lunsford's office and found that it contained all of the same collections of

scripts and instructions, except that Cook's copy also contained rebuttals that were

contained in Attachment 3.  Cook's copy also contained a summary of prohibited

conduct under the Fair Debt Collections Practices Act ("FDCPA").  **Attachment 5**

is a true and correct copy of the FDCPA summary from Cook's binder.

13. ***Similar Employee Guide found in manager Barbara O'Neill's desk***

***at 109 N. Maple St., Suite C.***  A substantially similar Employee Guide binder was

at the business location 109 N. Maple St., Suite C, Corona, CA in the desk of the manager, Barbara O'Neill,  marked as room D on the map of 109 N. Maple attached to the Second Declaration of Bruce Gale.  I reviewed this version of the binder, and found that it contained many of the same scripts, rebuttals and instructions as those contained in Attachments 2 and 3.  This business location is discussed at greater length in Mr. Gale's second declaration filed concurrently herewith.

14.     ***Similar Employee Guide found at 268 N. Lincoln Ave., Suite 9.***  The FTC also found an Employee Guide at the business location 268 N. Lincoln Ave., Suite 9, Corona, CA in Room 4, which is noted on the map attached to my declaration as Attachment 32.  I discuss this location in greater detail below.  I reviewed the Employee Guide from the Lincoln Avenue location and compared it to the employee guides submitted as Attachments 2 and 3, and found that it contained many of the same, or substantially similar, collector scripts, rebuttals and instructions.

15.     In Begley and Lunsford's office the FTC also obtained a document describing the software program that is used by Defendants' collectors, called simplecollect.  **Attachment 6** is a true and correct copy of a description of the simplecollect program.

16.     **Additional related debt collection companies and other entities.** 980 Montecito Dr., Suite 205 contained evidence of additional entities that were run out of the office and are related to Defendants' business.  On the wall to the left of the door in the room marked A in Attachment 1, was a telephone list containing the names of various entities and employee extensions.  **Attachment 7** is a true and correct copy of that telephone list.  A more comprehensive telephone list was found in the desk marked B2 in Attachment 1.  **Attachment 8** is a true and correct copy of the telephone and address list of numerous entities, including Heavy Hitters Investments run out of 980 Montecito Drive, Suite 205, and the business

entity defendants in this case.  In Attachment 8 a short version of the business entity defendant names appears in brackets next to another company name, suggesting that the name is now changed or that it is affiliated with the other company.

17.     Within a drawer of Lunsford's desk, marked as C2 in Attachment 1, I found two company organizational charts.  These organizational charts are currently the subject of a dispute as to whether or not they are privileged.  The FTC has sequestered copies of these charts in a sealed envelope and placed them in a locked filing cabinet.  Should the charts be found admissible, I will submit them as an attachment to a subsequent declaration.

18.     On the shelf marked C3 on Attachment 1 in Begley and Lunsford's office there were numerous binders containing partial Secretary of State formation documents and other company records for numerous entities, including the business entity defendants in this action.  Many of the binders contained only one or two initial filings with the Secretary of State, with tabs for other documents to be included later.  The Secretary of State documents found for many of the entities only named the agent for service of process, in many instances "Incorporating Solutions Group, Inc." as the incorporator, while a number of other Secretary of State records or other company documents found in the binder indicated that Begley and/or Lunsford were managers of the company.  For those entities, I attach portions of the relevant documents.  The binders included Secretary of State filings and other company documents for the following additional entities:

a.     **Prime Western Investments, LLC**.  **Attachment 9** are true and correct copies of Prime Western Investments, LLC's Statement of Information, and the first and last page of the company's operating agreement found in Begley and Lunsford's office.

b.     **Asset Filing Services, Inc.  Attachment 10** are true and correct

1    copies of Asset Filing Services, Inc.'s Statement of Information
2    forms, and stock certificates found in Begley and Lunsford's office.

3    c.   **Universal Filing Services, Inc.  Attachment 11** are true and correct
4         copies of Universal Filing Services, Inc.'s Statement of Information,
5         and stock certificates found in Begley and Lunsford's office.

6    d.   **Capital Filing Services, Inc.  Attachment 12** are true and correct
7         copies of Capital Filing Services, Inc.'s Statement of Information,
8         Articles of Incorporation, and Certificate of Secretary found in Begley
9         and Lunsford's office.

10   e.   **County Filing Services, Inc.  Attachment 13** are true and correct
11        copies of County Filing Services, Inc.'s Statement of Information, and
12        stock certificates found in Begley and Lunsford's office.

13   f.   **Debt Marketing Solutions, LLC.  Attachment 14** are true and
14        correct copies of Debt Marketing Solutions, LLC's Articles of
15        Organization and Statement of Information found in Begley and
16        Lunsford's office.

17   g.   **Debt Tech Solutions, LLC.  Attachment 15** are true and correct
18        copies of Debt Tech Solutions LLC's Articles of Organization and
19        Statement of Information found in Begley and Lunsford's office.

20   h.   **Maple Filing Services, LLC.  Attachment16** are true and correct
21        copies of Maple Filing Services LLC's Articles of Organization and
22        the first and last page of the company's operating agreement found in
23        Begley and Lunsford's office.

24   i.   **JBEG, LLC.  Attachment 17** are true and correct copies of JBEG,
25        LLC's Statement of Information, Articles of Organization, and the
26        first and last page of the company's operating agreement found in
27        Begley and Lunsford's office.

28   j.   **Spiff Money, LLC.  Attachment 18** are true and correct copies of

1    Spiff Money, LLC's Statement of Information, Articles of
2    Organization, and the first and last page of the company's operating
3    agreement found in Begley and Lunsford's office.

4    k.    **Portfolio Investment Partners, Inc.  Attachment 19** are true and
5    correct copies of Portfolio Investment Partners, Inc.'s Statement of
6    Information forms, and a stock certificate found in Begley and
7    Lunsford's office.

8    l.    **Portfolio Investment Financial, Inc.  Attachment 20** are true and
9    correct copies of Portfolio Investment Financial, Inc.'s Statement of
10    Information forms and stock certificates found in Begley and
11    Lunsford's office.

12    m.    **Portfolio Investment Group, LP.  Attachment 21** are true and
13    correct copies of the first and last page, and Exhibit A, of Portfolio
14    Investment Group, LP's Limited Partnership Agreement found in
15    Begley and Lunsford's office.

16    n.    **National Reconstruction Services.  Attachment 22** are true and
17    correct copies of minutes of actions taken by the incorporator in lieu
18    of a first meeting by the Board of Directors.  The second page of this
19    attachment is only the first page of the minutes for National
20    Reconstruction Services found in Begley and Lunsford's office.

21    o.    **Southcoast Financial Services, Inc.**

22    p.    **Heavy Hitters Motors, Inc.**

23    q.    **Nationwide Filing Services, Inc.**

24    r.    **Westcoast Filing Services, Inc.**

25    s.    **Superior Filing Services, Inc.**

26    t.    **Raincross Filing Services, Inc.**

27    u.    **Worldwide Filing Services, Inc.**

28    v.    **Irvine Group & Associates**

8

w.     **Statewide Associates Group**

x.     **American Financial Firm**

y.     **Group Asset Management Inc.**

19.     On top of Lunsford's desk was an email sent from Wayne Lunsford to a person named Mike Huck announcing new offices and numbers.  **Attachment 23** is a true and correct copy of Lunsford's email.  This email lists a number of other entity names all ending with the suffix "filing services," each of which uses a different dba.  Lunsford's email states that he will be running the dba off current corporations with new addresses and numbers, which he hopes will keep all of the offices separate.  *See* Att. 23.

20.     **Settlement agreement forms used by multiple debt collection companies**.  The FTC also found numerous "settlement agreement" forms signed by consumers setting forth the terms of payment on a debt.  I have reviewed the evidence submitted in support of the FTC's TRO in this case, and have seen substantially similar settlement forms submitted as attachments to the consumer declarations.  One example is Attachment 1 to the declaration of Laurie Hunter.  *See* docket #6-2 at p.10.   In the 980 Montecito office, many of the settlement forms were found in the desk marked A-1 in the area marked A in Attachment 1.  These forms were organized by file folders marked with a date.  The FTC copied some of the forms in folders with two different dates.  **Attachment 24**  are true and correct redacted excerpts of the settlement forms in the file folder labeled "July 1st."  I note that the July 1st folder contained settlement forms with dates other than July 1st, or even dates in July; thus it was unclear what rule governed the filing system.  The forms in Attachment 24 were on letterhead belonging to many of the business entity defendants, but were also on letterhead for these other entities: "Rockwell Management Services," "Capital Filing Service," "County Filing Service," and "Maple Filing Services."  The letterhead for all of these settlement agreements listed the business address as 1191 Magnolia Ave., Ste. D-396, Corona,

CA 92879, which as discussed in the FTC's TRO Memorandum is a private mail box address.

21.     **Attachment 25** are true and correct redacted excerpts of the settlement forms in the file folder labeled "September 9th."  This folder did not contain any settlement agreements for our business entity defendants.  Instead, this folder contained settlement agreement forms for the following other entities: "Eagle Filing Services," "Universal Filing Services," "Worldwide Filing Services," "Asset Filing Services," "Capital Filing Service," "Westcoast Filing Services," "Nationwide Filing Services," "Raincross Filing Services," "Statewide Associates Group," "Superior Filing Services," "Irvine Group and Associates," and "Southcoast Financial Services."  Unlike the settlement agreements in Attachment 1, the letterhead for all of these settlement agreements listed the business address as 1240 E. Ontario Ave., Suite 102-208, Corona, CA 92881.  I have looked up the address on Google, and found that it is the address of a FedEx private mailbox outlet.

22.     **Notice of attorney general complaints, cease and desist letters, consumer lawsuits, and judgments**.  In the office marked B in Attachment 1, there were file folders containing state attorney general complaints against two of the entity defendants, Union Management/Union Filing Services and National Filing Services.  **Attachment 26** are true and correct redacted copies of excerpts of these attorney general complaints, and in some instances the company's response. Some of the complaints in this attachment were responded to with form letters with Begley's signature block.

23.     In Begley and Lunsford's office we also found evidence of cease and desist letters from consumers and lawyers representing consumers asserting, in part, that Defendants' collectors have engaged in the same illegal collection practices as alleged in the FTC's complaint.  **Attachment 27** are true and correct copies of excerpted redacted cease and desist letters found in Begley's desk.

24.     The FTC also found pleadings of consumer lawsuits against Defendant entities in a few file folders in the drawer of Begley's desk marked C1 on the map. One of these files contained judgments entered against some of the business entity defendants.  **Attachment 28** are excerpted documents reflecting two such lawsuits and judgments, and a third request for entry of default contained in the drawer of Begley's office.  Also in Mr. Begley's desk was a folder marked "filed" which contained copies of 11 lawsuits filed by consumers against two of the business entities, Pacific Management Recovery and Prime West Management Recovery. These complaints allege numerous violations of the Fair Debt Collection Practices Act, including:  (1) falsely representing that nonpayment of a debt will result in imprisonment of a person or seizure, garnishment, or attachment of a person's property or wages ("Defendant claimed to be calling from the Sheriff's Department"; "Defendant threatened Plaintiff with a warrant for her arrest"; Defendant "falsely threatened to garnish Plaintiff's wages"); (2) communicating with third parties for purposes other than acquiring location information about a consumer (Defendant "threatened Plaintiff's stepmother with subpoena and/or arrest"; "Defendant disclosed details of Plaintiff's alleged debt to Plaintiff's brother in law, father in law, and mother in law"; (3) falsely representing or implying that an individual is an attorney or that a communication is from an attorney; (4) threatening to take action that Defendants do not intend to take, such as filing a lawsuit; (5) using false representations of deceptive means to collect or attempt to collect a debt; (6) engaging in conduct the natural consequence of which is to harass, oppress, or abuse a person by placing telephone calls without meaningful disclosure of the caller's identity; (7) falsely representing the character, amount, or legal status of a debt; and (8) failing to notify consumers of their right to dispute and obtain verification of their debts.

25.     While reviewing the folders containing the filed lawsuits and judgments, I was looking for evidence of Defendants having filed debt collection

lawsuits against individuals.  I did not find any evidence that Defendants Begley, Lunsford or their companies sued a third party in collection of a debt.  All of the lawsuits that I saw were against Defendants by individual consumers for violations of the FDCPA and other laws.

26.  **BBB and FTC complaints against the additional debt collection companies whose information was found at 980 Montecito, Suite 205**.  The FTC has searched the Better Business Bureau's ("BBB") online complaint database (accessible to law enforcement agencies) and has found consumer complaints against some of the other entities that were identified as debt collection companies, or those for which incorporation documents were located in Begley and Lunsford's office.  These complaints indicate that the companies engage in debt collection following the same illegal practices as set forth in the complaint.  Below is a list of the entities that had BBB complaints against them.  This declaration also attaches the redacted BBB complaints.

            i.      Maple Filing Services, LLC

           ii.     Westcoast Filing Services, Inc.

          iii.    Asset Filing Services, Inc.

          iv.    Universal Filing Solutions

           v.     Capital Filing Services, Inc.

          vi.    County Filing Services, Inc.

         vii.   Superior Filing Services, Inc.

        viii.  Rockwell Management Services, LLC

          ix.    Southcoast Financial Services, Inc.

           x.     Eagle Filing Services, LLC

          xi.    Irvine Group & Associates

27.  **Attachment 29,** collectively, is a true and correct copy of redacted BBB complaints against the entities listed above, in the same order.

28.  The FTC also received complaints against the same entities, and a

number of other entity names that we found referenced in documents at the 980 Montecito location.  The following is a list of entities that had FTC complaints against them:  Asset Filing Services; Capital Filing Services; County Filing Services; Eagle Filing Services; Irvine Group and Associates; Maple Filing Services; Nationwide Filing Services; Portfolio Investment Financial; Prime Western Investments; Raincross Filing Services; Rockwell Management Services; Southcoast Financial Services; Statewide Associates Group; Superior Filing Services; and Universal Filing Services.  These companies received a total of 161 FTC complaints.  Because the consumer complaints comprise over 200 pages, I attach only excerpts of the first few complaints.  **Attachment 30** are a true and correct redacted copy of excerpts of the FTC complaints against the companies noted above.  Like the BBB complaints, the FTC complaints indicate that these entities are utilizing the same scripts and engaging in the same collection practices as Defendants.

29.    The FTC also found a wage claim lodged by a former employee whistle-blower.  The complaint was found in the desk marked B3 in Attachment 1.  It is unclear against which entity the complaint was lodged, but it discusses Defendants' collection scheme.  **Attachment 31** is a true and correct redacted copy of the former employee's complaint.

**268 N. LINCOLN AVE., #9, CORONA, CA 92882**

30.    On October 13, 2011, FTC staff entered the office suite at this location upon permission by Receiver's agent.  Once FTC staff entered the premises, we mapped the business location.  **Attachment 32** is a true and correct copy of the map created of the office suite at 268 N. Lincoln Ave., #9.

31.    **Notice to collectors regarding the FDCPA.**  On the wall at this location in the room marked 4 on the map, there was a posting to employees stating: "We are not a collection agency.  We do not have to abide by the Fair Debt Collection Act FDCA [*sic*]."  There were other postings as well regarding other

information collectors were to provide to purported debtors on their calls. **Attachment 33** is a true and correct copy of some of these postings on the wall. One of the postings also instructs collectors to inform consumers that they are not a collection agency, and because of that do not have to send a letter of validation.

32. **Scripts, rebuttals and collector instructions**.  On desks throughout the suite at 268 N. Lincoln Ave., #9, there were copies of collector scripts and instructions.  These documents were either loose on the desk, in a binder, or in some other paper organizer on the desks.  The types of scripts and other instructions we found were substantially similar to the scripts contained in Attachments 2 and 3. The scripts were primarily found in the room marked 4 in Attachment 32, as that room appeared to house most of the collectors.  The scripts we found include: the official talk off, the standard talk off, the home standard talk off, the job standard talk off, and the Jim Lewis closing script in both Spanish and English.  On the collectors' desks, either loose, in binders, or in file organizers, were a number of the same rebuttals submitted in Attachment 3.  These sheets were titled rebuttal answers, job rebuttal answers, closer rebuttals, and hardship rebuttals.  **Attachment 34** is a true and correct copy of a sampling of these scripts, rebuttals, and instructions found on a number of desks in the room marked 4 on the map of 268 N. Lincoln Ave., #9.  Also included in Attachment 34 is a sample of a demand letter that collectors presumably sent to consumers.  In addition to the scripts and rebuttals, we also found quizzes that were presumably provided to collectors to train them in Defendants' collection process.  **Attachment 35** is a true and correct example of this quiz which was found in room 4 of the Lincoln Avenue location.

33. **Evidence of other debt collection companies operating out of 268 N. Lincoln Ave., #9.**  At this business address, we found numerous documents relating to different companies that appeared to be run out of this office, or were otherwise related to Defendants' debt collection business.  These documents included:  settlement agreement forms on letterhead for various companies, letter

14

request forms listing different company names across the top, telephone directories listing different companies, payment tracking sheets for various companies, as well as what appears to be a handwritten accounting of totals collected by different companies. **Attachment 36** are true and correct copies of examples of these documents obtained from the Lincoln Avenue location, which reference various company names. Also found at this office were job applications for the company Heavy Hitters Investments. **Attachment 37** is a true and correct redacted copy of the first page of one of the applications found on the desk marked A in room 5 on Attachment 32. The company names that we found on documents at this location included: City Services, National Filing Services, Union Management, West Management, Global Filing, Rincon Management, City Investment, Westcoast, World, Southcoast, Asset, Irvine, Raincross, Statewide, Superior, National Universal, Capital, Eagle, and Rockwell.

34.    Also on a desk in room 4 at the Lincoln Avenue location, we found a document titled "What we do here," explaining that Defendants' collectors "change lives by helping people address debt, clean up their past and move on to a better future." **Attachment 38** is a true and correct copy of the "What we do here" document found at the Lincoln location.

35.    I went to all four of Defendants' business locations: 980 Montecito Dr., Suite 205; 495 E. Rincon St., Suites 201 and 204; 268 N. Lincoln Ave., Suite #9; and 109 N. Maple St., Suite C. As discussed above, the last three locations appeared to house the collectors. On the desks at those locations, I saw numerous scripts, rebuttals, and other collector instructions loose on the desks, in binders, and in file folders. I did not see any scripts that differed in substance from those described in paragraphs 8, 9, 10, 11, 12, 13, and 32, and attached as Attachments 2,

///

///

///

15

3, and 4.  Other than the language included in the scripts, I also did not see any evidence of lawsuits or legal papers filed by Defendants against consumers.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on November __/__, 2011.

Ann Stahl

16

# ATTACHMENT 1



**Stahl Attachment 1**



Stahl Attachment 2



ACCO Bran[...]
(Lincolnshire, Il[...]
U.S.A.

Assembled in [...]
[...]S. and foreign [...]

BAGELS

# ATTACHMENT 2

# Welcome to the

# Team

## hhsmb

# Employee

# Reference

# Guide

## 2010

### BY JIM LEWIS

**Stahl Attachment 2**

# Working for this company is not a job it is an opportunity

There are five positions with this company

1. Dialler.......7k-10k per month collected

2. Jr closer....10k-15k per month collected

3. Senior closer...15k plus per month collected

4. Floor manager...20k plus collected

5. HH Manager...200k plus collected as an office

Starting as a dialer you do not touch new business until the start of your third week unless you've proven yourself to your senior closer or upper management. You have to be a dialer for at least six weeks before you even attempt to close your own deal unless you have authorization from your HH Manager. At that point you are still a dialer working your way up to becoming a jr closer. Once you start collecting 10k-15k per month consistently you become a jr closer. Now you can close dialer's deals as well as your own only if the senior closer is on a talk off. Once you step your closing skills up and start collecting 15k plus per month on a consistent basis you are now a senior closer and will run your own crew of jr closers and dialers which you are responsible for and that you need to hold accountable. The next step would to be a floor manager collecting 20k plus per month along with other office responsibilities over seeing all senior closers, jr closers and dialers and running your own crew. In order to qualify for a floor manager position you must collecting 20k per month for two months as a senior closer. The floor manager position is a position to prepare you for running your own office. This could take from one month up to six months depending on your performance.

This is how the positions work from top to bottom.

1. HH manager runs the entire office of the floor manager, senior closers, jr closers, and dialers. El capitoné
2. Floor manager handles all the responsibilities of HH manager when HH manager is not there or is there preparing to be promoted to HH manager running his or her own office along with possibly running and closing for his own crew.
3. Senior closer runs a crew of 1 jr closer and 8 dialers holding them all accountable making sure they are all working as hard as possible being productive, closing and generating calls. The senior closer will close all the deals his crew generates.
4. Jr. Closer can close his own deals as well as dialer's deals but only if the senior closer is on a T O.
5. Dialer will work at least 60 accts making at least 240 calls per day. By your third month you are expected to be collecting at least 7k or you will be on grounds for termination.

Stahl Attachment 2

For all of these positions you will be promoted accordingly by upper management. To become successful you must make others successful. If you're being promoted to a stronger position with this company it will be because of your ambition to make something out of your self as well as others.

## HHSMB...............being broke is childish



Stahl Attachment 2

# Pay Structure

~ Pay Structure: **How Commission Works-**

- Up to 15k regular money collected..... @ 33%
- Anything over 15k regular money ......@ 20%
- **EXAMPLE-** FOR 30K regular money collected
- 15k collected ......@ 33% = $5K in your pocket
- Next 15k collected @ 20% = $3K in your pocket
- Totaling ....... ...................$8K in your pocket
- OR
- 15K = $5K in your pocket
- 10 K = $3300 in your pocket
- 7500 = $2500 in your pocket
- 6K = 2K in your pocket

Spiff money is $500 collected over total balance principal and interest----------------
Collector gets 80% of that = $400 the other 20%=$100 goes to the manager of the
office. You don't get spiff until you are hitting 10K regular money collected for the
month.

**EXAMPLE:** you collect 9K regular money 3K spiff = 12K total

1K of spiff money goes towards regular money so 10K regular money and 2K spiff  =
$3300 regular money and $1600 spiff money = $4900 in pocket.

SPIFF MONEY IS HOW YOU CAN MAKE THE MOST MONEY

HHSMB= heavy hitter spiff money business

Stahl Attachment 2

# 𝕻𝖔𝖑𝖎𝖈𝖞 𝖆𝖓𝖉 𝕻𝖗𝖔𝖈𝖊𝖉𝖚𝖗𝖊

~ Contacting Corporate- dialers should only contact corporate after speaking with their team leader. And corporate should be contacted in a professional manner with a positive attitude remember the corporate office staff is dealing with a couple hundred employees please be patient with them.

~ Office conduct- each employee is expected to :

- Treat all members of the community fairly, and courteously
- Value the different perspectives of team members
- Foster positive relationships among diverse cultures
- Utilize the resources and training provided to maximize productivity
- Promote high standards of performance in themselves and among their peers
- Conduct themselves in a professional and productive manner
- Comply with all approved policies and procedures
- Raise issue of ethics, conflict and concern, with your manager.
- Do not come in to the office if you are hung over.
- Excessive tardiness or absence will not be accepted.
- Lunches are 30-60 minutes.
- Put any Dr. appointment's or court dates on managers calendar a minimum of 3 days in advance and make sure it is acknowledged by a manager.

~ Drug abuse/ Sexual harassment/ Discrimination- will not be tolerated and you will be fired on the spot.

~ Dress code and Hygiene-An employee's personal appearance and demeanor contributes to the image we project. Employees are expected to be neat, clean, orderly, and dress for work according to generally accepted business and professional standards.

~Accurint penalties- Do not play on Accurint everyone is given a specific code and if you look up anyone famous or people you're not supposed to i.e....Tiger Woods or Brittney Spears....criminal charges will be filed against you.

~ Professionalism/ Language/ Behavior- Do not let your emotions get out of control by screaming obscenities to the caller. It is unprofessional and will not be tolerated. You're co-workers will thank you.

~C-corps/ S-corps/ and LLC's- everyone needs an S-corporation to protect your assets from uncle Sam. See the corporations sheet for more info

Stahl Attachment 2

~Office Hours are from 7a.m. to 7p.m.

~ Required Working Hours – are 8:30 to 5:30 everyday unless otherwise worked out with your manager. All employees are expected to report to work on time every day that they are scheduled to work and to maintain a satisfactory record of attendance. If you are unable to report for work because of illness or other unavoidable causes or must be late to work, you are to notify your supervisor promptly.

- ~Holidays-
- New Year's Eve Day
- New Year's Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Eve Day
- Christmas Day

~ Workstation cleanliness- We do not provide a janitorial service, so please keep your work station clean and free of any food which will cause gnats. Your neighbor will appreciate it most because no one likes a messy Marvin.

~ Fridge/ Coffee/ Fax machine and other appliances- this equipment is for our office to share and enjoy please treat them like they were your own, so they last. That go's for the cleaning and maintenance of these items too.

~ Phone and Internet usage- do not abuse your privilege with excessive use of personal calls, rather use your cell phone outside so as not to bother anyone. My Space, Twitter, Face Book, and YouTube are not permitted at work and if you are caught on it you will be asked to leave. The internet is for work use only.

Stahl Attachment 2

# New changes @ Coprorate

## Shewan – Accounting & Payroll

## Rachelle – Runs payments, makes changes

## Cari – Receives all incoming payments and payment changes

## Heather – Letter Requests

## Nicole – Letter Requests

- Shewan no longer runs payments. Please only contact her regarding paycheck information.
- Rachelle no longer answers the phone, Please continue to call the main # 951-547-2043 and speak to Cari for any questions and concerns regarding payments and changes.
- Rachelle will be running payments and will receive any payments sent via mail such as money orders & checks.
- Cari will be taking calls and receiving all e-faxes. Please contact for questions and concerns regarding payments.
- Heather and Nicole share ext. 2040 o please call this # for any questions, changes or concerns regarding letters.
- Please fill in all information on the letter request forms and be sure to have the secured payment info includes as well.
- Please put initials and real name on letter requests so we know who to call if we have questions.
- Any split can be e-faxed over on a Change request form to payments.
- Do not send duplicates please check with us first to see if we received it.

Stahl Attachment 2

- Any payment changes (i.e. new dates or credit card info) should be sent over on a change request unless we request it.
- With the high volume of payments it can take the most of the day to complete them plus an hour delay after the notes are made in ACT.  Unless it is urgent please be patient and keep checking the notes
- We are trying to enter notes in as we receive any incoming payment slips or payment changes so you can check in ACT to see if we received it (keep in mind there is an hour delay). You can also call if you are still not sure that we got it.
- With all the moves to different offices double check that your payments and letters have the correct company name on the top (i.e. West, Union, Pacific, City, Rincon) to match where the account is located. These get filed by company and need to be in the correct place in order for us to locate them and file them accordingly
- Due to the heavy workload all of us may do notes in ACT but please refer to the proper person if you have any questions regarding a specific note (i.e. Heather, or Nicole for letters, Cari or Rachelle for payments).
- It is very important to e-fax payments and pay changes to "payments", and letters requests and letter changes to "letters" — these need to be kept separate.
- We are implementing changes to help eliminate errors and make things easier for everyone.  Thank you for understanding and working with us during these changes.

THANK YOU,  CORPORATE

**Stahl Attachment 2**

# Attitude

''The longer I live, the more I realize the impact of attitude on life. Attitude, to me, is more important than facts. It is more important than the past, than education, than money, than circumstances, than failures, than successes, than what other people think or say or do. It is more important than appearance, giftedness or skill. It will make or break a company.... a church... a home. The remarkable thing is we have a choice every day regarding the attitude we will embrace for that day. We cannot change our past...we cannot change the fact that people will act in a certain way. We cannot change the inevitable. The only thing we can do is play on the one string we have, and that is our attitude.... I am convinced that life is 10% what happens to me and 90% how I react to it.''

(Charles Swindoll)

© Summit Consulting Int'l Inc.

# Addresses & Phone #'s

## Mailing address:

### 1191 Magnolia Ave. Suite D-381

### Corona, Ca. 92879

## OFFICES:

Union - Ph. (866) 767-8814   Fax. (951) 824-5280

Rincon - Ph. (877) 401-6202   Fax. (951) 268-1389

City - Ph. (877) 811-9732   Fax. (951) 280-0882

West – Ph. (866) 254-8335   Fax. (951) 870-2022

## CORPORATE:

Heather & Nicole (951) 547-2040 letter request & changes

Cari (951) 547-2043 receives payments & changes

Word (951) 547-2038 runs payments

Shewan (951) 547-2044 accounting and payroll

Stahl Attachment 2

**Stahl Attachment 2**

# S-CORPS

Stahl Attachment 2

Lisa Mitchell 714-937-3065

**INCORPORATING
SOLUTIONS**

**G   R   O   U   P, INC.**

Every one Needs an S corp

"Asset Protection" .... Solved

# INCORPORATING COMPARISON
## "Corporations" vs. "LLC"

So you wont lose your money to
— Uncle SAM —

| | "C" Corporation | "S" Corporation | "LLC"<br>Limited Liability Company |
|---|---|---|---|
| Who Owns Business? | Shareholders | Shareholders | Members |
| Personal Liability For Business Debts | No Personal Liability Of Shareholders | No Personal Liability Of Shareholders | No Personal Liability Of Members |
| Restrictions On Kind Of Business | Some States Prohibit Formation Of Banking, Insurance And Other Special Businesses | Same As C Corporation --But Excessive Passive Income (Such As From Rents, Royalties, Interest) Can Jeopardize Tax Status | Some States Prohibit Formation Of Banking, Insurance And Other Special Businesses |
| Restrictions On Number Of Owners | Most States Allow One-Person Corporations; Some Require Two Or More Shareholders | Same As C Corporation, But No More Than 75 Shareholders Permitted | Some States Still Require Two Members But, Most are Expected To Allow One Person LLC's Soon |
| Who Makes Management Decisions? | Board Of Directors | Board Of Directors | Ordinarily Members; Or Managers If Manager-Managed LLC |
| Who May Legally Obligate Business? | Directors And Officers | Directors And Officers | Ordinarily Any Member; Or Any Manager If Manager-Managed LLC |
| Effect On Business If An Owner Dies Or Departs | No Effect | No Effect | In Some States, Dissolves Unless Remaining Members Vote To Continue Business |
| Limits On Transfer Of Ownership Interests | Transfer Of Stock May Be Limited Under Securities Laws Or Restrictions In Articles Or Incorporation Or Bylaws | Same As C Corporation --But Transfers Limited To Persons And Entities That Qualify As S Corporation Shareholders | Unanimous Consent Of Non-Transferring Members May Be Required Under State Law Or Operating Agreement |
| Amount Of Organizational Paperwork And Ongoing Legal Formalities | Annual Meetings Of Shareholders Required And Minutes | Annual Meetings Of Shareholders Required And Minutes | Operating Agreement Necessary; Meetings Not Normally Required |
| Source Of Start-Up Funds | Initial Shareholders (In Some States, Cannot Invest With Promise To Perform Services Or Contribute Cash In The Future) | Same As C Corporation --But Cannot Issue Different Classes Of Stock With Different Financial Provisions | Members (May Invest With Promise To Perform Services Or Contribute Cash In The Future) |



INCORPORATING
SOLUTIONS
G R O U P INC.

## "Asset Protection" .... Solved

| How Business Usually Obtains Capital, If Needed | Flexible; Outside Investors (May Offer Various Classes Of Shares); Bank Loans Backed By Shareholders' Personal Assets (If Corporation Has Insufficient Credit History); May Go Public If Need Substantial Infusion Of Cash | Generally Same As C Corporation - But Can't Have Foreign, Partnership Or Corporate Shareholders; Must Limit Number Of Shareholders To 75; Can't Offer Different Classes Of Stock To Investors Except For Shares Without Voting Rights | Capital Contributions From Members; Bank Loans Backed By Members' Personal Assets (If LLC Has Insufficient Credit History) |
|---|---|---|---|
| Ease Of Conversion To Another Business Form | May Change To S Corporation By Filing Simple Tax Election Within 75 Days Of New Fiscal Year | Generally Same As C Corporation - May Terminate S Tax Status To Become C Corporation But Cannot Re-elect S Status For Five Years After | May Change To General Or Limited Partnership Or Corporation; Paperwork is Involved |
| Is Establishment Or Sale Of Ownership Interests Subject To Federal And State Securities Laws? | Issuance Or Transfer Of Stock Subject To State And Federal Securities Laws Or Must Qualify For Securities Laws Exemptions | Issuance Or Transfer Of Stock Subject To State And Federal Securities Laws Or Must Qualify For Securities Laws Exemptions | Probably Not, If All Members Are Active In Business |
| Who Generally Finds This Is The Best Way To Do Business? | Owners Who Want Limited Liability And Ability To Split Income Between Themselves And A Separately Taxed Business | Owners Who Want Limited Liability And Individual Tax Rates To Apply To Business Income; Must Be Willing To Meet Initial And Ongoing S Corporation Requirements | Owners Who Want Limited Liability And Either Pass-Though Or Corporate Taxation (See Below); Particularly Beneficial For Distributing Profits In A Non-Proportional Method to Capital Contributed |
| How Business Profits Are Taxed | Taxed At Corporate Rates | Individual Tax Rates Of Shareholders. No Profits Retained | Individual Tax Rates Of Members, Unless LLC Elects Corporate Taxation |
| Tax-Deductible Fringe Benefits Available To Owners Who Work In Business | Tax-Deductible Fringe Benefits For Employee-Shareholders; May Fully Deduct Medical Insurance Premiums And Reimburse Employees' Medical Expenses | Employee-Shareholders Owning 2% Or More Of Stock Are Restricted From Corporate Fringe Benefits Under Partnership Rules | Can Get Benefits Associated With Partnership Or Corporation, Depending On Tax Treatment Of LLC |
| Automatic Tax Status. | Yes, Upon Filing Articles Of Incorporation With State Corporate Filing Office | No; Must Meet Requirements And File Tax Election Form With IRS (And Sometimes State); Revoked Or Terminated Tax Status Cannot Be Re-Elected For Five Years | Yes, With IRS; Unless LLC Wished To Elect Corporation Tax Treatment; Most States Treat LLC Same As IRS For State Income Tax Purposes |
| Are Taxes Due When Business Is Formed? | Generally Not Taxable | Generally Not Taxable | Generally Tax-Free To Set Up |

333 City Blvd. West, Suite 1700 • City of Orange, CA 92668          10120 South Eastern Ave, Suite 200 • Henderson, NV 89052
Phone 714-937-3066 • Fax 714-242-0444          info@incgrp.com          Phone 866-337-6651 ext 63

Staff Attachment 2



# CREDIT CARD CHECKLIST

**Card Type:**

VISA ☐    MasterCard ☐    Debit Card ☐    American Express ☐

**Customer Credit Card Number:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐    **V CODE** ☐☐☐

(LAST 3 DIGITS ON BACK OF CREDIT CARD)

**Expiration Date:**    Month _____    Year _____

**Amount:**    $ ___ ___ ___ . ___ ___

**Cardholder Information:**

Entity Name:

Name

Billing Address

City                    State                    Zip

Telephone (   )

**Reference Number:** (supplied by machine) _____

**Approval Number:** (supplied by machine) _____

**Employee Initials:** _____

**AUTHORIZATION:** CUSTOMER AUTHORIZES INCORPORATING SOLUTIONS GROUP, INC. TO BILL AN AMOUNT NOT TO EXCEED $_____.____ TO BE CHARGED TO THE ABOVE CREDIT CARD NUMBER.

_____

(Cardholder signature) PHONE ORDER NOT REQUIRED

333 City Blvd. West, Suite 1700, Orange CA 92868  •  10120 South Eastern Ave, Suite 200, Henderson, NV 89052
Phone 714.937.3065 Fax 714.242.0444  www.incsolgroup.com  info@incsolgroup.com    888.537.5581 ext 83

Stahl Attachment 2



## <u>Incorporating Registration Form</u>

**Be sure to type or print legibly.**
Your full name:

Date: _____

_____
First          Middle              Last

Phone: _____     Email: _____

(Note: Please provide the address you will receive your mail in a timely manner.)

Business Address: <u>Not P.O. Box</u>

_____
Address                City        State        Zip

Provide three (3) proposed names for your Corporation or LLC/ LP:

1st choice: _____

2nd choice: _____

3rd choice: _____

Indicate desired <u>State</u> to incorporate in: _____

Indicate the type of Entity you are applying for: (*Put an X on the line of your choice.*)

a._____ LLC; b._____ C Corporation; c._____ S Corporation; d._____ Non-profit

<u>Registered Agent will be:</u> Incorporating Solutions Group, Inc.

**Stahl Attachment 2**



## Incorporating Registration Form / Page 2

Date Business will start operating? Month_____ Day_____ Year_____

Closing month of accounting year _____
  (i.e. December 31st or the month in which you started your business)

Principal Activity of your Business:_____

Principal Product / Service of your Business:_____

Director or Corporate Officer name to be listed on Tax ID Application: _____

_____

Director or Corporate Officer's Social Security Number :_____

## CorpOfficer(s)orLLC/LPMember(s)List:

| Corp President's Name | LLC Manager or Member | General Partner |
|---|---|---|
| Corp. Secretary's Name | LLC Manager or Member | General Partner |
| Corp Treasurer's Name | LLC Manager or Member | Limited Partner |
| 1st Director's Name | LLC Manager or Member | Limited Partner |

Stahl Attachment 2

**Stahl Attachment 2**

# DIALERS

Stahl Attachment 2

# Dialers (7k and up)

~ State of mind and VERY HIGH ENERGY!!- ~ High Energy and State of Mind- this business requires you to be in a VERY POSITIVE state of mind and produces the best results for employees who stay in a high energy state... so the more energy you have combined with a winning "can do" attitude will help you be ready to handle the intensity of an office full of talented ambitious collectors!!!!! Besides nobody likes to work next to a Debbie Downer, so create a positive office morale and it will go a long way for you. No Drama in the office please, it's very important to maintain a positive work place.

~ Getting the debtor to call in- (The actual debtor)-this is the tricky part when trying to get a hold of the debtor sometimes the person on the phone is not being so helpful and might be lying.... Yikes! How can we tell the difference you say? Well we can't... people are good liars. So what we do instead is give everyone the phone # and if they know the person they will pass the message. Now after you've been here for a while it will get easier to tell if the sto will go anywhere. Learn the technique from one of our experienced dialers. If you know for sure it will be a waste of time then don't give the #.

~ Speak to your junior closer first- your junior closer is your go to guy or girl, seek their assistance for most of your questions. Don't worry we've all trained each other at one point or another, so don't be bashful and get your training in, so you can start making the money you need to.

~ Teamwork- really work with your teammates and get the most out of your office experience. Why not take advantage of having 30 people in your office? Everyone has something unique to offer, and it's up to you to find out what it is. Maybe they don't even know what they have that would be useful to you, so create an open line of communication as early as possible.

~ Goals- the best way to get the things you want in life is this : first decide what you want! There's nothing like setting some goals and then accomplishing them without second guessing yourself for even a second. Set your goals high and DREAM BIG, why not?

Stahl Attachment 2

~ 30 day commitment-small changes = big results. It's the little things we do on a daily basis that form our lives. So start with something small, but make a bunch of adjustments to the way you do work until you have created the working machine you always knew you could be. Try something different consistently for 30 days, for example- get up an hour earlier, or go to bed an hour earlier, and watch the difference in your work. Most likely you will see an increase in pay and who doesn't want that?

~ Focus and Dedication- once you get to work, leave your baggage at the door. It won't do you any good here and whoever you're sitting next to will really appreciate it. If your distracted even a little then you might as well have just stayed at home... I'm serious, you really have to be in good spirit to make any money in this field so get in the habit of getting into character on your way to work and really picture yourself in a positive place so you can give your brain the space to do what it does best.

~ Chain of command when at all possible- It's simple, dialers talk to junior closers about issues/ junior closers talk to senior closers about issues/ senior closers talk to floor manager/ floor manager talks to HH manager/ HH manager talks to OWNERS. And please do not contact the owners unless you absolutely have to, it's not that they don't want to hear from you it's just that with hundreds of employees it can be overwhelming, especially if it's a small complaint.

~ Efficiency - find a way to get into a rhythm. Use all time saving techniques you've learned, this is what will separate the strong from the weak. So be resourceful and rise to the top due to your uncanny ability to work like a machine.

~Tracking / New Biz- **New biz should be tracked completely the first time:** meaning when your first get biz get all good #'s for that account (credit report, Google P.O.E., cbc, accurint, and pull all useful information. The way accurint does the batching now it should only take a couple minutes to complete a debtors file.

~ Progress / Improvement- if you're not improving, then you're stagnant and that is not taking you anywhere. You should constantly be growing and figuring ways you can improve yourself. Me personally I get a lot of help from books and audio cd's that motivate. Whatever your technique is, find one that works because if you stop growing someone will grow right past you.

~Research / Homework- when you first get started, it's good to do a little general research online and in the office, that way you can get familiar with what you're talking about. Get creative, and really do your homework. When you make learning fun you can give yourself the winning edge on your competition.

~Actl – familiarize yourself with it, learn the calendar programs and really get to know the tools in there. The better you know your way around act means the better way you know how to keep track of your money.  ~ Incorporate the ACTI Reminder program into training- calendar/alarm/reminder; these are very useful and will help remind you of the appointments you need to keep with your paying debtors.  Every employee should be up to date with these.

~ Messages- messages can cause problems and scare potential paying debtors, please leave messages with caution.  We have received more lawsuits due to what is being said on answering machines, so don't get yourself in trouble and be careful.  See your manager to discuss the best plan of attack.

~ Don't cut corners- no matter what you do remember that your decisions shape the future of our company, so please be responsible and make sure you are taking care of all your responsibilities. Be professional and DO NOT CUT CORNERS.

~Notes/ watch for payment plans- when checking to see if an account is callable a good tell/tale sign is if you see dollar amounts. If so be cautious and read the entire note field if you notice it might be a deal one of your co-workers is working on, go and ask, its better to be safe than sorry.  Just think if the shoe was on the other foot, and always play it on the safe side.  Let me remind you now that you will probably be working side by side with these people for a long while, so form professional bonds that will benefit all parties.

~Monthly / Progress reports- progress reports should be done on a daily / monthly basis, please get these forms filled out each day, they are a great way of tracking your performance.  There are different forms for dialers /junior closers/ senior closer/ floor managers and HH Managers, everyone needs to be accurate. They directly benefit everyone involved.  These forms help us find out who needs our attention most.

~ Time saving techniques- ~Time saving ideas- be on the lookout for any ways to save time, and they're out there even if its small changes every little adjustment adds up.  For example learn from a junior closer how to use the arrows to shuffle through the re-dubs, and don't spend time reading the credit reports if you're not closing the deals, all it does is waste the dialer's time and credit reports DO NOT determine whether or not a debtor will pay.  Just those two adjustments save an incredible amount of time in a week, think of the possibilities.

~ Distractions- try your hardest to keep distractions away from our office they ruin momentum. Also do not be a distraction yourself please refrain from loud obnoxious behavior.  Remember this is a work station be respectful of your neighbor who will almost always be on a close.

~ 90 Day Probation -dialers will have 90 days to get their collected amount over 7000. If not they will be on grounds for termination.

~ New Biz after your 3rd week-for your first three weeks of work you will be working redubs (redistributed active accounts), which means we have retrieved the ph. #'s but no one has been reached. It's still good business.  After you put in your time then you will be awarded new business to prove yourself and if you are productive then you will start getting new biz regularly.  Experienced dialers get 25 pieces a week

~ Close your own deals after 7000-~ Closing your own deals- you can start closing your own deals once your hitting 7000 or before with managers approval.  But start practicing the closing script early in your career and familiarize yourself with it as much as possible, it's the most important tool you will ever acquire here.

~Be firm to the debtor but don't be disrespectful remember you are trying to get him to give you his debit card so be professional. Get out of the nice customer service roll, that will not get you paid.  Be assertive at all times and demand action.  Set a standard and then except nothing less.

~ Problems- if you run into a problem- Identify it- Approach it- and Solve it.  Then move away from the experience better educated.  Accept constructive criticism and don't take it personal if someone gives you some advice even if you don't agree all the time. There will be an occasion where some extra information would be helpful.  Utilize each other to grow.

Stahl Attachment 2

~NEW HIRE POINTERS~

~when activating an account first change the account status to ACT, copy and paste DOB and spouse information

~when calling on an account, **NEVER** say you are the sheriff

~use accurint and cbc to track debtors

~ when first coming to an account it is always best to call the POE first

~the best tool for tracking the POE is Google

~contact relatives instead of the debtor on the initial phone call to create urgency

~cbc is used to find the debtors most recent ph. # and address

~when doing a standard talk off and the person on the phone is prying... it is best to say you are a process server and due to the federal privacy act you are not given that information

~when contacting state and government buildings handle all stats the same EXCEPT for attorney offices, stay away from those guys unless you're looking for trouble

~if you get a good sto / jsto do not continue to work the rest of the account allow the rest of the day for the debtor to call in

~allow 5 business days on a redistribute list before calling

~try to get a hold of new accounts 3-4 times before moving on

~you should be doing 6-8 pages of redubs a day, about 300 calls

~work at least 8-10 hours a day, activate the account correctly, read the scripts as they are written and dial with a hunger for success and you will see big results

Stahl Attachment 2

# DIALER DAILY PROGRESS REPORTS

**MONTH:** _____

Sr. Closer _____

Jr. Closer _____

**DAILY STO GOAL** _____

| | DATE | NEW BIZ STO % | STO'S | CALL BACKS PITCHED | OTR'S | DEALS CLOSED | RCVD TRAINING | HOURS TODAY |
|---|---|---|---|---|---|---|---|---|
| MONDAY | | | | | | | | |
| TUESDAY | | | | | | | | |
| WEDNESDAY | | | | | | | | |
| THURSDAY | | | | | | | | |
| FRIDAY | | | | | | | | |
| MONDAY | | | | | | | | |
| TUESDAY | | | | | | | | |
| WEDNESDAY | | | | | | | | |
| THURSDAY | | | | | | | | |
| FRIDAY | | | | | | | | |
| MONDAY | | | | | | | | |
| TUESDAY | | | | | | | | |
| WEDNESDAY | | | | | | | | |
| THURSDAY | | | | | | | | |
| FRIDAY | | | | | | | | |
| MONDAY | | | | | | | | |
| TUESDAY | | | | | | | | |
| WEDNESDAY | | | | | | | | |
| THURSDAY | | | | | | | | |
| FRIDAY | | | | | | | | |
| MONDAY | | | | | | | | |
| TUESDAY | | | | | | | | |
| WEDNESDAY | | | | | | | | |
| THURSDAY | | | | | | | | |
| FRIDAY | | | | | | | | |

**Stahl Attachment 2**

# Home standard talk off

Yes, I'm calling to find out if someone is going to be home, who can accept legal documents from the sheriff's Dept. on behalf of (_____)

Maam/Sir, the Sheriff's Dept. will make two attempts to serve this complaint, after two failed attempts the court is notified of a failed action to serve and the court hearing will take place without (his/her) participation.  It will be noted as a failure to appear on court records, which will lead to additional fines.

What I'm going to do is give you the phone number to the legal office that's handling the case and the case # (he/she) needs to get in contact with them immediately... go ahead and get a pen the phone number you need to call is (---)___-____ and the case # is ____-____

I can put a 3 hour temporary hold on the summons to give you some time to contact them

However if they fail to hear from you in that time period; then the Sheriff's Dept. will start to make their attempts to serve the complaint either at home or place of employment so contact them immediately.

YOUR NAME:  MIKE DAVIS / CANDACE WRIGHT
EMPLOYER: PROCESS SERVICES.
TITLE: PROCESS SERVER
LOCATION: CORONA, CA. BUT WE WORK NATION WIDE
REGARDING:  FOR MORE INFORMATION YOU NEED TO CONTACT THE LEGAL OFFICE THAT'S HANDLING THE CASE ...... AGAIN LET ME GIVE YOU THE #

Stahl Attachment 2

# Job standard talk off

Hi, my name is Mike Davis/Candice Wright, I'm calling from
Process Services, I need to find out if you have a policy in place
to have one of your employee's served with a "court ordered
summons" for a (Mr./Mrs.) _____

Maam/Sir, the Sheriff's Dept. will make two attempts to serve this
complaint, after two failed attempts the court is notified of a failed
action to serve and the court hearing will take place without
(his/her) participation.  It will be noted as a failure to appear on
court records, which will lead to additional fines.

What I'm going to do is give you the phone number to the legal
office that's handling the case and the case # (he/she) needs to
get in contact with them immediately... go ahead and get a pen
the phone number you need to call is (---)___-____ and the case
# is ____-____

I can put a 3 hour temporary hold on the summons to give you
some time to contact them

However if they fail to hear from you in that time period; then the
Sheriff's Dept. will start to make their attempts to serve the
complaint either at home or place of employment so contact them
immediately.

YOUR NAME:  MIKE DAVIS / CANDACE WRIGHT
EMPLOYER: PROCESS SERVICES.
TITLE: PROCESS SERVER
LOCATION: CORONA, CA. BUT WE WORK NATION WIDE
REGARDING:  FOR MORE INFORMATION YOU NEED TO CONTACT
THE LEGAL OFFICE THAT'S HANDLING THE CASE ...... AGAIN LET
ME GIVE YOU THE #

Stahl Attachment 2

Jsto—if they say no they don't have a policy or procedure or their trying to redirect you to another department..


Say—I need to send the summons today, if you do not want your business to be interrupted what I need you to do is give the number I am going to provide to your employee to call the legal department to have the sheriff deliver the summons to their home address. I can only put a 3 hour hold on the summons the employee must call prior to re-direct the summons to their home.


Here is the number and case number

# How to work an account correctly

~ FIRST CHANGE ACCOUNT STATUS FROM NEW TO ACTIVE..... (ACT)

~COPY AND PASTE SPOUSE, D.O.B., AND ANY #'S FROM CREDIT REPORT

~GOOGLE P.O.E. AND THEN PUT THE ADDRESS AND PHONE # INTO NOTES

~GET ALL GOOD #'S OUT OF RELATIVES AND ASSOCIATES AND NEIGHBORS

~DO CBC AND PUT ANY GOOD #'S IN NOTES

~THEN CALL: FIRST P.O.E. THEN RELATIVES THEN ANY OTHER #'S

~ONCE A STAT IS DONE- STO or JSTO DO NOT CONTINUE TO CALL THE ACCOUNT YOU MUST WAIT FOR A CALL BACK.  IF THERE ISNT A CALL BACK WITHIN A DAY OR TWO GO BACK IN ACCOUNT AND CONTINUE WHERE YOU LEFT OFF AND JUST SKIP THE PHONE NUMBER YOU'VE ALREADY STATED.

~ IF NO STAT T.O. WAS DONE ON ANY OF THESE STEPS SCHEDULE THE ACCOUNT FOR A CALL BACK AFTER 5:30PM THEIR TIME AND AT THAT POINT CALL ALL NUMBERS AGAIN IN THE SAME ORDER YOU DID BEFORE. IF STILL NO CONTACT SEE YOUR MANAGER ABOUT LEAVING AN APPROVE MESSAGE.

**Stahl Attachment 2**

# It's very important to change the account status

DIALERS:

- NEW – NEW BUSINESS
- ACT – ACTIVE,  PHONE #'S BUT NOT YET SPOKEN TO
- STO – STANDARD TALK OFF, SOMEONE WAS SPOKEN TO
- JSTO – JOB STANDARD TALK OFF, P.O.E. WAS SPOKEN TO
- HOT – OPEN CREDIT CARD/ MORTGAGE/ GOOD CREDIT
- DLR – DIALER, SEND TO DIALER
- SKIP – NO GOOD #'S, CANNOT LOCATE

CLOSERS:

- OTR – OUT TO RAISE, HEARD CLOSING SCRIPT AND IS OUT RAISING $$
- PPP – PROMISED TO PAY DEBT, CREDIT CARD/ DEBIT/ MONEYORDER
- PPA – POST PAYMENT ARRANGEMENT, CHECK BY PHONE
- PIF – PAID IN FULL
- STD – STANDARD TALK OFF DONE, SPOKE TO DB AND DID NOT RESOLVE
- RTP – REFUSED TO PAY, TOLD US TO "DWYHTD" do what you have to do...
- NSF – INSUFFECIENT FUNDS
- BJP – BROKEN PROMISE TO PAY
- CLOSE – CLOSED ACCOUNT DUE TO CEASE AND DESIST BY DEBTOR OR ATTORNEY

Stahl Attachment 2

# Abbreviations

DISCO – DISCONNECTED

WN – WRONG NUMBER

DNLM – DID NOT LEAVE MESSAGE

NA – NO ANSWER

CBC - # FOUND THROUGH CBC.COM

UIF/UIM – UNIDENTIFIED FEMALE/MALE

VMB – VOICE MAIL BOX

NVM – NO VOICE MAILBOX

POE – PLACE OF EMPLOYMENT

POSS POE – POSSIBLE PLACE OF EMPLOYMENT

NLE – NO LONGER EMPLOYED

ACC – ACCURINT .COM (ONLINE PERSON FINDER)

HU – HUNG UP

REL – RELATIVE

JSTO – JOB STANDARD TALK OFF

STO – STANDARD TALK OFF

HR – HUMAN RESOURCES

INC –INCORRECT

DWYHTD – DO WHAT YOU HAVE TO DO

RTP – REFUSE TO PAY

ID – IDENTITY (EXAMPLE: CALLER I.D.)

MJACK – MAGIC JACK PHONE USED

NC – NO CONTACT

Stahl Attachment 2

## Use calendar for follow-ups
*(Instead of using post-it notes)*

Click on the calendar icon on the left-hand side of ACT

Calendar window will open

Click on the day you want to follow-up (box opens with DB's name) on monthly calendar or by the time. A calendar page will change to the date selected (shown above page).

Double click-left side on mouse-window pops up...Schedule Activity

Select on Options to change:

Activity Type: call

Date & Time

Regarding: follow-up reminder (Ex. OTR PENDING 48HRS)

Priority: low, medium, high

Set Alarm-scroll down window to scroll how many minutes before the time selected. (Window pops-up to remind you of follow-ups).

To check calendar: click on any of the icons on the tool bar
View by daily, weekly or monthly.  (Print if desired)

Click on icon view....scroll down task list allows seeing all

Become familiar with all the different options-you can select the calendar to be viewed by 3 months. It will be shown on right hand side.

**Stahl Attachment 2**

# Message on Machine

My name is Mike Davis. I'm trying to reach (_____)
regarding a legal complaint that has just been forwarded to my office.
----------------------------PAUSE----------------------
      To discuss the pending action that has been filed against you,
contact the legal department that's handling your case
@  866-668-0012, & reference case# (_____)

# NO THANK YOU'S

# Message Left Several Times

This message is for (_____), My name is Mike Davis.
I'm contacting you in reference to a complaint that has been
forwarded to my office.
My office has made **SEVERAL** attempts to try and contact you.
To discuss the pending action that has been filed against you,
contact the firm that's handling your case
@ **866-668-0012**, & reference case# (_____).
Please note that this IS a very time sensitive matter;
If we FAIL to hear (_____) within the NEXT 24 hrs,
we WILL release the       documents, and you WILL be served.

# NO THANK YOU'S

Stahl Attachment 2



Navajo Indian Nation. To view the current time in Arizona select from the state menu below.

zona is in the Mountain Time Zone and does not observe daylight saving time except in the

© www.timetemperature.com, Inc.

Staff Attachment 2

## HOT LIST

| Case Number | Last Name | Hot Number | Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Stahl Attachment 2**

**Stahl Attachment 2**

# JR.

# CLOSER

Stahl Attachment 2

# Junior closer (10k and up)

~ Answering the phone- when first getting to answer the office phones remember to be patient, that's one of your co-workers paying accounts calling in, (maybe yours), so be professional and make sure the information is gathered... example: get the incall #, and the case# and the name if they give it to you. Do not get drawn into an argument by an angry debtor. Also if the closer is not here or unavailable, see if there's something you can help out with, like taking debit information or calming a debtor down so we can save the deal. We have to take care of each other here.

~ Hardship training- this is where you first start getting your feet wet as a junior closer. Working with debtors who want to pay but they don't have the amount in full. Fill out the hardship application completely so you get as much information as possible. This is the best way to start dealing with the back half of a close. See if a closer will let you take over a deal that may not be going well, so you can get the practice of a tough close...my favorite saying is "Smooth seas don't make skillful sailors" and what it means is that it's the tough stuff you go through that builds the qualities you need to be a HEAVY HITTER!! STD's would also be good practice because they have heard the script and they haven't said to do what you have to do, give em a call and see what turns up.

~ Out to Raise Thursdays- get otr's from your team leader on Thursdays it's a good idea for practicing the back half of the deal. BKP's (broken promise to pays) are another good way to practice just make sure you're not stepping on anyone's toe's.

~ Follow-ups and Declines- any deals that have already been started or even if we've received payment information and they declined are good to practice on just speak with your senior closer to discuss the details and a plan of attack. Be calm and collective and assume the deal is going to close and be surprised when they don't want to get their affairs taken care of. If you have a "can do" attitude and a winning spirit the close will go easier for you.

~ Closing your own deals- you can start closing your own deals once your hitting 7000 or before with managers approval. But start practicing the closing script early in your career and familiarize yourself with it as much as possible, it's the most important tool you will ever acquire here. Once you're hitting 10,000 a month, you start receiving your spiff money and you can start closing other people's deals. We want to make sure you are comfortable enough and have the proper rebuttals to handle someone else's financial future.

Stahl Attachment 2

~ Help train dialers- if you do it will help you hone your own skills in the process.  Not to mention the better the dialers are trained means more calls coming into the office and when the senior closers are busy on calls its time for you to take advantage and step up to the plate to prove your ability.

~ Learn the closer forms- these are the forms necessary to receive debit/checking information as well as letter request forms.  Be sure to fill out forms legible, and completely before sending to the proper destination.  This is a very important part of the payment process and if you mess up you will surely know it when it's time to get your paycheck and you didn't receive your commission due to an error on your part. So be careful and be thorough.

~ Take time to sit with closers- the best way to become a good closer is to train with one.  Imitation is my favorite, if you see someone is having success then do exactly what they are doing and see if that works for you, chances are it will.  Closers are all different and have different strengths and weakness, different approach's and rebuttals. It's very interesting to listen to the creative avenues various closers use, so take advantage of the training and pick their brain every chance you get.

**Stahl Attachment 2**