# Answering the phone

~CORPORATE OFFICE, HOW CAN I HELP YOU?

~OK, SIR / MAAM, GO AHEAD AND LET ME GET YOUR CASE #

~OKAY, PLEASE HOLD WHILE I PULL YOUR FILE FROM THE DIRECTOR AND JUST PLACE THEM ON HOLD

~IF THEY INSIST ON YOU ANSWERING A COUPLE QUESTIONS:

- WE ARE A FILING AGENCY AND WE FILE CIVIL LAWSUITS

- YOU'RE NOT SURE WHAT ITS REGARDING TIL YOU PULL THE FILE

~If you find out the closer they are supposed to speak with isn't here or unavailable, then see if there's something simple you can help out with; like receiving debit information. Also if the debtor calls in, and is angry, try and calm him or her down. Don't get drawn into an argument with them. Instead, answer their questions like a professional and get them back into the state of mind we like... the paying state!

**59**                                    Stahl Attachment 2

# Hardship application

Date:_____ Collector:_____ File # _____

Name:_____ SS#_____

Any suits or judgments? YES_____ NO_____ If so with Who_____

Current Employer:_____ City:_____

Position:_____ Phone # (_____)_____

Spouse's name:_____

Spouse's current employer:_____Phone # (_____)_____

Position_____ Wife's maiden name:_____

C/M Cell Phone #(_____)_____ S/P Cell # (_____)_____

Mtg Pymt. $_____ Bal. $_____ Date of Purchase:_____

Rent Pymt, $_____Landlord / Apt Complex ?_____Yrs._____

Name of Bank:_____ Phone(_____)_____

Ckg. Acct #_____ Svgs. Acct #_____

401K ? YES_____NO_____ Acct. holder:_____Yrs._____

Rep / Bank Name_____Phone# (_____)_____

IRA $_____Acct Holder:_____

Rep/ Bank name:_____ Phone# (_____)_____

Life Ins:_____Policy Holder:_____

Rep name_____Phone#(_____)_____

## References: If the number given is the same as the home#, WE NEED POE PHONE#

Mother_____Father:_____Ph: (_____)_____

M/Law_____F/Law_____Ph: (_____)_____

Other_____Relation_____Ph: (_____)_____

Other_____Relation_____Ph: (_____)_____

Stahl Attachment 2

# *BPA*

## (BEST POSSIABLE ARRANGMENT)

**FOLLOW THIS SCRIPT AFTER THEY EITHER DON'T CALL BACK AFTER A T/O WAS DONE OR THEY OFFERED PAYMENTS ANE WE DENIED PAYMENTS THEN FOLLOW UP AFTER 24 HOURS.**

(SCRIPT WHEN CALLING BACK CONSUMER TO SETUP PAYMENTS).
Hi my name is (your alias), and im calling you in reference to your delinquent account case# (there case#) that you have been dealing with. We did an audit on your account and realized that there was and error on our part due to the letter that we mailed out to you explaining everything to you before hand, came back RETURNED MAIL to us and wasn't notated in your paperwork. Due to our error we have a few options here we can do for you.

## OPTION 1

We can settle this account(spif amount) out for half of the amount that was offered to you on first contact and needs to be good this month

## OPTION 2

We can due %25 down of the amount(spif amount) that was offered to you on first contact and remaining balance split up into 6 months

## OPTION 3

We can due %15 down of full balance(amount being sued for) and remaining split up into 12 Months

Example:
$1000 current balance on debtmaster
$2000 balance we told them they were being sued for (always $1000 over current balance)
$1500 balance we told them we can settle for this month (first contact offer they couldn't do)
-------------------------------------------------------------------------
(OPTION 1)  $750 good this month, %50 of what first contact offer was
Or
(OPTION 2)  $375 down and $187.50 a month for 6 months=$1500
Or
(OPTION 3)  $300 down and $141.66 a month for 12 months=$2000

**EXPLAIN TO CONSUMER IF ANY PAYMENT IS DECLINE FOR ANY REASON THE ARRANGEMENT WILL BE OFF MEANING NULL AND VOID AND CANNOT BE REOFFERED.**

Stahl Attachment 2

# Quality control message

~My name is _____ and I am with the quality control department for Union Management you have been offered a settlement by one of our representatives to resolve a legal issue, we have not heard back from you so I'm following up to assign disposition on this case, by either coming up with a settlement agreement, or by forwarding the legal document so that you can be served.  Once you have been served we will not be able to help you and no settlement will be offered.  If you want to avoid being served contact the firm that's handling the case at (____)____-_____

~

Stahl Attachment 2

# Payment

# Slips

**Stahl Attachment 2**

# UNION CREDIT CARD

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

OG Balance  $ _____

Settled for   $ _____

SPIFF      $ _____

DATE: _____  COLLECTOR ID: _____  DEBTOR#_____

(FILL IN ALL INFO)_____

DEBTORS NAME: _____

NAME ON CREDIT CARD: _____

Address the billing statement is mailed to:

_____

_____

Bank Card Issuer:_____

P.O.E info/Name of CO,_____POE#_____

Debt Card_____    Daily Limit $_____    Date Paid_____

Credit card type: Visa_____    Master Card_____  Discover_____   AMEX_____

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Security Code_____  EXP DATE: _____

SPLIT:_____/_____

**Stahl Attachment 2**

# UNION CHECK BY PHONE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

OG BALANCE_____SETTLED FOR $_____SPIFF$_____

FILE# _____COLLECTOR_____

DB / NAME:_____

NAME ON CHECKING ACCOUNT _____

ADDRESS:_____

CITY, STATE, ZIP,_____

BANK NAME_____PH#_____

**ROUTING #**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**ACCOUNT#**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

AMOUNT $_____ DATE_____

SPLIT_____/_____

# Letter Request's

Stahl Attachment 2

# SIGNATURE IS REQUIRED BEFORE RELEASE LETTERS PROVIDED....

AUTHORIZATION SECTION – THE PART OF THE TALK OFF AFTER THE DEBIT CARD HAS BEEN SECURED

I will file a stipulation with the court. I also want to get a copy of the stipulation to you. What is your email address or fax number? This is the agreement in writing. At the bottom of the agreement there is a credit/debit card section OR CBP there is a section for Routing # and Account #. There is a place where you are required to sign. Your signature is required to file the dismissal.

This signature is for the protection of both our client and for the consumer. The client has authorized the specified amount on the specified day as agreed upon.

Stahl Attachment 2

# UNION MANAGEMENT

# LETTER REQUEST

FILE#_____

NAME:_____

ADDRESS, CITY, STATE, ZIP_____

_____

ORIGINAL CLIENT:_____

ORIGINAL ACCT#_____

BALANCE $_____

SETTLED FOR:_____

INFORMATION:

_____

_____

_____

_____

_____

_____

LAST FOUR OF C.C. # FOR PMT:            EXP. DATE:

Routing #_____ Acct #_____

SEND VIA? _____

COLLECTOR:_____

# UNION Letter Request

(pay plan form-please fill in all information)

COLLECTOR INITIALS:_____ COLLECTOR FULL NAME:_____

FILE#_____     TODAYS DATE:_____

DB NAME:_____

ADDRESS:_____

CITY_____ STATE_____ ZIP:_____

ORIGINAL CREDITOR:_____

ORIGINAL ACCT#_____

ORIGINAL BALANCE $_____

SETTLED FOR:_____

PAYMENT PLAN:

| DATE | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|
| AMT | | | | | | | | | |

(pay form)

LAST FOUR OF C.C. #_____ EXP. DATE:_____

CBP ROUTING #: (9 digits)_____ CBP FULL ACCT #:_____

OTHER: _____

*SEND VIA?* (MAIL, EMAIL, FAX)

**Stahl Attachment 2**

# UNION P.I.F. Letter Request

(all accounts paid via CBP or credit card/prepaid will need
authorized signature before a PIF letter is sent)

COLLECTOR INITIALS:_____ COLLECTOR FULL NAME:_____

FILE#_____                TODAY'S DATE:_____

DEBTOR NAME:_____

ADDRESS: _____

CITY_____ STATE_____ ZIP: _____

ORIGINAL CREDITOR:_____

ORIGINAL ACCT#_____

ORIGINAL BALANCE $_____

SETTLED FOR $ _____

PAID IN FULL ON: (date/amt)_____

(pay form)

LAST FOUR OF C.C. #_____ EXP. DATE:_____

CBP ROUTING #: (9 digits)_____ CBP FULL ACCT #:_____

OTHER: _____

*SEND VIA?* (MAIL, EMAIL, FAX)_____

**Stahl Attachment 2**

# UNION

## Change request

Debtor Name _____

Debtor Number_____

Where to find_____

(ie pay file on?, declined on?, certain date, just faxed, pending file, PIF on..., money order file)

## What changes need to be made:

_____

_____

_____

_____

Collector _____

**Stahl Attachment 2**

# Follow up

| Name | Case | Notes | Date |
|------|------|-------|------|
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |
|  | I |  |  |

Stahl Attachment 2

**73**                                    **Stahl Attachment 2**

# SR.

# CLOSER

Stahl Attachment 2

# Senior Closer (15k and up)

~ A strong team creates efficiency and provides results.

~ One on one training- the dialers are your source of income so take time out of your day on a daily basis to get them trained, you can figure out how to do it without slowing yourself down you.

~ Getting off the entire close- even if the debtor agrees to pay early in your talk off you still need to read the entire script with the penalties and all otherwise the debtor doesn't understand he will be charged extra penalties and have to go to court so please always finish the script it is in your best interests. It lowers the chance of a decline when they are reminded of the serious consequences.

~ Please fill out your daily progress reports, it is for your benefit. Be honest and be accurate so you can get the most out of the activity.

~ Group tutorials- are a good idea any chance you get; it's a great time to knock out important issues, while saving time by training more than one, plus anytime you get your team in a group, should be used as an opportunity to get them energized...after all high energy level means high close ratio.

~ Communication- be vocal and do it all day long, even if you don't have anything to say. If you get your team opening up to you, it will be easier for you to get them into a winning state of mind. I find its best to have one on one talk's with every single person in the office. The closer you are to your team, the easier it is to keep them happy, and a happy staff means a happy paycheck for all.

~ Stepping in on calls- if you hear something and you feel it would be best to step in and say something, by all means I would. But again please be cautious, people get sensitive. If you have built a good rapport, they will know you are trying to help. Maybe give a little wave and see if they will put it on hold for you. Or see how they get themselves out of a tight situation who knows they might impress you.

~ Strengthening Junior closers and dialers – this can be done all day, I feel I got the best training done while I was busy working... the secret was to always keep one ear open. That's the secret to any success in the debt collection industry, or any industry for that matter. Really good closers never stop learning, and growing. If I saw a chance to help mold a new dialer or assist a new closer with a rehearsed rebuttal, I would happily assist.

Stahl Attachment 2

~ Accountability for all- it's important for all of us to do our part, after all this is our company. Progress reports will help keep track of who is doing well and who is not. Please remember to fill out all forms properly; fill out all notes completely; train employees; help strengthen the company with no corner cutting…. now that's how you build job security.

~Time saving ideas- be on the lookout for any ways to save time. And they're out there, even if its small changes, every little adjustment adds up. For example show the dialers how to use the arrows to shuffle through the re-dubs. And don't spend time reading the credit reports if you're not closing the deals, all it does is waste the dialer's time, and credit reports DO NOT determine whether or not a debtor will pay. Just those two adjustments save an incredible amount of time in a week, think of the endless possibilities.

~ Equal respect- its best to treat your employees with the utmost respect you will find it's easier to build a deep lasting rapport when you build it on an honest respect for the person you're dealing with and take into consideration their beliefs and values, you will get a lot farther if you try and meet your partners needs before your own.

~ No Negativity in the office- negativity is like cancer in an office. It will spread quickly and kill your hope of having a successful day. It is so important to keep negative people away and keep negative talk out of the office. If someone gets upset that's understandable but please take a break and go cool off so you don't ruin someone else's day. What if it was your deal getting ruined because of an outburst, please be courteous.

~ Incorporate the ACT! Reminder program into training- calendar/alarm/reminder; these are very useful and will help remind you of the appointments you need to keep with your paying debtors. Every employee should be up to date with these.

~Keep an eye out for "wasters"- any dialer getting new biz but not getting any quality call backs or deals closed. It doesn't make any sense to keep giving them biz to waste.

~While closing always close loud enough so that people around you can get the experience of the rebuttals and if you see someone listening in on your close feel flattered and explain if you can your process. Remember someone trained you at one time too. Unless you were one of those rare closers, who was born with a calculator, and close slip.

Stahl Attachment 2

~ Dialers are your direct source of income- GET THEM TRAINED!! Solid T.O.'s lead to BIG POPS!! You can't get a huge pop unless all parts of the process are nailed, which means that if you don't have strong dialers you will never close a nice big deal.

~ Train Junior closers on low balance hardships- hardships are the best way for juniors closers to practice because we're not risking much but were most likely still going to close the deal.

~ Delegate tasks responsibly- no matter what you do remember that your decisions shape the future of our company so please be responsible and make sure you are taking care of all your responsibilities. Be professional and DO NOT CUT CORNERS.

~1 ON 1~ TRAINING-it's important that you still get enough face time with your team members. Remember the better team captain you are the more calls you will generate for yourself.... you must be able to get them into the state of mind you need.

~Goals- there's nothing like setting some goals and then accomplishing them without second guessing yourself for even a second. Set your goals high and DREAM BIG why not?

~ This is your office, you receive the majority of the calls take advantage of this opportunity by giving your all and become a HEAVY HITTER.

Stahl Attachment 2

# Daily Progress Report

## DATE:_____

| Employee | Arrived After 8:30 | Received New Biz | Attempts to Close | Deals Closed | Received Training | Declines | Back on Board | Left Before 5:30 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Team members below this line close their own deals.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sr. | | | | | | | | |
| Jr. | | | | | | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

**Deals Sr. attempted to close:_____**      **Deals Sr. Closed:_____**

**Deals Jr. attempted to close:_____**      **Deals Jr. Closed:_____**

**Notes:**

Stahl Attachment 2

# Declines

| Name | Case | Notes | Date |
|------|------|-------|------|
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |
| | ▮ | | |

**Stahl Attachment 2**

# Out to Raise

| Name | Case | Notes | Date |
|------|------|-------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Stahl Attachment 2

**Stahl Attachment 2**

# CLOSING

# SCRIPTS

**Stahl Attachment 2**

## JIM LEWIS CLOSING SCRIPT

Okay, sir/ma'am we do have a case in our office against a Mr./Mrs. _(debtor name)_ is that who I'm speaking with?  Okay my name is _(Jim Lewis)_ we have a civil lawsuit being filed against you in regards to _(bank name)_ for the line of credit you opened up on _(origination date)..._ my client is suing you for _$ (P&I plus spiff) dollars._

Now they sent you a demand letter about 45 days ago giving you, or your attorney 30 days to contact them and in that letter there was an out of court settlement offer can I ask why you never responded? _(Never got it.)_ .... are you still at:...(give them the "Best Address")....so you had no idea there's a lawsuit pending against you?

Have you ever been sued before? Okay let me explain: what they've done is an asset and liability investigation against you and they discovered that you met one of the criteria to open up a 10yr judgement and what that means is that if you go to court they will be pursuing you for the next 10yrs thru one of four ways: wage attachment, bank account levy, property lein, and motor vehicle lein now they tried to settle out of court with you but when you failed to respond to that demand letter they forwarded the paper work to us to start the lawsuit.

As of now you are being sued for _$ (P&I plus spiff) dollars_.  If you go to court they will add an additional $1500 for the attorney and a $1000 dollars for the court cost and processing fees you'll be looking at about $(rounded amount) dollars. Now have you already been served paperwork to show up into court?  (Pause)

No? Okay let me contact them and make sure they have not made an attempt to serve you......... if that is the case I'll contact my client and let them know you never received your demand letter and you weren't given a fair chance to settle this out of court and ill see if I can get them to reinstate.......i'm gonna put you on hold for just a moment while I make sure they haven't made an attempt to serve you......(pause) now if they decide to reinstate can you even come up with the _$(P&I plus spiff dollars)_ to settle out of court with them....

Option1. If they say yes : ok let me put you on hold I'll just be a moment..

**Stahl Attachment 2**

Option2. If they say no :ok what they're going to ask me for  if you can't come up
with the amount in full is 25% down to show representation to the court that you
will get this taken care of in a timely manner and then they'll split the balance up
into *(give them between 2 and 6 months)* for you.  Will you be able to raise the
down payment.....(if they say no)....well then you will be served tomorrow... *(if
yes)* .... Ok hold for a moment

(when you take them off hold)......
okay *(Debtor,)* I let them know your never received your demand letter and you
weren't given a fair chance to settle this out of court and they've decided to
reinstate for you, so let me take your information so I can fax it down to the
county and have your name removed from the list to be served.  My secretary will
then put your case into a predismissal status which means you avoid any
judgements, levies or leins and as long as you stick to the stipulations once you
make your final payment that's when you will be released of all claims and
liabilities my secretary will then send three paid in full letters to the three credit
bureaus updating your status to paid in full which will bump up your credit score
and then we will send a paid in full letter to your address for your records as well.
Now were you using a visa mastercard discover or American express.  ;)

Ok hold while I fax this over... go ahead and grab a pen I'll be right back with a
confirmation #.

Okay *(debtor),*  you're all taken care of!  Your case is in a predismissal staus so as
long as you stick to the stipulations once we receive your final payment is when
you'll be released liability you'll be receiving your stip letter from our company
within the less then seven days if you receive it and you have any questions
contact this office you can reach me at *(ext._____)*

**Stahl Attachment 2**

# HOW TO DO A TALK OFF

IM SHOWING HERE, THERE HAS BEEN A COMPLAINT FILED IN OUR OFFICE AND SENT OUT TO THE PROCESSOR'S OFFICE WHO IM ASSUMING CONTACTED YOU TO SCHEDULE YOU TO BE SERVED BECAUSE YOUR BEING SUED! (THEY WILL MOST LIKELY ASK WHY) YOUR BEING SUED FOR (YOU GIVE THEM THE BALANCE WHICH IS $1000 OVER BALANCE AND THEN YOU TELL THEM THERE ALSO $1100 IN COURT COST AND ATTORNEY FEES) IN REFERENCE TO YOUR BANK OF AMERICA(EXAMPLE) ACCOUNT THAT YOU OPENED AND ESTABLISHED MARCH 4TH OF 2004(EXAMPLE) AND YOU USED AND PAID ON FAITHFULLY ALL THE WAY UP UNTILL JUNE 10TH OF 2006(EXAMPLE). THE FOLLOW MONTH IN JULY(EXAMPLE) IS WHEN U DEFAULT AND WENT INTO BREECH OF CONTRACT AND STOPPED MAKING PAYMENTS SO THE BANK THEN SENT IT TO 3 DIFFERENT AGENCY TO COLLECT ON IT FROM THEN TILL NOW WHICH THEY'VE GOTTEN NO WHERE ON, SO THE BANK RECENTLY CONDUCTED AN ASSET AND LIABILITY INVESTIGATION AGAINST YOU TO SEE IF IT WOULD EVEN BE WORTH SUEING YOU AND THEY FOUND ATLEAST ONE GOOD ASSET OF YOURS THAT THEY CAN UTILIZE TO RECOVERY THE MONEY INVOLUNTARY(PAUSE FOR 3 SECONDS AND IF THEY ASK WHAT THEY FOUND OR EVEN IF THEY SAID I HAVE NOTHING CONTINUE WITH THE REST).WE DON'T HANDLE THE INVESTIGATION BUT I CAN TELL YOU ITS ONE OF 4 THINGS THEY HAD TO HAVE FOUND IN ORDER TO DO THIS SO YOUR NOT IN THE DARK, THE 1ST ROUTE THEY WOULD GO IS WAGE ATTACHEMENT WHICH IS ALSO KNOW AS WAGE GARNISHMENT,2ND ROUTE IS BANK LEVY,3RD AND 4TH ROUTE IS TO UTILIZE ANY TYPE OF PROPERTY OR MOTOR VEHICLES TO RENDER LEAN AGAINST,SO THEY HAD TO HAVE FOUND 1 IF NOT MORE THEN ONE ASSET TO RECOVERY THIS WITHOUT UR HELP AND THAT'S WHY THEY'VE DECIDED TO SPEND THE MONEY ON SUEING YOU.

"PAUSE"(NOW LET THEM TALK AND SAY WHAT THEY HAVE TO SAY IF NOTHING IS SAID FOR A FEW SECONDS CONTINUE)

LET ME ASKING YOU A QUESTION, IS THIS ALL NEW TO YOU THAT YOUR BEING SUED FOR THIS??

(MOSTLY LIKELY THEY WILL SAY YES BUT EVEN IF THEY SAY NO)

WELL WE MAILED YOU OUT A LETTER OF COMPROMISE 38 DAYS AGO WHICH THE BANK REQUIRES US TO DO TO GIVE YOU 30 DAYS TO RESPOND TO TAKE CARE OF THIS OUT OF COURT FOR A LOT CHEAPER BEFORE THEY HAVE TO COME OUT OF THERE POCKET ON SUEING YOU WHICH EVENTUALLY THE COSTS ROLLS OVER TO YOU ONCE YOUR SUED BECAUSE U AGREED TO PAY FOR ALL COURT COST AND ATTORNEYS FEES IN THE ORIGINAL CONTRACT WITH THE BANK AND THE REASON WHY ALL BANKS PUT THAT INTO THE CONTRACT WHICH MAKES PERFECT SINCE, IS WHY SHOULD THEY HAVE TO PAY FOR COURT COST AND ATTORNEY FEES TO RECOVER THERE OWN MONEY!

"PAUSE"(NOW LET THEM TALK AND SAY WHAT THEY HAVE TO SAY)

NOW HERE ME OUT FIRST BECAUSE I DON'T WANT TO GET YOUR HOPES UP AND COME BACK WITH BAD NEWS BUT THE ONLY OTHER OPTION IS I CAN PUT YOU ON HOLD AND CALL DOWN TO THE PROCESSORS OFFICE AND SEE WHERE THERE AT WITH THIS AND AS LONG AS THEY HAVENT MADE AN ATTEMPT TO SERVE YOU YET THERES STILL A POSSIABILITY TO TRY TO GET THIS PULLED BACK AND SEE IF THEY WOULD ALSO ALLOW US TO REOFFER YOU THE OUT OF COURT SETTLEMENT THAT WAS OFFERED TO YOU IN THE LETTER THAT YOU NEVER RECEIVED AND WASNT GIVING A FAIR CHANCE TO TAKE CARE OF WHICH WAS (BALANCE PLUS $500 SPIF). BECAUSE ONCE THEY SERVE YOU THERES NOT ONE THING I CAN NOR ANYONE CAN DO FOR YOU AND YOUR GUNNA HAVE TO DEAL WITH THE JUDGEMENT AMOUNT OF (INCLUDING THE BALANCE YOU GAVE THEM AT THE BEGINNING WHICH IS BALANCE PLUS $1000) AND ANOTHER $1100 IS COSTS WHICH YOU WONT HAVE ANY CHANCE TO SETTLE AT THAT POINT ONCE THEY MAKE AN ATTEMPT TO SERVE YOU! SO IF YOU KNOW YOU CAN COME UP WITH THAT MONEY WHICH

Stahl Attachment 2

TO LET YOU KNOW RIGHT OFF HAND THERE IS NO MONTHLY PAYMENTS BECAUSE THE WAY THEY LOOK AT IT, IF THEY WERE TO EXCEPT PAYMENTS FROM YOU,THEY WOULD RATHER CONTINUE WITH THE PROCESS AND GO AFTER THE FULL AMOUNT THEN TO TAKE PAYMENTS ON A SETTLEMENT,SO IF U THINK OR KNOW U COULD PUT THIS MONEY TOGETHER I CAN PUT YOU ON HOLD AND SEE IF THIS IS AN OPTION.

(IF THEY ASK IF THEY CAN GET IT ANY LOWER YOUR ANSWER TO THAT IS "THERE IS NO NEGOTIATION LIKE YOU COULD HAVE DONE WITH THE COLLECTION AGENCYS BEFORE HAND BUT ITS TO LATE FOR THAT BECAUSE THEY ALREADY KNOW THEY CAN RECOVER MONEYS")

(IF THEY TELL YOU TO CALL DOWN THERE CONTINUE WITH THE NEXT STEP AFTER THIS PARAGRAPH BUT IF NOT YOU TELL THEM) "ALL I CAN DO IS WISH YOU THE BEST OF LUCK OR IF YOU WANNA MAKE SOME CALLS AND SEE IF U CAN COME UP WITH IT, AS LONG AS YOU CALL ME BACK BEFORE THEY CLOSE AT(WHATEVER TIME UR THERE TILL THAT DAY) I CAN STILL TRY TO HELP YOU BUT ONCE THEY ATTEMPT SERVICE TOMORROW THERES NOTHING I CAN DO JUST SO YOU UNDERSTAND


(PUT ON HOLD FOR ATLEAST 2 TO 3 MINUTES TO MAKE SEEM LEGIT)

HELLO MR. SMITH(EXAMPLE) I HAVE TO MAKE THIS QUICK BECAUSE I HAVE STACEY ON MY BACK LINE FROM THE PROCESSORS OFFICE, THE QUESTION SHES WANTING TO KNOW IF THEY ALLOW US TO PULL THIS BACK STOPPING ALL ACTION GUARENTEEING CANCELATION OF SERVICE AND ALLOW US TO REOFFER THE SETTLEMENT TO YOU WHEN WOULD THIS MONEY BE GOOD BECAUSE THIS IS GOING TO MAKE OR BREAK THE WHOLE SITUATION???

(LET THEM ANSWER AND THEN SAY HOLD WHY'LL I PROPOSE THE OFFER)

(IF THEY ARE WILLING TO PAY WITHIN 24 HOURS THEN COME BACK ON LINE AND LET THEM KNOW YOU NEED TOO TAKE PAYMENT TO GET THIS STOPPED AND IF THEY ARE REQUESTING MORE TIME PAST THIS MONTH YOU GET BACK ON PHONE AND TELL THEM IN ORDER TO PULL THIS BACK THEY ARE REQUIRING ATLEAST %25 DOWN WHICH WOULD NEED TO BE GOOD WITHIN 24 HOURS AND I CAN GIVE YOU DEPENDING ON THE DAY OF THE MONTH IT IS NO LONGER THEN A FEWS DAYS BEFORE THE END OF MONTH GIVING YOU TIME TO RECOVER MONEYS FOR ANY PROBLEMS IF NOT GOOD BY THEN,BUT TELL THEM U HAVE TO TAKE ALL PAYMENTS NOW IN ORDER TO GET THIS STOPPED BECAUSE THERE NOT WILLING TO PULL THIS BACK AND STOP ALL ACTION UNLESS ITS GUARENTEED PAID AND IF ANY OF THESE PAYMENTS ARE STOPPED OR DECLINED SETTLEMENT WILL BE NOLL AND VOIDED AND THEY WILL NOT ALLOW US TO MAKE IT UP SO JUST MAKE SURE ITS GOOD,ALSO ASK THEM FOR AN EMAIL OR FAX TO SEND SETTLEMENT AGREEMENT LETTER BEFORE TAKING PAYMENT INFO TO MAKE THEM FEEL SAFE ABOUT GIVING YOU PERSONAL INFORMATION,IF YOU END UP HAVING TO BREAK IT INTO NEXT MONTH FOR EXAMPLE IF ITS CLOSE TO THE END OF THE MONTH TELL THEM IF IT GOES INTO NEXT MONTH THERE IS A PENALTY OF %20 PERECENT SO IT MAKES THEM WANTING TO PAY IT BY THIS MONTH BUT WORST CASE NEXT MONTH AND U GET ALITTLE MORE MONEY)

4

Stahl Attachment 2

Closing scripts

Have you been served legal documents to show up in court by the sheriff dept?

How did you receive this number?

Let me put you on hold and pull your case from the attny.

I'm showing that you were contacted by a process server and they put your case on a temporary hold, and we are just waiting for verification that you have been served.

The reason why you're being served is because you're being sued.

It looks like a civil lawsuit is being filed against you regarding your (chase) (visa) card.

This was an account that was opened in (8-21-03) made payments on it for (3) years, last payment was made on (8-21-06).

The amount you're being sued for is ($2545.45) now that is before court cost and attny fees which are $1100 dollors.

So it looks like they're rendering jugdement on you for a total of ($3645.45)

Now is this all new to you that you're being sued????????????????????????

The reason why I ask is because I'm showing hear that they sent you out a demand letter about 45 days ago with all this information and a out of court settlement for about half the amount you're being sued for. In that letter it gave you or you're attny 30 days to contact my client prior to them filing this lawsuit, once they did not hear from you they forwarded the paperwork to us to continue with the process.

Now are you calling to get information or to settle this out of court????????????????????????

The out of court settlement that they offered you was ($2045.45) can I ask you why you didn't respawn to the demand letter.

The best I can do for you is contact the process department to make sure you have not been serverd yet, because if you have there's nothing I can do for you.

Once I verify for my own records that they have not made any attemps to serve you than I will get the clint on the phone.

I will let them know too things, that you have not been served yet and you never received the demand letter that was seny out to you 45 days ago so it sounds like you we not givin a fair chance to settle this out of court. Get them to reinstate that out of court settlement back to you that was offered in this demand letter.

If I get them to agree to this they are going to want to know when will the money be good???????????????????

What I have to do is take your information weather it be debt or credit card fax this down to the process dept get you pulled off the sheriffs list get this whole case put into a predismissal status and get you released of all claims and liabilities.

## THE OFFICIAL TALK OFF

Hi My Name is Shannon Miller. It does show that we have a pending court action filed against you. It shows here we are currently waiting for verification that you were served the legal documents. Do you have the summons with you so that we can go over it? ----

It sounds like you were notified by a process server. Let me pull the case from the attorney file. Grab a pen.

A lawsuit was filed against you 10 days ago. You are being sued do to your outstanding issue with (HOUSEHOLD BANK) this was your HSBC ORCHARD MC. When this account was charged off you had a balance of (Prin Bal$$) you also have interest calculated at the default interest rate of 33.9%, accrued (int + spif $1k). Before attorney's fees and court cost you are being sued for (prin + int + spif). Per the contractual agreement with the original creditor you are also responsible for $1500 in attorney's fees and also $1k in court costs. The amount you will be sued for is (Prin + int + Spif + atty fees + crt cst)

EXAMPLE       MAKE SURE YOU STAY WITHIN STATUE OF LIMITATIONS – last pymt dte

| Acct - HSBC ORCHARD | Prin amt | $500.00 | |
|---|---|---|---|
| Acct # - 5488975023034153 | Int + 1k spif | $1500.00 | |
| Orig dte 4/2/2003 | Total Due | $2000.00 | TOTAL AMOUNT OF JUDGEMENT |
| Crg dte 12/30/2006 | Atty fees | $1500.00 | $4500.00 |
| | Court costs | $1000.00 | |

Now I want you to know our client has completed an asset and liability investigation against you. You meet the portfolio criteria for litigation.  Also I see that a demand letter was mailed out to you 45 days giving you or your attorney 30 days to respond. Can I ask you why you did not respond and take care of this before it got to this level? So what your telling me is that you know nothing about this case. Let me see if there is anything I can do.

89                                      Stahl Attachment 2

Since you have not been served I can waive the attorneys fees and interest saving you $2500. Do you have the $2k to get your case dismissed today? If they say yes grab the debit card. If they say no ... How much do you have today? How many days will it take you to get the rest?

In many cases the cm will respond with no money. Your response is

The requirement to stop the pending action is $25% upfront. In this case it is $500.00. Do you have the $500 to pay the restitution to the courts? We will then file a hardship and get you back on a short term monthly pymt arrangement.

AFTER THE PYMT ARRANGEMENT IS SECURED (all pymts must be secured) for the full bal with the $1k spif. You may then offer them a 1 pay settlement for $500 off the balance on accounts up to $2475.00. if it is a higher balance account then a lower settlement may entice the cm to settle instead of the long term pymt arrangement. NO SETTLEMENTS IN MONTHLY PYMTS (unless approved by DENISE)

The only time the principal balance should be offered is at the end of the conversation when it is a RTP. The person has no money. Before you hang up .. You say in the demand letter our client offered you an out of court settlement for the principal balance $$. I will give you 3 hours to make some phone calls. If you can find someone to help you we can get the dismissal filed saving you thousands of dollars. "Give them your name and extension." Then end the conversation by wishing them good luck.

# <u>Jim Lewis Spanish Closing Script</u>

Senor/ Senora, tenemos un caso en nuestra oficina contra Sr./Sra (<u>debtors name</u>), es con quien estoy hablando? Mi nombre es (<u>your alias</u>) tenemos un caso civil contra usted por una linea de credito que abristes en tu nombre con (<u>bank name</u>) en (<u>origination date</u>). Mi cliente te va a demander por $(<u>P&L plus spiff</u>).

Hace 45 dias mi cliente te mando por correo una carta con una opportunidad para arreglar el asunto fuera de corte. Te dieron 30 dias para responder. Te puedo preguntar por que no respondistes a la carta? (Never got it) Todavia estas en (address)? Me estas diciendo que no tenia ni idea que te van a demandar?

Dejame preguntarte, algunavez has sido demandado? Dejame explicar lo que esta pasando. Hicieron lo que se llama un Asset and Liability Investigation. Descubrieron que calificaste con uno de los critereos para abrir una sentencia de 10 anos en uno de quatro modos: <u>Wage Garnishment-</u> (te quitan hasta 25% de tu pago en el trabajo) <u>Bank Account Levy-</u>(si tienes una cuenta de banco en tu nombre- te quitan el dinero de ayi) <u>Property Lien/ Motor vehicle Lien</u> (si tienes propiedad como casa or carro y los vendes te quitan el dinero ayi).

Trataron de resolver esto fuera de corte pero cuando fallaste a responder a la carta que te mandaron nos dieron los documentos para comensar la demanda.

Ahora te van a demandar por $(P&L plus Spiff). Si van a corte te van a cobrar $1500 por el abogado y $1000 por los costos de corte. En total te van a demandar por ($ rounded amount). Ya te han servido con los papeles de corte? (Pause)

No? Okay, los voy a contactar ahorita para verificar que no han tratado de servite con los documentos... si eso es el caso les puedo informar que nunca recibiste la carta y no tubiste oportunidad para resolvar esto afuera de corte. Voy a ver si pueden reintegrar la oferta. Espereme en la linea un poco mientras que veo si ya entregaron los papeles de corte para servir.  (Pause)

Stähl Attachment 2

Si me dicen que pueden reintregar la oferta usted puede pagar los
(P&L plus spiff) para resolvar esto afuera de corte?

Option1. If YES- Okay, un momento, por favor, los llamo ahorita

Option 2. If NO- Lo que me van a preguntar es si tu no puedes hacer
el pago entero, necesitas pagar 25% para ensenar representation ala
corte que vas a pagar fielmente el resto en pagos. 25% viene siendo
(25% of total) y los pagos van hacer (monthly payments).... (NO)... si
esa es tu decision, te van a servir los papeles de corte manana.... (If
Yes)... Un momento mientras les llamo.

(when you take them off hold)
Okay (debtor) les dije que nunca recibiste la oferta por correo y no
tubiste oportunidad para resolver esto fuera de corte. Van a
reintregar la oferta. Voy a necesitar tu information para mandar un
fax al condado para quitar tu nombre de la lista de los que van a
servir. Mi secretaria va a poner tu caso en el estado de despido. Eso
quiere dicir que no mas que hagas los pago en tiempo evitas la
sentencia.

Cuando recibimos el pago final estaras liberado de todos
reclamaciones. Te mandamos una carta para tus archivos y tres
cartas iguales al bureau de credito que aumentara su puntuacion
de credito. Vas a usar una tarjeta de Visa/Mastercard/American
Express? Esperame un poco, les voy a mandar el fax.

Okay, todo esta areglado. Te vamos a mandar una carta por
correo de entre 7 dias documentando todo de lo que hablamos
hoy. No mas haga los pagos a tiempo y cuando recibimos el pago
final es cuando te mandamos la carta que te resuelve de todo
responsabilidad.

Si tienes preguntas me puedes llamar al extension (ext.)

**Stahl Attachment 2**

**Stahl Attachment 2**

# FLOOR
# MANAGER

Stahl Attachment 2

# <u>Floor Manager (20k and up)</u>

~ Expected office hours 8:30 a.m.-6:00 p.m.

~ Check white board activity and transfer #'s and big pop stats.

~ Check messages and make sure they get to the appropriate closer.

~ Get the energy level up early it's a direct connection to our success.

~ Meet with the HH Manager to discuss current days plan and previous day's results including big pops or big declines.

~ Meet with team leaders to discuss a solid plan of action and start getting the energy level as high as you can; go to your team members who usually come in with high energy to help you get the rest of the team really going.

~ Communicate with your dialers... remember the dialer is the backbone of the entire business.  So communicate with them as often as possible. Dialers are usually new so it's early in their career and they are very impressionable, start to build that line of communication early on.

~ Get the office declines for the day and make sure they get to the right closer.

~ Close the majority of the offices deals and while closing use this as an opportunity to train those around you....... constant situational training!

~ Have small group tutorials with dialers, junior closers, and senior closers frequently.

~ Constantly check dialer progress reports and work with struggling dialers.

~ Keep a journal, w/activities log, misconduct log, training dates, as well as a book to keep meeting notes in.

~ File reviews- make sure you do file reviews while in ACT!  Especially with new biz.

~ Keep accurate daily progress reports for yourself.

~ Coach all employees with positive constructive criticism.

~ Control the tempo, and problems in the office when HH Manager is out of the office.

~ Pass out OTR's on Thursdays to junior closers

~ Watch out for "wasters"- people who are wasting New Biz.

~ Help keep the office running like a Swiss Watch!

Stahl Attachment 2

**Stahl Attachment 2**

# HH MANAGER

Stahl Attachment 2

# HB Manager

~ High Energy and State of Mind- this business requires you to be in a VERY POSITIVE state of mind and produces the best results for employees who stay in a high energy state... so the more energy you have combined with a winning can do attitude will help you be ready to handle the intensity of an office full of talented ambitious collectors!!!!! Besides nobody likes to work next to a Debbie Downer, so create a positive office morale, and it will go a long way for you.

~ Communication is the key to progress- the better you stay connected to your team the faster you can grow, it's true you are only as strong as your weakest link, so how do you know who it is or how to rectify if you don't know what's going on with your team members. Remember that not everyone is going to be a top communicator it's up to you to bridge that gap. Once you get 'em talking now it's time to be quiet and listen; Fact: when someone is speaking 90% of the message they are trying to convey is in their last couple sentences.

~ Meetings- this is a great time to build team morale, create an explosive energy, point out team accomplishments, and do some quality group training. I notice that on days where we have good meetings where we talk of our goals and get the whole team pumped, those are the days we double our usual daily collected amount. I think it's best to do a couple meetings a week if only for a couple minutes and couple key points it really makes a difference.

~ Adding value to the hire- slow to hire quick to fire... if hiring is done too easy than the job is taken for granted, rather its best to do a couple phone interviews then a face to face meeting where the new hire can come in and meet some of the crew as well as receive the new hire packet and fill out an application and leave any resumes. When it comes time to let an employee go try and give a verbal warning or written warning first depending on the case but establish the ground rules early. Plus keep in mind some of the employees I was going to let go early on in their career are some of my HEAVIEST closers now. What a mistake that would have been, so use good judgement, and sleep on any major decisions.

~ File reviews- are to be done at least a few times a day. You want to check the work of your employees and the best way to do this is go review files they have already worked. New files are important to review so you can check to see if the tracking is being done properly as well as the notes being done completely and just the way you like. If you notice anything that can be improved then simply write the case # down and bring it to the attention of the dialer that caused the error they will be happy to learn.

Stahl Attachment 2

~ Surveys and questionnaires- do these frequently to stay in touch with what's going on in your office... just a few random, general questions will get your team sharing their creative ideas with you. (Don't be afraid to ask questions regarding your own performance and training techniques).

~Always do more than paid for- this should be a daily routine it is the only way to reach any level of success and is completely rewarding.  You will never lose out by keeping this motto but rather you will reap the benefit of achieving more than your peers; after all it would be foolish to ask for more pay or a promotion if you are only doing what you are paid for.

~ Incentives - are to be given out by the team leaders- owners, managers, floor manages, and senior closers at their own will, based upon quality of work, and standout performances.  A couple of things I tried, was to give away two really nice leather chairs to my top senior and junior closers, for most new money for the month.  Another time I gave away wireless headsets, another time wireless mice, always making sure my incentives were things that would promote productivity and performance in the office, while still being really nice gifts.

~ Situational training- this is the best training, if you notice an opportunity to make a correction right when it happens (delicately and positively is my advice). If an employee brings something to your attention that needs to be corrected it would be the right thing to bring it to the attention of the person who made the error, and explain in detail what should be done in the future to prevent it.  Also what can be learned from the incident? You can even take this time to present it to a group, to knock out more training at once.

~ Face time with employees- it's important to make time for all of the employees. Building a rapport with your team is the key to getting everyone on the same page.  You must know your team, and more importantly know their strengths and weaknesses.  In order to know where you're going you must know where you stand, and that means one on one training, 'til you learn your team. Build relationships and really know your staff.

~ Punishment and reprimanding- generalized punishment to a group is never a good idea,  it is far better to seek the individual that has the issue and see if you can nip it in the bud with the individual.  Set your boundaries early and professionally and as a general rule of thumb try and treat people like you would want to be treated especially if they are going to get back on the phone dialing.  Use constructive language and be fair. If action must be taken, make sure it was clear to begin with so that there's no confusion.  Every employee will be given a reference guide when they first get hired.

~ Create steps to achieve goals- it is important to lay out a game plan for your team with exact instructions for them to follow and daily quota goals for them to reach.  Without a destination and some structure you will have trouble directing your office energy.

~ Note-Books and Log-Journals~ records and notes are the best way of tracking progress, so I keep a log journal with an incident report section. I had an employee knock over a water bottle tower and I realized what a good idea it would be. I could have had their previous outbursts on file and termination would not be an issue but instead a relief. Another way of logging important information is to keep a notebook with all your office meetings and training seminars for future reference. The more documents and files you keep to track yourself the more you start to see where you need work.

~ Saturday Workshops-  I wasn't sure about Saturday anything's after having no success several weekends in a row.  But I finally did a Saturday "workshop" on 8/28/2010 and it was a HUGE success!! I invited several of my top closers and some really good dialers, not to dial and make calls, but  a meeting of the minds, where we got together to shoot random ideas back and forth on how to improve the business, how we can improve training, what new ideas are we going to try and what hasn't been working so we can learn from it and grow. We also did several activities to determine our strengths and weaknesses. Those who came, got to spend some real quality time with me and were able to pick my brain regarding what they can do to improve their closing skills we all left feeling like we got a lot accomplished... and now we're doing them the second Saturday of the month routinely.

~ Progress Reports/Monthly Reports- progress reports should be done on a daily basis, please get these forms filled out by each team member, they are a great way of tracking your team's performance.  There are different forms for dialers /junior closers/ senior closer/ floor supervisors and HH Managers, everyone needs to be accurate, they directly benefit everyone involved.  These forms help us find out who needs our attention most.

~ Therapist and Coach- whether you like it or not you have a lot of responsibility on your hands now. Most likely 30 or more people are now calling you every time the wind blows, the best way to handle it is, to try and relate, be compassionate, and then be logical.  Remember... if your employees aren't in a good mood then your office is going to struggle, so get a Tony Robbins c.d. and figure out how to turn those frowns upside down.  Find a common ground or interest in something they like to build a rapport. Then get talking about it until you've opened up their communication line, now you can get through to them.  You don't have to pick up their favorite hobby but showing you care will get you in there.

Stahl Attachment 2

~ Clean Office/ Stock Office- one of the unnoticed tasks of the manager is to be the magic behind the curtain, meaning when all the employees arrive to work and they have the proper forms, the printer has paper, post-it notes are on their desks and its neat and tidy it was all made possible by first presenting the fundamentals by their team leader.

~ Quarterly staff evaluation-  every three months it's a good idea to have self evaluations with your team even if it's just a quick survey that touches on a few key points. Your employees will appreciate this time to talk with you privately about any concerns they may have with the office or staff. This is also a good time to fire stagnant employees who aren't growing.

~ Firing and Laying off an employee- see if you can do a written warning, verbal warning or possible meeting between the dialer, floor supervisor, and manager to discuss a possible solution.  Or if the incident requires immediate termination then please do so tactfully, with the integrity of the company in mind.

~ Dialer Description-such as "wasters"- not every dialer is created equally...so I like to use descriptions to let me know who needs help such as dialers who waste new biz- these are the worst kind; it's important to find out what kind of dialer you're dealing with. Or "heavy" dialer's which refers to a dialer who is good and generates a lot of call backs which equals $$$.

~ Out to raise Thursdays- it's good to do otr's on Thursdays since most people get paid on Fridays get your junior closers to practice the back half of the deal by getting deals back on board.

~ Preparing the dialer to dial- make sure that on a dialers first day he spends 3-6 hours training with  a top dialer or junior closer and then a manager or sr. closer checks his performance prior to calling and walks him through the main set up to insure the best start possible.  New dialers are not to answer the phones for the first 30-60 days.

~ Files for all- it's important to keep a file for every employee containing start date, contact information, training dates, incidents, goals and just any records important enough to file.

~ NO UNPROFESSIONAL BEHAVIOR WILL BE TOLERATED ~

## OFFICE MANAGER DAILY DUTIES FOR UNION/RINCON

### OFFICE HOURS 7AM-7PM

MAIN OBJECTIVE: CREATE AN ENERGETIC WORK ENVIROMENT WHERE ALL STAFFF MEMBERS FEEL COMFORTABLE AND CONFIDENT; THEN GET THEM TO MEET THE BEST OF THEIR CAPABILITIES

-OPEN OFFICES BY NO LATER THAN 7 AM------CHECK MESSAGES

-ADJUST WHITE BOARD #'S AND CHECK YESTERDAYS ACTIVITY (DEALS CLOSED BY CLOSERS  AND STO'S DONE BY DIALERS)

-PASS OUT NEW BIZ AND MAKE SURE THEY HAVE A SUFFECIENT AMOUNT OF REDUBS

-MANDATORY MULTI-WEEKLY MEETINGS (USUALLY MONDAYS AND THURSDAYS)

-IT IS BEST TO CREATE AN EXPLOSIVE ENERGY IN THE MORNINGS

-SPEAK TO MY TEAM LEADERS TO DISCUSS WHO DID GOOD THE DAY BEFORE OR MORE IMPORTANTLY WHO IS STRUGGLING AND DECIDE WHAT WE SHOULD DO TO RECTIFY

-DO RANDOM FILE REVIEWS  TO MAKE SURE BIZ IS GETTING WORKED CORRECTLY ESPECIALLY THOSE DIALERS WHO HAVE WEAK CALL BACK RESULTS

-FILE REVIEWS SHOULD BE DONE ANYTIME U HAVE AVAILABLE THEY ARE THE BEST INDICATOR OF WHY UR EMPLOYEES ARE DOING GOOD OR BAD

TRAINING IS TO BE DONE AT ALL TIMES – KEEP ONE EAR AND ONE EYE AVAILABLE TO UR STAFF AT ALL TIMES

-SITUATIONAL TRAINING; TRIANING THAT YOU CAN DO RIGHT WHEN SOMEONE MESSES UP, USE THIS AS A TIME TO TEACH A GROUP USING AN EXAMPLE OF WHAT SOMEONE JUST DID

-TRAINING SHOULD ALWAYS BE DONE FIRM BUT IN A CONSTRUCTIVE WAY SO THAT IT IS A POSITIVE LEARNING EXPERIENCE IF DONE RIGHT YOU SHOULD ONLY HAVE TO TAECH THIS TO A GROUP *ONCE!*

-TRAINING: GRAB A POST-IT NOTE AND GO SIT BEHIND DIALERS/CLOSERS SO U CAN GIVE POSITIVE ADVICE OR ADJUST THE MISTAKE RIGHT THERE IN THE MOMENT (DELICATELY OF COURSE)

KEEP THE OFFICE CLEAN AND STOCKED FULL OF SUPPLIES

I WOULD SAY MY MAIN TASK AS MANAGER WOULD BE TO PERSONALLY TRACK, TRAIN, COACH, HELP, HOLD ACCOUNTABLE AND BE A THERAPIST TO OVER 60 EMPLOYEES...WHATEVER NEEDED.

I WOULD ADVISE ALL MANAGERS TO ALWAYS KEEP A POSITIVE ATTITUDE, A WINNING SPIRIT AND ALWAYS BE LOOKING FOR THE NEXT INNOVATIVE IDEA THAT WILL HELP YOUR OFFICE AS WELL AS THE COMPANY  MOVE IN THE RIGHT DIRECTION.....UP UP UP !!

I AM AVAILABLE TO MY STAFF 24/7 FOR BUSINESS AS WELL AS PERSONAL RELATED TOPICS....IM HERE TO HELP THE  ENTIRE COMPANY IF THERES ANYTHING MORE I CAN DO LET ME KNOW

HH MANAGER JIM LEWIS

Stahl Attachment 2

# H H/ Floor Manager Daily Progress Report

DATE:_____

**HH Manager** _____          **Floor Manager** _____

| Employee | Absent | Arrived after 8:30 | Declines | Deals Closed | Received Training | Left before 6:30 | Heavy Hitter 3+ Deals Closed | BIG POP $1000+ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Stahl Attachment 2**

# MANAGER DAILY OFFICE STATS

MONTH: _____

HH Manager _____   Floor Supervisor _____

Sr.  _____

Jr.  _____

| | DATE | DECLINES TODAY | MEETING TODAY | TRAINING TODAY | AMOUNT COLLECTED | DEALS TODAY |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |

**Stahl Attachment 2**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Start Day | Name | Initials | Alias | B-day | Phone # | Ext. |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 9 | | | | | | | |
| 0 | | | | | | | |
| 1 | | | | | | | |

Stahl Attachment 2

**Stahl Attachment 2**

# GROWTH

Stahl Attachment 2

## Needs improvement :

~More 1 on 1 time

~Long term dialers

~More floor closing

~Better progress records

~Incident Report

~Saturday workshop

~Monthly/Quarterly

~Add value to the hire

~Fire someone!!

~Don't get to personal

## Strengths :

~High energy all day

~Explosive meetings

~Intense direct training

~Great communication

~Positive office morale

~10 hrs a day minimum

~Innovative ideas

~Incentives

~Listen & Relate

~Open to criticism

## 𝔑𝔢𝔢𝔡𝔰 𝔦𝔪𝔭𝔯𝔬𝔟𝔢𝔪𝔢𝔫𝔱 :                    𝔖𝔱𝔯𝔢𝔫𝔤𝔱𝔥𝔰 :

~                                             ~

~                                             ~

~                                             ~

~                                             ~

~                                             ~

~                                             ~

~                                             ~

~                                             ~

~                                             ~

~                                             ~

Come up with 10 areas you need improvement in and 10 areas you show strength in.  The objective is to start to move the items in the left column to the RIGHT column.  This is a very powerful exercise if done correctly ... be honest with yourself, so you can get the most out of this exercise.  Then repeat once a month.  If you're not growing... you're dying.

## Energy level:

1.

2.

3.

## State of mind:

1.

2.

3.

## Training:

1.

2.

3.

## Teamwork

1.

2.

## Progress/Improvement:

1.

2.

3.

## Communication:

1.

2.

3.

## Focus:

1.

2.

3.

3.

fill in the blanks with 3 things you can do every day to improve in these key area's

Stahl Attachment 2

HOW IS THE TRAINING IN THE OFFICE AND WHAT CAN YOUR MANAGER DO TO IMPROVE IT?

WE WANT TO GET EMPLOYEES TRAINED FASTER AND BETTER, WHAT ARE YOUR IDEAS TO HELP EFFECIENCY?

WHAT IMPROVEMENTS WOULD YOU MAKE AROUND THE OFFICE?

WERE WRITING AN EMPLOYEE HANDBOOK, WHAT DO YOU THINK SHOULD BE INCLUDED?

PLEASE TAKE THIS OPPORTUNITY TO VOICE YOUR OPINIONS OR CONCERNS REGARDING POLICY AND PROCEDURE FOR THIS COMPANY.... ALL IDEAS WILL BE HELPFUL THANKS

**Stahl Attachment 2**

**Desired Monthly Income:**
**Weekly Goals:**
Income:
Collection Goal:

**PMR: Realistic Goals for January**
**Monthly Collection Goal :**
**Daily Goals:**
Income Goal
Collection Goal:
January 2010 ( 21 work days )

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  | **1** Total Collected: Day: | **2** |
| **3** | **4** Total Collected Day: | **5** Total Collected Day: | **6** Total Collected Day: | **7** Total Collected Day: | **8** Total Collected Day: Week: | **9** |
| **10** | **11** Total Collected Day: | **12** Total Collected Day: | **13** Total Collected Day: | **14** Total Collected Day: | **15** Total Collected Day: Week: | **16** |
| **17** | **18** Total Collected Day: | **19** Total Collected Day: | **20** Total Collected Day: | **21** Total Collected Day: | **22** Total Collected Day: Week: | **23** |
| **24** | **25** Total Collected Day: | **26** Total Collected Day: | **27** Total Collected Day: | **28** Total Collected Day: | **29** Total Collected Day: Week: | **30** Total Collected Day: Week: Month: |
| **31** |  |  |  |  |  |  |

**Stahl Attachment 2**

# Homework for the week

## What are your goals for 6 & 12 months?

## What are your life goals?

- **6 month goals:**

  _____

  _____

  _____

  _____

  _____

- **12 month goals:**

  _____

  _____

  _____

  _____

  _____

- **Life goals:**

  _____

  _____

  _____

  _____

  _____

Setting goals will give you direction. How can you achieve your highest life goals, if you don't know what they are?

**Stahl Attachment 2**

# DATABASES REV 3

(Collected and assembled by Sheila J. Klopper, PI 13132, with the help of PI's around the country)

**ABBREVIATIONS**
www.abbreviations.com (stumped by some abbreviation in a legal or technical paper?)

**ACCURINT.COM**
www.accurint.com (Govt / attorney subscription database; IRB is PI alternative)

**ALL THE WEB**
alltheweb.com/ (free; articles throughout the web; enter your name and try)

**AMERICAN BOARD OF MEDICAL SPECIALTIES**
www.abms.org/login.asp (lookup board certifications, status, year of certification and name of the board(s) certification was received from.)

**ANCESTRY.COM**
www.ancestry.com (subscription based; wonderful geneology site)

**AUTOTRACKXP.COM**
www.autotrackxp.com (Choice Point subscription database)

**AVWEB.COM**
www.avweb.com (free; independent aviation news resource)

**BAXTER RESEARCH**
http://baxterresearch.net (San Francisco bay area records research service; covers several counties in the area.)

**BLACK BOOK ONLINE** Real estate
www.blackbookonline.info (research site for PIs)

**BRAINJAR.COM**
www.brainjar.com/js/validation (very useful site explaining bank routing and ID of banks through routing numbers)

**BRB PUBLICATIONS**
www.brbpub.com (free newsletter for updates on public records & information)

www.brbpub.com/pubrecsites.asp?h=1 - (BRB's list of public record sites (massive))

**BUREAU OF FEDERAL PRISONS**
www.bop.gov (locate an inmate in Federal prison)

**CALIFORNIA COURT INFO /COURTLIST.HTM**
WWW.COURTINFO.CA.GOV/COURTS/TRIAL
(listing of all CA court contact information)

**CALIFORNIA DEPARTMENT OF REAL ESTATE:**
www.dre.ca.gov (CA board of realtors, has license lookup)

**CA BUREAU OF SECURITY AND INVESTIGATIVE SERVICES:** www.dca.ca.gov/bsis (governs licensing in CA)

**CA STATE PRISONS:**
Adult facilities:
Juvenile facilities:
www.cdcr.ca.gov/Visitors/facilities.html
www.cdcr.ca.gov/DivisionsBoards/DJJ/about/locations.html

**CALIFORNIA ASSOCIATION OF LICENSED INVESTIGATORS (CALI):**
www.cali-pi.org

**CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS:**
http://www2.dca.ca.gov/pls/wllpub/wllquery$.startup
(license lookup by profession)

**CCW RECIPROCITY**
www.ccrkba.org/reciprocity.html

**CENTRAL CONTRACTOR REGISTRATION**
www.bpn.gov/ccrsearch/Search.aspx

**CHOICEPOINTONLINE.COM**
www.choicepointonline.com

Stahl Attachment 2
3/16/2010 8:22 PM

CHOICETRUST.COM

www.choicetrust.com

CIA

www.CIA.gov/cia/publications/factbook/index.html (public access to facts regarding every country on Earth)

CITY-DATA

www.City-Data.com (excellent website to develop demographic information for marketing)

THE CLAIMS PAGES:
typeCode=8&categoryID=1&category=Automotive (website with free tools and articles for the PI)

www.claimspages.com/documents/index.asp?type=Diagrams&

CONFI-CHEK.COM

www.confi-chek.com (subscription based database)

CRIMETIME.COM

www.crimetime.com (good site for PI related information)

DATA LINK

www.usdatalink.net (public record research services US wide)

DATA QUICK

www.dataquick.com (DataQuick offers real estate information solutions for all your needs including: Marketing, research, valuation, analytics)

DMV/INFORMATION SERVICES

Apply to DMV for an account, then obtain THROUGH AN INFO BROKER, eg. Logan Registration; Records Research

DUN AND BRADSTREET

http://smallbusiness.dnb.com/Default.asp?bhcd2=1184689682 (fee based business profiles and business credit reports)

EMPLOYMENT SCREENING RESOURCES (ESR):

www.ESRcheck.com (background investigation co with excellent articles on the FCRA)

FAA REGISTRY

registry.faa.gov/aircraftinquiry/ (Pilot, aircraft lookup)

FAMILYWATCHDOG.COM

www.familywatchdog.com; www.familywatchdog.us (From John Walsh & America's Most Wanted – input an address and receive a map showing the location of registered sex offenders in the immediate area)

FEDERAL BUREAU OF PRISONS

www.bop.gov (free; inmate locator)

FEDERAL/STATE PRISON LOCAIDE

www.bmom.net/prison.htm (federal and each state phone listing)

FIND A GRAVE

www.searches.rootweb.com & www.findagrave.com (helpful for determining if a person is deceased)

FIRST AMERICAN REAL ESTATE SOLUTIONS / WIN2DATA 1-800-345-7334 (fee-based real estate database for property ownership around the country)

FLIGHT AWARE

flightaware.com/ (live flight tracking)

FONE FINDER

www.fonefinder.net (enter a phone number and determine who the service provider is)

FOSSON.COM

www.fosson.com (subscription website for access to millions of public records nationwide)

FREEDOM OF INFORMATION (FOIA)

http://rcfp.org/foi_letter/generator.php (Freedom Of Information Act letter generator – for use with those stubborn public agencies that refuse to give the PI access to reports)

GAPRS.BIZ

www.gaprs.biz (nationwide court research)

GET HUMAN

www.gethuman.com (List of 500 company contact phones lines answered by a real person)

GOOGLE EARTH

www.googleearth.com (see the world thru Google's eyes)

GOOGLE MAPS

http://map.google.com/maps?  (Important: make sure you put in the ? mark)

GUIDESTAR

www.guidestar.org (990's on non-profits)

HAND GUN LAW

www.handgunlaw.us/ (a database of law re carrying firearms)

HDR / DNIS (TEXAS)

www.hdr.com / www.dnis.com (Texas database of driver information/vehicles/owner/Tx criminal conviction and others)

HOOVERS.COM

www.hoovers.com (your one-stop reference for business information. Search our profile database for free information on companies, industries and executives.)

IDocket (TEXAS)

www.idocket.com (list of Texas District Counties and you can search for civil and criminal filings)

INFO USA/ POWER FINDER

1-800-284-8353

IQ DATA

www.IQdata.com (subscription database)

IRBSEARCH.COM

www.irbsearch.com (subscription database)

KEYHOLE.COM / TERAFLY.COM

www.keyhole.com; www.terafly.com;  (excellent satellite images of streets, buildings and businesses)

KNOWX.COM

www.knowx.com (subscription database owned by ChoicePoint)

LEGISLATION INFO (CA)

www.leginfo.ca.gov/ (virtual library of the major California statutes)

LEXIS/NEXIS

www.lexisnexis.com (expensive subscription database owned by ChoicePoint)

LIBRARIANS' INTERNET INDEX

www.Lii.org (association of libraries and their information net)

LOC8FAST.COM

www.loc8fast.com (subscription database)

LOCATEPLUS.COM

www.locateplus.com (subscription database)

LOGANREG.COM

www.loganreg.com (approved DMV vendor for DMV records)

LYONS COMMERCIAL DATA

www.lyonsreg.com/freetrial/freetrialform.asp (bank routing)

MASTER FILES

www.masterfiles.com (up-to-date national phone directory that operators use)

MEGAN'S LAW

www.meganslaw.ca.gov (California registered sex offenders listing on-line)

MELISSA DATA

www.MELISSADATA.COM/LOOKUPS/ADDRESSVERIFY.ASP (You can verify any U.S. address and get information on the county, time zone, house of representative member, latitude, longitude, income, home prices and more.)

**MERLINDATA.COM**

www.merlindata.com (subscription database – very good with California information and nationwide locates)

**MY DEATH SPACE.COM**

www.mydeathspace.com/ (an archival site, containing news articles, online obituaries, and other publicly available information)

**NATIONAL ASSOCIATION OF LEGAL INVESTIGATORS (NALI):** www.nalionline.org (a PI association to join; networking)
great

**NEWSLIBRARY.COM**

www.newslibrary.com (1,610 newspapers and other news resources)

**NOLO**

www.Nolo.com (excellent site for finding legal books, information and marketing materials)

**ONE LOOK.COM**

www.onelook.com/reverse-dictionary.shtml

**PACER** BK's

WWW.PACER.PSC.USCOURTS.GOV/ (subscription database – Federal court records – very inexpensive)

**PALLORIUM (PEOPLE FINDER DISC AND ONLINE):** www.pallorium.com    (subscription database)

**PEOPLEFINDER.NET**

www.peoplefinder.net (a division of Palltech / Pallorium)

**PEOPLE FINDERS**

www.peoplefinders.com (free website with helpful tips and links for locating people)

**PHONE VALIDATOR**

www.phonevalidator.com & www.411locate.com (for locating phone service providers for any particular phone number)

**PIPL**

www.pipl.com (free; comprehensive people search on the web)   good

**PUBLIC RECORDS WORLD**

WWW.PUBLICRECORDWORLD.COM (insurance investigators; pre-employment)

Querydata.com

602-780-7509

**RECORDS RESEARCH**

www.Recordsresearch.com (approved DMV vendor for DMV records 1-800-952-5766

**REID**

www.Reid.com (one of the world's foremost instructors in interview & interrogation)

**REVERSEMOBILE.COM**

www.reversemobile.com (fee based cellular phone reverse)

**ROOTS WEB.COM**

http://ssdi.genealogy.rootsweb.com (Social Security death index look up)

**ROUTING TOOL**

routingtool.com/ (Routing Number Verification • Look up any U.S. Routing Number.• Obtain Bank Name, Bank Address, Processing Facility from ABA number.
• Get Free Funds Verification* with Bank Phone Number display.)

**SEARCH BUG**

www.searchbug.com (helpful website for locating people; tips and links)

**SEARCHPOINTE.COM**

**SEARCHSYSTEMS.NET**

**DOCTORS/CHIROPRACTORS**

www.pac-info.com (resource of business information, corporate filings, property records, deeds, mortgages, criminal and civil court filings, inmates, offenders, births, deaths, marriages, unclaimed property, professional

phonebook: Luis Carrera CA
phone bmk                        951-452-7013

**Stahl Attachment 2**

3/16/2010 8:22 PM

licenses, and much more.

SKIPSMASHER.COM

www.skipsmasher.com (subscription database -- exclusive for finding people

SKIPTRACER.COM

www.Skiptracer.com (helpful website for locating people from the people at Skipsmasher)

SMALLBUSINESS.DNB.COM

www.smallbusiness.dnb.com (Dun and Bradstreet)

SNOPES

www.Snopes.com (urban legend & hoax busting website)

STEALTHDATA.ORG

www.stealthdata.org (nationwide court research)

STEVE MORSE

http://stevemorse.org/birthday/birthday2.html (genealogy site for US dob research)

STREETGANGS.COM

www.streetgangs.com (LOS ANGELES GANGS)

STUDENT CLEARING HOUSE

www.studentclearinghouse.org/ (student degree and enrollment verification)

TELEQUERY.NET

www.telequery.net (subscription based; search by phone, name or address)

THE PI DIRECTORY INSURANCE & BONDS

www.thepidirectory.com/PIinsurance.html

THE-SEEKER

www.the-seeker.com (Free helpful tips on locating people)

THE ULTIMATES

www.theultimates.com (reverse search engine -- worth a look)

THE WORK NUMBER

www.theworknumber.com/ (a service of TALX, delivers HR and payroll services that empower employees while reducing administrative demands on HR and payroll staff.)

TIME AND DATE / WORLD

www.timeanddate.com/worldclock/converter.html (great site for determining what time it is in any particular part of the world relative to your time)

TOOLHAUS

www.toolhaus.org/ (e-Bay related)

TRACERSINFO.COM

www.tracersinfo.com (subscription data research)

TRUTH OR FICTION

www.Truthorfiction.com (urban legend & hoax busting website)

UNCLAIMED / MISSING MONEY

www.unclaimed.org & www.missingmoney.com (national searches for unclaimed funds)

US INTERLINK

www.usinterlink.com/ (subscription data lookup)

USTRACERS.COM  ( IM411)

www.ustracers.com (subscription phone research)

US TREASURY AUCTIONS

www.ustreas.gov/auctions/ (U.S. Treasury Auctions)

VINELINK.COM

www.vinelink.com (locate someone currently in custody in a local jail)

WEATHER (PAST)

www.pastweather.com (useful site for determining past sunrise/sunset & weather conditions in any particular area)

WESTLAW

www.westlaw.com (fee based; legal research)

Stahl Attachment 2

3/16/2010 8:22 PM

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)

Business name, if different from above

Check appropriate box:
☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ........
☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶

Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

● An individual who is a U.S. citizen or U.S. resident alien,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

● An estate (other than a foreign estate), or

● A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

● The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

Stahl Attachment 2