COMPANY OR
EMPLOYER NAME: _____

POSITION APPLIED FOR: _____

# Employment Application

APPLICANT TELEPHONE: _____

SOCIAL SECURITY NUMBER: _____

YOUR NAME: _____

Last _____ First _____ Middle _____

ADDRESS: _____

_____

_____

ARE YOU LEGALLY ELIGIBLE FOR EMPLOYMENT IN THE U.S.A.?
[ ] Yes   [ ] No   (If yes, verification will be required.)

I AM SEEKING A PERMANENT POSITION:   [ ] Yes   [ ] No

IF NECESSARY FOR THE JOB I AM ABLE TO:

Are you able to perform the essential functions of the position with or without accommodations?
[ ] Yes   [ ] No

Work (which shifts)?   Select: _____

Work overtime?   Select: _____

Provide a valid Alaska Drivers License?   Select: _____

IF NECESSARY FOR THE JOB, ARE YOU OVER (Please mark one)   14__  15__  16__  18__  19__  21__
I WILL BE ABLE TO REPORT TO WORK ____ DAYS AFTER BEING NOTIFIED THAT I AM HIRED.

**EDUCATION:**

| | | Yrs. Completed | Field of Study | Graduate or Degree |
|---|---|---|---|---|
| High School | | | | |
| College/University | | | | |
| Business/Technical | | | | |
| Other (May include grammer school) | | | | |

**MILITARY SERVICE:**   [ ] Yes   [ ] No

Duty/Specialized Training: _____

**REFERENCES:** List two personal references who are not relatives or former supervisors.

| Name | Address | Telephone | Occupation | Years known |
|---|---|---|---|---|
| | | | | |
| Name | Address | Telephone | Occupation | Years known |
| | | | | |

**EMPLOYMENT:**   List last employment first. Include summer or temporary jobs. Be sure all your experience or employers related to this job are listed here, in the summary (following this section), or use an extra sheet of paper if necessary.

| Employer Name and Address | Position Title/Duties Skills | Dates Employed from ____ to ____ |
|---|---|---|
| | | Reason for leaving |
| | Supervisor's Name: _____ | Telephone: _____ |
| Employer Name and Address | Position Title/Duties Skills | Dates Employed from ____ to ____ |
| | | Reason for leaving |
| | Supervisor's Name: _____ | Telephone: _____ |

Developed at employer request by the Alaska Department of Labor and Workforce Development, Employment Security Division

genapp (03/00)

Stahl Attachment 2

**Stahl Attachment 2**



# N⊘RTEL NORSTAR

**M7310**
**Telephone**
**User Card**



## Your Norstar M7310 telephone



**Shift button**
for using the top function of a dual-memory button.

**Display**
shows the time, date, call information and guides you while using Norstar* features.
The lower line of the display is reserved for display button instructions.

**Dual-memory buttons**
store any two features and/or autodial numbers.

**Display buttons**

**Feature button**
starts or cancels a feature.

**Release button**
cancels active calls.

**Hold button**

**Dial pad**

**Memory and line buttons**
are buttons with indicators for
one touch dialing, feature
operation or line access.

**Volume control**

**Indicators**
appear beside active lines and features.

| | |
|---|---|
| **Using display buttons** | Display buttons change with each feature you use. The labels for display buttons appear in capital letters directly above them on the second line of the display. A display button with an "OK" label above it is represented as OK in this card. |
| **Button Inquiry** | Confirm that your memory and line buttons have the correct snap-on caps by checking their programming. 1. Release all calls or open lines with dial tone. 2. Press Feature ✱ 0 . 3. Press the button(s) you want to check and read the display. 4. Press Feature when finished. |
| **Adjusting display contrast** | 1. Press Feature ✱ 7 . 2. Press UP or DOWN for the level you want. 3. Press OK when finished. |
| **Selecting a ring type and volume level** | 1. Press Feature ✱ 6 . 2. Press 1 , 2 , 3 or 4 to hear the different types of rings. 3. While the telephone is ringing, press ◄) softer ))◄ louder to adjust the volume. 4. Press OK to store the ring. |

**Important:** All M7310 telephones Release 16 (REL 16) and higher comply with the Americans with Disabilities Act
(ADA). See the label on the bottom of the telephone for the Release marking.

*Meridian and Norstar are trademarks of Northern Telecom.

2

Stahl Attachment 2

# Making calls

## About line buttons

Norstar systems can have different types of line buttons. Match the line buttons on your telephone with the ones below for instructions on how to use them.

| Intercom |
| Line 1 |

### Internal calls using intercom buttons

1. Pick up the receiver.
2. If ▶ appears beside an intercom button, then dial.
   OR
   Press an Intercom button without ▶, then dial.

### External calls using numbered Line buttons

1. Pick up the receiver.
2. When ▶ appears beside a numbered Line button, then dial.
   OR
   Press a numbered Line button without ▶, then dial.

*Note:* Internal numbers are supplied by your System Coordinator.

| 4321 |

### Internal calls using extension buttons

1. Pick up the receiver.
2. When ▶ appears beside an extension button, then dial.

### External calls using extension buttons

1. Pick up the receiver.
2. When ▶ appears beside the extension button, then dial [9] (or your system's external line access code) and the number.

| Hold |

### Holding Calls

1. Press [Hold]. The ▶ flashes beside the line on hold.
2. Press the line button with the flashing ▶ to return to the call.
   Check the display for confirmation or additional information.

### Automatic hold

Calls are put on hold automatically when you switch from one line to another.

| Handsfree Mute |

This button operates the telephone's built-in microphone and speaker in place of the receiver. Your System Coordinator can program Handsfree to your telephone.

### Making calls

1. Press [Handsfree Mute] instead of picking up the receiver.

### Switching between Handsfree and handset

1. Press [Handsfree Mute] and replace the handset to switch to Handsfree.
2. Pick up the receiver to switch back.

### Using Mute

1. Press [Handsfree Mute] to turn the microphone OFF.
2. Press [Handsfree Mute] again to turn the microphone ON.

## Dialing without lifting the handset

1. Press a line button without ▶, then dial your call.
2. When answered, pick up the receiver, or press [Handsfree Mute].
3. If the call is not answered, or the line is busy, press [Rls].

3

          Stahl Attachment 2

## Programming memory buttons

**About memory buttons**



There are two types of memory buttons: single-memory and dual-memory. Memory buttons store telephone numbers or feature codes to give you one touch dialing or feature activation.

*Dual-memory buttons*
To use the **bottom** function, press the dual-memory button.
To use the **top** function, press the shift button, then press the dual-memory button.

*Single-memory buttons*
Single-memory buttons are the buttons with indicators other than line or Handsfree buttons.

*Remember:* Press [Feature] [*][0] to check a memory or line button.

**Programming memory buttons**

*External autodial*
1. If you are on a call or an open line with dial tone, press [Hold] or [Rls].
2. Press [Feature] [*][1].
3. Press a memory button.
4. Dial the external number.
5. Press OK to store the number.
6. Label your new button.

*Internal autodial*
1. If you are on a call or an open line with dial tone, press [Hold] or [Rls].
2. Press [Feature] [*][2].
3. Press a memory button.
4. Dial the internal number.
5. Label your new button.

*Features*
1. If you are on a call or an open line with dial tone, press [Hold] or [Rls].
2. Press [Feature] [*][3].
3. Press a memory button.
4. Press [Feature] and the feature code.
5. Label your new button.

*Erasing memory buttons*
1. If you are on a call or an open line with dial tone, press [Hold] or [Rls].
2. Press [Feature] [*][1].
3. Press the memory button you want to erase.
4. Press OK to erase the button.

4                                               P0749850  Issue 02 Printed in Canada

# CREDIT REPAIR

In credit repair you will need to write 3 Letters!

1. To the credit bureaus
2. To the creditor
3. To the credit bureaus again

All letters must be: signed, get a receipt and certified

All letters must have your name, a copy of your Driver's Licence, and Social Security Card and a recent utility bill.

Letter #1: (to the credit bureaus)

Begin letter as... I, ____(your name)____ personally am investigating the following accounts.

Use this format:

| Company Name | Account # | Reason for Investigation |
|---|---|---|
| Sears | 4445465 | Not mine |
| Visa | 565324648 | Never paid late |
| Mobile Gas Card | 1546854454 | Paid prior to collection |
| Verizon | 556456456 | Please Investigate |
| Target | 4554456 | No recollection of account |

You can ONLY LIST 5 Items per letter, per bureau!

If you have more than 5 to dispute, you must write separate letters!

*You can use whatever reason you can think of!*

The process that takes place after you mail Letter #1 is that the credit bureaus have to contact every creditor you listed. The creditors have 30 days to prove that you had the account or that you were late (or whatever it is that you disputed). If there is no response from the creditors, then they are required to wipe you clean of the debt.

Complete this exact process with whatever you do not want on your credit report.

Letter #2 (to your creditors)

**Send this letter at the same time as Letter #1.

You will be requesting that the creditor provide documentation of whatever it is that you are disputing.

Stahl Attachment 2

Ex: Please provide documentation for account # 4554456. It has been reported that I was 30 days late please provide proof that this account was indeed paid late.

The proof that they send to you CANNOT be computer generated.

**A charge-off is the easlest to remove! The reason is that they have to provide you a copy of the ORIGINAL application you signed when you opened the account. Most of the time, they do not keep these on file and it's easier for them to just eliminate it off of your credit report than trying to provide this to you.

After 30 days, an copy of your credit report with the requested items will either be deleted or verified.

If deleted, then great! You're done and you've successfully cleaned that account from your credit.

If verified, move on to letter #3!

---

Letter #3 (Bureaus for the 2ⁿᵈ time) **This letter only goes out if the creditors have verified your account.

The purpose of this letter is to request information from the bureaus as to HOW they verified the information that they did.

*Example:*
When I asked for the same verification as you did, I did not receive it. *** You should include a copy of letter #2 as proof that you did request this information from them along with the signed receipt and certified proof*** How did you obtain this information? Based on the Fair Credit Reporting Act, you must remove it, otherwise a lawsuit will be pending against —(their company name)—.

You can even include things in the letter like, "It has been a destruction of my character because of this error on my credit report," or I have missed opportunities to gain business partners..." or things like, "I have had an inability to obtain a good rate on our home and car loans and from this my family has suffered."

You can continue to do this every 30 days,

You can also even include a Consumer Rights Attorney's business card in the letter with all their contact info on it to appear you have done your research and ready to take action. Just stop by and get some from a local attorney's office.

**Stahl Attachment 2**

**Other notes:**

** This same process will allow you to remove credit inquiries too.

**Collections still affect your credit score whether they are paid or not!

**If you cannot do this on your own, you can hire a credit repair company to do it for you, but you should always ask if they are licensed and bonded. Normal charges are between $1-$3,000.

The three major national credit bureaus are:

PLEASE <u>DOUBLE CHECK</u> FOR UP TO DATE CHANGES IN THE ADDRESSES BELOW!

- **Equifax**
  P.O. Box 740241  or 740256
  Atlanta, GA 30374-0241
  (800) 685-1111.
- **Experian**
  P.O. Box 2104
  Allen, TX 75013
  (888) EXPERIAN (888-397-3742).
- **Trans Union**
  P.O. Box 1000     P.O.Box 2000
  Chester, PA 19022   or Chester, PA 19022
  (800) 916-8800.

The credit bureaus have their own forms for investigation on their website. You should be following a similar format! Check the one below to see the form by Trans Union.

http://www.transunion.com/docs/personal/InvestigationRequest_Chester.pdf

Stahl Attachment 2

Personal Information
Confirmation Number
Social Security Number *
First Name (on Credit File) *
Last Name (on Credit File) *
Street Address *
City *
State *
Zip Code *

In case we need to contact you for clarification, please provide us with a phone number where you can be reached.

Daytime Phone Number
Evening Phone Number

Investigate Item #1

Collection Agency, Courthouse, or Credit Company Name

Account Number or Case Number *

▣ Not Mine                    ▣ Released

▣ Satisfied                   ▣ Current/Previous Payment Status Incorrect

▣ Paid in Full                ▣ Dismissed/Discharged

▣ Account Closed              ▣ Included in Bankruptcy

▣ Fraudulent Account          ▣ Fraudulent Charges


Investigate Item #2

Collection Agency, Courthouse, or Credit Company Name

Account Number or Case Number *

▣ Not Mine                    ▣ Released

▣ Satisfied                   ▣ Current/Previous Payment Status Incorrect

▣ Paid in Full                ▣ Dismissed/Discharged

▣ Account Closed              ▣ Included in Bankruptcy

▣ Fraudulent Account          ▣ Fraudulent Charges

Investigate Item # 3

Collection Agency, Courthouse, or Credit Company Name [_____]

Account Number or Case Number * [_____]

☑ Not Mine
☑ Satisfied
☑ Paid in Full
☑ Account Closed
☑ Fraudulent Account

☑ Released
☑ Current/Previous Payment Status Incorrect
☑ Dismissed/Discharged
☑ Included in Bankruptcy
☑ Fraudulent Charges

Investigate Item

Investigate Item # 4

Collection Agency, Courthouse, or Credit Company Name [_____]

Account Number or Case Number * [_____]

☑ Not Mine
☑ Satisfied
☑ Paid in Full
☑ Account Closed
☑ Fraudulent Account

☑ Released
☑ Current/Previous Payment Status Incorrect
☑ Dismissed/Discharged
☑ Included in Bankruptcy
☑ Fraudulent Charges

Investigate Item # 5

Collection Agency, Courthouse, or Credit Company Name [_____]

Account Number or Case Number * [_____]

☑ Not Mine
☑ Satisfied
☑ Paid in Full
☑ Account Closed
☑ Fraudulent Account

☑ Released
☑ Current/Previous Payment Status Incorrect
☑ Dismissed/Discharged
☑ Included in Bankruptcy
☑ Fraudulent Charges

Stahl Attachment 2

# ATTACHMENT 3

# Contents

| | |
|---|---|
| New Employee Welcome Letter | 2 |
| Daily Operations | 3 |
| Team Roles and Responsibilities | 4-5 |
| Performance Management/ Improvement | 6 |
| Performance Review Form | 7 |
| How to properly work an Account | 8 |
| Helpful Abbreviations | 9 |
| Dialers Calling Scripts | 10-12 |
| Dialers Rebuttals | 13-15 |
| Dialers Daily Log | 16 |
| Dialers Monthly Log | 17 |
| Monopoly Rule Book | 18 |
| Closers Script | 19-20 |
| Closers Checklist | 21 |
| Closers Rebuttals | 22-24 |
| Junior/Senior Closers Log | 25 |
| Helpful Hints | 26-28 |
| Maintaining a Positive Environment / Positive Resources | 29 |
| Equal Employment Opportunity | 30-31 |

# NEW EMPLOYEE WELCOME LETTER

Dear New Employee,

Welcome to the {Company Name} team.  I am delighted you are joining us as a dialer. Your role is critical in fulfilling the mission of {Company Name}

The enclosed information is designed to serve as an introduction and provide resources that will help make a smooth transition into your new position.

The management team is here to support your transition, so please know that you can call on any of us to assist you. I have an "open door policy" so please feel free to come in when you have a question or a concern. We are looking forward to you joining our team and your success at {Company Name}.

Sincerely,

Tim Harding
Manager

Stahl Attachment 3

2

# Daily Operations

## General policy on personal conduct

{Company Name} expects its employees to maintain a high standard of conduct and work performance to make sure the business maintains a good reputation. Good personal conduct contributes to a good work environment for all.

This involves all employees:

- observing all policies and procedures
- treating colleagues with courtesy and respect
- treating all calls in a professional manner at all times

## Hours of Operation

Office hours are Monday through Friday 8:30am-5:00pm. Coming in early and staying late is always strongly encouraged. Office doors will be open from 7:00am to 6:30pm, unless otherwise specified. The office will also be open Saturdays; hours will be specified on Friday afternoon.

## Attendance

Attendance plays a crucial role for each team member individually and as a team player. If you are unable to attend work for any reason, a phone call needs to be placed to your Junior Closer and an email sent to the Manager so it can be recorded and kept in your file.

## Dress code policy

As a minimum standard, dress should be clean, neat and professional.

# Team Roles and Responsibilities

## Dialer

A dialer's job is to locate contacts that have a relationship to the debtor in the following order;
- Employment
- Relatives
- Associates
- Debtor.

Once you locate a contact, they need to take down the legal offices phone number and debtors file number, so that they are able to call into a senior closer.

Dialers need to keep a log of all STO's to follow up. (The organized dialer will always excel much faster than the unorganized dialer)

The key to being a great dialer is being creative, positive, upbeat and most of all ENTHUSIASTIC!!!!

It's a Numbers Game
More Dials = More STO's = More Callbacks = More Deals

## Junior Closer - JC

A Junior Closer's job is to continue the dialing responsibilities, but at the same time is a Senior Closer in training. Junior closers will answer incoming calls as a receptionist to get familiar with taking incoming calls and then transferring the call over to a Senior Closer.

Junior Closers need to keep a log of all STO/TO's to follow up.

Some Junior Closers will have the ability to close their own deals or deals when Senior Closers are busy.

## Senior Closer

A Senior Closer's job is to keep their team working together in uniform. The Senior Closer is in charge of running the day-to-day operations of their team.

Their job is to close incoming calls for their team, fill out necessary paperwork and follow up on any outstanding accounts that are being worked.

On downtime, Senior Closers should be dialling to get ahead.

4

**135**                                                        **Stahl Attachment 3**

## Chain of Command



**Stahl Attachment 3**

# Performance Management/Improvement

The purpose of performance management is to improve performance. It is an ongoing process. It should include informal and formal review. We encourage a two-way process, that is, employees can also give management feedback on performance.

All employees will undergo a formal performance review with their immediate manager the first week of every month to review last month's performance and next months goals. During this performance the manager and the employee will discuss goals and rewards for meeting goal, ie: promotions.

Each employee must understand their responsibilities, be counselled and given the opportunity to reach the standards expected of them. It is our top priority to set goals for you and to do whatever it takes to reach those goals. Should such improvement processes be unsuccessful in improving an employee's performance, {Company Name} may decide to end an employee's employment.

## Goals

Goals must be met and are expected to succeed in this business.  There will be daily, mid-monthly and monthly goals that will apply to each team member.

## Dialer Daily Goals

A minimum of 300 dials a day (this should be met after two weeks).

## Mid-Monthly and Monthly Goals

Dialer - They are as follows for the first four months;

|         | MID-MONTHLY GOALS | MONTHLY GOALS |
|---------|-------------------|---------------|
| MONTH 1 | $750              | $1,500        |
| MONTH 2 | $1,750            | $3,500        |
| MONTH 3 | $3,000            | $6,000        |
| MONTH 4 | $3,750            | $7,500        |

Junior Closer – Maintain $10,000 + monthly goal.  If you fall below this number over a period of two months, you may be demoted.

Senior Closer- Maintain $15,000 + monthly goal.  If you fall below this number over a period of two months, you may be demoted.

6

# Performance Review Form

Employee:_____

Month:_____     Year: _____

Position: _____

|  | __Your Number__ | __EXPECTED__ |
|---|---|---|
| Weekly Call Average |  | 1500 |
| Total Monthly Calls |  | 6000 |
| Mid-Month Goal |  | ???$$$ |
| End Month Goal |  | ???$$$ |
| Overall Attendance |  |  |

\*\*Attendance is based on where you are in terms of your mid-month and end month goals (in plain terms, what matters is that you are hitting your goal).\*\*

7

# How to properly work an account

## Simple Collect



1. Copy and paste DOB, spouse, alias, and additional social security numbers from credit report to "Current Info" tab.
2. Google place of employment and add additional phone numbers to phone number list
3. **Reminder** Always add new information to notes.

## CBC

1. Search, copy & paste any new numbers. Call new numbers

Make sure after you have input all numbers and debtor information REFRESH your screen BEFORE you start calling.

## Helpful Hints

> ➢ Keep good notes, a good log and stay organized
> ➢ Just remember it's a numbers game

If a STO was not done, schedule the account for a call back three hours after the last attempted call. At that point call all numbers again in the same order you did before.

Once a STO is done, do not continue the steps because now you must wait for a call back. If there isn't a call back within 24 hours go back in the account and continue where you left off.

**Never leave messages on voicemail**

# Helpful Abbreviations

| Initials | Definition |
|----------|------------|
| ACC | Accurint.com info |
| ACT | Active |
| CBC | # found through cbc.com |
| DNLM | Did not leave a message |
| DWYWTD | Do what you have to do…basically RTP |
| HR | Human Resource |
| HU | Hung Up |
| ID/CID | Identity/Caller ID |
| INC | Incorrect |
| JSTO | Job Standard Talk Off |
| LM ON VM | Left message on voicemail |
| MGR | Manager |
| MJACK | Mjack needed for blocked # |
| NA | No Answer |
| NC | No Contact |
| NIS | Not in Service |
| NLE | No longer employed |
| NVM | No voicemail setup |
| POE | Place of employment |
| POSS POE | Possible place of employment |
| PPA | Post payment arrangement |
| PPP | Promise to Pay |
| REL | Relative |
| RTP | Refuse to pay |
| STD | Standard talk off done |
| STO | Standard talk off |
| UIF | Un-identified female |
| UIM | Un-identified male |
| VM/VMB | Voicemail/Voicemail Box |
| WN | Wrong Number |

# Dialers Calling Scripts

## STO- Standard Talk Off

Hi, my name is Jake Carter/Ashley Thomas; I'm looking to verify that someone will be available to accept legal documents on behalf of _____.

Ma'am/Sir let me explain what is going to take place, _____ has provided us with this contact information and the process server will make two attempts to serve this complaint against him/her. After the second failed attempt the court will be notified of a failed action to serve and the court hearing will then take place without his/her participation. It will also be noted as an FTA or failure to appear on court records.

What I'm going to do is give you the phone number to the legal office that is handling the case and the case number. He/She will need to contact them immediately…. Let me know when you are ready…. The number they need to call is _____.

Since I have spoken with someone I am going to place a 3 hour hold on the summons to give you time to contact them, however if they fail to hear from them in that time period, the process server will start to make their attempts to serve the complaint either at the residence or place of employment, so please contact them immediately!!!!!!!!!!!

Name: Jake Carter/ Ashley Thomas
Employer: Process Services
Title: Process Server
Location: Irvine, CA, But we have offices Nationwide
What is this regarding: **REBUTTALS**
1)  The legal office handling this case can provide you with that information
2)  These are sealed legal documents and I do not have the authority to open them
3)  Because of the federal privacy act I cannot disclose that information

10

Stahl Attachment 3

## JSTO- Job Standard Talk Off

Hi, my name is Jake Carter/Ashley Thomas; I'm calling from the process services department. I need to find out if you have a policy or procedure in place to have an employee served with a court ordered summons. I show this to be for a Mr./Mrs. _____.

Ma'am/Sir the process server will make two attempts to serve this complaint against _____, after the second failed attempt the court will be notified of a failed action to serve and the court hearing will then take place without his/her participation. It will also be noted as an FTA or failure to appear on court records.

What I'm going to do is give you the phone number to the legal office that is handling the case. He/She will need to contact them immediately…Get a pen…the number they need to call is _____.

Since I have spoken with someone I am going to place a 3 hour hold on the summons to give you time to contact them, however if they fail to hear from them in that time period, the process server will start to make their attempts to serve the complaint either at the residence or place of employment, so please contact them immediately!!!!!!!

Name: Jake Carter/ Ashley Thomas
Employer: Process Services
Title: Process Server
Location: Irvine, CA, But we have offices Nationwide
What this is regarding: **REBUTTALS**
   1) The legal office handling this case can provide you with that information
   2) These are sealed legal documents and I do not have the authority to open them
   3) Because of the federal privacy act I cannot disclose that information

## Spanish STO

Si estoy llamando par aver si va aver algin en casa, quien puede acceptar unos documentos legales para _____(debtor).

Senor(a), oficina proceso hara dos intentos para server esta demanda. Despues de dos intentos sin resultado, el prosedimiento tomara parte sin la prescensia de el( ella). Se anotara que esta persona fallo a participar y resultara en un aumento de multas.

Ahora, lo que voy hacer es darle a usted el numero de la agencia legal que esta acargo del caso. El(ella) necesita comunicarse con la officina legal immediatamente!!! Aqui le va el numero y el numero del caso _____(Corporite Office Number).

Puedo poner un alto temporal de 3 horas, para darle la opportunidad de ponerse en contacto con la agencia.

Si fallen de communicarse immediatamente, entonces oficina proceso intentara server la demanda al domisilio o al trabajo, pore so de imporatncia de communicarse lo mas pronto possible.

# Dialers Rebuttals

## STO Rebuttals

1. The DB does not live here.
   a. Oh he/she doesn't live there, why is he/she using your address? (Pause) Who is he/she to you? (Pause) wow, (grab a pen) so service can be redirected to their home then which is??

2. I have no contact with DB
   a. Why is he/she using your address? How long since you have had contact? Wow, they are coming to your house after 2 attempts this court proceeding will go on without them; they will get a failure to appear, grab a pen.

3. Who are and you and what county are you calling from?
   a. I am with the process service division call from_____ county

4. I am not taking any number to pass to DB
   a. So you can care less if the DB gets a failure to appear, who are you to the DB?
   b. Ok that's fine, you can explain it when they try to serve at your location
   c. Why are you so reluctant to help a family member in need

5. Can I Call you back?
   a. We work out of a call center. We can not help you with anything after we hang up. To make it easier on both of us, can you can forward the information to the DB, then he/she can call the issuing agent handling the complaint

6. I don't have a pen
   a. Then you need to get up and find one. This is not a game, I suggest you look and find something to write with

7. Can I sign for the documents?
   a. It shows here that the DB is the only one that has authorization to sign for the documents, grab a pen and have the DB call the issuing agent handling the complaint to authorize your signature.

8. I am driving now
   a. I suggest you pull over. This is time sensitive and since you are not at the service location it will be noted as a failure to serve

9. I don't know who that person is
   a. Is this (relative's name) Ok so you're telling me you don't know DB? Is your address (fill in address)?  It sounds like we need to notify the fraud dept. When they come to serve be ready to answer some questions regarding the situation and have your ID ready

10. They are dead, in jail, or homeless
    a. Dead? Who are you to the DB? Is there a widow?
       i. (IF YES) then continue against the spouse and have the spouse call in.

b. **IN JAIL**
   i. Wow. Then you need to grab something to write with, this might cause further issues in there situation. Who are you to the DB?
   ii. Is DB married?
       1. (IF YES)I suggest if married have the spouse call,
       2. (IF NO) have closest relation such as mom call the issuing agent handling the complaint

c. **HOMELESS**
   i. Well then you might want to grab a pen, write down the case # and the phone number to the issuing agent handling the case. Get in your car and drive around the neighbourhood because homeless people are easy to find. Have them call to redirect corner for service.

11. **They are out of the country or on vacation**
    a. So you are telling me there is no phones in there location? Come on you are not taking this seriously. I know for a fact if there was an emergency you would find a way to contact them. So I am telling you now that this is urgent, grab a pen, if you care you will make the effort

12. **They don't live in this state and never have**
    a. So why is DB using your information? Sounds like something is not right here. Grab a pen. I suggest you get a hold of the DB and have them call the issuing agent and get this service rerouted immediately.

13. **That is my ex from 10 years ago (or ex in-law from 10 years ago)**
    a. So DB does not live there? Why is your address attached to the summons?
    b. Do you have children or grandchildren?
    c. Whatever the case is you need to get this service redirected. Grab a pen, here is the case number and the phone # to the issuing agent handling the complaint. I suggest you get the DB on the phone immediately to get this taken care of.

# Job Rebuttals

1. **We don't pass information to the employees**
   a. I am trying to help your company. This matter is serious and will cause problems at the job. Grab a pen and get this redirected to the employees home.
   b. STILL NO- (strongly ask) what is your name and your position in the company? We will document for the record that you made the decision for the DB to be served at his/her place of employment.

2. **They no longer work here**
   a. What was the termination date?
   b. Do you know where he/she was transferred? (If left the company) do you know the DB personally? Are you able to contact the DB? Do you have the current employer? (Of course the more probing gets the most call backs. Get creative in your stats)
   c. We are unable to redirect service, make sure to have proof of termination when they show up.

3. **Just go ahead and serve the documents, we will bring up the DB then**
   a. Look I see here that there is an opportunity for service at the home residence. My suggestion would be to grab a pen and take down the case number and phone # to the issuing agent handling the case and have the service redirected. This will help reduce any problems at the work place and save any possible embarrassment.

4. **Our policy is**
   a. Repeat the same scenario as question 3

5. **If transferred to a voicemail**
   a. Call right back, tell them you can not leave a message on a voice mail, this is urgent and needs to be handled immediately. Grab a pen or get me to someone that can take care of this now.

6. **We don't verify employment or give out personal information**
   a. I am not asking to verify employment. I am telling you I have a court order here against one of your employees
   b. I am not asking for any information. I am telling you we have a court order. I am trying to set up service. Grab a pen, get DB to reroute this case to his/her home. Help yourself and help your employee.

15

# Dialers Daily Log

| DATE | CASE # | DEBTOR NAME | NOTES |
|------|--------|-------------|-------|
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |
|      |        |             |       |

16
**Stahl Attachment 3**

# Dialers Monthly Log

**Name:** _____

**Month:** _____

| | DAY | DATE | STO | C/B | CALLS | DEALS | NOTES |
|---|---|---|---|---|---|---|---|
| **W** | Monday | | | | | | |
| **E** | Tuesday | | | | | | |
| **E** | Wednesday | | | | | | |
| **K** | Thursday | | | | | | |
| **1** | Friday | | | | | | |

| | DAY | DATE | STO | C/B | CALLS | DEALS | NOTES |
|---|---|---|---|---|---|---|---|
| **W** | Monday | | | | | | |
| **E** | Tuesday | | | | | | |
| **E** | Wednesday | | | | | | |
| **K** | Thursday | | | | | | |
| **2** | Friday | | | | | | |

| | DAY | DATE | STO | C/B | CALLS | DEALS | NOTES |
|---|---|---|---|---|---|---|---|
| **W** | Monday | | | | | | |
| **E** | Tuesday | | | | | | |
| **E** | Wednesday | | | | | | |
| **K** | Thursday | | | | | | |
| **3** | Friday | | | | | | |

| | DAY | DATE | STO | C/B | CALLS | DEALS | NOTES |
|---|---|---|---|---|---|---|---|
| **W** | Monday | | | | | | |
| **E** | Tuesday | | | | | | |
| **E** | Wednesday | | | | | | |
| **K** | Thursday | | | | | | |
| **4** | Friday | | | | | | |

| | DAY | DATE | STO | C/B | CALLS | DEALS | NOTES |
|---|---|---|---|---|---|---|---|
| **W** | Monday | | | | | | |
| **E** | Tuesday | | | | | | |
| **K** | Wednesday | | | | | | |
| **5** | Thursday | | | | | | |
| | Friday | | | | | | |

17

Stahl Attachment 3

# Monopoly Rule Book

## BKP (Broken Promise to Pay)

The closer has 5 days after a broken promise to pay to contact the DB, whether it's a failed call or a change in payment. At that time the closer needs to make a note in the account of the attempt or the change in payment. If there is no note made to the account, on the 5th day at NOON it is open to any other closer to finish the deal.

| DAY 1 | DAY 2 | DAY 3 | DAY 4 | DAY 5 |
|-------|-------|-------|-------|-------|
| 20th | 21st | 22nd | 23rd | 24th |

IE: Joe Smith BKR on the 20th, Closer has til the 24th at Noon to make a note in the account, if not it is open to any closer

## OTR(Out to raise),PPP(promise to pay),STO(standard talk off)

The closer has 3 days after an OTR, PPP or STO to contact the DB, whether it's a failed call or a change in payment. At that time the closer needs to make a note in the account of the attempt or the change in payment. If there is no note made to the account, on the 3rd day at NOON it is open to any other closer to finish the deal.

| DAY 1 | DAY 2 | DAY 3 |
|-------|-------|-------|
| 12th | 13th | 14th |

IE: Joe Smith BKR on the 12th, Closer has til the 14th at Noon to make a note in the account, if not it is open to any closer

## Hold

The closer has 3 days after a HOLD to contact the DB, whether it's a failed call or a change in payment. At that time the closer needs to make a note in the account of the attempt or the change in payment. If there is no note made to the account, on the 3rd day at NOON it is open to any other closer to finish the deal.

| DAY 1 | DAY 2 | DAY 3 |
|-------|-------|-------|
| 3rd | 4th | 5th |

IE: Joe Smith BKR on the 3rd, Closer has til the 5th at Noon to make a note in the account, if not it is open to any closer

# Closers Script

Thank you for holding, am I speaking with _(DB)_____?
Sir/Ma'am it shows here that we have a pending lawsuit that is being filed against you. Do you have the summons so that we can review it together????

Okay it sounds like you are being set up for service and were contacted by a process server. I am uploading your case from the attorney file. Grab a pen and paper you are going to want to write some of this information down

You are being sued for your outstanding balance owed with__(Debt)_____
I am showing here that my clients have conducted what is called an asset and liability investigation report. In that report they discovered that you do meet the criteria for a 10 year judgement. Once that judgement has been filed, my client will pursue you for the next 10 years until the balance is paid in full.

As of today your total balance that is owed on this accounts is (p+1+1000 SPIFF) I do have to advise you that when you signed the "Terms and Conditions" for this account you agreed to pay $1000 in court fees and $1500 in attorney fees, bringing the total amount due to (p+1+1000SPIFF+2500) if you go to court!!

Now I am showing in your file that back on (45 days ago) my client mailed you an out of court settlement giving you a chance to resolve this issue outside of court. Can I ask you why you did not respond? It was mailed to _(address)_____. Do you usually have problems with your mail?? It does not show that it was returned.

Since you did not receive the out of court settlement I'm going to place you on a brief hold, contact my client and see if there is any way to postpone this hearing, allowing you to settle this outside of court.

Before I contact my client do you have the (p+1+1000spiff)????
If you *can not* come up with the amount in full, you will need at least 35% down to show representation to the court that you want to resolve this case out of court. At that point I can get the attorney to sign off on the pre-dismissal… I will then break up the remaining balance into 6 monthly payments.

Please hold for 1-2 minutes while I contact my client ….

…..I have great news, I was able to re-instate your our of court settlement. The attorney's have not yet reviewed the particular circumstances of your account. This will be your last opportunity to avoid legal activity…

Your account qualifies for our resolution program. Here are the options you can choose from.

1.) LUMP SUM - - -PRINCIPAL + INTEREST + $500 SPIFF - - - SAVING YOU $500.

2.) 35% DOWN____ AND 6 X ____MONTHLY PAYMENTS.

OK I need two things to get this signed off on the pre-dismissal. Once I have these I will fax it down to the processing division and have your name removed from the list to be served.

1.) (Your mailing address) once this payment is secured, I will have my secretary refile a new stipulation. That letter will have in it everything that we agreed upon today. It is very important that you sign that and send it right back. Do you want that mailed, emailed or faxed???
2.) (Payment Method) I need to take down your secured payment method. It has to be a debit card, credit card or a check by phone…

It will take me about an hour to get this paperwork done. When you receive the stipulation letter, sign it and send it right back. Make sure that the funds are always available the day before the payment is due. Payments are ran first thing in the morning, pacific standard time. Once the payment finally clears, you will be released of all "claims and liabilities". If for whatever reason the payment will not be available the day before it is scheduled to run, please call me 48hours in advance to request an extension.

If at anytime you want to pay this settlement in full, or want to make double/additional monthly payments to shorten the term, call me and I can arrange for that to go through.

Sir/Ma'am, I'm glad that I could keep you out of court today, if you have any questions or issues, again my name is _____and I can be reached at
_____ EXT.____.

# Closers Checklist

1.) DB's Name_____

2.) Case #_____

3.) Mailing Address_____

4.) Email/Fax_____

5.) Phone Numbers

      A.) Cell_____ B.)Home_____

      C.) Work_____ D.) Reference_____

6.) Checklist

☐   Payment Secured

☐   Letter Request

☐   Dialers Copy

☐   Pay file updated

# Closers Rebuttals

## Hardship

1. Why should I give you my information?
   a. Our client has already completed the asset and liability investigation. They have all the information they need to pursue you in court. It you want to resolve this voluntarily I need to show that you are cooperative and the information you give coincides with the information they have
   b. If you have the money to pay off the balance now we don't have to worry about the hardship
   c. Lets just get this done
2. I'm not giving you my work information
   a. Then you are choosing to go to court. I thought you wanted to get approved for payments
   b. The reason we are doing this is to get you approved for small monthly payments
3. I'm not giving you my work number. I do not want you calling me
   a. I have no intentions of calling you at work; again I thought you want to resolve this voluntarily. As long as you keep to your agreement then there is no need to call you
   b. I need to verify that you have given me a verifiable place of business. Is this your direct line or the main number (reverse the # in 411 lookup)
4. Where does your spouse work? This has nothing to do with my spouse.
   a. I am not saying this has anything to do with your spouse. We are trying to establish if you qualify for monthly payments. It appears your income does not qualify you.
   b. I do think your joint income will make them review the application more openly.
   c. Then skip where spouse works, ask the DB what the spouse bring home, also ask spouses pay dates, etc
5. Name of bank... I am not giving you my bank information
   a. Why? Again the client has all the information thru the investigation. I bank at Bank of America, I am just trying to get the most accurate information that the client has on file
6. References – I am not giving you numbers to harass my family members
   a. Looks it's the last part of the application. Again if you agree to payments there is no need to make a call to anyone
   b. If you were going to the bank to apply for a personal loan, or interview for a job or even trying to purchase a new car references are part of the application. So stop making this so hard on yourself. What's your mom's name?? What is her phone number?

## General

7. Never had an account with that company
   a. So you're telling me you don't remember this account? It shows here that you
      made payments for two years
   b. The client completed an asset and liability investigation against you and has
      verifiable proof that you opened and used this credit card
   c. If still debating that they never had this account, at this point verify address
      and social. There are more rebuttals as the DB will ask more questions.
      Hopefully everything will be answered below.

8. How did the interest get so high?
   a. I am not a mathematician but if you would like to do the math you will see how
      easy the amount increases when you calculate 33.9% default interest rate

9. I called the original creditor and they said all fees and interest were included at time of
   charge off
   a. Per the contractual agreement that you agreed upon when you began using the
      card, the interest continues until the account is paid off

10. I am going to file bankruptcy
    a. That might be a good idea for any of your other accounts in default. But it is not
       going to help you with this one. You are always hoping that the creditors do
       not show up to mediation. But I will assure you the client has invested money
       into this so by all means counsel will show up on their behalf. In the end you
       will be paying on this judgement for the next 10 years.

11. This was included in my bankruptcy
    a. In the investigation it has concluded that this debt was not resolved. You have a
       couple of choices. You have every right to your day in court. I suggest you have
       your ducks in a row. The client will seek full recourse. Or you have a small
       window of opportunity to resolve this voluntarily. What would you prefer to
       do?

12. I need something in writing
    a. As I explained earlier a demand letter was mailed out to you 45 days ago. For
       whatever reason you chose not to respond. I know you said you didn't get it .I
       am not here to say whether that is or is not the case. What I am saying is the
       process has already begun. At this point there will be no more correspondence.
       Now if you would like to resolve this voluntarily I can complete a hardship, file
       the stipulation and get you a copy of that stipulation with everything in
       writing. Would you like me to help you take care of this today?

13. I want you to resend me the letter
    a. They can't at this time. They are in the process of serving you the court order.
       There is no way my client is going to jeopardize this case being thrown out.
    b. Resending you the demand gives you 30 days to respond

14. I am not giving you my account information over the phone
   a. Providing bank information for making a payment is not something new. If you
      want to resolve this we will have to secure the arrangement. You did say you
      want to resolve this voluntarily right?

15. When was the last payment made?
   a. If the account is in Simple Collect then give them all information. (Make them
      feel comfortable. Explaining the debt entirely makes people pay you )
   b. The information for last payment is not included. (make sure you look at state
      laws for statue of limitations)

16. This was included in my divorce
   a. Civil super cedes divorce. You still are responsible for your own debt. My
      suggestion is to take care of this so you don't get a judgement rendered against
      you. Then take your ex to small claims court and get your money back.

17. I can't give you all my tax return
   a. Do you not understand that they have recommended levies on your bank
      accounts and that includes taking your tax refund? You will not see a dime.
      Why not take care of this without paying attorney fees and court costs

18. I have other bills that need to be paid first
   a. Obviously you are not taking this seriously. Would you rather have cable today
      and in the end your wages are extracted at 25%, let me know now. I will not
      waste any more time in trying to help you
   b. (if not wage garnish state, change wages extracted to levy on your bank
      accounts)

19. This is identify theft
   a. So it shows here that payments were made for over a year on this card. So
      you're telling me that someone stole your identity and made payments for you?
      If what you are saying is true then I have to tell you it is most likely someone
      that you love. This only occurs with family members or someone close to you.
      Of course they had every intention of taking care of this debt so you would
      never know. Unfortunately it did not get paid. Now what you will have to do is
      make a decision right now. Choose to resolve this today, I can waive the
      attorney fees and court costs or you can go to the police and file fraud against
      the person who did this. Now remember fraud is the same as robbing bank.

20. I googled your business, you're a scam
   a. Of course you will not find good things reported when it comes to owing
      money. There is never good press when someone is in the process of being
      sued. If you Google large banks you will find the same. You have the choice to
      take care of your responsibility. I can help you resolve this voluntarily saving
      you court costs and attorney fees

# Junior/Senior Closers Log

| DATE | CASE # | DEBTOR NAME | DIALER | NOTES |
|------|--------|-------------|--------|-------|
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |
|      |        |             |        |       |

# Helpful Resources

## Anatomy of Credit Card Numbers

| Issuer | Identifier | Card Number Length |
|---|---|---|
| American Express | 34xxxx, 37xxxx | 15 |
| Visa | 4xxxxx | 13,16 |
| MasterCard | 51xxxx-55xxxx | 16 |
| Discover | 6011xx | 16 |

## What is a judgement?

A judgment is a court ordered lien, meaning that a creditor has proof that money is owed and the court is asked to help the creditor receive the money owed. It should be noted that the court charges a fee for helping the creditor receive owed money and that even though the court helps a creditor try to recover debt, it can not guarantee that the debtor will pay it.

When a creditor files for a judgment, the party usually does so in civil court. Once the judgment is filed, the debtor should receive notification that a judgment has been filed against him or her and has the right to be present at a hearing. If the debtor does not show up for the hearing, the judgment is usually automatically filed in default and the debtor is now legally required to pay off the debt.

It should be noted that if you receive a notification to appear in court due to a creditor filing a judgment, you should definitely appear and explain your situation. Sometimes a judgment is filed for credit card debt or another type of unsecured loan. Many times individuals stop paying a credit card because they have an issue or a mistake was made. If this is the case, you should definitely appear in court to explain the situation before a judgment is allowed by the court. Once a judgment is filed, there are many ways in which a creditor can try to reclaim any debt owed from the individual or party. First off there is a bank levy. This means that any money that is being held in your checking or savings account can be confiscated. However, some types of income are exempt including social security, child support, welfare benefits, etc.

Another way the court can make the debtor repay a debt is by wage garnishment or court repayment plan. In a wage garnishment about 10% of your gross wages are removed by your employer and paid to the court (this amount varies in each state). In a court repayment plan, an individual or party pays the court on a set schedule for a set time period until the debt is repaid.

## Military Personnel

Punitive Articles of the UCMJ – Article 134 (Debt, dishonourably failing to pay)
That while the debt was still due and payable the accused dishonourably failed to pay this debt; and That under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.
MAXIMUM PUNISHMENT: Bad-conduct discharge, forfeiture of all pay and allowances and confinement for 6 months.

# State Garnishment Allowances

| STATE | WAGE | LEIN | LEVY (Right to Auction) |
|---|---|---|---|
| ALABAMA | YES | YES | NO |
| ALASKA | YES | YES | NO |
| ARIZONA | YES | YES | YES |
| CALIFORNIA | YES | YES | YES |
| COLORADO | YES | YES | NO |
| CONNECTICUT | YES | YES | NO |
| DELAWARE | YES | NO | NO |
| DIST OF COLUMBIA | YES | NO | NO |
| FLORIDA | YES | YES | NO |
| GEORGIA | YES | YES | NO |
| HAWAII | YES | YES | NO |
| IDAHO | YES | YES | YES |
| ILLINOIS | YES | YES | NO |
| INDIANA | YES | YES | NO |
| IOWA | YES | YES | NO |
| KANSAS | YES | YES | NO |
| KENTUCKY | YES | YES | NO |
| LOUISIANA | YES | YES | YES |
| MAINE | YES | NO | NO |
| MARYLAND | YES | YES | NO |
| MASSACHUSETTS | YES | NO | NO |
| MICHIGAN | YES | YES | NO |
| MINNESOTA | YES | YES | NO |
| MISSISSIPPI | YES | YES | NO |
| MISSOURI | YES | YES | NO |
| MONTANA | YES | YES | NO |
| NEBRASKA | YES | YES | NO |
| NEVADA | YES | YES | YES |
| NEW HAMPSHIRE | YES | NO | NO |
| NEW JERSEY | YES | YES | NO |
| NEW MEXICO | YES | YES | YES |
| NEW YORK | YES | YES | NO |
| NORTH CAROLINA | NO | YES | NO |
| NORD DAKOTA | YES | YES | NO |
| OHIO | YES | YES | NO |
| OKLAHOMA | YES | YES | NO |
| OREGON | YES | YES | NO |
| PENNSYLVANIA | NO | YES | NO |
| RHODE ISLAND | YES | NO | NO |
| SOUTH CAROLINA | NO | NO | NO |
| SOUTH DAKOTA | YES | YES | NO |
| TENNESSEE | YES | YES | NO |
| TEXAS | NO | YES | YES |
| UTAH | YES | YES | NO |
| VERMONT | YES | YES | NO |
| VIRGINIA | YES | YES | YES |
| WASHINGTON | YES | YES | YES |
| WEST VIRGINIA | ? | ? | ? |
| WISCONSIN | YES | YES | YES |
| WYOMING | ? | ? | ? |

27

Stahl Attachment 3

# State Judgments - How many years?

| STATE | ORAL AGREEMENTS | WRITTEN CONTRACTS (AUTO LOANS) | PROMISSORY NOTES | OPEN ACCOUNTS (CREDIT CARDS) |
|---|---|---|---|---|
| ALABAMA | 6 | 6 | 6 | 3 |
| ALASKA | 6 | 6 | 6 | 6 |
| ARIZONA | 3 | 6 | 5 | 3 |
| ARKANSAS | 5 | 6 | 3 | 3 |
| CALIFORNIA | 2 | 4 | 4 | 4 |
| COLORADO | 6 | 6 | 6 | 6 |
| CONNECTICUT | 3 | 6 | 6 | 6 |
| DELAWARE | 3 | 3 | 6 | 3 |
| DIST OF COLUMBIA | 3 | 3 | 3 | 3 |
| FLORIDA | 4 | 5 | 5 | 4 |
| GEORGIA | 4 | 6 | 6 | 4 |
| HAWAII | 6 | 6 | 6 | 6 |
| IDAHO | 4 | 5 | 10 | 4 |
| ILLINOIS | 5 | 10 | 6 | 5 |
| INDIANA | 6 | 10 | 10 | 6 |
| IOWA | 5 | 10 | 5 | 5 |
| KANSAS | 3 | 5 | 5 | 3 |
| KENTUCKY | 5 | 15 | 15 | 5 |
| LOUISIANA | 10 | 10 | 10 | 3 |
| MAINE | 6 | 6 | 6 | 6 |
| MARYLAND | 3 | 3 | 6 | 3 |
| MASSACHUSETTS | 6 | 6 | 6 | 6 |
| MICHIGAN | 6 | 6 | 6 | 6 |
| MINNESOTA | 6 | 6 | 6 | 6 |
| MISSISSIPPI | 3 | 3 | 3 | 3 |
| MISSOURI | 5 | 10 | 10 | 5 |
| MONTANA | 5 | 8 | 8 | 5 |
| NEBRASKA | 4 | 5 | 6 | 4 |
| NEVADA | 4 | 6 | 3 | 4 |
| NEW HAMPSHIRE | 3 | 3 | 6 | 3 |
| NEW JERSEY | 6 | 6 | 6 | 6 |
| NEW MEXICO | 4 | 6 | 6 | 4 |
| NEW YORK | 6 | 6 | 6 | 6 |
| NORTH CAROLINA | 3 | 3 | 5 | 3 |
| NORD DAKOTA | 6 | 6 | 6 | 6 |
| OHIO | 6 | 15 | 15 | ? |
| OKLAHOMA | 3 | 5 | 5 | 3 |
| OREGON | 6 | 6 | 6 | 6 |
| PENNSYLVANIA | 4 | 6 | 4 | 6 |
| RHODE ISLAND | 15 | 15 | 10 | 10 |
| SOUTH CAROLINA | 10 | 10 | 3 | 3 |
| TENNESSEE | 6 | 6 | 6 | 6 |
| TEXAS | 4 | 4 | 4 | 4 |
| UTAH | 4 | 6 | 6 | 4 |
| VERMONT | 6 | 6 | 5 | 6 |
| VIRGINIA | 3 | 5 | 6 | 3 |
| WASHINGTON | 3 | 6 | 6 | 3 |
| WEST VIRGINIA | 5 | 10 | 6 | 5 |
| WISCONSIN | 6 | 6 | 10 | 6 |
| WYOMING | 8 | 10 | 10 | ? |

# How to properly fill out a sticky note

**Format**

| |
|---|
| Who it is **from** initials |
| Case Number |
| DB Name |
| Note: |
| Date, Time          who it is **for** initials |

**Example**

| |
|---|
| DWK |
| 1055-1444 |
| Joe Smith |
| Please call back ASAP |
| 6/28    5:30pm          SJH |

# Maintaining a Positive Environment

Some helpful tips to maintain a positive environment;

1. Take brisk walks on your break.
2. Post motivational quotes on your phone or around your workstation.
3. Get more sleep at night.
4. Take breaks with positive co-workers.
5. Share your feelings about work with friends and family members.
6. Eat healthy
7. Listen to motivational tapes on your way to work.
8. Make time for your hobbies.
9. Keep a funny picture near your phone so you remember to smile.

# Positive Resources

## Audio

"Mastering Influence" by Tony Robbins
A 10-Day System for Strengthening Emotional Impact and Increasing Your Sales

"Creating Lasting Change" by Tony Robbins
The 7 Steps to Maximum Impact

## Books

"The Power of Positive Thinking" by Norman Vincent Peale
This book is written with the sole objective of helping the reader achieve a happy, satisfying, and worthwhile life.

"The Path to Success is Paved with Positive Thinking: How to Live a Joy-filled Life and Make Your Dreams Come True" by Wally Amos
Insights into the transformative power of positive thinking and how to use it to create a life full of success, inner strength, and lasting job

# Equal Employment Opportunity (EEO)

## Policy

This policy applies to all staff including contractors and covers all work-related functions and activities.

It also applies for all recruitment, selection and promotion decisions.

The objective of {Company Name} Equal Opportunity Policy is to improve business success by:
- attracting and retaining the best possible employees
- providing a safe, respectful and flexible work environment
- delivering our services in a professional, respectful manner

## Discrimination, Sexual Harassment and Bullying

{Company Name} is committed to providing a workplace free from discrimination, sexual harassment and bullying. Behaviour that constitutes discrimination, sexual harassment or bullying will not be tolerated and will lead to action being taken, which may include dismissal.

For the purposes of this policy, the following definitions apply:

**Discrimination** occurs when someone is treated unfairly and is disadvantaged because of a personal characteristic

**Sexual harassment** includes unwelcome conduct of a sexual nature in circumstances in which a reasonable person, having regard to all the circumstances, would have anticipated that the person harassed would be offended, humiliated or intimidated.

**Workplace bullying** may include behaviour that is directed toward an employee, or group of employees, that creates a risk to health and safety e.g. physical and/or verbal abuse, excluding or isolating individuals; or giving impossible tasks.

{Company Name} provides equal opportunity in employment to all suitably able people without discrimination based on a personal characteristic

Employees must report any behaviour that constitutes sexual harassment, bullying or discrimination to their manager.
Employees will not be victimised or treated unfairly for raising an issue or making a complaint.

## Procedure: To make a complaint

If you believe you are being, or have been, discriminated against, sexually harassed or
bullied, you should follow this procedure.

1. Tell the offender the behaviour is offensive, unwelcomed, and against business policy
   and should stop (only if you feel comfortable enough to approach them directly,
   otherwise speak to your manager).
2. If the unwelcome behaviour continues, contact your supervisor or manager for
   support.

Employees should feel confident that any complaint they make is to be treated as confidential
as far as possible.

# ATTACHMENT 4

SEPTEMBER 2011

stan-dard    noun    \stan-dard\
: something set up and established by authority as a rule
for the measure of quantity, weight, extent, value, or
quality

# IRVINE GROUP & ASSOC.



SKIES
THE LIMIT



# I.G.A. - SETTING THE STANDARD -

AT IRVINE GROUP & ASSOCIATES WE WILL SET THE STANDARD IN THE -HHSMB- COMPANY... BY STRIVING TO REACH NEW GOALS, CHANGE LIVES AND HONOR GOD-THROUGH HARD WORK AND INNOVATION.

WELCOME TO THE IRVINE GROUP & ASSOCIATES TEAM. I AM DELIGHTED YOU ARE JOINING US AS A DIALER. YOUR ROLE IS CRITICAL IN FULFILLING THE MISSION OF I.G.A. THE ENCLOSED INFORMATION IS DESIGNED TO SERVE AS AN INTRODUCTION AND PROVIDE RESOURCES THAT WILL HELP MAKE A SMOOTH TRANSITION INTO YOUR NEW POSITION.

THE MANAGEMENT TEAM IS HERE TO SUPPORT YOUR TRANSITION, SO PLEASE KNOW THAT YOU CAN CALL ON ANY OF US TO ASSIST YOU. I HAVE AN "OPEN DOOR POLICY" SO FEEL FREE TO COME IN WHEN YOU HAVE A QUESTION OR A CONCERN. WE ARE EXCITED YOU HAVE CHOSE TO JOIN OUR TEAM AND LOOK FORWARD TO WORKING WITH YOU!



LIMIT :
: a prescribed maximum or
minimum amount, quantity, or
number

SINCERELY,
Tim Harding, Manager
IRVINE GROUP & ASSOCIATES

Stahl Attachment 4

# CONTENTS :



I. Cover

II. Contents

III. Daily Operations

IV. Dialer Roles and Responsibilities

V. What to look forward to

VI. Chain of Command

VII. 1099???

VIII. 1099/W-9

IX. Performance Management

X. Goals

XI. Performance Review Form

XII. How to Properly Work an Account

XIII. Helpful Abbreviations

XIV. Dialers Standard Talk Off (STO)

XV. Job Standard Talk Off (JSTO)

XVI. Dialer Rebuttals

XVII. Dialer Rebuttals Continued

XVIII. Job Rebuttals

XIX. Dialers Daily Log

XX. Dialers Monthly Log

XXI. Sticky Note

XXII. Positive Resources

XXIII. Equal Employment Opportunity







in·no·va·tion — noun-
i-nə- va-shən

# DAILY OPERATIONS

# DAILY OP'S







DREAM | HOUR | dream

## GENERAL POLICY ON PERSONAL CONDUCT

IRVINE GROUP & ASSOCIATES expects its employees to maintain a high standard of conduct and work performance to make sure the business maintains a positive reputation. Good personal conduct contributes to a good work environment for all.

This involves all employees:
- observing all polices and procedures
- treating colleagues with courtesy and respect
- treating all calls in a professional manner at all times

## HOURS OF OPERATION

Office hours are Monday through Friday, 8:30am–5:30pm. Coming in early and staying late is always strongly encouraged. Office doors will be open from 7:00am–6:30pm, unless otherwise specified. The office will also be open Saturdays, hours will be specified on Friday afternoon.

## ATTENDANCE

Attendance plays a crucial role for each team member individually and as part of the team. If you are unable to attend work for any reason, a phone call needs to be placed to your Junior Closer and an email sent to the Manager so it can be recorded and kept in your file.

166                    **Stahl Attachment 4**

# DIALER ROLES AND RESPONSIBILITIES

A dialer's job is to locate contacts that have a relationship to the debtor in the following order;

- PLACE OF EMPLOYMENT
- ASSOCIATES
- RELATIVES
- DEBTOR (LAST RESORT)

Once you locate a contact, they need to take down the legal offices phone number and debtors file number so that they are able to call into a Senior Closer. Dialers need to keep a log of all STO's to follow up (The organized dialer will always excel much faster than the unorganized dialer).

**The key to being a great dialer is being creative, positive, upbeat and most of all ENTHUSIASTIC!!!!**

**It's a Numbers Game, More Dials = More STO's = More Callbacks = More Deals**

Getting the debtor to call in. This is the tricky part. When trying to get a hold of a debtor sometimes the person on the phone is not helpful and might be lying. How can you tell the difference? Well we cant, people are good liars. So what do we do instead? We give everyone the phone number and if they know the person they will pass the message.



For questions and concerns speak to your Jr. Closer first. Your Jr. Closer is your go to guy or girl. Seek their assistance for most of your questions. Don't worry, we have all trained each other at one point or another. So don't be bashful and get your training in so you can start making the money you need to.

**Stahl Attachment 4**

Case 5:11-cv-01623-VAP-SP   Document 25-3   Filed 11/01/11   Page 51 of 61   Page ID #:1253

Starting as a dialer you do not touch new business until the start of your third week unless you've proven yourself to your Senior Closer or upper management. You have to be a dialer for at least 12 weeks before you are able to attempt to close your own deals, unless you have authorization from your Manager. At that point you are still a dialer working your way up to becoming a Jr. Closer. Once you start collecting 10K-15K per month consistently you become a Jr. Closer. Now you can close dialer's deals a well as your own, only if the Senior Closer is on a call. Once you advance your closing skills and start collecting 15k-20K plus per month on a consistent basis you are now a Senior Closer. At that time you will run your own crew of Jr. Closers and Dialers which you are responsible for.

## JUNIOR CLOSER - JC

A Junior Closer's job is to continue the dialing responsibilities, but at the same time is a Senior Closer in training. Junior Closer's will answer incoming calls as a receptionist to get familiar with taking incoming calls and then transferring the call over to a Senior Closer. Junior Closer's need to keep a log of all STO's to follow up. Some Junior Closer's will have the ability to close their own deals or deals when Senior Closer's are busy.

## SENIOR CLOSER

A Senior Closer's job is to keep their team working together in uniform. The Senior Closer is in charge of running the day-to-day operations of their team. Their job is to close incoming calls for their team, fill out necessary paperwork and follow up on any outstanding accounts that are being worked. On downtime, Senior Closer's should be dialing to get ahead.

**Stahl Attachment 4**





# 1099 ???

***PLEASE CONTACT YOUR TAX ADVISOR***

**Warren Buffett : Rule No.1: Never lose money. Rule No.2: Never forget rule No.1.**



## DONALD TRUMP :

Money was never a big motivation for me, except as a way to keep score. The real excitement is playing the game.

***PLEASE CONTACT YOUR TAX ADVISOR***

1099 is an IRS Tax Form, usually used for independent contractors "A notable use of Form 1099 is to report amounts paid to independent contractors (in IRS terminology, such payments are non employee compensation). The ubiquity of the form has also led to use of the phrase "1099" to refer to contractors themselves. U.S. tax law requires businesses to submit a Form 1099 for every contractor paid more than $600 for services during a year. This requirement usually does not apply to corporations receiving payments." — Wikipedia.

***PLEASE CONTACT YOUR TAX ADVISOR***

I'm a 1099 Contractor myself. What it usually means is that you agree to perform a certain service for a certain price, and the company you are providing the service to pays you cash. For instance, I am a 1099 contractor to a software firm. They pay me twice a month. I submit an invoice and they pay me the invoiced amount without any taxes or deductions removed. If my contract rate were $25/hr and I worked 10 days, 8 hours a day, I would invoice them for 80 hours x $25 = $2000. And I would get a check for $2000. But there are no benefits, and I owe the IRS both parts of the payroll tax (14.8%) + income tax. (though you do get to deduct half of the payroll tax from your taxable income).

Many companies like to do this for two reasons. It limits long term benefit costs like health insurance, pension, and retirement. They pay you and their books are square. Also, the cost of

***PLEASE CONTACT YOUR TAX ADVISOR***

providing these benefits has risen pretty sharply, so they are more able to predict what their costs will be in the future. It limits their liability for you. If I screw up, the company I contract to has significantly more protection from lawsuits. I'm not really an agent of the corporation like an employee

I would suggest a couple of things to prospective 1099 contractors.

Look into High-Deductible HSA qualified health insurance. If you are pretty healthy (don't have to take expensive meds or see the doctor often) these plans are great. The premium is quite low AND you get to save $2800/year TAX FREE towards medical expenses. The downside is that the out-of-pocket deductible may be $2000/yr. If you can go one year w/o anything more than office visits AND you could find $2000 if you had to, this is a real winner.

Put aside 25% to give to Uncle Sam. He gets 14.8% off the top, you'd have to be making very little not to end up in the 10% tax bracket. This is the MINIMUM you will pay. According to the Tax Laws, you are required to pay taxes on 1099 income quarterly. If you send Uncle 25% every quarter, you won't be hurting nearly as bad when April 15 comes around and you have to settle up.

***PLEASE CONTACT YOUR TAX ADVISOR***



**Stahl Attachment 4**

# 1099

Form 1099 is a form promulgated by the Internal Revenue Service (IRS) and is used in the United States income tax system to prepare and file an information return to report various types of income other than wages, salaries, and tips (for which Social Security Administration Form W-2 is used instead). The term information return is used in contrast to the term tax return although the latter term is sometimes used colloquially to describe both kinds of returns.

Each payer must complete a 1099 for each covered transaction. Three copies are made: one for the payer, one for the payee, and one for the IRS.

IRS instructions for form 1099, including a guide to what payments must be reported.

Examples of reportable transactions are amounts paid to independent contractors (in IRS terminology, such payments are non-employee compensation). The ubiquity of the form has also led to use of the phrase "1099" to refer to contractors themselves. U.S. tax law requires businesses to submit a Form 1099 for every contractor paid at least $600 for services during a year. Although this requirement usually does not apply to corporations receiving payments, amendments made by the Patient Protection and Affordable Care Act would remove this exemption beginning in 2012. In 2011 the requirement has been extended by the Small Business Jobs Act of 2010 to payments made by persons who receive income from rental property.

Many businesses and organizations must file thousands of 1099s per year. [citation needed] The complexity that arises in filing large volumes of information

returns requires many filers to depend on third party information reporting software.

Payers who file 250 or more Form 1099 reports must file all of them electronically with the IRS.[7] The 250 or more requirement applies separately for each type of return and separately for each type of corrected return. Even though filers may submit 249 information returns on paper, the IRS encourages filers to transmit returns electronically. If the fewer than 250 requirement is met, and paper copies are filed, the IRS also requires the payer to submit a copy of form 1096, which is a summary of information forms being sent to the IRS. You need one 1096 for each type of information form you have issued.

For further information refer to Publication 1220, Specifications for Filing Forms 1098, 1099, 5498 and W-2G Electronically or Publication 1187, Specifications for Filing Form 1042-S, Foreign Person's U.S. Source Income Subject to Withholding.[8] Since December 1, 2008, electronic filing is the ONLY acceptable method to file information returns to the IRS at its computing center in Kearneysville, West Virginia. The IRS no longer accepts 3½-inch diskettes or tape cartridges for filing information returns. One can upload 1099 returns to the IRS using their FIRE (Filing Information Returns Electronically) web site at fire.irs.gov.[9] Form 1099 is also used to report interest (1099-INT), dividends (1099-DIV), sales proceeds (1099-B) and some kinds of miscellaneous income (1099-MISC). Blank Form 1099s and the related instructions to the forms can be downloaded from the IRS website.[10]

Payees use the information provided on the 1099 forms to help them complete their own tax returns. To save paper, payers can give payees one single Combined Form 1099 that lists all of their 1099 transactions

for the entire year. Taxpayers are usually not required to attach Form 1099s to their own Federal income tax returns unless the Form 1099 includes a report for Federal income tax withheld by the payer from the related payments.

# W-9

Form W-9, Request for Taxpayer Identification Number and Certification, serves two purposes.

1) It is used by third parties to file an information return with the IRS on reportable payments made to others.[12] It requests the name, address, and taxpayer identification information of a taxpayer (usually in the form of a Social Security Number or Employer Identification Number - either number is considered a Taxpayer Identification Number or TIN as it is commonly called).

The form is never actually sent to the IRS, but is maintained by the person who files the information return for verification purposes. The information on the W-9 and the payment made are usually reported on a Form 1096 or 1099.[13]

2) The second purpose is to help the payee avoid backup withholding. The payor must collect withholding taxes on certain reportable payments for the IRS. However, if the payee certifies on the W-9 they are not subject to backup withholding they generally receive the full payment due them from the payor.[12] This is similar to the withholding exemptions certifications found on Form W-4 for employees.

**Stahl Attachment 4**

# PERFORMANCE

**per·for·mance -noun-**
**\pə(r)- for-mən(t)s\**

: the execution of an action

: something accomplished

**PERFORMANCE MANAGEMENT/ IMPROVEMENT**

## ABRAHAM LINCOLN:

Always bear in mind that your own resolution to succeed is more important than any other.

The purpose of performance management is to improve performance. It is an ongoing process. It should include informal and formal review. We encourage a two-way process, that is, employees can also give management feedback on performance.

*REPRESENTATIVE*

All Credit Recovery Representatives will undergo a formal performance review with their immediate manager the first week of every month to review last month's performance and next month's goals. During this performance the manager and the employee will discuss goals and rewards for meeting goal, ie.: promotions.

*REPRESENTATIVE*

Each Credit Recovery Representatives must understand their responsibilities, be counseled and given the opportunity to reach the standards expected of them. It is our top priority to set goals for you and to do whatever it takes to reach those goals. Should such improvement processes be unsuccessful in improving an employee's performance, IRVINE GROUP & ASSOCIATES may decide to end an Credit Recovery Representatives services.



**Stahl Attachment 4**

# GOALS

Goals must be met and are expected to succeed in this business. There will be daily, mid-monthly and monthly goals that will apply to each team member.

## DIALER DAILY GOALS

A minimum of 300 dials a day (this should be met after one week).

## MID-MONTHLY AND MONTHLY GOALS

Dialer – They are as follows for the first four months;

|  | MID-MONTHLY GOALS | MONTHLY GOALS |
|---|---|---|
| MONTH 1 | $750 | $1,500 |
| MONTH 2 | $1,750 | $3,500 |
| MONTH 3 | $3,000 | $6,000 |
| MONTH 4 | $3,750 | $7,500 |
| MONTH 5 | MAINTAIN $3,750 | MAINTAIN $7,500 |

Junior Closer – Maintain $10,000 –$15,000 monthly goal. If you fall below this number over a period of two months, you may be demoted.

Senior Closer – Maintain $20,000 monthly goal. If you fall below this number over a period of two months, you may be demoted.

*ALL MONTHLY GOALS ARE SUBJECT TO CHANGE AND WILL CHANGE AS THE OFFICE REACHES FULL POTENTIAL*



**Stahl Attachment 4**

# PERFORMANCE REVIEW FORM

Credit Recovery
Representative: _____

MONTH: _____    YEAR: _____

POSITION: _____

|  | YOUR NUMBER | EXPECTED |
|---|---|---|
| WEEKLY CALL AVERAGE |  | 1,500 |
| TOTAL MONTHLY CALLS |  | 6,000 |
| MID-MONTH GOAL |  | ???$$$ |
| END MONTH GOAL |  | ???$$$ |
| OVERALL ATTENDANCE |  |  |

ATTENDANCE IS BASED ON WHERE YOU ARE IN TERMS OF YOUR MID-MONTH AND END MONTH GOALS (IN PLAIN TERMS, WHAT MATTERS IS THAT YOU ARE HITTING YOUR GOAL)

Stahl Attachment 4

**SIMPLE COLLECT**

1. Copy and paste DOB, spouse, alias and additional SSN from credit report to "Current Info" tab.

2. Google place of employment and add additional phone numbers to phone numbers list.

3. REMINDER - Always add new information to notes.

**CBC - SPOKEO - 411.COM**

1. Search, copy and paste any new numbers.

2. Call new numbers.

3. REMINDER - Make sure after you input all numbers and debtor information REFRESH your screen BEFORE you start calling.

**KEY POINTS**

When you finish copy & pasting and doing all of your research, it's time to start calling!!!

ALWAYS... ALWAYS CALL PLACE OF EMPLOYMENT FIRST!!!

Click and start all of your contacts in order.

- Relatives
- Associates
- Debtors

If a STO was not done, schedule the account for a call back three hours after the last attempted call. At that point call all numbers again in the same order you did before.

Once a STO is done, do not continue the steps because now you must wait for a call back. If there isn't a call back within 24 hours go back in the account and continue where you left off.

**\*\*NEVER LEAVE MESSAGES ON VOICEMAIL\*\***

# HELPFUL ABBREVIATIONS

| INITIALS | DEFINITION |
|----------|------------|
| ACC | ACCURINT.COM INFO |
| ACT | ACTIVE |
| CBC | #FOUND THROUGH CBC.COM |
| DNLM | DID NOT LEAVE A MESSAGE |
| DWYHTD | DO WHAT YOU HAVE TO DO, BASICALLY RTP |
| HR | HUMAN RESOURCES |
| HU | HUNG UP |
| ID/CID | IDENTITY/CALLER ID |
| INC | INCORRECT |
| JSTO | JOB STANDARD TALK OFF |
| LM ON VM | LEFT MESSAGE ON VOICEMAIL |
| MGR | MANAGER |
| NA | NO ANSWER |
| NC | NO CONTACT |
| NIS | NOT IN SERVICE |
| NLE | NO LONGER EMPLOYED |
| NVM | NO VOICEMAIL SETUP |

| INITIALS | DEFINITION |
|----------|------------|
| POE | PLACE OF EMPLOYMENT |
| POSS POE | POSSIBLE PLACE OF EMPLOYMENT |
| PPA | POST PAYMENT ARRANGEMENT |
| PPP | PROMISE TO PAY |
| REL | RELATIVE |
| RTP | REFUSE TO PAY |
| STD | STANDARD TALK OFF DONE |
| STO | STANDARD TALK OFF |
| UIF | UN-IDENTIFIED FEMALE |
| UIM | UN-IDENTIFIED MALE |
| VM/VMB | VOICEMAIL/VOICEMAIL BOX |
| WN | WRONG NUMBER |

FOR THE MOST PART JUST USE THE K.I.S. METHOD
K - KEEP
I - IT
S - SIMPLE

Stahl Attachment 4

# DIALERS CALING SCRIPT

Hi, my name is Jake Carter/Ashley Thomas; I'm looking to verify that someone will be available to accept legal documents on behalf of _____.

– the process server will make two attempts to serve this complaint. After the second failed attempt the court will be notified of a failed action to serve and the court hearing will then take place without his/her participation.

What I'm going to do is give you the phone number to the legal office that is handling the case and the case number. He/She will need to contact them immediately…. Let me know when you are ready… The number they need to call is _____.

Since I have spoken with someone I am going to place a 3 hour hold on the summons to give you time to contact them, however if they fail to hear from them in that time period, the process server will start to make their attempts to serve the complaint either at the residence or place of employment, so please contact them immediately!!!!!!!!!!!

Name: Jake Carter/ Ashley Thomas
Employer: Process Services
Title: Process Server
Location: Irvine, CA, But we have offices Nationwide
What is this regarding: **REBUTTALS**
  1) The legal office handling this case can provide you with that information
  2) These are sealed legal documents and I do not have the authority to open them
  3) Because of the federal privacy act I cannot disclose that information

**Stahl Attachment 4**

# J.S.T.O.

# JOB STANDARD TALK OFF

Hi, my name is Jake Carter/Ashley Thomas; I'm calling from the process services department. I need to find out if you have a policy or procedure in place to have an employee served with a court ordered summons. I show this to be for a Mr./Mrs. _____.

Ma'am/Sir the process server will make two attempts to serve this complaint against _____, after the second failed attempt the court will be notified of a failed action to serve and the court hearing will then take place without his/her participation. It will also be noted as an FTA or failure to appear on court records.

What I'm going to do is give you the phone number to the legal office that is handling the case. He/She will need to contact them immediately...Get a pen...the number they need to call is _____.

Since I have spoken with someone I am going to place a 3 hour hold on the summons to give you time to contact them, however if they fail to hear from them in that time period, the process server will start to make their attempts to serve the complaint, so please contact them immediately!!!!!!!

Name: Jake Carter/ Ashley Thomas
Employer: Process Services
Title: Process Server
Location: Irvine, CA, But we have offices Nationwide
What this is regarding: **REBUTTALS**
  1) The legal office handling this case can provide you with that information
  2) These are sealed legal documents and I do not have the authority to open them
  3) Because of the federal privacy act I cannot disclose that information