# DIALER REBUTTALS

## STO REBUTTALS

**1. The DB does not live here**
    a. That is a huge problem

**2. I have no contact with DB**
    a. Why is he/she using your address? Everything is time sensitive. After two attempts this court proceeding will go on without them, they will get a failure to appear, grab a pen.

**3. Who are you and what county are you calling from?**
    a. I am with the process service division calling from Orange County.

**4. I am not taking any number to pass to DB**
    a. So you can care less if the DB gets a failure to appear, who are you to the DB?
    b. Why are you so reluctant to help a family member in need?

**5. Can I call you back?**
    a. We work out of a call center. We can not help you with anything after we hang up. To make it easier on both of us, can you forward the information to the DB, then he/she can call the issuing agent handling the complaint.

**6. I don't have a pen**
    a. Then you need to get up and find one. This is not a game, I suggest you look and find something to write with

**7. Can I sign for the documents?**
    a. It shows here that that DB is the only one that has authorization to sign for the documents, grab a pen and have the DB call the issuing agent handling the complaint to authorize your signature

**8. I am driving now**
    a. I suggest you pull over. This is time sensitive and since you are not at the service location it will be noted as a failure to serve

**9. I don't know who that person is**
    a. Is this (relative's name) Ok so your telling me you don't know DB?? Is your address (Fill in the address)? It sounds like we need to notify the fraud department. When they come to serve be ready to answer some questions regarding the situation and have your ID ready

    **Stahl Attachment 4**

10. **They are dead, in jail or homeless**

    a. Dead?? Who are you to the DB?? Is there a widow?

       i. (IF YES) then continue against the spouse and have the spouse call in

    b. Jail???

       i. Wow. Then you need to grab something to write with, this might cause further issues in there situation. Who are you to the DB?

         1. is DB married?

           a. (IF YES) I suggest if married have the spouse call

           b. (IF NO) have closet relation such as mom call the issuing agent handling the complaint

    c. Homeless??

       i. Well then you might want to grab a pent, write down the case # and the phone number to the issuing agent handling the case. Get in your car and drive around the neighborhood because homeless people are easy to find. Have them call to redirect for corner service.

11. **They are out of the country or on vacation**

    a. So you are telling me there is no phones in their location? Come on you are not taking this seriously. I know for a fact if there was an emergency you would find a way to contact them. So i am telling you now that this is urgent, grab a pen, if you care you will take the effort.

12. **They don't live in this state and never have**

    a. So why is DB using your information? Sounds like something is not right here. Grab a pen. I suggest you get a hold of the DB and have them call the issuing agent and get this service rerouted immediately.

13. **That is my ex from 10 years ago (or ex-in law from 10 years ago)**

    a. So DB does not live there? Why is your address attached to the summons?

    b. Do you have children or grandchildren?

    c. Whatever the case is you need to get this service redirected. Grab a pen, here is the case number and the phone number to the issuing agent handling the complaint. I suggest you get the DB on the phone immediately to get this taken care of.

        **Stahl Attachment 4**

# JOB REBUTTALS

**1. We don't pass information to the employees**
- a. I am trying to help your company. This matter is serious and will cause problems at the job. Grab a pen and get this redirected to the employees home.
- b. Still NO- (strongly ask) what is your name and your position in the company? We will document for the record that you made the decision for the DB to not be served at his/her employment

**2. They no longer work here**
- a. What was the termination date?
- b. Do you know where he/she was transferred? (if left the company) do you know the DB personally? Are you able to contact the DB? Do you have the current employer? (Of course the probing gets the most call backs. Get creative in your STO's)
- c. We are unable to redirect service, make sure to have proof of termination when they show up.

**3. Just go ahead and serve the documents, we will bring the DB up then**
- a. Look I see here that there is an opportunity for service at the home residence. My suggestion would be to grab a pen and take down the case number and phone number to the issuing agent handling the case and have the service redirected. This will help reduce any problems at the work place and save any possible embarrassment.

**4. Our policy is**
- a. Repeat the same scenario as question 3

**5. If transferred to a voicemail**
- a. Call right back, tell them you can not leave a message on a voicemail, this is time sensitive and needs to be handled immediately. Grab a pen or get me to someone that can take care of this now.

**6. We don't verify employment of give out personal information**
- a. I am not asking to verify employment, I am telling you that I have a court order here against one of your employees
- b. I am not asking any information, I am telling you we have a court order. I am trying to set up service. Grab a pen, get DB to reroute this case to his/her home. Help yourself and help your employee.

**Stahl Attachment 4**

# DIALERS DAILY LOG

| DATE | CASE NUMBER | DEBTOR NAME | NOTES |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

          Stahl Attachment 4

# DIALERS MONTHLY LOG

**NAME:**
**MONTH:**

| DAY | DATE | STO | CALLBACK | CALLS | DEALS | NOTES |
|-----|------|-----|----------|-------|-------|-------|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |

| DAY | DATE | STO | CALLBACK | CALLS | DEALS | NOTES |
|-----|------|-----|----------|-------|-------|-------|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |

| DAY | DATE | STO | CALLBACK | CALLS | DEALS | NOTES |
|-----|------|-----|----------|-------|-------|-------|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |

| DAY | DATE | STO | CALLBACK | CALLS | DEALS | NOTES |
|-----|------|-----|----------|-------|-------|-------|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |

| DAY | DATE | STO | CALLBACK | CALLS | DEALS | NOTES |
|-----|------|-----|----------|-------|-------|-------|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |

Stahl Attachment 4

# HOW TO PROPERLY FILL OUT A STICKY NOTE

## FORMAT

WHO IT IS FROM INITIALS

CASE NUMBER
DB NAME
NOTE:

DATE, TIME                    WHO IT IS FOR INITIALS

## EXAMPLE

DWK

1055-1234
JOE SMITH
CHANGE OF PAYMENT DATE

6/28 5PM                              SJH



# MAINTAING A POSITIVE ATTITUDE

Some helpful tips to maintain a positive environment:
1. take brisk walks on your break
2. post motivational quotes on your phone or around your workstation
3. get more sleep at night
4. take breaks with positive co-workers
5. share your feelings about work with friends and family
6. eat healthy
7. listen to motivational tapes on your way to work
8. make time for your hobbies
9. keep a funny picture near your phone so you remember to smile



## POSITIVE RESOURCES



| BUSINESS | NAME | NUMBER |
|---|---|---|
| Corporation | Lissa Mitchell | 714-937-3065 |
| Insurance | James Irvine | 951-240-6759 |
| CPA | Lee Erickson | 951-359-6000 |
| Payroll | Todd Cassell | 909-693-0711 |



**Stahl Attachment 4**

# EQUAL EMPLOYMENT OPPORTUNITY (EEO)

## POLICY

This policy applies to all staff including contractors and covers all work–related functions and activities.

It also applies for all recruitment selection and promotion decisions.

The objective of Irvine Group & Associates Equal Employment Opportunity is to improve business success by;

- attracting and retaining the best possible employees
- providing a safe, respectful and flexible work environment
- delivering our services in a professional, respectful manner

## DISCRIMINATION, SEXUAL HARASSMENT AND BULLYING

Irvine Group & Associates is committed to providing a workplace free from discrimination, sexual harassment and bullying. Behavior that constitutes discrimination, sexual harassment or bullying will not be tolerated and will lead to action being taken, which may include dismissal.

For the purpose of this policy, the following definitions apply;

DISCRIMINATION: occurs when someone is treated unfairly and is disadvantaged because of a personal characteristic

SEXUAL HARASSMENT: includes unwelcome conduct of a sexual nature in circumstances in which a reasonable person, having regard to all the circumstances would have anticipated that the person harassed would be offended, humiliated or intimidated.

WORKPLACE BULLYING: may include behavior that is directed toward an employee, or group of employees that creates a risk to health and safety

Irvine Group & Associates provided equal opportunity in employment to all suitable able people without discrimination based on personal characteristic.

Employees must report any behavior that constitutes sexual harassment, bullying or discrimination to their manager.

Employees will not be victimized or treated unfairly for raising an issue or making a complaint.

PROCEDURE: To make a complaint

If you believe you are being, or have been, discriminated against, sexually harassed or bullied, you should follow this procedure.

Tell the offender the behavior is offensive, un welcomed and against business policy and should stop (only if you feel comfortable enough to approach them directly, otherwise speak to your manager).

If the unwelcome behavior continues, contact your supervisor or manager for support.

Employees should feel confident that any complaint they make is to be treated as confidential

# ATTACHMENT 5

# Fair Debt Collection Practices Act

## Prohibited conduct

The Act prohibits certain types of "abusive and deceptive" conduct when attempting to collect debts, including the following:

- **Hours for phone contact**: contacting consumers by telephone outside of the hours of 8:00 a.m. to 9:00 p.m. local time[3]
- **Failure to cease communication upon request**: communicating with consumers in any way (other than litigation) after receiving *written* notice that said consumer wishes no further communication or refuses to pay the alleged debt, with certain exceptions, including advising that collection efforts are being terminated or that the collector intends to file a lawsuit or pursue other remedies where permitted[4]
- **Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously**: with intent to annoy, abuse, or harass any person at the called number.[5]
- **Communicating with consumers at their place of employment** after having been advised that this is unacceptable or prohibited by the employer[6]
- **Contacting consumer known to be represented by an attorney**[7]
- **Communicating with consumer after request for validation has been made**: communicating with the consumer or the pursuing collection efforts by the debt collector *after* receipt of a consumer's written request for verification of a debt made within the 30 day validation period (or for the name and address of the original creditor on a debt) and *before* the debt collector mails the consumer the requested verification or original creditor's name and address[8]
- **Misrepresentation or deceit**: misrepresenting the debt or using deception to collect the debt, including a debt collector's misrepresentation that he or she is an attorney or law enforcement officer[9]
- **Publishing the consumer's name or address** on a "bad debt" list[10]

Stahl Attachment 5

- **Seeking unjustified amounts**, which would include demanding any amounts not permitted under an applicable contract or as provided under applicable law[11]
- **Threatening arrest or legal action** that is either not permitted or not actually contemplated[9]
- **Abusive or profane language** used in the course of communication related to the debt[5]
- **Communication with third parties**: revealing or discussing the nature of debts with third parties *(other than the consumer's spouse or attorney)*[12] (Collection agencies are allowed to contact neighbors or co-workers but only to obtain location information;[13] disreputable agencies often harass debtors with a "block party" or "office party" where they contact multiple neighbors or co-workers telling them they need to reach the debtor on an urgent matter.[14])
- **Contact by embarrassing media**, such as communicating with a consumer regarding a debt by post card, or using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business [15][16]
- **Reporting false information on a consumer's credit report** or threatening to do so in the process of collection[17]
- 

## [edit]Required conduct

**Further, the FDCPA requires debt collectors to:**

- **Identify themselves and notify the consumer**, in every communication, that the communication is from a debt collector, and in the initial communication that any information obtained will be used to effect collection of the debt[18]
- **Give the name and address of the original creditor** *(company to which the debt was originally payable)* upon the consumer's written request made within 30 days of receipt of the §1692g notice;[8]
- **Notify the consumer of their right to dispute the debt**, in part or in full, with the debt collector. The 30-day "§1692g" notice is required to be sent by debt

collectors within five days of the initial communication with the consumer, though in 2006 the definition of "initial communication" was amended to exclude "a formal pleading in a civil action" for purposes of triggering the §1692g notice,[19] complicating the matter where the debt collector is an attorney or law firm. The consumer's receipt of this notice starts the clock running on the 30-day right to demand verification of the debt from the debt collector.[8]

- **Provide verification of the debt**[20] If a consumer sends a written dispute or request for verification within 30 days of receiving the §1692g notice, then the debt collector must either mail the consumer the requested verification information or cease collection efforts altogether. Such asserted disputes must also be reported by the creditor to any credit bureau that reports the debt. Consumers may still dispute a debt verbally or after the thirty-day period has elapsed, but doing so waives the right to compel the debt collector to produce verification of the debt. Verification should include at a minimum the amount owed and the name and address of the original creditor.[8]

- **File a lawsuit in a proper venue** - a debt collector may file a lawsuit, if at all, only in a place where the consumer lives or signed the contract[21] Note, however, that this does not prevent the debt collector from *being* sued in other venues for violating the Act, such as when the consumer moves outside the venue and a letter demanding payment is forwarded to the new address, even if the debt collector is unaware of such a change in residence.[22]

This should not be understood to be an exhaustive list either of prohibited or required conduct.

# ATTACHMENT 6

# simplecollect.

## The Simple Collect Solution

The Simple Collect solution is a windows based software system built from the ground up using the latest technology. The solution is installed on your collectors' computers, but connects to our servers in a secure data center over the internet. You get the best of both worlds: the power of an installed windows application and the flexibility and security of a web based platform.

We are 1 system with everything integrated ... most other systems are fragmented and disjoined.

## Why Simple Collect?

We are simple. You are buying software designed to run your debt collection business. Shouldn't it work as soon as you install it?

With Simple Collect we can get your collection agency up and running in 4 simple steps:

1.  Add Collectors
2.  Load Excel file of Debt
3.  Plug in Headset
4.  Start Collecting

There is more to collecting debt than just making phone calls and taking notes. We provide you with all the tools you need to collect debt now: Contact Management, Integrated Dialing, Skip Tracing, Payment Processing, Electronic Document Management, Commission Tracking, and Portfolio Profitability Analysis

## Why a Hosted Solution?

Collection Agencies are in the business of collecting debt, not setting up and maintaining a computer network. With other solutions that need to be installed on a separate server, there are many questions that need to be answered:

*   Where are you going to install the software?
*   Did you buy a fast enough server with enough capacity for you to grow?
*   Who is going to maintain your server?
*   Have you factored in the cost of Monthly Maintenance and Support?
*   Is your network PCI compliant? A must if you are accepting Credit Cards
*   Is your data secure? What happens in a disaster, Theft, or Fire?

Simple Collect Takes care of all of this for you for one price per collector per month!

Simple Collect | *Copyright 2011, All Rights Reserved* 

**Stahl Attachment 6**
**FTC-RMS-0006932**

# simplecollect.

## The Software

This is an exciting time for Simple Collect. We are in the final testing stages of version 2.0 of our software system. This new version will include many new features to further enhance the way debt is collected and managed on a daily basis. Listed below are some of the major features included with our solution.

### Contact Management

All software systems allow you to find your debt file and take notes. But does it actually organize and prioritize the debt to make your collectors more efficient. Our Debt Queue management system actually makes your collectors more efficient and productive.

Our user interface allows a new collector to be making productive phone calls in as little as 5 minutes.

### Integrated Dialing

Our integrated dialing allows you to plug in a USB headset into the computer and start making calls with the push of a button. This is not a separate VOIP client software, the dialer is built directly into the software. We offer a complete Agency Virtual Phone System that provides you with Voice Mail, Auto Attendant, 800 Numbers, and a Virtual Number in every state that you collect in. Our intelligent dialing system actually tracks your outgoing Caller ID for every phone call and looks for patterns in the outcome of every call. If the system detects that calls to a specific number do not get answered with the caller ID is blocked, then it switches to a local number in that state, or displays your 800 number. When a collector marks that a number does not accept calls from blocked numbers, then it always dials with a valid caller id.

Our call recording feature, which is included standard with our dialing system, can be set to record every phone call or just when the collector requests it with a push of a button. The system automatically stores the phone call and attaches it directly to the debt file for easy playback ... all in one system. Imagine how many chargebacks can be successfully challenged with a recording of the authorization attached to the debt file.

Besides recording calls, we can also play back recorded messages from within the software. Do you have a mini Miranda that needs to be played every call or want to leave a canned voice mail message so there are no inconsistencies? Then with the push of a button the call can either be transferred to a recorded message so the collector can get back to work, or it can simply be played while the collector stays on the phone.

---

Simple Collect | *Copyright 2011, All Rights Reserved* 

**Stahl Attachment 6**
FTC-RMS-0006933

# simplecollect.

**Settlement Offer Management System**

Whether you use one of our payment processing partners to automate the payment collection process or use another manual system, we provide you with the tools to track payments, past and future. We have integration for all major credit cards, check by phones, and even promises to pay by mail.

The power of the Settlement Offer Management system is not just with the collection of funds, but with the actual creation and management of the Offer of Settlement. Our system guides the collector through the process of creating a legal Offer of Settlement and generates the necessary letters, payment arrangements, and even can capture a recording of the call that summarizes the settlement offer. Once the settlement is made, the system helps the collector deal with all of the issues that arise from broken promises to pay, changes in payment dates, and settlement amounts. The system always generates the proper paperwork for you to remain in compliance.

**Electronic Document Management, Faxing, & Emailing**

All correspondence to and from the debtor is stored electronically, directly in the debtors file. The system enables you to prepare letters and notices and deliver them via fax directly from the system. Signed documents being faxed or emailed into the system are automatically matched to the Debt File based on a Fax Number or Email Address. If no match is found, they are displayed on a simple screen that allows them to be attached directly to the debtor file. Emails can be sent directly from the system with a corporate or individual collector email Address. The system tags every message with a hidden field showing the debt file number. This way, all correspondence is tracked automatically in the system.

**Skip Tracing**

The system has a built in interface for batching Experian Credit Reports and Lexis-Nexis skip tracing from inside the software. The system will generate the necessary files to pull the information from their website using their batch interface. This can save agencies thousands of dollars a month.

**Skip Tracing −(Enhanced)−***Scheduled Release Version 2.1 − May 2011*

As a data partner with Experian, Lexis-Nexis, CBC and others, we can provide you with intelligent use of multiple skip tracing resources directly in the system as needed during the collection process. No going to multiple websites, or batching items with the credit bureas. The system can be setup to pull skip tracing info at specified times during the collection process. Maybe you want to start with a basic Deceased, BK, and Collection Scoring Search and then allow the collector to request additional address and phone numbers after the initial information has been worked. Why pull a credit report on every piece of debt. Instead, you can pull it instantly from with the software after you get them on the phone.

Simple Collect | *Copyright 2011, All Rights Reserved*

**Stahl Attachment 6**
FTC-RMS-0006934

# simplecollect.

## Commission & Bonus Tracking

We utilize a simple tracking system based on Dollars collected. You are able to assign a value to
each of the 3 components of a debt. The principal, Interest, and Fees. You set the percentage of
the commission or bonus earned based on the dollars collected in each category. Items can be
tracked per collector and can even be split up to 3 ways between multiple collectors. The system
is actually very powerful in that the system can assign multiple percentages to each category and
that can be either applied to all items or only given to the collector if they meet certain
performance milestones.

## Business Rules

Do you need to require management approval before a debt is settled for less than 50% of the
P&I? Then business rules are for you. We have various customizable business rules to ensure
that your collectors are following the rules that you have in place for your business

## Portfolio Analysis Tool

Knowing what you are buying and determining why one portfolio is doing better than another is
key to building a successful company. For each portfolio that you buy, we analyze the collection
Rate – (percentage of Accounts Collected- in full & partial), Dollars Collected – (Broken out
Principal, Principal & Interest, Principal, Interest & Fees), and % Profit of each portfolio,
Average Time to First Payment, Average time to Paid in Full. We break this information down
by State, Original Creditor Company, and Balance Category. (Balance Category enables you to
classify debt into 3 categories – Low, Medium, and High Balance. You set the thresholds for
this at the company level so we can analysis all of the portfolios evenly.) We use a weighted
average to measure each of these items. This information is compared to all other portfolios and
allows you to better determine which portfolios of debt to purchase.

In determining cost for profitability, we factor in Collector costs based on actual phone usage
(Total Time Spent on Phone for each individual piece of debt multiplied by the cost per hour of
the collector), Commissions & Bonuses, Skip Tracing Fees, Credit Card Processing Fees, etc.

Simple Collect | *Copyright 2011, All Rights Reserved* 

**Stahl Attachment 6**
**FTC-RMS-0006935**

# simplecollect.

## Coming in Version 2.5 – Scheduled Release – 3rd Quarter 2011

### Goal Tracking

You can set Daily, Weekly, Monthly, AND Quarterly goals for each of your collectors and your company as a whole. There are 3 key areas that we utilize this system: # of Calls made, # of Accounts Worked, $ Collected. This information is readily viewable on the collectors, managers, and Owners dashboard. We also have the ability to show the top 5 collectors in each category to help with team motivation.

### Chargeback & NSF Analysis Tool

This tool actually looks for trends based on Debtor State, Original Creditor, Balance Type and shows the top 10 of each by Quantity, Total Dollars, & % of Portfolio. You can then run a detail report to better analyze the information.

### Collector & Manager Dashboards

Looking at reports are great, but collectors, managers, and owners need a quick birds eye view of information. The dashboard provides key information organized & presented in a single screen.

### Collectors Dashboard includes:

- Graph of Goals showing current measurement
- Top 5 Collectors in each category
- Quick Reports that can be run to show Collector detailed information
- System Wide Note from Management for Reminders, Notices, etc.
- Performance History Graph of Actual numbers from each Goal section.

### Manager/Owner Dashboard includes:

- Same information as above but at the company level:
- Easy Access to view a collectors Dashboard & Queue
- Negative Indicator Alerts

The Negative indicator Alerts section looks in the system for trends that may have a negative impact on the collection efforts of the company. Has call volume dropped this week compared to last, Is the collection percentage per collector dropped, Is a specific collector not on target to meet their weekly goal? These indicators are presented to the manager/Owner so they can correct the problem before there actually is a problem.

Simple Collect | *Copyright 2011, All Rights Reserved*

Stahl Attachment 6
FTC-RMS-0006936

# ATTACHMENT 7

**EXTENSIONS:**

JASON: 2049

WAYNE: 2048

CARI: 2043

SHEWAN: 2046

RACHELLE: 2038

HEATHER: 2040

JESSICA: 2044

DEE: 2036

PHIL: 2047

RINIA: 7707

WESTCOAST FILING SERVICES/WEST (866)727-3113

SUPERIOR FILING SERVICES (866)731-7040

EAGLE FILING SERVICES/UNION (866)826-1427

WORLDWIDE FILING SERVICES/GLOBAL (877)279-4792

NATIONWIDE FILING SERVICES/CITY (877)279-4803

RAINCROSS FILING SERVICES/NATIONAL (877)287-4435

SOUTHCOAST FINANCIAL SERVICES/MAPLE (877)301-4517

UNIVERSAL FILING SERVICES/RINCON (877)320-6375

ASSET FILING SERVIECS/ROCKWELL (877)329-3448

COUNTY FILING SERVICES (888)416-8110

CAPITAL FILING SERVICES (888)430-1651

IRVINE GROUP & ASSOCIATES (866)699-3855

STATEWIDE ASSOCIATES (866)699-3773

**Stahl Attachment 7**

# ATTACHMENT 8

# HEAVY HITTERS INVESTMENTS

## PH# (951)547-XXXX

## FX# (951)272-1727

## 980 Montecito Dr Suite #205

## Corona, CA 92879

| WAYNE: 2048 | DEE: 2036 | WORD: 2038 | HEATHER: 2040 |
|---|---|---|---|
| JASON: 2049 | SHEWAN: 2046 | CARI: 2043 | JESSICA: 2044 |

## *Offices Mailing Address*

### 1191 Magnolia Ave Ste. D-381 or 396

### Corona, CA 92879

### 1240 E. Ontario Ave Ste. 102-XXX

### Corona, CA 92881

Stahl Attachment 8

COMPANY INFORMATION:

## RAINCROSS FILING (National)

**PH: 877-287-4435   FAX: 951-824-5280**

PHYSICAL:
109 N Maple Unit C
Corona, CA 92880

MAILING:
1240 E Ontario Ave Ste. 102-198
Corona, CA 92881

## WESTCOAST FILING (PrimeWestern)

**PH: 866-727-3113   FAX: 951-582-3661**

PHYSICAL:
1351 Pomona Rd Ste. 120
Corona, CA 92882

MAILING:
1240 E Ontario Ave Ste. 102-109
Corona, CA 92881

## SOUTHCOAST FINANCIAL (Maple)

**PH: 877-301-4517   FAX: 951-582-3665**

PHYSICAL:
1351 Pomona Rd Ste. 120
Corona, CA 92882

MAILING:
1240 E Ontario Ave Ste. 102-208
Corona, CA 92881

## NATIONWIDE FILING (City)

**PH: 877-279-4803   FAX: 951-371-6311**

PHYSICAL:
268 N Lincoln St Ste. 9
Corona, CA 92882

MAILING:
1240 E Ontario Ave Ste. 102-190
Corona, CA 92881

## EAGLE FILING (Union)

**PH: 866-826-1427   FAX: 951-268-1498**

PHYSICAL:
495 E Rincon Ste. 204
Corona, CA 92879

MAILING:
1240 E Ontario Ave Ste. 102-164
Corona, CA 92881

## UNIVERSAL FILING (Rincon)

**PH: 877-320-6375   FAX: 951-268-1389**

PHYSICAL:
495 E Rincon Suite #201
Corona, CA 92879

MAILING:
1240 E Ontario Ave Ste. 102-210
Corona, CA 92881

## SUPERIOR FILING

**PH: 866-731-7040   FAX: 951-582-3982**

PHYSICAL:
495 E Rincon St Ste. 105
Corona, CA 92879

MAILING:
1240 E Ontario Ave Ste. 102-128
Corona, CA 92881

## COUNTY FILING

**PH: 888-416-8110   FAX: 951-368-0090**

PHYSICAL:
3610 Central Ave Ste. 200
Riverside, CA 92506

MAILING:
1240 E Ontario Ave Ste. 102-271
Corona, CA 92881

COMPANY INFORMATION:

## STATEWIDE ASSOCIATE

**PH: 866-699-3773   FAX: 951-268-1561**

PHYSICAL:
1181 California St. Ste. 203
Corona, CA 92881

MAILING:
1240 E Ontario Ave Ste. 102-216
Corona, CA 92881

## ASSET FILING (Rockwell)

**PH: 877-329-3448   FAX: 319-294-3122**

PHYSICAL:
1241 Park Pl. NE Ste. B
Cedar Rapids, IA 52402

MAILING:
1240 E Ontario Ave Ste. 102-267
Corona, CA 92881

## WORLDWIDE FILING (Global)

**PH: 877-279-4792   FAX: 951-268-1499**

PHYSICAL:
495 E Rincon Ste. 204
Corona, CA 92879

MAILING:
1240 E Ontario Ave Ste. 102-175
Corona, CA 92881

## CAPITAL FILING

**PH: 888-430-1651   FAX: 951-729-3165**

PHYSICAL:
10370 Hemet St Ste. 110
Riverside, CA 92503

MAILING:
1240 E Ontario Ave Ste. 102-266
Corona, CA 92881

## IRVINE GROUP & ASSOCIATES

**PH: 866-699-3855   FAX: 949-208-7322**

PHYSICAL:
15 Corporate Park
Irvine, CA 92606

MAILING:
3972 Barranca Pkwy Ste. J-417
Irvine, CA 92606

**Stahl Attachment 8**

RAINCROSS FILING (National)

109 N Maple Unit C

Corona, CA 92880

WESTCOAST FILING (PrimeWestern)

1351 Pomona Rd Ste. #120

Corona, CA 92882

MAPLE FILING (New)

1351 Pomona Rd Ste. #120

Corona, CA 92882

NATIONWIDE FILING (City)

268 N Lincoln Suite #9

Corona, CA 92882

EAGLE FILING (Union)

495 E Rincon Ste. #204

Corona, CA 92879

UNIVERSAL FILING (Rincon)

495 E Rincon Suite #201

Corona, CA 92879

SUPERIOR FILING (New) ✔

495 E. Rincon Ste. #105

Corona, CA 92879

WORLDWIDE FILING (Global)

495 E Rincon Ste. #204

Corona, CA 92879

CAPITAL FILING (New)

10370 Hemet St. Ste. #110

Riverside, CA 92503

COUNTY FILING (New)

3610 Central Ave. Ste. #200

Riverside, CA 92506

STATEWIDE ASSOCIATE (New)

1181 California St. Ste. #203

Corona, CA 92881

ASSET FILING (Rockwell)

1241 Park Place NE Ste. B

Cedar Rapids, IA 52402

HHI MOTORS (New)

26111 Ynez Rd Ste. B-13

Temecula, CA 92591

*Irvine :
15 Corporate Park
Floor: 2
Irvine, 92606*

**199**

**Stahl Attachment 8**

**FAX #'S:**

WESTCOAST FILING SERVICES/WEST (951)582-3661
SUPERIOR FILING SERVICES/NEW (951)582-3982
EAGLE FILING SERVICES/UNION (951)268-1498
WORLDWIDE FILING SERVICES/GLOBAL (951)268-1499
NATIONWIDE FILING SERVICES/CITY (951)280-0882
RAINCROSS FILING SERVICES/NATIONAL (951)824-5280
SOUTHCOAST FINANCIAL SERVICES/MAPLE (951)582-3665
UNIVERSAL FILING SERVICES/RINCON (951)268-1389
ASSET FILING SERVIECS/ROCKWELL (319)294-3122
COUNTY FILING SERVICES (951)368-0090
CAPITAL FILING SERVICES (951)729-3165
Statewide (951) 268-1561
Irvine Group & assoc. 949)208-7322

okay cell

County: 888.416.8110
Capital: 888.430.1651

County fax
951)368-0090
Capital fax

Send 9/17th
forms 2
TIM @Irving

(951):
371-6311

fax
CORP.

**Stahl Attachment 8**

D: 2036.

UNION: (877)696-8121

RINCON: (877)401-6202

WEST: (866)866-1313

MAPLE: (866)676-2139

CITY: (877)571-5190

GLOBAL: (877)527-9806

NATIONAL: (888)745-8841

ROCKWELL: (877)713-4370

JASON: 2049

WAYNE: 2048

PHIL: 2047

SHEWAN/MEGAN: 2046

JESSICA: 2044

CARI: 2043

WORD: 2038

HEATHER/D: 2040

Redi: 951 642-8759

Mike  951 8475989

(951) 547 - Ext.



arts cell

County Alling
877
252-5402

FAX
951-
582-
3661

WEST    Edward
            cell

# ATTACHMENT 9

Dec. 7. 2010 1:45PM                                                    No. 8863    P. 5



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

L

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

Prime Western Investments, LLC

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 980 Montecito Drive #205 | Corona, CA | | 92879 |
| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
| 980 Montecito Drive #205 | Corona | CA | 92879 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| See attached | | | |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Paracorp Incorporated |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Debt Collection |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Jason Begley, President of Bagles Consulting Firm, Inc. | | Manager | 12-7-2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 03/2007) | APPROVED BY SECRETARY OF STATE |
|---|---|

**202**

**Stahl Attachment 9**

FTC-RMS-0007676

# OPERATING AGREEMENT FOR

# PRIME WESTERN INVESTMENTS, LLC

This Operating Agreement, dated December 6, 2010, for reference purposes only, is entered into by Jason Begley as Trustee of the Begley Family Trust and Wayne Lunsford as Trustee of the Lunsford Family Trust (referred to generically and individually as a "Member" and, together with any future members, collectively as the "Members") as the members of Prime Western Investments, LLC ("Company").

A.    The Members desire to form a limited liability company under the Beverly-Killea Limited Liability Company Act.

B.    The Members enter into this Agreement in order to form and provide for governance of the Company and the conduct of its business and to specify their relative rights and obligations.

**NOW THEREFORE**, the Members hereby agree as follows:

## ARTICLE I: DEFINITIONS

The capitalized terms used in this Agreement have the meanings specified in this Article or elsewhere in this Agreement and when not so defined shall have the meanings set forth in California Corporations Code § 17001.

1.1    "Act" means the Beverly-Killea Limited Liability Company Act (California Corporations Code, Title 2.5, §§ 17000-17656), as amended from time to time.

1.2    "Additional Contribution" shall mean any Contribution made pursuant to Section 3.2 of this Agreement.

1.3    "Adjusted Capital Account Deficit" means, with respect to any Member, the deficit balance, if any, in such Member's Capital Account as of the end of the relevant Fiscal Year, after giving effect to the following adjustments:

(i)    Credit to such Capital Account any amounts that such Member is deemed obligated to restore pursuant to the penultimate sentences of Regulations §§ 1.704-2(g)(1) and 1.704-2(i)(5); and

(ii)    Debit to such Capital Account the items described in Regulations §§ 1.704-1(b)(2)(ii)(d)(4), 1.704-1(b)(2)(ii)(d)(5), and 1.704-1(b)(2)(ii)(d)(6). The foregoing definition of "Adjusted Capital Account Deficit" is intended to comply with the provisions of Regulation § 1.704-1(b)(2)(ii)(d) and shall be interpreted consistently therewith.

1

**Stahl Attachment 9**

FTC-RMS-0007648

IN WITNESS WHEREOF, the parties have executed or caused to be executed this Agreement on the day and year first above written.

Dated: *12 - 7 - 2010*

THE BEGLEY FAMILY TRUST

By: _____
Jason Begley, Trustee

THE LUNSFORD FAMILY TRUST

By: _____
Wayne Lunsford, Trustee

Agreed and Acknowledged:

BAGELS CONSULTING FIRM, INC.

By: _____
Jason Begley, President

LUNSFORD INVESTMENT AND MANAGEMENT SERVICES, INC.

By: _____
Wayne Lunsford, President

S:\Forms\LLC\Form LLC Agreement.CA (rev).doc

25

**Stahl Attachment 9**

FTC-RMS-0007672

# ATTACHMENT 10





**State of California**
**Secretary of State**

## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

This Space For Filing Use Only

| | | S |
|---|---|---|

1.  CORPORATE NAME  (Please do not alter if name is preprinted.)

Asset Filing Services, Inc.

C3371485

**DUE DATE:**

COMPLETE ADDRESSES FOR THE FOLLOWING  (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4.   MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS  (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5.   CHIEF EXECUTIVE OFFICER/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6.   SECRETARY/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 7.   CHIEF FINANCIAL OFFICER/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS  (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8.   NAME | | | | |
| Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9.   NAME | | | | |
| Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10.   NAME | | | | |

11.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

AGENT FOR SERVICE OF PROCESS  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12.  NAME OF AGENT FOR SERVICE OF PROCESS

Samuel G. Lockhart

| 13.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1325 Spruce Street, Suite 300 | Riverside | CA | 92879 |

TYPE OF BUSINESS

14.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Debt Collection

15.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 4/18/11 | Jason Begley | President | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008)                                         APPROVED BY SECRETARY OF STATE

**Stahl Attachment 10**

FTC-RMS-0003900



# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |

1. **CORPORATE NAME**

   Asset Filing Services, Inc.

   C3371485

This Space for Filing Use Only

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS IN CALIFORNIA, IF ANY | | | CA | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ Edward Polaco | PO Box 265 | Marion | IA | 52302 |
| 6. SECRETARY Edward Polaco | PO Box 265 | Marion | IA | 52302 |
| 7. CHIEF FINANCIAL OFFICER/ Edward Polaco | PO Box 265 | Marion | IA | 52302 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME Edward Polaco | PO Box 265 | Marion | IA | 52302 |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: **0**

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

Paracorp Incorporated

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Debt Collection

BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 5-15/11 | Edward Polaco | President | _(signature)_ |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010) | APPROVED BY SECRETARY OF STATE

Stahl Attachment 10

FTC-RMS-0003901



**Stahl Attachment 10**

FTC-RMS-0003896

Stahl Attachment 10
FTC-RMS-0003897

# ATTACHMENT 11

 

**State of California**
**Secretary of State**

**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): **$25.00. If amendment, see instructions.**
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

| | |
|---|---|
| 1.  CORPORATE NAME (Please do not alter if name is preprinted.)  Universal Filing Services, Inc.  C3371484 | S |

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5.  CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6.  SECRETARY/ | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 7.  CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12.  NAME OF AGENT FOR SERVICE OF PROCESS
Samuel G. Lockhart

| 13.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1325 Spruce Street, Suite 300 | Riverside | CA. | 92879 |

**TYPE OF BUSINESS**

14.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Debt Collection

15.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 4/18/20 | Jason Begley | President | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008)                                                                 APPROVED BY SECRETARY OF STATE

Certificate No. 1 For 500

Issued to Jason Begley, trustee of
Begley Family Trust

Dated 5/2/11

NUMBER 1

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
APRIL 5, 2011

Universal Filing Services, Inc.

AUTHORIZED 1,000,000 SHARES COMMON STOCK

SHARES 500

THIS CORPORATION IS A CLOSE CORPORATION. THE NUMBER OF HOLDERS OF RECORD OF ITS SHARES OF ALL CLASSES CANNOT EXCEED 35. ANY ATTEMPTED VOLUNTARY INTERVIVOS TRANSFER WHICH WOULD VIOLATE THIS REQUIREMENTS VOID. REFER TO THE ARTICLES, BYLAWS AND ANY AGREEMENTS ON FILE WITH THE SECRETARY OF THE CORPORATION FOR FURTHER RESTRICTIONS

This Certifies that JASON BEGLEY, trustee of BEGLEY FAMILY TRUST

registered holder of FIVE HUNDRED is the
Shares
of the above named Corporation transferable only on the books of the Corporation by the
holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed
this 2nd day of May 2011

SECRETARY                                    PRESIDENT

From whom transferred

Received Certificate No.

Dated for

| NO. ORIGINAL CERTIFICATE | NO. ORIGINAL SHARES | SHARES TRANSFERRED |
|---|---|---|

this day of

© 2007 Attorneys Corporation Service, Inc.

Stahl Attachment 11
FTC-RMS-0003689

Certificate No. 2 For 500

Issued to

Wayne Lunsford, trustee of

Lunsford Family Trust

Dated 5/2/11

From whom transferred

Dated

| NO. ORIGINAL CERTIFICATE | NO. ORIGINAL SHARES | SHARES TRANSFERRED |
|---|---|---|

Received Certificate No.

for

this _____ day of _____

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
APRIL 8, 2011

## Universal Filing Services, Inc.

AUTHORIZED 1,000,000 SHARES COMMON STOCK

SHARES 500

THIS CORPORATION IS A CLOSE CORPORATION. THE NUMBER OF HOLDERS OF RECORD OF ITS SHARES OF ALL CLASSES CANNOT EXCEED 35. ANY ATTEMPTED VOLUNTARY INTERVIVOS TRANSFER WHICH WOULD VIOLATE THIS REQUIREMENTS VOID. REFER TO THE ARTICLES, BYLAWS AND ANY AGREEMENTS ON FILE WITH THE SECRETARY OF THE CORPORATION FOR FURTHER RESTRICTIONS.

**This Certifies that** WAYNE LUNSFORD, trustee of LUNSFORD FAMILY TRUST

*registered holder of* FIVE HUNDRED is the

*of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

**In Witness Whereof**, *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* _____ 2nd _____ *day of* May _____ *A.D.* 2011

_____
SECRETARY

_____
PRESIDENT

© 2007 Attorneys Corporation Service, Inc.

Stahl Attachment 11
FTC-RMS-0003690

# ATTACHMENT 12



## State of California
## Secretary of State



### STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

This Space For Filing Use Only

| S |
|---|

1. CORPORATE NAME (Please do not alter if name is preprinted.)

Capital Filing Services, Inc.

C3372127

**DUE DATE:**

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5.  CHIEF EXECUTIVE OFFICER/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6.  SECRETARY/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 7.  CHIEF FINANCIAL OFFICER/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8.  NAME | | | | |
| Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9.  NAME | | | | |
| Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10.  NAME | | | | |
| | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

Samuel G. Lockhart

| 13.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1325 Spruce Street, Suite 300 | Riverside | CA | 92879 |

TYPE OF BUSINESS

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Debt Collection

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 7/18/11 | Jason Begley | President | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008)

APPROVED BY SECRETARY OF STATE

**Stahl Attachment 12**

FTC-RMS-0003818

3372127

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

APR − 8 2011

### ARTICLES OF INCORPORATION
### OF
### CAPITAL FILING SERVICES, INC.

I.

The name of this corporation is Capital Filing Services, Inc.

II.

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the general corporation law of California, other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

III.

The name and address in this state of the corporation's initial agent for service of process is:

Samuel G. Lockhart
1325 Spruce Street, Suite 300
Riverside, CA 92507

IV.

This corporation is authorized to issue only one class of shares, which shall be designated common shares. The total number of such shares authorized to be issued is 1,000,000.

V.

This corporation is a close corporation. All of the corporation's issued shares of stock, of all classes, shall be held of record by not more than 35 persons.

Samuel G. Lockhart, Incorporator

**Stahl Attachment 12**
FTC-RMS-0003819



I hereby certify that the foregoing
transcript of_____|_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

APR 2 6 2011

Date:_____

DEBRA BOWEN, Secretary of State

**214**

## CERTIFICATE OF SECRETARY

I certify that:

1.      I am the secretary of Capital Filing Services, Inc., a California statutory close
corporation.

2.      The attached bylaws are the bylaws of the corporation approved by the Board
of Directors on May 2, 2011.

DATED:          4/18/11

Jason Begley, Secretary

Wayne Lunsford, Secretary

173772.doc

17 of 17

**215**                                **Stahl Attachment 12**
                                       **FTC-RMS-0003893**

# ATTACHMENT 13

 **State of California**
**Secretary of State** 

### STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

This Space For Filing Use Only

| S |
| --- |

1. CORPORATE NAME (Please do not alter if name is preprinted.)

County Filing Services, Inc.

C3372128

**DUE DATE:**

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6. SECRETARY/ | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 8. NAME | | | | |
| Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: 0

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
Samuel G. Lockhart

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1325 Spruce Street, Suite 300 | Riverside | CA | 92879 |

TYPE OF BUSINESS

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Debt Collection

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 4/19/11 | Jason Begley | President | |
| --- | --- | --- | --- |
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2009)

APPROVED BY SECRETARY OF STATE

**Stahl Attachment 13**

FTC-RMS-0003613

Certificate No. 1 For 500

Issued to Jason Begley, trustee of

Begley Family Trust

Dated 5/2/11

From whom transferred

| Dated | NO. ORIGINAL CERTIFICATE | NO. ORIGINAL SHARES | SHARES TRANSFERRED |
|---|---|---|---|
| | | | |

Received Certificate No.

for

this _____ day of _____

NUMBER 1

SHARES 500

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
APRIL 8, 2011

## County Filing Services, Inc.

AUTHORIZED 1,000,000 SHARES COMMON STOCK

THIS CORPORATION IS A CLOSE CORPORATION. THE NUMBER OF HOLDERS OF RECORD OF THE SHARES OF ALL CLASSES CANNOT EXCEED 35. ANY ATTEMPTED VOLUNTARY INTERVIVOS TRANSFER WHICH WOULD VIOLATE THIS REQUIREMENTS VOID. REFER TO THE ARTICLES, BYLAWS AND ANY AGREEMENTS ON FILE WITH THE SECRETARY OF THE CORPORATION FOR FURTHER RESTRICTIONS

**This Certifies that** JASON BEGLEY, trustee of BEGLEY FAMILY TRUST

is the

registered holder of FIVE HUNDRED Shares

of the above named Corporation transferable only on the books of the Corporation by the
holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof,** the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed

this 2nd day of May of MAY 2011

_____ SECRETARY

_____ PRESIDENT

© 2007 Attorneys Corporation Service, Inc.

Stahl Attachment 13
FTC-RMS-0003609

Stahl Attachment 13
FTC-RMS-0003610

# ATTACHMENT 14

2 0 1 0 3 2 0 1 0 3 0 5

| | LLC-1 | File # _____ |
|---|---|---|



**State of California**
**Secretary of State**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

NOV – 9 2010

**LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION**

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

ENTITY NAME (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

Debt Marketing Solutions, LLC

PURPOSE (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

INITIAL AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Paracorp Incorporated

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

MANAGEMENT (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☑ MORE THAN ONE MANAGER

☐ ALL LIMITED LIABILITY COMPANY MEMBER(S)

ADDITIONAL INFORMATION

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

EXECUTION

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

11-5-2010
DATE

SIGNATURE OF ORGANIZER

Jason Begley
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)

APPROVED BY SECRETARY OF STATE

**Stahl Attachment 14**

FTC-RMS-0007600

I hereby certify that the foregoing
transcript of_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

NOV 3 0 2010   *SH*

Date:_____

*Debra Bowen*
DEBRA BOWEN, Secretary of State

**220**                              **Stahl Attachment 14**

FTC-RMS-0007601



**L**

# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

Debt Marketing Solutions, LLC

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 980 MONTECITO #205 | Corona, CA | 92881 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO #205 | Corona | CA | 92881 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Jason Begley | 980 MONTECITO #205 | Corona, CA | 92881 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Wayne Lunsford | 980 MONTECITO #205 | Corona, CA | 92881 |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Michael Huck | 980 MONTECITO #205 | Corona, CA | 92881 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Paracorp Incorporated |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Marketing |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Jason Begley | _R_ | Manager | 11-5-2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)    APPROVED BY SECRETARY OF STATE

**Stahl Attachment 14**

FTC-RMS-0007602

# ATTACHMENT 15

2 0 1 0 3 2 0 1 0 3 0 4

| LLC-1 | File # _____ |

**State of California**
Secretary of State

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

**NOV - 9 2010**

**LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION**

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

ENTITY NAME (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

Debt Tech Solutions, LLC

PURPOSE (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

INITIAL AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).)

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Paracorp Incorporated

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

CA

MANAGEMENT (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[ ] ONE MANAGER

[✓] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

ADDITIONAL INFORMATION

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

EXECUTION

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

11-5-2010

DATE

SIGNATURE OF ORGANIZER

Jason Begley

TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)

APPROVED BY SECRETARY OF STATE

Stahl Attachment 15
FTC-RMS-0007594



I hereby certify that the foregoing transcript of_____|_____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

NOV 3 0 2010

Date:_____

DEBRA BOWEN, Secretary of State

**Stahl Attachment 15**

FTC-RMS-0007595



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

Debt Tech Solutions, LLC

| L |

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO #205 | Corona, CA | | 92881 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO #205 | Corona | CA | 92881 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Jason Begley | 980 MONTECITO #205 | Corona, CA | 92881 |

| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Wayne Lunsford | 980 MONTECITO #205 | Corona, CA | 92881 |

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Michael Huck | 980 MONTECITO #205 | Corona, CA | 92881 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

Paracorp Incorporated

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Software Licensing

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Jason Begley | | Manager | 11-5-10 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007) APPROVED BY SECRETARY OF STATE

**Stahl Attachment 15**

FTC-RMS-0007596

# ATTACHMENT 16

2 0 1 0 3 3 4 1 0 1 1 1

| | LLC-1 | File # _____ |



**State of California**
Secretary of State

**LIMITED LIABILITY COMPANY
ARTICLES OF ORGANIZATION**

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

**NOV 2 2 2010**

This Space For Filing Use Only

ENTITY NAME (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

**1. NAME OF LIMITED LIABILITY COMPANY**

Maple Filing Services, LLC

PURPOSE (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

INITIAL AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 3 must be completed (leave item 4 blank).

**3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS**

Paracorp Incorporated

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☑ MORE THAN ONE MANAGER

☐ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

11-22-2010
DATE

SIGNATURE OF ORGANIZER

Jason Begley
TYPE OR PRINT NAME OF ORGANIZER

APPROVED BY SECRETARY OF STATE

LLC-1 (REV 04/2007)

**Stahl Attachment 16**

FTC-RMS-0007638



I hereby certify that the foregoing
transcript of_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

DEC 0 6 2010

Date:_____

*Debra Bowen*

DEBRA BOWEN, Secretary of State

**226**

**Stahl Attachment 16**

FTC-RMS-0007639

# OPERATING AGREEMENT FOR

# MAPLE FILING SERVICES, LLC

This Operating Agreement, dated November 23, 2010, for reference purposes only, is entered into by Jason Begley as Trustee of the Begley Family Trust and Wayne Lunsford as Trustee of the Lunsford Family Trust (referred to generically and individually as a "Member" and, together with any future members, collectively as the "Members") as the members of Maple Filing Services, LLC ("Company").

A.      The Members desire to form a limited liability company under the Beverly-Killea Limited Liability Company Act.

B.      The Members enter into this Agreement in order to form and provide for governance of the Company and the conduct of its business and to specify their relative rights and obligations.

**NOW THEREFORE**, the Members hereby agree as follows:

## ARTICLE I: DEFINITIONS

The capitalized terms used in this Agreement have the meanings specified in this Article or elsewhere in this Agreement and when not so defined shall have the meanings set forth in California Corporations Code § 17001.

1.1     "Act" means the Beverly-Killea Limited Liability Company Act (California Corporations Code, Title 2.5, §§ 17000-17656), as amended from time to time.

1.2     "Additional Contribution" shall mean any Contribution made pursuant to Section 3.2 of this Agreement.

1.3     "Adjusted Capital Account Deficit" means, with respect to any Member, the deficit balance, if any, in such Member's Capital Account as of the end of the relevant Fiscal Year, after giving effect to the following adjustments:

(i)     Credit to such Capital Account any amounts that such Member is deemed obligated to restore pursuant to the penultimate sentences of Regulations §§ 1.704-2(g)(1) and 1.704-2(i)(5); and

(ii)    Debit to such Capital Account the items described in Regulations §§ 1.704-1(b)(2)(ii)(d)(4), 1.704-1(b)(2)(ii)(d)(5), and 1.704-1(b)(2)(ii)(d)(6). The foregoing definition of "Adjusted Capital Account Deficit" is intended to comply with the provisions of Regulation § 1.704-1(b)(2)(ii)(d) and shall be interpreted consistently therewith.

1

         Stahl Attachment 16
FTC-RMS-0007610