IN WITNESS WHEREOF, the parties have executed or caused to be executed this Agreement on the day and year first above written.

Dated: *12-6-2010*

THE BEGLEY FAMILY TRUST

By: _____
Jason Begley, Trustee

THE LUNSFORD FAMILY TRUST

By: _____
Wayne Lunsford, Trustee

Agreed and Acknowledged:

BAGELS CONSULTING FIRM, INC.

By: _____
Jason Begley, President

LUNSFORD INVESTMENT AND MANAGEMENT SERVICES, INC.

By: _____
Wayne Lunsford, President

S:\Forms\LLC\Form LLC Agreement CA (rev).doc

25

**Stahl Attachment 16**

FTC-RMS-0007634

# ATTACHMENT 17

Sep. 30. 2010  4:04PM                                           No. 5717   P. 4



# State of California
## Secretary of State

L

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

   JBeg, LLC

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

**OCT 14 2010**

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201027710001 | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 980 MONTECITO #205 | Corona, CA | 92881 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO #205 | Corona | CA | 92881 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Jason Begley | 980 MONTECITO #205 | Corona, CA | 92881 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

   Paracorp Incorporated

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

   Real Estate Investments

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Jason Begley | | Manager | 9-30-2010 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)                                    APPROVED BY SECRETARY OF STATE

**Stahl Attachment 17**
FTC-RMS-0004099



**State of California**
**Secretary of State**

LLC-1   File # ___2 0 1 0 2 7 7 1 0 0 0 1___

**LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION**

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

**OCT 0 1 2010**

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co." respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

   JBeg, LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 3 must be completed (leave item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   Paracorp Incorporated

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA     CITY     STATE     ZIP CODE

                                                                        CA

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   [✓] ONE MANAGER

   [ ] MORE THAN ONE MANAGER

   [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   9-30-2010

   DATE

   SIGNATURE OF ORGANIZER

   Jason Begley

   TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 01/2007)                                                     APPROVED BY SECRETARY OF STATE

I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

OCT 0 4 2010

Date:_____

Debra Bowen
DEBRA BOWEN, Secretary of State

Stahl Attachment 17
FTC-RMS-0007519

# OPERATING AGREEMENT FOR

## JBeg, LLC

This Operating Agreement, dated September 29, 2010, for reference purposes only, is entered into by Jason Begley and Shontel Begley (referred to generically and individually as a "Member" and, together with any future members, collectively as the "Members") as the members of JBeg, LLC ("Company").

A.    The Members desire to form a limited liability company under the Beverly-Killea Limited Liability Company Act.

B.    The Members enter into this Agreement in order to form and provide for governance of the Company and the conduct of its business and to specify their relative rights and obligations.

**NOW THEREFORE**, the Members hereby agree as follows:

## ARTICLE I: DEFINITIONS

The capitalized terms used in this Agreement have the meanings specified in this Article or elsewhere in this Agreement and when not so defined shall have the meanings set forth in California Corporations Code § 17001.

1.1    "Act" means the Beverly-Killea Limited Liability Company Act (California Corporations Code, Title 2.5, §§ 17000-17656), as amended from time to time.

1.2    "Additional Contribution" shall mean any Contribution made pursuant to Section 3.2 of this Agreement.

1.3    "Adjusted Capital Account Deficit" means, with respect to any Member, the deficit balance, if any, in such Member's Capital Account as of the end of the relevant Fiscal Year, after giving effect to the following adjustments:

(i)    Credit to such Capital Account any amounts that such Member is deemed obligated to restore pursuant to the penultimate sentences of Regulations §§ 1.704-2(g)(1) and 1.704-2(i)(5); and

(ii)    Debit to such Capital Account the items described in Regulations §§ 1.704-1(b)(2)(ii)(d)(4), 1.704-1(b)(2)(ii)(d)(5), and 1.704-1(b)(2)(ii)(d)(6). The foregoing definition of "Adjusted Capital Account Deficit" is intended to comply with the provisions of Regulation § 1.704-1(b)(2)(ii)(d) and shall be interpreted consistently therewith.

1.4    "Agreement" means this operating agreement, as originally executed and as

1

Stahl Attachment 17
FTC-RMS-0007490

IN WITNESS WHEREOF, the parties have executed or caused to be executed this Agreement on the day and year first above written.

_____
Jason Begley

_____
Shonjel Begley

25

Stahl Attachment 17
FTC-RMS-0007514

# ATTACHMENT 18



| L |

# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00.  If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1.   LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

Spiff Money, LLC

This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2.   SECRETARY OF STATE FILE NUMBER

3.   STATE OR PLACE OF ORGANIZATION

California

**COMPLETE ADDRESSES FOR THE FOLLOWING**  (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO #205 | Corona, CA | | 92881 |

| 5.   CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 980 MONTECITO #205 | Corona | CA | 92881 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER**  (Attach additional pages, if necessary.)

| 7.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Wayne Lunsford | 980 MONTECITO #205 | Corona, CA | 92881 |
| 8.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS**  (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10.   NAME OF AGENT FOR SERVICE OF PROCESS

Paracorp Incorporated

| 11.   ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12.   DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Real Property Holding

13.   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Wayne Lunsford | _(signature)_ | Manager | 10/11/10 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |
| | | | APPROVED BY SECRETARY OF STATE |

LLC-12 (REV 03/2007)

Stahl Attachment 18

FTC-RMS-0007558

| | LLC-1 | File # **201029310168** |
|---|---|---|



## State of California
### Secretary of State

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

OCT 1 9 2010

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

ENTITY NAME (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

Spiff Money, LLC

PURPOSE (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

INITIAL AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Paracorp Incorporated

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA     CITY     STATE     ZIP CODE

CA

MANAGEMENT (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

ADDITIONAL INFORMATION

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

EXECUTION

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

10/11/10
DATE

SIGNATURE OF ORGANIZER

Wayne Lunsford
TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)     APPROVED BY SECRETARY OF STATE

FTC-RMS-0007556

I hereby certify that the foregoing
transcript of_____1_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

OCT 3 0 2010        14

Date:_____

Debra Bowen
DEBRA BOWEN, Secretary of State

**236**                    **Stahl Attachment 18**

FTC-RMS-0007557

# OPERATING AGREEMENT FOR

## SPIFF MONEY, LLC

This Operating Agreement, dated October 15, 2010, for reference purposes only, is entered into by Wayne Lunsford and Amber Lunsford (referred to generically and individually as a "Member" and, together with any future members, collectively as the "Members") as the members of Spiff Money, LLC ("Company").

A.     The Members desire to form a limited liability company under the Beverly-Killea Limited Liability Company Act.

B.     The Members enter into this Agreement in order to form and provide for governance of the Company and the conduct of its business and to specify their relative rights and obligations.

NOW THEREFORE, the Members hereby agree as follows:

## ARTICLE I: DEFINITIONS

The capitalized terms used in this Agreement have the meanings specified in this Article or elsewhere in this Agreement and when not so defined shall have the meanings set forth in California Corporations Code § 17001.

1.1     "Act" means the Beverly-Killea Limited Liability Company Act (California Corporations Code, Title 2.5, §§ 17000-17656), as amended from time to time.

1.2     "Additional Contribution" shall mean any Contribution made pursuant to Section 3.2 of this Agreement.

1.3     "Adjusted Capital Account Deficit" means, with respect to any Member, the deficit balance, if any, in such Member's Capital Account as of the end of the relevant Fiscal Year, after giving effect to the following adjustments:

(i)     Credit to such Capital Account any amounts that such Member is deemed obligated to restore pursuant to the penultimate sentences of Regulations §§ 1.704-2(g)(1) and 1.704-2(i)(5); and

(ii)     Debit to such Capital Account the items described in Regulations §§ 1.704-1(b)(2)(ii)(d)(4),  1.704-1(b)(2)(ii)(d)(5),  and  1.704-1(b)(2)(ii)(d)(6). The foregoing definition of "Adjusted Capital Account Deficit" is intended to comply with the provisions of Regulation § 1.704-1(b)(2)(ii)(d) and shall be interpreted consistently therewith.

1.4     "Agreement" means this operating agreement, as originally executed and as

1

Stahl Attachment 18
FTC-RMS-0007528

IN WITNESS WHEREOF, the parties have executed or caused to be executed this
Agreement on the day and year first above written.

_____
Wayne Lunsford

_____
Amber Lunsford

25

**Stahl Attachment 18**
FTC-RMS-0007552

# ATTACHMENT 19





**State of California**
**Secretary of State**

## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

This Space For Filing Use Only

1. CORPORATE NAME (Please do not alter if name is preprinted.)

Portfolio Investment Partners, Inc.

80-0722408

5/11/2011

# C3376851

S

**DUE DATE:**

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 980 Montecito Drive, #205 | | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| CHIEF EXECUTIVE OFFICER/ Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6. SECRETARY/ Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 7. CHIEF FINANCIAL OFFICER/ Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9. NAME Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10. NAME | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: 0

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
Samuel G. Lockhart

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1325 Spruce Street, Suite 300 | Riverside | CA | 92879 |

TYPE OF BUSINESS

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Debt Purchasing

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | Jason Begley TYPE/PRINT NAME OF PERSON COMPLETING FORM | President TITLE | SIGNATURE |
|---|---|---|---|

SI-200 C (REV 01/2008)

APPROVED BY SECRETARY OF STATE

**Stahl Attachment 19**

FTC-RMS-0003490



**State of California**
**Secretary of State**



## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

| | |
|---|---|
| 1. CORPORATE NAME (Please do not alter if name is preprinted.)<br><br>Portfolio Investment Partners, Inc. | **S** |

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2<br>980 Montecito Drive, #205 | | Corona | CA | 92879 |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/<br>Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6. SECRETARY/<br>Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 7. CHIEF FINANCIAL OFFICER/<br>Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME<br>Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9. NAME<br>Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: 0

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| Samuel G. Lockhart | | | | |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1325 Spruce Street, Suite 300 | Riverside | CA | 92879 |

**TYPE OF BUSINESS**

| 14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| Debt Purchasing |

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 5/16/11 | Jason Begley | President | |

SI-200 C (REV 01/2008)

APPROVED BY SECRETARY OF STATE

**Stahl Attachment 19**

FTC-RMS-0003491

Certificate No. 2 For 500

Issued to Wayne Lunsford, trustee of
Lunsford Family Trust

Dated 5/11/11

From whom transferred

Dated

NO. ORIGINAL CERTIFICATE | NO. ORIGINAL SHARES | SHARES TRANSFERRED

Received Certificate No. _____
for _____
this _____ day of _____

---

NUMBER 2

SHARES 500

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA
MAY 11, 2011

## Portfolio Investment Partners, Inc.

AUTHORIZED 100,000 SHARES COMMON STOCK

THIS CORPORATION IS A CLOSE CORPORATION. THE NUMBER OF HOLDERS OF RECORD OF ITS SHARES OF ALL CLASSES CANNOT EXCEED 35. ANY ATTEMPTED VOLUNTARY INTERVIVOS TRANSFER WHICH WOULD VIOLATE THIS REQUIREMENT IS VOID. REFER TO THE ARTICLES, BYLAWS AND ANY AGREEMENTS ON FILE WITH THE SECRETARY OF THE CORPORATION FOR FURTHER RESTRICTIONS.

This Certifies that WAYNE LUNSFORD, trustee OF LUNSFORD FAMILY TRUST is the registered holder of FIVE HUNDRED Shares of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 11th day of May 2011

SECRETARY

PRESIDENT

© 2001 Attorneys Corporation Service, Inc.

Stahl Attachment 19
FTC-RMS-0003488

# ATTACHMENT 20

 **State of California**
**Secretary of State** 

## STATEMENT OF INFORMATION
**(Domestic Stock and Agricultural Cooperative Corporations)**
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

**S**

1. CORPORATE NAME  (Please do not alter if name is preprinted.)

Portfolio Investment Financial, Inc.

**DUE DATE:**

COMPLETE ADDRESSES FOR THE FOLLOWING  (Do not abbreviate the name of the city.  Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS  (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6. SECRETARY/ | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 7. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  0

AGENT FOR SERVICE OF PROCESS  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS

Samuel G. Lockhart

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1325 Spruce Street, Suite 300 | Riverside | CA | 92879 |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Debt Purchasing

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 5/16/11 | Jason Begley | President | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008)                                                                APPROVED BY SECRETARY OF STATE

**Stahl Attachment 20**
FTC-RMS-0003982

I hereby certify that the foregoing
transcript of_____page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

MAY 1 2 2011

Date:_____

DEBRA BOWEN, Secretary of State

**243**                    **Stahl Attachment 20**



**State of California**
**Secretary of State**



## STATEMENT OF INFORMATION
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

This Space For Filing Use Only

| 1. CORPORATE NAME· (Please do not alter if name is preprinted.) | |
|---|---|
| Portfolio Investment Financial, Inc. | 90-0720244  S<br>5/11/2011<br>#C3376850 |

**DUE DATE:**

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | CITY | STATE | ZIP CODE |
| 980 Montecito Drive, #205 | | Corona | CA | 92879 |

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| CHIEF EXECUTIVE OFFICER/<br>Jason Begley/Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 6. SECRETARY/<br>Jason Begley/Wayne Lunsford | ADDRESS<br>980 Montecito Drive, #205 | CITY<br>Corona | STATE<br>CA | ZIP CODE<br>92879 |
| 7. CHIEF FINANCIAL OFFICER/<br>Jason Begley/Wayne Lunsford | ADDRESS<br>980 Montecito Drive, #205 | CITY<br>Corona | STATE<br>CA | ZIP CODE<br>92879 |

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME<br>Jason Begley | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 9. NAME<br>Wayne Lunsford | 980 Montecito Drive, #205 | Corona | CA | 92879 |
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: 0

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| Samuel G. Lockhart | | | | |
| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | | STATE | ZIP CODE |
| 1325 Spruce Street, Suite 300 | Riverside | | CA | 92879 |

TYPE OF BUSINESS

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Debt Purchasing

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| | Jason Begley | President | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
| SI-200 C (REV 01/2008) | | | APPROVED BY SECRETARY OF STATE |

**Stahl Attachment 20**

FTC-RMS-0003984



Stahl Attachment 20

FTC-RMS-0003977



Certificate No. _____ 1 _____ For _____ 500 _____

Issued to _____ Jason Begley, trustee of

_____ Begley Family Trust

Dated _____ 5/11/11 _____

From whom transferred

Dated _____

| NO. ORIGINAL CERTIFICATE | NO. ORIGINAL SHARES | SHARES TRANSFERRED |
|---|---|---|

Received Certificate No. _____

for _____

this _____ day of _____

Portfolio Investment Financial, Inc.

AUTHORIZED 1,000,000 SHARES COMMON STOCK

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA MAY 11, 2011

SHARES 500

THIS CORPORATION IS A CLOSE CORPORATION. THE NUMBER OF HOLDERS OF RECORD OF ITS SHARES OF ALL CLASSES CANNOT EXCEED 35. ANY ATTEMPTED VOLUNTARY INTERVIVOS TRANSFER WHICH WOULD VIOLATE THIS REQUIREMENTS VOID. REFER TO THE ARTICLES, BYLAWS AND ANY AGREEMENTS ON FILE WITH THE SECRETARY OF THE CORPORATION FOR FURTHER RESTRICTIONS.

This Certifies that JASON BEGLEY, trustee of BEGLEY FAMILY TRUST

registered holder of _____ FIVE HUNDRED _____ Shares

of the above named Corporation transferable only on the books of the Corporation by the

holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed

by its duly authorized officers and its Corporate Seal to be hereunto affixed

this _____ 11th _____ day of _____ May _____ 2011

_____ SECRETARY _____ PRESIDENT

© 2007 Attorneys Corporation Service, Inc.

Stahl Attachment 20
FTC-RMS-0003980

# ATTACHMENT 21

# LIMITED PARTNERSHIP AGREEMENT
# OF PORTFOLIO INVESTMENT GROUP, LP

This Agreement of Limited Partnership made this _____ day of November 2010, by and between Heavy Hitters, Inc. ("General Partner"), and Jason Begley, as Trustee of the JBeg Legacy Gift Trust ("Begley Trust"), and Wayne Lunsford, as Trustee of the Spiff Money Legacy Gift Trust ("Lunsford Trust")(collectively, "Limited Partners").

IT IS HEREBY AGREED:

## ARTICLE 1. THE PARTNERSHIP

**1.01. Formation of Limited Partnership.** The General Partner and the Limited Partners agree to form a limited partnership (the "Partnership"), pursuant to the provisions of the California Uniform Limited Partnership Act of 2008, California Corporations Code section 15900, et., seq. or its successor (the "Act").

**1.02. Name of Partnership.** The name of the Partnership is "Portfolio Investment Group, LP", a limited partnership. The business of the Partnership shall be conducted under that name. The name of the Partnership may be changed by the General Partner by giving written notice of the change to the Limited Partners and by filing a certificate of amendment or restated certificate with the Secretary of State.

**1.03. Purpose of Partnership.** The Partnership is organized for the following purpose: invest, develop, maintain and repair real property.

**1.04. Designated Office.** The designated office of the Partnership is at 980 Montecito #205, Corona, CA 92881, Riverside County, California, or at any other place within California, as may be determined from time to time by the General Partner. If the General Partner plans to change the principal designated office of the Partnership, they must give written notice of the change of address to each Limited Partner at least thirty (30) days before that change.

**1.05. Term of Partnership.** The term of the Partnership commences on the date on which the Partnership's Certificate of Limited Partnership was filed by the Secretary of State of California in the manner required by the Act. The term of the Partnership shall continue until the dissolution and complete winding up of the Partnership pursuant to Article 12.

**1.06. Certificate of Limited Partnership.** The General Partner will execute a Certificate of Limited Partnership and cause that Certificate to be filed in the office of the Secretary of State of California. Thereafter, the General Partner will execute and cause to

1

152015

**Stahl Attachment 21**
**FTC-RMS-0007566**

Partners relating to the subject matter of this Agreement that are not fully expressed in this Agreement.

Executed on _December 1st_, 2010, at _3:21 pm_, Riverside, California.

**GENERAL PARTNER**
**HEAVY HITTERS, INC.**

By: _[signature]_
Jason Begley
Its: President

**LIMITED PARTNERS**

**JBEG LEGACY GIFT TRUST**

_[signature]_
Jason Begley, as Trustee
of the JBeg Legacy Gift Trust

**SPIFF MONEY LEGACY GIFT TRUST**

_[signature]_
Wayne Lunsford, as Trustee
Of the Spiff Money Legacy Gift Trust

22

152015

**Stahl Attachment 21**
FTC-RMS-0007587

## EXHIBIT A

## PORTFOLIO INVESTMENT GROUP, LP, A CALIFORNIA LIMITED PARTNERSHIP

### LIST OF ORIGINAL GENERAL PARTNERS

| Name of Partner | Address | Total Initial Contribution |
|---|---|---|
| Heavy Hitters, Inc. | 980 Montecito #205 Corona, CA 92881 | $1,000 |

### LIST OF ORIGINAL LIMITED PARTNERS

| Name of Partner | Address | Total Initial Contribution |
|---|---|---|
| Jason Begley, as Trustee of the JBeg Legacy Gift Trust | 980 Montecito #205 Corona, CA 92881 | $5,000 |
| Wayne Lunsford, as Trustee Of the Spiff Money Legacy Gift Trust | 980 Montecito #205 Corona, CA 92881 | $5,000 |
| | TOTAL | $11,000 |

152015

**Stahl Attachment 21**

FTC-RMS-0007588

# ATTACHMENT 22

**ACTION BY WRITTEN CONSENT
OF THE INCORPORATOR
OF
National Reconstruction Services,**
a California Corporation,
As of August 12, 2010

The undersigned incorporator of National Reconstruction Services, a California corporation, took the following actions on the above date, pursuant to the California Business Corporation Act:

Until otherwise determined by the Board, the number of members comprising the Board of Directors shall be one (1). Each person named below has been elected by me as a director of said corporation to hold office until the first annual meeting of stockholders or until his or her successor is elected and qualified:

Jason Begley

Signed as of the above date.

LegalZoom.com, Inc., Incorporator

_____

**250**                                    **Stahl Attachment 22**

## UNANIMOUS WRITTEN CONSENT IN
## LIEU OF FIRST MEETING OF THE BOARD OF DIRECTORS
### OF
### National Reconstruction Services

The directors of National Reconstruction Services, a California corporation (the "Corporation"), hereby adopt the following resolutions by written consent and direct that this consent be filed with the minutes of the proceedings of the Board of Directors:

Adoption of Bylaws.

RESOLVED, that the bylaws presented to the Directors and attached hereto are adopted as the bylaws of the Corporation.

Stock Issuance.

RESOLVED, that the Corporation is hereby authorized to issue and sell shares of Common Stock of the Corporation to each person named below in exchange for the indicated capital contribution:

| Name of Stockholder | Number of Shares | Capital Contribution ($) |
|---|---|---|
| Jason Begley | 34 | $1,000.00 (Cash) |
| Wayne Lunsford | 33 | $1,000.00 (Cash) |
| Gregory J. Degennaro | 33 | $1,000.00 (Cash) |

FURTHER RESOLVED, that the consideration to be received for the above-mentioned shares is adequate and approved, and the President and Secretary of the Corporation are hereby authorized to execute and deliver to each person named above a certificate representing the shares of fully paid and non-assessable Common Stock of the Corporation as set forth above upon receipt of payment therefor.

Election of Officers.

RESOLVED, that the following persons be, and they hereby are, elected to hold the offices of the Corporation set forth opposite their respective names until their respective successors are elected and qualified or until their earlier resignation or removal:

| | |
|---|---|
| President: | Wayne Lunsford |
| Treasurer: | Jason Begley |
| Secretary: | Gregory J. Degennaro |
| CEO: | Jason Begley |

**Stahl Attachment 22**

**FTC-RMS-0004188**

# ATTACHMENT 23



Wayne Lunsford <wayne.heavyhitter@gmail.com>

# new offices and numbers

Wayne Lunsford <wayne.heavyhitter@gmail.com>          Fri, Sep 30, 2011 at 4:38 PM
To: Mike Huck <mike.huck@evarus.com>

18666995367 1. westcoast filing services, dba  westlake financial firm          420 n mckinley st ste 111-445
corona ca 92879
18667272976 2. superoir filing services, dba     revenue planning management     387 magnolia ave ste 103-
527 corona ca 92879
186672729793.eagle filing services, dba    first american planning           2276 griffin way ste 105-
151 corona ca 92879
186672730724.worldwide filing services, dba  cross state recovery            160 w. foothill prwy ste
105-8 corona ca 92882
186672733135.nationwide filing services, dba   general group funding          2621 green river rd ste #
105-206 corona ca 92882
18667273452046.raincross filing services, dba     unitied investment holding   19510 Van Buren blvd ste
#f3-234 riverside ca 92508
186673092357.southcoast filing services, dba   eastcoast holding financial     12672 limonite ste 3e #238
corona ca 92880
186673092368.asset filing services, dba   midwest investment firm            5001 1st ave se ste # 105
cedar rapids,ia 52302
186673092389.county filing services, dba  northcounty asset holding          6185 magnolia ave ste 309
riverside ca 92506
1856730924010.capital filing services, dba  eastern associate and funding     3380 la sierra ave ste 104-
480 riverside ca 92503
1866730929411.universal filling services, dba   united portfolio systems      7056 archibald ave ste
102-403 corona ca 92880

I will be running dba off of current corps with new addy and numbers. Hopefully this will work in keeping all
offices seperate. Ill put this into play nov 1st. You should be able to just change name in simple collect. No
need to add another. (hopefully)

These are the other two NEW offices that will need to be added. I will get you info for the cebyond t1
order next week.

18773383442  Group asset management  5198 Arlington ave Ste 345  riverside ca 92504
18773403409  The law offices of St.Amant and associates.  30520 rancho california rd ste 107-60 temecula
ca 92591

Thank You Sir
--

**Wayne Lunsford**

Office# 951-547 -2043
Cell# ▮▮▮▮▮▮
Fax# 951-272-1727
**HEAVY HITTERS INVESTMENTS INC.**
980 Montecito Dr Suite #205
Corona, CA 92879

EVERYTHING IS TIME SENSITIVE!!!!!!!!!!!!
Business is BOOMING and Im always hiring..........My credit recovery agents make between 2-15k per month
straight commission.Call me if your looking for a career change.

Gmail - dba



Wayne Lunsford <wayne.heavyhitter@gmail.com>

# dba

**Wayne Lunsford <wayne.heavyhitter@gmail.com>**     Fri, Sep 30, 2011 at 9:50 AM
To: lissa@incsolgroup.com
Cc: jason.heavyhitters@gmail.com

1. westcoast filing services, dba  westlake financial firm             denise deakins    420 n mckinley st
ste 111-445 corona ca 92879
2. superoir filing services, dba      revenue planning management       john cook        387 magnolia ave
ste 103-527 corona ca 92879
3.eagle filing services,  dba    first american planning               john cook        2276 griffin way ste
105-151 corona ca 92879
4.worldwide filing services, dba  cross state recovery                 victor marquez    160 w. foothill prwy
ste 105-8 corona ca 92882
5.nationwide filing services,  dba   general group funding             tina coca        2621 green river rd
ste # 105-206 corona ca 92882
6.raincross filing services, dba     unitied investment holding        barbara oneil    19510 Van Buren
blvd ste #f3-234 riverside ca 92508
7.southcoast filing services, dba   eastcoast holding financial        deinse deakins  12672 limonite ste
3e #238 corona ca 92880
8.asset filing services,  dba   midwest investment firm            edward polaco  iowa ,cedar rapids
5001 1st ave se ste # 105 cedar rapids,ia 52302
9.county filing services, dba  northcounty asset holding              todd loop        6185 magnolia ave
ste 309 riverside ca 92506
10.capital filing services, dba  eastern associate and funding         art castillo     3380 la sierra ave
ste 104-480 riverside ca 92503
11.universal filling services, dba    united portfolio systems         john cook        7056 archibald ave
ste 102-403 corona ca 92880

[Quoted text hidden]



Wayne Lunsford <wayne.heavyhitter@gmail.com>

# number for new offices

Mike Huck <mike.huck@evarus.com>                      Tue, Sep 20, 2011 at 4:26 PM
To: Wayne Lunsford <wayne.heavyhitter@gmail.com>

I only have 2 free ... I will get more:

18773383442   *GROUP ASSET MANAGEMENT.*

18773403409   *LAW OFFICES ST AMANT, AND ASS.*

Let me know who they are assigned to.

Also ... we still have the following number reserved: American financial firm   1-866-699-4487

Thank you,

Michael Huck

*President*

(714) 627-4910



1407 N. Batavia St #116



Wayne Lunsford <wayne.heavyhitter@gmail.com>

---

# number for new offices

**Wayne Lunsford <wayne.heavyhitter@gmail.com>**
To: Mike Huck <mike.huck@evarus.com>

**Mon, Sep 19, 2011 at 10:56 AM**

The law offices of St. Amant and Associates, PC and
International Resource Services, Inc
√group asset management                Can I get numbers for these three offices so i can get
the Internet rep going? Thx
--

## Wayne Lunsford

Office# 951-547 -2043
Cell# ▮▮▮▮▮▮▮
Fax# 951-272-1727
**HEAVY HITTERS INVESTMENTS INC.**
980 Montecito Dr Suite #205
Corona, CA 92879

EVERYTHING IS TIME SENSITIVE!!!!!!!!!!!!!
Business is BOOMING and Im always hiring..........My credit recovery agents make between 2-15k per month
straight commission.Call me if your looking for a career change.

*** CONFIDENTIALITY NOTICE ***
The information in this email may be confidential and/or privileged. This email is intended to be reviewed by
only the individual named above. If you are not the intended recipient or an authorized representative of the
intended recipient, you are hereby notified that any review, dissemination or copying of this email and its
attachments, if any, or the information contained herein is prohibited. If you have received this email in error,
please immediately notify the sender by return email and delete this email from your system.

---

# ATTACHMENT 24

Stahl Attachment 24

# *Rincon* Management Services

1191 Magnolia Ave Ste D-381
Corona, Ca 92879
Ph (877)401-6202 Fax (961)272-1727

---

\*Personal and Confidential\*

Date: January 19th, 2011

Name: ▉▉▉▉▉▉▉▉
Address: ▉▉▉▉▉▉▉▉
City, State, Zip: MARYLAND HEIGHTS, M▉ ▉▉▉▉

Original Creditor: HOUSEHOLD ORCHARD BANK
Original Account: ▉▉▉▉▉
File No: 1054-010▉▉

### OFFER OF SETTLEMENT

This office has been retained to collect an outstanding balance owed on the above referenced contract. Any information obtained will be used for that purpose.

Our client is willing to settle any known or unknown obligations in this matter with respect to the above mentioned for the sum of $1863.75 if paid in accordance with the terms which are stated below. Upon receipt of this settlement we shall notify our client that the obligation has been paid and satisfied.

Our client agrees to accept in full the sum of $1863.75 ($300.00 paid as of 12/31/11) with 12 payments of $130.31 due every other Friday beginning 01/28/11 until the balance is paid in full. Upon receipt of certified funds and the authorized signature, the file will be closed   Once your debt has been paid in full, you will receive proper documentation needed to notify the credit bureaus to update the credit file to a PAID IN FULL status.

If you are unsure whether the payment will be received in our offices on or before the due date, you may contact our office to obtain instructions for sending funds via OVERNIGHT DELIVERY SERVICES or CREDIT CARD. Please feel free to contact us at any time if you should have any questions regarding your account.

Sincerely,

Rincon Management Services
THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Check by Phone:

Routing #: ▉▉▉▉▉

Account #: X▉▉▉▉

Authorized Signature: ▉▉▉▉▉▉▉▉▉▉▉▉

Rincon Management Services
1191 Magnolia Ave Ste D-381
Corona, Ca 92879

**Stahl Attachment 24**

# City Services

1191 Magnolia Ave  Ste D-396
Corona, CA 92879
Tel: 877-571-5190  Fax: 951-272-1727

***Personal and Confidential***                                                     June 29, 2011

URGENT:  SIGN AND RETURN TO City Services

███████████████

ROCKY MOUNT, NC███████

**Original Creditor:**   QUIK PAYDAY
**Original Account #:**  ██████████
**File Number:**         HHI1072-01242

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $900.00.  Our records indicate that as of 6/29/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

| 06/30/2011 | $300.00 | | 07/26/2011 | $300.00 | 08/24/2011 | $300.00 | |

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

City Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND CITY SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**  ████████████████████████

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO CITY SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

258                                          **Stahl Attachment 24**

# Rincon Filing

**1191 Magnolia Ave  Ste D-396**
**Corona, CA 92879**
Tel: 877-717-9946  Fax: 951-272-1727

***Personal and Confidential***

URGENT: SIGN AND RETURN TO Rincon Filing

June 30, 2011

HOUSTON, TX ██████████

Original Creditor:   Household Renaissance
Original Account #:  ███████████████
File Number:   HHI1029-08025

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $500.00.  Our records indicate  that as of 6/30/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

07/09/2011       $500.00

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Rincon Filing
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND RINCON FILING.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:** ███████████████████████

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO RINCON FILING **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

Stahl Attachment 24

# City Services

1191 Magnolia Ave. Ste D-396
Corona, CA 92879
Tel: 877-571-5190  Fax: 951-272-1727

***Personal and Confidential***

URGENT: SIGN AND RETURN TO City Services

June 30, 2011



STATESVILLE, NC

Original Creditor:  QUIK PAYDAY INC
Original Account #:
File Number:   HHI1072-01217

## OFFER OF SETTLEMENT

This office has been retained to collect an outstanding balance owed on the above referenced
account. Any information obtained will be used for that purpose.

Our client is willing to settle any known or unknown obligations in this matter with respect to the above
mentioned account for the sum of $1,000.00, if paid by  and in accordance with the terms which are stated
here. Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper
documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

City Services
Administrative Department

CITY SERVICES IS WILLING TO SETTLE THE REFERENCED ACCOUNT, ON YOUR BEHALF, FOR THE
AMOUNT THAT YOU HAVE AGREED UPON. YOUR AUTHORIZED SIGNATURE IS REQUIRED TO
UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND CITY SERVICES. FAILURE TO DO SO
WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.

AUTHORIZED SIGNATURE:

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO CITY SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt
and any information obtained will be used for that purpose.*

Stahl Attachment 24

# Rockwell Management Services
## 1191 Magnolia Ave, Ste D-396
### Corona, CA 92879
### Tel: 877-713-4371 Fax: 951-272-1727

***Personal and Confidential***

June 29, 2011

URGENT: SIGN AND RETURN TO Rockwell Management Services

VALLEJO, CA

| | |
|---|---|
| **Original Creditor:** | HSBC/HOUSEHOLD/BEST BUY |
| **Original Account #:** | |
| **File Number:** | HHI1073-04346 |

### SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements. Our client is willing to settle the above listed debt for a total amount of $6,652.01. Our records indicate that as of 6/29/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/15/2011 | $300.00 | 12/15/2011 | $200.00 | 05/15/2012 | $200.00 | 10/15/2012 | $200.00 |
| 08/15/2011 | $200.00 | 01/15/2012 | $200.00 | 06/15/2012 | $200.00 | 11/15/2012 | $200.00 |
| 09/15/2011 | $200.00 | 02/15/2012 | $200.00 | 07/15/2012 | $200.00 | 12/15/2012 | $200.00 |
| 10/15/2011 | $200.00 | 03/15/2012 | $200.00 | 08/15/2012 | $200.00 | 01/15/2013 | $2,952.01 |
| 11/15/2011 | $200.00 | 04/15/2012 | $200.00 | 09/15/2012 | $200.00 | | |

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Rockwell Management Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND ROCKWELL MANAGEMENT SERVICES. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

AUTHORIZED SIGNATURE:

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO ROCKWELL MANAGEMENT SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

Stahl Attachment 24

# Capital Filing Service

## 1191 Magnolia Ave Ste D-396
## Corona, CA 92879
### Tel: 888-430-1651 Fax: 951-272-1727

---

***Personal and Confidential***

URGENT: SIGN AND RETURN TO Capital Filing Service

June 30, 2011



AUGUSTA, GA

Original Creditor:  SAMS CLUB
Original Account #:
File Number:  HHI1033-01279

### OFFER OF SETTLEMENT

This office has been retained to collect an outstanding balance owed on the above referenced account. Any information obtained will be used for that purpose.

Our client is willing to settle any known or unknown obligations in this matter with respect to the above mentioned account for the sum of $242.11, if paid by  and in accordance with the terms which are stated here. Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Capital Filing Service
Administrative Department

CAPITAL FILING SERVICE IS WILLING TO SETTLE THE REFERENCED ACCOUNT, ON YOUR BEHALF, FOR THE AMOUNT THAT YOU HAVE AGREED UPON. YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND CAPITAL FILING SERVICE. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.

AUTHORIZED SIGNATURE:

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO CAPITAL FILING SERVICE **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

**Stahl Attachment 24**

# Global Filing Services

**1191 Magnolia Ave Ste D-396**
**Corona, CA 92879**
Tel: 877-527-9806  Fax: 951-272-1727

***Personal and Confidential***

June 15, 2011

URGENT: SIGN AND RETURN TO Global Filing Services



FORT MILL, SC ▮▮▮▮▮

|  |  |
|---|---|
| **Original Creditor:** | PROVIDIAN FINANCIAL CORP |
| **Original Account #:** | |
| **File Number:** | ▮▮▮▮▮▮▮ |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $1,232.87.  Our records indicate  that as of 6/15/2011, we have received $100.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/05/2011 | $100.00 | 10/05/2011 | $100.00 | 01/05/2012 | $100.00 | 04/05/2012 | $100.00 |
| 08/05/2011 | $100.00 | 11/05/2011 | $100.00 | 02/05/2012 | $100.00 | 05/05/2012 | $100.00 |
| 09/05/2011 | $100.00 | 12/05/2011 | $100.00 | 03/05/2012 | $100.00 | 06/04/2012 | $32.87 |

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Global Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND GLOBAL FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO GLOBAL FILING SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

263

**Stahl Attachment 24**

# County Filing Service

### 1191 Magnolia Ave  Ste D-396
### Corona, CA 92879
### Tel: 888-416-8110  Fax: 951-272-1727

***Personal and Confidential***

June 21, 2011

URGENT: SIGN AND RETURN TO County Filing Service

STUARTS DRAFT, VA

Original Creditor:  HOUSEHOLD  HSBC
Original Account #:
File Number:  HHI1008-88880

### SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $1,483.44.  Our records indicate  that as of 6/21/2011, we have received $395.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

| 07/01/2011 | $544.22 | 07/29/2011 | $544.22 | |
|---|---|---|---|---|

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

County Filing Service
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND COUNTY FILING SERVICE.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

AUTHORIZED SIGNATURE: _____

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO COUNTY FILING SERVICE **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

264  **Stahl Attachment 24**

# Primewest Management

## 1191 Magnolia Ave  Ste D-396
## Corona, CA 92879
### Tel:  866-866-1313   Fax: 951-272-1727

***Personal and Confidential***

**URGENT:  SIGN AND RETURN TO Primewest Management**

June 23, 2011



SOCIAL CIRCLE, GA

|   |   |
|---|---|
| **Original Creditor:** | HSBC |
| **Original Account #:** | |
| **File Number:** | HHI1024-00789 |

### OFFER OF SETTLEMENT

**This office has been retained to collect an outstanding balance owed on the above referenced account.  Any information obtained will be used for that purpose.**

Our client is willing to settle any known or unknown obligations in this matter with respect to the above mentioned account for the sum of $1,500.00, if paid by  and in accordance with the terms which are stated here. **Upon receipt of certified funds and your authorized signature, the file will be closed.**

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status .

Sincerely,

Primewest Management
Administrative Department

PRIMEWEST MANAGEMENT IS WILLING TO SETTLE THE REFERENCED ACCOUNT, ON YOUR BEHALF, FOR THE AMOUNT THAT YOU HAVE AGREED UPON.  YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND PRIMEWEST MANAGEMENT.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.

**AUTHORIZED SIGNATURE:**

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO PRIMEWEST MANAGEMENT **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

Stahl Attachment 24

# Union Filing Services

### 1191 Magnolia Ave  Ste D-396
### Corona, CA 92879
### Tel:  877-696-8121  Fax:  951-272-1727

***Personal and Confidential***

June 21, 2011

**URGENT:  SIGN AND RETURN TO Union Filing Services**

WASHINGTON, DC

| | |
|---|---|
| **Original Creditor:** | Household Renaissance Fresh |
| **Original Account #:** | |
| **File Number:** | HHI1029-01204 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $861.84.  Our records indicate  that as of 6/21/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

| 07/07/2011 | $287.28 | 08/07/2011 | $287.28 | 09/07/2011 | $287.28 |
|---|---|---|---|---|---|

**Upon receipt of certified funds and your authorized signature, the file will be closed.**

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Union Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND UNION FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO UNION FILING SERVICES **

**Stahl Attachment 24**

# National Filing Services

**1191 Magnolia Ave Ste D-396**
**Corona, CA 92879**
**Tel: 888-906-3101  Fax: 951-272-1727**

***Personal and Confidential***

URGENT:  SIGN AND RETURN TO National Filing Services

June 21, 2011

▓▓▓▓▓▓▓▓▓▓▓▓

Sugar Moutain, NC ▓▓▓

| | |
|---|---|
| **Original Creditor:** | WAMU |
| **Original Account #:** | ▓▓▓▓▓▓▓▓ |
| **File Number:** | HHI1075-00101 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $2,200.00.  Our records indicate  that as of 6/21/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

06/22/2011      $2,200.00

**Upon receipt of certified funds and your authorized signature, the file will be closed.**

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

National Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND NATIONAL FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

AUTHORIZED SIGNATURE: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    ☐ ☐ PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO NATIONAL FILING SERVICES ☐ ☐

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

267      **Stahl Attachment 24**

# Maple Filing Services

### 1191 Magnolia Ave Ste D-396
### Corona, CA 92879
### Tel: 866-676-2139  Fax: 951-272-1727

***Personal and Confidential***

URGENT:  SIGN AND RETURN TO Maple Filing Services

June 22, 2011



DALLAS, TX

Original Creditor:   HOUSEHOLDORCHARD
Original Account #:
File Number:    HHM013-01203

## OFFER OF SETTLEMENT

This office has been retained to collect an outstanding balance owed on the above referenced account. Any information obtained will be used for that purpose.

Our client is willing to settle any known or unknown obligations in this matter with respect to the above mentioned account for the sum of $1,587.92, if paid by  and in accordance with the terms which are stated here. **Upon receipt of certified funds and your authorized signature, the file will be closed.**

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Maple Filing Services
Administrative Department

MAPLE FILING SERVICES IS WILLING TO SETTLE THE REFERENCED ACCOUNT, ON YOUR BEHALF, FOR THE AMOUNT THAT YOU HAVE AGREED UPON.  YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND MAPLE FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.

AUTHORIZED SIGNATURE:

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO MAPLE FILING SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

**Stahl Attachment 24**

# ATTACHMENT 25

SEP 9TH

   Stahl Attachment 25

n 01 2000 3:24AM    GONZALEZ MULTISERVICE    610-375-1933    p.1
Case 5:11-cv-01623-VAP-SP   Document 25-5   Filed 11/01/11   Page 52 of 61   Page ID
#:1376

# Eagle Filing Services

**1240 E. Ontario Ave. Ste. 102-164**
**Corona, CA 92881**
**Tel: 866-826-1427  Fax: 951-371-6311**

***Personal and Confidential**

URGENT: SIGN AND RETURN TO HHI1084-04249

September 01, 2011

READING, PA

Original Creditor:    HSBC - BEST BUY
Original Account #:
Current Creditor:    Portfolio Investment Financial
File Number:    HHI1084-04249

## OFFER OF SETTLEMENT

This office has been retained to collect an outstanding balance owed on the above referenced account. Any information obtained will be used for that purpose.

Our client is willing to settle any known or unknown obligations in this matter with respect to the above mentioned account for the sum of $700.00, if paid by and in accordance with the terms which are stated here. Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Eagle Filing Services
Administrative Department

EAGLE FILING SERVICES IS WILLING TO SETTLE THE REFERENCED ACCOUNT, ON YOUR BEHALF, FOR THE AMOUNT THAT YOU HAVE AGREED UPON. YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND EAGLE FILING SERVICES. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.

AUTHORIZED SIGNATURE:

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO EAGLE FILING SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

**Stahl Attachment 25**

# Universal Filing Services

### 1240 E. Ontario Ave. Ste. 102-210
### Corona, CA 92881
#### Tel: 877-320-6375  Fax: 951-371-6311

***Personal and Confidential***

September 02, 2011

URGENT:  SIGN AND RETURN TO HHI1091-03385

BOWLING GREEN, KY

| | |
|---|---|
| Original Creditor: | Orchard Bank |
| Original Account #: | |
| Current Creditor: | Portfolio Investment Financial |
| File Number: | HHI1091-03385 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements. Our client is willing to settle the above listed debt for a total amount of $987.84. Our records indicate that as of 9/2/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

09/08/2011      $987.84

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Universal Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND UNIVERSAL FILING SERVICES. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO UNIVERSAL FILING SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

Stahl Attachment 25

# Worldwide Filing Services

1240 E. Ontario Ave. Ste. 102-175
Corona, CA 92881
Tel: 877-279-4792  Fax: 951-371-6311

September 08, 2011

***Personal and Confidential***

URGENT: SIGN AND RETURN TO HHI 092-03993

ADA, OH

| | |
|---|---|
| Original Creditor: | CITIBANK N.A. |
| Original Account #: | |
| Current Creditor: | Portfolio Investment Financial |
| File Number: | HHI1092-03993 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements. Our client is willing to settle the above listed debt for a total amount of $3,000.00. Our records indicate that as of 9/8/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

09/15/2011    $1,500.00        10/15/2011    $1,500.00

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Worldwide Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND WORLDWIDE FILING SERVICES. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

p 09 11 10:44a    Goodyear Store 0220                4108699274              p.1
Case 5:11-cv-01623-VAP-SP    Document 25-5    Filed 11/01/11    Page 55 of 61    Page ID
#:1379

# Asset Filing Services

### 1240 E. Ontario Ave Ste. 102-267
### Corona, CA 92881
### Tel: 877-329-3448  Fax: 951-371-6311

---

***Personal and Confidential***                                        September 09, 2011

**URGENT: SIGN AND RETURN TO HHI1092-00390**

GLEN BURNIE, MD

|  |  |
|---|---|
| **Original Creditor:** | HOUSEHOLD BANK BEST BUY |
| **Original Account #:** |  |
| **Current Creditor:** | Portfolio Investment Financial |
| **File Number:** | HHI1092-00390 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $800.00.  Our records indicate  that as of 9/9/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

09/30/2011       $800.00

**Upon receipt of certified funds and your authorized signature, the file will be closed.**

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Asset Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND ASSET FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**

**** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO ASSET FILING SERVICES ****

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt,*
*and any information obtained will be used for that purpose.*    273    **Stahl Attachment 25**

# Capital Filing Service

1240 E. Ontario Ave. Ste.102-266
Corona, CA 92881
Tel: 888-430-1651  Fax: 951-371-6311

***Personal and Confidential***

September 07, 2011

URGENT: SIGN AND RETURN TO HHI1080-00080

LITTLEROCK, AR

Original Creditor:  Orchard Bank
Original Account #:
Current Creditor:  Portfolio Investment Financial
File Number:  HHI1080-00080

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements. Our client is willing to settle the above listed debt for a total amount of $1,198.40. Our records indicate that as of 9/7/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

09/06/2011  $250.00  |  09/19/2011  $948.40  |

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Capital Filing Service
Administrative Department

YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND CAPITAL FILING SERVICE. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.

AUTHORIZED SIGNATURE:

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO CAPITAL FILING SERVICE **

Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.

# Westcoast Filing Services

### 1240 E. Ontario Ave. Ste. 102-109
### Corona, CA 92881
### Tel: 866-727-3113   Fax: 951-371-6311

***Personal and Confidential***

URGENT: SIGN AND RETURN TO HHI1088-00984

September 07, 2011

SURPRISE, AZ

**Original Creditor:** METRIS BANK
**Original Account #:**
**Current Creditor:** Portfolio Investment Financial
**File Number:** HHI1088-00984

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements. Our client is willing to settle the above listed debt for a total amount of $8,000.00. Our records indicate that as of 9/7/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/23/2011 | $250.00 | 02/23/2012 | $250.00 | 07/23/2012 | $250.00 | 12/23/2012 | $250.00 |
| 10/23/2011 | $250.00 | 03/23/2012 | $250.00 | 08/23/2012 | $250.00 | 01/23/2013 | $4,000.00 |
| 11/23/2011 | $250.00 | 04/23/2012 | $250.00 | 09/23/2012 | $250.00 | | |
| 12/23/2011 | $250.00 | 05/23/2012 | $250.00 | 10/23/2012 | $250.00 | | |
| 01/23/2012 | $250.00 | 06/23/2012 | $250.00 | 11/23/2012 | $250.00 | | |

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Westcoast Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND WESTCOAST FILING SERVICES. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO WESTCOAST FILING SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

Stahl Attachment 25

# Nationwide Filing Services

**1240 E. Ontario Ave. Ste. 102-190**
**Corona, CA 92881**
**Tel: 877-279-4803  Fax: 951-371-6311**

***Personal and Confidential***                                            September 08, 2011

URGENT:  SIGN AND RETURN TO HHI1030-00712

▮▮▮▮▮▮

fairlawn, OH ▮

| | |
|---|---|
| **Original Creditor:** | Chase Bank |
| **Original Account #:** | ▮▮▮▮▮ |
| **Current Creditor:** | Portfolio Investment Financial |
| **File Number:** | HHI1030-00712 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $1,572.09.  Our records indicate  that as of 9/8/2011, we have received $518.02 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

    09/30/2011      $1,054.07

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Nationwide Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND NATIONWIDE FILING SERVICES. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:** ▮▮▮▮▮▮▮▮▮▮ _____

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO NATIONWIDE FILING SERVICES **

# Raincross Filing Services

### 1240 E. Ontario Ave. Ste. 102-198
### Corona, CA 92881
### Tel: 877-287-4435  Fax: 951-371-6311

***Personal and Confidential***

September 07, 2011

URGENT:  SIGN AND RETURN TO HHI1086-03882



MERRILLVILLE, IN

| | |
|---|---|
| **Original Creditor:** | BANK OF MARIN |
| **Original Account #:** | |
| **Current Creditor:** | Portfolio Investment Financial |
| **File Number:** | HHI1086-03882 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $2,495.13.  Our records indicate  that as of 9/7/2011, we have received $0.00 in payments towards the above settlement amount.  Our client is also willing to accept a reduced settlement amount of $1,200.00 if this sum is paid in full by 9/30/2011.

Per our mutual agreement, we have established the following payment schedule:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/20/2011 | $623.78 | 11/20/2011 | $312.00 | 01/20/2012 | $312.00 | 03/20/2012 | $311.35 |
| 10/20/2011 | $312.00 | 12/20/2011 | $312.00 | 02/20/2012 | $312.00 | | |

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Raincross Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND RAINCROSS FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**

n □ PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO RAINCROSS FILING SERVICES □ □

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

# Statewide Associates Group

### 1240 E. Ontario Ave. Ste. 102-216
### Corona, CA 92881
### Tel: 866-699-3773   Fax: 951-371-6311

***Personal and Confidential***

September 08, 2011

URGENT:  SIGN AND RETURN TO HHI1091-02861

ANNVILLE, KY

| | |
|---|---|
| **Original Creditor:** | Orchard Bank |
| **Original Account #:** | |
| **Current Creditor:** | Portfolio Investment Financial |
| **File Number:** | HHI1091-02861 |

### SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $1,485.76.  Our records indicate  that as of 9/8/2011, we have received $0.00 in payments towards the above settlement amount.  Our client is also willing to accept a reduced settlement amount of $1,250.00 if this sum is paid in full by 10/15/2011.

Per our mutual agreement, we have established the following payment schedule.

| | | | | | |
|---|---|---|---|---|---|
| 09/15/2011 | $371.44 | 11/30/2011 | $223.00 | 01/30/2012 | $223.00 |
| 10/30/2011 | $223.00 | 12/30/2011 | $223.00 | 02/29/2012 | $222.32 |

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Statewide Associates Group
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND STATEWIDE ASSOCIATES GROUP. FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**

ı) PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO STATEWIDE ASSOCIATES GROUP ıı ː)

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

Stahl Attachment 25

# Superior Filing Services

### 1240 E. Ontario Ave. Ste. 102-128
### Corona, CA 92881
### Tel: 866-731-7040   Fax: 951-371-6311

\*\*\*Personal and Confidential\*\*\*

September 06, 2011

URGENT:  SIGN AND RETURN TO HHI1091-03004

[REDACTED]
PRNC FREDERCK, MD

| | |
|---|---|
| Original Creditor: | "CREDIT ONE BANK, N.A." |
| Original Account #: | [REDACTED] |
| Current Creditor: | Portfolio Investment Financial |
| File Number: | HHI1091-03004 |

## SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $736.33.  Our records indicate  that as of 9/6/2011, we have received $0.00 in payments towards the above settlement amount.

Per our mutual agreement, we have established the following payment schedule:

09/09/2011      $736.33

Upon receipt of certified funds and your authorized signature, the file will be closed.

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

Sincerely,

Superior Filing Services
Administrative Department

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND SUPERIOR FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

AUTHORIZED SIGNATURE:  [REDACTED]

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO SUPERIOR FILING SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*