MARICELA SEGURA, CA Bar No. 225999
RAYMOND E. MCKOWN, CA Bar No. 150975
e-mail: msegura@ftc.gov and rmckown@ftc.gov
FEDERAL TRADE COMMISSION
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Telephone: (310) 824-4343
Facsimile: (310) 824-4380

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

RINCON MANAGEMENT SERVICES, LLC, a California limited liability company, also d/b/a "Rincon Debt Management," "Rincon Filing Services," and "Pacific Management Recovery"; PRIME WEST MANAGEMENT RECOVERY, LLC, a Delaware limited liability company; UNION MANAGEMENT SERVICES, LLC, a California limited liability company, also d/b/a "Union Filing Services"; NATIONAL FILING SERVICES, LLC, a California limited liability company; CITY INVESTMENT SERVICES, LLC, a California limited liability company; GLOBAL FILING SERVICES, LLC, a California limited liability company; PACIFIC MANAGEMENT RECOVERY, LLC, a Delaware limited liability company; JASON R. BEGLEY, an individual; and WAYNE W. LUNSFORD, an individual,

Defendants.

Case no. EDCV 11-01623 VAP (SPx)

DECLARATION OF FTC INVESTIGATOR ANN STAHL IN SUPPORT OF THE FTC'S APPLICATION FOR PRELIMINARY INJUNCTION AND APPOINTMENT OF PERMANENT RECEIVER\

[PART II: STAHL DECLARATION ATTACHMENTS 26 - 38]

OSC Hearing:
Date: Monday, November 7, 2011
Time: 2:00 p.m.
Place: U.S. Courthouse, courtroom 2
3470 Twelfth Street, Riverside, CA 92501

# ATTACHMENT 26



1071-04971
"Lee E. Commedo"

# State of North Carolina

ROY COOPER
ATTORNEY GENERAL

Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

CONSUMER PROTECTION
Toll Free In NC
(877) 566-7226
Outside of NC
(919) 716-6000
Fax: (919) 716-6050

June 24, 2011

National Filing Services
1191 Magnolia Avenue
Suite D-36
Corona, CA 92879

**Re:** **File No.** 1108141

Charlotte, NC

Dear Sir:

Enclosed is a copy of correspondence received by this office regarding your company. Please review and respond in writing within fifteen (15) business days after receipt of this letter as to your position on this matter. In your response refer to File Number 1108141.

Very truly yours,

Rosemary D. Revis
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure
cc:

Responded via mail 6/29/11

**STATE OF NORTH CAROLINA CONSUMER COMPLAINT**

JUN 23 2011

MAIL TO: CONSUMER PROTECTION
ATTORNEY GENERAL'S OFFICE
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001
TELEPHONE: (919) 716-6000
TOLL-FREE IN NC: (877) 566-7226

**SECTION 1: Your Information**

Mr. (Ms.) Mrs. | Last name: [redacted] | First name: [redacted] | MI:

Mailing address: [redacted]

City: Charlotte | State: NC | Zip code: [redacted] | Country, if not US:

Day phone number, including area code: [redacted] | Evening phone number, including area code: [redacted] | Fax number, including area code: ( )

County of residence: Mecklenburg | E-mail address: [redacted] | Cell phone, including area code: [redacted]

**SECTION 2: Information About Company Against Which You Are Complaining**

Full name of company: National Filing Services

Mailing address: 1191 Magnolia Ave. Ste. D-396

City: Corona | State: CA | Zip code: 92879 | Country, if not US:

Company's internet address (URL):

Telephone number, including area code: (888) 906-3101 | Fax number, including area code: (951) 272-1727

**SECTION 3: Complaint Information** (complete any blocks which apply to your complaint)

Product, item, or service involved: Collection payment for another individual | Date of purchase, service, contract: 6/8 – 6/10

Manufacturer or brand: — | Model: —

Account number: [redacted] Lee Commedo | Serial number: —

Did you sign a contract or a lease? Yes [ ] No [✓] | If yes, please give the following | Starting date | Expiration date

Total amount paid: 212.33 | Amount in dispute: 212.33 | How was payment made: [ ] Cash [ ] Check [ ] Credit card [✓] Debit card [ ] Money order [ ] Wire transfer [ ] Finance agreement [ ] Other

Did you buy an extended service contract? Yes [ ] No [✓] | If yes, name of company responsible for extended service contract or warranty

**SECTION 4: Information About the Transaction**

**How was initial contact made between you and the business?**

- [ ] Person came to my home
- [ ] I went to company's place of business
- [ ] I received a telephone call from business
- [✓] I telephoned the business
- [ ] I received information in the mail
- [ ] I responded to radio/television ad
- [ ] I responded to printed advertisement
- [ ] I responded to a Website or e-mail solicitation
- [ ] I received a fax solicitation
- [ ] I attended a trade show or convention
- [ ] Other

**Where did the transaction take place?**

- [✓] At my home
- [ ] At company's place of business
- [ ] By mail
- [ ] Over the phone
- [ ] Via computer (website or e-mail)
- [ ] Trade show or hotel
- [ ] Other

## SECTION 5: Details of Complaint (use additional sheets if necessary)

This company called my home phone number on June 8th to reach my fiancee's mother about a debt they were presumably collecting on for HSBC and we gave the number to her. When she contacted them they stated she had to pay the debt within 24 hours or would be sued. I then called to talk with them on her behalf. They provided valid information about her and the debt so we thought about setting up payment arrangements - so this did happen for 6/10 debit. The same day I called back to cancel this transaction and had to leave a message. On Thursday, I spoke with the Director Brooke Dawson who stated they would cancel the transaction and proceed with suit. I spoke with Ms. Dawson on Mon. June 13th because they proceeded with debiting my acct. on 6/10 and she stated a credit would be issued. I then contacted my credit union and it was suggested that I contact the AG's office. As of today 6/22 the credit still hasn't been issued and no suit has been filed.

## SECTION 6: Resolution Attempts You Have Made

| Have you contacted the company with your complaint? [✓] Yes [ ] No | If yes, name of person most recently contacted | His/her phone number, incl. area code |
|---|---|---|
| | Brooke Dawson - Avoids my calls now | (888) 906-3101 |

Results
State Employees' Credit Union involved now b/c provisional credit issued to me + they are trying to get their money back

What result would you consider fair?
For this fraudulent company to be put out of business and be kept from scaring people into paying them money not owed to them.

| Do you have an attorney in this case? [ ] Yes [✓] No | If yes, name of your attorney | Attorney's number, incl. area code ( ) |
|---|---|---|

Has your complaint been heard or is it scheduled to be heard in court? [ ] Yes [✓] No If yes, where and when?

If already heard, what was the result?

## SECTION 7: Important Information

- Documents provided to this office may be public record.
- In most cases your complaint will be forwarded to the business complained about for response. If the complaint falls within the jurisdiction of another local, state or federal agency, we may refer your complaint to that agency.
- Please be sure to include **copies** of any supporting documents you may have, such as correspondence, contracts, invoices, receipts, etc. Do **not** send originals.
- This office does not have the authority to give private legal advice or provide private legal representation to individual consumers.

**The information I have provided is true and accurate to the best of my knowledge.**

Your signature: [redacted] Date: 6/22/2011

Mail to: NC Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001

Just an fyi, when we checked my fiancee's mom's credit report, the original debt had been written off and National Filing Services was not listed as a creditor and she has never received anything in writing from them stating she owed this debt to them... and she still hasn't received anything. That is why I canceled the transaction ... seemed fraudulent

Stahl Attachment 26

FTC-RMS-0004896



ROY COOPER
ATTORNEY GENERAL

**State of North Carolina**

Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

-acct noted
-no pmts
-letter sent

Fax: (919) 716-6050

February 11, 2011

Union Management Debt Collectors
1191 Magnolia Avenue
Suite D381
Corona, CA 92879

Re: File No. 1102041
[redacted]
Kernersville, NC [redacted]

Dear Sir:

This office has received a consumer complaint regarding your company from the above referenced individual. A copy of the complaint is enclosed for your review.

It appears that your company is offering payday loans to North Carolina consumers. You should be aware that payday loans are not authorized in North Carolina. North Carolina's Consumer Finance Act, N. C. Gen. Stat. § 53-164 et seq., regulates small consumer loans and allows a maximum interest rate of up to 36% for licensed lenders. Further, N. C. Gen. Stat. § 53-166(d) provides that consumer loans under $10,000 made in violation of the Consumer Finance Act are void. Loans made by out-of-state lenders to North Carolina residents can be subject to our usury laws. N. C. Gen. Stat. § 24-2.1 states that any solicitation to lend originating outside of this State, but forwarded to and received in this State by a borrower who is a resident of this State shall be deemed to be an offer or agreement to lend in this State. Further, under that statute any communication to borrow from a North Carolina consumer to an out-of-state lender shall be deemed to be an acceptance to borrow in this State.

We request that you respond within fifteen (15) business days to the enclosed consumer complaint and that you state your intentions to comply with North Carolina law. Because of the serious legal issues raised by the enclosed complaint, we request that you cease and desist from further collection activity on this account. When responding, please refer to File No. 1102041.

Sincerely,

Jennifer S. Day
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure

cc: [redacted]

286

Stahl Attachment 26
FTC-RMS-0000761

**TELEMARKETING COMPLAINT**

**MAIL TO:** CONSUMER PROTECTION
ATTORNEY GENERAL'S OFFICE
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001
TELEPHONE: (919) 716-6000
FAX: (919) 716-6050

**YOUR INFORMATION**

Your Name Mr. Mrs. ✓ Ms. [redacted]

Address [redacted]

City Kernersville State NC Zip [redacted]

Phone: Home [redacted] Business [redacted]

Email: [redacted]

Age*: [redacted] (*not required)

**SPOUSAL INFORMATION** (if filing the complaint jointly)

Spouse's Name ___ Mr. ___ Mrs. ___

Phone: Home (___) ___ Business (___) ___

**COMPANY OR PERSON YOU ARE COMPLAINING ABOUT**
**(provide as much information as you have)**

Name Uniim Management Debt Collectors

Address ___

City (or Canadian Province) ___

State (or Postal Code) ___ Zip ___

Country ___

Phone Number 1-866-767-8814 Fax Number ___

Contact Person or Representative Stephen Banks

**TELL US ABOUT YOUR COMPLAINT**

Date of the Call 2/10/11

What was the product or service offered (if appropriate)? They said I owed a debt to Bank of America ($800+)

Did the telemarketer say you had won money or a prize? ___ Yes X No

How much did the telemarketer ask you to pay? over $800

Did you give the telemarketer money or authorize payment? ___ Yes ✓ No

If yes, was payment type by:

_______ Cash? _______ Personal Check?

_______ Certified Check? _______ Money Order?

_______ Installment? _______ Visa/MasterCard?

_______ Other Credit Card? _______ Western Union?

_______ Moneygram? _______ Other Wire Transfer?

_______ Checking/Savings Account Debit? _______ Other?

Amount Paid or Lost? _______________

**DESCRIBE THE TRANSACTION, THE TELEMARKETER'S PITCH, AND YOUR DESIRED OUTCOME.**

These People called my mother's house and my Brother's house stating that I owe a debt. They gave my Family member a case # (1060-026046) and said that if I did not call, the sheriff will be out to arrest me. I called the phone # given and spoke with Stephen Banks. He said I owed $ 8605 to Bank of America. I told him I have not done business with BOA and I don't owe the money. He said they will take me to court. I responded I'll see you there. He hung up on me. He also mentioned the debt had been bought by several debt collectors. I checked my credit reports, No such thing. I would like to see these scammers shut down!!!

Attach additional sheets as needed and a copy of all papers involved, such as:

- Bank statements
- Counterfeit Cashier's checks
- Wire transfer receipts
- Letters from the company (with envelopes)
- Cancelled checks
- Money orders
- Advertisements
- Your notes
- Demand Drafts
- Certified checks
- Credit card statements
- Newspaper ads
- Tapes of phone calls
- Courier receipts

**The information I h**[redacted]**e best of my knowledge.**

**YOUR SIGNATUR**[redacted] _______________

**DATE** 2-8-11

---

The Attorney General's Consumer Protection Division acts to protect the public from unlawful business practices. While we can often assist with the mediation of a dispute, we do not have the authority or resources to act as a lawyer for consumers in individual disputes. We encourage citizens to send us information about suspect business practices because this helps us identify areas for enforcement.

# *UNION MANAGEMENT*

1191 Magnolia Avenue Suite D-381
Corona, California 92879
Phone (866) 696-8121 Fax (951) 272-1727

---

*Personal and Confidential*

Date: February 25th, 2011

*State of North Carolina*
*Department of Justice*
*9001 Mail Service Center*
*Raleigh, North Carolina 27699-9001*
*Attn: Jennifer S. Day*

**Re:** 
**File #: 1102041**

Ms. Jennifer Day,

We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that [redacted], does in fact have an outstanding balance that was previously owned by Bank of America. However, there must be a misunderstanding as for any additional complaints; Union Management is a filing service, we do not make outbound calls, nor do we offer payday loans. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there is further confusion regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
*CEO*



# 1049-06887

Rec'd 6/1/11

## State of North Carolina

ROY COOPER
ATTORNEY GENERAL

Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

CONSUMER PROTECTION
Toll Free In NC
(877) 566-7226
Outside of NC
(919) 716-6000
Fax: (919) 716-6050

May 27, 2011

Union Filing Services
1191 Magnolia Avenue
Suite D #396
Corona, CA 92879

Reply by 4/17

**Re:** **File No.** 1106813
[redacted]
Raeford, NC [redacted]

Dear Sir:

Enclosed is a copy of correspondence received by this office regarding your company. Please review and respond in writing within fifteen (15) business days after receipt of this letter as to your position on this matter. In your response refer to File Number 1106813.

Very truly yours,

Rosemary D. Revis
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure
cc: [redacted]

Thursday, May 19, 2011

MAY 20 2011

The Attorney General's Office for the State of North Carolina

To Whom It May Concern:

I am writing this letter to file a complaint against Union Filing Services @ 1191 Magnolia Avenue, Suite 396 Corona, California, 92879

On May 18th of this year, I believe that **this firm committed** the following **illegal acts in pursuit of a debt** they said that I owed on a credit card account to Belks:

1) The gentleman handling my account in this matter, initially contacted a relative of mine. My understanding was that during such contacts, they were not to provide any personal information to third parties regarding their involvement with me. I thought that according to the protections provided to me under the Fair Debt Collection Act, they were not to provide case related information to third party individuals (including relatives). However, on the date of this contact, this gentleman gave my relative the case number and informed them that they had a court case against me; none of this information should have been disclosed to anyone else without my permission (since no one else was listed on the account). They only thing that they should have provided to my relative was their phone number and point of contact.

2) Secondly, once my relative called to inform me of what this gentleman had said, I then called the firm right away. When I spoke to the gentleman representing the firm in this matter, he informed me that they were taking me to court regarding the $1,300 debt owed to Belks. He went on to inform me that should I not make arrangements to pay, my **wages could be garnished or any income tax refunds taken.** My understanding of the law is that in North Carolina wages cannot be garnished for a credit card debt. I also was made to understand that it is **illegal** for a debt collector to even tell you that they can do this, when they can't.

The person with whom I spoke was Mr. Shawn Riley

I believe that what this company has done is illegal and a violation of my rights under the Fair Debt Collection Act. If I am in error regarding this, please clarify this situation for me. But if I am in fact correct in my belief that what they have done is an illegal practice in North Carolina, what can I do? Can I sue them for using illegal tactics in

pursuit of this debt? At the very least, I am asking that this firm **NOT CONTACT ME** or anyone related to me **ANYMORE.**

Sincerely,

[redacted]

# UNION FILING SERVICES

1191 Magnolia Ave Ste D-396
Corona, Ca 92879

*Personal and Confidential*

June 7, 2011

State Attorney General of North Carolina
Consumer Protection
9001 Mail Service Center
Raleigh, NC 27699

**Re:** [redacted]
**File No. 1106813**

Dear Rosemary D. Revis,

We received a letter from your offices dated May 27, 2011 in regards to the individual listed above. After reviewing the file we see that [redacted] docs have a file in our office in regards to the debt she incurred with GE/Belk. However, Union Filing Services does not make outbound calls nor do we ever disclose private information to a third party. We can ensure you that Union Filing Services is operating by all rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. We have placed a "cease and desist" on the file between [redacted] and Union Filing Services until this matter is resolved.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Thomas Miller
Director

Union Filing Services
1191 Magnolia Ave Ste D-396
Corona, Ca 92879



RICHARD CORDRAY
OHIO ATTORNEY GENERAL

December 21, 2010

National Filing Services
1190 Magnolia Ave
Corona, CA 92881

Re: [redacted]
Complaint #: 707727

Dear Sir/Madam:

I have been assigned to resolve the enclosed consumer complaint that has been filed against your company.

As you may be aware, two primary functions of the Attorney General's Consumer Protection Section are to reach a resolution to consumer complaints and to bring suppliers into compliance with the Ohio Consumer Sales Practices Act. (C.S.P.A.), Ohio Revised Code (O.R.C.) 1345.01 *et seq.* and the Ohio Administrative Code (O.A.C.) 109:4-3-01 *et seq.*

After reviewing the allegations set forth in the consumer's complaint, we are most concerned with the possible violations of the Fair Debt Collections Practices Act. Under Ohio law a violation of this federal act is considered a violation of the C.S.P.A., which specifically prohibits a business from committing an unfair or deceptive act in connection with a consumer transaction.

Before we determine what action will be taken in this matter, we would like to give you the opportunity to present your side of the controversy and propose a compromise or other possible manner of resolving the complaint.

Consumer Protection Section
30 East Broad St 14th Fl • Columbus, Ohio 43215 • www.ag.state.oh.us



RICHARD CORDRAY
OHIO ATTORNEY GENERAL

## Complaint Detail

**Complaint No. 707727**

**Consumer:**

[redacted]

Cincinnati, OH [redacted]

[redacted] ext. daytime

Email:

Collections, Credit Reporting, or Financial Services/Collections

Solicited Via: Telephone Call

Date Entered: 12/13/2010

**Supplier:**

National Filing Services

1190 Magnolia Ave
Corona, CA 92881-

(888)745-8841 ext. daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Attempt to collect a debt |
| Purchase Date: | |
| Total Price: | $0.00 |
| Disputed Amount: | $0.00 |
| Amount Paid So Far: | $0.00 |

**Description:**

Called her to theaten her sister. Saying her sister was going to be arrested for not paying a debt. Sisters name is [redacted]

No atty.

**Satisfactory Solution:**

Report to our office and stop calls.

**Complaint No. 707727**

*NATIONAL FILING SERVICES*
1191 Magnolia Avenue Suite D-381
Corona, California 92879
Phone (877)571-5190 Fax (951) 272-1727

---

*Personal and Confidential*

Date: January 3, 2011

*Richard Cordray*
*Ohio Attorney General*
*30 East Broad Street 14th Floor*
*Columbus, Ohio 43215*
*Attn: Kelly Harvey*

**Re:** [redacted]
**Complaint #: 707727**

Ms. Kelly Harvey,

We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that [redacted]'s sister, [redacted], does in fact have an outstanding balance that was previously owned by Heritage First USA. We have noted the account accordingly to fulfill with [redacted]'s complaint. However, there must be a misunderstanding as for any additional complaints; National Filing Services is a filing service, we do not make outbound calls, nor would we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there is further confusion regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Jason Begley
*CEO*



# 1012-12192

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

BUREAU OF CONSUMER PROTECTION
564 Forbes Avenue, 6th Floor
Pittsburgh, Pennsylvania 15219
412-565-5134
May 4, 2011

Union Management
1191 Magnolia Avenue, Suite D381
Corona, CA 92879

Re: [REDACTED]
BCP-11-05-013419

Dear Sir/Madam:

Enclosed please find a copy of a consumer complaint that was filed with the Bureau of Consumer Protection. Our office would like to assist you and this consumer in bringing this matter to a mutually satisfactory conclusion. To aid us in our mediation efforts, please provide a response to the consumer's complaint.

A complaint is sometimes caused by a mistake or misunderstanding that a business is eager to learn about and correct. In other instances, a complaint can often be addressed with an explanation of the circumstances behind the transaction or other information which responds to the consumer's concerns. In either case, by responding to a consumer complaint you can usually preserve "goodwill" for your business.

We request that you provide a prompt written reply so that we may amicably resolve this complaint. Please respond within twenty-one (21) days from the above date.

Very truly yours,

Kathryn L. Passarelli /bjk

Kathryn L. Passarelli
Agent

bjk
Enclosure
21

Responded
5/11/11

KCP 55-35
215-60

| | |
|---|---|
| From: | consumers@attorneygeneral.gov |
| Sent: | Friday, March 18, 2011 11:38 PM |
| To: | BCP Admin |
| Subject: | BCP Online Complaint Form submission for: ▓▓▓▓▓ |

```
==============================================================
Bureau of Consumer Protection - Online Complaint Form submission
==============================================================

Your age group:.................

Name:...........................
Address:........................
City:...........................    Pittsburgh
County:.........................    Allegheny
State:..........................    Pa
Zip:............................
Home telephone number:..........
Daytime telephone number:.......
Email:..........................

-----------------------------------------------------------

Business Complaint is Against:...  Union Management aka City Investment
Indiv. whom you complained:......
Address:........................   1191 magnolia Ave Ste D-381
City:...........................   Corona
County:.........................
State:..........................   California
Zip:............................   92879
Company telephone number:.......   877-696-8121
Product or Service purchased:....
Date of purchase:...............
Purchase price:.................

-----------------------------------------------------------

Other Agencies you contacted:....
What action was taken:..........
Have you retained an Attorney?...  No

Attorney's name, address and telephone number:
Name:...........................
Address:........................
City:...........................
County:.........................
State:..........................
Zip:............................
Telephone number:...............

-----------------------------------------------------------

Have you filed a Court Action?...  No
WHEN:...........................
WHERE:..........................
WHAT decision was made:.........
```

RECEIVED

MAR 2 1 2011

BCP - WRO

22

**Stahl Attachment 26**
FTC-RMS-0000671

---

Describe events in the order in which they happend, refer to all contracts, letters, receipts, canceled checks, advertisements or other papers that will support your claim:

City Investment Services, aka Union Management, 866-767-8814 has contacted me. This is the number they left with my Husband. They said a local Sheriff's Department will be at my home to serve a summons unless I call them back within a few hours to avoid this. I did not call. No one has showed up. I suspect a scam. If they do show up, I will demand ID and call my local Police Department to verify their ID, if necessary. I do not owe a debt that is in collections and valid. I have an old account, more than 10 years, that different collection agencies have apparently purchased from one another and tried to collect. Recently I sent a cease and desist letter to the last agency. They stopped. This one has now started. I will not give them any information. They may contact my place of employment, as others have done, to threaten me with a summons. What can I do about this continued harassment? They also find a way to try to re-age an old debt and post it to my Credit Report. The Credit Bureaus have not removed it as I have requested, even though it is from beyond 7-10 years ago. The original debt is to Fashion Bug. I had contacted Fashion Bug a few years back and they do not have knowledge of me owing them money. Please tell me how I can stop this. They will probably tell you that they do not have enough information to investigate, or whatever excuse they come up with to stall a resolution to this continued nuisance. They know my phone number and apparently my address as they threatened me with a summons, so they should have plenty of information to identify me and put a stop to this harassment. They have been told over and over to stop contacting me regarding any debt they say I owe. I do not. I will not pay them. Please enforce my rights. Thank you, [redacted]

---

What would you like the business to do to settle your complaint?

I want them to cease and desist any further contact regarding any debt that they are falsely trying to collect. As I said, I believe it is a Fashion Bug account from a long time ago. They will not call my place of employment. I can not receive personal phone calls. They will not serve any summons at my place of employment. It is not allowed. They will not sell my information to yet another debt collector. Every one that has tried to collect on this account can be found on the RIP OFF REPORTS! When I look up their phone number, there are only reports of other people being abused by the same company. They are not to call my home again.

---

# UNION MANAGEMENT

1191 Magnolia Ave Ste D-396
Corona, Ca 92879
Ph (951) 547-2049 Fax (951) 272-1727

*Personal and Confidential*

May 11, 2011

Office of Attorney General
Bureau of Consumer Protection
564 Forbes Ave, 6th Floor
Pittsburgh, PA 15219

**Re:** [redacted]
**BCP-11-05-013419**

Dear Kathryn L. Passarelli,

We received a letter from your offices on May 4, 2011 in regards to the individual listed above. After reviewing the file we see that [redacted] does in fact have an outstanding balance with our office in regards to the debt she incurred with Household Orchard Bank. The balance will remain due if left unpaid. In [redacted]'s complaint, she made reference to suspecting a "scam." We can ensure you that Union Management is a legitimate company operating by all rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. A notice has been placed to cease and desist contact between Union Management and [redacted] until this matter has been resolved.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

JOHN R. KROGER
Attorney General

MARY H. WILLIAMS
Deputy Attorney General

**DEPARTMENT OF JUSTICE**
CIVIL ENFORCEMENT DIVISION
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
Fax: (503) 378-8910
TTY: (800) 735-2900

March 24, 2011

NATIONAL FILING SERVICES, LLC
1191 MAGNOLIA AVE
SUITE D381
CORONA, CA 92879

1061-04643

Re: FF2635-11

We have received the enclosed consumer complaint about your business. We understand that there are often two sides to a problem, and we would appreciate your prompt review of this matter.

We do not represent the complainant. We do, however, review all complaints to determine whether grounds exist to warrant action by us. Your response to the allegations in the complaint would help us to make that determination.

In the interest of efficiency, we prefer that you respond directly to the complainant and email a copy of your response to our office. Please include the file number shown above on the subject line of your email. Alternatively, you may respond to us by regular mail. The response you send regarding this complaint will be part of the public record maintained by the Department of Justice.

Preferred Email Address: rebecca.papke@doj.state.or.us

We would appreciate receiving your response within fifteen (15) days of receipt of this letter. Please feel free to attach any documents which you think are relevant in explaining your position. If after your response you hear nothing further from us, you may consider this matter closed.

Becky Papke

Becky Papke
Enforcement Officer

Enclosure
EZ-E1

Mailing Address: 1162 Court St. NE, Salem, OR 97301-4096
Physical Address: 340 Vista Ave SE, Salem, OR 97302-4546
Consumer Line: (503) 378-4320 (Salem only), 229-5576 (Portland only) or Toll Free 1-877-877-9392
Hotline Hours: 8:30 a.m. to 4:30 p.m., FAX (503) 378-8910, TTY: (800) 735-2900 Website: www.doj.state.or.us

**Transaction Details**

---

DETAILS --- This morning 3/14/11 my step mom in Washington state received a call on her cell phone from someone looking for me who would not say what company they were from, just that ther was a complaint filed against me, the case number (1061-04643)and that there was a court hearing today regarding this matter.I called them back around 12:45 today and was transferred to someone named Kenny Smith with National Filing Services. He asked if he was talking to [redacted] I said Yes and he asked me to verify my birth date.I informed him i would not give out any personal info. He told me he could not release to me any info regarding this matter, even who the debt collector is, if I didnt give him my birth date.He said I have all your information in front of me, your birth date,social,and can tell you where you have lived for the past three years.I cant give you any info unless you verify your birth date. I,in turn, told him I was returning a call that they placed to me and should be able to get info on what this matter is regarding.He refused.I called back and got their address of 1191 Magnolia Ave, Ste D381 in Corona,CA 92879 and again tried to get info without giving my personal info to them.Kenny said No,we never said there was a court hearing today.We said you had 3 hours to contact us to resolve this matter before it proceeds to a court case and that if you didnt you would be served and that is the only way you will find out any information about it unless you verify your birth date. So I told him I would wait to be served and he laughed and hung up on me.Division of Finance & Corp Securities verified that National Filing Services is not registered in the state of OR.Also,I do not know of any outstanding debt I owe of which I am not paying.There should be no debt collectors contacting me.

---

Thank You!
O/C - Citi Bank -
O/D - 2/20/03
C/O - 5/12/05
L/P - 10/6/04
P- $ 2003.13
I - $ 1502.35
Added I - $ 1,000 -
$ 4505.48

**John R. Kroger**
Attorney General

Portland Area (503) 229-5576
Salem Area (503) 378-4320
Toll Free (877) 877-9392
http://www.doj.state.or.us

# Oregon Department of Justice Consumer Complaint Form

**Please Note The Following:**

Under Oregon Law, the Attorney General cannot act as your private attorney or give you legal advice. Deadlines may prevent you from starting a lawsuit if you wait too long. Filing this complaint does not change those deadlines or guarantee the results you want. You may wish to contact a private attorney.

Please be advised that this complaint will become part of our permanent records. Consumer complaints may be released to the business or person about whom you are complaining; members of the public or other agencies attempting to establish ongoing patterns or practices which violate Oregon's Unlawful Trade Practices Act. This form is also subject to Oregon's Public Records Law and may be disclosed to persons who request to review its contents.

**Date of complaint submission:** 3/14/11

***Information About The Complainant***

E-MAILED

**Name:** [redacted]
**Address:** [redacted]
**City:** Redmond
**State:** OR **Zip:** [redacted]
**Phone Number:** **(day)** [redacted] **(eve)** [redacted] **(cell)** [redacted]
**Email Address:** [redacted]

***Information About The Business Or Person About Which You Are Complaining***

**Name:** National Filing Services, LLC
**Address:** 1191 Magnolia Ave., Ste D381
**City:** Corona
**State:** CA **Zip:** 92879
**Phone Number:** (888) 9063101

***Information About The Transaction***

**Date of Transaction(s):** 3/14/11
**Type of Sale:** Telephone
**The amount of money you think you lost:** 0
☐**Attorney:**
☐**Business:**
☐**Other:** OR Dept of Justice & Div. of Finance & Corp Securities
☐ ***No Action has been requested.***

**See Attached For Transaction Details**

FOR OFFICIAL USE ONLY

Comp. Code: C242 Bus Code: 522298 0051 Rec'd From: ______
Comp. Code: ______ Bus Code: ______ Ref'd To: ______
Closing Code: ______ Ltr Type: E1 Override S/H: ☐-Yes ☐-No
Rtn to: ______ Notify: ______ Display: ☐-Corp. ☐-Local
Cc: ______ Mail: ☐-Corp. ☐-Local
Rev: 04/08/2010 ☐-ADS ☐-HJM ☒-SBL ☐-GJD Uncheck: ☐-Cons.Comp. ☐-Websrch

National Filing Services
1191 Magnolia Ave. Ste. D381
Corona, CA 92879

Re: Validation of Debt
File #: 1061-04643

Dear [redacted]

We received your complaint made on March 24, 2011 with the Department of Justice, Civil Enforcement Division. After looking into this case it does appear that you have a case on file with National Filing Services. This matter is in regards to a debt you currently owe. It is in our policy to not release personal information about this debt without the caller identifying him/herself with either a Social Security Number or Date of Birth. This is done to protect your privacy.

After further investigation, we have confirmed that you incurred debt in the amount of $2,003.13 with Citi Bank for account number ending in [redacted] This debt remains unpaid and needs to be settled immediately.

We have also confirmed your name, address and social security number in our system. Please call the toll free number you were given and request to speak to your account representative. Please be aware that failure to pay this debt may lead to further collection efforts or possible legal action. Please call your account representative to settle this account. Interest on your unpaid debt is charged daily so please contact our offices immediately to resolve this matter.

Sincerely,

National Filing Services

National Filing Services
1191 Magnolia Ave. Ste. D381
Corona, CA 92879

Re: [redacted]
File #: FF2635-11

Dear Becky Papke or other Enforcement Officer,

The complaint issued by [redacted] on March 24, 2011 is regarding a debt she incurred with Citi Bank. In her complaint she made reference to an employee of National Filing Service withholding information about a possible claim being filed against her. When the employee requested she identify her date of birth as means of confirming her identity, she refused so no further information was shared. This is our company's policy and it is done to protect the privacy of the consumer.

We have sent [redacted] information regarding this matter and will wait for her response.

If your office makes further contact with [redacted] please inform her that this matter is concerning a debt that is to be repaid. She can contact our attorney, Paul St. Amant, at 877-252-5402 if she has further questions or she can make payment arrangements by contacting her account representative at the corporate office.

Sincerely,

National Filing Services

#1066-03467

# State of North Carolina

ROY COOPER
ATTORNEY GENERAL

Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

CONSUMER PROTECTION
Toll Free In NC
(877) 566-7226
Outside of NC
(919) 716-6000
Fax: (919) 716-6050

June 1, 2011

National Filing Service
1191 Magnolia Avenue
Suite D396
Corona, CA 92879

**Re:** **File No.** 1106983
[redacted]
Cornelius, NC [redacted]

Dear Sir:

Enclosed is a copy of correspondence received by this office regarding your company. Please review and respond in writing within fifteen (15) business days after receipt of this letter as to your position on this matter. In your response refer to File Number 1106983.

Very truly yours,

Rosemary D. Revis
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure
cc: [redacted]

Responded 6/10/11

May 25th 2011

MAY 27 2011

[redacted]
Cornelius NC [redacted]

North Carolina Department of Insurance
11 S. Boylan Ave,
Raleigh, NC 27603

Re: Violation of NCGS 58-70-1

To Whom It May Concern:

I am sending this letter to you in response to repeated harassing calls I have been receiving from a debt collection agency at my place of employment. Knowing my rights under the laws of North Carolina, I have asked for some basic information about the company and the debt. I became suspicious when the company refused to provide me basic information about their company, the debt and the amount they say I owed. On the second call I asked for their principle place of business and they told me they would have me arrested within two hours if I did not do a "check by phone". knowing that a civil debt is not ground for arrest I laughed at the gentlemen as I figured he was kidding. I then demanded that he tell me the name and principle place of business of his company. He hung up, and I assumed he was done trying to collect from me.

Shortly after he hung up, he called my manager and asked her if it would be okay for me to be served a summons at work. She disconnected the call and came to ask me what this was about. We both know that process servers do not call to make arrangements to deliver a summons so we found this very odd.

The third call came about an hour later and the agent again told me I would be arrested. At this point it was clear to me that he was trying to harass me into paying. I made it crystal clear that I was not about to be bullied into paying a debt unless he could provide some basic information about the debt, simple things like "who it was owed to". He fumbled for a bit and finally gave me some basic info about his company and told me the debt was owed to them that they had purchased it. But he could not tell me from whom. I told him that I was not going to pay a debt I could not validate or give my bank info to a stranger on the phone. He then repeated his threat to have me arrested at work. At this point I had lost all patience with the gentleman and demanded his NCDOI permit number so that I could lodge a complaint with your office. He immediately hung up. I called back and was reconnected with him, I nicely, well almost nicely, explained that as a legitimate collection company, they were required to have a permit with the state and were required to give it out upon request so that nice people like me could lodge complaints about their illegal actively. He again hung up. After about a dozen more calls I was finally connected with a lady named Brooks Dawson supposedly of their legal department. I explained who I was, gave her the account number that the first agent had given me, told her I was not going to pay or be harassed into paying unless she gave me some basic info about the debt and that I want to know the agencies NCDOI permit number. She told me they would file a law suit against me, and garnish my wages. By this time I was exasperated and simply demanded that she give me here NC Permit number. She stated that they were licensed to collect nationally and would not give me any state number. This continued for a bit and then she hung up on me.

I feel certain that they most likely are not licensed to do business in the state of North Carolina. I also feel fairly strongly they are not even a legitimate collection company. They seem to use extremely high pressure tactics to get peoples bank account information..

I will simply ignore any further attempts from them to contact me. But I wanted to bring the matter to your attention.

The information they provided me is below.

Company: National Filing Service
Address: 1191 Magnolia Ave, Suite D396
Corona CA 92879
Account Number: 106603467

I will be happy to provide any assistance to you that I can; please feel free to call me at I am copying the FTC and the NC Attorney General's Office in case either is interested or has pending investigations as well.

Thank you all for the work you do on behalf of the Citizens of the State.

Best Regards,

CC:
NCAGO, Mail Service Center 9001, Raleigh, NC 27603
FTC, 600 Pennsylvania Avenue, NW. Washington, DC 20580



RICHARD CORDRAY
OHIO ATTORNEY GENERAL

November 16, 2010

Closed 11-23-10
1036-01579

National Filing Services
1190 Magnolia Ave
Corona, CA 92881

Re: [redacted]
Complaint #: 704376

Dear Sir/Madam:

I have been assigned to resolve the enclosed consumer complaint that has been filed against your company.

As you may be aware, two primary functions of the Attorney General's Consumer Protection Section are to reach a resolution to consumer complaints and to bring suppliers into compliance with the Ohio Consumer Sales Practices Act. (C.S.P.A.), Ohio Revised Code (O.R.C.) 1345.01 *et seq.* and the Ohio Administrative Code (O.A.C.) 109:4-3-01 *et seq.*

After reviewing the allegations set forth in the consumer's complaint, we are most concerned with the possible violations of the Fair Debt Collections Practices Act. Under Ohio law a violation of this federal act is considered a violation of the C.S.P.A., which specifically prohibits a business from committing an unfair or deceptive act in connection with a consumer transaction.

Before we determine what action will be taken in this matter, we would like to give you the opportunity to present your side of the controversy and propose a compromise or other possible manner of resolving the complaint.

I would appreciate it if you would provide me with your written reply within ten (10) days of receipt of this request so the complaint can be resolved without further action by this office.

Respectfully submitted,

RICHARD CORDRAY
Attorney General of Ohio

KHarvey

Kelly Harvey
Consumer Protection Specialist
Consumer Protection Section
(614) 752-6834

(866) 347-2539 (Fax)

2266

**NOTE: Please send all communication electronically when possible.**



RICHARD CORDRAY
OHIO ATTORNEY GENERAL

## Complaint Detail

**Complaint No. 704376**

Date Entered: 11/3/2010

**Consumer:**

[redacted]
Westchester, OH [redacted]
[redacted] daytime

Email: [redacted]

Collections, Credit Reporting, or Financial Services/Collections

Solicited Via: Telephone Call

**Supplier:**

National Filing Services
1190 Magnolia Ave
Corona, CA 92881-

(888)745-8841 ext. daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Attempt to collect a debt |
| Purchase Date: | 10/27/2010 |
| Total Price: | $800.00 |
| Disputed Amount: | $800.00 |
| Amount Paid So Far: | $0.00 |

**Description:**

No attorney.
They are calling her husband saying she owes $800.00. They wanted her credit card number immediately or they were going to take her to court the next day. They will not send her anything showing what she owes.

**Satisfactory Solution:**

To stop calling.

**Complaint No. 704376**

# *NATIONAL FILING SERVICES*

1191 Magnolia Avenue Suite D-381
Corona, California 92879
Phone (877)571-5190 Fax (951) 272-1727

---

*Personal and Confidential*

Date: November 30th, 2010

*Offices of:*
*Ohio Attorney General*
*30 East Broad Street 14th Floor*
*Columbus, Ohio 43215*
*Attn: Richard Cordray*

**Re:** [REDACTED]
**Complaint # 704376**
**Our File # 1036-1574**

Mr. Richard Cordray,

We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that [REDACTED]s' husband, Mr. [REDACTED], does in fact have an outstanding balance of $800.0[REDACTED]ust be a misunderstanding as for any additional complaints; National Filing Services is a filing service, we do not make outbound calls, nor would we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false. In addition, there has been no legal action taken against [REDACTED] and if there is further confusion regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Jason Bagley
*CEO*





account
closed

# State of North Carolina

ROY COOPER
ATTORNEY GENERAL

Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

N

Fax: (919) 716-6050

December 22, 2010

Union Management
1191 Magnolia Avenue
Corona, CA 92879

Re: **File No.** 1017106
[REDACTED]
Louisburg, NC [REDACTED]

Dear :

Enclosed is a copy of correspondence received by this office regarding your company. Please review and respond in writing within fifteen (15) business days after receipt of this letter as to your position on this matter. In your response refer to File Number 1017106.

Very truly yours,

Rosemary Revis

Rosemary D. Revis
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure
cc: [REDACTED]

REVIS

## Consumer

**From:** consforms@ncdoj.gov
**Sent:** Thursday, December 09, 2010 6:15 PM
**To:** Consumer
**Subject:** Telemarketing Complaint Form 2865 [redacted]

TeleComplaintID: 2865

Form inserted: 12/9/2010 6:14:38 PM

Form updated: 12/9/2010 6:14:38 PM

Prefix: Mrs

* Your Name: [redacted]

* Address: [redacted]

* City: Louisburg

* State: NC

* Zip: [redacted]

Home Phone: [redacted]

Business Phone:

Email: [redacted]

Age: [redacted]

Spouse's Prefix: Mr

Spouse's Name:

Home Phone:

Business Phone:

* Name: Union Management

Address:

City (or Canadian Province):

State (or Postal Code):

Zip:

REVIS

Country:

* Phone Number: 866-767-8814

Fax Number:

Contact Person or Representative: could not get a name

* Date of the Call: 12/9/2010 12:00:00 AM

What was the product or service offered (if appropriate)?:

Did the telemarketer say you had won money or a prize?: No

How much did the telemarketer ask you to pay?: $0

Did you give the telemarketer money or authorize payment?: No

If yes, was payment by:: Cash

Amount Paid or Lost?:

* Describe the transaction, the telemarketer's pitch and your desired outcome.: I first received a call from 919-576-2540, on my caller ID the number was listed it as "Southeast Call". The man that called would not give me his name, he only said that he was a Court Processer calling from the Franklin County NC's sherriff's office trying to locate [redacted] and someone who is available to accept a summons for him to appear in court. I explained that I am [redacted]'s daughter, I no longer live at home with my parents but if this was an urgent matter then I could speak with him. The man went on to say that as a representative of the sherriff's dept, he would attempt to deliver a summons to my father two times, if he was unsuccessful then my father would be unable to represent himself in a court of law. I asked how he got my phone number and what type of summons he had for my father -- I was only given a case#1030-00103 and the phone# 866-767-8814. The man would only tell me that I needed to have my father call the number asap to avoid the court summons. I called the 866-767-8814 phone number, a man answered the phone saying "What department can I transfer your call to?" I asked for his name, but didn't get it. I told him that I was given that phone number to call by a Franklin County Court Processer because they were trying to locate my father. The man asked for the case#, so I gave him the information. He then asked if my father was [redacted] I told him it was and then he said that he couldn't discuss any information with me because of HIPPA. I told him that he was at least going to give me the company's name - he would only tell me "UNION MANAGEMENT". He also said that I needed to have my father call him asap to make payment arrangements and avoid going to court. I tried once more to find out who this company actually represents and why they think my father owes them money, but was told to "have a nice day" and then he hung up. My father was at work, so I called my mother. I explained the phone call to her and she said that my brother had the same experience about two months ago. She said that she beleives it's just a scam. My father hasn't rec'd any correspondence in the mail or any phone calls at home. I GOOGLED both of the phone numbers and found several "chat rooms" that described the same thing that happened to me this afternoon. I want to prevent this company from scaring other people like they scared me this afternoon.

* Will you be submitting documentation by mail or fax?: No

Attachment 1:

*UNION MANAGEMENT*

1191 Magnolia Avenue Suite D-381
Corona, California 92879
Phone (866) 696-8121 Fax (951) 272-1727

---

*Personal and Confidential*

Date: January 3, 2011

*State of North Carolina*
*Department of Justice*
*9001 Mail Service Center*
*Raleigh, North Carolina 27699-9001*
*Attn: Rosemary D. Revis*

**Re:** [REDACTED]
**File #: 1017106**

Ms. Rosemary Revis,

We have recently received a letter from your offices in regards to the individual listed above. After reviewing the file we see that Ms. [REDACTED]'s father, Mr. [REDACTED], does in fact have an outstanding balance that was previously owned by Chase Bank. However, there must be a misunderstanding as for any additional complaints; Union Management is a filing service, we do not make outbound calls, nor would we ever disclose any information to a third party. Our company complies with all of the FDCPA rules and regulations and I can assure you that the information in this complaint is false.

If there is further confusion regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Jason Begley
*CEO*

*EDMUND G. BROWN JR.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

November 9, 2010

PIU: 383166

Union Management
1191 Magnolia Ave., Suite D-381
Corona, MD 92879

Closed
1035-10980 Union

**CORRESPONDENCE RECEIVED FROM:**

Letter sent on 11-17-10

Mr. [redacted]
[redacted]
San Diego, CA [redacted]

The Consumer Law Section of the Attorney General's Office has received the enclosed complaint relating to your firm. We understand that there are always two sides to a problem, and we would appreciate your prompt review of this matter.

You should be aware that we do not directly represent the consumer in this instance. However, we analyze all complaints to determine whether grounds exist for further investigation or legal action under California consumer protection laws. Your response to each of the factual allegations in the complaint will help us determine whether legal action on our part is warranted.

We would appreciate receiving your response within the next 30 days. Please include the attached Company Response Form with your answer to this office. Also, please send a copy of your response to the consumer if appropriate. Please feel free to attach any documents you think are relevant in explaining your position. Naturally, in sending you this complaint, we make no assumption as to the truth of the allegations, but do appreciate your prompt response to our inquiry.

Thank you for your cooperation and assistance in responding to this matter.

Sincerely,

S. Fernandez
Public Inquiry Unit

For EDMUND G. BROWN JR.
Attorney General

Enclosure

November 1, 2010

Office of the Attorney General
Public Inquiry Unit
PO Box 944255
Sacramento, CA 94224-2550

Re: Alan Gates
Union Management
1191 Magnolia Avenue
Ste D-381
Corona, CA 92879

To Whom It May Concern:

I am writing to file a formal complaint against the above referenced Debt Collection Agency with regard to violations of The Fair Debt Collection Practice Statues listed below:

Article 2.2 Misrepresentation of Identity – collector misrepresented himself as a state official;

Article 2.3 Failure to provide a verification letter within five days of first contact (phone call) that discloses my right to dispute the debt and to require the collector to verify its enforceability and amount and also stated that to receive a verification letter I must agree to a payment plan;

Article 2.7 Threatened that a law suit would be filed if I did not pay immediately when that is not a legal remedy in this case;

Article 2.8 Threatened to garnish my wages when this is not a legal remedy in this case.

I have also filed a complaint against this individual and company with The FTC.

Thank you for your assistance.

Sincerely,

San Diego, CA



# State of North Carolina

ROY COOPER
ATTORNEY GENERAL

Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

CONSUMER PROTECTION
Toll Free In NC
(877) 566-7226
Outside of NC
(919) 716-6000
Fax: (919) 716-6050

June 6, 2011

Union Filing Services
1191 Magnolia Avenue
Suite D #396
Corona, CA 92879

Re: **File No.** 1106743
[redacted]
Mooresville, NC [redacted]

Dear Sir:

Enclosed is a copy of correspondence received by this office regarding your company. Please review and respond in writing within fifteen (15) business days after receipt of this letter as to your position on this matter. In your response refer to File Number 1106743.

Very truly yours,

RoseMary Revis

Rosemary D. Revis
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure
cc: [redacted]

Responded 6/13/11

Revis

**Consumer**

From: consforms@ncdoj.gov
Sent: Monday, May 23, 2011 7:50 PM
To: Consumer
Subject: Complaint 15048 Morrison

# Your Information

| | | | |
|---|---|---|---|
| Prefix | Mrs | * First Name | [redacted] |
| Middle Initial | [redacted] | * Last Name | |
| * Mailing Address | [redacted] | | |
| * City | Mooresville | | |
| * State | NC | * Zip Code | [redacted] |
| Country, if not US | | | |
| Day Phone Number (including area code) | [redacted] | | |
| Evening Phone Number (including area code) | | | |
| Cell Phone Number (including area code) | | | |
| Fax Number (including area code) | | | |
| County of Residence | Iredell | Email Address | [redacted] |

# Information About Company Against Which You Are Complaining

| | | | |
|---|---|---|---|
| * Full name of company | Union Filing Services | | |
| Address | 1191 Magnolia Avenue, Suite D #396 | | |
| City | Corona | | |
| State | CA | Zip Code | 92879 |
| Country, if not US | | | |
| Company's internet address (URL) | | | |
| * Telephone number, including area code | | 1-866-767-8814 | |
| Fax number, including area code | | | |

# Complaint Information (complete any blocks which apply to your complaint)

| | |
|---|---|
| Product, item, or service involved | Violation of Fair Debt Collection Practices Act § 805. Communication in connection with debt collec |
| Date of purchase, service, | |

Revis

contract

Manufacturer or brand

Model

Account number 5903365

Do not submit credit card or bank account numbers through this form. If you need to provide that information as part of your complaint, please mail it to us instead.

Serial number

Did you sign a contract or a lease?

Start Date

End Date

Total amount paid

Amount in dispute

How was payment made: Cash

Did you buy an extended service contract? No

If yes, name of company responsible for extended service contract or warranty

## Information About the Transaction

How was initial contact made between you and the Other

Where did the transaction take place? Other

## Details of Complaint

* Details

Limit of 2500 characters

The collection agency is completing the following action in regards to a disputed debt older than 15 years. 1. Harassment a. Use obscene or profane language; or 2. False Statements a. Falsely claim that you have committed a crime b. You will be arrested if you don't pay your debt c. Legal action will be taken against you, if doing so would be illegal or if they don't intend to take the action d. Try to collect any interest, fee, or other charge on top of the amount you owe unless the contract that created your debt – or your state law – allows the charge

## Resolution Attempts You Have Made

Have you contacted the company with your complaint? Yes

If yes, name of person most recently contacted

Will not provide a name and only curse at you.

Revis

| | |
|---|---|
| His/her phone number, incl. area code | 866-767-8814 |
| Results | N/A |
| * What resolution would you consider fair? | No further contact be made via phone to myself or my family. Ifthey wish to pursue legal course of action in the disputed debt then please pursue in accordance with all applicable laws. |
| Do you have an attorney in this case? | No |
| If yes, name of your attorney | Not at this time |
| Attorney's number, incl. area code | |
| Has your complaint been heard or is it scheduled to be heard in court? | No |
| If yes, where and when? | |
| If already heard, what was the result? | |
| * Will you be submitting documentation by mail or fax? | No |

# UNION FILING SERVICES

1191 Magnolia Ave Ste D-396
Corona, Ca 92879

*Personal and Confidential*

June 13, 2011

State Attorney General of North Carolina
Consumer Protection
9001 Mail Service Center
Raleigh, NC 27699

**Re:** [redacted]
**File No. 1106743**

Dear Rosemary D. Revis,

We received a formal complaint from your offices dated June 6, 2011 in regards to the individual listed above. After reviewing the file we see that [redacted] does have a file in our office in regards to the debt she incurred with First USA Bank. Our company complies with all FDCPA rules and regulations and I can assure you that the information in this complaint is false. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible. We have placed a "cease and desist" on this file until this matter is resolved.

If there are any further issues regarding this matter please feel free to contact our office.

Respectfully,

Mr. Thomas Miller
Director

Union Filing Services
1191 Magnolia Ave Ste D-396
Corona, Ca 92879



ATTORNEY GENERAL OF MISSOURI
JEFFERSON CITY
65102

CHRIS KOSTER
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

May 18, 2011

Union Filing Services
1191 Magnolia Ave. Ste. D
Corona, CA 92878

RE: Complaint No. CF-2011-09721 Mr. [redacted]

Dear Sir/Madam:

The Missouri Attorney General's Office received the attached complaint about your company. Please review this complaint and send a written response to this office within 14 days. If this situation has already been resolved in a fair and appropriate manner, please advise our office of that resolution. Include the above-referenced complaint number in all correspondence.

The information provided in the attached complaint is presented exactly as written by the consumer.

Sincerely,

CHRIS KOSTER
Attorney General

Lesha Bommel

Lesha Bommel
Investigator
Consumer Protection Division

Enc.

Responded 5/23/11

# Consumer Complaint Form

RETURN TO: Attorney General's Office
Consumer Protection Unit, PO Box 899
Jefferson City, MO 65102

Missouri Attorney General
Chris Koster

Phone: 800-392-8222
Web: www.ago.mo.gov

## CONSUMER INFORMATION

NAME Mr. [redacted]
ADDRESS [redacted]
Ofallon MO [redacted]
COUNTY
HOME PHONE [redacted]
WORK PHONE [redacted]
E-MAIL

## COMPANY INFORMATION

NAME Union Filing Services
CONTACT
ADDRESS 1191 Magnolia Ave. Ste. D
Corona CA 92878
COUNTY
PHONE 866-767-8814
WEBSITE
E-MAIL

## TRANSACTION INFORMATION

DATE OF TRANSACTION/PURCHAS 5/3/2011 AMOUNT PAID $0.00 PAYMENT METHOD Credit Card

HOW AND WHERE DID YOU LEARN ABOUT PRODUCT OR SERVICE?

DID YOU SIGN A CONTRACT, WARRANTY AGREEMENT OR SIMILAR PAPERS? No

BRIEFLY EXPLAIN YOUR COMPLAINT

These people called me, harassing me stating they had a lawsuit pending against me to sue me for a past due account. I looked on my credit report and it shows I have a hard hit inquiry on their from their other name Pacific Management Recovery After doing much research online they are a scam to try and get money from me. I have sent them a letter requesting validation of the debt and a request to stop phoning me; however I have not heard back from them. This company lied to me several times on the phone and told me I was going to jail if I did not pay them.

WHAT ACTION HAVE YOU TAKEN TO RESOLVE THIS COMPLAINT?

HOW DO YOU WANT THIS COMPLAINT RESOLVED?

Other - Remove hard inquiry from Experian Credit Report

HAVE YOU BEEN SUED OR FILED A LAWSUIT ABOUT THIS COMPLAINT? No

NAME OF ANY AGENCY CONTACTED

#1049-07033

Mr. 

CF-2011-09721

# UNION FILING SERVICES

1191 Magnolia Ave Ste D-396
Corona, Ca 92879
Ph (951) 547-2049 Fax (951) 272-1727

*Personal and Confidential*

May 24, 2011

Attorney General of Missouri
Consumer Protection Division
PO Box 899
Jefferson City, MO 65102

**Re:** [redacted]
**Complaint No. CF-2011-09721**

Dear Lesha Bommel,

We received a letter from your offices dated May 18, 2011 in regards to the individual listed above. After reviewing the file we see that [redacted] does have a case in our office in regards to the debt he incurred with GEMB/The GAP. The outstanding balance will remain due if left unpaid. We have ordered the documents from GEMB and will forward upon receipt, the estimated turn-time is approximately 60 to 120 days.

As of today, we have not received any verbal requests or correspondence from Mr. Rowe. However, we did receive a phone call from him on 5/3/11 stating he isn't going to pay and is revoking his scheduled payment. In [redacted]'s complaint, he also made reference to our company being a "scam." We can ensure you that Union Filing Services is a legitimate company operating by all rules and regulations and in no way takes part in unlawful practices. It is our goal to satisfy our clients and resolve misunderstandings like this as quickly and efficiently as possible.

If there are any further issues regarding this matter please feel free to call my office directly.

Respectfully,

Mr. Richard McKinley
Director

Union Filing Services
1191 Magnolia Ave Ste D-396
Corona, Ca 92879

EW

VIRGINIA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES - OFFICE OF CONSUMER AFFAIRS
OFFICIAL CONSUMER COMPLAINT FORM

**SECTION 1 – Your Information**

| Mr. Mrs. Ms. | Last name | First name | Mid. Initial |
|---|---|---|---|
| Mr | [redacted] | [redacted] | |

| Mailing address | Apt. or suite number |
|---|---|
| [redacted] | |

| City | State | Zip code | Country, if not U.S. |
|---|---|---|---|
| HAYMARKET | VA | [redacted] | |

| Home number, including area code | Work number, including area code | Fax number, including area code |
|---|---|---|
| [redacted] | ( ) | ( ) |

| City or county of residence | E-mail address |
|---|---|
| Prince William | [redacted] |

| Do you prefer to be contacted at home, work or by e-mail? | Best time to reach you between 8AM and 5PM? |
|---|---|
| home | 8AM - 9AM |

**SECTION 2 – Name of Company Against Which You Are Complaining**

| Full name of company | | | |
|---|---|---|---|
| PACIFIC Management Corporation and Recovery | | | |
| Mailing address | | | Office or suite number |
| 541 North Main St | | | 104 - 261 |
| City | State | Zip code | Country, if not U.S. |
| Corona | CA | 92880 | |
| Company's Internet address (URL) | | | |
| | | | |

| Telephone number incl. area code | Fax number, including area code | Other contact number, including area code |
|---|---|---|
| (866 668 0612 | (951) 824 5280 | (888) 332 - 0080 |

**SECTION 3 – Complaint Information**

RECEIVED
MAY 18 2010

| Type of product, item, or service involved (For motor vehicles, please specify if automobile, boat, motorcycle, etc.) | | |
|---|---|---|
| Manufacturer, make or brand | Model | Year |
| Serial number, Vehicle Identification Number (VIN) | | |
| Date of purchase or lease | Was this a new or used item? | |
| Did you sign a contract or a lease? Yes [ ] or No [ ] | If yes, please indicate the following | Starting date: Expiration date: |
| Total amount paid | Total amount in dispute | How was payment made? (cash, credit card, check) |
| Did you buy an extended service contract? Yes [ ] or No [ ] | If yes, name of company responsible for extended service contract or extended warranty | |
| For automobile complaints, indicate type of repairs or services performed (Air conditioner, brakes, oil change, transmission, etc.) | | |
| Before any work was performed, did you ask for and received a written copy of the cost estimate? Yes [ ] or No [ ] | | |
| Did you authorize any changes to the original estimate? Yes [ ] or No [ ] If yes, provide details on the next page | | |
| Were the completed repairs different from what you had authorized? Yes [ ] or No [ ] If yes, provide details on the next page | | |

**SECTION 4 – Resolution Attempts You Have Made**

| Have you contacted the company? Yes [X] or No [ ] | If yes, name of person most recently contacted | Their phone number, incl. area code |
|---|---|---|
| | Jim Lewis | (866 668 0012 |
| What resolution are you seeking? See ATTACHED | | |
| List any other organizations you have contacted (i.e., other consumer protection offices, Better Business Bureau, etc.) Travelers INS Co | | |
| Do you have an attorney in this case? Yes [ ] or No [X] | If yes, name of your attorney | Attorney's number, incl. area code ( ) |
| Has your complaint been heard or is it scheduled to be heard in court? Yes [ ] or No [X] If yes, where and when? | | |

➤ SECTION 5 – Full Description of Complaint - Use additional sheets if necessary

See ATTACHED

( Use additional sheets if necessary )

➤ SECTION 7 – Disclaimers and Affidavits

- The information requested on this form and on any subsequent requests for additional information is subject to the Virginia Government Data Collection and Dissemination Practices Act, Va. Code Section 2.2-3800 et seq.
- All information provided to this Office is available for public inspection under the Virginia Freedom of Information Act, Va. Code Section 2.2-3700 et seq., except in the case of ongoing investigations. Closed complaints will be retained for three years after closure and then destroyed.
- By signing this form, you authorize the Office of Consumer Affairs and any other local, state or federal agencies to which we may refer your case, to evaluate your complaint, to contact you and to take whatever lawful actions are deemed appropriate in your case.
- By signing this form, you certify that the statements made herein or on any attached documentation are true and complete to the best of your knowledge, information and belief.

3-10-10
Date

(Revised SEP 2009)

Mail to Office of Consumer Affairs, PO Box 1163, Richmond, VA 23218 or fax to (804) 225-2666

April 29, 2010
[redacted]
Haymarket, VA [redacted]
[redacted]

Kenneth T Cuccinelli
Attorney General
Office of Consumer Affairs
102 Governor St
Richmond, VA. 23219

To whom it may concern,

I would like to file a formal complaint against Pacific Management Corporation of Corona California.

On April 22, 2010 my wife received a very nasty message on her cell phone from a Mike Davis identifying himself as being from the County Process Service Office (he did not identify which county or leave a number to contact him) saying that if I did not contact a lawyers office at 866-668-0012 within 24 hours I would be served either at home or my place of employment. The call upset my wife immensely and I returned it that day. The 866 number was Pacific Management Corporation. I spoke with Jim Lewis. He informed me that this debt was form 2002 for an Orchard Bank credit card. He was extremely rude, threatening, intimidating and condescending. He informed me that if I didn't pay this debt immediately he would show up at my work, take my car and saying he knew where I lived. I was trying to explain to him and he said he didn't want to hear it and that he deals with people like me all day long. He said you owe this money and you better pay it. I tried to explain that in 2005 I went to a credit counseling agency and cleaned everything up and also that I had just bought a house in 2007 and this was not on my credit report then or I would have had to pay it prior to getting a mortgage. He said he was looking at all three credits reports and it is on there now. Again he said he didn't care and that I owed the money. He also claimed that several attempts had been made to contact me none of which I had any knowledge of. Being as upset as I was by the treatment I was receiving I agreed to make payments. I guess the scare tactics worked. The first one was that day for $365 which was charged to my bank card with the agreement that I would make payments for the next 6 months of $106 to settle this debt. He informed me he would send me the paperwork in the mail. On April 26, 2010 I received a letter for full payment of $1,436.62. The last thing he said to me was 'I just want you to know that I just avoided you're going to court'.

After doing some research it has come to my attention that Pacific Management Corporation and its employees have had many complaints against them. Apparently this is how they do business, with intimidation, threats and scare tactics. My insurance company advised me to file a complaint with your office.

Jim Lewis was rude, intimidating and very threatening. I am not disputing that I had a credit card with Orchard Bank back in 2002. However, on 2 separate occasions, in 2005

and 2007, this debt was not on my credit report so how did it come about that now in 2010 it must be paid or I will suffer the consequences.

Please feel free to contact me concerning this complaint. I look forward to hearing from you.

Sincerely,

**Pacific Management**
541 North Main Street, Suites 104-261, Corona, CA 92880
PH# (888)332-0080

*Personal and Confidential*

Date: April 22nd, 2010

NAME: [redacted]
Address: [redacted]
City, State, zip: HAYMARKET, VA [redacted]

RE: Original Creditor: HOUSEHOLD ORCHARD BANK
Original Account: [redacted]
File No: 1018-00884
Current: $3,930.00

OFFER OF SETTLEMENT

This office has been retained to collect an outstanding balance owed on the above referenced contract. Any information obtained will be used for that purpose.

Our client is willing to settle any known or unknown obligations in this matter with respect to the above mentioned for the sum of $1,436.62 if paid in accordance with the terms which are stated below. Upon receipt of this settlement we shall notify our client that the obligation has been paid and satisfied.

Our client agrees to accept in full the sum of $1,436.62. Upon receipt of certified funds and the authorized signature, we will file a dismissal of the action. Once your debt has been paid in full, you will receive proper documentation needed to notify the credit bureaus to update the credit file to a PAID IN FULL status.

If you are unsure whether the payment will be received in our offices on or before the due date, you may contact our office to obtain instructions for sending funds via OVERNIGHT DELIVERY SERVICES, or CREDIT CARD. Please feel free to contact us at any time if you should have any questions regarding your account.

Sincerely,
PACIFIC MANAGEMENT & RECOVERY
THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Credit Card Number

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Exp Date

Authorized Signature: ____________________

Pacific Management and Recovery
Fax# 951-824-5280
541 N. Main St.
Suites 104-261
Corona, CA 92880

# FAX

| | | | |
|---|---|---|---|
| **To:** | Erin Williams | **From:** | Pacific Management |
| **Fax:** | 804-225-2666 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 6.7.2010 |
| **Re:** | | **CC:** | |

☐ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Comments:**

Attn: Erin Williams.

Thank you

Jason Begley

Wayne Lunsford

951-547-2043

6.7.2010





# COMMONWEALTH of VIRGINIA

Todd P. Haymore
*Commissioner*

**Department of Agriculture and Consumer Services**

Division of Consumer Protection
*Office of Consumer Affairs*

May 19, 2010

L/M 6-4-10

Office of the President
Pacific Management and Recovery
541 North Main Street
Suite 104-261
Corona, CA 92880

**RE: 903488 [REDACTED] vs. Pacific Management and Recovery**

Dear Sir or Madam:

Enclosed is a copy of a complaint that has been filed with the Office of Consumer Affairs regarding your company. This matter has been referred to the Dispute Resolution and Investigations Unit. Our unit utilizes neutral dispute resolution services such as facilitation, mediation and/or arbitration at no cost to the participants. Through our services, consumer disputes can be resolved quickly and amicably without the time and expense of litigation. Participation in this process is voluntary and has resulted in the satisfactory resolution of approximately 80% of referred complaints.

I am the Dispute Resolution Specialist assigned to your case. Please contact me **within ten (10) business days** from the date of this letter and advise if you are interested in resolving this complaint. I am available to answer any questions you may have about the process.

The Office of Consumer Affairs will retain the complaint form and copies of all official correspondence regarding this matter for three years. Pursuant to the **Virginia Freedom of Information Act (FOIA)**, these materials will be made available to the public upon request.

I may be contacted at (804) 786-1308 or (800) 552-9963, ext 61308 within Virginia. My email address is *erin.williams@vdacs.virginia.gov*. The fax number is (804) 225-2666.

Sincerely,

Erin Williams

Erin Williams
Dispute Resolution Specialist
Dispute Resolution and Investigations Unit

cc: [REDACTED]

**Pacific Management**
541 North Main Street, Suites 104-261, Corona, CA 92880

Date: June 7, 2010

To: Erin Williams
Dispute Resolution Specialist

RE:
NAME: [redacted]
Address: [redacted]
City, State, zip: HAYMARKET, VA [redacted]

RE: Original Creditor: HOUSEHOLD ORCHARD BANK
Original Account: XXXXXXXXXX656729
Origination date: 10-31-2001
Charge off date: 2-28-2004
Last payment date: 4-22-2010
File No: 1018-00884

Erin, it is to my understanding that [redacted] believes that this account has been cleaned up by a credit counseling agency back in 2005, if this is true and he can provide proof of this action being completed I will have no problem closing this file. Pacific Management Purchased this debt on March 26th, 2010, As of now this account is still reported on his credit, it is quite possible that the agency he was working with did not attach this account, or like the other 40% of credit counseling clients, maybe he did not complete the program. Mr. [redacted] has already made one payment to Pacific Management on 4-22-2010 in the amount of $359.15 toward his debt, but if he can provide proof of completion from a credit counseling program with this account number on it I would love more than to refund his $359.15 back to him.

As far as the so called scare tactics go, I assure you that Pacific Management follows all of the F.D.C.P.A rules and regulations and would never violate any of them to put this company's integrity into jeopardy. I hope to get this matter resolved as soon as possible.

Thank you
Jason Begley (CFO)
Wayne Lunsford. Director
(951) 547-2043

| Date | Time | Regarding | Record Manager | Group/Company |
|---|---|---|---|---|
| 5/24/2010 | 10:23 AM | $179.57 DECLINED | rochelle word | |
| 4/27/2010 | 10:26 AM | EMAIL NO GOOD MAILED STIP TO 6044...4/22 | rochelle word | |
| 4/22/2010 | 5:03 PM | 1359.15 PYMT GOOD | Shewon | |
| 4/22/2010 | 10:16 AM | ...db clld in and said he wants to settle but hes pretty sure he paid this he gave his debit information but said he wants a refund if he can find the paper work | John Cook | |
| 4/22/2010 | 9:56 AM | private......db clld in i told him 3936.62........ i offered him 1436.62....... he agreed to that amount (359.15 down and 179.50 a month for 6 months) | John Cook | |
| 4/21/2010 | 3:28 PM | 0376----lmom | joe garcia | |
| 4/20/2010 | 3:22 PM | 0376----vmb of cindy vasquez dnlm | joe garcia | |
| 4/19/2010 | 10:45 AM | 0376----vmb of cindy vasquez | joe garcia | |
| 4/19/2010 | 10:43 AM | 7602----wn | joe garcia | |
| 4/19/2010 | 10:39 AM | 9794----disco<br>1812----u/l vmb dnlm\<br>9114----u/vmb joe and danielle mason dnlm | joe garcia | |
| 4/19/2010 | 10:09 AM | [redacted] --pos rel-- | joe garcia | |
| 4/19/2010 | 10:06 AM | [redacted] | joe garcia | |
| 4/19/2010 | 9:31 AM | - www.chevychasebank.com-pos-<br>7501 Wisconsin Avenue, Bethesda - (240) 497-4101 | joe garcia | |



# COMMONWEALTH of VIRGINIA

Matthew J. Lohr
*Commissioner*

**Department of Agriculture and Consumer Services**

**Division of Consumer Protection**
*Office of Consumer Affairs*

July 2, 2010

Mr. [redacted]
[redacted]
Haymarket, VA [redacted]

**RE: 903488 [redacted] vs. Pacific Management and Recovery**

Dear Mr. [redacted]

Thank you for authorizing the Office of Consumer Affairs to assist in the resolution of your dispute.

On June 7, 2010 I emailed you Pacific Management's written response and asked that you contact me by June 14, 2010 to further discuss your complaint. As of today, I have not heard from you; thus, I will close the case and no further action will be taken.

The Office of Consumer Affairs will retain the complaint form and copies of all official correspondence regarding this matter for three years. Pursuant to the **Virginia Freedom of Information Act (FOIA)**, these materials will be made available to the public upon request.

Again, thank you for placing your trust and confidence in our office. Should you have any questions, please contact me at (804) 786-1308 or (800) 552-9963, extension 61308 within Virginia.

Sincerely,

Erin Williams

Erin Williams
Dispute Resolution Specialist
Dispute Resolution & Investigations Unit

CC: Jason Begley; Pacific Management and Recovery

PO BOX 1163, Richmond, Virginia 23218
800/552-9963 or 804/786-2042 • Fax: 804/225-2666 TDD: 800/828-1120 • www.dacs.virginia.gov • Equal Opportunity Employer

# ATTACHMENT 27

February 16, 2011

Los Angeles, CA

National Filing Services
1191 Magnolia Ave. #D381 Corona, CA 92879

RE: Reference #105700099:

Dear National Filing Services,

This letter is in response to our phone call concerning the collection of the above referenced account. You have failed to provide a written validation notice as requested by me during your *initial contact* via telephone on January 11, 2011. Therefore, I do not believe I owe what you say I owe and I dispute this debt.

Because you have failed to submit a validation notice, I consider this matter closed. I request that you, or anyone affiliated with your company to stop contacting me regarding this or any other matter except if you wish to submit a validation notice or to advise me that your debt collection efforts are being terminated or that you or the creditor are taking specific actions allowed by the FDCPA or state law.

I am well aware of my rights under the Fair Debt Collection Practices Act (FDCPA) and have retained detailed call logs of our communications along with **recorded messages** by you or your affiliates that demonstrate violations including:

- **Making false statements (i.e. claims of restraining order, pending criminal action)**
- Providing a false company name
- Harassment, oppression, and abuse
- Repeated use of phone to annoy or cause annoyance
- Misrepresentation about amount owed

I am prepared to file a complaint with the Attorney General's office and the Federal Trade Commission at my sole discretion. Be advised that I consider any contact not in accordance with the Fair Debt Collection Practices Act a serious violation of the law and if necessary, will take whatever legal action to protect myself. Be further advised that I tape record all phone calls and violations of the FDCPA will result in you or your company being personally **fined up to $1,000 per incident.**

February 4, 2011

National Filing Services
1191 Magnolia Ave
Suite D 381
Corona, CA 92879
1-888-906-3101 1-951-824-5280 Fax

Re: case # 106000538

To Whom It May Concern:

I received a phone call from my Daughter-in-law's who said she received a phone call from her mother who was at her Grandmother's (who I don't even know) house. Her Mother said she received a phone call from a process server stating he was trying to serve me with court papers. Over the phone the process server gave her a case # of 106000538 and a phone # 1-888-906-3101.

I called 1-888-906-3101 and gave the woman who answered asked me my case #. She put me on hold. When she came back to the phone she told me my case was being handled by Mr. Flanagan. When I spoke to Mr. Flanagan to gather more information he told me this was an old debt originating from HSBC acct # [redacted] phone # 1-800-975-4722. He told me the total amount owed was over $1000.00 but if I resolved it today I could settle the debt for $669.78 (I am sorry I can't remember the exact amounts). I called HSBC and they told me the last activity on this debt was August of 2002.

I called Mr. Flanagan back and asked him what court they had filed papers in and he told me Gaston County. I called Gaston County Courthouse and the woman was very nice and looked everywhere under my name and under National Filing Services and she said she could not find anything.

I understand National Filing Services has my information, however I am not sure if this is my debt or not. Even if it were my debt, I believe the statute of limitations (see attached) would apply. In speaking with the woman at Gaston County Courthouse she told me I could write this letter, document any further communication I or anyone else receives concerning this debt. If I continue to have problems with this issue I can talk with the District Attorney to see what course of action I can take.

I am sending you this letter as notification to cease communication with me and anyone else concerning this debt. This letter is being sent via fax (above) US mail.

I am sending a copy of this letter to all 3 reporting credit agencies to insure my credit information will not be comprised.

Best regards,

Stanley, NC

**North Carolina Statute of Limitation**

Express or implied contract, not under seal: 3 years.

Contract and sale of personal property under seal: 10 years.

Open account: 3 years, NOTE: Each payment renews the SoL on all items purchased within the 3 years prior that payment. If no payment is made, the SoL runs from date of each individual charge. Contracts: From date of breach or default, unless waived or performance under the contract is continued.

Judgments: 10 years

Partial payment BEFORE the SoL expires renews the SoL from date of payment.

Payment AFTER SoL expires renews SoL ONLY if, at time of payment, circumstances infer the debtor recognized obligation to pay. Partial payment on open account restarts SoL on purchases made within 3 years of payment date, if acknowledgment can be inferred, starts the statute anew as to the full obligation acknowledged, even if all of the charges were not made within the last three years.NC Continued...

Partial payment by one debtor does not renew the statute of limitations as against any a co-debtor unless that co-debtor agreed to, authorized or ratified the partial payment.

Partial payments DO NOT affect the ten-year limitation on enforcing or renewing judgments.

Bankruptcy, Death or Disability: Filing of a bankruptcy tolls the statute of limitations for the enforcement of contracts and judgments.

The death, minority, disability or incompetence of a debtor also tolls the limitation period until such time as a personal representative of the estate or a guardian of the incompetent or minor is appointed.

noted
- acct
closed

From [redacted] Norman OK [redacted]
To: Prime West Management, 1191 magnolia Ave, d-381 corona, CA 9287

I am responding to a letter faxed to me subsequent to a conversation I ha representatives on Wednesday 1/26/2010 with a "Kevin". When I answered represented himself as "process server with Cleveland County and he had a fi he used those terms. I asked Kevin if he was a process server and he said yes. I asked him Kevin if he had a case number filed and he responded with a file number 1053-0135.

I could not find any case number in Cleveland County, Oklahoma with such filing.

Kevin gave me an 1-866-number to dial. When I dialed the phone number the person answered the phone "legal" implying to me this was a law firm.

After she (Lisa Lopez) discussed with me that there is a pending law suit that HSBC "will" be filing with file number 1053-0135 with a balance of $568.79 and interest and late charges of $1995.38 with attorney's fees of $2500.00 for a total of $4,495.38.

And I needed to settle the matter prior to Jan 31, 2011 or else the action is litigated. Once I pay the debt or settle the debt I am considered "exonerated" and a letter of paid in full shall mailed to me. How can that be if I paid more than the original balance?

1. Based on the conversation, you are debt collectors and your representatives did NOT state that material fact. That is a violation's of Federal debt collection practices.

2. Your settlement letter was contrived on missing "material fact" and is therefore invalid.

3. I am not willing to negotiate with your firm because you have broken FEDERAL Debt collection practices.

4. I'm however willing to discuss the matter with the party I MAY owe the debt.

5. Per the Federal debt collection act you are NO longer permitted to contact me via phone. You cannot contact me again using your private number which appears on my cell phone. You can only contact me in writing.

6. You are hereby instructed to put this Debt back to the original owner.

Regards,
[redacted]

# Send Result Report

MFP

FS-1128MFP

Firmware Version 2JN_2F00.001.309 2009.06.19 [2H9_1000.002.002]

RTP status account closed - no pend. pmts

Job No.: 008189 Total Time: 0°02'30" Page: 015

## Complete

Document: doc20110107222701

1 of 15 pgs

**Notice: By fax & mail: 1-951-272-1727**

**City Investment Services a/k/a Union Management**

***1191 Magnolia Ave. Ste D-381; Corona California 92879**

***541 N Main St Corona; CA 92880**

**Re: Notice to Stop Third-Party Contacts: Case #1054-0031**

**To Supervisor of Collections!**

On 12/27/10 I was contacted by Robert Ruben of your agency, who informed me that City Investment Services for Union Management is attempting to resolve before filing summons with court $1,400.00.

This is to inform you that my employer does not permit me to be contacted at my place of employment and any attempt to contact me there could cause me harm or disadvantage. Any disregard of this instruction not to contact me, my friends, relatives or anyone at my employment will result in my seeking legal advice on the full extent of my remedies under state, federal, and common law.

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 01/07/11 22:28 | 19512721727 | 0°02'30" | FAX | OK | 200x100 Normal/On |

1 of 15 pgs

FAXED 1/7/11

**Notice: By fax & mail: 1-951-272-1727**

**City Investment Services a/k/a Union Management**

*1191 Magnolia Ave. Ste D-381; Corona California 92879

*541 N Main St Corona; CA 92880

**Re: Notice to Stop Third-Party Contacts: Case #1054-0031**

## To Supervisor of Collections!

On 12/27/10 I was contacted by Robert Ruben of your agency, who informed me that City Investment Services for Union Management is attempting to resolve before filing summons with court $1,400.00.

This is to inform you that my employer does not permit me to be contacted at my place of employment and any attempt to contact me there could cause me harm or disadvantage. Any disregard of this instruction not to contact me, my friends, relatives or anyone at my employment will result in my seeking legal advice on the full extent of my remedies under state, federal, and common law.

Furthermore, your having contacted me at my address or on my phone number confirms that you have full knowledge of both pieces of information, rendering any contacts with any third parties a violation of my rights as an individual and a consumer under state and federal law.

Please advise me immediately of any contacts to third parties already made by your agency or by your client so that I can attempt to control or undo any damage that may result and take every possible step to make sure that no further attempts at such contacts are made. Please conduct all future correspondence to me directly and in writing.

I look forward to your acknowledgement that you have received this notice by 1/12/11.

Sincerely,

* Attached
FTC Complaint #
BBB Complaint
Debt Collection Code Violated.

BBB REVIEW SUBMITTED

About City Investment Services

The business has not provided this information yet. If you are the business owner, sign up to manage your storefront.

Customer Reviews & Ratings

First to Review

I filed a complaint with the FTC about them. On 12/27/10 a co-worker received a call from a private number about what is our procedure to file a summons to me, she referred them to our corporate office. They called again a few minutes later so she transferred them to me, they stated that they know how embarrassing it can be to be served at work and I had a 2 hour window in which to call the 877-489-2120 case #1054-0031 to prevent that from happening. I called the number and the Robert Ruben said he was with City Investment Services, they were the in between for Union Management and they were the last step before proceeding with summons. The debt is from 7 years ago with members choice. I asked why it was $1400 when it was $135, he said it was because the debt had been transferred there were fees added to it and up to 33% and it would be an additional $1500 if it were to go to court. After judgment there could be a lien on my personal property, bank account could be seized if I didnt resolve the situation. Since he couldnt provide proof I hung up. On, 1/3/11, a co-worker answered the call and took a message and they again said I had a 2 hour window. On, 1/7/11, they called again, I told the girl to stop calling my place of employment and if I could get their address so I could send a letter to stop calling she said they were national, and she couldn't stop calling because my work number is listed as my contact # and if I wanted to speak with her supervisor, I said yes. So the supervisor got on the phone and I started to tell her again but she wouldn't listen, so I hung up. They called back 3 times, then the 4th my co-worker told them to stop calling and they said they are not calling for me but for human resources she put them on hold and they hung up. I would like to cease all calls from my employment, I am being harassed.

» Bookmark | » Send a Message |

Posted on 1/7/2011

*You are viewing page 1 of 1*

, FTC Bureau of Consumer Protection - Consumer Information https://www.ftccomplaintassistant.gov/FTC_Wizard.aspx?Lang=en

FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

**We have received your complaint.**

Thank you for contacting the FTC. Your complaint has been entered into Consumer Sentinel, a secure online database available to thousands of civil and criminal law enforcement agencies worldwide. Your reference number is:

**28784553**

Here are links to the publications you may find useful:

If you want to update your information or have any questions, please call our Consumer Response Center, 1-877-FTC-HELP. Keep your reference number handy.

Submit Another Complaint

Print

**OMB #3084-0047**

Federal Trade Commission | Privacy Policy

Last Modified: Sunday, 10-Nov-2007 09:30:00 EDT

1 of 1 1/7/11 12:19 PM

344

Stahl Attachment 27

FINANCE CODE

TITLE 5. PROTECTION OF CONSUMERS OF FINANCIAL SERVICES

CHAPTER 392. DEBT COLLECTION

SUBCHAPTER A. GENERAL PROVISIONS

Sec. 392.001.   DEFINITIONS.   In this chapter:

(1)   "Consumer" means an individual who has a consumer debt.

(2)   "Consumer debt" means an obligation, or an alleged obligation, primarily for personal, family, or household purposes and arising from a transaction or alleged transaction.

(3)   "Creditor" means a party, other than a consumer, to a transaction or alleged transaction involving one or more consumers.

(4)   "Credit bureau" means a person who, for compensation, gathers, records, and disseminates information relating to the creditworthiness, financial responsibility, and paying habits of, and similar information regarding, a person for the purpose of furnishing that information to another person.

(5)   "Debt collection" means an action, conduct, or practice in collecting, or in soliciting for collection, consumer debts that are due or alleged to be due a creditor.

(6)   "Debt collector" means a person who directly or indirectly engages in debt collection and includes a person who sells or offers to sell forms represented to be a collection system, device, or scheme intended to be used to collect consumer debts.

(7)   "Third-party debt collector" means a debt collector, as defined by 15 U.S.C. Section 1692a(6), but does not include an attorney collecting a debt as an attorney on behalf of and in the name of a client unless the attorney has nonattorney employees who:

(A)   are regularly engaged to solicit debts for collection; or

(B)   regularly make contact with debtors for the purpose of collection or adjustment of debts.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997. Amended by Acts 1999, 76th Leg., ch. 62, Sec. 7.42, eff. Sept. 1, 1999.

SUBCHAPTER B. SURETY BOND

Sec. 392.101.  BOND REQUIREMENT.  (a)  A third-party debt collector or credit bureau may not engage in debt collection unless the third-party debt collector or credit bureau has obtained a surety bond issued by a surety company authorized to do business in this state as prescribed by this section. A copy of the bond must be filed with the secretary of state.

(b)  The bond must be in favor of:

(1)  any person who is damaged by a violation of this chapter; and

(2)  this state for the benefit of any person who is damaged by a violation of this chapter.

(c)  The bond must be in the amount of $10,000.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997.

Sec. 392.102.  CLAIM AGAINST BOND.  A person who claims against a bond for a violation of this chapter may maintain an action against the third-party debt collector or credit bureau and against the surety. The aggregate liability of the surety to all persons damaged by a violation of this chapter may not exceed the amount of the bond.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997.

SUBCHAPTER C. INFORMATION IN FILES OF CREDIT BUREAU OR DEBT COLLECTOR

Sec. 392.201.  REPORT TO CONSUMER.  Not later than the 45th day after the date of the request, a credit bureau shall provide to a

person in its registry a copy of all information contained in its files concerning that person.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997.

Sec. 392.202.   CORRECTION OF THIRD-PARTY DEBT COLLECTOR'S OR CREDIT BUREAU'S FILES.   (a)  An individual who disputes the accuracy of an item that is in a third-party debt collector's or credit bureau's file on the individual and that relates to a debt being collected by the third-party debt collector may notify in writing the third-party debt collector of the inaccuracy. The third-party debt collector shall make a written record of the dispute. If the third-party debt collector does not report information related to the dispute to a credit bureau, the third-party debt collector shall cease collection efforts until an investigation of the dispute described by Subsections (b)-(e) determines the accurate amount of the debt, if any. If the third-party debt collector reports information related to the dispute to a credit bureau, the reporting third-party debt collector shall initiate an investigation of the dispute described by Subsections (b)-(e) and shall cease collection efforts until the investigation determines the accurate amount of the debt, if any. This section does not affect the application of Chapter 20, Business & Commerce Code, to a third-party debt collector subject to that chapter.

(b)  Not later than the 30th day after the date a notice of inaccuracy is received, a third-party debt collector who initiates an investigation shall send a written statement to the individual:

(1)   denying the inaccuracy;

(2)   admitting the inaccuracy; or

(3)   stating that the third-party debt collector has not had sufficient time to complete an investigation of the inaccuracy.

(c)  If the third-party debt collector admits that the item is inaccurate under Subsection (b), the third-party debt collector shall:

(1)   not later than the fifth business day after the date of the admission, correct the item in the relevant file; and

(2) immediately cease collection efforts related to the portion of the debt that was found to be inaccurate and on correction of the item send, to each person who has previously received a report from the third-party debt collector containing the inaccurate information, notice of the inaccuracy and a copy of an accurate report.

(d) If the third-party debt collector states that there has not been sufficient time to complete an investigation, the third-party debt collector shall immediately:

(1) change the item in the relevant file as requested by the individual;

(2) send to each person who previously received the report containing the information a notice that is equivalent to a notice under Subsection (c) and a copy of the changed report; and

(3) cease collection efforts.

(e) On completion by the third-party debt collector of the investigation, the third-party debt collector shall inform the individual of the determination of whether the item is accurate or inaccurate. If the third-party debt collector determines that the information was accurate, the third-party debt collector may again report that information and resume collection efforts.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997. Amended by Acts 2003, 78th Leg., ch. 851, Sec. 1, eff. Sept. 1, 2003.

## SUBCHAPTER D. PROHIBITED DEBT COLLECTION METHODS

Sec. 392.301. THREATS OR COERCION. (a) In debt collection, a debt collector may not use threats, coercion, or attempts to coerce that employ any of the following practices:

(1) using or threatening to use violence or other criminal means to cause harm to a person or property of a person;

(2) accusing falsely or threatening to accuse falsely a person of fraud or any other crime;

(3) representing or threatening to represent to any person other than the consumer that a consumer is wilfully refusing to pay

a nondisputed consumer debt when the debt is in dispute and the
consumer has notified in writing the debt collector of the dispute;

      (4)   threatening to sell or assign to another the
obligation of the consumer and falsely representing that the result
of the sale or assignment would be that the consumer would lose a
defense to the consumer debt or would be subject to illegal
collection attempts;

      (5)   threatening that the debtor will be arrested for
nonpayment of a consumer debt without proper court proceedings;

      (6)   threatening to file a charge, complaint, or criminal
action against a debtor when the debtor has not violated a criminal
law;

      (7)   threatening that nonpayment of a consumer debt will
result in the seizure, repossession, or sale of the person's
property without proper court proceedings; or

      (8)   threatening to take an action prohibited by law.

   (b)   Subsection (a) does not prevent a debt collector from:

      (1)   informing a debtor that the debtor may be arrested
after proper court proceedings if the debtor has violated a criminal
law of this state;

      (2)   threatening to institute civil lawsuits or other
judicial proceedings to collect a consumer debt; or

      (3)   exercising or threatening to exercise a statutory or
contractual right of seizure, repossession, or sale that does not
require court proceedings.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997.

    Sec. 392.302.  HARASSMENT; ABUSE.  In debt collection, a debt
collector may not oppress, harass, or abuse a person by:

      (1)   using profane or obscene language or language intended
to abuse unreasonably the hearer or reader;

      (2)   placing telephone calls without disclosing the name of
the individual making the call and with the intent to annoy, harass,
or threaten a person at the called number;

      (3)   causing a person to incur a long distance telephone

toll, telegram fee, or other charge by a medium of communication
without first disclosing the name of the person making the
communication; or

    (4)   causing a telephone to ring repeatedly or
continuously, or making repeated or continuous telephone calls, with
the intent to harass a person at the called number.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997.

    Sec. 392.303.   UNFAIR OR UNCONSCIONABLE MEANS.  (a)   In debt
collection, a debt collector may not use unfair or unconscionable
means that employ the following practices:

    (1)   seeking or obtaining a written statement or
acknowledgment in any form that specifies that a consumer's
obligation is one incurred for necessaries of life if the obligation
was not incurred for those necessaries;

    (2)   collecting or attempting to collect interest or a
charge, fee, or expense incidental to the obligation unless the
interest or incidental charge, fee, or expense is expressly
authorized by the agreement creating the obligation or legally
chargeable to the consumer; or

    (3)   collecting or attempting to collect an obligation
under a check, draft, debit payment, or credit card payment, if:

    (A)   the check or draft was dishonored or the debit
payment or credit card payment was refused because the check or
draft was not drawn or the payment was not made by a person
authorized to use the applicable account;

    (B)   the debt collector has received written notice
from a person authorized to use the account that the check, draft,
or payment was unauthorized; and

    (C)   the person authorized to use the account has
filed a report concerning the unauthorized check, draft, or payment
with a law enforcement agency, as defined by Article 59.01, Code of
Criminal Procedure, and has provided the debt collector with a copy
of the report.

    (b)   Notwithstanding Subsection (a)(2), a creditor may charge a

reasonable reinstatement fee as consideration for renewal of a real property loan or contract of sale, after default, if the additional fee is included in a written contract executed at the time of renewal.

(c) Subsection (a)(3) does not prohibit a debt collector from collecting or attempting to collect an obligation under a check, draft, debit payment, or credit card payment if the debt collector has credible evidence, including a document, video recording, or witness statement, that the report filed with a law enforcement agency, as required by Subsection (a)(3)(C), is fraudulent and that the check, draft, or payment was authorized.

Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997.
Amended by:

Acts 2005, 79th Leg., Ch. 505, Sec. 1, eff. September 1, 2005.

Sec. 392.304. FRAUDULENT, DECEPTIVE, OR MISLEADING REPRESENTATIONS. (a) Except as otherwise provided by this section, in debt collection or obtaining information concerning a consumer, a debt collector may not use a fraudulent, deceptive, or misleading representation that employs the following practices:

(1) using a name other than the:

(A) true business or professional name or the true personal or legal name of the debt collector while engaged in debt collection; or

(B) name appearing on the face of the credit card while engaged in the collection of a credit card debt;

(2) failing to maintain a list of all business or professional names known to be used or formerly used by persons collecting consumer debts or attempting to collect consumer debts for the debt collector;

(3) representing falsely that the debt collector has information or something of value for the consumer in order to solicit or discover information about the consumer;

(4) failing to disclose clearly in any communication with the debtor the name of the person to whom the debt has been assigned

or is owed when making a demand for money;

(5) in the case of a third-party debt collector, failing to disclose, except in a formal pleading made in connection with a legal action:

(A) that the communication is an attempt to collect a debt and that any information obtained will be used for that purpose, if the communication is the initial written or oral communication between the third-party debt collector and the debtor; or

(B) that the communication is from a debt collector, if the communication is a subsequent written or oral communication between the third-party debt collector and the debtor;

(6) using a written communication that fails to indicate clearly the name of the debt collector and the debt collector's street address or post office box and telephone number if the written notice refers to a delinquent consumer debt;

(7) using a written communication that demands a response to a place other than the debt collector's or creditor's street address or post office box;

(8) misrepresenting the character, extent, or amount of a consumer debt, or misrepresenting the consumer debt's status in a judicial or governmental proceeding;

(9) representing falsely that a debt collector is vouched for, bonded by, or affiliated with, or is an instrumentality, agent, or official of, this state or an agency of federal, state, or local government;

(10) using, distributing, or selling a written communication that simulates or is represented falsely to be a document authorized, issued, or approved by a court, an official, a governmental agency, or any other governmental authority or that creates a false impression about the communication's source, authorization, or approval;

(11) using a seal, insignia, or design that simulates that of a governmental agency;

(12) representing that a consumer debt may be increased by the addition of attorney's fees, investigation fees, service fees,

forward to Denise

December 28, 2010

To Whom It May Concern:

Prime West placed a call to my job and advised my co-worker that I had three hours to call or else I would be served. I did call back and spoke to a John and told me I was going to be served if I wouldn't pay an old debt. I asked John to please give me more information about their company and he didn't. I told him I never got a letter from them and he told me he had mailed out letter to an address in Colorado I have never lived there. I asked him to send me all the documents and he said no he couldn't. So therefore I told him I would call him back and then I spoke to Denise and once again I asked her to fax or e-mail copy of all documents she said no. I asked can I send you cashier check overnight and they said no it had to be by credit card or by check. I told them no I need all the documents were my account was sold to them I need a good mailing address not a ups store address. Please provide me with proof of information that my account was assigned to you by Citibank . To my knowledge I have never signed an agreement with Prime West so I denied this account. Once again send me proof and please stop calling me at work and giving information to other people.

Thank You,

[redacted]

1054-00863

forward to Denise

December 28, 2010

To Whom It May Concern:

Prime West placed a call to my job and advised my co-worker that I had three hours to call or else I would be served. I did call back and spoke to a John and told me I was going to be served if I wouldn't pay an old debt. I asked John to please give me more information about their company and he didn't. I told him I never got a letter from them and he told me he had mailed out letter to an address in Colorado I have never lived there. I asked him to send me all the documents and he said no he couldn't. So therefore I told him I would call him back and then I spoke to Denise and once again I asked her to fax or e-mail copy of all documents she said no. I asked can I send you cashier check overnight and they said no it had to be by credit card or by check. I told them no I need all the documents were my account was sold to them I need a good mailing address not a ups store address. Please provide me with proof of information that my account was assigned to you by Citibank . To my knowledge I have never signed an agreement with Prime West so I denied this account. Once again send me proof and please stop calling me at work and giving information to other people.

Thank You,

[redacted]

1054-00863

West Recovery Management

1191 Magnolia Ave Ste D-381

Corona, CA 92879

Close

* Sent Certified!

September 23, 2010

To whom it may concern:

The agreement you emailed to me was obtained thı n writing request you no longer call me at work or email ıy mail only, I will detail the complaint I am filing with bo de Commission.

Your employee Valerie Thorpe (866-990-2990 X 221) represented herself as being with Providian, when in fact all our credit reports show Providian charged of the debt back in 2005. She claimed Providian was suing us and had obtained a 10 year judegenebt against us, that we were to be served by a Dallas County Constable within hours of our phone conversation. My husband contacted Constable offices, they advised no such service was being done. To this end they requested we call them back with company name, so they could contact Dallas County District Attorney for investigation.

Ms. Thorpe advised that my personal accounts would be attached, and a garnishment order would be filed to attach my pay. In the following lines have cut and pasted from Texas State Attorney General Abbott's website about garnishment and what fraudlent and misrepresented claims will result in (civil and criminal penalties).

The activities of debt collectors in Texas are regulated by the Texas Debt Collection Act. **The Act prohibits the use of fraudulent and abusive collection tactics by individuals or corporations to obtain payment on outstanding debts against a debtor.**

**Harassment and Fraud are Prohibited**

**State law prohibits the use of harassment and abusive collection tactics. It is illegal for any debt collector to:**

- threaten violence or other criminal acts;
- use profane or obscene language;
- falsely accuse the consumer of fraud or other crimes;
- **threaten arrest of the consumer, or repossession or other seizure of property without proper court proceedings;**
- use the telephone to harass debtors by calling anonymously or making repeated or continuous calls;
- make collect telephone calls without disclosing the true name of the caller before the charges are accepted.

**The use of fraudulent or deceptive practices is also prohibited, including:**

- **using a false name or identification;**
- **misrepresenting the amount of the debt or its judicial status;**
- sending documents to a debtor that falsely appear to be from a court or other official agency;
- **failing to identify who holds the debt;**
- **misrepresenting the nature of the services rendered by the collection agency or the collector;**
- falsely representing that the collector has information or something of value in order to discover information about the consumer.

**Wages may be garnished only to pay debts related to court-ordered child support, back taxes, and defaulted student loans. Debt collectors cannot garnish wages for repayment of consumer debt.**

## Penalties for Violations

**Violators of the Texas Debt Collection Act are subject to criminal and civil penalties. Consumers who think they have been harassed or deceived may seek injunctions and damages against debt collectors.**

**These actions are also violations of the Texas Deceptive Trade Practices/ Consumer Protection Act which gives the Attorney General the authority to take action in the public interest.**

## Federal Fair Debt Collection Practices Act

Texas statutes cover actions by anyone trying to collect a consumer debt. **The federal Fair Debt Collection Practices Act applies only to collectors working for professional debt collection agencies and attorneys hired to collect a debt. It is similar to Texas law, but also prohibits:**

- calls at work if the collector has reason to know the employer does not permit such calls;
- calls before 8 a.m. or after 9 p.m. unless the collector knows such times are more convenient for the debtor;
- **"unfair or unconscionable means to collect or attempt to collect a debt;"**
- **If you are being subjected to harassing, abusive, or fraudulent debt collection tactics by professional debt collectors, and you want to stop further contact with you, notify the collector in writing. Keep a copy of your letter and send the original to the debt collector by certified mail.**

To this end tomorrow I will mail a certified letter to you containing this letter, I am also filing complaints with Texas State Attorney General and Federal Trade Commission for violations of Texas Deceptive Trade Practices Act and Texas debt Collection Act AND Federal Fair Debt Collection Practices Act.

If you attempt to press your illegal actions, I will seek to hire an attorney since I am sure this is not your first action in State of Texas. I am sure can find a number of people you have fraudently attempted to collect debts, that you purchased from legitimate debt holders in an attempt to enrich yourselves.

Please follow my written instructions, do not call me at work or email me. I will only accept mailed correspondence.

Thank you

# ATTACHMENT 28

Judgement

358

Stahl Attachment 28



AWS / ALL
**Transmittal Number: 8062086**
**Date Processed: 10/04/2010**

# Notice of Service of Process

**Primary Contact:** Mr. Wayne Lunsford
Mr. Wayne Lunsford
29170 Lido Bay Dr.
Menifee, CA 92585

| | |
|---|---|
| **Entity:** | Prime West Management Recovery, LLC<br>Entity ID Number 2869891 |
| **Entity Served:** | Prime West Management Recovery LLC |
| **Title of Action:** | Travis Baie vs. Prime West Management Recovery, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Bankruptcy |
| **Court:** | U.S. Bankruptcy Court Eastern District, North Carolina |
| **Case Number:** | 08-06795-8-SWH |
| **Jurisdiction Served:** | Delaware |
| **Date Served on TCC:** | 10/04/2010 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Bruce Allen<br>910-867-7770 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to The Company Corporation**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

Form B 250A (12/09)

# United States Bankruptcy Court
## EASTERN District Of NORTH CAROLINA

| | | |
|---|---|---|
| In re Travis Baie, and Laura Baie, Debtor | ) | Case No. 08-06795-8-SWH |
| | ) | Chapter 13 |
| Travis Baie, and Laura Baie, Plaintiff | ) | |
| v. | ) | Adv. Proc. No. 10-00252-8-SWH |
| Prime West Management Recovery, LLC (A Delaware Corporation) and Mr. Vega, Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: Clerk of the Bankruptcy Court
1760-A Parkwood Boulevard W
Wilson, NC 27893-3564

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Bruce Allen, Counsel for Debtors
1000 Wildwood Drive
Fayetteville, NC 28304
(910)867-7770

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NORTH CAROLINA

STEPHANIE J. EDMONDSON
(Clerk of the Bankruptcy Court)

Date: 9/29/10

By: Samantha Taylor (Deputy Clerk)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **IN RE:**<br>Travis R. Baie<br>and<br>Laura G. Baie<br>**DEBTORS** | **CASE NO. 08-06795-8-SWH**<br>**Chapter 13** |
| Travis R. Baie<br>and<br>Laura G. Baie<br>**Plaintiffs**<br>V.<br>Prime West Management<br>Recovery, LLC<br>(A Delaware Corporation)<br>and<br>Mr. Vega<br>**Defendants** | **Adversary Proceeding No.**<br>10-00252-8-SWH |

## COMPLAINT

### I. Introduction

1. This is an action for actual and Statutory Damages brought by Plaintiffs, individual consumer Debtors against Defendants for violations of the Fair Debt Collection Practices Act, 15 USC 1692 et seq. (hereinafter FDCPA) and the North Carolina Collection Agency Act NCGS 58-70-90 et seq. which prohibits Collection Agencies from engaging in abusive, deceptive, and unfair practices.

### II. Jurisdiction

2. Jurisdiction arises as a this is a matter in which there is core jurisdiction pursuant to 28 USC 157, and the court has jurisdiction pursuant to 28 USC 151, 157, 1334, and supplemental jurisdiction exists for the state law claims pursuant to 28 USC 1301. Declaratory Relief is available pursuant to 28 USC 2201 and 2202. Venue is this district is proper in that Defendants transact business here and committed the acts complained of here.

### III. Parties

3. Plaintiffs are individual consumer Debtors residing in Fayetteville, North Carolina.