# 495 E. Rincon Suite 150 (Map 1 of 2)

**Front Door**

| A1 | A2 | Storage Room | A3 | A4 | A5 | A6 |

**Room A**

| A15 | A16 | A17 | A18 | A19 | A20 | A21 | A22 |
| A7 | A8 | A9 | A10 | A11 | A12 | A13 | A14 |

| A32 | A33 | A34 | A35 | A36 | A37 | A38 | A39 | A40 | A41 |
| A23 | A24 | A25 | A26 | A27 | A28 | A29 | A30 | A31 | A32 |

To Rooms B, C, D, E, F & G



Gale Attachment 1

# ATTACHMENT 2



495 E. Rincon - suite 204A

Gale Attachment 2



495 E. Rincon - suite 150A

Gale Attachment 2

# ATTACHMENT 3

# HOME STANDARD TALK OFF

*verifai*  951 202 3375*

I'm calling to verify that someone will be available to receive legal documents on behalf of (DEBTOR NAME). (pause)

**NOTE: ( NO MATTER WHAT THEY SAY... SAY THE FOLLOWING)** *We need to Served with a Court ordered Summons. → legal*

(Ma'am/Sir), the process server will make 2 attempts to serve this complaint, and after 2 failed attempts the court will be notified of a failed action to serve, which will result in a court hearing taking place without (DEBTORS NAME)!!!

**(If they still claim that they don't know the DB then say the following):**

That's going to be a huge problem!!! It looks like your information is being used as the primary source of contact. If your claiming this information to be fraudulent then you need to contact the legal office immediately the number is 877-279-4792 you will need the case number attached to your information (give case number starting with 10**-*****) since I've spoken with you what I'm going to do is place a temporary 1hour hold on the service of the summons to give you time to dispute this service at your home. The temporary 1hour hold starts now. (Then Hang up)

**(If they know the DB say the following):**

What I'm going to do is give you the phone number to the legal office that's handling this case, and the case number (he/she/you) **NEED** to get in contact with them **IMMEDIATLEY**!!!

Go ahead and get a pen and paper let me know when your ready...(pause) ok, the phone number (he/she/you) needs to call is...877-279-4792 and the case # is (_____)

Now since I have spoken with you I'm going to place a temporary 3 hour hold on the service of the summons to give you time to get in contact with (DB's Name). However, if they fail to her from (he/she/you) in that time period; then the process server will start to make their attempts to serve these documents at your residence or their place of employment if still currently employed!!! The temporary 3hour hold starts now so, contact them immediately!!!!!!!!!!!!!!!!!!) Then hang up

Gale Attachment 3

Spanish STO

Estoy llamando para everiguar si alguien estara disponible para acceptar ° intentos documentos legales de corte para _____. Solamente se hacen dos ~~atemptos~~, es por eso que le voy a dar el numero de la oficina atendiendo este caso y el numero de caso. Tome una pluma y papel. El numero es 877-279-4792 y el numero de caso es _____. Voy a poner una pausa de 3 horas para darle tiempo a el/ella que llame. Si no llama, La corte ~~seguera~~ seguira sin la participacion de el/ella causando mas multas. Digale que llame imediatamente!

NO Thank You!!

NO Im Sorry!!

Give them the number and move forward quickly.

$$$ is always a call away.

Jhen
213 241 6591

415 476 1661

213-627 8252

hasn't received, seen heard from db

707-863 8980

215 462 9000

773 553 1600
1000

512-424-6183 --
Mourica Aurello

469 600 000

*[handwritten: to verify    Inuedvally  213 2416591]*

## S T O

.ame is ~~Andrew Harris~~ / Donna Morgan I'm calling to verify someone will be available to Accept Legal Documents on behalf

 explain what's going to take place, He (She) has provided us with this contact information, and the PROCESS SERVER will
 two attempts to serve this complaint against Him (Her), after the second Failed Attempt the court will be notified of a Failed
 To Serve and the Court Hearing will then take place without His (Her) participation. It will also be noted as an FTA or Failure
pear on Court Records.

 I'm going to do is give you the phone number to the Legal Office that is handling the case, and the Case Number. He (She) will
 to contact them immediately... Let me know when you are ready... the number they Need To Call is _877 279 9792_

 I have spoken with someone I am going to place a Brief Hold on the summons to give you time to contact them, however if
 fail to hear from them in that time period, the Process Server will make their attempt to serve the complaint either at the
ence or Place of Employment, so CONTACT THEM IMMEDIATELY !!!!!!!

## J S T O

y name is ~~Andrew Harris~~ / Donna Morgan. I'm calling from the Process Services Department. I need to find out if you have a
y or procedure in place to have an employee served with a Court Ordered Summons... I show this to be for a Mr. (Mrs.)
_____*Prosidyw*_____

 explain what is taking place here... The PROCESS SERVER will make two attempts to serve this complaint against Him (Her),
 the second Failed Attempt the court will be notified of a Failed Action To Serve and the Court Hearing will then take place
ut His (Her) participation. It will also be noted as an FTA or Failure To Appear on Court Records.

 I'm going to do is give you the phone number to the Legal Office that is handling the case, and the Case Number. He (She) will
 to contact them immediately... Let me know when you are ready... the number they Need To Call is: _____

 I have spoken with someone I am going to place a Brief hold on the summons to give you time to contact them, however if
 fail to hear from them in that time period, the Process Server will start to make their attempts to serve the complaint either at
esidence or Place of Employment, so CONTACT THEM IMMEDIATELY!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

e: Andrew Harris / Donna Morgan | Employer: Process Services | Title: Process Server

tion: "Corona, CA, But We Work Nationwide"

 This Is Regarding: 1)"The Legal Office Handling This Case Can Provide You With That Information" 2) "These Are
d Legal Documents And I Do Not Have The Authority To Open Them" 3) "Because Of The Federal Privacy
 Cannot Disclose That Information"

GOALS: Month 1 - $1500 | Month 2 - $3500 | Month 3 - $6000 | Month 4 - $7000

Must Make Minimum of 300 Calls PER DAY!!!!!!!!!!!!!!

*[handwritten: friend / family member]*

Gale Attachment 3


**GLOBAL FILING SERVICES**

# Job Standard Talk Off...

Hi, my name is **STEVE ADAMS** or **JULIE STEVENS**. I'm calling from the PROCESS SERVICES. I need to find out if you have a policy or a procedure in plce to have one of your employees served with a court ordered summons for MR./MS. _____.

Maam/Sir, The Proccess Server will make 2 attempts to serve this complaint, after two failed attempts the court is notified of a failed action to serve and the court hearing will take place without _____ participation. It will be noted as a failure to appear on the court records which will lead to extra fines.

What I'm going to do is give you the phone number to the legal office that's handling the case, and the case #... (he/she) will need to get in contact with them immediately... go ahead and get a pen... the phone number you need to call is **877-2527-9806**.

I'll put a 3 hour temporary hold on the summons to give you some time to contact them...

NOW, if they fail to hear from you within that time period, then the Process Server will start to make their attempts to serve the complaint either at home or place of employment. So contact them IMMEDIATELY!

Your name:   **STEVE ADAMS** or **JULIE STEVENS**

Employer:    Process Services

Title:       Process Server

Location:    Corona, CA but we work nationwide.

RE:          For more information you need to contact the legal office that's handling the case... here's is their number again **877-527-9806**.

REBUTTALS: They are sealed legal documents and I do not have the authority to open them.

Because of the privacy act I cannot disclose any of that information.

# 877-527-9806

# Helpful hints...

| Initials | Definition |
| --- | --- |
| WN | Wrong Number |
| DNLM | Did not leave a message |
| NA | No Answer |
| CBC | # found through CBC.com |
| UIF | Un identified female |
| UIM | Un identified male |
| VM/VMB | Voicemail/Voicemail Box |
| NVM | No voicemail setup |
| POSS POE | Possible Place of Employment |
| POE | Place of Employment |
| NLE | No longer employed |
| ACC | Accurint.com info |
| HU | Hung up |
| REL | Relative |
| ACT | Active |
| JSTO | Job Standard Talk Off |
| STO | Standard Talk Off |
| HR | Human Resource |
| INC | Incorrect |
| DWYWTD | Do what you have to do... basically TRP |
| RTP | Refuse to pay |
| ID/CID | Identity/ Caller ID |
| MJACK | Mjack needed for blocked # |
| NC | No Contact |
| MGR | Manager |
| NIS | Not in service |

21

Gale Attachment 3

## HOME STANDARD TALK OFF BY WAYNE (IN SPANISH)

- ESTOY LLAMANDO PARA AVERIGUAR SI ALGUIEN ~~DE 18 ANOS O MAS~~ ESTARA EN CASA ~~ENTRE EL HORARIO DE 9-4PM DE LUNES A VIERNES~~ QUE PODRA ACEPTAR DOCUMENTOS LEGALES ~~DEL DEPARTAMENTO DEL SHERIFF~~ EN NOMBRE DE _____.
- ~~ES, AL MOMENTO, UN ASUNTO DELICADO.~~
- LO QUE ____ (DB) ____ TIENE QUE HACER ES CONTACTAR A LA OFICINA LEGAL QUE TIENE LA AUTHORIDAD DE HACER CAMBIOS EN SERVIR LA CITACION.
- PUEDO PONER UNA ESPERA DE 3 HORAS EN LA QUEJA Y CITACION.
- EL NUMERO QUE TIENE QUE MARCAR ES __ (PHONE#) __ 1-877-279-4792
- SOLO PREGUNTA POR LA OFICINA LEGAL REFERIENDO CON EL NUMERO DE CASO# _____.
- ~~LOS SHERIFFS INTENTARAN 2 VECES A SERVIR LA QUEJA.~~
- DESPUES DE 2 INTENTOS ~~FRACASADOS,~~ NOTIFICARAN A LA CORTE DE LAS FALLAS EN LAS ACCIONES DE SERVIR Y LA AUDENCIA JUDICIAL SE LLEVARA A CABO SIN SU PARTICIPACION.
- SERA ANOTADO EN EL EXPEDIENTE JUDICIAL COMO FALLA EN APARECER.

## JIM LEWIS CLOSING SCRIPT

Okay, sir/ma'am we do have a case in our office against a Mr./Mrs. *(debtor name)* is that who I'm speaking with? Okay my name is *(Jim Lewis)* we have a civil lawsuit being filed against you in regards to *(bank name)* for the line of credit you opened up on *(origination date)*... my client is suing you for *$ (P&I plus spiff) dollars.*

Now they sent you a demand letter about 45 days ago giving you, or your attorney 30 days to contact them and in that letter there was an out of court settlement offer can I ask why you never responded? *(Never got it.)* .... are you still at:...*(give them the "Best Address")*....so you had no idea there's a lawsuit pending against you?

Have you ever been sued before? Okay let me explain: what they've done is an asset and liability investigation against you and they discovered that you met one of the criteria to open up a 10yr judgement and what that means is that if you go to court they will be pursuing you for the next 10yrs thru one of four ways: wage attachment, bank account levy, property lein, and motor vehicle lein now they tried to settle out of court with you but when you failed to respond to that demand letter they forwarded the paper work to us to start the lawsuit.

As of now you are being sued for *$ (P&I plus spiff) dollars*. If you go to court they will add an additional $1500 for the attorney and a $1000 dollars for the court cost and processing fees you'll be looking at about *$(rounded amount) dollars.* Now have you already been served paperwork to show up into court? (Pause)

*[handwritten: Why so much?? You will be accountable for crt costs $att. fees]*

No? Okay let me contact them and make sure they have not made an attempt to serve you......... if that is the case I'll contact my client and let them know you never received your demand letter and you weren't given a fair chance to settle this out of court and ill see if I can get them to reinstate.......i'm gonna put you on hold for just a moment while I make sure they haven't made an attempt to serve you......(pause) now if they decide to reinstate can you even come up with the *$(P&I plus spiff dollars)* to settle out of court with them....

Option1. If they say yes : ok let me put you on hold I'll just be a moment..

*[handwritten: 34b]*

Option2. If they say no :ok what they're going to ask me for if you can't come up with the amount in full is 25% down to show representation to the court that you will get this taken care of in a timely manner and then they'll split the balance up into *(give them between 2 and 6 months)* for you. Will you be able to raise the down payment.....(if they say no)....well then you will be served tomorrow... *(if yes)* .... Ok hold for a moment

(when you take them off hold)......
okay *(Debtor,)* I let them know your never received your demand letter and you weren't given a fair chance to settle this out of court and they've decided to reinstate for you, so let me take your information so I can fax it down to the county and have your name removed from the list to be served. My secretary will then put your case into a predismissal status which means you avoid any judgements, levies or leins and as long as you stick to the stipulations once you make your final payment that's when you will be released of all claims and liabilities my secretary will then send three paid in full letters to the three credit bureaus updating your status to paid in full which will bump up your credit score and then we will send a paid in full letter to your address for your records as well. Now were you using a visa mastercard discover or American express. ;)

Ok hold while I fax this over... go ahead and grab a pen I'll be right back with a confirmation #.

Okay *(debtor),* you're all taken care of! Your case is in a predismissal staus so as long as you stick to the stipulations once we receive your final payment is when you'll be released liability you'll be receiving your stip letter from our company within the less then seven days if you receive it and you have any questions contact this office you can reach me at *(ext.____)*

*Are you calling for information or do you want my help settling this outside of court?*

24

Gale Attachment 3
FTC-RMS-0011021