Attn. Josh Starbuck

# Jim Lewis Spanish Closing Script

Senor/ Senora, tenemos un caso en nuestra oficina contra Sr./Sra (debtors name), es con quien estoy hablando? Mi nombre es (your alias) tenemos un caso civil contra usted por una linea de credito que abristes en tu nombre con (bank name) en (origination date). Mi cliente te va a demander por $(P&L plus spiff).

Hace 45 dias mi cliente te mando por correo una carta con una opportunidad para arreglar el asunto fuera de corte. Te dieron 30 dias para responder. Te puedo preguntar por que no respondistes a la carta? (Never got it) Todavia estas en (address)? Me estas diciendo que no tenia ni idea que te van a demandar?

Dejame preguntarte, algunavez has sido demandado? Dejame explicar lo que esta pasando. Hicieron lo que se llama un Asset and Liability Investigation. Descubrieron que calificaste con uno de los critereos para abrir una sentencia de 10 anos en uno de quatro modos: Wage Garnishment- (te quitan hasta 25% de tu pago en el trabajo) Bank Account Levy-(si tienes una cuenta de banco en tu nombre- te quitan el dinero de ayi) Property Lien/ Motor vehicle Lien (si tienes propiedad como casa or carro y los vendes te quitan el dinero ayi).

Trataron de resolvar esto fuera de corte pero cuando fallaste a responder a la carta que te mandaron nos dieron los documentos para comensar la demanda.

Ahora te van a demandar por $(P&L plus Spiff). Si van a corte te van a cobrar $1500 por el abogado y $1000 por los costos de corte. En total te van a demandar por ($ rounded amount). Ya te han servido con los papeles de corte? (Pause)

No? Okay, los voy a contactar ahorita para verificar que no han tratado de servite con los documentos... si eso es el caso les puedo informar que nunca recibiste la carta y no tubiste oportunidad para resolvar esto afuera de corte. Voy a ver si pueden reintegrar la oferta. Espereme en la linea un poco mientras que veo si ya entregaron los papeles de corte para servir. (Pause)

Si me dicen que pueden reintregar la oferta usted puede pagar los (P&L plus spiff) para resolvar esto afuera de corte?

Option1. If YES- Okay, un momento, por favor, los llamo ahorita

Option 2. If NO- Lo que me van a preguntar es si tu no puedes hacer el pago entero, necesitas pagar 25% para ensenar representation ala corte que vas a pagar fielmente el resto en pagos. 25% viene siendo (25% of total) y los pagos van hacer (monthly payments).... (NO)... si esa es tu decision, te van a servir los papeles de corte manana.... (If Yes)... Un momento mientras les llamo.

(when you take them off hold)
Okay (debtor) les dije que nunca recibiste la oferta por correo y no tubiste oportunidad para resolver esto fuera de corte. Van a reintregar la oferta. Voy a necesitar tu information para mandar un fax al condado para quitar tu nombre de la lista de los que van a servir. Mi secretaria va a poner tu caso en el estado de despido. Eso quiere dicir que no mas que hagas los pago en tiempo evitas la sentencia.

Cuando recibimos el pago final estaras liberado de todos reclamaciones. Te mandamos una carta para tus archivos y tres cartas iguales al beureau de credito que aumentara su puntuacion de credito. Vas a usar una tarjeta de Visa/Mastercard/American Express? Esperame un poco, les voy a mandar el fax.

Okay, todo estara reglado. Te vamos a mandar una carta por correo de entre 7 dias documentando todo de lo que hablamos hoy. No mas haga los pagos a tiempo y cuando recibimos el pago final es cuando te mandamos la carta que te resuelve de todo responsabilidad.

Si tienes preguntas me puedes llamar al extension (ext. ?)

# WORLDWIDE FILING SERVICES.

SENIOR CLOSER: WENDY MARQUEZ---CELL [redacted]

MANAGERS CELL # 951-427-8551

DIALERS:

ER, LSW, SLC, MCS, JIH, MR, RM, RS

WENDY'S MONTHLY TEAM GOAL: $25, 000.

***IF GOAL IS MET- EVERY FULL TIME DIALER 8:30 AM-5:15PM WILL RECEIVE $100 (TO QUALIFY MUST HAVE 2 DEALS A WEEK & HAVE ONLY 3 EXUSES.)

WEEKLY GOAL --- $10,000

JOB PROFILE CONSISTS: ATTENDANCE 8:30 AM - 5:15 PM—1 HR LUNCH AND 2- 15 MIN BREAKS **IF ABSENT OR LATE: AN EXUSE NOTE IS REQUIRED & MUST CALL/TEXT ME AND MANAGER

- MUST COMPLETE 300 CALLS DAILY-A NOTE IS REQUIRED ID DAILY ACTIVITY IS NOT COMPLETED
- MONITOR YOUR CALL WITH QUAALITY ASSURANCE- STICK TO THE SCRIPT
- FOLLOW YOUR CHAIN OF COMMAND- I REPORT TO ALEX
- WORKING TOGETHER AS A TEAM

WE ARE GROWS ADULTS; NO BITCHING. IF YOU HAVE AN ISSUE PLEASE ALLOW ME TO HELP

LEAVE PROPER & SPECIFIC NOTES FOR EVERY CALL

DECLINES- WAIT TILL NOON

CELL PHONES TO BE PUT AWAY- WILL BE SENT HOME.

NO STICKY NOTES--- WRITE

# ATTACHMENT 4

Si estoy llamando para ver alquien en casa, que puede acceptar unos documentos legales.del departamento legal para ______.

Señor /Senora el departamento del Sherriff hara do intentos para Servir esta demanda, despues de dos intentos sin resultado, el Tribunal se notifica de una fallida acción para servir ~~esta demanda~~ y una audencia se llevara a cabo con o sin su

Si estoy llamando para ver alquien en casa, que puede acceptar unos documentos legales del departamento legal para ______.

Señor/Senora el departamento del Sherriff hara do intentos para Servir esta demanda, despues de dos intentos sin resultado, el Tribunal se notifica de una fallida acción para servir ~~esta demanda~~ y una audencia se llevara a cabo con o sin su

(YES)

IM CALLING TO VERIFY THAT SOMEONE will be AVAILABLE to RECEIVE LEGAL documents ON behalf OF (CALLERS NAME)!

(DONNA MORGAN with PROCESS SERVICES)

(MA'AM/SIR)

THE PROCESS SERVER will make 2 attempts to SERVE this complaint and after 2 failed attempts the court will be notified of a failed action to SERVE which will result in court hearing taking place without (CALLERS name)

!DUE TO FEDERAL PRIVACY POLICY! I CANT SAY

(IF THEY know them)

WHAT IM GOING TO do IS GIVE you the Phone number TO THE LEGAL OFFICE thats handling this CASE and the CASE number (HE/SHE/you) NEED TO GET in contact with THEM IMMEDIATLEY!

Donna Morgan

Primary source

# HOME STANDARD TALK OFF

I'm calling to verify that someone will be available to receive legal documents on behalf of (DEBTOR NAME). (pause)

***NOTE: ( NO MATTER WHAT THEY SAY... SAY THE FOLLOWING)***

(Ma'am/Sir), the process server will make 2 attempts to serve this complaint, and after 2 failed attempts the court will be notified of a failed action to serve, which will result in a court hearing taking place without (DEBTORS NAME)!!!

***(If they still claim that they don't know the DB then say the following):***

That's going to be a huge problem!!! It looks like your information is being used as the primary source of contact. If your claiming this information to be fraudulent then you need to contact the legal office immediately the number is 877-279-4792 you will need the case number attached to your information (give case number starting with 10**-*****) since I've spoken with you what I'm going to do is place a temporary 1hour hold on the service of the summons to give you time to dispute this service at your home. The temporary 1hour hold starts now. (Then Hang up)

***(If they know the DB say the following):*** √

What I'm going to do is give you the phone number to the legal office that's handling this case, and the case number (he/she/you) **NEED** to get in contact with them **IMMEDIATLEY**!!!

Go ahead and get a pen and paper let me know when your ready...(pause) ok, the phone number (he/she/you) needs to call is...877-279-4792 and the case # is (______)

Now since I have spoken with you I'm going to place a temporary 3 hour hold on the service of the summons to give you time to get in contact with (DB's Name). However, if they fail to her from (he/she/you) in that time period; then the process server will start to make their attempts to serve these documents at your residence or their place of employment if still currently employed!!! The temporary 3hour hold starts now so contact them immediately!!!!!!!!!!!!!!!!!!) Then hang up

Court hearing w/o you -

Im just a process server I'll give you the number and case #. The only thing I can do is give. Put you on a 2 hour hold. If fail to hear from her will ...

***Your Name***: Donna Morgan/Andrew Harris

***Employer:*** Process Services

***Your job title:*** Processor

***How did you get my number:*** They've used your number as a source of contact. They have reason to believe (she/he) lives with you. What I'm going to do is give you the phone number to the legal office handling this matter as well as their case number.

***What's this about?!*** These are sealed legal documents, I don't have any authority to go through them. Due to the privacy act I am not given this persons personal information. (If they keep trying to get information from you tell them): Ma'am/ Sir I am just a processor... For any further questions contact the legal office handling this case THEY have all the information!!!

They are trying Served her with a court Sumiece ~~[illegible]~~

By 8



910-324-1142

Si estoy llamando para ver alquien en casa, que puede acceptar unos documentos legales.del departamento legal para ________.

Señor | Senora el departamento del Sherriff hara do intentos para servir esta demanda, despues de dos intentos sin resultado, el Tribunal se notifica de una fallida acción para servir ~~esta demanda~~ y una audencia se llevará a cabo con o sin su

participacion, Se observar como un fracaso en aparecer en los registros de la Corte, que dará lugar al pago de multas adicional. lo que voy a hacer es darle el numero de telefono a la Oficina juridica que esta Controlando el Caso junto con el numero del caso ________ El/Ella necessita ponerse en Contracto con ellos inmediatamente ... Obtenga un lapiz, el numero de telefono es ____________

te pongo un tres horas temporal ~~eetebr~~ sobre la citación para dar tiempo paro contactar con ellos.

# ATTACHMENT 5

A-28

866-731-7040

Nation wide — Process service

## Home standard talk off

Yes, I'm calling to see if someone will be there to receive legal documents for a Mr./Mrs. (__DEBTOR__). (pause) to Appear in court Somons

**(Note):** (then no matter what they say… you say the following)

(Ma'am/Sir), the process server may make two attempts to serve this complaint, after two failed attempts the court could be notified of a failed action to serve, and the court hearing may take place without (his/her/your) participation.

What I'm going to do is give you the phone number to the legal office that's handling the case, and the case # (he/she/you) needs to get in contact with them immediately!

Go ahead and get a pen… I'm gonna give you the #…(pause) ok, the phone number (he/she/you) need to call is (---) ___-____ and the case # is ____-____

Now since I spoke with you I'm gonna put a temporary hold on the order… to give you a few hours to contact them… however, if they fail to hear from (him/her/you) in that time period; then they will start to make their attempts to serve the documents either at home or place of employment… so do contact them immediately!!

YOUR NAME: (____________________)
EMPLOYER: PROCESS SERVICES: (PROCESSOR)
REGARDING: DUE TO THE FEDERAL PRIVACY ACT, I'M NOT GIVEN THIS PERSON'S PERSONAL INFORMATION….

** FOR MORE INFORMATION YOU NEED TO CONTACT THE LEGAL OFFICE THAT'S HANDLING THE CASE …… GO AHEAD AND GRAB & I'LL GIVE YOU THE #

Michael Williams

---

LEGAL DEPT.

~~SUPERIOR FILING~~

SERVICES:

866-731-7040

MAILING ADDRESS

1240 E.ONTARIO AVE.

STE: 102-128

CORONA, CA 92881

MALE: ~~SCOTT MITCHELL~~ Michael Williams

FEMALE: TRACY KLIEN

SearchBub.com

SPEAKEASE.com
PRISON VERIFY

CBC

LOGIN: HHI9
PASS: 15K PER DAY

Gale Attachment 5