# Home standard talk off

Yes, I'm calling to see if someone will be there to receive legal documents for a Mr./Mrs. (___DEBTOR___). (pause) ON BEHALF OF (WRDF)

(Note): (then no matter what they say…. you say the following) THIS IS REGARDING A COURT ORDER SUMMONS (Ma'am/Sir), the process server may make two attempts to serve this complaint, after two failed attempts the court could be notified of a failed action to serve, and the court hearing may take place without (his/her/your) participation.

What I'm going to do is give you the phone number to the legal office that's handling the case, and the case # (he/she/you) needs to get in contact with them immediately!

Go ahead and get a pen…. I'm gonna give you the #…(pause) ok, the phone number (he/she/you) need to call is (___) (800) 731-7040 and the case # is _____-_____

Now since I spoke with you I'm gonna put a temporary hold on the order…. to give you a few hours to contact them… however, if they fail to hear from (him/her/you) in that time period; then they UNIFORM will start to make their attempts to serve the documents either at OFFICERS home or place of employment… so do contact them immediately!!

YOUR NAME: (_____)
EMPLOYER: PROCESS SERVICES:  (PROCESSOR)
REGARDING:___ DUE TO THE FEDERAL PRIVACY ACT, I'M NOT GIVEN THIS PERSON'S PERSONAL INFORMATION…

** FOR MORE INFORMATION YOU NEED TO CONTACT THE LEGAL OFFICE THAT'S HANDLING THE CASE……. GO AHEAD AND GRAB & I'LL GIVE YOU THE #

---

# Job standard talk off

Hi, my name is (_____), I'm calling from Process Services, I need to find out if you have a policy in place to have one of your employees served with legal documents for a (Mr./Mrs. Debtor).

(*then no matter what they say…you say the following)

What I'm going to do is give you the phone number to the legal office that's handling the case and the case # (he/she) needs to get in contact with them immediately…. go ahead and get a pen…. the phone number you need to call is (___) _____-_____, and the case # is _____-_____

I can put a temporary hold on the order to give you a few hours to contact them… however if they fail to hear from (him/her/you) in that time period; then they will start to make their attempts to serve the documents either at home or place of employment so contact them immediately.

YOUR NAME: (_____)
EMPLOYER: PROCESS SERVICES:  (PROCESSOR)
REGARDING:___ DUE TO THE FEDERAL PRIVACY ACT I'M NOT GIVEN THIS PERSONS PERSONAL INFORMATION…

*FOR MORE INFORMATION YOU NEED TO CONTACT THE LEGAL OFFICE THAT'S HANDLING THE CASE …… GO AHEAD AND GET A PEN AND I'LL GIVE YOU THE #
(POP UP 411)

FRIEND OR FAMILY MEMBER'S?
UNFORTUNATELY THEY LISTED YOU AS A HARD SOURCE OF CONTACT. IN ORDER FOR THAT TO HAPPEN CITATION MR/MRS. _____ NEED TO CALL THAT LEGAL DEPT. IMMEDIATELY.
HOW LONG HAVE YOU BEEN @ THIS ADDRESS ALREADY INVOLVED (UNFORTUNATELY)

---

Gale Attachment 5

B-19

# ATTACHMENT 6

## STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!!
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS HE/SHE TO YOU? PAUSE WOW GRAB A PEN SO SERVICE CAN BE REDIRETED TO THEIR HOME.
2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT? WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR. GRAB A PJN.
3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ------- COUNTY.
4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED
5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT
6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU LOOK AND FIND SOMETHING TO WRITE WITH.
7. QUESTION: I CAN SIGN FOR THE DOCUMENTS.
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.
8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.
9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

## STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!! — *Less they know the Better*
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS HE/SHE TO YOU? PAUSE WOW GRAB A PEN SO SERVICE CAN BE REDIRETED TO THEIR HOME.
2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT? WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR. GRAB A PIN.
3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ------- COUNTY.
4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED
5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT
6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU LOOK AND FIND SOMETHING TO WRITE WITH.
7. QUESTION: I CAN SIGN FOR THE DOCUMENTS. — *If you get DB to Gf?authorize*
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.
8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.
9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

DEPT. WHEN THEY COME TO SERVE BE READY TO ANSWER SO QUESTIONS REGARDING THE SITUATION. HAVE YOUR ID READY.

10. QUESTION: THEY ARE DEAD, IN JAIL, OR HOMELESS
   A. DEAD? WHO ARE YOU TO THE DB? IS THERE A WIDOW?
      a. (IF YES) THEN CONTINUE THAT STAT AGAINS THE SPOUSE AND HAVE SPOUSE CALL IN. GRAB THE PEN
      b. (IF NO) THEN OK THERE WILL BE SOMEONE OUT TO SERVE BECAUSE OF DIRSCRIMNATION IN THE FACTS THAT ARE BEING PRESENTED AT THIS POINT. DO YOU HAVE PROOF, SUCH AS A DEATH CERTIFCATE? GRAB A PEN. FOR MORE INFORMATION REGARDING THIS CASE YOU CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
   B. IN JAIL.
      a. WOW. THEN YOU NEED TO GRAB SOMETHING TO WRITE WITH THIS MIGHT CAUSE FUTHER ISSUES IN THERE SITUATION. IS DB MARRIED? WHO ARE YOU TO THE DB? OMG I SUGGEST IF MARRIED HAVE SPOUSE CALL. IF NOT MARRIED HAVE CLOSEST RELATION SUCH AS MOM CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
   C. HOMELESS.
      a. WELL THEN YOU MIGHT WANT TO GRAB A PEN. WRITE DOWN THE INFOMARION CASE # AND THE PHONE NUMBER TO THE ISSUING AGENT HANDLING THE CASE. GET IN YOUR AND DRIVE AROUND THE NEIGHBORHOOD BECAUSE HOMELESS PEOPLE ARE EASY TO FIND. HAVE THEM CALL TO REDIRECT CORNER FOR SERVICE.
11. QUESTION: THEY ARE OUT OF THE COUNTRY OR ON VACATION.
   A. SO YOU ARE TELLING ME THERE IS NO PHONES IN THERE LOCATION? COME ON YOU ARE NOT TAKING THIS SERIOUSLY. I KNOW FOR A FACT IF THERE WAS AN EMERGENCY YOU WOULD FIND AWAY TO CONTACT THEM. SO I AM TELLING NOW THIS IS URGENT GRAB A PEN THIS IS SERIOUS ENOUGH. IF YOU CARE YOU WILL MAKE THE EFFORT.
12. QUESTION: THEY DON'T LIVE IN THIS STATE AND NEVER HAVE.
   A. WOW SO WHY IS DB USING YOU INFORMATION? SOUNDS LIKE SOMETHINGS NOT RIGHT. GRAB A PEN. I SUGGEST YOU GET A HOLD OF THE DB. HAVE THEM CALL THE ISSUING AGENT AND GET THIS SERVICE REROUTED IMMEDIATELY.
13. QUESTION: THAT IS MY EX FROM 10 YEARS AGO. (OR EX INLAW FROM TEN YEARS AGO)
   A. SO DB DEOS NOT LIVE THERE? HMMM WHY IS YOUR ADDRESS ATTACHED TO THE SUMMONS?
   B. DO YOU HAVE CHILDREN OR GRANDCHILDREN?

Gale Attachment 6
FTC-RMS-0010943

## JOB REBUTTAL ANSWERS

1. QUESTION: WE DON'T PASS INFORMATION TO THE EMPLOYEES
   A. LOOK I AM TRYING TO HELP YOUR COMPANY. THIS MATTER IS SERIOUS AND WILL CAUSE PROBLEMS AT THE JOB. GRAB A PEN AND GET THIS REDIRECTED TO THE EMPLOYEES HOME.
   B. STILL NO – (STRONGLY ASK) WHAT IS YOUR NAME AND YOUR POSITION IN THE COMPANY? WE WILL DOCUMENT FOR THE RECORD THAT YOU MADE THE DECISION FOR THE DB TO BE SERVED AT HIS PLACE OF EMPLOYMENT.
2. QUESTION: THEY NO LONGER WORK HERE
   A. WHAT WAS THE TERMINATION DATE?
   B. DO YOU KNOW WERE HE WAS TRANSFERRED TO. (IF LEFT THE COMPANY) DO YOU KNOW THE DB PERSONALLY? ARE U ABLE TO CONTACT THE DB? DO YOU HAVE THE CURRENT EMPLOYER?
      (Of course the best probing gets the most call backs. Get creative in your stats)
   C. WE ARE UNABLE TO REDIRECT SERVICE. MAKE SURE TO HAVE PROOF OF TERMINATION DATE WHEN THEY SHOW UP.
3. QUESTION: JUST GO AHEAD AND SERVE THE DOCUMENTS. WE WILL BRING UP THE DB THEN
   A. LOOK I SEE HERE THAT THERE IS AN OPPORTUNITY FOR SERVICE AT THE HOME RESIDENCE. MY SUGGESTION WOULD BE TO GRAB A PEN TAKE DOWN THE CASE NUMBER AND THE PH # TO THE ISSUING AGENT HANDLING THE CASE AND HAVE THE SERVICE REDIRECTED. THIS WILL HELP REDUCE ANY PROBLEMS AT THE WORK PLACE AND SAVE ANY POSSIBLE EMBARRASSMENT.
4. QUESTION: OUR POLICY IS.
   A. REPEAT THE SAME SCENARIO AS 3 ABOVE
5. QUESTION: IF TRANSFER TO VOICE MAIL
   A. CALL RIGHT BACK. TELL THEM YOU CAN NOT LEAVE A MESSAGE ON A VOICE MAIL THIS IS URGENT AND NEEDS TO BE HANDLED IMMEDIATELY. GRAB A PEN OR GET ME TO SOMEONE THAT CAN TAKE CARE OF THIS NOW.
6. QUESTION: WE DON'T VERIFY EMPLOYMENT OR GIVE OUT PERSONAL INFORMATION.
   A. I AM NOT ASKING TO VERIFY EMPLOYMENT. I AM TELLING YOU I HAVE A COURT ORDER HERE AGAINST ONE OF YOUR EMPLOYEES.
   B. I AM NOT ASKING FOR ANY INFORMATION. I AM TELLING YOU WE HAVE A COURT ORDER. I AM TRYING TO SET UP SERVICE. GRAB A PEN GET DB TO REROUTE THIS CASE TO HIS HOME. HELP YOURSELF AND HELP YOUR EMPLOYEE.

gonna put you on hold for a moment... now, if they decide to re-instate can you even come up with the (TOTAL AMOUNT) to settle out with them?

OPTION 1. If they say yes: ok let me put you on hold, I'll be just a moment.

OPTION 2. If they say no: then how much do you have today and how long will it take you to get the rest?

OPTION 3. If they still say no: ok what they are going to require if you can't come up the amount in full... due to your poor payment history is 25% down, we will then file a hardship and give you 6 months to pay off the balance (give them between 2 and 8 months). Will you be able to raise the down payment they require?

LAST OPTION: tell them "i going to note in your file that you've denied our last attempt to settle this out of court if you change your mind make sure you contact this office by the end of the business day"

## HARDSHIP REBUTTALS

1. Why should I give you my information?
   a) Our client has already completed the asset and liability investigation. They have all the information they need to pursue you in court. If you want to resolve this voluntarily I need to show that you are cooperative and the information you give coincides with the information they have.
   b) If you have the money to pay off the balance now we don't have to worry about the hardship.
   c) Let's just get this done
2. I'm not giving you my work information.
   a) Then you are choosing to go to court. I thought you wanted to get approved for payments.
   b) The reason we are doing this is to get you approved for small monthly pymts
3. I'm not giving you my work number. I do not want you calling me.
   a) I have no intentions of calling you at work. Again I thought you want to resolve this voluntarily. As long as you keep to your agreement then there is no need to call you.
   b) I need to verify that you have given me a verifiable place of business. Is this you direct line or the main number. (REVERSE # IN 411 REVERSE LOOKUP)
4. Where does your spouse work? This has nothing to do with my spouse!
   a) I'm not saying this has anything to do with your spouse. We are trying to establish if you qualify for monthly payments. It appears your income does not qualify you.
   b) I do think your joint income will make them review the application more openly.

   Then skip where spouse works. Ask the DB what the spouse brings home. Also ask spouses pay dates etc
5. Name of Bank... I'm not giving you my bank information.
   a) Why? Again the client has all the information thru the investigation. I bank at Bank of America. I am just trying to get the most accurate information that the client has on file.

6. REFERENCES - I am not giving you numbers to harass my family members.
   a) Look it's the last part of the application. Again if you agree to a payments there is no need to make a call to anyone
   b) If you were going to the bank to apply for a personal loan, or an interview for a job or even trying to purchase a new car references are part of the application. So stop making this so hard on yourself. What's your moms name. What's here phone number.

# CLOSER REBUTTAL ANSWERS

1. QUESTION: NEVER HAD AN ACCOUNT WITH THAT COMPANY
   A. SO YOUR TELLING ME YOU DON'T REMEMBER THIS ACCOUNT? IT SHOWS HERE THAT YOU MADE PYMTS FOR 2 YEARS.
   B. THE CLIENT COMPLETED AN ASSET AND LIABILTY INVESTIGATION AGAINST YOU AND HAS VERIFIABLE PROOF THAT YOU OPENED AND USED THIS CREDIT CARD.

   If still debating that they never had this account. At this point verify addresses and social. There are more rebuttals as the db will ask more questions. Hopefully everything will be answered below.

2. QUESTION: HOW DID THE INTEREST GET SO HIGH?
   A. I'm not a mathematician but if you would like to do the math you will see how easy the amount increases when you calculate at the 33.9% default interest rate.
3. QUESTION: I CALLED THE ORIGINAL CREDITOR AND THEY SAID ALL FEES AND INTEREST WERE INCLUDED AT TIME OF CHARGE OFF
   A. Per the contractual agreement that you agreed upon when you began using the card the interest continues until the account is paid off
4. QUESTION: I'M GOING TO FILE BK
   A. That might be a good idea for any of you other accounts in default. But it is not going to help you with this one. You are always hoping that the creditors do not show up to mediation. But I will assure you the client has Invested money into this so by all means counsel will show up on their behalf. In the end you will be paying on this judgment for the next 10 years.
5. QUESTION: THIS WAS INCLUDED IN MY BK
   (Do not ask them to fax you anything. WE DO NOT CARE)
   A. In the investigation they have concluded that this debt was not resolved. You have a couple choices. You have every right to your day in court. I suggest you have your ducks in a row. The client will seek full recourse. Or you have a small window of opportunity to resolve this voluntarily. What would you prefer to do?
6. QUESTION: I NEED SOMETHING IN WRITING
   A. As I explained earlier a demand letter was mailed out to you 45 days ago. For whatever reason you chose not to respond. I know you said you didn't get it. I am not here to say whether that is or is not the case. What I am saying is the process has already begun. At this point there will be no more correspondence. Now I f you would like to resolve this voluntarily I can complete a hardship, file the stipulation and get you a copy of that stipulation with everything in writing. Would you like me to help you take care of this today.

7. QUESTION: I WANT YOU TO RESEND ME THE LETTER
   A. They can't at this time resend the demand letter. They are in the process of serving you the court order. There is no way my client is going to jeopardize this case being thrown out. Resending you the demand give you 30 days to respond.
8. QUESTION: I AM NOT GIVING YOU MY ACCOUNT INFORMATION OVER THE PHONE
   A. Providing bank information for making a payment is not something new. If you want to resolve we will have to secure the arrangement. You did say you want to resolve this voluntarily right?
   B. LAST RESORT. Offer prepaid card option. NO PROMISE TO PAY WITH MONEY ORDERS
9. QUESTION: WHEN WAS THE LAST PAYMENT MADE?
   A. If the account is in stats then give them all information. MAKE THEM FEEL COMFORTABLE. EXPLAING THE DEBT IN ITS ENTIRETY MAKES PEOPLE PAY YOU
   B. If not in stats. The information for last payment is not included. (Make sure you look at state laws for statute of limitations)
10. QUESTION: THIS WAS INCLUDED IN MY DIVORCE
    A. Civil super cedes divorce. You are still responsible for your own debt. My suggestion is to take care of this so you don't get a judgment rendered against you. Then take your ex to small claims court and get your money back.
11. QUESTION. I CAN'T GIVE YOU ALL MY TAX RETURN ~ Bank levy will take it.
    A. Do you not understand they have recommended levies on your bank accounts and that includes taking your tax refund. Your will not see a dime. Why not take care of this without paying of attorney's fees and court costs.
12. QUESTION. I HAVE OTHER BILLS THAT NEED TO BE PAID FIRST
    A. Obviously you are not taking this seriously. If you would rather have cable today and in the end have your wages extracted at 25% let me know now. I will not waste any more time trying to help you.
    (If not wage garnish state change wages extracted to Levy on you bank account)
13. QUESTION. THIS IS IDENTITY THEFT
    A. So it shows here that payments were made for over a year on this card. So you're telling me someone stole your identity and made your payments for you? If what you are saying is true then I have to tell you it is most likely some that you love. This only occurs with a family member or someone close to you. Of course they had every intention of taking care of this debt so you would never know. Unfortunately it did not get paid. Now what you will have to do is make a decision right now. Either choose to resolve this today I can waive the attorney fees and court costs. Or you can go to the police dept and file fraud against the person who did this. Now

remember fraud is the same as robbing a bank. I need an answer what would you like to do?

14. QUESTION: I GOOGLED YOUR PLACE A BUSINESS YOU'RE A SCAM
    A. Of course you will not find good things reported when it comes to owing money. There is never good press when someone is in the process of being sued. If you google large banks you will find the same. If you Google Facebook or Walmart again complaints complaints complaints. You have the choice to take care of your responsibility or stick your head the sand and pretend this isn't happening. What would you like to do? I can help you resolve this voluntarily saving you court costs and attorney fees.

15. QUESTION: I HAVE NO BANK ACCOUNT
    A. Why are you in check systems? (check CBR for CU or Bank Loans More training to come)
    (If they yes then send them to get prepaid)
    (If they say no then ask them to open up a bank account the fees are far less)

    MORE TO COME!!

For The Closers:

"I don't feel comfortable giving you my personal checking information or credit card, I need something in writing"

Mr. / Ms. _____, I understand your concern, unfortunately, we do need to secure a form of payment with a payment plan, to stop this action. This is a legal document that if you choose not to settle, and go to court, will bind my client to the amount they offered you. This can be used against them to recuperate any court costs and/or legal fees they have incurred.

If you do not want to continue with said plan, you can contact your financial institution and cancel any scheduled payment. Your bank has your better interest at hand and will not allow any fraudulent activity or scheduled drafts without your authorization. If you break this arrangement with my client by contacting your bank and cancelling, that will break the contractual obligation and my client will not be bound by this contract, and can therefore add any legal costs incurred by them to your judgement.

# ATTACHMENT 7

_collect commpys & alter change_

| # | Name | Col1 | Col2 | Total |
|---|------|------|------|-------|
| 6. | ASSET | 129.235 | 21 794 | $ 203,508 |
|  |  | 74 273 | 5864 | 27,000 |
| 11 | CAPITAL | 94 484 | 7946 | $ 94,484 |
|  |  |  |  | 7,946 |
| 4. | NATIONWIDE | 134 056 | 11.654 | $ 216,660 |
|  |  | 82604 | 4306 | 15,960 |
| 9. | COUNTY | 150 651 | 23 652 | $ 150,651 |
|  |  |  |  | 23,656 |
| 7. | EAGLE | 109 614 | 25 954 | $ 180,603 |
|  |  | 70 989 | 7595 | 33,549 |
| 3. | WORLD | 137 592 | 21 768 | $ 225,498 |
|  |  | 87 906 | 4228 | 25,996 |
| 12. | IRVINE | 47 880 | 4619 | $ 47,880 |
|  |  |  |  | 4619 |
| 8. | SOUTH COAST | 116 276 | 19 815 | $ 156,224 |
|  |  | 39 948 | 2261 | 22,076 |
| 2. | RAIN CROSS | 178 875 | 16 623 | $ 280,599 |
|  |  | 71 724 | 9879 | 26,502 |
| 5. | WEST | 139 144 | 23 994 | $ 226,211 |
|  |  | 77 067 | 8235 | 32,229 |
| 10. | SUPERIOR | 102 858 | 10 301 | $ 102,858 |
|  |  |  |  | 10,301 |
| 1. | UNIVERSAL | 157 587 | 31 658 | $ 253,295 |
|  |  | 95 768 | 12 028 | 43,756 |
| 13. | STATEWIDE | 29 976 | 1350 | $ 29,976 |
|  |  |  |  | 1350 |