

109 N. Maple Street

Gale Attachment 8

# ATTACHMENT 9



109 N. Maple St., Ste. C - room C

Gale Attachment 9