Option2. If they say no :ok what they're going to ask me for If you can't come up with the amount in full is 25% down to show representation to the court that you will get this taken care of in a timely manner and then they'll split the balance up into *(give them between 2 and 6 months)* for you. Will you be able to raise the down payment......(If they say no)....well then you will be served tomorrow... *(If yes)* .... Ok hold for a moment

(when you take them off hold)......
okay *(Debtor,)* I let them know your never received your demand letter and you weren't given a fair chance to settle this out of court and they've decided to reinstate for you, so let me take your information so I can fax it down to the county and have your name removed from the list to be served. My secretary will then put your case into a predismissal status which means you avoid any judgements, levies or leins and as long as you stick to the stipulations once you make your final payment that's when you will be released of all claims and liabilities my secretary will then send three paid in full letters to the three credit bureaus updating your status to paid in full which will bump up your credit store and then we will send a paid in full letter to your address for your records as well. Now were you using a visa mastercard discover or American express. ;)

Ok hold while I fax this over... go ahead and grab a pen I'll be right back with a confirmation #.

Okay *(debtor)*, you're all taken care of! Your case is in a predismissal staus so as long as you stick to the stipulations once we receive your final payment is when you'll be released liability you'll be receiving your stip letter from our company within the less then seven days. If you receive it and you have any questions contact this office you can reach me at *(ext._____)*

# Jim Lewis Spanish Closing Script

Senor/ Senora, tenemos un caso en nuestra oficina contra Sr./Sra (debtors name), es con quien estoy hablando? Mi nombre es (your alias) tenemos un caso civil contra usted por una linea de credito que abristes en tu nombre con (bank name) en (origination date). Mi cliente te va a demander por $(P&L plus spiff).

Hace 45 dias mi cliente te mando por correo una carta con una opportunidad para arreglar el asunto fuera de corte. Te dieron 30 dias para responder. Te puedo preguntar por que no respondistes a la carta? (Never got it) Todavia estas en (address)? Me estas diciendo que no tenia ni idea que te van a demandar?

Dejame preguntarte, algunavez has sido demandado? Dejame explicar lo que esta pasando. Hicieron lo que se llama un Asset and Liability Investigation. Descubrieron que calificaste con uno de los criterios para abrir una sentencia de 10 anos en uno de quatro modos: <u>Wage Garnishment-</u> (te quitan hasta 25% de tu pago en el trabajo) <u>Bank Account Levy-</u>(si tienes una cuenta de banco en tu nombre- te quitan el dinero de ayi) <u>Property Lien/ Motor vehicle Lien</u> (si tienes propiedad como casa or carro y los vendes te quitan el dinero ayi).

Trataron de resolvar esto fuera de corte pero cuando fallaste a responder a la carta que te mandaron nos dieron los documentos para comensar la demanda.

Ahora te van a demandar por $(P&L plus Spiff). Si van a corte te van a cobrar $1500 por el abogado y $1000 por los costos de corte. En total te van a demandar por ($ rounded amount). Ya te han servido con los papeles de corte? (Pause)

No? Okay, los voy a contactar ahorita para verificar que no han tratado de servite con los documentos... si eso es el caso les puedo informar que nunca recibiste la carta y no tubiste oportunidad para resolvar esto afuera de corte. Voy a ver si pueden reintegrar la oferta. Espereme en la linea un poco mientras que veo si ya entregaron los papeles de corte para servir. (Pause)

Gale Attachment 11

FTC-RMS-0009063

Si me dicen que pueden reintregar la oferta usted puede pagar los (P&L plus spiff) para resolvar esto afuera de corte?

Option1. If YES- Okay, un momento, por favor, los llamo ahorita

Option 2. If NO- Lo que me van a preguntar es si tu no puedes hacer el pago entero, necesitas pagar 25% para ensenar representation ala corte que vas a pagar fielmente el resto en pagos. 25% viene siendo (25% of total) y los pagos van hacer (monthly payments).... (NO)... si esa es tu decision, te van a servir los papeles de corte manana.... (If Yes)... Un momento mientras les llamo.

(when you take them off hold)
Okay (debtor) les dije que nunca recibiste la oferta por correo y no tubiste oportunidad para resolver esto fuera de corte. Van a reintregar la oferta. Voy a necesitar tu information para mandar un fax al condado para quitar tu nombre de la lista de los que van a servir. Mi secretaria va a poner tu caso en el estado de despido. Eso quiere decir que no mas que hagas los pago en tiempo evitas la sentencia.

Cuando recibimos el pago final estaras liberado de todos reclamaciones. Te mandamos una carta para tus archivos y tres cartas iguales al beureau de credito que aumentara su puntuacion de credito. Vas a usar una tarjeta de Visa/Mastercard/American Express? Esperame un poco les voy a mandar el fax.

Okay, todo esta areglado. Te vamos a mandar una carta por correo de entre 7 dias documentando todo de lo que hablamos hoy. No mas haga los pagos a tiempo y cuando recibimos el pago final es cuando te mandamos la carta que te resuelve de todo responsabilidad.

Si tienes preguntas me puedes llamar al extension (ext    )

— tarjeta de credito

## Gary Jones Closing Script

Before I can release your personal information I do have to confirm that im speaking with the correct person so if u can state your date of birth I will then confirm the last 4 of your social then we can begin..

Okay it does show here that there is a cival law suite being filed against you.. its in reguards to your _____ line of credit account number ending in _____ that you established on _____ .payments were made faithfully for _____ ... and then the account went into default... After that it passed through several phases of collections before it got to this point.... Now unless we can resolve this matter voluntarily outside of court... they will be sending out a court ordered summons to the home or place of employment... Once you are served you will be sued for the total amount due plus 2500 dollars for the court cost, processing, and attorney fees bringing the total rendering judgement amount to _____.

Now it does show here they did send you a demand letter about 45 days ago in the mail, giving you or your attorney 30 days to contact them and in that letter there was an out of court settlement offer... can I ask why you never responded to that letter?.... (never got it) Are you still at _____?... So you had no idea there was a lawsuit pending against you??

OK.. Have you ever been sued before? Okay let me explain: what they have done is called an asset and liability investigation against you and they did discover that you met one of the criteria to open up a 10 yr judgement and what that means is that if you go to court they will be pursuing you for the next 10 years through one of four ways: Either a wage attachment, bank account levy, property lean, or motor vehicle lean... Now they did try to settle out of court when they sent you that demand letter but when you failed to respond they forwarded the paper work to us to start the lawsuit.

What I can do is contact the attorneys on the back line and let them know that your stating you never recived your demand letter and weren't given a fair chance to settle this out of court and see if this something they will reinstate to you... if they do decide to reinstate this to you is this something that you would rather take care of voluntarily or is this something that you would just rather proceed with in court? If yes... do u have the _____ to settle this?

After figuring out a payment arrangement...

OK what im going to be doing is have this agreement faxed down to the county and have your name removed from the list to be served..that will put you into a predismissal status with the courts which means you will avoid any judgements, levies or leins as as long as you stick to the stipulations of this agreement. Once your final payment is made that's when you will be released of all claims and liabilities and will recive your paid in full letter.. just make shur u sign and date the stipulation letter and send it back to the return address... ok I have everything I need here to get this filed if u have and questions or concers feel free to contact me back... same number u dailed me at and ask for gary jones or extension 218

## Kevin Duran Closing Script

Thank you for holding am I speaking with _____

Before I release the information are the last four of ssn ____ (only if one ssn on c/r)

Looks like you are being set up for service, you are in the process of receiving a court order summons to appear in court. Looks like the processing department place your case on a temporary hold. Don't know why they did that...

You are being sued for your outstanding balance owed with (____). I am showing here that my client has conducted what is called an Asset and Liability Investigation report and they discovered that you DO!!! Meet the criteria to open up a 10 year judgment. Once the judgment has been filed they will pursue you for the next 10 yrs until the full balance is paid off. As of today your total balance that is owed on this account is (P+I+1000spiff). I do have to advise you that they will also be including 2500 in court cost and attorney fees to your judgment, which you will be held responsible for. Coming to a total of _____.

Now I am showing here in your file that back on _____ [45 days ago] they had mailed you an out of court settlement, giving you a chance to resolve this issue outside of court. Can I ask why you didn't respond? It was mailed to (give best address). Do you always have problems with your mail? I do not see it was return. I am showing here they offered to settle out of court for (P+I+1000 spiff) allowing you pay this avoiding the judgment being filed against you... (pause and wait for response) Now what I can do is place you on a brief hold and contact my client and see if there is any way to post pone the hearing and allow you to pay the settlement to get this case closed... pause.. before I contact my client do you even have the (P+I+1000spiff) to close the case? If yes then proceed, if no then ask "How much can you give today,..pause... how much can you give on your next pay period,...pause...when will you be able to pay the rest? These are the question they are going to ask (if they did not state they can pay more than the 25% down then say) Now they will need at least 25% down so that we can file a stipulation with the courts to show representation that this will be resolved outside of court. Once payment clears they will notify us of the payment and I will have my secretary re-file a new stipulation and forward the documents over to you. Is there someone you can turn to at this time to resolve this matter outside of court? (Then you place on hold and determine the payments) When you come back then offer payment arrangement and also offer (P+I+500spiff)

We are able to re-instate the out of court settlement. Where would you like all this information mailed to? You will be receiving a signature letter that will have to sign and return. What is the bank card that you will be using? We need this on file so that the attorney can sign off on the case and get this matter on a pre-dismissal status. Once payment clears they will notify us of the payment and I will have my secretary re-file a new stipulation and forward the documents over to you? You can expect them within 4-5 business days. To confirm this information will be mailed to____ ____Just as long as all the payments go through on the scheduled day you will avoid court and once the final payment clears you

Gale Attachment 11

FTC-RMS-0009137

If you want to handle this on a voluntary basis and what that means is that you don't want to go to court, I can see if my client will reinstate the demand letter back to you, because there was a couple different options to resolve this voluntarily.

### ( PUT ON HOLD )

My client has agreed to reinstate the demand letter back to you. I was able to reduce the interest by $_____ saving you around $_____. Or a one time payment of $_____ to settle this account. Secure this today before your served legal documents.

**Court** *my client would never take anyone to court that they feel they couldn't redeem their money...*

Once you go to court and the judgment is placed they will pursue you for the next 10 years to collect on this debt.

The courts will decide which way they collect this money in which the law allows them to in your state. ( beware, you live in a wage attachable state)

They will be able to collect their money in 1 of 4 ways   *"Contractual Law*
- Wage Garnishment ( 25% of your paycheck)   *Supersedes*
- Bank Accounts Levy's                         *Divorce Decree"*
- Community Property & Motor Vehicles Liens

### Stipulation Letter
I will be mailing you a stipulation letter. It will also have your payment arrangements & dates we've discussed. You will need to read and sign it, you will need to fax or mail it back to me within 2 days. Without your signature I will not be able to file your dismissal with the courts. This protects you...

### Final Payment
Once you make your final payment you will be released of all claims & liabilities on this debt. We will send a PIF letter to Experian, Equifax & Trans Union credit bureaus updating your status and a letter to you as well. We will then file your dismissal with the courts.

### End of close.
I'm glad I could keep you out of court and I hope things go well for you. Please feel free to contact me at anytime if you should have any questions regarding your account.

### My Job
My job is to inform you why your being subpoenaed into court. When you stand in front of the judge he will ask my client if you were informed of all these legal issues because I'm taking notes and this is being recorded. All of your purchases are on micro fiche.

### Card Member wants to speak to Client:
Our client doesn't deal with the general public you'll only see one of our attorneys when you go to court. We correlate with every major county & sheriffs department though out the United States. Whichever office that is closest to your county is where our attorneys will be coming out of, they will represent our main corporation which is here in California.

*RTP - In the demand letter our client offered you an out of course settlement for the principal bal I will give you 3 hr to make some cls. if u can ...*

64   **Gale Attachment 11**

~~800~~ ~~300~~ 219.00
~~900~~ ~~1100~~

1119  219.00
cost to file lawsuit

8 payments 335.10

before I get this reinstate this
do you have the
even  I want to see if this is something
you can even do?

50/100/ counter offer
hardship

full amount
unfortu. there is nothing I can do about it.

## What is a Judgment?

If you are having difficulties paying a debt and have either stopped paying a debt or substantially reduced the amount that you pay on a debt, a creditor might file with the court a judgment.

A judgment is a court ordered lien, meaning that a creditor has proof that money is owed and the court is asked to help the creditor receive the money owed. It should be noted that the court charges a fee for helping the creditor receive owed money and that even though the court helps a creditor try to recover debt, it can not guarantee that the debtor will pay it.

When a creditor files for a judgment, the party usually does so in civil court. Once the judgment is filed, the debtor should receive notification that a judgment has been filed against him or her and has the right to be present at a hearing. If the debtor does not show up for the hearing, the judgment is usually automatically filed in default and the debtor is now legally required to pay off the debt.

It should be noted that if you receive a notification to appear in court due to a creditor filing a judgment, you should definitely appear and explain your situation. Sometimes a judgment is filed for credit card debt or another type of unsecured loan. Many times individuals stop paying a credit card because they have an issue or a mistake was made. If this is the case, you should definitely appear in court to explain the situation before a judgment is allowed by the court.

Once a judgment is filed, there are many ways in which a creditor can try to reclaim any debt owed from the individual or party. First off there is a bank levy. This means that any money that is being held in your checking or savings account can be confiscated. However, some types of income are exempt including social security, child support, welfare benefits, etc.

Another way the court can make the debtor repay a debt is by wage garnishment or court repayment plan. In a wage garnishment about 25% of your gross wages are removed by your employer and paid to the court (this amount varies in each state). In a court repayment plan, an individual or party pays the court on a set schedule for a set time period until the debt is repaid.

Connie Barker is the owner of several informational financial websites including those dealing with Bad Credit Loans

# OBJECTIONS & ANSWERS

**OBJECTION:** I don't have the balance we need talk payments.

**RESPONSE:** In order to qualify you for a payment arrangement we will Need to fill out a hardship application to show why they Should authorize us to extend time on the debt.

**OBJECTION:** I'm filing bankruptcy my attorney will call you back.

**RESPONSE:** Have you paid the attorney there full retainer. I need there information as I'm sure your attorney advised you to give to all creditors.

**OBJECTION:** Calling my job is harassment and that is illegal.

**RESPONSE:** It is not illegal to locate you at your job in regards to a Bad debt you owe. In fact if we don't resolve this thing Today, it is your job that will be accepting service for you.

**OBJECTION:** My account was charged off by the bank, it's already on my Credit report, you can not collect on it anymore.

**RESPONSE:** You are under a legal contractual obligation to pay and that Does not change when an account is charged off. All it means Is you are no longer in a receivable ledger.

**OBJECTION:** My ex-spouse was ordered to pay this account in our divorce Decree.

**RESPONSE:** Contractual law supersedes divorce decree. Divorces are handled in Family Law Court and both parties remain legally Liable. I suggest you pay on a voluntary basis and then use your divorce decree to pursue action against your former spouse in order to retrieve your money

[handwritten top: "this is litigation Ms. White, how can I help you? Any verifiable proof / client signature on file. court / signat. analys."]

[handwritten left margin: "fine print"]

### Closer Script

Thank you for holding this is (Closer Name) am I speaking with (debtor name). To make sure we have the right person the last 4 digits of your ssn# is… Alright sir/mam it does show here we have pending court action filed against you. We are currently waiting for verification that you received your documents. Did you receive that paperwork today? (If they ask what type of paper work say a summons to appear in court, and once they say no ask how they got this number.) Oh ok well it sounds like a process server [handwritten: "local constable"] was trying to contact you. Grab a pencil and paper I'm going to upload your case from the attorney file and let you know exactly what is going on.

I do show a pending civil case against you, the documents for this case were sent out for processing ten days ago. [handwritten: "before it got to this level."]

You are being sued due to your outstanding issue with (debt). The principle balance of this account (not card) when it was charged off was (principle). Since the point of charge off interest has accrued at a default interest rate of 33.9% so right now before attorney fees and court costs are added the attorneys are taking you to court for (full spiff amount). Once this case reaches the court level and those fees are added [handwritten: "court cost processing fees,"] the attorneys will be looking to render a ten year judgment for (full spiff + 2500- do the math do not say amount +2500).

Now sir/mam I do show a demand letter was sent to you 45 days ago that gave you or your attorney 30 days to respond. May I ask why you never responded? (if they ask where it was sent to give them best 3 addresses on credit report, if not just listen to why and keep moving, only give addresses if they ask). Well sir/mam at this point since you physically have not been served I can see if the attorneys are still willing to honor the demand that was sent out to you forgoing court saving you roughly $3k. Did you want to take care of this voluntarily or did you want to go to court? (go completely silent and do not speak until they respond).

(if they say court.) Ok I will [strikethrough: "forward the request to"] [handwritten: "Advise"] the attorneys [handwritten: "and my client*"] that you would like to go to court and have your summons sent out. You should receive your summons in the next few business days. Good luck.

(if they say voluntarily) Then ask if they have the full spiff amount to get their case dismissed today… Negotiate from there… everything is in stats….

[handwritten bottom: "*That you have declined the offer to settle and that you want to go to court. What address do you want your summons sent to?"]

[handwritten: "per the contractual, you → Agreed that if you do go into default on this account, you would be resp. party for any court fees and Atty cost."]

[handwritten right margin: "Absolutely min. they will accept. Do you have this amount."]

[handwritten bottom left: "are you paid weekly or biweekly?"]

## MARY RUSH SCRIPT

Good afternoon/ Morning, this is Mary Rush (Litigation),

Am I speaking with Mr/ Mrs (Debtor Name)? it shows here I am just pending verification that you have been served the summons to appear in court? ... hmm okay so you have not signed for a summons to appear in court? Ok it sounds like you were contacted by a process server... okay, let me pull the case from the atty's office. Can you hold on just a moment for me?.... (THANK YOU ONE MOMENT)....

I do show a pending court action that was filed against you 10 days ago. You are currently being sued due to your HSBC/MASTERCARD account originally opened on x/x/xxxx. (go over debt information/charge off etc...)... Now per the contractual agreement with the original creditor it stated you are also responsible for a defaulted interest rate of 33.9%. ....with that added to the judgment my client is suing you for $ (total balance + spiff).

Now Mr/Mrs (DB), I do show that My client sent you a demand letter 45 days ago giving you or your atty 30 days to contact them, in that letter there was an out of court settlement offer, it was Offer of Settlement to have you not move forward with Litigation and a 10 year judgment. There was no response to this letter Sir/Maam, do you have any trouble with receiving your mail in the past? ...are you still located at (best known address).... We are always surprised when individuals don't respond back to the offer of settlement......Obviously the settlement offer is substantially lower then what they were suing you for... **

### *(THIS IS THE CONSEQUENSES!!!)*

So you had no idea there was a lawsuit being filed against you? (NO)...Oh my goodness!.... Have you ever been sued before? (NO)... I have to advise you that my client has already completed an asset and liability investigation against you, you meet the criteria to open up a 10 year judgment now what that means is that if you go to court they will be pursuing you for the next 10 years thru one of four ways: better known as two wage attachments, bank account levy, property lein or a motor vehicle lein. In addition to this you will also be responsible to cover your own court cost and processing fees as well as the retainer for the atty fee, making the total rendering judgment in court is (TOTAL AMOUNT +2500)..

**NOW......Let me see if there is something that I can do here for you...Showing at this point..... it DOES sounds like you were not given a fair chance to settle the account outside of court? So since it has not gotten to the judgment level I can have all court cost and processing fees as well as the retainer for the atty fee waived, with this..... If I can get this account reinstated keep this out of court completely, can you come up with the amount you are being sued for? (Prin/interest). If not, there is a 25% down to stop all pending action against you after that the atty's will accept 6 payments thereafter of the remaining balance. Let me put you on hold just a moment and explain to the atty's that you were not given a fair chance to settle the account out of court, and see what I can do to help you! Now before, I am able to get this reinstated will you even able to raise the (25%), I am just asking because the attys are going to ask me?...... okay let me put you on hold for a moment, I'm going to see what I can do here..

In the meantime don't sign for anything. Once you are served or after they have made 2 attempts to serve, there is nothing we can do. Now I'm sure if you contact me by 3pm everything will be fine However I cannot make any guarantees.

I just don't want to be caught off guard if you call tmrw and there is nothing I can do. Now I do have to secure these payments today with a postdated payment for June

How did you want to secure this payment? Debit / Visa / Mastercard

**(If they say no/RTP... or don't have money...offer principal balance and advise....)**

In the meantime don't sign for anything. Once you are served or after the process servers have made 2 attempts to serve, there is nothing that I can do, now I'm sure if you contact me within 24 hours, everything will be fine, however I cannot make any guarantees...I just don't want you to be alarmed or caught off guard if there is nothing that I can do... but I do wish you the best of luck in court if there is nothing that you can do here to keep yourself out of court.

\*\*HANG UP\*\*

**(When off of hold) – ppa/otr/std**

Okay (Mr/Mrs) I let my client know you never received your demand letter and you weren't given a fair chance to settle this account out of court and (they have decided to reinstate this for you...)

*GIVE ALL PAYMENT OPTION TO DB (3 OPTIONS)....*

Now I do have to file a stipulation letter showing proof to the atty's that you are agreeing to the offer, I can secure this today with a postdated payment up until 15th of the month as long as the payment method is secured today. How would you like to secure the offer of settlement? This is the only way that the atty will sign off on this for you and put your case in a predismissal status and remove you off the list of being served..... I can secure this today with a debt VISA/MASTERCARD OR CBP!!! Do you have that information in front of you?.....

Okay Mr/Mrs. (DB's name), at this part of the conversation, I do have to record this showing proof to the atty's that you have accepted the offer of settlement with the atty. Do I have you permission to record? .. (beep/beep), can I have you repeat your first and last name for the court records?

(Continue to take payment information/ when completed review all terms and agreement of the stipulations). (DB will state/YES)

Mr/ Mrs. (DB name) I will file this information immediately once the atty's receive the stipulation letter they will sign off on this for you and put your case into a predismissal status so you will avoid any judgments, levies or liens as long as you stick to the stipulations and release you of all claims and liabilities of this debt! Now I do have read this by law "If you have given fraudulent account information, or the payment comes back declined, you close the account or have insufficient funds on the account. The Atty will pull this file and transfer immediately to the District Atty's office, which will charge you 3x the amount and may file criminal charges against you and/or the named person on the account. Okay Mr/Mrs... I will get this filed right away for you, I just went ahead and removed you off of the list of being served..... Please contact me if you have any additional questions in regards to your case file, my name again is Mary Rush/ Litigation Xt 221.

THANK YOU!

Gale Attachment 11
FTC-RMS-0009116

say on every close.

Verf - Acct. Reps for
C&D

If you have given Fraudulent Account information or the Payment comes back declined, You Close the Account, Stop Payment, or have Insufficient Funds. the District Attorney will charge You 3x the Original Amount and May ~~prosecute~~ file Charges against you and/or The named Person on the Account.