# ATTACHMENT 12

# STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!!
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS HE/SHE TO YOU? PAUSE WOW GRAB A PEN SO SERVICE CAN BE REDIRETED TO THEIR HOME.

2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT? WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR. GRAB A PIN.

3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ----- COUNTY.

4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED

5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT

6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU LOOK AND FIND SOMETHING TO WRITE WITH.

7. QUESTION: I CAN SIGN FOR THE DOCUMENTS.
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.

8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.

9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

Gale Attachment 12
FTC-RMS-0010520

## CLOSER REBUTTAL ANSWERS

1. QUESTION: NEVER HAD AN ACCOUNT WITH THAT COMPANY
   A. SO YOUR TELLING ME YOU DON'T REMEMBER THIS ACCOUNT? IT SHOWS HERE THAT YOU MADE PYMTS FOR 2 YEARS.
   B. THE CLIENT COMPLETED AN ASSET AND LIABILTY INVESTIGATION AGAINST YOU AND HAS VERIFIABLE PROOF THAT YOU OPENED AND USED THIS CREDIT CARD.

   If still debating that they never had this account. At this point verify addresses and social. There are more rebuttals as the db will ask more questions. Hopefully everything will be answered below.

2. QUESTION: HOW DID THE INTEREST GET SO HIGH?
   A. I'm not a mathematician but if you would like to do the math you will see how easy the amount increases when you calculate at the 33.9% default interest rate.

3. QUESTION: I CALLED THE ORIGINAL CREDITOR AND THEY SAID ALL FEES AND INTEREST WERE INCLUDED AT TIME OF CHARGE OFF
   A. Per the contractual agreement that you agreed upon when you began using the card the interest continues until the account is paid off

4. QUESTION: I'M GOING TO FILE BK
   A. That might be a good idea for any of you other accounts in default. But it is not going to help you with this one. You are always hoping that the creditors do not show up to mediation. But I will assure you the client has invested money into this so by all means counsel will show up on their behalf. In the end you will be paying on this judgment for the next 10 years.

5. QUESTION: THIS WAS INCLUDED IN MY BK
   (Do not ask them to fax you anything. WE DO NOT CARE)
   A. In the investigation they have concluded that this debt was not resolved. You have a couple choices. You have every right to your day in court. I suggest you have your ducks in a row. The client will seek full recourse. Or you have a small window of opportunity to resolve this voluntarily. What would you prefer to do?

6. QUESTION: I NEED SOMETHING IN WRITING
   A. As I explained earlier a demand letter was mailed out to you 45 days ago. For whatever reason you chose not to respond. I know you said you didn't get it. I am not here to say whether that is or is not the case. What I am saying is the process has already begun. At this point there will be no more correspondence. Now I f you would like to resolve this voluntarily I can complete a hardship, file the stipulation and get you a copy of that stipulation with everything in writing. Would you like me to help you take care of this today.

Gale Attachment 12
FTC-RMS-0010521

7. QUESTION: I WANT YOU TO RESEND ME THE LETTER
   A. They can't at this time resend the demand letter. They are in the process of serving you the court order. There is no way my client is going to jeopardize this case being thrown out. Resending you the demand give you 30 days to respond.
8. QUESTION: I AM NOT GIVING YOU MY ACCOUNT INFORMATION OVER THE PHONE
   A. Providing bank information for making a payment is not something new. If you want to resolve we will have to secure the arrangement. You did say you want to resolve this voluntarily right?
   B. LAST RESORT. Offer prepaid card option. NO PROMISE TO PAY WITH MONEY ORDERS
9. QUESTION: WHEN WAS THE LAST PAYMENT MADE?
   A. If the account is in stats then give them all information. MAKE THEM FEEL COMFORTABLE. EXPLAING THE DEBT IN ITS ENTIRETY MAKES PEOPLE PAY YOU
   B. If not in stats. The information for last payment is not included. (Make sure you look at state laws for statute of limitations)
10. QUESTION: THIS WAS INCLUDED IN MY DIVORCE
    A. Civil super cedes divorce. You are still responsible for your own debt. My suggestion is to take care of this so you don't get a judgment rendered against you. Then take your ex to small claims court and get your money back.
11. QUESTION. I CAN'T GIVE YOU ALL MY TAX RETURN
    A. Do you not understand they have recommended levies on your bank accounts and that includes taking your tax refund. Your will not see a dime. Why not take care of this without paying of attorney's fees and court costs.
12. QUESTION. I HAVE OTHER BILLS THAT NEED TO BE PAID FIRST
    A. Obviously you are not taking this seriously. I you would rather have cable today and in the end have your wages extracted at 25% let me know now. I will not waste any more time trying to help you.
    (If not wage garnish state change wages extracted to Levy on you bank account)
13. QUESTION. THIS IS IDENTITY THEFT
    A. So it shows here that payments were made for over a year on this card. So you're telling me someone stole your identity and made your payments for you? If what you are saying is true then I have to tell you it is most likely some that you love. This only occurs with a family member or someone close to you. Of course they had every intention of taking care of this debt so you would never know. Unfortunately it did not get paid. Now what you will have to do is make a decision right now. Either choose to resolve this today I can waive the attorney fees and court costs. Or you can go to the police dept and file fraud against the person who did this. Now

75

remember fraud is the same as robbing a bank. I need an answer what would you like to do?

14. QUESTION: I GOOGLED YOUR PLACE A BUSINESS YOU'RE A SCAM

   A. Of course you will not find good things reported when it comes to owing money. There is never good press when someone is in the process of being sued. If you google large banks you will find the same. If you Google Facebook or Walmart again complaints complaints complaints. You have the choice to take care of your responsibility or stick your head the sand and pretend this isn't happening. What would you like to do? I can help you resolve this voluntarily saving you court costs and attorney fees.

15. QUESTION: I HAVE NO BANK ACCOUNT

   A. Why are you in check systems? (check CBR for CU or Bank Loans More training to come)

    (If they yes then send them to get prepaid)

    (If they say no then ask them to open up a bank account the fees are far less)

MORE TO COME!!

Gale Attachment 12
FTC-RMS-0010523

# JOB REBUTTAL ANSWERS

1. QUESTION: WE DON'T PASS INFORMATION TO THE EMPLOYEES
   A. LOOK I AM TRYING TO HELP YOUR COMPANY. THIS MATTER IS SERIOUS AND WILL CAUSE PROBLEMS AT THE JOB. GRAB A PEN AND GET THIS REDIRECTED TO THE EMPLOYEES HOME.
   B. STILL NO – (STRONGLY ASK) WHAT IS YOUR NAME AND YOUR POSITION IN THE COMPANY? WE WILL DOCUMENT FOR THE RECORD THAT YOU MADE THE DECISION FOR THE DB TO BE SERVED AT HIS PLACE OF EMPLOYMENT.

2. QUESTION: THEY NO LONGER WORK HERE
   A. WHAT WAS THE TERMINATION DATE?
   B. DO YOU KNOW WERE HE WAS TRANSFERRED TO. (IF LEFT THE COMPANY) DO YOU KNOW THE DB PERSONALLY? ARE U ABLE TO CONTACT THE DB? DO YOU HAVE THE CURRENT EMPLOYER?

      (Of course the best probing gets the most call backs. Get creative in your stats)
   C. WE ARE UNABLE TO REDIRECT SERVICE. MAKE SURE TO HAVE PROOF OF TERMINATION DATE WHEN THEY SHOW UP.

3. QUESTION: JUST GO AHEAD AND SERVE THE DOCUMENTS. WE WILL BRING UP THE DB THEN
   A. LOOK I SEE HERE THAT THERE IS AN OPPORTUNITY FOR SERVICE AT THE HOME RESIDENCE. MY SUGGESTION WOULD BE TO GRAB A PEN TAKE DOWN THE CASE NUMBER AND THE PH # TO THE ISSUING AGENT HANDLING THE CASE AND HAVE THE SERVICE REDIRECTED. THIS WILL HELP REDUCE ANY PROBLEMS AT THE WORK PLACE AND SAVE ANY POSSIBLE EMBARRASSMENT.

4. QUESTION: OUR POLICY IS.
   A. REPEAT THE SAME SCENARIO AS 3 ABOVE

5. QUESTION: IF TRANSFER TO VOICE MAIL
   A. CALL RIGHT BACK. TELL THEM YOU CAN NOT LEAVE A MESSAGE ON A VOICE MAIL THIS IS URGENT AND NEEDS TO BE HANDLED IMMEDIATELY. GRAB A PEN OR GET ME TO SOMEONE THAT CAN TAKE CARE OF THIS NOW.

6. QUESTION: WE DON'T VERIFY EMPLOYMENT OR GIVE OUT PERSONAL INFORMATION.
   A. I AM NOT ASKING TO VERIFY EMPLOYMENT. I AM TELLING YOU I HAVE A COURT ORDER HERE AGAINST ONE OF YOUR EMPLOYEES.
   B. I AM NOT ASKING FOR ANY INFORMATION. I AM TELLING YOU WE HAVE A COURT ORDER. I AM TRYING TO SET UP SERVICE. GRAB A PEN GET DB TO REROUTE THIS CASE TO HIS HOME. HELP YOURSELF AND HELP YOUR EMPLOYEE.

Gale Attachment 12
FTC-RMS-0010524

# HARDSHIP REBUTTALS

1. Why should I give you my information?
   a) Our client has already completed the asset and liability investigation. They have all the information they need to pursue you in court. If you want to resolve this voluntarily I need to show that you are cooperative and the information you give coincides with the information they have.
   b) If you have the money to pay off the balance now we don't have to worry about the hardship.
   c) Let's just get this done
2. I'm not giving you my work information.
   a) Then you are choosing to go to court. I thought you wanted to get approved for payments.
   b) The reason we are doing this is to get you approved for small monthly pymts
3. I'm not giving you my work number. I do not want you calling me.
   a) I have no intentions of calling you at work. Again I thought you want to resolve this voluntarily. As long as you keep to your agreement then there is no need to call you.
   b) I need to verify that you have given me a verifiable place of business. Is this you direct line or the main number. (REVERSE # IN 411 REVERSE LOOKUP)
4. Where does your spouse work? This has nothing to do with my spouse!
   a) I'm not saying this has anything to do with your spouse. We are trying to establish if you qualify for monthly payments. It appears your income does not qualify you.
   b) I do think your joint income will make them review the application more openly.

   Then skip where spouse works. Ask the DB what the spouse brings home. Also ask spouses pay dates etc
5. Name of Bank... I'm not giving you my bank information.
   a) Why? Again the client has all the information thru the investigation. I bank at Bank of America. I am just trying to get the most accurate information that the client has on file.

6. REFERENCES - I am not giving you numbers to harass my family members.
   a) Look it's the last part of the application. Again if you agree to a payments there is no need to make a call to anyone
   b) If you were going to the bank to apply for a personal loan, or an interview for a job or even trying to purchase a new car references are part of the application. So stop making this so hard on yourself. What's your moms name. What's here phone number.

Gale Attachment 12
FTC-RMS-0010525

# ATTACHMENT 13

When you go to court my client will render a 10 yr. judgment against you, what that means is
they will be able to collect their money in 1 of 5 ways, Wage Attachment (25%) Bank Account
Levy, Property & Motor Vehicle Liens and Federal Income Tax dollars owed to you each yr.
OR ORDER YOU TO PAY IN FULL WHIN 30 DAYS

The courts will decide which way they collect this money in which  the law allows them to in
your state. You can avoid going to court and secure this today on a voluntary basis and save
yourself $2500 in court cost & attorney fees.

Stipulation Letter
I will be mailing you a letter of stipulation.
It will have my client's information on it, it will also have all the information regarding the
original account, the agreement you settled on and the payment arrangements.
Enclosed there will be a form for you to sign that your agreeing to all the terms & conditions
we discussed. You will have to fax or scan the form back to me so I will be able to file your
dismissal.

Final Payment
Once you make your final payment thats when you will be released of all claims and liabilities.
I will then send 3 letters to Experian, Equaifax & Trans Union credit bureaus updating your
status to paid in full which will raise your credit score. We will send a paid in full letter to your
address for your records as well.

Card Member wants to speak to Client:
Our client doesn't deal with the general public you'll only see one of our attorneys when
you go to court. We correlate with every major county & sheriffs department though out
the United States. Whatever office that is closest to your county is where our attorneys
will be coming out of, they will represent our main corporation which is here in
California.

Gale Attachment 13

For The Closers:

"I don't feel comfortable giving you my personal checking information or credit card, I need something in writing"

Mr. / Ms. _____, I understand your concern, unfortunately, we do need to secure a form of payment with a payment plan, to stop this action. This is a legal document that if you choose not to settle, and go to court, will bind my client to the amount they offered you. This can be used against them to recuperate any court costs and/or legal fees they have incurred.

If you do not want to continue with said plan, you can contact your financial institution and cancel any scheduled payment. Your bank has your better interest at hand and will not allow any fraudulent activity or scheduled drafts without your authorization. If you break this arrangement with my client by contacting your bank and cancelling, that will break the contractual obligation and my client will not be bound by this contract, and can therefore add any legal costs incurred by them to your judgement.

Verifying account information on any electronic payments (debit and CBP)

If you have given fraudulent account information or the payment comes back declined, you close the account, stop payment or have insufficient funds. The District Attorney WILL charge you 3 x the amount and may file criminal charges against you and / or the named person on the account.

Gale Attachment 13

# ATTACHMENT 14

## RE: top ten

Barbara Oneill

**Sent:** Thursday, April 07, 2011 11:51 AM

**To:** Wayne Lunsford [wayne.heavyhitter@gmail.com]

Hahalll me and Mike have a new handshake, it's a high 3!!!!!!!

Both of us are #3 in the company!!!!! SWEEEEEEETTTT!!!!!! We Rock!!!!!

1. Rincon 285,115
2. City  261,158
3. National 209,147
4. Global 195,567
5. West 192,070
6. Union 158,235
7. Rockwell 116,541
8. Maple 108,800

**From:** Wayne Lunsford [wayne.heavyhitter@gmail.com]
**Sent:** Thursday, April 07, 2011 10:43 AM
**To:** joncook1979@yahoo.com; edward polaco; Denise Deakins; Tina Coca; Alex Marquez; Barbara Oneill
**Subject:** Re: top ten



| SMP | $56,065.98 | $3,308.80 | $4,950.00 | $8,213.20 | $2,647.04 | $15,810.24 | rincon |
| TLL | $34,410.92 | $1,937.16 | $4,950.00 | $3,882.18 | $1,549.73 | $10,381.91 | city |
| MJH | $31,842.03 | $1,975.84 | $4,950.00 | $3,368.41 | $1,100.67 | $9,419.08 | national |
| RVO | $29,419.70 | $2,793.35 | $4,950.00 | $2,883.94 | $2,234.68 | $10,068.62 | west |
| JS  | $29,539.36 | $2,045.47 | $4,950.00 | $2,907.87 | $1,636.37 | $9,494.24 | natolnal |
| RSL | $26,192.22 | $3,167.06 | $4,950.00 | $2,238.44 | $2,533.65 | $9,722.09 | rincon |
| TMG | $23,280.22 | $3,343.65 | $4,950.00 | $1,656.04 | $2,674.92 | $9,280.96 | global |
| WLM | $22,519.90 | $3,557.77 | $4,950.00 | $1,503.98 | $2,846.22 | $9,300.20 | global |
| TLH | $22,950.95 | $1,164.14 | $4,950.00 | $1,590.19 | $931.31 | $7,471.50 | global |
| ART | $21,202.70 | $2,390.69 | $4,950.00 | $1,240.54 | $1,912.55 | $8,103.09 | union |

Gale Attachment 14
FTC-RMS-0009103

# ATTACHMENT 16

# RAINCROSS FILING SERVICES

## 1240 E ONTARIO AVE SUITE 102-198
## CORONA, CA. 92881
## PHONE: 877-287-4435
## FAX: (951) 824-5280

### OTHER OFFICES:

**CAPITAL FILING:** (888-430-1651)   **Art Castillo**

**CITY INVESTMENT SERVICES:** (877) 571-5190   **Tina Coca**

**COUNTY FILING:** (888-416-8110)   **Todd Lupe**

**GLOBAL FILING:** (877) 527-9806   **Alex Marquez**

**MAPLE INVESTMENTS:** (866) 677-3855   **Denise Dekins**

**PRIME WEST MANAGEMENT:** (866) 699-3848   **Denise Dekins**

**RINCON MANAGEMENT:** (877) 401-6202   **John Cook**

**ROCKWELL:** (877) 713-4371   **Edward Polaco**

**UNION MANAGEMENT:** (877) 696-8121   **John Cook**

### CORPORATE OFFICE:

**HEATHER & DEE** (951) 547-2040 [LETTER REQUESTS & CHANGES]

**CARI** (951) 547-2043 [**MANAGER** RECEIVES PAYMENTS & CHANGES]

**JESSICA** (951) 547-2044 [RECEIVES PAYMENTS & CHANGES]

**ROCHELLE WORD** (951) 547-2038 [RUNS PAYMENTS]

**SHEWAN** (951) 547-2048 [**MANAGER** ACCOUNTING & PAYROLL]

Gale Attachment 15