# Heavy Hitters Investments
# Standard Operating Procedures

## Creating a NEW Settlement

Note, before entering any payments, please make sure current address is updated in Current Info Tab (between notes and call history tabs)

1. Click on Debt Info Tab (between Skip Trace and Payments tabs)
2. In the top right corner in the settlement tab – enter the settlement amount (the whole amount including all payments)
3. Enter either the % amount or the $ amount (it is not necessary to do both, whichever one you choose, it will update the math in the other tab)
4. Enter the Deposit Date (this is for the first payment only, i.e. if your deposit is 500.00 but only 250.00 is the first portion of the deposit, enter the 250.00 Date)
5. Then under Pay Plan Info. You will enter the type of payment
    a. Dropdown menu will give you the following
        i. Monthly, , Weekly, 2 weeks, 4 weeks, Single
6. The system will calculate the payment amount based on a 6 month plan. Change the # of months for the payment plan (If you want a specific payment amount, click the box to the right to lock the payment amount first, then enter that amount.)
7. Enter the starting date for the payments
8. IMPORTANT ... Read the Pay Plan Summary and make sure it makes sense to you.
9. On the bottom right, click the ADD settlement button
10. New Payment Wizard Screen will pop up, make sure the dates and payment amounts are correct. If they are not, you can edit dates and amounts with the drop down options.
11. If all payments and dates are correct, add payment method. Check appropriate box, either CC, CBP or Mail in.
12. Make sure name is spelled correctly in system as it appears on DB's form of payment.
13. Click dropdown menu , then choose from the following; Amex, Visa Mastercard or Discover.
14. Type in Credit card, CVC, Exp. Date.
15. Make sure Billing address information matches where the billing statement for the card goes to, including any unit or apartment # and then zip code.
16. Click bottom right hand tab, Add Payments. This will complete the payment process. If there is a Credit card payment due to be run today, it will ask you if you would like to run it now. Select Yes and the system will give you an instant response. If it is declined, the screen will remain open and you can enter different Credit Card Information and try again. Once the payment is successful, the screen will close automatically.

*** AFTER CREATING A SETTLEMENT, MAKE SURE YOU SEND A SETTLEMENT AGREEMENT LETTER ***

# Heavy Hitters Investments
# Standard Operating Procedures

## Creating a Verification of Debt Letter

The Verification of Debt letter is only to be used when the debtor does not want to even discuss a settlement with proof that we own the debt. It does not contain any settlement information or the $1,000 in SPIFF money. However the letter does state that they may be liable for additional fees associated with this debt.

Note, before creating the letter, please make sure current address is updated in Current Info Tab (between notes and call history tabs)

1. Click on Letters / Doc Tab (between Payments & Calendar tabs)
2. Select Verification of Debt and press the process button
3. The system will open the letter creation wizard
4. Modify the Debtor Info for the letter, if necessary.
5. In the top right corner, select one or more methods for sending the letter.
6. Press the Preview button to preview the letter.
   (LOOK AT THE LETTER CLOSELY ... DO NOT ASSUME IT IS CORRECT)
7. Close the preview window and the system will take you back to the letter creation wizard where you can press the Send Button.

*** *Mail is sent out once per day for the previous days letters. Email is sent instantly, but can take up to 10 minutes to arrive. Faxes are sent within the hour.*

# Heavy Hitters Investments
# Standard Operating Procedures

## Creating a STIP Letter

The STIP letter is only to be used when the debtor will NOT agree to a Settlement or give you any payment information until they have a letter in hand. It is like the Create Settlement system, but does NOT give you the ability to select specific dates. It is designed to be a generic letter. If the debtor wants to see specific details … then you tell them that once a payment arrangement has been created with payment information, a Settlement Agreement will be sent out with exact dates listed.

Note, before creating the letter, please make sure current address is updated in Current Info Tab (between notes and call history tabs)

1. Click on Letters / Doc Tab (between Payments & Calendar tabs)
2. Select STIP Letter and press the process button, The system will open the letter creation wizard
3. In the top right corner, enter the settlement amount (the whole amount including all payments)
4. Enter either the % amount or the $ amount (it is not necessary to do both, whichever one you choose, it will update the math in the other tab)
5. Enter the Deposit Date (this is for the first payment only, i.e. if your deposit is 500.00 but only 250.00 is the first portion of the deposit, enter the 250.00 Date)
6. Then under Pay Plan info. You will enter the type of payment Plan
    a. Dropdown menu will give you the following
        i. Monthly, , Weekly, 2 weeks, 4 weeks, Single
7. The system will calculate the payment amount based on a 6 month plan. Change the # of months for the payment plan (If you want a specific payment amount, click the box to the right to lock the payment amount first, then enter that amount.)
8. Enter the starting date for the payments
9. IMPORTANT … Read the Pay Plan Summary and make sure it makes sense to you. This is what the MAIN portion of the letter will say.
10. Press the Next button and modify the Debtor Info if necessary.
11. You can review the Settlement Info again, and if necessary also add a onetime settlement offer to pay a lesser amount.
12. Select one or more methods for sending the letter and Press the Preview button.
    (LOOK AT THE LETTER CLOSELY … DO NOT ASSUME IT IS CORRECT)
13. Close the preview window and the system will take you back to the letter creation wizard where you can press the Send Letter Button.

*** *Mail is sent out once per day for the previous days letters. Email is sent instantly, but can take up to 10 minutes to arrive. Faxes are sent within the hour.*

# Heavy Hitters Investments
# Standard Operating Procedures

## Creating a Settlement Agreement Letter

The Settlement Agreement letter must go out every time we settle a debt. It contains the information about the settlements and the payment arrangements. It also acts as a signature letter for them to acknowledge the debt. It can ONLY be created once a settlement agreement is put in the system and the payment plan is in balance.

Note, before creating the letter, please make sure current address is updated in Current Info Tab (between notes and call history tabs)

1. Click on Letters / Doc Tab (between Payments & Calendar tabs)
2. Select Settlement Agreement and press the process button
3. The system will open the letter creation wizard
4. Modify the Debtor Info for the letter, if necessary.
5. The system will confirm the settlement amount and show any payments that have actually CLEARED THE BANK ... not just pending payments.
6. You have the option at this point to offer a reduced settlement if paid early.
7. Select one or more methods for sending the letter.
8. Press the Preview button to preview the letter.
   (LOOK AT THE LETTER CLOSELY ... DO NOT ASSUME IT IS CORRECT)
9. Close the preview window and the system will take you back to the letter creation wizard where you can press the Send Button.

*** *Mail is sent out once per day for the previous days letters. Email is sent instantly, but can take up to 10 minutes to arrive. Faxes are sent within the hour.*