# EXHIBIT

# A1



P.I.G. used to sell debt to Collection Entities which would then collect in their own name with their own accounts, including merchant accounts.
Complicated accounting- too many merchant accounts.