# EXHIBIT

# A2



Collection Entities collect debt in the name of P.I.F. and payments are made to P.I.F. via one merchant account to simplify accounting. From proceeds, P.I.F. pays C.E. commissions, manager's fees and operation expenditures.