1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARICELA SEGURA, CA Bar No. 225999
RAYMOND E. MCKOWN, CA Bar No. 150975
e-mail: msegura@ftc.gov and rmckown@ftc.gov
FEDERAL TRADE COMMISSION
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Telephone: (310) 824-4343
Facsimile:  (310) 824-4380

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

                                    Plaintiff,

        v.

RINCON MANAGEMENT
SERVICES, LLC, et al.

                                    Defendants.

Case no. EDCV11-01623

THIRD DECLARATION OF FTC
INVESTIGATOR ANN STAHL IN
OPPOSITION TO MOTION TO
MODIFY THE PRELIMINARY
INJUNCTION

Hearing:
Date: Monday, January 30, 2012
Time: 2:00 p.m.
Place: U.S. Courthouse, courtroom 2
3470 Twelfth Street, Riverside, CA
92501

<u>DECLARATION OF ANN STAHL</u>

1.      My name is Ann Stahl.  I am an investigator with the Federal Trade Commission ("FTC").  I work in the Western Region, Los Angeles office.  The following statements are within my personal knowledge and if called upon as a witness I could and would competently testify thereto.  I submit this declaration in support of the FTC's opposition to Defendants' motion to modify the preliminary injunction issued on November 10, 2011.

2.      On October 13 and 14, 2011, pursuant to the temporary restraining order ("TRO") entered in this action, FTC staff engaged in immediate access of the following business premises belonging to Defendants: 980 Montecito Dr., Suite 205, Corona, CA 92979; 495 E. Rincon St., Suites 201 and 204, Corona, CA 92879; 268 N. Lincoln Ave., Suite #9, Corona, CA 92882; and 109 N. Maple St., Suite C, Corona, CA 92879.  I have personally been to all four of those offices and am familiar with their layout and the documents found at each.  My first and second declarations, docket ## 25-1 to 25-10 and 32-1, respectively, generally describe the layout and the documents found at the 980 Montecito Dr., Suite 205, Corona, CA 92979 and 268 N. Lincoln Ave., Suite #9, Corona, CA 92882.  The layout and documents found at the offices located at 495 E. Rincon St., Suites 201 and 204, Corona, CA 92879 and 109 N. Maple St., Suite C, Corona, CA 92879 are discussed in the second Declaration of Bruce Gale, docket ## 25-11 to 25-22.

3.      Sometime in December 2011, counsel for the FTC informed me that there were additional offices owned and operated by Defendants, which the FTC did not enter on October 13 and 14, 2011.  These were offices located at: 3610 Central Ave., Suite 200, Riverside, CA 92506; 10370 Hemet St., Suite 110, Riverside, CA 92503; 1351 Pomona Rd., Suite 120, Corona, CA  92882; 1181 California Ave., Suite 203, Corona, CA 92881; and 1241 Park Place  #B, Cedar Rapids, IA 52402.  I was informed that the Iowa office had been closed in October 2011 by Defendants' employees due to the fact that the lease term had ended.

4.     The FTC made arrangements with Receiver Richard Weissman so that I could visit the following business premises in California: 3610 Central Ave., Suite 200, Riverside, CA 92506; 10370 Hemet St., Suite 110, Riverside, CA 92503; 1351 Pomona Rd., Suites 116 and 120, Corona, CA 92882; and 1181 California Ave., Suite 203, Corona, CA 92881.

5.     On December 23, 2011, I visited 1181 California Ave., Suite 203 and 1351 Pomona Rd., Suites 116 and 120, in Corona, CA.  On December 28, 2011, I visited 10370 Hemet St., Suite 110 and 3610 Central Ave., Suite 200, in Riverside, CA.  During those site visits, I was accompanied by Mr. Weissman's employee Dipo Fashakin, who had keys to the office suites.  The goal in my visits to these offices was to see the computers and other equipment remaining in those offices and the documents that were contained in those offices that were possibly used by collectors.  I also planned to ask the Receiver's permission to obtain copies of any relevant documents found at those offices.  In addition to these site visits, FTC staff have continued reviewing the documentation and paperwork copied from the four offices that we entered on October 13 and 14, 2011.

6.     The following is a description of additional documents that we obtained in our visit to Defendants' office at 980 Montecito Dr., Suite 205, Corona, CA 92979 in October 2011, as well as a description of the offices at the 3610 Central Ave., Suite 200, Riverside, CA 92506; 10370 Hemet St., Suite 110, Riverside, CA 92503; 1351 Pomona Rd., Suites 116 and 120, Corona, CA 92882; and 1181 California Ave., Suite 203, Corona, CA 92881, and some of the documents found at those offices in December 2011.

### 980 Montecito Dr., Suite 205, Corona, CA 92979

7.     In my first declaration, docket ##25-1 to 25-10, I attached samples of Employee Guides containing scripts, rebuttals, and other instructions to collectors that were found at 980 Montecito Dr., Suite 205.  As discussed in my first declaration, this office was the company headquarters for Defendants' collection

2

1  business.  These Employee Guides and scripts are Attachments ("Att") 2, 3, and 4
2  to my first declaration.  Docket ("dkt") #25-1 p.23–25-3 p.11; 25-3 p.13–25-3
3  p.45; and 25-3 p.48–25-4 p.12.  Attachments 2, 3, and 4 were not all of the scripts
4  we found and copied from that location, and there were other loose copies of
5  similar scripts in an unmarked folder in Wayne Lunsford's desk, which is marked
6  as C2 on the map submitted as Att. 1 to my first declaration.  *See* dkt 25-1 p.19.
7  **Attachment 1** is a true and correct copy of excerpts of some of those loose copy
8  scripts found in Mr. Lunsford's desk.

9       8.    As discussed in my first declaration, the FTC also copied settlement
10  agreement forms, which were sometimes titled "Offer of Settlement."  These forms
11  were contained in file folders marked with a date.  I attached excerpts of these
12  forms to my first declaration.  *See* dkt 25-1 p.10-11; dkt #25-5 p.37, dkt #25-5
13  p.51.  One settlement agreement that we did not attach contained a note from a
14  consumer to the company Superior Filing Services, with a handwritten note by the
15  consumer indicating that she was under the impression she was paying to settle a
16  lawsuit.  **Attachment 2** is a true and correct redacted copy of that settlement
17  agreement form dated October 11, 2011.

18              **1181 California Ave., Suite 203, Corona, CA 92881**

19       9.    On December 23, 2011, I went to Defendants' office at 1181
20  California Ave., Suite 203.  The office is in a large, modern two-story office
21  building.  Suite 203 appeared to be a collector telephone room similar to those
22  found at the other Defendant locations, such as the office at 268 N. Lincoln Ave. in
23  Corona, the map for which is Att. 23 to my first declaration.  A large room in Suite
24  203 at 1181 California Ave. was filled with rows of tables that contained work
25  stations, many of which had a computer, monitor, and phone headset.  I counted a
26  total of 47 work stations in that large room, but only 23 of these work stations had
27  computers and monitors on them.  There was also a glass-enclosed room in the
28  back.

10.     The large room in this suite did not contain many documents.  In this regard it was very different from the other of Defendants' offices I had visited on October 13 and 14, 2011, in that the workstations at those offices typically contained a number of scripts, credit card authorization forms, and other documents related to collection activity.  This office appeared to be cleared of such documents.

11.     Among the very few documents I found at 1181 California Ave., Suite 203 were papers attached to the wall with the address and phone number for StateWide Associates Group.  **Attachment 3** is a true and correct copy of one of the papers with StateWide Associate Group's address and telephone number.  Another document I found in that suite was a letter from a consumer to Statewide Associate Group found on the copy machine in that suite.  **Attachment 4** is a true and correct redacted copy of that consumer's letter.  There was another document next to the copy machine titled "STO LIST."  **Attachment 5** is a true and correct redacted copy of the STO list.

### 1351 Pomona Rd., Suites 116 and 120, Corona, CA 92882

12.     At the 1351 Pomona Road location there are two suites that were occupied by Defendants:  Suite 116 and Suite 120.  While we were visiting this office, the on-site manager told me and Mr. Fashakin that the tenants had cleared out the two suites during the last weekend of October.  The on-site manager recalled that it was the weekend before Halloween (October 31st).  These suites contained desks, not long tables with work stations as at the 1181 California Ave. office.  A number of desk drawers were empty.  However, there were many desks that contained scripts, employee instructions, and other collection-related documents that had been left on the desk tops and in some of the desk drawers.  The desktops did not contain computer monitors or headsets.  There were keyboards on some of the desks, suggesting that the desk did, at one time, have a computer on it.

13.     **Suite 120**:  This suite is the larger of the two office suites.  It is in front of the building and accessible from the parking lot.  This suite consists of three rooms:  an office to the left of the suite entrance, containing 8 desks, a large main room that contained 24 desks, and another smaller office off of the main room.  On numerous desktops and in desk drawers in the main room of Suite 120 and the adjacent smaller room I found scripts, rebuttals, and collector instructions which were substantially similar, if not identical, to those I saw at the other of Defendants' offices that I visited on October 13 and 14, 2011, and which I submitted as Attachments 2, 3, 4, 34, and 35 to my first declaration.  *See* dkt #25-1 p.23–25-3 p.11; 25-3 p.13–25-3 p.45; 25-3 p.48–25-4 p.12; 25-9 p.72-75.

14.     Among the documents I found in the main room of Suite 120 were scripts and instructions titled:  Official Talk Off, Standard Talk Off, Home Standard Talk Off, Job Standard Talk Off, Jim Lewis Closing Script, Quality Control Talk Off, Quality Assurance Dept. Talk Off, Hardship Script, STO Rebuttal Answers, STO Common Responses, Job Rebuttal Answers, Closer Rebuttal Answers, Hardship Rebuttals, Objections and Answers, Regular MSG, BKP MSG, Quality Control Dept. MSG, Several Attempts MSG, Message, Payment Decline Script for Dialers, How to Answer the Phone, Activating and Working an Account quiz, Working for this company is not a job it is an opportunity, How to work an account correctly, Working New Business, and STO List.  **Attachment 6** are true and correct copies of samples of these scripts, rebuttals, and collector instructions that I found on numerous desktops and in desk drawers in the main room in Suite 120.

15.     On one of the desks in the main room, I found a document titled "military locators," which included a telephone number of U.S. Marine Corps headquarters with information on how to locate active duty Marines.  **Attachment 7** is a true and correct copy of that document.

16.     On another desk in the main room, I found an e-mail from a consumer

to CustomerService@WestcoastFiling.net disputing the validity of a debt and demanding verification of it.  **Attachment 8** is a true and correct redacted copy of that e-mail, dated September 28, 2011.

17.     The smaller office off the main room was apparently occupied by someone named "Denise" and was almost completely empty of documents. Among the documents in that room was a large desktop calendar with names, including "Maple," "South," and "Prime," written on it with dollar figures next to them.  **Attachment 9** is a true and correct copy of the October 2011 page from the desk calendar.  (The copy of the calendar page has been reduced so that it could fit on an 8 ½ x 11-inch sheet of paper.)  On the floor in front of the desk in this office was a small stack of documents, including demand letters and emails from attorneys representing debtors that were addressed to Prime West Management, and one complaint letter from a consumer addressed to "Mrs. Miller" of Prime West Management.  **Attachment 10** are true and correct redacted copies of these demand letters.

18.     **Suite 116**.  The entrance to Suite 116 is through the main lobby of the office building; it is not connected to Suite 120.  Suite 116 consists of one large room and a smaller second room.  The two rooms contained a total of 32 desks. On a number of those desks I found many of the same documents, such as the scripts, rebuttals, and message instructions that I found in Suite 120.  **Attachment 11** are true and correct copies of samples of the scripts, rebuttals, message instructions and other collection documents that I found on the desks in Suite 116. In a drawer in one of the desks in Suite 116, I also found what appeared to be an organizational chart for the office.  **Attachment 12** is a true and correct copy of the organizational chart I found in Suite 116.

### 10370 Hemet St., Suite 110, Riverside, CA 92503

19.     The 10370 Hemet Street office is in a modern three-story office building.  Suite 110 is listed on the lobby building directory as "County Filing

Services, Inc.," and there is a sign outside the suite door with the same company name.  The suite consists of a large main room housing 39 work stations (most with a computer, monitor, and headset), a separate glassed-in office facing the main room, another office filled with computers and other computer equipment, a small server room, and a kitchen.

20.     The main room with the 39 work stations contained no documents or other items at the individual work stations, but on a table next to one of the work stations there was a large stack of folders and loose documents, including numerous collection scripts, rebuttals, and other collection documents that I had found in the other collection rooms.  The stack appeared to be comprised of several different collectors' folders and other documents.  Within the stack were numerous copies of the following scripts, which I have previously submitted as attachments to my first declaration:  Home Standard Talk Off, Job Standard Talk Off, rebuttal answers, Jim Lewis Closing Script, "Denise Wright process server," and scripts in other languages, including Spanish.  **Attachment 13** are true and correct copies of samples of these scripts and other documents that were stacked in Suite 110.

21.     Also within that stack was a document with the heading "CAPITAL FILING SERVICES" containing several designations, telephone extensions and names of employees.  There were also numerous credit card and check-by-phone forms for Capital Filing Services similar to those that I saw at the other of Defendants' offices.  **Attachment 14** are true and correct redacted copies of samples of these documents for Capital Filing Services.

22.     There were also a few copies of the documents describing "Federal law Prohibiting Interference with Service of Process" and copies of a section of the UCMJ (Uniform Code of Military Justice) regarding debts owed by members of the military.  **Attachment 15** are true and correct copies of samples of these legal resources pertaining to interference with service of process and debts owed by members of the military.  Also within that stack of papers were a few copies of an

7

announcement regarding a "Skill Building Training" meeting scheduled to be held at the 495 E. Rincon St., Ste. 150, Corona location. **Attachment 16** is a true and correct copy of this skill building training announcement.

### 3610 Central Ave., Suite 200, Riverside, CA 92506

23.    The 3610 Central Ave. office is located in a six-story office building. There is no tenant name listed on the building directory in the lobby next to "Suite 200," nor is there a company name on the door to the suite. Within Suite 200 there is a large main room with 27 work stations (all but one of them contained a computer monitor and keyboard), a smaller office facing the main room, and several smaller rooms off a hallway beyond the main room. The smaller rooms generally did not contain any documents and a few looked like they housed two to five workstations that did not contain computer monitors. There was another room that appeared to have housed a computer server or other electronic equipment that was no longer there. Two of the small rooms did contain some documents, such as scripts, rebuttals, and a handout with a copy of a section of the UCMJ (Uniform Code of Military Justice) regarding debts owed by members of the military. **Attachment 17** are true and correct copies of documents found in two of the smaller offices in Suite 200.

24.    Many of the workstations in the large room in Suite 200 contained the same scripts, rebuttals and collector instructions that I have previously submitted as Attachments to my first declaration and have included above with this declaration. The documents included the Home Standard Talk Off, Job Standard Talk Off, Standard Talk Off, Closer Script, STO Rebuttal Answers, Closer Rebuttal Answers, Job Rebuttal Answers, Regular MSG script, Several Attempts MSG, How to Answer the Phone ("tell them, 'It sounds like you were contacted by a process server' …"), BKP MSG ("I'm calling with the Process Service Division again …."), Quality Control Talk Off, Quality Control Dept. MSG, a copy of a section of the UCMJ (Uniform Code of Military Justice) regarding debts owed by

members of the military, and a document entitled "Signature is Required Before
Release Letters Provided " ("THE PART OF THE TALK OFF AFTER THE
DEBIT CARD HAS BEEN SECURED … I will file a stipulation with the court").
**Attachment 18** are true and correct copies of samples of the foregoing documents
found in the large room in Suite 200.

25.    In the third separate office that was facing the main room in Suite 200
I saw documents with Todd Loop's name on them, suggesting that this might be
his office.  In that office I found many of the same scripts attached to this
declaration and to my first declaration.  Some of the scripts were loose on the
desktop in the office, while others were in a binder.  These scripts included the
various talk off scripts, the rebuttals, and the message scripts.  **Attachment 19** are
true and correct copies of samples of the scripts that I found in that office.

26.    Also in that office were copies of emails to or from Wayne Lunsford.
One email dated May 9, 2011 was from Wayne Lunsford to several managers,
listing employee names with dollar figures next to them.  Another email dated July
27, 2011 was from Mike Huck to Wayne Lunsford, setting forth the instructions
for recording voice mail.  The email lists the following company names:
PrimeWest, Maple, Capital, County, and Rockwell accounts and above those
names states, "The Name below is the OLD name…but they need to be redone
with the NEW name."  **Attachment 20** are true and correct copies of those emails.

27.    Prior to visiting the four additional Corona and Riverside offices in
late December 2011, FTC Attorney Maricela Segura provided me with a list of
Defendants' offices and addresses that she said were provided to her by a woman
named Shewan Edney, Defendants' former bookkeeper, who is currently working
for Receiver Richard Weissman at the 980 Montecito Dr. address.  **Attachment 21**
is a true and correct copy of Defendants' office list that I was given.  I have now
visited all of the offices on that list with the exception of the office located in
Cedar Rapids, Iowa.  During my visits I have taken note of the office layout and

work station set-up for the collectors, and have reviewed many of the documents located in those office suites.  At all of the offices – with the exception of the 1181 California Ave., Suite 203 office in Corona, which appeared to have been cleared out – the offices contained the same or substantially similar scripts, rebuttals, and other collector instructions that I have attached to this declaration and to my first declaration.  All of the scripts, whether they were a "talk off" script or a closing script, were drafted to impart to the consumer the impression that they were a defendant in a lawsuit.  The closing scripts all conveyed to the consumer that the only way they could stop the lawsuit was to settle the action with a payment.  I found no other scripts at Defendants' collections offices setting forth any different manner of collecting debts.

28.    Also while going through those offices, we were looking for evidence that Defendants sent validation notices.  I was looking for a notice or letter to consumers that included basic information about the debt, together with a statement that unless the consumer disputed its validity within 30 days after receipt of the notice, the debt would be presumed valid, among things.  I did not see any evidence that such validation notices had been sent, nor did I see a form letter to be used for this purpose at any of the offices I visited.

29.    During my visits to the offices on December 23 and 28, 2011, Dipo Fashakin, the Receiver's employee, informed me that the computer servers were missing from each of the four locations we visited.  In my comparison of the offices I visited in October versus those I visited in December, I noticed that the workstations for the offices I visited in December appeared incomplete.  The offices that I went to in October generally had workstations with a computer monitor, a headset, and collections scripts and other documents.  In many of the

///
///
///

offices that I visited in December, there were very few workstations that looked like this.  In fact, many workstations only contained a keyboard and random scraps of paper or other office supplies on them.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on January 9, 2012.

Ann Stahl
Ann Stahl

# REBUTTAL COLLECTORS T/O

**(If they say yes)**
Based on the fact you never received the letter, I can call my client
and advise them of this and see if they are still willing to resolve
this out of court.  Unfortunately, my client is under no obligation at
this late date to do so.  If you have the balance in full today I can
get you a paid in full letter to release you from all claims and
liabilities.

**(If they say yes but need time)**
Do the same return to phone and say my client has granted the stay
if you pay bif by pdc, and have today a 25% down good faith
payment.

**(If they say no but they still want you to call)**
Unfortunately then I'm not willing to risk my Reputation by asking
them to stop a law suit based on a promise.  Good luck to you.

**Stahl Attachment 1**

# COLLECTORS ONLY NO DIALERS
## When debtor calls in:
## Short Version

You have been named as a defendant in a pending civil lawsuit. This is

Regarding a lawsuit that's being filed against you, apparently a letter

Went out with a 30 day window for you or your attorney to respond.


When you failed to do so, they signed off on the complaint and

Contracted my office to have your served.


I'm confused are you calling to try and settle this matter out of court?
Or did you need information about the account.

**Stahl Attachment 1**

13

## IF THEY SAY YES SOMEONE WILL BE THERE

## RESPONSE:

Who would that be?  And how are they related?  We will need (**)
To authorize leaving the paper work with anyone else but
them selves.  This is a time sensitive matter what (***) needs to do is
contact the legal department who has the authority to make changes
to have the paper work served.  I can put a 3 hour temporary stay on
the Summons & Complaint.  The phone number there is _____
just
ask for the legal department and give them case#(_____)

## IF THEY SAY NO ONE WILL BE THERE TO ACCEPT SERVICE:

## RESPONSE:

The will only be 2 attempts to serve the Complaint after 2 failed
attempts the court is notified of the failed Action to serve and the court
hearing will take place with out (**)Participation.

**Stahl Attachment 1**

WHEN DEBTOR CALLS IN
## COLLECTORS ONLY NO DIALERS

When debtor calls in:  Verify last 4 numbers of SSN

Regarding your _____that has been unpaid.  Your account has
Been sold to a purchaser of bad debt witch has retained my office to Process the account out in order
to file a possible law suit against you and obtain a judgment for the full account balance plus all
interest and fees.

A letter was sent to the address of_____.  It gave you or your Attorney 30 days to contact
them.  When they did not here from you they forwarded the account to our office to do the paper
work.

I'm confused are you calling to try and settle this matter out of court? Or did you just need
information. Or do you have an attorney representing you in this matter.

                          (Pause and Listen)

If debtor wants take care of account offer hardship application.
Request the full balance plus the $1000.00 dollar spiff.

 If they can not pay balance in full and are requesting some type of arrangement take a hardship
application.

Also ask them how much they can apply today to get off of the list to show there

Good intentions. Then put them on hold. (This is good time to put all f x c in your note lines)

Denied PPA

The client has denied you a payment arrangement based on your ability to pay.  They have offered
you a one time out of court settlement of $_____.

If you do give ppa always get good faith payment of 25-40% down

IF DEBTOR REFUSES TO PAY

I do need to inform you that this account will assessed an additional 2,300.00 up to $3,200.00 in court
cost and attorneys fees.  We automatically place a 3 hour hold on the file and then it is processed out
for service.  Once it is out of my office I will no longer be able to help you to resolve this on a
voluntary basis.  If you think of anything please call me I'm more then willing to help you

$ 3572.71

**Stahl Attachment 1**

## REBUTTAL TO JOB T/O

(IF THEY BECOME TO INQUISITIVE)
I don't know much; basically I just push the paper and make
verification phone calls.


Can you please verify if the employee still works for your
company? (Debtor name)


If you can have (debtor) call the legal administrator I'm sure they
can make arrangements to have him/her served at home. I will
place a 3 hour hold to give them the opportunity to call and arrange
that.

**Stahl Attachment 1**

I do need to inform you that this account will assessed an additional 2,300.00 up to $3,200.00 in court cost and attorneys fees. We automatically place a 3 hour hold on the file and then it is processed out for service. Once it is out of my office I will no longer be able to help you to resolve this on a voluntary basis. If you figure out anything please call.

**Stahl Attachment 1**

# HOME STANDARD TALK OFF

I'm calling to find out if someone over the age of 18 is home during the day Mon – Fri between the hours of 9-4 who can accept documentation on behalf of (****)

This is a time sensitive matter what (***) needs to do is contact the legal department who has the authority to make changes to have the possible complaint served.  I can put a 3 hour temporary stay on the documents.  The phone number there is 866-441-6224 just asked for the legal department and give them case#(_____)

**Stahl Attachment**

18

## JOB STANDARD TALK OFF

Hi my name is _____and I'm calling from Process Verification Department. I need to get your company's physical address and find out if you have a Policy or procedure in place to have one of your employees served. Can you also please verify that (*************) is still currently employed with your company?

### (PAUSE & LISTEN)

In order not to disrupt business operations would it be in the company's best interest to have him or her served at home?

### (PAUSE & LISTEN)

In order for (******) to be served at home they will have to contact the litigation department since they are the issuing agent filing the complaint. What I can do is put a temporary stay on the order to serve giving (debtor's name) an opportunity to contact the office and authorize issuing any paper work to his home

_____

This is a time sensitive matter I can put the stay on for 3 hours only.



**Stahl Attachment 1**

# CREDIT CARD AUTHORIZATION LETTER

Date_____

I, _____ authorize Investors Services Co. to make the
Following charges to my credit card account for the indicated people and/or services.

Name _____

File# _____

Amount to be charges $_____

**I acknowledge that there may be substantial penalties and /or no refund of the
amount    charges should I change and/or cancel.**

Charge to Credit Card Account#_____

Expiration _____

Name As it appears on card_____

Address to which credit card statement is sent:

Street_____

City_____State_____Zip Code_____

Authorized Signature_____

# Asset Management

# Fax#   951-808-6330

**17291 Irvine Blvd #304
Tustin, Ca 92780**

**Stahl Attachment 1**

# Talk off when debtor calls in.........

- How did you get our number

- Are you calling for information or to try and settle out of court

- Have you been served?

- Looks like a civil lawsuit is being filed in regards to your _____account. The file was purchased by a group of investors and they sent a letter to the address of_____ around 45 days ago.  Did you receive that letter?  It gave you or your attorney 30 days to contact them prior to filing the law suit, when they failed to here from you they forwarded your account to us to do the paper work.

- <u>Where you calling for information or to try and settle this out of court?</u>

- In order to stop the action on the file I will need to take a hardship application, it is a 50 / 50 chance but they could offer an out of court settlement or possible payment plan.

- Take FXC and put on hold

### When offering SPIF

**The client has denied your hardship based on your ability to pay but they did offer a one time out of court settlement.  _____$**

### When offering SPIF & PPA

The client has came back with 2 offers the first one is a out of court settlement this will release you of all <u>claims</u> and <u>liabilities</u> and they will up date your CBR to a paid in full status.  Or we can offer a 3 month payment plan on the entire balance but they will need 40% now

### Debtor says can not pay

I understand but just incase you come up with something the client always puts a 3 hour hold on accounts after speaking with that person.  Also I need to make you aware that you will be assessed 2800-3200 in court cost and attorneys fees.

If you think of something call me back

**Stahl Attachment 1**

# When debtor calls in:

# Short Version

You have been named as a defendant in a pending civil lawsuit.  This is

Regarding a lawsuit that's being filed against you, apparently a letter

Went out with a 30 day window for you or your attorney to respond.


When you failed to do so, they signed off on the complaint and

Contracted my office to have your served.


I'm confused are you calling to try and settle this matter out of court?
(Pause and Listen)

Request the full balance plus the $1000.00 dollar spiff.  If they can not

Pay balance in full and are requesting some type of arrangement take

A hardship application then place them on sike pause.


(this is good time to put all f x c in your note lines)

**Stahl Attachment 1**

# Leaving a Message!

**This message is for (debtors name) this is (your name) Tori Conn**
**with Asset Management calling in regards to a**
**complaint that has been forwarded to my office. This is**
**a time sensitive matter please return my call ASAP**
~~direct line is 951-808-~~ Or Call me at 877 - 318 - 5172

877 318 5172
Toll Free

I need a return call from you (I don't) regarding a complaint that has been forwarded.

**Stahl Attachment 1**

## <u>REBUTTAL TO STANDARD JOB TALK OFF</u>

**(IF THEY BECOME TO INQUISITIVE)**

**I don't know much, basically I just push the Paper and make verification phone calls.**

**Can you please verify the employee still works For this company? (DEBTORS NAME).**

**(IF THEY REQUEST THE DEBTOR BE SERVED AT HOME)**

**If you can have (DEBTOR) call the legal administrator I'm sure they can make arrangements to have him/her served at home. I will place a 3 hour hold to give them the Opportunity to call and arrange that.**

**(IF THE DEBTOR COMES TO THE PHONE)**

**This is regarding a law suit that's being filed Against you.  Apparently a letter went out with A 30 day window for you or your attorney to respond.  When you failed to do so, they signed off on the complaint and contracted my office to have you served.**

Stahl Attachment 1

## **REBUTTAL CONTINUED STANDARD HOME T/O**

**(If they say yes)**

**Based on the fact you never received the letter, I can call my client and advise them of this and see if they are still willing to resolve this out of court.  Unfortunately, my client is under to obligation at this late date to do so.  If you have the balance in full today I can get you a paid in full letter release you of all claims and liability.**

**(If they say yes, place on hold and return solicit a c/card or check by phone current dated.**

**(If they say yeas but need time)**

**Do the same return to phone say client has granted the stay if they represent bif by PDC And have money they can apply today such as 25% good faith payment.**

**(If they say no but they still want you to call)**

**Unfortunately then I'm not willing to risk my Reputation by asking them to stop a law suit Based on a promise.  Good luck to you c**

**Stahl Attachment 1**

## JOB STANDARD TALK OFF

    **Hi my name is____and I'm calling from
Asset Management process Serving division.  I need to
verify your physical Address and find
Out if you have a policy of Procedure in place to have
one of your Employees served with a Summons.  A
member Of the Local Sherriff's Dept will be sent to the
Location to serve ("Debtor") with a Court Order,
Summons to Appear.  Due to the potential
Embarrassment caused to the employee or Perhaps
disruption to the business operations would it be in the
company's best interest to have him/her served at
home?  In order for ("DEBTOR") to be served at home he
will have to contact the litigation dept, since they are
the issuing agent filing the complaint. That department
is the only one authorized to make changes necessary
to the execution of The Summons.  What I can do is put
a temporary Stay on the order to serve giving (DEBTOR)
an Opportunity to contact the office and authorize
Issuing the Summons to his home address Rather than
being served there at work.  This is a time sensitive
matter and he will need to contact that department as
soon as possible. The Sherriff's office will be notified
tomorrow to execute on the Summons. Unless
They are notified by my office otherwise.**

## JOB STANDARD TALK OFF

MICHAEL JONES

Hi my name is _____ and I'm calling from Process Service division. I need
to get your company's physical address and find out if you have a Policy or
procedure in place to have one of your employees served with a summons. Can you
also please verify that (*************) is still currently employed with your
company?

### (PAUSE & LISTEN)

A member of your local Sheriffs Department will be sent to your location to serve
(******) with a court order Summons to Appear. In order not to disrupt business
operations would it be in the company's best interest to have him or her served at
home?

### (PAUSE & LISTEN)

In order for (******) to be served at home they will have to contact the litigation
department since they are the issuing agent filing the complaint. What I can do is
put a temporary stay on the order to serve giving (debtor's name) an opportunity to
contact the office and authorize issuing the Summons to his home 866-441-6224

This is a time sensitive matter I can put the stay on for 3 hours only. This document
is to be sent out to the Sheriffs Office to execute on the Order to Appear unless
notified by the legal department.

- con I get your name are you the one to be served.

**Stahl Attachment 1**

## HOME STANDARD TALK OFF

MICHAEL    JONES

I'm calling to find out if someone over the age of 18 is home during
the day Mon – Fri between the hours of 9-4 who can accept legal
documentation from the Sheriffs dept on behalf of (****)

This is a time sensitive matter what (***) needs to do is
contact the legal department who has the authority to make changes
to have the Summons served.  I can put a 3 hour temporary stay on the
Summons & Complaint.  The phone number there is 866-441-6224 just
asked for the legal department and give them case#(_____)

The Sheriffs Department will make 2 attempts to serve the
Complaint after 2 failed attempts the court is notified of the failed
Action to serve and the court hearing will take place with out (**)
Participation. [It will be noted as a failure to appear on the court
records.]                    Leave it out

Stahl Attachment 1

# ACTIVATING NEW BUSINESS

**FIRST PASS STEPS**:

CHECK PHONE DISK FOR:

- POE NAME ON CBR
- REVERSE ALL PHONE NUMBERS
- CHECK ADDRESS

PUT DATE OF BIRTH ON FRONT SCREEN
CALL ALL NUMBERS
PUT IN CORRECT STATUS
SET A REMINDER TO WORK IN 2 DAYS

---

**SECOND PASS STEPS:**

- RUN ACCURINT
- CALL RELATIVES FROM ACCURINT
- CALL ALL NUMBERS
- SET FOR A LATE CALL

CORRECT STATUS CODES CAN MAKE OR BREAK YOU

| | |
|---|---|
| VERF POE | GOOD JOB |
| VERF RES | YOU SPOKE TO PERSON VERF LIVED THERE |
| ACT | YOU HAVE A NUMBER NO ANSWER |
| HOT | OPEN CREDIT CARD / YOUNG DEBTOR/ CBR GOOD |
| $$$ | SCORCHING HOT DTR IS OUT TO RAISE MONEY |

REMEMBER ANY AND ALL ARRANGEMENTS MUST BE RAN BY ME FIRST
DO NOT COMMIT TO ANYTHING

**Stahl Attachment 1**

# FILE MAINTNANCE

## STATUS ACCOUNT CORRECTLY:

**B/P**    **BROKEN PTP**
**PPP**    **PROMISE   PTP ON CERTAIN DATE**
**HOT**    **LOOKS LIKE POSSIBLE MONEY**
**OTR**    **OUT TO BORROW, RAISE MONEY**
**POE**    **GOOD PLACE OF BUSINESS**
**RES**    **GOOD HOME NUMBER**
**ACT**    **POSS GOOD NUMBER NOT VERIFIED**
**SKP**    **SKIP OUT / NO INFO**
**DLR**    **POSS GOOD NUMBER NOT VERIFIED**
**DIS**    **DISPUTE**

## COME IN THE MORNING and:

1. **Call all broken promises (BKR) work daily for at-least 3 days / no response by 3 rd day flip to Sr. Collector.**
2. **Check PTP for the day**
3. **Call all and or follow up on HOT & Or's daily for a week then make a decision**
4. **POE place of employment call :**     **(STIR THE POT)**

   - **VERIFY EMPLOYMENT (ASK  FOR HUMAN RESOURCE / OR PAYROLL DEPARTMENT**
   - **LEAVE MESSAGE WITH SUPERVISOR**
   - LEAVE WITH CO WORKER (POSS CIVIL MATTER)

5. **Call good numbers RES / ACT**
6. Skips (best skip time 11:00 -2:00
7. setting late  calls and Saturday calls

**Stahl Attachment 1**

What is a HOT account?

1. Property Owner
2. Young 1980 – 1990 Date of Birth
3. Available Credit
4. Low Debt
5. Employment
6. New open line of credit
7. Good Credit recent pay off's

- Put Account into HOT
- Call all Numbers
- Set up time reminder next day
- After 3 days change status

# Put On Hot List*******************

**Stahl Attachment 1**

LETTER WAS SENT 38 DAYS AGO
EITHER YOU OR YOUR ATTORNEY CONTACT OFFICE

# When debtor calls in:

Verify Last 4 DiGiT SocíAL          waiting for verification from the
Veriƒy CASE #                       Sherrif for the Service confirmation

• You have been named as a defendant in a pending civil lawsuit. This is

Regarding your _____ that has been unpaid.  Your account has

Been sold to a purchaser of bad debt witch has retained my office to

Process the account out to the Sheriffs department, in order to file

A law suit against you and obtain a judgment for the full account

balance plus all interest and attorney fees.


I'm confused are you calling to try and settle this matter out of court?
(Pause and Listen)


Request the full balance plus the $1000.00 dollar spiff. Also ask them

how much they can apply today to get off of Sheriffs list to show there

good intentions.  If they can not Pay balance in full and are requesting

some type of arrangement takes a hardship application then places

them put them on hold.

•


(this is good time to put all f x c in your note lines)


**Stahl Attachment 1**

LETTER WAS SENT 38 DAYS AGO
EITHER YOU OR YOUR ATTORNEY CONTACT OFFICE

# When debtor calls in:

Verify Last 4 DIGIT Social        waiting for verification from the
Verify CASE #                      sherrif for the Service confirmation

You have been named as a defendant in a pending civil lawsuit. This is

Regarding your _____ that has been unpaid.  Your account has

Been sold to a purchaser of bad debt witch has retained my office to

Process the account out to the Sheriffs department, in order to file

A law suit against you and obtain a judgment for the full account

balance plus all interest and attorney fees.


I'm confused are you calling to try and settle this matter out of court?
                        (Pause and Listen)


Request the full balance plus the $1000.00 dollar spiff. Also ask them

how much they can apply today to get off of Sheriffs list to show there

good intentions.  If they can not Pay balance in full and are requesting

some type of arrangement takes a hardship application then places

them put them on hold.

.


(this is good time to put all f x c in your note lines)


**Stahl Attachment 1**

LETTER WAS SENT 38 DAYS AGO
EITHER YOU OR YOUR ATTORNEY CONTACT OFFICE

# When debtor calls in:

Verify Last 4 DiGiT SociAL          waiting for verification from the
Verify CASE #                       Sheriff for ☎️ service confirmation

You have been named as a defendant in a pending civil lawsuit. This is

Regarding your _____ that has been unpaid. Your account has

Been sold to a purchaser of bad debt witch has retained my office to

Process the account out to the Sheriffs department, in order to file

A law suit against you and obtain a judgment for the full account

balance plus all interest and attorney fees.

TRELSTAR.DEPOT 3.75 mg
triptorelin pamoate for injectable suspension

nd settle this matter out of court?
)

00.00 dollar spiff. Also ask them

- A Demand letter was sent          et off of Sheriffs list to show there

- Asset liability investigation     balance in full and are requesting

- meet the criterial for litigation rdship application then places
    Extracting

- 25% of your wages is
  what they are looking to get

LAST RESORT

- How much do you have today         ur note lines)
  to stop the Action

**Stahl Attachment 1**

# Talk off when debtor calls in.........

- How did you get our number

- Are you calling for information or to try and settle out of court

- Have you been served?

- Looks like a civil lawsuit is being filed in regards to your _____account. The file was purchased by a group of investors and they sent a letter to the address of_____ around 45 days ago.  Did you receive that letter?  It gave you or your attorney 30 days to contact them prior to filing the law suit, when they failed to here from you they forwarded your account to us to do the paper work.

- <u>Where you calling for information or to try and settle this out of court?</u>

- In order to stop the action on the file I will need to take a hardship application, it is a 50 / 50 chance but they could offer an out of court settlement or possible payment plan.

- Take FXC and put on hold

**<u>When offering SPIF</u>**

**The client has denied your hardship based on your ability to pay but they did offer a one time out of court settlement.  _____$**

**<u>When offering SPIF & PPA</u>**

The client has came back with 2 offers the first one is a out of court settlement this will release you of all claims and liabilities and they will up date your CBR to a paid in full status.  Or we can offer a 3 month payment plan on the entire balance but they will need 40% now

**<u>Debtor says can not pay</u>**

I understand but just incase you come up with something the client always puts a 3 hour hold on accounts after speaking with that person.  Also I need to make you aware that you will be assessed 2800-3200 in court cost and attorneys fees.

If you think of something call me back

**Stahl Attachment 1**

# DIALER TRAINING

### System Training 1-3 Days

1. **HOME STANDARD TALK OFF**

2. **JOB STANDARD TALK OFF**

3. **HOME REBUTTALS**

4. **MESSAGE ON MACHINE**

5. **COLLECTOR TALK OFF**

6. **WHEN DEBTOR CALLS IN**

7. **SKIP TRACING TOOLS**

8. **OBJECTIONS AND ANSWERS**

9. **FILE MAINTENANCE**

10. **STATUS CODES**

11. **PRIORITY LIST**

12. **HOT SHEET**

13. **F & C**

14. **REQUEST CBR FORM**

15. **LETTER REQUEST**

16. **CHECK BY PHONE**

17. **CREDIT CARD FORM**

18. **ACTIVATING NEW ACCOUNTS**

19. **STATUE OF LIMITATIONS**

**Stahl Attachment 1**

## IF THEY SAY YES SOMEONE WILL BE THERE

## RESPONSE:

NAME
DTR

Who would that be?  And how are they related?  We will need (**)
To authorize leaving the Summons & Complaint with anyone else but
them selves.  This is a time sensitive matter what (***) needs to do is
contact the legal department who has the authority to make changes
to have the Summons served.  I can put a 3 hour temporary stay on the
Summons & Complaint.  The phone number there is 866-441-6224 just
asked for the legal department and give them case#(_____)

## IF THEY SAY NO ONE WILL BE THERE TO ACCEPT SERVICE:

## RESPONSE:

The Sheriffs Department will make 2 attempts to serve the
Complaint after 2 failed attempts the court is notified of the failed
Action to serve and the court hearing will take place with out (**)
Participation. [It will be noted as a failure to appear on the court
records.]

Stahl Attachment 1

37

## CLOSER TALK OFF'S

**BALANCE $** _____          F $ (

**PAUSE 1-2 MINUTES**

You have been approved for a payment plan they did offer you a settlement Of $800. Do this month. I have to inform you of that per company policy. I also informed them I did not think that was an option at this time for you.

But I did get you approved for a payment plan with a down payment of $400.0 and 3 equal payments of 366.00 on the balance in full. This must be secured with checks dated in advance in our office.

settle in Full

**NO SIF Authorized under 70% of total balance with out manager approval**

$3153.36  spif  actual balance 2153.36

Settlement: $2653.38  today (this month)

Or we can do the payment with 25% -35% down on the entire account balance.

$1103.00 this month ppa  no longer then 6 months  341.72

**Stahl Attachment 1**

# OBJECTIONS & ANSWERS

**OBJECTION:** **I don't have the balance we need talk payments.**

**RESPONSE:** In order to qualify you for a payment arrangement we will Need to fill out a hardship application to show why they Should authorize us to extend time on the debt.

**OBJECTION:** **I'm filing bankruptcy my attorney will call you back.**

**RESPONSE:** Have you paid the attorney there full retainer. I need there Information as I'm sure your attorney advised you to give to all creditors.

**OBJECTION:** **Calling my job is harassment and that is illegal.**

**RESPONSE:** It is not illegal to locate you at your job in regards to a Bad debt you owe. In fact if we don't resolve this thing Today, it is your job that will be accepting service for you.

**OBJECTION:** **My account was charged off by the bank, it's already on my Credit report, you can not collect on it anymore.**

**RESPONSE:** You are under a legal contractual obligation to pay and that Does not change when an account is charged off. All it means Is you are no longer in a receivable ledger

**OBJECTION:** **My ex-spouse was ordered to pay this account in our divorce Decree.**

**RESPONSE:** Contractual law supersedes divorce decree. Divorces are handled in Family Law Courts and both parties remain legally Liable. I suggest you pay on a voluntary basis and then use your divorce decree to pursue action against your former spouse in order to retrieve your money

**Stahl Attachment 1**

**THESE ARE STATUS CODES AND MEANING IT IS IMPORTANT YOUR FILES ARE CODED**

| | | |
|---|---|---|
| ACT | | PHONE NUMBERS NOT SPOKEN TO |
| RES | | SPOKE TO COMEONE DTR LIVES THERE |
| POE | | VERIFIED DTR WORKS THERE |
| HOT | | DTR IS OUT TO RAISE $$$ |
| $$$ HOT SCORCHING | | OPEN CC/MRTG /GOOD CBR /YOUNG DTR |
| SKIP ACCOUNT | | CAN NOT LOCATE |
| MGR | | SEND TO MANAGER FOR CLOSE |
| STO | | 3RD PARTY STANDARD TALK OFF |
| STD | | GAVE STANDARD DEMAND TO DTR |
| PPA | | PAYMENT PLAN NO CHECKS IN OFFICE |
| PPP | | PROMISE TO PAY |
| PDC | | POST DATED CHECKS |
| BP | | BROKEN PROMISE |
| NSF | | CHECK RETURNED FROM BANK |
| RTP | | REFUSE TO PAY |
| DLR | | SEND TO DIALER |
| NEW | | NEW BUSINESS |
| NEW 2U | | REDISTRIBUTE ACCOUNT |
| NSF | | BAD CHECK |
| MGR | | MGR REVUE |

**Stahl Attachment 1**

# Superior Filing Services

### 1240 E. Ontario Ave. Ste. 102-128
### Corona, CA 92881
#### Tel: 866-731-7040  Fax: 951-371-6311

***Personal and Confidential***

**URGENT:  SIGN AND RETURN TO HHI1090-01371**

October 11, 2011

LEESBURG, FL

*[handwritten: SJK @ Superior]*

| | |
|---|---|
| **Original Creditor:** | Wal-Mart |
| **Original Account #:** | |
| **Current Creditor:** | Portfolio Investment Financial |
| **File Number:** | HHI1090-01371 |

### SETTLEMENT AGREEMENT

This settlement agreement supersedes all previous agreements.  Our client is willing to settle the above listed debt for a total amount of $625.33.  Our records indicate that as of 10/11/2011, we have received $0.00 in payments towards the above settlement amount.

*[handwritten: as agreed you will not continue with pending litigation as long as commitment is fulfilled.]*

Per our mutual agreement, we have established the following payment schedule:

| | | | |
|---|---|---|---|
| 10/14/2011 | $312.66 | 11/25/2011 | $312.67 |

**Upon receipt of certified funds and your authorized signature, the file will be closed.**

We shall notify our client that the obligation has been paid and satisfied and you will receive the proper documentation needed to notify the credit bureaus and update the credit account to a PAID IN FULL status.

If you have any questions or concerns regarding this payment arrangement, please contact Portfolio Investment Financial customer service at: 1-888-475-0894

Sincerely,

Superior Filing Services
Administrative Department

*[handwritten: Please also provide pending court case # & circuit court papers are filed in Thank you for your assistance]*

*YOUR AUTHORIZED SIGNATURE IS REQUIRED TO UPHOLD ANY SETTLEMENT AGREEMENT BETWEEN YOU AND SUPERIOR FILING SERVICES.  FAILURE TO DO SO WILL RENDER THIS SETTLEMENT OFFER NULL AND VOID.*

**AUTHORIZED SIGNATURE:**

** PLEASE MAIL OR FAX THIS PAGE OF YOUR DOCUMENT TO SUPERIOR FILING SERVICES **

*Federal law requires we notify you that this communication is from a debt collector in an attempt to collect a debt and any information obtained will be used for that purpose.*

**Stahl Attachment 2**

# StateWide Associates Group

# 1240 East Ontario Ave
# Suite 102-216
# Corona, Ca 92881

# 866-699-3773

October 21, 2011


Case number:
Original acct number:


Statewide Associate Group
Attn: Alexander Diego
1240 East Ontario Ave
Suite 102216
Corona, CA 92881


To Whom it May Concern,


Please provide me with additional details on the charges under dispute, including when and
where the original purchases were made. I am also requesting a copy of the last account
statement from Citibank, and any other information regarding my account you may have
obtained from Citibank when you purchased the debt.

I believe I may be a victim of fraudulent charges. Until I am able to determine whether I actually
incurred the debt under dispute, I will be unable to pay the amount your company claims I owe.


Thank you,

**Stahl Attachment 4**

# STO LIST

| DATE | FILE# | NAME | DEAL | CI | CB | WN | NOTES |
|------|-------|------|------|----|----|----|----|
| 10-12-2011 | 1009-99471 | | | X | | | |
| 10-12-2011 | 1009-99031 | | | | | | |
| 10-12-2011 | 1042-00369 | | | | | | |
| 10-12-2011 | 1042-00416 | | | | | | |
| 10-12-2011 | 1009-99730 | | | | | | |
| 10-13-2011 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Stahl Attachment 5

## THE OFFICIAL TALK OFF

Hi My Name is Shannon Miller. It does show that we have a pending court
action filed against you. It shows here we are currently waiting for verification
that you were served the legal documents. Do you have the summons with you
so that we can go over it? ----

It sounds like you were notified by a process server. Let me pull the case from
the attorney file. Grab a pen.

A lawsuit was filed against you 10 days ago. You are being sued do to your
outstanding issue with (HOUSEHOLD BANK) this was your HSBC ORCHARD MC.
When this account was charged off you had a balance of (Prin Bal$$) you also
have interest calculated at the default interest rate of 33.9%, accrued (int + spif
$1k). Before attorney's fees and court cost you are being sued for (prin + int +
spif). Per the contractual agreement with the original creditor you are also
responsible for $1500 in attorney's fees and also $1k in court costs. The amount
you will be sued for is (Prin + int + Spif + atty fees + crt cst)

EXAMPLE        MAKE SURE YOU STAY WITHIN STATUE OF LIMITATIONS – last pymt dte

| Acct - HSBC ORCHARD | Prin amt | $500.00 | |
|---|---|---|---|
| Acct # - 5488975023034153 | Int + 1k spif | $1500.00 | |
| Orig dte 4/2/2003 | Total Due | $2000.00 | TOTAL AMOUNT OF JUDGEMENT |
| Crg dte 12/30/2006 | Atty fees | $1500.00 | $4500.00 |
| | Court costs | $1000.00 | |

Now I want you to know our client has completed an asset and liability
investigation against you. You meet the portfolio criteria for litigation.  Also I
see that a demand letter was mailed out to you 45 days giving you or your
attorney 30 days to respond. Can I ask you why you did not respond and take
care of this before it got to this level? So what your telling me is that you know
nothing about this case. Let me see if there is anything I can do.

Stahl Attachment 6

45

Since you have not been served I can waive the attorneys fees and interest saving you $2500. Do you have the $2k to get your case dismissed today? If they say yes grab the debit card. If they say no ... How much do you have today? How many days will it take you to get the rest?

In many cases the cm will respond with no money. Your response is

The requirement to stop the pending action is $25% upfront. In this case it is $500.00.  Do you have the $500 to pay the restitution to the courts? We will then file a hardship and get you back on a short term monthly pymt arrangement.


AFTER THE PYMT ARRANGEMENT IS SECURED (all pymts must be secured) for the full bal with the $1k spif. You may then offer them a 1 pay settlement for $500 off the balance on accounts up to $2475.00. if it is a higher balance account then a lower settlement may entice the cm to settle instead of the long term pymt arrangement. NO SETTLEMENTS IN MONTHLY PYMTS (unless approved by DENISE)


The only time the principal balance should be offered is at the end of the conversation when it is a RTP. The person has no money. Before you hang up .. You say in the demand letter our client offered you an out of court settlement for the principal balance $$. I will give you 3 hours to make some phone calls. If you can find someone to help you we can get the dismissal filed saving you thousands of dollars. "Give them your name and extension." Then end the conversation by wishing them good luck.

Stahl Attachment 6

## JIM LEWIS CLOSING SCRIPT

Okay, sir/ma'am we do have a case in our office against a Mr./Mrs. *(debtor name)* is that who I'm speaking with?  Okay my name is *(Jim Lewis)* we have a civil lawsuit being filed against you in regards to *(bank name)* for the line of credit you opened up on *(origination date)*... my client is suing you for *$ (P&I plus spiff) dollars.*

Now they sent you a demand letter about 45 days ago giving you, or your attorney 30 days to contact them and in that letter there was an out of court settlement offer can I ask why you never responded? *(Never got it.)* .... are you still at:...*(give them the "Best Address")*....so you had no idea there's a lawsuit pending against you?

Have you ever been sued before? Okay let me explain: what they've done is an asset and liability investigation against you and they discovered that you met one of the criteria to open up a 10yr judgement and what that means is that if you go to court they will be pursuing you for the next 10yrs thru one of four ways: wage attachment, bank account levy, property lein, and motor vehicle lein now they tried to settle out of court with you but when you failed to respond to that demand letter they forwarded the paper work to us to start the lawsuit.

As of now you are being sued for *$ (P&I plus spiff) dollars.*  If you go to court they will add an additional $1500 for the attorney and a $1000 dollars for the court cost and processing fees you'll be looking at about $(rounded amount) dollars. Now have you already been served paperwork to show up into court? (Pause)

No? Okay let me contact them and make sure ~~they have not made an attempt to serve you......... if that is the case I'll contact my client and let them know you never received your demand letter and you weren't given a fair chance to settle this out of court and ill see if~~ I can get them to reinstate.......i'm gonna put you on hold for just a moment while I make sure they haven't made an attempt to serve you......(pause) now if they decide to reinstate can you even come up with the *$(P&I plus spiff dollars)* to settle out of court with them....

Option1. If they say yes : ok let me put you on hold I'll just be a moment..

Option2. If they say no :ok what they're going to ask me for  if you can't come up with the amount in full is 25% down to show representation to the court that you will get this taken care of in a timely manner and then they'll split the balance up into *(give them between 2 and 6 months)* for you.  Will you be able to raise the down payment.....(if they say no)....well then you will be served tomorrow... *(if yes)* .... Ok hold for a moment

(when you take them off hold)......

okay *(Debtor,)* I let them know your never received your demand letter and you weren't given a fair chance to settle this out of court and they've decided to reinstate for you, so let me take your information so I can fax it down to the county and have your name removed from the list to be served.  My secretary will then put your case into a predismissal status which means you avoid any judgements, levies or leins and as long as you stick to the stipulations once you make your final payment that's when you will be released of all claims and liabilities my secretary will then send three paid in full letters to the three credit bureaus updating your status to paid in full which will bump up your credit score and then we will send a paid in full letter to your address for your records as well. Now were you using a visa mastercard discover or American express.  ;)

Ok hold while I fax this over... go ahead and grab a pen I'll be right back with a confirmation #.

Okay *(debtor),* you're all taken care of!  Your case is in a predismissal staus so as long as you stick to the stipulations once we receive your final payment is when you'll be released liability you'll be receiving your stip letter from our company within ~~the less then~~ seven days. if you receive it and you have any questions contact this office you can reach me at *(ext._____)*

Stahl Attachment 6

Jim Lewis Closing Script

Okay, sir/ma'am we do have a case in our office against a Mr./Mrs. (debtor name) is that who I'm speaking with? Okay my name is (Jim Lewis) we have a civil lawsuit being filed against you in regards to the (bank name) account you opened up on (origination date) ... my client is suing you for ($P&I plus SPIFF)

Now they sent you a demand letter about 45 days ago giving you, or your attorney 30 days to contact us ... can I ask why you never responded? (NEVER GOT IT) ... Are you still at (give them the "best address")... So you had no idea there's a lawsuit pending against you? Have you ever been sued before?

Okay, Then I need to inform you; our client has completed an "Asset and Liability Investigation" against you and they have discovered that you do meet the criteria for litigation... which means if we go to court they will pursue you for the next 10 years through one of four ways: wage attachment, bank account levy, property and/or motor vehicle lein. Now, they tried to settle out of court with you... but when you failed to respond to the demand letter they forwarded the paper work to us to begin the lawsuit.

As of right now you're being pursued for ($P&I plus Spiff) .If we go to court they will add an additional $1500 for the attorney and a $1000 for the court costs and processing fees and you'll be looking at about ($ rounded amount). ... Now have you already been served paperwork to show up into court? (pause)

No? okay let me contact my client and make sure they are willing to reinstate... I'm gonna put you on hold for just a moment...(pause) now if they do decide to reinstate... can you even come up with the (P&I plus Spiff) to settle out of court with them ...

If they say yes: okay let me put you on hold I'll be just a moment. If they say no: **then how close can you get???** –

# HOME STANDARD TALK OFF

I'm calling to verify that someone will be home to accept legal documents from the __(COUNTY NAME)__ process service division on behalf of _____.

The process server is going to make two attempts to execute the order of the summons and complaint.  After two failed attempts, the court will be notified of a failed action to serve and the court hearing will take place without _____ participation.  It will then be noted as a failure to appear on the court records, and lead to extra fines.

This is a time sensitive matter.

What _____ needs to do is contact the issuing agent handing the case who has the authority to make changes to when/where the summons are served.  I can put a 3 hour temporary hold on the summons & complaint. The phone number he/she needs to call is _____ and reference case #_____.

If there's no contact within the next 3 hours, we will have no choice but to execute the order.

Stahl Attachment 6

# Home standard talk off

*[handwritten margin notes: "can't know them", "I'll advise", "verify", "AVAILABLE HOME"]*

Yes, I'm calling to ~~see if~~ *verify* someone is going to be ~~there~~, who can accept legal documents on behalf of (_____). *Are going to go to this address.*

↳ (Ma'am/Sir), the process server *will* make two attempts to serve this complaint, after two failed attempts the court will be notified of a failed action to serve, ~~and the~~ court hearing will take place without (his/her/your) participation.  It will be noted as a failure to appear on court records. *which may lead to additional fines or penalties.*

*Do you have any idea ...*

What I'm going to do is give you the phone number to the legal office that's handling the case, and the case # (he/she/you) needs to get in contact with them immediately!

Go ahead and get a pen... (pause)
ok, the phone number (he/she/you) need to call is (---) ____-____
and the case # is ____-____

Now since I spoke with you I'm gonna put a 3 hour temporary hold on the summons to give you some time to contact them, However failure to contact the office in that time period; will result in a service of the summons either at home or place of employment so do contact them immediately.

<u>YOUR NAME:</u>  MIKE DAVIS / CANDACE WRIGHT
<u>EMPLOYER:</u> PROCESS SERVICES.
<u>TITLE:</u> PROCESS SERVER
<u>LOCATION:</u> CORONA, CA. BUT WE WORK NATION WIDE
<u>REGARDING:</u>  FOR MORE INFORMATION YOU NEED TO CONTACT THE LEGAL OFFICE THAT'S HANDLING THE CASE ...... AGAIN LET ME GIVE YOU THE #

*[handwritten note bottom left: Bonus Tasks — No Secretary]*

**Stahl Attachment 6**

## JOB STANTAND TALK OFF

Hi my name _____ and I'm calling from the (COUNTY NAME) process service division. I'm calling to find out what your policy is to have one of your employees, _____, served with a summons to appear in court.

A process server is going to be sent to the location to serve _____. I am showing here that _____ has the option to be served at home if he/she would like, since it tends to be embarrassing as well as disruptive for the business.

In order for _____ to be served at home he/she will have to contact the litigation department, since they are the issuing agents who are filing the case. What I can do is put a temporary 3 hour hold on summons to give _____ enough time to make the changes to where the summons is going to be served. The number is _____ and reference case # _____.

This is a time sensitive matter, if there is no contact within 3 hours, we will have no choice but to execute the order for the legal documents to be served at this location.

**Stahl Attachment 6**

## QUALITY CONTROL TALK OFF

Hello Mr./Mrs. _____, my name is __(your alias)__ and I'm with the QUALITY CONTROL DEPT. of West Management. I'm showing you spoke to one of our agents on (DATE), regarding your case over a (C.C. COMPANY NAME) account. Your case has been assigned to me for review before it is re-sent out for service because it shows that you wanted to settle this out of court...what happened?

I need to make sure you were aware of the implications of your case and that you felt you had a fair chance to settle this out of court.

(play into them a little, you're the good guy now. They're going to bash the collector and give you a sob story. Once they finish, you say, "omg, let me see what I am able to do to help you out of this situation")

*Offer a low payment arrangement –start @ $200 a month, but no less than $50 a month with full spiff.

*Offering a settlement: if balance is high offer something around $1000, no less than $500. If a balance is a reasonable amount offer the principle. If low then add $200 to it. Give 20 days/rest of the month to raise money.

*MAKE SURE TO GIVE THEM YOUR NUMBER/NAME/EXT.#

**Stahl Attachment 6**

53

## Quality Assurance Dept. Talk Off

Hello Mr./Mrs._____, my name is _____, with the Quality Assurance Department of Rincon Filing. My records indicate you had spoke with one of our agents on (Date), regarding your case over (CC..Company Name) account. Your case has now been assigned to me for review prior to being re-instated for service, due to the fact that you had expressed an interest to settle this outstanding issue out of court......what happened exactly?

I need to make sure you are completely aware of the implications of your case and that you felt you were given a fair opportunity to settle this issue out of court.

(play into them a little bit, allowing them to open up, you are the good guy now, and they will most likely bash the collector and give you a sob story. Once they are finished, sympathize w/them, and say "let me see what I am able to do to help you out with this situation")

Important: Identify DB concerns, and direction, comfort point

Upon final

If no arrangement can be made verify the best address for service of db documents...and wish them good luck,

**Stahl Attachment 6**

## **Quality Assurance Department Meassage:**

This call is in regards to _____, my name is _____ with
the Quality Assurance Department of Rincon Filing. Your case
has been assigned to me for final review prior to being re-
instated for service. I am calling to verify that you were aware
of the implications of this case, and that you felt you were given
a fair opportunity to settle this outstanding issue out of court. If
there are any questions you may have regarding this issue, or
you would like to take advantage of this final opportunity to
settle this out of court, you will need to contact me
at,_____ and reference your case #_____.
Unfortunately if I do not hear back from you within 48 hours, I
will have to execute the order for the summons to be served.

**Stahl Attachment 6**

*Remember*
*Get a*
*Reference!*

# Hardship Script

*Erica Miller*
~~Jordan McKenzie~~
~~Coodan McKenzie~~

Hello, my name is ~~Sarah Myers~~, from the hardship dept of Rincon Management. I see you have *Hola,*
spoke with _____ X

- After reviewing your file, we may be able to work something out with you. Let's see if we can get you qualified…. Can you please verify who I'm speaking with?

Questions:

- Do you rent or own?
- How many working adults in your household? *child support*
- Are you receiving unemployment or disability benefits at this time?
- How much is your monthly income?
- Do you get paid weekly, bi-weekly, or monthly?
- I need another person that doesn't live with you for a reference? Their phone number is?

Okay, I see they offered you $_____ with the payment arrangement of $ _____ # of months.

I want to make this as bearable as possible, however, I still need to make my client satisfied and be able to keep you out of court. So, let me put you on hold, and show this to my manager and see what we can do for you! (HOLD)

Okay, these are the options we came up with after reviewing your case.

- ❖ Your down payment of $_____
- ❖ With monthly payments of $_____
- ❖ Which has to be secured every month before the 25th.

If the answer is "NO" than:

- ❖ ~~What would you be comfortable with? (All they can say at this point is "NO")~~
- ❖ I only have 5 business days to get this stipulation over to the courts to get this stopped.

## (SECURE CARD # TODAY, PAY NO LATER THAN 25th)

- ➢ If there are any changes to this payment, you need to call me 72 hours in advance. If the payment declines, your case will go back through the litigation process, and you will have lost any payments made.

**Stahl Attachment 6**

*[handwritten annotations in top margin:]* Process Serving of Summons Summons in Cover Civil Complaint filed Against them

# STO COMMON RESPONSES

**What is this regarding?**

This is regarding a court order summons against _____. Due to the federal privacy act, the information is not released to us. For further Information, you need to contact **the legal department that is handling this case.**

**What is this about, why can't you tell me?**

Due to the federal privacy act, I have no information as to what your case pertains to.
What I'm going to do is place this case on a 3 hour temporary hold on the summons to be served.
Now I do have to notify you that if they do not contact the legal office within that 3 hour period, ~~the Sheriff's department~~ *a process service* will automatically dispatch to have it served at your home or place of employment.

**He doesn't live here?**

But you do know them him/her? Your number has been ~~left as a source~~ *2 Attempts speech* of contact, This is why we have placed this call.
In order to avoid ~~the Sheriff's department~~ *a process service* showing up at your residence,
What I need you to do is get a pen and paper and take down the number to the legal office that is handling this case.
So what you need to do is contact _____ with this information so they can contact the **legal department** to have the summons re-directed.

*[handwritten:]*
He/She in jail

Maam/Sir, my advice would be to contact the legal office that is handling this case. In order for them to be able to release the information to you, youre going to have to provide or verify date of birth, and their social security number.

**Stahl Attachment 6**

Jsto—if they say no they don't have a policy or procedure or their trying to redirect you to another department..


Say—I need to send the summons today, if you do not want your business to be interrupted what I need you to do is give the number I am going to provide to your employee to call the legal department to have ~~the sheriff deliver~~ A PROCESS SERVER the summons to their home address. I can only put a 3 hour hold on the summons the employee must call prior to re-direct the summons to their home.


Here is the number and case number

**Stahl Attachment 6**

# STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!!
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS HE/SHE TO YOU? PAUSE WOW. GRAB A PEN SO SERVICE CAN BE REDIRETED TO THEIR HOME.

2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT? WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR. GRAB A PIN.

3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ------- COUNTY.

4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED

5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT

6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU LOOK AND FIND SOMETHING TO WRITE WITH.

7. QUESTION: I CAN SIGN FOR THE DOCUMENTS.
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.

8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.

9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

Stahl Attachment 6

DEPT. WHEN THEY COME TO SERVE BE READY TO ANSWER SO QUESTIONS
REGARDING THE SITUATION. HAVE YOUR ID READY.

10. QUESTION: THEY ARE DEAD, IN JAIL, OR HOMELESS
   A. DEAD? WHO ARE YOU TO THE DB? IS THERE A WIDOW?
       a. (IF YES) THEN CONTINUE THAT STAT AGAINS THE SPOUSE AND HAVE SPOUSE
          CALL IN. GRAB THE PEN
       b. (IF NO) THEN OK THERE WILL BE SOMEONE OUT TO SERVE BECAUSE OF
          DIRSCRIMNATION IN THE FACTS THAT ARE BEING PRESENTED AT THIS POINT.
          DO YOU HAVE PROOF, SUCH AS A DEATH CERTIFCATE? GRAB A PEN. FOR
          MORE INFORMATION REGARDING THIS CASE YOU CAN CALL THE ISSUING
          AGENT HANDLING THE COMPLAINT.
   B. IN JAIL.
       a. WOW. THEN YOU NEED TO GRAB SOMETHING TO WRITE WITH THIS MIGHT
          CAUSE FUTHER ISSUES IN THERE SITUATION. IS DB MARRIED? WHO ARE YOU
          TO THE DB? OMG I SUGGEST IF MARRIED HAVE SPOUSE CALL IF NOT
          MARRIED HAVE CLOSEST RELATION SUCH AS MOM CALL THE ISSUING AGENT
          HANDLING THE COMPLAINT.
   C. HOMELESS.
       a. WELL THEN YOU MIGHT WANT TO GRAB A PEN. WRITE DOWN THE
          INFOMARION CASE # AND THE PHONE NUMBER TO THE ISSUING AGENT
          HANDLING THE CASE. GET IN YOUR AND DRIVE AROUND THE
          NEIGHBORHOOD BECAUSE HOMELESS PEOPLE ARE EASY TO FIND. HAVE
          THEM CALL TO REDIRECT CORNER FOR SERVICE.

11. QUESTION: THEY ARE OUT OF THE COUNTRY OR ON VACATION.
   A. SO YOU ARE TELLING ME THERE IS NO PHONES IN THERE LOCATION? COME ON YOU
      ARE NOT TAKING THIS SERIOUSLY. I KNOW FOR A FACT IF THERE WAS AN
      EMERGENCY YOU WOULD FIND AWAY TO CONTACT THEM. SO I AM TELLING NOW
      THIS IS URGENT GRAB A PEN THIS IS SERIOUS ENOUGH. IF YOU CARE YOU WILL
      MAKE THE EFFORT.

12. QUESTION: THEY DON'T LIVE IN THIS STATE AND NEVER HAVE.
   A. WOW SO WHY IS DB USING YOU INFORMATION? SOUNDS LIKE SOMETHINGS NOT
      RIGHT. GRAB A PEN. I SUGGEST YOU GET A HOLD OF THE DB. HAVE THEM CALL THE
      ISSUING AGENT AND GET THIS SERVICE REROUTED IMMEDIATELY.

13. QUESTION: THAT IS MY EX FROM 10 YEARS AGO. (OR EX INLAW FROM TEN YEARS AGO)
   A. SO DB DEOS NOT LIVE THERE? HMMM WHY IS YOUR ADDRESS ATTACHED TO THE
      SUMMONS?
   B. DO YOU HAVE CHILDREN OR GRANDCHILDREN?