Mike adams

# Spanish Sto

Soy (Miguel Davis/ Veronica Garcia) y estoy llamando par aver si alguien va estar en casa para recibir documentos legales para ir a courte.

Senor/ Senora los procescoras de servicios va intentar a server estos documentos (2) veces.

El senor/ La senora tiene que responder, o se tiene que presenter en la courte. Si no puede tiene que hablar in-me-dia-ta-mente.

Lo que voy a ser es darle el numero de la oficiana legally el numero de caso.  Tiene papel y pluma?

El numero de telefono es 1 (???) ???-???? y el numero de caso es (10??-?????).

Ahora voy a puntarque hable con _____ si el senor/senora no habla voy a entragar estos documentos legales con el processor.

→ Soy un Servidora de Procesos

→ Trabajamos A nivel national

→ Servicios de procesos

# Como se presente su nombre en la tarjeta

# Numero portal

*

**Stahl Attachment 13**

*Brian Goldstein* [handwritten]

## HARDSHIP SCRIPT

9 [handwritten]

Amari [handwritten, vertical]

THIS IS ( ~~_____~~ ) With CAPITAL FILLING hardship dept. - [handwritten additions]

I see that you have spoken with _____

X [handwritten]
↑ [handwritten]

- After reviewing your file, we may be able to work something out with you.
Lets see if I can get you qualified..   *Convo being recorded.* [handwritten]

402 Bellview [handwritten, vertical]

- Your full legal name?  Address?  Best telephone # to contact you at?   *Kids* [handwritten]
- Do you rent or own?   *month* [handwritten]
- Place of employment?  Tel #?  How long have you been employed?
- Not employed are you receiving unemployment? SSI?
- Do you get paid weekly, bi-weekly, or monthly?
- List a reference not living with you, tel#?

Okay, I see they offered you $ _____
For _____ months.

_____ I want to make this as bearable as possible, however, I still need to
Make my client satisfied and be able to keep you **out of court.** So, let me put
you on hold, and *CHECK WHAT YOU Qualify For. I will BE RIGHT BACK W/YOU* [handwritten]

Okay, these are the options we came up with after reviewing your case.
- Your down payment of $ _____
- With monthly payments of $ _____.
- Which has to be secured every month before the 25th.

*4000* [handwritten]
*129 M   18 M* [handwritten]

If they say no then;
- What would you be comfortable with
- I have 5 business days to get this stipulation over to the courts to get this summons stopped.

*OKAY, NOW WE NEED TO SECURE THIS ARRANGEMENT. WILL THIS Be ON A VISA CARD OR. MASTER CARD.* [handwritten]

If you need to make any changes to this payment, you need to call me 72 hours in advance.
If the payment declines, your case will go back through litigation process.

*Economics Crimes unit / police dept.* [handwritten]

**Stahl Attachment 43**

Obama
program that helps citizens relieve their
debt ill see if you qualify for the
program.

**Stahl Attachment 13**

124

# JOB REBUTTAL ANSWERS

1. QUESTION: WE DON'T PASS INFORMATION TO THE EMPLOYEES
   A. LOOK I AM TRYING TO HELP YOUR COMPANY. THIS MATTER IS SERIOUS AND WILL CAUSE PROBLEMS AT THE JOB. GRAB A PEN AND GET THIS REDIRECTED TO THE EMPLOYEES HOME.
   B. STILL NO – (STRONGLY ASK) WHAT IS YOUR NAME AND YOUR POSITION IN THE COMPANY? WE WILL DOCUMENT FOR THE RECORD THAT YOU MADE THE DECISION FOR THE DB TO BE SERVED AT HIS PLACE OF EMPLOYMENT.

2. QUESTION: THEY NO LONGER WORK HERE
   A. WHAT WAS THE TERMINATION DATE?
   B. DO YOU KNOW WERE HE WAS TRANSFERRED TO. (IF LEFT THE COMPANY) DO YOU KNOW THE DB PERSONALLY? ARE U ABLE TO CONTACT THE DB? DO YOU HAVE THE CURRENT EMPLOYER?
      (Of course the best probing gets the most call backs. Get creative in your stats)
   C. WE ARE UNABLE TO REDIRECT SERVICE. MAKE SURE TO HAVE PROOF OF TERMINATION DATE WHEN THEY SHOW UP.

3. QUESTION: JUST GO AHEAD AND SERVE THE DOCUMENTS. WE WILL BRING UP THE DB THEN
   A. LOOK I SEE HERE THAT THERE IS AN OPPORTUNITY FOR SERVICE AT THE HOME RESIDENCE. MY SUGGESTION WOULD BE TO GRAB A PEN TAKE DOWN THE CASE NUMBER AND THE PH # TO THE ISSUING AGENT HANDLING THE CASE AND HAVE THE SERVICE REDIRECTED. THIS WILL HELP REDUCE ANY PROBLEMS AT THE WORK PLACE AND SAVE ANY POSSIBLE EMBARRASSMENT.

4. QUESTION: OUR POLICY IS.
   A. REPEAT THE SAME SCENARIO AS 3 ABOVE

5. QUESTION: IF TRANSFER TO VOICE MAIL
   A. CALL RIGHT BACK. TELL THEM YOU CAN NOT LEAVE A MESSAGE ON A VOICE MAIL THIS IS URGENT AND NEEDS TO BE HANDLED IMMEDIATELY. GRAB A PEN OR GET ME TO SOMEONE THAT CAN TAKE CARE OF THIS NOW.

6. QUESTION: WE DON'T VERIFY EMPLOYMENT OR GIVE OUT PERSONAL INFORMATION.
   A. I AM NOT ASKING TO VERIFY EMPLOYMENT. I AM TELLING YOU I HAVE A COURT ORDER HERE AGAINST ONE OF YOUR EMPLOYEES.
   B. I AM NOT ASKING FOR ANY INFORMATION. I AM TELLING YOU WE HAVE A COURT ORDER. I AM TRYING TO SET UP SERVICE. GRAB A PEN GET DB TO REROUTE THIS CASE TO HIS HOME. HELP YOURSELF AND HELP YOUR EMPLOYEE.

**Stahl Attachment 13**

*Bueno,*
*. Me puedo comunicar con* <u>*nabre*</u>

# Home Standard Talk Off In Spanish

Si estoy llamando para verificar si ~~alguen~~ <u>alguien</u> va estar presente para
recivir los documentos legales para(<u>DEBTORS NAME</u>). (Pause)

(note):(then no matter what they say.....you say the following)

(senor-senora), dejame explicar lo que esta pasando y lo que va a
pasar?! Los agentes oficiales van acer dos atemtos para servile los
documentos legales a su residencia!     *SERVIRLE*

Lo que voy a hacer es darle el numero de la oficina legal y el
numero del caso. Ahora agare una ~~pluma~~ pluma y un papel(Pause)......ok,
el numero es 1888-430-1651...y el numero del caso es 10_ _-_ _ _

_ _

Ya que hable con usted le voy a dar un tiempo sufficiente para que
se contacte con (DEBTORS NAME) si la oficina no escuchan de el o
ella los agentes oficiales van a ir a servile los documentos legales a
su residencia o localizacion de empleo suertel(HANG UP THE
PHONE!) *3 hours*

*Assoc. se tiene*

<u>Your Name:Mike Adams/Denise Wright</u>

<u>Employeer:Nationwide Process Services</u>

<u>Regarding:Debido a la ley de privicidad federal, no soy dado informacion personal de esta
persona</u>

Stahl Attachment 13

126

# *Job Standard Talk Of*

Yes my name is mike adams/denise wright im calling to find out if there is a policy or procedure set in place to have (debtors name) served with legal notice.

(note): (then no matter what they say...you say the following)

Sir/Ma'am let me explain what's gonna happen they may make two attempts to serve the legal notice after two failed attempts the issuing agent will be notified of a failed action to serve

What im going to do is give you the number to the filling agency and the file # so (debtors name) can get in contact with them

Go ahead and get pen..(pause) ok, the phone # to the filling issuer and the file # (he/she/you) needs to call is (888)430-1651 and the file # is (10_ _-_ _ _ _ _)

Since ive spoken with you im going to put a temporary hold to give you some time to relay the info to (debtors name). good luck! (hung up!)

Your name: Mike Adams/Denise Wright
Employeer: <u>Process division</u>
Regarding:Due to the federal privacy act, im not given this person's personal information..

**Stahl Attachment 13**

# JOB STANDARD TALK OFF

Yes, my name is *(Mike Adams/ Denise Wright)*. I'm calling from Process Services to find out if there is a policy or procedure in place to have an employee served with a court ordered summons by the name of (*debtor's name*).

Ma'am/ Sir would it be better to have (*debtor name*) served with legal documents at home?

*(Regardless of what they say state the following)*:

What I'm going to do is provide you with the number to the legal office that's handling the case and the case number. *(He/she)* needs to get in contact with them immediately so that they can have the summons redirected to their home.

The phone number is **888- 430- 1651** and the case number is

(_____-_____)

Now since I've spoken with you I'm going to place a 3 hour hold on the order to give them some time to contact the legal office, however, if they fail to do so then there will be attempts made to serve the documents.

**Stahl Attachment 13**

# Home STO

Yes, I'm calling to see if ...DB... will be there to sign for legal documents today?

Well, they've used your number as a source of contact and your address has a current residence. Let me explain to you what is going to happen: The process server is going to make two attempts to serve this complaint, after those two failed attempts the court **is** going to be notified of a failed action to serve, and the court hearing **will** take place without his/her/your participation. It will be noted as an FTA (failure to appear) on court records, and **will** lead to additional fines and **trouble** for (SAY THE DB'S NAME)

Mam, or Sir, What I'm going to do is give you the # to the legal office that's handling the case, and the case #. They do need to get in contact with that office immediately to redirect this service to where (SAY THE DB'S NAME) currently resides.
**Get a pen**....the phone number is
(888) 430-1651 and the case number is ####-#####

Now since I spoke with you I'm going to put a 1-3 hour temporary hold on the service of the summons, just to give you some time to contact them, **however**, failure for them to contact that legal office in that time frame will lead to the service of the summons at your residence, so do contact them immediately.
GOOD LUCK, AND HANG UP!!

Employer: Process Services: Processor
Regarding: Due to the federal privacy act, I'm not at liberty to give out this person's personal information, since you are not them.
Regarding: (**if you are talking to the DB**) Mam, or Sir, I'm just the process servers clerk, and due to federal privacy laws, I'm not at liberty to discuss the contents of the file. **However**, I can give you a number to the legal office that is handling the matter; they can answer all of your questions for you!!
\*\*For more information you need to contact the legal office immediately.

**Stahl Attachment 13**

# Home STO

Yes, I'm calling to ~~see if~~ verify that ...DB... will be there to sign for legal documents ~~today?~~ regarding a court ordered summons
there is a ~~legal~~ formal complaint pending against you/them

Well, they've used your number as a source of contact and your address has a

current residence. Let me explain to you what is going to happen:
The process server is going to make two attempts to serve this complaint, after
those two failed attempts the court **is** going to be notified of a failed action to
serve, and the court hearing **will** take place without his/her/your participation.  It
will be noted as an FTA (failure to appear) on court records, and **will** lead to
additional fines and **trouble** for (SAY THE DB'S NAME)


Mam, or Sir, What I'm going to do is give you the # to the legal office that's
handling the case, and the case #.  They do need to get in contact with that office
immediately to redirect this service to where (SAY THE DB'S NAME) currently
resides.

**Get a pen**....the phone number is
(888) 430-1651 and the case number is ####-#####


Now since I spoke with you I'm going to put a 1-3 hour temporary hold on the
service of the summons, just to give you some time to contact them, **however**,
failure for them to contact that legal office in that time frame will lead to the
service of the summons at your residence, so do contact them immediately.
GOOD LUCK, AND HANG UP!!


Employer: Process Services: Processor
Regarding: Due to the federal privacy act, I'm not at liberty to give out this
person's personal information, since you are not them.
Regarding: (**if you are talking to the DB**) Mam, or Sir, I'm just the process servers
clerk, and due to federal privacy laws, I'm not at liberty to discuss the contents of
the file.  **However**, I can give you a number to the legal office that is handling the
matter; they can answer all of your questions for you!!
**For more information you need to contact the legal office immediately.

Stahl Attachment 13

# Home standard talk off

Yes, I'm calling to see if someone will be there to receive legal documents on behalf of (DEBTOR NAME). (pause)

**(Note):** (then no matter what they say… you say the following)

(Ma'am/Sir), the process server may make two attempts to serve this complaint, after two failed attempts the court could be notified of a failed action to serve, and the court hearing may take place without (his/her/your) participation.

What I'm going to do is give you the phone number to the legal office that's handling the case, and the case # (he/she/you) needs to get in contact with them immediately!

Go ahead and get a pen… (pause) ok, the phone number (he/she/you) need to call is (860) 430-1651 and the case # is (___-___)

Now since I spoke with you I'm gonna put a temporary hold on the order… to give you a few hours to contact them… however, if they fail to hear from (him/her/you) in that time period; then they will start to make their attempts to serve the documents either at home or place of employment so… do contact them immediately!

YOUR NAME: MIKE ~~DAVIS~~ ADAMS / ~~CANDACE~~ Denise WRIGHT
EMPLOYER: PROCESS SERVICES: PROCESSOR
REGARDING: DUE TO THE FEDERAL PRIVACY ACT, I'M NOT GIVEN THIS PERSON'S PERSONAL INFORMATION….

* FOR MORE INFORMATION YOU NEED TO CONTACT THE LEGAL OFFICE THAT'S HANDLING THE CASE …… GO AHEAD AND GRAB A PEN AND I'LL GIVE YOU THE #

** they've used your # as a source of contact… they think he lives with you; what I'm gonna do is give you the # to the legal office that's handling your case.

Stahl Attachment 13

# STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!!
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS HE/SHE TO YOU? PAUSE WOW GRAB A PEN SO SERVICE CAN BE REDIRETED TO THEIR HOME.

2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT? WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR. GRAB A PIN.

3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ------- COUNTY.

4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED

5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT

6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU LOOK AND FIND SOMETHING TO WRITE WITH.

7. QUESTION: I CAN SIGN FOR THE DOCUMENTS.
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.

8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.

9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

**Stahl Attachment 13**

DEPT. WHEN THEY COME TO SERVE BE READY TO ANSWER SO QUESTIONS REGARDING THE SITUATION. HAVE YOUR ID READY.

10. QUESTION: THEY ARE DEAD, IN JAIL, OR HOMELESS
    A. DEAD? WHO ARE YOU TO THE DB? IS THERE A WIDOW?
        a. (IF YES) THEN CONTINUE THAT STAT AGAINS THE SPOUSE AND HAVE SPOUSE CALL IN. GRAB THE PEN
        b. (IF NO) THEN OK THERE WILL BE SOMEONE OUT TO SERVE BECAUSE OF DIRSCRIMNATION IN THE FACTS THAT ARE BEING PRESENTED AT THIS POINT. DO YOU HAVE PROOF, SUCH AS A DEATH CERTIFCATE? GRAB A PEN. FOR MORE INFORMATION REGARDING THIS CASE YOU CAN CALL THE ISSUING· AGENT HANDLING THE COMPLAINT.
    B. IN JAIL.
        a. WOW. THEN YOU NEED TO GRAB SOMETHING TO WRITE WITH THIS MIGHT CAUSE FUTHER ISSUES IN THERE SITUATION. IS DB MARRIED? WHO ARE YOU TO THE DB? OMG·I SUGGEST IF MARRIED HAVE SPOUSE CALL IF NOT MARRIED HAVE CLOSEST RELATION SUCH AS MOM CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
    C. HOMELESS.
        a. WELL THEN YOU MIGHT WANT TO GRAB A PEN. WRITE DOWN THE INFOMARION CASE # AND THE PHONE NUMBER TO THE ISSUING AGENT HANDLING THE CASE. GET IN YOUR AND DRIVE AROUND THE NEIGHBORHOOD BECAUSE HOMELESS PEOPLE ARE EASY TO FIND. HAVE THEM CALL TO REDIRECT CORNER FOR SERVICE.

11. QUESTION: THEY ARE OUT OF THE COUNTRY·OR ON VACATION.
    A. SO YOU ARE TELLING ME THERE IS NO PHONES IN THERE LOCATION? COME ON YOU ARE NOT TAKING THIS SERIOUSLY. I KNOW FOR A FACT IF THERE WAS AN EMERGENCY YOU WOULD FIND AWAY TO CONTACT THEM. SO I AM TELLING·NOW THIS IS URGENT GRAB A PEN THIS IS SERIOUS ENOUGH. IF YOU CARE YOU WILL MAKE THE EFFORT.

12. QUESTION: THEY DON'T LIVE IN THIS STATE AND NEVER HAVE.
    A. WOW SO WHY IS DB USING YOU INFORMATION? SOUNDS LIKE SOMETHINGS NOT RIGHT. GRAB A PEN. I SUGGEST YOU GET A HOLD OF THE DB. HAVE THEM CALL THE ISSUING AGENT AND GET THIS SERVICE REROUTED IMMEDIATELY.

13. QUESTION: THAT IS MY EX FROM 10 YEARS AGO. (OR EX INLAW FROM TEN YEARS AGO)
    A. SO DB DEOS NOT LIVE THERE? HMMM WHY IS YOUR ADDRESS ATTACHED TO THE SUMMONS?
    B. DO YOU HAVE CHILDREN OR GRANDCHILDREN?

**Stahl Attachment 13**

# CAPITAL FILING SERVICES

**DAM** (SR) - **TIM EVANS** EXT.829

**EXV** (JR) - **James Williams** EXT.268

**BRE** (HSHIP) - **Brittany Moore** EXT.612

**RQG** (HSHIP) - **Gary Banks** EXT.909

**MMZ** (HSHIP) - **Matthew Rosenberg** EXT.123

**JDB**- Jose

**TTB**- Tyrese

**LME**- Leticia

**JOV**- Joanna

**MXS** (SR)-**PAMELA MARSHALL** EXT.236

**RKS** (JR) - **Lauren Green** EXT.211

**NJV** (HSHIP) - **Austin Richards** EXT.228

**KMI**- Karissa

**CTA**- Christian

**GEG**- Gloria

**EYD**- Eneida

**ROS**- Rosa

**KAC**- Kirsti

**RND** (SR) - **WILLIAM COHEN** EXT. 265

**BXP** (JR) - **George Wallace** EXT. 163

**MLM** (OWN) - **Marlene Duran** EXT.215

**BML** (HSHIP) - **Brian Goldstein** EXT.230

**CSR**- Carlos

**EDR**- Ed

**EEP**- Erandi

**RFE**- Robert

**CBV**- Christopher

**RXE**- Edgar

**Stahl Attachment 14**

# CAPITAL FILING SERVICES

File#: 1094.04921    Date: 10/12/11

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/12 | | | | | | | | |
| 1,224 22 | | | | | | | | |

Pay Plan: _____

OG BALANCE 2,142 39 SETTLED FOR $ 1,229 22 SPIFF$ _____

BEST CONTACT # _____

Debtor Name: _____

Name on Credit Card: _____

Address the billing statement is mailed to:

_____

_____

SPLIT MXS, MMZ , _____

SEND VIA: MAIL (EMAIL) FAX __

@ Yahoo.

**Stahl Attachment 14**

Federal law Prohibiting Interference with Service OF Process

# **Federal Law**

## **Title 18 of the United States Code Section 1501**

**States : it is a class "A" misdemeanor for any person who knowingly and willfully opposes or resist and or Interferes with a service of summons. shall be guilty of a misdemeanor..**

YPS 6486

888 - 430 - 1651

Untitled

Punitive Articles of the UCMJ

Article 134—(Debt, dishonorably failing to pay)

- Nonjudicial Punishment (Art 15)
- Administrative Discharges
- Military Lawyers
- Manual for Courts Martial (MCM)

Text.

See Paragraph 60.

Elements.

(1) That the accused was indebted to a certain person or entity in a certain sum;

(2) That this debt became due and payable on or about a certain date;

(3) That while the debt was still due and payable the accused dishonorably failed to pay this debt; and

(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Explanation. More than negligence in nonpayment is necessary. The failure to pay must be characterized by deceit, evasion, false promises, or other distinctly culpable circumstances indicating a deliberate nonpayment or grossly indifferent attitude to-ward one's just obligations. For a debt to form the basis of this offense, the accused must not have had a defense, or an equivalent offset or counterclaim, either in fact or according to the accused's belief, at the time alleged. The offense should not be charged if there was a genuine dispute between the parties as to the facts or law relating to the debt which would affect the obligation of the accused to pay. The offense is not committed if the creditor or creditors involved are satisfied with the conduct of the debtor with respect to payment. The length of the period of nonpayment and any denial of indebtedness which the accused may have made may tend to prove that the accused's conduct was dishonorable, but the court-martial may convict only if it finds from all of the evidence that the conduct was in fact dishonorable.

Lesser included offenses. None.

Maximum punishment. Bad-conduct discharge, forfeiture of all pay and allowances, and confinement for 6 months.

**Stahl Attachment 15**

# _Skill Building Training_

# Tonight 5-7pm

# Free food!

# Address: 495 E. Rincon st ste# 150 Corona, CA 92880

**Stahl Attachment 16**

# JOB STANTAND TALK OFF

Hi my name _____ and I'm calling from the (COUNTY NAME) process service division.  I'm calling to find out what your policy is to have one of your employees, _____, served with a summons to appear in court.

A process server is going to be sent to the location to serve _____.  I am showing here that _____ has the option to be served at home if he/she would like, since it tends to be embarrassing as well as disruptive for the business.

In order for _____ to be served at home he/she will have to contact the issuing agents who are filing the case. What I can do is put a temporary hold on summons to give _____ enough time to make the changes to where the summons is going to be served. The number is _____ and reference case # _____.

This is a time sensitive matter, if there is no contact we will have no choice but to execute the order for the summons to be served at this location.

**Stahl Attachment 17**

# FOR VOICEMAIL

THIS MESSAGE IS FOR ( <u>NAME</u> ) MY NAME IS ▓▓▓▓ ▓▓▓▓/DAVID WHITE. I'M CALLING IN REGARDS TO A COMPLAINT THAT HAS BEEN FORWARDED TO MY OFFICE. YOU NEED TO CONTACT THE ISSUING AGENT HANDLEING YOUR CASE AT 888-416-8110 AND REFRENCE DOCKET # _____. IF YOU FAIL TO CONTACT THE ISSUING AGENT WITHIN THE NEXT 24 HOURS YOUR DOCUMENTS WILL BE FORWARDED, AND YOU WILL BE SERVED EITHER AT YOUR HOME OR PLACE OF EMPLOYMENT.

**Stahl Attachment 17**

# STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!!
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS HE/SHE TO YOU? PAUSE WOW GRAB A PEN SO SERVICE CAN BE REDIRETED TO THEIR HOME.

2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT? WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR. GRAB A PIN.

3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ------- COUNTY.

4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED

5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT

6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU LOOK AND FIND SOMETHING TO WRITE WITH.

7. QUESTION: I CAN SIGN FOR THE DOCUMENTS.
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.

8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.

9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

**Stahl Attachment 17**

141

DEPT. WHEN THEY COME TO SERVE BE READY TO ANSWER SO QUESTIONS REGARDING THE SITUATION. HAVE YOUR ID READY.

10. QUESTION: THEY ARE DEAD, IN JAIL, OR HOMELESS
   A. DEAD? WHO ARE YOU TO THE DB? IS THERE A WIDOW?
      a. (IF YES) THEN CONTINUE THAT STAT AGAINS THE SPOUSE AND HAVE SPOUSE CALL IN. GRAB THE PEN
      b. (IF NO) THEN OK THERE WILL BE SOMEONE OUT TO SERVE BECAUSE OF DIRSCRIMNATION IN THE FACTS THAT ARE BEING PRESENTED AT THIS POINT. DO YOU HAVE PROOF, SUCH AS A DEATH CERTIFCATE? GRAB A PEN. FOR MORE INFORMATION REGARDING THIS CASE YOU CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
   B. IN JAIL.
      a. WOW. THEN YOU NEED TO GRAB SOMETHING TO WRITE WITH THIS MIGHT CAUSE FUTHER ISSUES IN THERE SITUATION. IS DB MARRIED? WHO ARE YOU TO THE DB? OMG I SUGGEST IF MARRIED HAVE SPOUSE CALL IF NOT MARRIED HAVE CLOSEST RELATION SUCH AS MOM CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
   C. HOMELESS.
      a. WELL THEN YOU MIGHT WANT TO GRAB A PEN. WRITE DOWN THE INFOMARION CASE # AND THE PHONE NUMBER TO THE ISSUING AGENT HANDLING THE CASE. GET IN YOUR AND DRIVE AROUND THE NEIGHBORHOOD BECAUSE HOMELESS PEOPLE ARE EASY TO FIND. HAVE THEM CALL TO REDIRECT CORNER FOR SERVICE.

11. QUESTION: THEY ARE OUT OF THE COUNTRY OR ON VACATION.
   A. SO YOU ARE TELLING ME THERE IS NO PHONES IN THERE LOCATION? COME ON YOU ARE NOT TAKING THIS SERIOUSLY. I KNOW FOR A FACT IF THERE WAS AN EMERGENCY YOU WOULD FIND AWAY TO CONTACT THEM. SO I AM TELLING NOW THIS IS URGENT GRAB A PEN THIS IS SERIOUS ENOUGH. IF YOU CARE YOU WILL MAKE THE EFFORT.

12. QUESTION: THEY DON'T LIVE IN THIS STATE AND NEVER HAVE.
   A. WOW SO WHY IS DB USING YOU INFORMATION? SOUNDS LIKE SOMETHINGS NOT RIGHT. GRAB A PEN. I SUGGEST YOU GET A HOLD OF THE DB. HAVE THEM CALL THE ISSUING AGENT AND GET THIS SERVICE REROUTED IMMEDIATELY.

13. QUESTION: THAT IS MY EX FROM 10 YEARS AGO. (OR EX INLAW FROM TEN YEARS AGO)
   A. SO DB DEOS NOT LIVE THERE? HMMM WHY IS YOUR ADDRESS ATTACHED TO THE SUMMONS?
   B. DO YOU HAVE CHILDREN OR GRANDCHILDREN?

**Stahl Attachment 17**

C. WHATEVER THE CASE IS IT SOUNDS LIKE YOU NEED TO GET THIS SERVICE
REDIRECTED. GRAB A PEN. HERE IS THE CASE NUMBER AND THE PH # TO THE
ISSUING AGENT HANDLING THE COMPLAINT. I SUGGEST YOU GET THE DB ON THE
PHONE IMMEDIATELY TO GET THIS TAKEN CARE OF.

**Stahl Attachment 17**

1) Make over 280 phone calls every day that you work.

2) Work new business at least three times a day.

3) Re-work new business for the next two days.

4) Do not except no for an answer…. Everyone is lying!!!!

# David White 1-888-416-8110

# Cindy Adams 1-888-416-8110

UCMJ - Article 134 - (Debt, dishonorably failing to pay)    Page 1 of 2
Case 5:11-cv-01623-VAP-SP   Document 68-3   Filed 01/09/12   Page 24 of 61   Page ID
#:2340

# Abaut.com: US Military

By Rod Powers, About.com Guide

## Punitive Articles of the UCMJ
### Article 134—(Debt, dishonorably failing to pay)

*Text.*

See Paragraph 60[16].

*Elements.*

(1) That the accused was indebted to a certain person or entity in a certain sum;

(2) That this debt became due and payable on or about a certain date;

(3) That while the debt was still due and payable the accused dishonorably failed to pay this debt; and

(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

**More of this Feature**
• Punitive Articles Menu
[1]• Complete UCMJ[2] [3]

**Join the Discussion**
Military Law[4]

**Related Resources**
• Court Martials[5]
• Nonjudicial Punishment (Art 15)[6]
• Administrative Discharges
[7]• Military Lawyers
[8]• Manual for Courts Martial (MCM)
[9][10] [11]

**From Other Guides**
• Crime & Punishment[12]
• Current Events: Law[13]
• Government[14]
• US Government Info[15]

*Explanation.* More than negligence in nonpayment is necessary. The failure to pay must be characterized by deceit, evasion, false promises, or other distinctly culpable circumstances indicating a deliberate nonpayment or grossly indifferent attitude to-ward one's just obligations. For a debt to form the basis of this offense, the accused must not have had a defense, or an equivalent offset or counterclaim, either in fact or according to the accused's belief, at the time alleged. The offense should not be charged if there was a genuine dispute between the parties as to the facts or law relating to the debt which would affect the obligation of the accused to pay. The offense is not committed if the creditor or creditors involved are satisfied with the conduct of the debtor with respect to payment. The length of the period of nonpayment and any denial of indebtedness which the accused may have made may tend to prove that the accused's conduct was dishonorable, but the court-martial may convict only if it finds from all of the evidence that the conduct was in fact dishonorable.

*Lesser included offenses.* None.

*Maximum punishment.* Bad-conduct discharge, forfeiture of all pay and allowances, and confinement for 6 months.

**Next Article >** Article 134—(Disloyal statements)[17] >

# HOME STANDARD TALK OFF

I'm calling to verify that someone will be home to accept legal documents from the _(COUNTY NAME)_ process service division on behalf of _____.

The process server is going to make two attempts to execute the order of the summons and complaint.  After two failed attempts, the court will be notified of a failed action to serve and the court hearing will take place without _____ participation.  It will then be noted as a failure to appear on the court records, and lead to extra fines.

This is a time sensitive matter.

What _____ needs to do is contact the issuing agent handing the case who has the authority to make changes to when/where the summons are served.  I can put a 3 hour temporary hold on the summons & complaint. The phone number he/she needs to call is _____ and reference case #_____.

If there's no contact within the next 3 hours, we will have no choice but to execute the order.

**Stahl Attachment 18**

# JOB STANTAND TALK OFF

Hi my name _____ and I'm calling from the (COUNTY NAME) process service division.  I'm calling to find out what your policy is to have one of your employees, _____, served with a summons to appear in court.

A process server is going to be sent to the location to serve _____.  I am showing here that _____ has the option to be served at home if he/she would like, since it tends to be embarrassing as well as disruptive for the business.

In order for _____ to be served at home he/she will have to contact the issuing agents who are filing the case. What I can do is put a temporary hold on summons to give _____ enough time to make the changes to where the summons is going to be served. The number is _____ and reference case # _____.

This is a time sensitive matter, if there is no contact we will have no choice but to execute the order for the summons to be served at this location.

# Standard Talk Off

Yes, I'm Calling to Find out if someone is going to be home, who can accept legal documents from a Process Server on behalf of (_____)
*PAUSE*
Ma'am/Sir a Process server will make two attempts to serve this complaint, after two fail attempts the court is notified of a failed action to serve and the court hearing will take place without (his/her) participation. It will be noted as a failure to appear on the court records, which will lead to addition fines.

What I'm going to do is give you the phone number to the ~~legal~~ office that's handling the case and the case # (he/she) needs to get in contact with them immediately....go ahead and get a pen the phone number you need to call is (~~827~~) *866* ~~489-2120~~ *416-8110* *PAUSE* and the Case # us _____ - _____

( I Can Put a 3 hour temporary hold on the summons to give you some time to contact them. )

However if they fail to hear from you in that time period then the Process server will start to make their attempts to serve the complaint either at the home or place of employment so contact them immediately .

# Message

*Hello* My name is _____. I'm with the process service division. This is regarding a complaint forwarded to my office. This case is against *contact* _____. ~~For more information my suggestion would be~~ *needs* to ~~call~~ the *This* issuing agent handling ~~the~~ complaint at (~~855-616-1440~~) 0. Please refer to the docket number _____. If there is no contact within 24 hours we will dispatch a process server out to the location for the service of the summons and complaint

~~866-416-8110~~

*888 - 416 - 8110*

**Stahl Attachment 18**

148

### Closer Script

Thank you for holding this is (Closer Name) am I speaking with (debtor name). To make sure we have the right person the last 4 digits of your ssn# is... Alright sir/mam it does show here we have pending court action filed against you. We are currently waiting for verification that you received your documents. Did you receive that paperwork today? (If they ask what type of paper work say a summons to appear in court, and once they say no ask how they got this number.) Oh ok well it sounds like a process server was trying to contact you. Grab a pencil and paper I'm going to upload your case from the attorney file and let you know exactly what is going on. I do show a pending civil case against you, the documents for this case were sent out for processing ten days ago.

You are being sued due to your outstanding issue with (debt). The principle balance of this account (not card) when it was charged off was (principle). Since the point of charge off interest has accrued at a default interest rate of 33.9% so right now before attorney fees and court costs are added the attorneys are taking you to court for (full spiff amount). Once this case reaches the court level and those fees are added the attorneys will be looking to render a ten year judgment for (full spiff + 2500- do the math do not say amount +2500).

Now sir/mam I do show a demand letter was sent to you 45 days ago that gave you or your attorney 30 days to respond. May I ask why you never responded? (if they ask where it was sent to give them best 3 addresses on credit report, if not just listen to why and keep moving, only give addresses if they ask). Well sir/mam at this point since you physically have not been served I can see if the attorneys are still willing to honor the demand that was sent out to you forgoing court saving you roughly $3k. Did you want to take care of this voluntarily or did you want to go to court? (go completely silent and do not speak until they respond).

(if they say court.) Ok I will forward the request to the attorneys that you would like to go to court and have your summons sent out. You should receive your summons in the next few business days. Good luck.

(if they say voluntarily) Then ask if they have the full spiff amount to ~~take care of it today.~~ *get your case dismissed today* Negotiate from there...

# STO REBUTTAL ANSWERES

1. QUESTION: DB DOES NOT LIVE HERE!!
   A. OH HE DOESN'T LIVE THERE WHY IS HE/SHE USING YOUR ADDRESS? PAUSE WHO IS HE/SHE TO YOU? PAUSE WOW GRAB A PEN SO SERVICE CAN BE REDIRETED TO THEIR HOME.
2. QUESTION: I HAVE NO CONTACT WITH DB!
   A. WHY IS HE USING YOUR ADDRESS? HOW LONG SINCE YOU HAVE HAD CONTACT? WOW THEY ARE COMING TO YOUR HOUSE AFTER 2 ATTEMPTS THIS COURT PROCEEDING WILL GO ON WITHOUT THEM THEY WILL GET A FAILURE TO APPEAR. GRAB A PIN.
3. QUESTION: WHO ARE YOU AND WHAT COUNTY ARE YOU CALLING FROM?
   A. I AM WITH THE PROCESS SERVICE DIVISION CALL FROM ------- COUNTY.
4. QUESTION: I AM NOT TAKING ANY NUMBER TO PASS TO DB.
   A. SO U CAN CARE A LESS IF THE DB GETS A FAILURE TO APPEAR. WHO ARE YOU TO THE DB.
   B. OK THAT'S FINE YOU CAN EXPLAIN IT WHEN THEY TRY TO SERVE AT YOUR LOCATION
   C. WHY ARE YOU SO RELUCTANT TO HELP A FAMILY MEMBER IN NEED
5. QUESTION: CAN I CALL YOU BACK.
   A. WE RUN OUT OF A CALL CENTER. WE CAN NOT HELP YOU WITH ANYTHING. TO REDIRECT SERVICE YOU CAN FORWARD THE INFORMATION TO THE DB. THEN HE CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT
6. QUESTION: I DON'T HAVE A PEN.
   A. THEN YOU NEED TO GET UP AND FIND ONE. THIS IS NOT A GAME. I SUGGEST YOU LOOK AND FIND SOMETHING TO WRITE WITH.
7. QUESTION: I CAN SIGN FOR THE DOCUMENTS.
   A. IT SHOWS HERE THAT THE DB IS THE ONLY ONE THAT HAS AUTHORIZATION TO SIGN FOR THE DOCUMENTS. GRAB A PEN. HAVE THE DB CALL THE ISSUING AGENT HANDLING THE COMPLAINT TO AUTHORIZE YOUR SIGNATURE.
8. QUESTION: I AM DRIVING RIGHT NOW.
   A. I SUGGEST YOU PULL OVER. THIS IS TIME SENSITIVE AND SINCE YOU ARE NOT AT THE SERVICE LOCATION IT WILL BE NOTED AS A FAILURE TO SERVE.
9. QUESTION: I DON'T KNOW WHO THAT PERSON IS.
   A. IS THIS (RELATIVES NAME). OK SO YOU'RE TELLING ME YOU DON'T KNOW DB? IS YOUR ADDRESS (FILL IN ADDY). IT SOUND LIKE WE NEED TO NOTIFY THE FRAUD

**Stahl Attachment 18**

DEPT. WHEN THEY COME TO SERVE BE READY TO ANSWER SO QUESTIONS REGARDING THE SITUATION. HAVE YOUR ID READY.

10. QUESTION: THEY ARE DEAD, IN JAIL, OR HOMELESS
    A. DEAD? WHO ARE YOU TO THE DB? IS THERE A WIDOW?
        a. (IF YES) THEN CONTINUE THAT STAT AGAINS THE SPOUSE AND HAVE SPOUSE CALL IN. GRAB THE PEN
        b. (IF NO) THEN OK THERE WILL BE SOMEONE OUT TO SERVE BECAUSE OF DIRSCRIMNATION IN THE FACTS THAT ARE BEING PRESENTED AT THIS POINT. DO YOU HAVE PROOF, SUCH AS A DEATH CERTIFCATE? GRAB A PEN. FOR MORE INFORMATION REGARDING THIS CASE YOU CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
    B. IN JAIL.
        a. WOW. THEN YOU NEED TO GRAB SOMETHING TO WRITE WITH THIS MIGHT CAUSE FUTHER ISSUES IN THERE SITUATION. IS DB MARRIED? WHO ARE YOU TO THE DB? OMG I SUGGEST IF MARRIED HAVE SPOUSE CALL IF NOT MARRIED HAVE CLOSEST RELATION SUCH AS MOM CALL THE ISSUING AGENT HANDLING THE COMPLAINT.
    C. HOMELESS.
        a. WELL THEN YOU MIGHT WANT TO GRAB A PEN. WRITE DOWN THE INFOMARION CASE # AND THE PHONE NUMBER TO THE ISSUING AGENT HANDLING THE CASE. GET IN YOUR AND DRIVE AROUND THE NEIGHBORHOOD BECAUSE HOMELESS PEOPLE ARE EASY TO FIND. HAVE THEM CALL TO REDIRECT CORNER FOR SERVICE.

11. QUESTION: THEY ARE OUT OF THE COUNTRY OR ON VACATION.
    A. SO YOU ARE TELLING ME THERE IS NO PHONES IN THERE LOCATION? COME ON YOU ARE NOT TAKING THIS SERIOUSLY. I KNOW FOR A FACT IF THERE WAS AN EMERGENCY YOU WOULD FIND AWAY TO CONTACT THEM. SO I AM TELLING NOW THIS IS URGENT GRAB A PEN THIS IS SERIOUS ENOUGH. IF YOU CARE YOU WILL MAKE THE EFFORT.

12. QUESTION:  THEY DON'T LIVE IN THIS STATE AND NEVER HAVE.
    A. WOW SO WHY IS DB USING YOU INFORMATION? SOUNDS LIKE SOMETHINGS NOT RIGHT.  GRAB A PEN. I SUGGEST YOU GET A HOLD OF THE DB. HAVE THEM CALL THE ISSUING AGENT AND GET THIS SERVICE REROUTED IMMEDIATELY.

13. QUESTION: THAT IS MY EX FROM 10 YEARS AGO. (OR EX INLAW FROM TEN YEARS AGO)
    A. SO DB DEOS NOT LIVE THERE? HMMM WHY IS YOUR ADDRESS ATTACHED TO THE SUMMONS?
    B. DO YOU HAVE CHILDREN OR GRANDCHILDREN?

**Stahl Attachment 18**

C. WHATEVER THE CASE IS IT SOUNDS LIKE YOU NEED TO GET THIS SERVICE REDIRECTED. GRAB A PEN. HERE IS THE CASE NUMBER AND THE PH # TO THE ISSUING AGENT HANDLING THE COMPLAINT. I SUGGEST YOU GET THE DB ON THE PHONE IMMEDIATELY TO GET THIS TAKEN CARE OF.

**Stahl Attachment 18**

# CLOSER REBUTTAL ANSWERS

1. QUESTION: NEVER HAD AN ACCOUNT WITH THAT COMPANY
   A. So you're telling me you don't remember this account? It shows here that you made payments for two years!
   B. The client completed an asset and liability investigation against you and has verifiable proof that you opened and used this credit card.

   (If still debating that they never had this account. At this point verify addresses and social security number. There are more rebuttals as the db will ask more questions. Hopefully everything will be answered below.)

2. QUESTION: HOW DID THE INTEREST GET SO HIGH?
   A. I'm not a mathematician but if you would like to do the math you will see how easy the amount increases when you calculate at the 33.9% default interest rate.

3. QUESTION: I CALLED THE ORIGINAL CREDITOR AND THEY SAID ALL FEES AND INTEREST WERE INCLUDED AT TIME OF CHARGE OFF
   A. Per the contractual agreement that you agreed upon when you began using the card the interest continues until the account is paid off

4. QUESTION: I'M GOING TO FILE BK
   A. That might be a good idea for any of you other accounts in default. But it is not going to help you with this one. You are always hoping that the creditors do not show up to mediation. But I will assure you the client has invested money into this so by all means counsel will show up on their behalf. In the end you will be paying on this judgment for the next 10 years.

5. QUESTION: THIS WAS INCLUDED IN MY BK
   (Do not ask them to fax you anything. WE DO NOT CARE)
   A. In the investigation they have concluded that this debt was not resolved. You have a couple choices. You have every right to your day in court. I suggest you have your ducks in a row. The client will seek full recourse. Or you have a small window of opportunity to resolve this voluntarily. What would you prefer to do?

6. QUESTION: I NEED SOMETHING IN WRITING
   A. As I explained earlier a demand letter was mailed out to you 45 days ago. For whatever reason you chose not to respond. I know you said you didn't get it. I am not here to say whether that is or is not the case. What I am saying is the process has already begun. At this point there will be no more correspondence. Now I f you would like to resolve this voluntarily I can complete a hardship, file the stipulation and get you a copy of that stipulation with everything in writing. Would you like me to help you take care of this today.

7. QUESTION: I WANT YOU TO RESEND ME THE LETTER

**Stahl Attachment 18**

A. They can't at this time resend the demand letter. They are in the process of serving you the court order. There is no way my client is going to jeopardize this case being thrown out. Resending you the demand give you 30 days to respond.

8. QUESTION: I AM NOT GIVING YOU MY ACCOUNT INFORMATION OVER THE PHONE
    A. Providing bank information for making a payment is not something new. If you want to resolve we will have to secure the arrangement. You did say you want to resolve this voluntarily right?
    B. LAST RESORT. Offer prepaid card option. NO PROMISE TO PAY WITH MONEY ORDERS

9. QUESTION: WHEN WAS THE LAST PAYMENT MADE?
    A. If the account is in stats then give them all information. MAKE THEM FEEL COMFORTABLE. EXPLAING THE DEBT IN ITS ENTIRETY MAKES PEOPLE PAY YOU
    B. If not in stats. The information for last payment is not included. (Make sure you look at state laws for statute of limitations)

10. QUESTION: THIS WAS INCLUDED IN MY DIVORCE
    A. Civil super cedes divorce. You are still responsible for your own debt. My suggestion is to take care of this so you don't get a judgment rendered against you. Then take your ex to small claims court and get your money back.

11. QUESTION. I CAN'T GIVE YOU ALL MY TAX RETURN
    A. Do you not understand they have recommended levies on your bank accounts and that includes taking your tax refund. Your will not see a dime. Why not take care of this without paying of attorney's fees and court costs.

12. QUESTION. I HAVE OTHER BILLS THAT NEED TO BE PAID FIRST
    A. Obviously you are not taking this seriously. I you would rather have cable today and in the end have your wages extracted at 25% let me know now. I will not waste any more time trying to help you.
    (If not wage garnish state change wages extracted to Levy on you bank account)

13. QUESTION. THIS IS IDENTITY THEFT
    A. So it shows here that payments were made for over a year on this card. So you're telling me someone stole your identity and made your payments for you? If what you are saying is true then I have to tell you it is most likely some that you love. This only occurs with a family member or someone close to you. Of course they had every intention of taking care of this debt so you would never know. Unfortunately it did not get paid. Now what you will have to do is make a decision right now. Either choose to resolve this today I can waive the attorney fees and court costs. Or you can go to the police dept and file fraud against the person who did this. Now remember fraud is the same as robbing a bank. I need an answer what would you like to do?

**Stahl Attachment 18**

14. QUESTION: I GOOGLED YOUR PLACE A BUSINESS YOU'RE A SCAM

   A. Of course you will not find good things reported when it comes to owing money.
      There is never good press when someone is in the process of being sued. If you
      google large banks you will find the same. If you Google Facebook or Walmart again
      complaints complaints complaints. You have the choice to take care of your
      responsibility or stick your head the sand and pretend this isn't happening. What
      would you like to do? I can help you resolve this voluntarily saving you court costs
      and attorney fees.

15. QUESTION: I HAVE NO BANK ACCOUNT

   A. Why are you in check systems? (check CBR for CU or Bank Loans More training to
      come)

      (If they yes then send them to get prepaid)

      (If they say no then ask them to open up a bank account the fees are far less)


   MORE TO COME!!

**Stahl Attachment 18**

# JOB REBUTTAL ANSWERS

1. QUESTION: WE DON'T PASS INFORMATION TO THE EMPLOYEES
   A. LOOK I AM TRYING TO HELP YOUR COMPANY. THIS MATTER IS SERIOUS AND WILL CAUSE PROBLEMS AT THE JOB. GRAB A PEN AND GET THIS REDIRECTED TO THE EMPLOYEES HOME.
   B. STILL NO – (STRONGLY ASK) WHAT IS YOUR NAME AND YOUR POSITION IN THE COMPANY? WE WILL DOCUMENT FOR THE RECORD THAT YOU MADE THE DECISION FOR THE DB TO BE SERVED AT HIS PLACE OF EMPLOYMENT.
2. QUESTION: THEY NO LONGER WORK HERE
   A. WHAT WAS THE TERMINATION DATE?
   B. DO YOU KNOW WERE HE WAS TRANSFERRED TO. (IF LEFT THE COMPANY) DO YOU KNOW THE DB PERSONALLY? ARE U ABLE TO CONTACT THE DB? DO YOU HAVE THE CURRENT EMPLOYER?

      (Of course the best probing gets the most call backs. Get creative in your stats)
   C. WE ARE UNABLE TO REDIRECT SERVICE. MAKE SURE TO HAVE PROOF OF TERMINATION DATE WHEN THEY SHOW UP.
3. QUESTION: JUST GO AHEAD AND SERVE THE DOCUMENTS. WE WILL BRING UP THE DB THEN
   A. LOOK I SEE HERE THAT THERE IS AN OPPORTUNITY FOR SERVICE AT THE HOME RESIDENCE. MY SUGGESTION WOULD BE TO GRAB A PEN TAKE DOWN THE CASE NUMBER AND THE PH # TO THE ISSUING AGENT HANDLING THE CASE AND HAVE THE SERVICE REDIRECTED. THIS WILL HELP REDUCE ANY PROBLEMS AT THE WORK PLACE AND SAVE ANY POSSIBLE EMBARRASSMENT.
4. QUESTION: OUR POLICY IS.
   A. REPEAT THE SAME SCENARIO AS 3 ABOVE
5. QUESTION: IF TRANSFER TO VOICE MAIL
   A. CALL RIGHT BACK. TELL THEM YOU CAN NOT LEAVE A MESSAGE ON A VOICE MAIL THIS IS URGENT AND NEEDS TO BE HANDLED IMMEDIATELY. GRAB A PEN OR GET ME TO SOMEONE THAT CAN TAKE CARE OF THIS NOW.
6. QUESTION: WE DON'T VERIFY EMPLOYMENT OR GIVE OUT PERSONAL INFORMATION.
   A. I AM NOT ASKING TO VERIFY EMPLOYMENT. I AM TELLING YOU I HAVE A COURT ORDER HERE AGAINST ONE OF YOUR EMPLOYEES.
   B. I AM NOT ASKING FOR ANY INFORMATION. I AM TELLING YOU WE HAVE A COURT ORDER. I AM TRYING TO SET UP SERVICE. GRAB A PEN GET DB TO REROUTE THIS CASE TO HIS HOME. HELP YOURSELF AND HELP YOUR EMPLOYEE.

**Stahl Attachment 18**

DEPT. WHEN THEY COME TO SERVE BE READY TO ANSWER SO QUESTIONS REGARDING THE SITUATION. HAVE YOUR ID READY.

10. QUESTION: THEY ARE DEAD, IN JAIL, OR HOMELESS

   A. DEAD? WHO ARE YOU TO THE DB? IS THERE A WIDOW?

      a. (IF YES) THEN CONTINUE THAT STAT AGAINS THE SPOUSE AND HAVE SPOUSE CALL IN. GRAB THE PEN

      b. (IF NO) THEN OK THERE WILL BE SOMEONE OUT TO SERVE BECAUSE OF DIRSCRIMNATION IN THE FACTS THAT ARE BEING PRESENTED AT THIS POINT. DO YOU HAVE PROOF, SUCH AS A DEATH CERTIFCATE? GRAB A PEN. FOR MORE INFORMATION REGARDING THIS CASE YOU CAN CALL THE ISSUING AGENT HANDLING THE COMPLAINT.

   B. IN JAIL.

      a. WOW. THEN YOU NEED TO GRAB SOMETHING TO WRITE WITH THIS MIGHT CAUSE FUTHER ISSUES IN THERE SITUATION. IS DB MARRIED? WHO ARE YOU TO THE DB? OMG I SUGGEST IF MARRIED HAVE SPOUSE CALL IF NOT MARRIED HAVE CLOSEST RELATION SUCH AS MOM CALL THE ISSUING AGENT HANDLING THE COMPLAINT.

   C. HOMELESS.

      a. WELL THEN YOU MIGHT WANT TO GRAB A PEN. WRITE DOWN THE INFOMARION CASE # AND THE PHONE NUMBER TO THE ISSUING AGENT HANDLING THE CASE. GET IN YOUR AND DRIVE AROUND THE NEIGHBORHOOD BECAUSE HOMELESS PEOPLE ARE EASY TO FIND. HAVE THEM CALL TO REDIRECT CORNER FOR SERVICE.

11. QUESTION: THEY ARE OUT OF THE COUNTRY OR ON VACATION.

   A. SO YOU ARE TELLING ME THERE IS NO PHONES IN THERE LOCATION? COME ON YOU ARE NOT TAKING THIS SERIOUSLY. I KNOW FOR A FACT IF THERE WAS AN EMERGENCY YOU WOULD FIND AWAY TO CONTACT THEM. SO I AM TELLING NOW THIS IS URGENT GRAB A PEN THIS IS SERIOUS ENOUGH. IF YOU CARE YOU WILL MAKE THE EFFORT.

12. QUESTION: THEY DON'T LIVE IN THIS STATE AND NEVER HAVE.

   A. WOW SO WHY IS DB USING YOU INFORMATION? SOUNDS LIKE SOMETHINGS NOT RIGHT. GRAB A PEN. I SUGGEST YOU GET A HOLD OF THE DB. HAVE THEM CALL THE ISSUING AGENT AND GET THIS SERVICE REROUTED IMMEDIATELY.

13. QUESTION: THAT IS MY EX FROM 10 YEARS AGO. (OR EX INLAW FROM TEN YEARS AGO)

   A. SO DB DEOS NOT LIVE THERE? HMMM WHY IS YOUR ADDRESS ATTACHED TO THE SUMMONS?

   B. DO YOU HAVE CHILDREN OR GRANDCHILDREN?

**Stahl Attachment 18**

C. WHATEVER THE CASE IS IT SOUNDS LIKE YOU NEED TO GET THIS SERVICE
   REDIRECTED. GRAB A PEN. HERE IS THE CASE NUMBER AND THE PH # TO THE
   ISSUING AGENT HANDLING THE COMPLAINT. I SUGGEST YOU GET THE DB ON THE
   PHONE IMMEDIATELY TO GET THIS TAKEN CARE OF.

**Stahl Attachment 18**

REGULAR MSG:

My name is_____ and I'm with the process service division. This is regarding a complaint that has been forwarded to my office. This case is against _____. For more information, my suggestion would be to call the issuing agent handling the case at _____, refer to case #_____. If there is no contact within the next 3 hours, we will have no choice but to execute the order.

**Stahl Attachment 18**

## SEVERAL ATTEMPTS MSG: (You've STO'd them before and have left multiple msgs)

My name is ...(Dialer Name).., I'm calling from the process service division. I'm calling in regards to some legal documents that have been on a temporary hold on being served to a ...(Debtors Name)... There still has not been any contact to the legal department from...(Debtors Name)..., so this is the **final attempt to call in**, otherwise the documents are to be released and ...(he/she)... will be served. The number to the legal department that's handling your case is .................with case #...............

**Stahl Attachment 18**

## HOW TO ANSWER THE PHONE...

Corporate office, how may I help you? Alright sir/ma'am, do you have a case number? Please hold one moment while I pull the case form the director and connect you to the agent handling your case.

- If they are explaining what happened or getting upset about the phone call, tell them, "It sounds like you were contacted by a process server, we do hire them to locate the some of the people are clients are looking for. Let me have your case number so I can connect you to the agent handling your case."

**Stahl Attachment 18**

# BKP MSG

## (when cm doesn't want to get back on board)

Hi, this is <u>(your dialer name)</u>, I'm calling with the Process Service Division again- we've just received notification of one failed attempt to serve you. A second failed attempt can result in failure to appear on your court record, as well as an increase of fines.

My suggestion to you would be to contact the issuing agent that's handling your case. You can reach them at _____ refer to case number _____.

**Stahl Attachment 18**

## QUALITY CONTROL TALK OFF

Hello Mr./Mrs. _____, my name is __(your alias)__ and I'm with the QUALITY CONTROL DEPT. of West Management. I'm showing you spoke to one of our agents on (DATE), regarding your case over a (C.C. COMPANY NAME) account. Your case has been assigned to me for review before it is re-sent out for service because it shows that you wanted to settle this out of court...what happened?

I need to make sure you were aware of the implications of your case and that you felt you had a fair chance to settle this out of court.

(play into them a little, you're the good guy now. They're going to bash the collector and give you a sob story. Once they finish, you say, "omg, let me see what I am able to do to help you out of this situation")

*Offer a low payment arrangement –start @ $200 a month, but no less than $50 a month with full spiff.

*Offering a settlement: if balance is high offer something around $1000, no less than $500. If a balance is a reasonable amount offer the principle. If low then add $200 to it. Give 20 days/rest of the month to raise money.

*MAKE SURE TO GIVE THEM YOUR NUMBER/NAME/EXT.#

**Stahl Attachment 18**

Quality Control Dept. MSG.


This message is for_____, my name is __(your alias)__ and
I'm with the QUALITY CONTROL DEPT. of West Management.
Your case has been assigned to me for review before it is re-
sent out for service. I need to make sure you were aware of the
implications of the case and that you felt you had a fair chance
to settle this out of court.  If you would like to settle this out of
court, contact me at _____, and reference case #_____.
If I don't hear back from you within the next 24 hours, I will
have to execute the order for the summons to be served.

**Stahl Attachment 18**

SPANISH JSTO

HOLA MI NOMBRE ES ........

ESTOY ABLANDO DEL PROCESO DE SERVICIO.

QUERIA SABER QUE ES LA POLACIA QUE TIENEN PARA SEVIR UNOS DE SUS
EMPLEADOS _____DB_____ CON DOCUMENTOS LEGALES ( PARA
APARECER EN CORTE)...


VEO AQUI QUE ___DB_____ TIENE LA OPSION DE QUE LE SIRVEN EN
SU CASA EN VES DE EN EL TRABAJO ....

PORQUE SI ENTENDEMOS QUE EL NEGOCIO SERA INTERUPIDO Y ES
POSSIBLE QUE LE DE VERWENSA A _____DB_____....

LE VOY A DEJAR EL NUMERO DEL AGENTE EMISOR QUE TIENE LA
AUTORIDAD A CAMBIAR EL LUGAR DONDE LE VAN A ENTRAGAR ESOS
DOCUMENTOS LEGALES.

#AGENTE EMISOR - 888 416 8110

#NUMERO DE DOCUMENTO_____


ESTO ES UN ASUNTO DELICADO, ES NESSESARIO QUE ___DB____ SE
PONGA ENCONTACTO CON EL AGENTE EMISOR .

LE PUDO PONER UNA ESPERA PARA 3 HORAS, Y DESPUES DE ESAS TRES
HORAS , SI NO AY CONTACTO .. NO VOY A TENER OTRA OPCION MENOS DE
MANDAR LOS DOCUMENTOS AL TRAJO.

Stahl Attachment 18

## THE OFFICIAL TALK OFF

Hi My Name is Shannon Miller. It does show that we have a pending court action filed against you. It shows here we are currently waiting for verification that you were served the legal documents. Do you have the summons with you so that we can go over it? ----

It sounds like you were notified by a process server. Let me pull the case from the attorney file. Do you have something to write with?

I show a pending civil case against you. The documents were sent out by the client 10 days ago.  You are being sued do to your outstanding issue with (HOUSEHOLD BANK) this was your HSBC ORCHARD MC.  When this account was charged off you had a balance of (Prin Bal$$) you also have interest calculated at the default interest rate of 33.9%, accrued (int + spif $1k). Before attorney's fees and court cost you are being sued for (prin + int + spif). Per the contractual agreement with the original creditor you are also responsible for $1500 in attorney's fees and also $1k in court costs. The amount you will be sued for is (Prin + int + Spif + atty fees + crt cst)

EXAMPLE          MAKE SURE YOU STAY WITHIN STATUE OF LIMITATIONS – last pymt dte

| Acct - HSBC ORCHARD | Prin amt | $500.00 | |
|---|---|---|---|
| Acct # - 5488975023034153 | Int + 1k spif | $1500.00 | |
| Orig dte 4/2/2003 | Total Due | $2000.00 | TOTAL AMOUNT OF JUDGEMENT |
| Crg dte 12/30/2006 | Atty fees | $1500.00 | $4500.00 |
| | Court costs | $1000.00 | |

Now I want you to know our client has completed an asset and liability investigation against you. You meet the portfolio criteria for litigation.  Also I see that a demand letter was mailed out to you 45 days giving you or your attorney 30 days to respond. Can I ask you why you did not respond and take

**Stahl Attachment 18**

care of this before it got to this level? So what you're telling me is that you know nothing about this case. Let me see if there is anything I can do.

Since you have not been served I can waive the attorney's fees and court costs saving you $2500. Do you have the $2k to get your case dismissed today? If they say yes grab the debit card. If they say no ... How much do you have today? How many days will it take you to get the rest?

In many cases the cm will respond with no money. Your response is

The requirement to stop the pending action is $25% upfront. In this case it is $500.00. Do you have the $500 to pay the restitution to the courts? We will then file a hardship and get you back on a short term monthly pymt arrangement.

AFTER THE PYMT ARRANGEMENT IS SECURED (all pymts must be secured) for the full bal with the $1k spif. You may then offer them a 1 pay settlement for $500 off the balance on accounts up to $2475.00. If it is a higher balance account then a lower settlement may entice the cm to settle instead of the long term pymt arrangement. NO SETTLEMENTS IN MONTHLY PYMTS (unless approved by DENISE)

The only time the principal balance should be offered is at the end of the conversation when it is a RTP. The person has no money. Before you hang up .. You say in the demand letter our client offered you an out of court settlement for the principal balance $$. I will give you 3 hours to make some phone calls. If you can find someone to help you we can get the dismissal filed saving you thousands of dollars. "Give them your name and extension." Then end the conversation by wishing them good luck.

Stahl Attachment 18

UCMJ - Article 134 - (Debt, dishonorably failing to pay)
Page 1 of 2
Case 5:11-cv-01623-VAP-SP Document 68-3 Filed 01/09/12 Page 47 of 61 Page ID
#:2363

# Abaut.com: US Military

By Rod Powers, About.com Guide

## Punitive Articles of the UCMJ
### Article 134—(Debt, dishonorably failing to pay)

**More of this Feature**
• Punitive Articles Menu
[1]• Complete UCMJ[2] [3]

*Text.*

See Paragraph 60[16].

**Join the Discussion**
Military Law[4]

*Elements.*

**Related Resources**
• Court Martials[5]
• Nonjudicial Punishment (Art 15)[6]
• Administrative Discharges
[7]• Military Lawyers
[8]• Manual for Courts Martial (MCM) [9][10] [11]

(1) That the accused was indebted to a certain person or entity in a certain sum;

(2) That this debt became due and payable on or about a certain date;

(3) That while the debt was still due and payable the accused dishonorably failed to pay this debt; and

**From Other Guides**
• Crime & Punishment[12]
• Current Events: Law[13]
• Government[14]
• US Government Info[15]

(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

*Explanation.* More than negligence in nonpayment is necessary. The failure to pay must be characterized by deceit, evasion, false promises, or other distinctly culpable circumstances indicating a deliberate nonpayment or grossly indifferent attitude to-ward one's just obligations. For a debt to form the basis of this offense, the accused must not have had a defense, or an equivalent offset or counterclaim, either in fact or according to the accused's belief, at the time alleged. The offense should not be charged if there was a genuine dispute between the parties as to the facts or law relating to the debt which would affect the obligation of the accused to pay. The offense is not committed if the creditor or creditors involved are satisfied with the conduct of the debtor with respect to payment. The length of the period of nonpayment and any denial of indebtedness which the accused may have made may tend to prove that the accused's conduct was dishonorable, but the court-martial may convict only if it finds from all of the evidence that the conduct was in fact dishonorable.

*Lesser included offenses.* None.

*Maximum punishment.* Bad-conduct discharge, forfeiture of all pay and allowances, and confinement for 6 months.

**Next Article >** Article 134—(Disloyal statements)[17] >

# SIGNATURE IS REQUIRED BEFORE RELEASE LETTERS PROVIDED....

AUTHORIZATION SECTION – THE PART OF THE TALK OFF AFTER THE DEBIT CARD HAS BEEN SECURED

I will file a stipulation with the court. I also want to get a copy of the stipulation to you. What is your email address or fax number? This is the agreement in writing. At the bottom of the agreement there is a credit/debit card section OR CBP there is a section for Routing # and Account #. There is a place where you are required to sign. Your signature is required to file the dismissal.

This signature is for the protection of both our client and for the consumer. The client has authorized the specified amount on the specified day as agreed upon.

**Stahl Attachment 18**

## HOME STANDARD TALK OFF

I'm calling to verify that someone will be home to accept legal documents from the _(COUNTY NAME)_ process service division on behalf of _____.

The process server is going to make two attempts to execute the order of the summons and complaint. After two failed attempts, the court will be notified of a failed action to serve and the court hearing will take place without _____ participation. It will then be noted as a failure to appear on the court records, and lead to extra fines.

This is a time sensitive matter.

What _____ needs to do is contact the issuing agent handing the case who has the authority to make changes to when/where the summons are served. I can put a 3 hour temporary hold on the summons & complaint. The phone number he/she needs to call is _____ and reference case #_____.

If there's no contact within the next 3 hours, we will have no choice but to execute the order.

**Stahl Attachment 19**

# JOB STANTAND TALK OFF

Hi my name _____ and I'm calling from the (COUNTY
NAME) process service division.  I'm calling to find out what
your policy is to have one of your employees, _____,
served with a summons to appear in court.

A process server is going to be sent to the location to serve
_____.  I am showing here that _____ has
the option to be served at home if he/she would like, since it
tends to be embarrassing as well as disruptive for the business.

In order for _____ to be served at home he/she will
have to contact the litigation department, since they are the
issuing agents who are filing the case. What I can do is put a
temporary 3 hour hold on summons to give _____
enough time to make the changes to where the summons is
going to be served. The number is _____ and reference
case # _____.

This is a time sensitive matter, if there is no contact within 3
hours, we will have no choice but to execute the order for the
legal documents to be served at this location.

**Stahl Attachment 19**

## REGULAR MSG:

My name is_____ and I'm with the process service division. This is regarding a complaint that has been forwarded to my office. This case is against _____. For more information, my suggestion would be to call the issuing agent handling the case at _____, refer to case #_____. If there is no contact within the next 3 hours, we will have no choice but to execute the order.

**Stahl Attachment 19**

# SEVERAL ATTEMPTS MSG: (You've STO'd them before and have left multiple msgs)

My name is ...(Dialer Name)..., I'm calling from the process service division. I'm calling in regards to some legal documents that have been on a temporary hold on being served to a ...(Debtors Name).... There still has not been any contact to the legal department from...(Debtors Name)..., so this is the **final attempt to call in**, otherwise the documents are to be released and ...(he/she)... will be served. The number to the legal department that's handling your case is ...................with case #..............

**Stahl Attachment 19**

**SEVERAL ATTEMPTS MSG: (you've STO'd them before and have left multiple msgs)**

This message is for_____. My name is _____, and I'm contacting you in reference to a complaint that's been forwarded to my office.  There have been several attempts to try and contact you to discuss the pending case filed against you.  You need to contact the firm that is handling your case at _____, reference case #_____.

If you do not contact them in the next 24 hours, the release for the legal documents to be served will be executed.  If you wish to avoid this action, you must contact the firm that is handling case, that number again is _____ with case #_____.

(Say on EVERY CLOSE)

Now by law, I do have to read this to you it says:

If you have given fraudulent account information or the payment comes back declined you close the account stop payment or have insufficient funds the District Attorney will charge you 3x's the original amount and may file charges against you and/or the named person on the account.

**Stahl Attachment 19**

**Best Talk off Ever!**

1. This is ~~Robert Rubin~~ *Laura Montero*, Ext.__ How may I help you?

2. It does show that we have a pending action filed in our office against you. It shows here we are currently waiting for verification that you were served the legal documents. If you have the summons in front of you we can go over it... How did you hear about your case?

3. It sounds like you were notified by a process server. Hold a second while I pull the case from the attorney file. Grab a pen so you can take notes.

4. I'm showing a pending civil case being filed against (__·__). The documents were sent to us 10 days ago by the client. You are being sued do to your outstanding issue with (_____) line of credit. Looks like this is a (Visa/MC/ loan)

5. When this account was charged off you had a balance of ($___). You were also in a defaulted accrued interest rate that went up to 33.9% when you went into breach of contract. Before attorney's fees and court costs you are being sued for ($____).

6. Per the contractual agreement you signed with the original creditor you are also responsible for all court costs spent in the process of recovering the funds. This includes $1500 in attorney's fees and $1000 in court costs. It will show up as a $2500 legal fee. The complete amount you will be sued for in court is ($___)

**Stahl Attachment 19**

7. Now I want you to know our client has completed a full Asset & Liability Investigation against you and you DO meet the portfolio criteria to start litigation. I also see that a demand letter was mailed out to you 45 days giving you or your attorney 30 days to respond. Can I ask you why you did not respond to that letter and take care of this matter before it got to this level?

8. So what you're telling me is that you know nothing about this case being sent to court? Wow. Alright, let me see if there is anything I can do for you.

9. Since you haven't been served the summons yet my client hasn't been billed for the service. That means there is a chance this can still be handled out of court, minus the $2500 legal fees, if they consent to reinstating this back to you. Do you have the ($____) to get your case dismissed today? How close to that can you come up with so I can ask if they will accept a payment plan? How many days will it take you to get the rest?

10.    The requirement to stop the pending action is 25% upfront. In this case it's ($____). Do you have ($____) to stop the action against you? We will then file a hardship and get you back on a short term payment plan to get this cleared up.

**Stahl Attachment 19**

## Closer Script

Thank you for holding this is (Closer Name) am I speaking with (debtor name). To make sure we have the right person the last 4 digits of your ssn# is... Alright sir/mam it does show here we have pending court action filed against you. We are currently waiting for verification that you received your documents. Did you receive that paperwork today? (If they ask what type of paper work say a summons to appear in court, and once they say no ask how they got this number.) Oh ok well it sounds like a process server was trying to contact you. Grab a pencil and paper I'm going to upload your case from the attorney file and let you know exactly what is going on.

I do show a pending civil case against you, the documents for this case were sent out for processing ten days ago.

You are being sued due to your outstanding issue with (debt). The principle balance of this account (not card) when it was charged off was (principle). Since the point of charge off interest has accrued at a default interest rate of 33.9% so right now before attorney fees and court costs are added the attorneys are taking you to court for (full spiff amount). Once this case reaches the court level and those fees are added the attorneys will be looking to render a ten year judgment for (full spiff + 2500- do the math do not say amount +2500).

Now sir/mam I do show a demand letter was sent to you 45 days ago that gave you or your attorney 30 days to respond. May I ask why you never responded? (if they ask where it was sent to give them best 3 addresses on credit report, if not just listen to why and keep moving, only give addresses if they ask). Well sir/mam at this point since you physically have not been served I can see if the attorneys are still willing to honor the demand that was sent out to you forgoing court saving you roughly $3k. Did you want to take care of this voluntarily or did you want to go to court? (go completely silent and do not speak until they respond).

(if they say court.) Ok I will forward the request to the attorneys that you would like to go to court and have your summons sent out. You should receive your summons in the next few business days. Good luck.

(if they say voluntarily) Then ask if they have the full spiff amount to get their case dismissed today... Negotiate from there... everything is in stats...

**Stahl Attachment 19**

178

## THE OFFICIAL TALK OFF

Hi My Name is Shannon Miller. It does show that we have a pending court action filed against you. It shows here we are currently waiting for verification that you were served the legal documents. Do you have the summons with you so that we can go over it? ----

It sounds like you were notified by a process server. Let me pull the case from the attorney file. Do you have something to write with?

I show a pending civil case against you the documents were sent out for by the client 10 days ago. You are being sued do to your outstanding issue with (HOUSEHOLD BANK) this was your HSBC ORCHARD MC. When this account was charged off you had a balance of (Prin Bal$$) you also have interest calculated at the default interest rate of 33.9%, accrued (int + spif $1k). Before attorney's fees and court cost you are being sued for (prin + int + spif). Per the contractual agreement with the original creditor you are also responsible for $1500 in attorney's fees and also $1k in court costs. The amount you will be sued for is (Prin + int + Spif + atty fees + crt cst)

EXAMPLE          MAKE SURE YOU STAY WITHIN STATUE OF LIMITATIONS – last pymt dte

| Acct - HSBC ORCHARD | Prin amt | $500.00 | |
|---|---|---|---|
| Acct # - 5488975023034153 | Int + 1k spif | $1500.00 | |
| Orig dte 4/2/2003 | Total Due | $2000.00 | TOTAL AMOUNT OF JUDGEMENT |
| Crg dte 12/30/2006 | Atty fees | $1500.00 | $4500.00 |
| | Court costs | $1000.00 | |

Now I want you to know our client has completed an asset and liability investigation against you. You meet the portfolio criteria for litigation. Also I see that a demand letter was mailed out to you 45 days giving you or your attorney 30 days to respond. Can I ask you why you did not respond and take

**Stahl Attachment 19**

care of this before it got to this level? So what you are telling me is that you know nothing about this case. Let me see if there is anything I can do.

Since you have not been served I can waive the court cost's and attorney's fees saving you $2500. Do you have the $2k to get your case dismissed today? If they say yes grab the debit card. If they say no … How much do you have today? How many days will it take you to get the rest?

In many cases the cm will respond with no money. Your response is

The requirement to stop the pending action is $25% upfront. In this case it is $500.00.  Do you have the $500 to pay the restitution to the courts? We will then file a hardship and get you back on a short term monthly pymt arrangement.

AFTER THE PYMT ARRANGEMENT IS SECURED (all pymts must be secured) for the full bal with the $1k spif. You may then offer them a 1 pay settlement for $500 off the balance on accounts up to $2475.00. if it is a higher balance account then a lower settlement may entice the cm to settle instead of the long term pymt arrangement. NO SETTLEMENTS IN MONTHLY PYMTS (unless approved by TINA)

(Let DB know about signature on bottom of stip letter that needs to be sign and returned immediately)

The only time the principal balance should be offered is at the end of the conversation when it is a RTP. The person has no money. Before you hang up .. You say in the demand letter our client offered you an out of court settlement for the principal balance $$. I will give you 3 hours to make some phone calls. If you can find someone to help you we can get the dismissal filed saving you thousands of dollars. "Give them your name and extension." Then end the conversation by wishing them good luck.

**Stahl Attachment 19**

top 10 collectors

From: **Wayne Lunsford** (wayne.heavyhitter@gmail.com)

Sent: Mon 5/09/11 10:32 AM

To:    Tina Coca (tcola2@hotmail.com); Denise Deakins (ddeakins65@yahoo.com); Paul St. Amant (stamantlawoffice@gmail.com); joncook1979@yahoo.com; edward polaco (edward.polaco@heavyhittersinvestments.com); Barbara Oneill (Barbara.oneill@heavyhittersinvestments.com)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | TLL - Todd Loop | $31,344.37 | $1,869.85 | $4,950.00 | $3,268.87 | $1,495.88 | $9,714.75 | city |
| 2 | JS - Jennifer Sulli | $30,924.21 | $1,340.88 | $4,950.00 | $3,184.84 | $1,072.70 | $9,207.55 | national |
| 3 | SMP - stephanie porchia | $28,413.95 | $1,432.92 | $4,950.00 | $2,682.79 | $1,146.34 | $8,779.13 | rincon |
| 4 | RVO - Renee Olivas | $26,819.38 | $1,730.99 | $4,950.00 | $2,363.88 | $1,384.79 | $8,698.66 | west |
| 5 | RSL - Rhonda Loop | $25,277.09 | $1,837.24 | $4,950.00 | $2,055.42 | $1,469.79 | $8,475.21 | rincon |
| 6 | MJH - mike harris | $22,551.77 | $1,082.72 | $4,950.00 | $1,510.35 | $866.18 | $7,326.53 | national |
| 7 | AGQ - armondo quintero | $21,701.03 | $2,852.18 | $4,950.00 | $1,340.21 | $2,281.74 | $8,571.95 | city |
| 8 | SES - Steve Smith | $21,976.45 | $901.87 | $4,950.00 | $1,395.29 | $721.50 | $7,066.79 | rockwell |
| 9 | txl - taylor loop | $20,413.65 | $1,278.85 | $4,950.00 | $1,082.73 | $1,023.08 | $7,055.81 | city |
| | ~~TLH - Timothy Harding~~ | ~~$20,411.47~~ | ~~$1,109.29~~ | ~~$4,950.00~~ | ~~$1,082.29~~ | ~~$887.43~~ | ~~$6,919.72~~ | ~~global~~ |
| 10 | Belinda | | | | | | | national |

--

## Wayne Lunsford

Office# 951-547-2043
Cell# 951-581-6424
Fax# 951-272-1727
Heavy Hitters Investments, Inc
980 Montecito Dr Suite #205
Corona, CA 92879

EVERYTHING IS TIME SENSITIVE!!!!!!!!!!!!!
Business is BOOMING and Im always hiring..........My credit recovery agents make between 2-15k per month straight commission.Call me if your looking for a career change.

\*\*\* CONFIDENTIALITY NOTICE \*\*\*
The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

**Stahl Attachment 20**

# GMail
by Google

Andrew Quist <andrewquist@gmail.com>

# Change Voice Mail at offices.

**Mike Huck <mike.huck@evarus.com>**                          **Wed, Jul 27, 2011 at 4:53 PM**
To: Andrew Quist <andrewquist@gmail.com>, Wayne Lunsford <wayne.heavyhitter@gmail.com>

Red,


Try this option for Recording Voicemail ... Call 1-877-341-7631


You will enter the account number below and then enter the password of 777.


Press 3 for personal Options


Press 3 for Greeting Options


Press 2 for Personal Greetings


Press 2 to record new greeting



You can also just have the managers do this for themselves .... Or have one of the girls at corporate do it.


The Name below is the OLD name ... but they need to be redone with the NEW name.


| Company | Account | Tel Password |
|---------|---------|--------------|
| PrimeWest | 10001032000 | 777 |
| Maple | 10001022000 | 777 |
| Capital | 10001122000 | 777 |
| County | 10001132000 | 777 |
| Rockwell | 10001082000 | 777 |

**Stahl Attachment 20**