| Company | Physical Address | Amount | Lease Company | Contact Person |
|---|---|---|---|---|
| County Filing | 3610 Central Ave #200 Riverside | $4440.00 | B.H. CENTRAL | CHERYL |
| CITY INVESTMENTS | 268 N LINCOLN #9 CORONA | $2069.00 | BURKE-LINCOLN | LOIS/ATTORNEY |
| MAPLE FILING PRIMEWESTERN MANAGEMENT | 1351 POMONA #120 CORONA | $5240.00 | EI-CORONA J & M REALTY | LORRAINE |
| CAPITAL FILING | 10370 HEMET #110 RIVERSIDE | $4669.50 | DOLPHIN PARTNERS | JAN MILLER |
| RINCON MANAGEMENT | 495 RINCON #201 CORONA | $2562.50 | SAVE-MOST DESERT RANCHO | CAROL/ATTORNEY |
| GLOBAL FILING UNION MANAGEMENT | 495 RINCON #204 CORONA | $5225.00 | SAVE-MOST DESERT RANCHO | CAROL/ATTORNEY |
| SUPERIOR FILING | 495 RINCON #150 CORONA | $7350.00 | SAVE-MOST DESERT RANCHO | CAROL/ATTORNEY |
| CORPORATE | 980 MONTECITO #205 CORONA | $4413.00 | FRANSEN & MOLINARIO | |
| NATIONAL FILING | 109 MAPLE #C CORONA | $1279.00 | MARTIN & ASSOC | |
| STATEWIDE ASSOC | 1181 CALIFORNIA #203 CORONA | $5600.00 | Martin& ASSOC CALAVE | |
| ROCKWELL MANAGEMENT | 1241 PARK PLACE #B CEDAR RAPIDS | $2158.00 | PPO, LLC PANERA BREAD | KIM TWIGG LEASE OVER |

**Stahl Attachment 21**