UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | EDCV 11-01623 VAP (SPx) | Date   January 30, 2012 |

Title   FEDERAL TRADE COMMISSION -*v*- RINCON MANAGEMENT SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ALSO D/B/A "RINCON DEBT MANAGEMENT," "RINCON FILING SERVICES, " AND "PACIFIC MANAGEMENT RECOVERY"; PRIME WEST MANAGEMENT RECOVERY, LLC, A DELAWARE LIMITED LIABILITY COMPANY; UNION MANAGEMENT SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ALSO D/B/A "UNION FILING SERVICES"; NATIONAL FILING SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; CITY INVESTMENT SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GLOBAL FILING SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; PACIFIC MANAGEMENT RECOVERY, LLC, A DELAWARE LIMITED LIABILITY COMPANY; JASON R. BEGLEY, AN INDIVIDUAL; AND WAYNE W. LUNSFORD, AN INDIVIDUAL

Present: The Honorable        VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| MARCIELA SEGURA | JOHN J. E. MARKHAM, II |
| RICHARD WEISSMAN, Receiver | |

Proceedings:   SCHEDULING CONFERENCE;

DEFENDANT'S MOTION TO MODIFY THE PRELIMINARY INJUNCTION PREVIOUSLY ISSUED IN THIS CASE (Dkt No. 45);

PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM COLLECTION OF DEBT SETTLEMENT PAYMENTS BY RECEIVERSHIP, RE ORDER ON MOTION FOR PRELIMINARY INJUNCTION (Dkt No. 74)

Court issues a tentative ruling on Defendant's motion to modify the preliminary injunction previously issued in this case (Doc. No. 45), hears oral argument and takes the matter under submission.

The Court grants Plaintiff's Ex Parte Application, (Doc. No. 74), in part, and orders the Receiver to suspend the collection of debt settlement payments.  The Court also orders the Receiver to issue a letter to the debtors - the terms of which are to be agreed to by all parties - stating that the payments are suspended and explaining that the parties will be contacted with further details upon the resolution of this case.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

  The Scheduling Conference is held as indicated on the record. Court and counsel confer re case and settlement status. The settlement conference shall be conducted no later than April 13, 2012. The parties shall file a joint report no later than 10 days after the settlement conference regarding the progress of mediation. The parties elect to proceed with Settlement Procedure No. 2, to appear before an attorney from the Attorney Settlement Officer Panel.

  "Within ten (10) days, plaintiff shall obtain the consent of the Attorney Settlement Officer who will conduct the settlement conference, and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be assigned by the ADR Program. Forms and a list of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov. "

  The Court recommends that the parties enter into a stipulation regarding the waiving of some of the Local Rule 16 requirements.

  The trial schedule, motion and discovery cutoff dates will be set forth in a separate Civil Trial Scheduling Order to be filed and served on counsel by the clerk.

*cc: ADR Program*

                                 -    :   40

                       Initials of Preparer  md

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**