**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>PLAINTIFF,<br><br>vs.<br><br>RINCON MANAGEMENT SERVICES, LLC, a California limited liability company, also d/b/a "Rincon Debt Management," "Rincon Filing Services," and "Pacific Management Recovery"; PRIME WEST MANAGEMENT RECOVERY, LLC, a Delaware limited liability company; UNION MANAGEMENT SERVICES, LLC, a CALIFORNIA limited liability company, also d/b/a "Union Filing Services"; NATIONAL FILING SERVICES, LLC, a California limited liability company; CITY INVESTMENT SERVICES, LLC, a California limited liability company; GLOBAL FILING SERVICES, LLC, a California limited liability company; PACIFIC MANAGEMENT RECOVERY, LLC a Delaware limited liability company; JASON R. BEGLEY, an individual; and WAYNE W. LUNSFORD, an individual,<br><br>DEFENDANTS.<br><br>_____ | Case No. ED CV 11-01623 VAP (SPx)<br><br>**ORDER ON RECEIVER'S EX PARTE APPLICATION FOR INSTRUCTIONS AND ORDERS RE: (1) TERMINATION OF COLLECTION OPERATIONS; (2) SURRENDER OF PREMISES AND TERMINATION OF LEASES (3) REMOVAL, STORAGE AND SALE OF COMPUTERS AND OTHER OFFICE EQUIPMENT; (4) ABANDONMENT OF FURNITURE, FIXTURES AND EQUIPMENT WHERE COSTS OF SALE EXCEED VALUE; (5) SALE OF UNCALLED DEBT PORTFOLIO; AND (6) ORDER COMPELLING BRYLAW FIRM, INC. TO TURNOVER ALL DOCUMENTS AND RECORDS PERTAINING TO RECEIVERSHIP ENTITIES AND INDIVIDUAL DEFENDANTS' INVESTMENTS** [CORRECTED] |

1

# ORDER

Before the Court is the Receiver's Ex Parte Application for Instructions and Orders Re: (1) Termination of Certain Collection Operations; (2) Surrender of Premises and Termination of Leases (3) Removal, Storage and Sale of Computers and Other Office Equipment; (4) Abandonment of Furniture, Fixtures and Equipment Where Costs of Sale Exceed Value; (5) Sale of the "Uncalled" Debt Portfolio purchased by Portfolio Investment Financial/Portfolio Investment Group; and  (6) Order Compelling Brylaw Firm, Inc. to Turnover All Documents and Records Pertaining to Receivership Entities and Individual Defendants' Investments; Memorandum of Points and Authorities ("Application"). After considering the papers in support of, and in opposition to, the Application, the Court grants the Receiver's Application and orders as follows:

1.      The Receiver, Richard Weissman, is authorized and directed to fully terminate all operations regarding the collection of "uncalled debt" of the debt portfolio(s) owned and controlled by the debt collection businesses formerly operated by and/or under the direction of Defendants Jason Begley and Wayne Lunsford ("Individual Defendants") through the Receivership Entities known as Rincon Management Services, LLC, d/b/a "Rincon Debt Management," "Rincon Filing Services," and "Pacific Management Recovery"; Prime West Management Recovery, LLC; Union Management Services, LLC, d/b/a "Union Filing Services;" City Investment Services, LLC; Global Filing Services, LLC; Pacific Management Recovery, LLC; Nationwide Filing Services, Inc.; Worldwide Filing Services, Inc.; Maple Filing Services, LLC; Southcoast Financial Services, Inc.; National Filing Services, LLC; Raincross Filing Services, Inc.; Pacific Management and Recovery, LLC; Prime Western Investments, LLC; Universal Filing Services, Inc.; Rockwell Management Services, LLC; Asset Filing Services, Inc.; Eagle Filing Services, LLC; Capital Filing Services, Inc.; County Filing Services, Inc.; Irvine Group & Associates; Statewide Associates Group; Superior Filing Services, Inc.; West Coast Filing Services, Inc.; Bagels Consulting Firm, Inc.; Lunsford Investment and Management

1  Services, Inc.; Debt Marketing Solutions, LLC; Debt Tech Solutions, LLC; Heavy Hitters Investments, Inc.; Heavy Hitters Motors, Inc.; Heavy Hitters Real Estate, Inc.; Portfolio Investment Partners, LP; Portfolio Investments Partners, Inc.; Portfolio Investment Group, LP; Portfolio Investment Financial, Inc.; Skyridge Legacy Trust (Jason R. Begley, Trustee); WAL Legacy Trust (Wayne Lunsford, Trustee); Spiff Money Legacy Gift Trust (Wayne Lunsford, Trustee); JRB Intellect, LLC; JBEG, LLC; LAL Intellect, LLC; Heavy Hitters Spiff Money Management Corp.; Spiff Management, Inc. ("Receivership Entities").

2. The Receiver is further authorized and directed to surrender possession of the premises (other than premises located at 980 Montecito Drive, Corona California) and to abandon or terminate all leases for office and other operating locations used in connection with the debt collection business, and all other businesses, formerly controlled and/or operated by the Individual Defendants, individually and/or through Receivership Entities, including but without limitation to the following office addresses:

    A.    15 Corporate Plaza, Irvine, California ("Irvine Office");

    B.    1351 Pomona Road, #120, Corona, California ("Pomona Road Office");

    C.    10370 Hemet #110, Riverside, California ("Hemet Office");

    D.    3610 Central Ave., Riverside California ("Central Office");

    E.    1181 California #203, Corona, California ("California Office");

    F.    1003 E. Cooley Drive, Suite 209, Colton, CA 92324 ("Cooley Dr. Office");

    G.    26111 Ynez Road, Suite B-13, Temecula, California  ("Ynez Road")

    H.    268 Lincoln St., Unit No.9, Corona, California;

    I.    109 Maple St., Suite No. C, Corona, California;

    K.    495 Rincon St., Nos. 150, 201 & 204, Corona, California (collectively, "the Collection Offices").

3. The Receiver is further authorized to give notice of termination of each of

said leases upon fifteen days notice to the respective lessors. The receiver is further authorized to negotiate a compromise and release of all and any claims that may be claimed by a lessor and any third party relating to a lease against the receivership and Defendants herein but such compromise is not a condition to the Receiver's surrender of the premises. Any proposed agreements of compromise and settlement shall be subject to Court review and approval upon regularly noticed motion.

4. The Receiver is further authorized and directed to remove, store and sell the computers, desks, modular cubicles and all other personal property from the Collection Offices, after all personal debtor information and programs (other than basic operating software such as Microsoft) are deleted from said computers and they are prepared for sale. Insofar as the Receiver subsequently discovers additional collection operations managed or operated by or under the direction of the Individual Defendants, and/or by or through the Receivership Entities, this Order shall apply to subsequently identified collection offices managed or operated by or under the direction of the Individual Defendants, and/or by or through the Receivership Entities and their agents.

5. The Receiver is further authorized and directed to abandon furniture, fixtures and equipment located at the Collection Offices, including, without limitation, modular cubicles, where the cost of removal and resale exceeds the value of such items.

6. The Receiver is further authorized and directed to sell the "uncalled" debt portfolio purchased by Portfolio Investment Financial/Portfolio Investment Group, by public or private sale, subject to Court confirmation of sale upon noticed motion or stipulation of the Parties.

7. It is further ordered that Individual Defendants, their counsel and Larry Stephens, individually and as the agent for Brylaw Firm, Inc., shall turn over to the Receiver, within seven (7) days of entry of this Order, any and all documents, information and electronically stored records (without electronic restrictions to access or use), of whatever type or nature, including, without limitation, all documents pertaining to: (i) Defendants' records regarding all of the Receivership Entities; and (ii) documents, records

4

and other information, however maintained and kept by Brylaw and/or Individual Defendants relating or pertaining in any way to ownership of, title to and/or possession of Individual Defendants' investments, including without limitation, certain investments in Brazilian Bonds, the "Barbie" Venture and "Black Canyon" (collectively "Investments") made by the Individual Defendants, whether in their individual capacity, as trustee of a trust and/or in any other capacity or capacities whatsoever.  It is further ordered that said documents and records shall be delivered to the Receiver's offices at 12121 Wilshire Blvd., Suite 600, Los Angeles California 90025, in a format to be determined by Receiver, which allows the Receiver to have unrestricted access to and the ability to reproduce and use said documents and records in the furtherance of his duties herein.

DATED: February 25, 2012

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE