**RICHARD WEISSMAN. ESQ.**
**STATE BAR #54781**
**12121 WILSHIRE BLVD. SUITE 600**
**LOS ANGELES, CA 90025**
**TELEPHONE: (310) 481-6780**
**FACSIMILE:   (310) 481-6786**
**E-MAIL: rweissman@rwreceiver.com**

**RECEIVER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> RINCON MANAGEMENT SERVICES, ) <br> LLC, a California limited liability company, ) <br> also d/b/a "Rincon Debt Management," ) <br> "Rincon Filing Services," and "Pacific ) <br> Management Recovery"; PRIME WEST ) <br> MANAGEMENT RECOVERY, LLC, a ) <br> Delaware limited liability company; UNION ) <br> MANAGEMENT SERVICES, LLC, a ) <br> CALIFORNIA limited liability company, ) <br> also d/b/a "Union Filing Services"; ) <br> NATIONAL FILING SERVICES, LLC, a ) <br> California limited liability company; CITY ) <br> INVESTMENT SERVICES, LLC, a ) <br> California limited liability company; ) <br> GLOBAL FILING SERVICES, LLC, a ) <br> California limited liability company; ) <br> PACIFIC MANAGEMENT RECOVERY, ) <br> LLC a Delaware limited liability company; ) <br> JASON R. BEGLEY, an individual; and ) <br> WAYNE W. LUNSFORD, an individual, ) <br> ) <br> DEFENDANTS. ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. ED CV 11 - 01623 VAP (SPx) <br><br> **ORDER ON   RECEIVER'S EX PARTE  APPLICATION FOR INSTRUCTIONS AND ISSUANCE OF:** <br> **(1) ORDER FOR PERSONAL APPEARANCE BY DEFENDANT JASON BEGLEY TO SHOW CAUSE WHY HE SHOULD NOT BE ORDERED TO TURNOVER POSSESSION OF VALUABLE ASSETS TO RECEIVER FORTHWITH AS ORDERED UNDER THE PRELIMINARY INJUNCTION;** <br> **(2) ORDER FOR PERSONAL APPEARANCE BY KENNETH PAUL BEGLEY TO SHOW CASE WHY HE SHOULD NOT BE COMPELLED TO TURN OVER POSSESSION OF RECEIVERSHIP ASSETS TO RECEIVER; AND** <br> **(3) FURTHER ORDERS THE COURT DETERMINES NECESSARY TO OBTAIN COMPLIANCE WITH PRELIMINARY INJUNCTION BY DEFENDANT JASON BEGLEY AND KENNETH PAUL BEGLEY** <br><br> DATE: May 10, 2012 <br> TIME:  10:00 a.m. <br> COURTROOM: 2 |

Richard Weissman, duly appointed Permanent Receiver ("Receiver"), filed his Ex Parte Application for Instructions and For Issuance of: (1) Order For Personal Appearance by Defendant Jason Begley to Show Cause Why He Should Not Be Ordered to Turnover Possession of Valuable Assets to Receiver Forthwith as Ordered under the Preliminary Injunction; (2) Order For Personal Appearance by Kenneth Paul Begley to Show Case Why He Should Not Be Compelled to Turn over Possession of Receivership Assets to Receiver; and (3) Further Orders as the Court Determines Necessary to Obtain Compliance with Preliminary Injunction by Defendant Jason Begley and Kenneth Paul Begley; Memorandum of Points and Authorities, Declaration of Richard Weissman ("Receiver's OSC Application") and Exhibits thereto. Counsel for Plaintiff Federal Trade Commission ("FTC") and Defendants Jason R. Begley and Wayne Lunsford ("Individual Defendants") were provided with Notice of Ex Parte Application pursuant to Local Rule 7- 19. The matter having been submitted and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Receiver's OSC Application is granted.

2. It is further ordered that Defendant Jason R. Begley and Kenneth Paul Begley, and each of them, are hereby ordered to appear in Courtroom 2 of the United States District Court, Central District, Eastern Division, located at 3470 Twelfth Street, Riverside, California, at 10:00 a.m. on May 10, 2012 , to show cause why the Court should not order Jason R. Begley and Kenneth Paul Begley to deliver forthwith to the Receiver all of the gold and silver assets described on page 14 of Jason R. Begley's Financial Statement, which are described in the Receiver's OSC Application as approximately 10% Gold Eagle and 90% Silver Eagle coins ("Coins")..

3. Service of this Order, the Receiver's OSC Application and supporting Exhibits (collectively, "the OSC") shall be served in the following manner:

    a. A copy of the OSC shall be first attempted to be served personally, if personal service is not waived;

    b. If personal service cannot, with due diligence, be effectuated following

      three (3) attempts, then a copy of the OSC may be served by Certified Mail, return receipt requested ("Certified Mail") within five (5) court days of issuance of this Order.

4.    Written response(s), if any, by Jason R. Begley and Kenneth Paul Begley must be filed directly in Courtroom 2 of the above entitled Court no later than 4:00 P.M. on May 4, 2012, with a copy by personal delivery to the Receiver, Richard Weissman, at 12121 Wilshire Boulevard, Suite #600, Los Angeles, California 90025, or by legible facsimile transmission at (310) 481-6786, by 4:30 p.m., on the same date.

5.    The Receiver's Reply papers, if any, shall be filed electronically, with a courtesy copy to Courtroom 2 by 4:00 p.m., on May 8, 2012, with a copy served on the responding citee(s) or his counsel by facsimile transmission by 4:30 p.m. on the same date, if a facsimile telephone number has been provided. If there is no facsimile number provided by a citee, service of the Reply shall be by mail on the citee(s) posted on the same date.

DATED: April 30, 2012                     _____
                                          HONORABLE VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT COURT JUDGE