UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | EDCV 11-01623 VAP (SPx) | Date   April 12, 2013 |
| Title | FEDERAL TRADE COMMISSION -v- RINCON MANAGEMENT SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ALSO D/B/A "RINCON DEBT MANAGEMENT," "RINCON FILING SERVICES, " AND "PACIFIC MANAGEMENT RECOVERY"; PRIME WEST MANAGEMENT RECOVERY, LLC, A DELAWARE LIMITED LIABILITY COMPANY; UNION MANAGEMENT SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ALSO D/B/A "UNION FILING SERVICES"; NATIONAL FILING SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; CITY INVESTMENT SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GLOBAL FILING SERVICES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; PACIFIC MANAGEMENT RECOVERY, LLC, A DELAWARE LIMITED LIABILITY COMPANY; JASON R. BEGLEY, AN INDIVIDUAL; AND WAYNE W. LUNSFORD, AN INDIVIDUAL | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| MARCIELA SEGURA | NOT PRESENT |

Proceedings: HEARING ON DEPONENT LAWRENCE PAUL STEPHENS FAILURE TO APPEAR AT THE COURT-ORDERED OSC WHY LAWRENCE PAUL STEPHENS SHOULD NOT BE HELD IN CIVIL CONTEMPT

Lawrence Paul Stephens is present in custody.

The Court appoints Deputy Federal Public Defender, Kay Otani, for today only, limited to the extent the Court considers a custodial confinement. Lawrence Paul Stephen is ordered to pay a contribution order of $200.

Mr. Stephens may obtain counsel for further representation.

Lawrence Paul Stephens is in contempt for failure to appear at the deposition, failure to appear at the order to show cause hearing, failure to comply with the subpoena duces tecum, and, for his failure to comply with the turnover over.

Lawrence Paul Stephens motions the Court to be released on bond. The Court will release Mr. Stephens on a $25,000 signature bond, to be signed by his wife, Makissa Lavania Stephens. (See attached for bond terms and conditions).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

The Court orders $500 per day in civil sanctions, and contempt sanctions, to begin running as of April 13, 2013, in the morning, inasmuch as there has been no showing of an inability to comply.

Mr. Stephens is ordered to appear on April 19, 2012, at 9:00 a.m., at this Courthouse, for the taking of his deposition. Also, everyday until that time and continuing thereafter, if Mr. Stephens fails to comply with the Court's previous order for turnover assets, and to comply with the subpoena duces tecum, to turn over records and documents, he is subject to the contempt penalty of $500 per day.

The defendant is ordered released forthwith, subject to turning over his passport by the close of business today.

The bond will be exonerated upon Mr. Stephens appearing on Friday, April 19, 2013, at 9:00 a.m.

***NOTE:*** After adjournment, Lawrence Paul Stephens's wife, Makissa Lavania Stephens, turned over Mr. Stephens passport to the Clerk's Office, before the close of business, this date.

Release Ord No. 17575

|   1   :   10   |

Initials of Preparer   md

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. Lawrence Paul Stephens, Defendant/Material Witness. | CASE NUMBER: EDCV 11-1623-VAP(SPx) |
|---|---|
| | COMPLAINT: |
| | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 18   SECTION: 401 |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____     RELEASE No. 17575
☒ APPEARANCE BOND IN THE AMOUNT OF $25,000
  ☐ WITH CASH DEPOSIT (AMOUNT OR %) _____
  ☒ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
     by wife Marissa Lavania Stephens
  ☐ RELEASE TO PRETRIAL ONLY
  ☐ FORTHWITH RELEASE
  ☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: _____ Date
  ☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
  ☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $_____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $_____
☐ ADDITIONAL REQUIREMENTS: _____
☒ BAIL FIXED BY COURT #4 WID
         Deputy Clerk
☐ ALL REQUIREMENTS HAVE BEEN MET: _____
         Deputy Clerk

**PRE-CONDITIONS TO RELEASE**

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
  ☐ The Nebbia hearing can be waived by the government.

**ADDITIONAL CONDITIONS OF RELEASE**

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☐ Defendant shall submit to: [ ] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☒ Surrender all passports to the Clerk of Court, or sign a declaration no later than, 4-12-13 and not apply for the issuance of a passport during the pendency of this case.
☐ Travel is restricted to: CD/CA _____
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☐ Reside as approved by PSA and do not relocate without prior permission from PSA. _____
☐ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☐ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] Release to PSA only.
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

Defendant Initials _____  Date 4/12/2013

ORIGINAL - YELLOW COPY        PINK - PRETRIAL SERVICES        WHITE - DEFENDANT COPY

CR-1 (07/05)       CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM        Page 1 of 2

GPO U.S. GOVERNMENT PRINTING OFFICE: 2010 672-039

| | |
|---|---|
| Lawrence Paul Stephens | CASE NUMBER: EDCV11-1623-VAP(SPx) |
| Defendant/Material Witness. | |

- [ ] Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
  - [ ] **Curfew.** You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
    [ ] **Release to PSA only.**
  - [ ] **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only.**
  - [ ] **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**
- [ ] Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
- [ ] Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
- [ ] Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
- [ ] Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
- [ ] Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
- [x] Other conditions: Bond to be exonerated upon appearance for deposition on 4-19-13, in U.S. District Court, Riverside

_4/12/2013_    _[signature]_    _310 936 3738_
Date      Defendant/Material Witness' Signature      Telephone Number

_Riverside, CA 92506_
City, State And Zip Code

- [ ] **Check if interpreter is used:** I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____
Interpreter's signature      Date

Approved: _Virginia W Phillips_      _4/15/13_
United States District Judge / Magistrate Judge      Date

If Cash Deposited: Receipt # _____      For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY      PINK- PRETRIAL SERVICES      WHITE - DEFENDANT COPY