# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RINCON MANAGEMENT SERVICES, LLC, a California limited liability company, also d/b/a "Rincon Debt Management," "Rincon Filing Services," and "Pacific Management Recovery"; PRIME WEST MANAGEMENT RECOVERY, LLC, a Delaware limited liability company; UNION MANAGEMENT SERVICES, LLC, a CALIFORNIA limited liability company, also d/b/a "Union Filing Services"; NATIONAL FILING SERVICES, LLC, a California limited liability company; CITY INVESTMENT SERVICES, LLC, a California limited liability company; GLOBAL FILING SERVICES, LLC, a California limited liability company; PACIFIC MANAGEMENT RECOVERY, LLC a Delaware limited liability company; JASON R. BEGLEY, an individual; and WAYNE W. LUNSFORD, an individual,<br><br>　　　　Defendants.<br>_____ | Case No.  ED CV 11- 01623 VAP (SPx)<br><br>ASSIGNED JUDGE:<br>HON. VIRGINIA A. PHILLIPS<br><br>**(PROPOSED) ORDER APPROVING AND AWARDING  FEES AND EXPENSES OF FROST, RUTTENBERG AND ROTHBLATT, P.C.**<br><br>HEARING DATE: January 13, 2014<br>TIME:　　　　　　2:00 p.m.<br>COURTROOM:　　2 |

## **ORDER**

Before the Court is the Receiver's Notice of Motion and Motion for Order Approving and Awarding Fees and Expenses of Frost, Ruttenberg and Rothblatt, P.C.

1

("Professional Fee Motion"), which seeks an Order approving and awarding fees and expenses of Frost, Ruttenberg and Rothblatt, P.C. ("Accountants") incurred providing forensic accounting and tax preparation services during the period of November 15, 2012 through September 30, 2013 ("Professional Fee Term"). Appearances were made by the Receiver, Richard Weissman ("Receiver"), *pro se*, by Maricela Segura, Esq., counsel for Plaintiff, Federal Trade Commission ("FTC"), and counsel and interested persons, as set forth in the Court's hearing minutes.

The Court having considered the papers in support of, and in opposition to, the Fee Motion, and good cause appearing therefor, the Court orders:

1. The Receiver's Professional Fee Motion is hereby granted.

2. Pursuant to an agreement between Accountants and the FTC, Accountants are giving a 5% credit to the petitioned fees, which is an amount of $2,334.95. The resulting net fees, in the amount of $44,364.05, and expenses in the amount of $48.39, totaling $44,412.44, incurred by Accountants during the Professional Fee Term, are hereby approved and awarded. The Receiver is authorized to pay said sum from Receivership funds.

DATED:_____, 2014          _____
                                                           VIRGINIA A. PHILLIPS
                                               UNITED STATES DISTRICT COURT JUDGE